A CERTIFIED TRUE COPY
ATTEST

By Darion Payne on Apr 13, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
CLERK, U.S. DISTRICT COURT

APR 13, 2010

CENTRAL DISTRICT OF CALIFORNIA
BY: ___RRP___ DEPUTY

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

Apr 13, 2010

FILED
CLERK'S OFFICE

IN RE: TOYOTA MOTOR CORP. UNINTENDED
ACCELERATION MARKETING, SALES PRACTICES,
AND PRODUCTS LIABILITY LITIGATION

MDL No. 2151

8:10-ML-02151 JVS (FMOx)

## ORDER RENAMING LITIGATION

On February 26, 2010, this litigation was re-captioned as *IN RE: Toyota Motor Corp. Unintended Acceleration Products Liability Litigation*. Pursuant to the Panel's Transfer Order issued on April 9, 2010, it is appropriate at this time to rename MDL No. 2151.

IT IS THEREFORE ORDERED that this litigation is renamed as *IN RE: Toyota Motor Corp. Unintended Acceleration Marketing, Sales Practices, and Products Liability Litigation*.

FOR THE PANEL:

_____
Jeffery N. Lüthi
Clerk of the Panel