UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 8:10ML2151 JVS (FMOx)<br>2:10CV00946 JVS(FMOx)<br>2:10CV01154 JVS(FMOx)<br>2:10CV01248 JVS(FMOx) | Date | April 16, 2010 |

Title    IN RE: TOYOTA MOTOR CORP. UNINTENDED ACCELERATION MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION

Lisa Creighton, et al v. Toyota Motor Sales U.S.A., Inc. et al
Jessica M. Kramer v. Toyota Motor North America, Inc. et al
Lu Li v. Toyota Motor North America, Inc. et al

Present: The Honorable    James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**    **(In Chambers)**    Order Re Applications for Remand

These cases were filed in the Central District of California and were transferred to the MDL docket because they had previously been low-numbered under Central District's rules.

Any party believing that transfer to the MDL docket is improper because the party's case does not involve allegations of sudden unintended acceleration may file an emergency application for remand. Any response to the application shall be filed within three days.

|  |  | 0 | : | 00 |
|---|---|---|---|---|
|  | Initials of Preparer | kjt | | |