UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 8:10ML2151 JVS(FMOx) | Date | April 28, 2010 |
|---|---|---|---|

| Title | IN RE: TOYOTA MOTOR CORP. UNINTENDED ACCELERATION MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION |
|---|---|

Present: The Honorable   James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (In Chambers)  Correspondence and Communication with the Judge

Pursuant to Central District of California Local Rule 83-2.11, attorneys or parties to any action or proceeding shall refrain from writing letters to the judge; making telephone calls to chambers, or otherwise communicating with the judge in a pending matter unless opposing counsel is present. All matters shall be called to the judge's 's attention by appropriate application or motion filed in compliance with the Local Rules.

This Court does not consider letters or copies of letters as proper communication and will take no action until such information is presented to the Court in the manner prescribed by the Local Rules.

Accordingly, your letter is returned herewith.

cc: All counsel of record

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FAX DELIVERY ON ~~PLAINTIFF/DEFENDANT (OR PARTIES)~~ the submitting party AT THEIR RESPECTIVE MOST RECENT FAX NUMBER OF RECORD IN THIS ACTION ON THIS DATE.

DATE: 4/28/10

DEPUTY CLERK

|  |  | 00 | : | 00 |
|---|---|---|---|---|
|  | Initials of Preparer | kjt |  |  |

CV-90 (06/04)   CIVIL MINUTES - GENERAL   Page 1 of 1

# The Bell Law Firm PLLC

*Harry F. Bell, Jr.* | *Andrew L. Paternostro* | *Jonathan W. Price* | *Jeff D. Stewart* | *\*Rachel J. Goldfarb, Of Counsel*

|  |  |
|---|---|
| *30 Capitol Street* | Phone    304/345-1700 |
| *P. O. Box 1723* | Facsimile    304/345-1715 |
| *Charleston WV 25326-1723* | Facsimile 2   304/344-1956 |

Sender: hjbell@belllaw.com     www.belllaw.com

April 27, 2010

<u>VIA FEDERAL EXPRESS</u>
The Honorable James V. Selna
United States District Court
Central District of California
Ronald Reagan Federal Building
  and U. S. Courthouse
411 W. Fourth Street
Santa Ana, California 92701

      RE:    In Re: Toyota Motor Corporation, Unintended Acceleration
               Marketing, Sales Practices, and Products Liability Litigation
               Case No.: 8:10ML2151 JVS (FMOx)

Dear Judge Selna:

      The undersigned respectfully submits this application to serve in such capacity as on the Plaintiff's Steering Committee as the Court deems appropriate. The undersigned has carefully read Order No. 1, which has been entered prior to the transfer of this firm's litigation in the <u>Dadisman, et al. v. Toyota Motor Corporation; Case No. 2:10-0399</u> filed on March 25, 2010 in the United States District Court for the Southern District of West Virginia. In addition, this firm anticipates filing within the next 45 days another action against Toyota dealing solely with unfair deceptive acts and practices claims under the West Virginia Statute in state court.

      The undersigned attended the recent informational meeting among leading plaintiff's counsel in Nevada. Recognizing attempts were made to develop a consensus from a number of viewpoints presented for the course of the litigation, the undersigned believes a "large tent" Plaintiff's Steering Committee to be an appropriate format, with several key leadership positions to go to lead counsel.

      Some at the Nevada meeting were the temporary designee representatives who indicated that those in attendance who were interested should follow the appointment application process set forth by your Honor, hence the undersigned's application.

*\*Licensed in FL, NC, PA & NJ*

## The Bell Law Firm PLLC

The Honorable James V. Selna
April 27, 2010
Page 2

      The undersigned has 30 years of experience as a litigation counsel, covering both defense and plaintiff civil litigation dealing with product liability, consumer class action, pharmaceutical, and other mass torts. The undersigned, recognized in <u>Super Lawyers</u> for mass torts is currently serving as co-lead counsel and liaison counsel in Digitek MDL 1968 currently pending before Chief Judge Joseph Robert Goodwin in the United States District Court for the Southern District of West Virginia, and is also serving on the Plaintiff's Steering Committee of *In Re: Comcast Set Top Box Antitrust Litigation* MDL 2034 before the Honorable Anita Brody in the Eastern District of Pennsylvania.

      I am admitted to practice before the West Virginia Supreme Court, the Northern and Southern Districts of West Virginia, the U. S. Court of Appeals for the Fourth Circuit and the United States Supreme Court. In working with diverse groups of counsel, the undersigned regularly serves as local counsel in West Virginia for many leading law firms around the country. During the course of recent meetings last week for the Toyota MDL informational process, the undersigned was able to reach out and speak with Robert Carey, Managing Partner of the Hagens Berman firm, Dan Robinson of Robinson Calcagnie, Daniel Becnel of The Becnel Law Firm, Scott Weinstein of Morgan & Morgan, Jerry Parker of Parker Waichman Alonso, Richard Arsenault of Neblett Beard & Arsenault, and Dana Taschner of the Lanier Law Firm about their participation in the Toyota MDL.

      Recognizing the plethora of experience of the many talented counsel involved in securing the main leadership positions, I would be able to best serve the PSC in the capacity of being a federal/state liaison counsel and administrative role recognizing that there will be in addition to MDL, various state court matters. In the Digitek MDL, my firm is coordinating the handling of funds and assessments among PSC members, providing bill paying, and providing accounting to the PSC (and to the Court,) all valuable functions and ones which require the utmost trust and confidence of not only the Court but of other members of the PSC.

      The undersigned believes the systems and software applications in place with experienced personnel utilizing the benefit of modern technology The Bell Law Firm can provide that support to the PSC as a member and to the Court.

      The undersigned recognizing the benefits of having, as one of the key lead and liaison counsel being located in close proximity to the Court, believes that Mark Robinson, Senior Partner of Robinson, Calcagnie & Robinson, would be appropriate for that position.

# The Bell Law Firm PLLC

The Honorable James V. Selna
April 27, 2010
Page 3


The undersigned has worked in other litigation with many, including but not limited to, Scott Weinstein of Morgan & Morgan, Dianne Nast of Roda & Nast and Gerald Parker of Parker Waichman Alonso, and Richard Arsenault of Neblett Beard & Arsenault, who all have experience in prosecuting complex litigation, including class actions, and have the willingness and ability to commit to the lengthy process, and also have the ability to work cooperatively with others with access to resources to prosecute the litigation in a timely manner, as does the undersigned such that appointments, as well as a number of others, would be beneficial to the effective and efficient resolution of these claims.

I look forward to appearing before the Court at the May 13th conference and will be available to answer any questions the Court may have.

Very truly yours,

Harry F. Bell, Jr.

HFBjr/sld
cc:   Clerk of Court