RICHARD J. ARSENAULT
rarsenault@nbalawfirm.com
Louisiana Bar No. 02563
Neblett, Beard & Arsenault
P.O. Box 1190
Alexandria, LA  71309
Telephone:  (318)487-9874
Facsimile:  (318)561-2562
Attorney for Plaintiff
Ani Gazaryan

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: Toyota Motor Corp. Unintended Acceleration Marketing, Sales Practices, and Products Liability Litigation<br><br>This document relates to:<br><br>ALL CASES | Case No.:  8:10ML2151 JVS (FMOx)<br><br>**Application For Appointment Pursuant To Order No. 1**<br><br>Date:        May 13, 2010<br><br>Time:        9:00 a.m.<br><br>Place:       Courtoom of the<br>             Hon. James V. Selna<br>             411 W. Fourth St.<br>             Santa Ana, CA 92701<br>             Court Room 10C |

**MAY IT PLEASE THE COURT:**

As the Manual for Complex Litigation states, "Few decisions by the court in complex litigation are as difficult and sensitive as the appointment of designated counsel."[1]

This application[2] is being submitted pursuant to Order No. 1. wherein Your Honor indicated the main criteria for leadership appointments include "knowledge and experience in prosecuting complex litigation, including class actions."

With that instructive guidance, I begin by noting that I have been appointed by state and federal courts throughout the country to serve in leadership capacities in some of the most significant litigation in the nation. I have served in a variety of leadership capacities, including lead counsel, liaison counsel and executive committee chairperson. Throughout those experiences, I have worked cooperatively with other members of the appointed leadership team.

My participation in national automotive related products liability litigation includes the Bridgestone/Firestone, MDL No. 1373 and the Ford Motor Company Crown Victoria Police Interceptor Products Liability Litigation, MDL No. 1488.

Other MDL experience includes serving as;

---

[1] Manual for Complex Litigation Fourth, Federal Judicial Center West, § 10.224.
[2] My complete Curriculum Vitae is attached as Exhibit 1.

- Co-Lead Plaintiffs' Counsel in the Guidant MDL Litigation, MDL 1708, U.S. District Judge Donovan W. Frank, District of Minnesota.

- Liaison Counsel in the Educational Testing Service Praxis MDL Litigation, MDL 1643, U.S. District Judge Sarah S. Vance, Eastern District of Louisiana.

- Plaintiffs' Executive Committee in Rice Contamination MDL Litigation, MDL 1811, U. S. District Judge Catherine D. Perry, Eastern District of Missouri.

- Plaintiffs' Steering Committee in the Vioxx MDL Litigation, MDL 1657, U.S. District Judge Eldon E. Fallon, Eastern District of Louisiana.

- Plaintiffs' Steering Committee in the Bextra/Celebrex MDL Litigation, MDL 1699, U.S. District Judge Charles R. Breyer, Northern District of California.

- Plaintiffs' Steering Committee in the Medtronic MDL Litigation, MDL 1726, U.S. District Judge James M. Rosenbaum, District of Minnesota.

- Plaintiffs' Steering Committee in the High Sulfur Content Gasoline Products Liability MDL Litigation (Shell), MDL 1632, U.S. District Judge Ivan L.R. Lemelle, Eastern District of Louisiana.

- Plaintiffs' Discovery Committee in the Ortho Evra MDL Litigation, MDL 1742, U.S. District Judge David A. Katz, Northern District of Ohio.

- Plaintiffs' Steering Committee in the Medtronic Sprint Fidelis Leads MDL Litigation, MDL 1905, U.S. District Judge Richard H. Kyle, District of Minnesota.

- Plaintiffs' Steering Committee in the Zicam Cold Remedy Marketing, Sales Practices and Products Liability MDL Litigation, MDL 2096, U.S. District Judge Frederick J. Martone, District of Arizona.

- Plaintiffs' State Liaison Counsel in the Propulsid Products Liability Litigation, MDL 1355, U.S. District Judge Eldon E. Fallon, Eastern District of Louisiana.

While appointments by the state and federal bench are one indicia of a candidate's qualifications and experience, perhaps more probative is how the appointee functioned within that framework. With that in mind, on December 20, 2005, I was appointed by Judge Donovan W. Frank to serve as Co-Lead Counsel along with Elizabeth Cabraser and two other Lead Counsel in Guidant MDL No. 1708. Several years later, as the litigation came to a successful resolution, the court acknowledged Lead Counsels' experience and explained:

> "This experience [of lead counsel] benefitted immensely the court's ability to effectively and expeditiously move the case along, and more importantly, this experience benefitted the individual plaintiffs."

The Guidant MDL presented many unique challenges and much of my time, as well as that of my Co-Lead Counsels', was spent in critical management efforts which were essential to coordinating the litigation. Again, this did not go unnoticed by Judge Frank:

> "The attorneys had superb case management experience that permitted them to efficiently handle this complex case.  In addition, many of the managing attorneys have the ability to combine their skills with experienced trial lawyers in a way that proved efficient and a benefit to all plaintiffs as the bellwether trial dates approached. Had it not been for the skill of counsel, there may have been no settlement and no recovery for the plaintiffs here at all."

In connection with the Baycol MDL, at a hearing in which I participated this week, Judge Michael J. Davis complimented plaintiffs' counsel specifically indicating:

> "We had a new paradigm of how mass torts could be tried. The plaintiffs' counsel and lead counsel saw that there was a shift and this was a different type of case, and they were able to do the necessary adjustments, so the victims that took this drug weren't left in the lurch."

I was one of the lead negotiators in the Guidant MDL and involved in every aspect of that lengthy process, all of which was directly supervised by Magistrate Arthur Boylan. He noted that the negotiations were some of the "most complex" in which he had been involved and praised the "professionalism, competence and skill of counsel" during the settlement process. Judge Frank stated that Magistrate Boylan's observations were "consistent with what the court had observed throughout the case as well."

I have been appointed to many settlement negotiating teams and have acted as the architect of many significant recoveries, some resulting in nine figure settlements. For example, I served on the Executive Committee and as Class Counsel in an environmental case where the defendant agreed to a $330 million dollar settlement just days before trial. I was Lead Counsel and one of the lead negotiators in a train derailment class action that was resolved in federal court by Judge Rebecca Doherty.[3] I was one of the lead negotiators in a federal class action before Judge John V. Parker that was settled for more than $40 million dollars in connection with claims arising from a chemical leak from a barge that capsized on the Mississippi River in Baton Rouge. I was also one of the lead negotiators in a $45 million dollar class action settlement that was brought on behalf of farmers

---

[3] Subsequently, Judge Doherty invited me and my Co-Lead Counsel to make a presentation at the Fifth Circuit Judicial Conference regarding the innovative and progressive ideas we employed in resolving that litigation.

against the manufacturer of a pesticide-coated rice seed. That settlement was reached after more than fifty witnesses were heard during a five week trial. I was also selected to serve as one of the lead negotiators in the Medtronic MDL 1726 in Minnesota.

In addition to the observations previously noted by jurists managing multidistrict litigation where I have served in a leadership capacity, observations by academicians familiar with complex litigation and my expertise are likewise instructive. I had the honor of acting as co-counsel with Professor Arthur Miller[4] in the Baycol MDL and we were assigned the task, along with Elizabeth Cabraser, to argue the class certification motion before Judge Michael J. Davis in Minneapolis. Later, at a different class action fairness hearing in federal court, Professor Miller, while testifying as an expert regarding class action-related issues, described me as one of the "leaders in the area of complex litigation."[5] Similarly, Professor Edward

---

[4] Professor Arthur Miller is considered one of the nation's most distinguished legal scholars. He is the author of more than 40 books, among them a case book on Civil Procedure used at virtually every U.S. law school and the multi-volume treatise Federal Practice and Procedure, widely regarded as the foremost authority on its subject. He taught at Harvard Law School for 35 years.

[5] Earlier this month, I was invited to NYU School of Law to celebrate the dedication of the 67th Volume of the Annual Survey of American Law.  Each volume is dedicated to an individual who has made an outstanding contribution to American law. This year's honoree was Professor Arthur R. Miller. At the event, Professor Miller was honored by Justice Ruth Bader Ginsburg.

Sherman,[6] with whom I have participated in panel presentations and for whom I have served as a guest lecturer at his classes at Tulane Law School, has described me as one of the "experts" in class actions.

In 2001, The National Law Journal recognized me for having one of the nation's largest personal injury verdicts. I have Martindale Hubbell's highest rating for legal ability and ethical standards and I am listed in other peer reviewed publications including the Bar Register of Preeminent Lawyers and "Best of United States." I have appeared in the "Best Lawyers in America" publication for over 17 consecutive years. I am licensed to practice in the state courts of Louisiana, Colorado, Texas and Washington, D.C. I have been admitted in various federal courts[7].   I also serve as a faculty member for LSU Law School's Trial Advocacy Program. The faculty is composed of federal and state court judges, professors and distinguished trial attorneys. I have been a part of that program

---

[6] Professor Sherman served as the Dean of Tulane Law School from 1996 to 2001. Professor Sherman taught at Harvard in the late 1960's and has also taught at Stanford Law School and the University of London. He is the co-author of "Complex Litigation," a widely used textbook.

[7] U.S. Supreme Court; U.S. Courts of Appeal Fifth and Eleventh Circuits; all Districts of Louisiana; Eastern, Southern and Northern Districts of Texas; Western Districts of Missouri, Middle District of Pennsylvania; District of Delaware; District of Minnesota; Northern District of California; Southern District of Florida; and Central District of California.

since its inception nearly 20 years ago. I have been asked by our state trial lawyers associations to author amicus briefs to the U.S. Supreme Court.

In addition to my litigation practice, I have also been retained to provide expert testimony and  have been selected to act as a mediator in mass tort litigation and to serve as a peer reviewer for Martindale-Hubbell in connection with their attorney evaluations process. *"TRIAL"* Magazine regularly calls upon me to peer review articles they consider for publication.

My commitment to legal excellence is reflected in years of service which includes teaching at law schools, publishing scholarly literature, lecturing at Judicial Colleges and assuming leadership roles in both local, as well as national bar associations. For example, through an appointment by the President of the Louisiana Bar Association, I served on our state's Professional Assessment Committee that was composed of federal and state court judges along with well-respected members of the bar. I also organize and participate in an annual presentation which includes federal judges and the former Dean of the University of Tennessee, College of Law, Thomas C. Galligan. We prepare and present an update on recent legal developments.

I also chair an annual complex litigation symposium in New Orleans sponsored by the Louisiana Bar Association. In December, the program will enter its tenth year and I have served as the program chair since its inception. Last year's

speakers included Judge John G. Heyburn (Judicial Panel on Multidistrict Litigation chair), Judge Eldon E. Fallon, Professor Thomas Mengler (St. Thomas University School of Law dean), Professor Thomas C. Galligan (former University of Tennessee Law School dean), Professor Ed Sherman (former Tulane Law School dean) and other distinguished members of the bar and bench.

Other examples of my service to the legal profession include:

- President of the Alexandria Bar Association.

- President of the American Inns of Court's Crossroads Chapter. (U.S. Chief for the Western District of Louisiana F.A. Little and I created the Alexandria Chapter).

- Chair of American Trial Lawyers Association Admiralty Section.

- Chair of both the Louisiana Bar Association's Annual Admiralty Symposium and Annual Class Action Symposium since their inception.

- Guest lecturer at a variety of symposiums, including those sponsored by Tulane Law School, LSU Law School, the Louisiana Judicial College and the U.S. Fifth Circuit Judicial Conference.

- Editor of the Louisiana Bar Journal's Recent Developments for the Section on Insurance, Negligence, Worker's Compensation and Admiralty.

- Tulane Law School's Continuing Legal Education Committee.

- Chair of the Louisiana Bar Association's Section on Insurance, Negligence, Worker's Compensation and Admiralty.

I have been appointed to numerous editorial boards and have made presentations throughout the U.S. and Canada on a variety of mass tort, class action, and complex litigation related topics. I have over 250 articles and presentations to my credit.

Regarding class actions, mass torts and complex litigation, what appears below is an illustrative list of presentations I have made:

- Invited speaker at The Federal Judicial Center's Workshop for Judges of the Fifth Circuit. My topic; "Managing Class Action/Mass Tort Cases."

- Invited speaker at LSU to address the topic of "The Effect of Federal Class Action Statutes on Louisiana Class Action Practice."

- Co-presenter at LSU Law School on class action related ethics with U.S. District Judge Frank J. Polozola of the Middle District of Louisiana.

- Invited Speaker at the American Bar Association's The Future of Class Action Litigation in America Seminar on the topic, "Class Actions and MDLs – Hot Topics in Class Actions" in Washington, D.C. My co-panelists included U.S. District Judge Eldon E. Fallon (E.D. La).

- Invited speaker at the 21st Annual Federal Practice and Advocacy Seminar. My topic; "Electronic Discovery & Creative Litigation Exit Strategies".

- Invited guest and speaker at the 2005 Judicial Conference of the Fifth Circuit in New Orleans. I addressed the topic of "Voir Dire/Practices and Policies."

- 2007 Presentation in New York at the Louisiana State Bar Association's Multi-Topic Seminar. My topic; "Navigating Complex Litigation, Class Actions and MDL's…An Overview From Inception to Exit Strategies (And the Chaos In Between)."

- Invited Speaker by the Louisiana State Bar Association. My topic; "The Class Action Fairness Act: Its Application and Practical Implications."

- Speaker with co-panelist U.S. District Judge Eldon E. Fallon at the Tulane Law Review Symposium on Multidistrict Litigation in 2008. Our topic; "Bellwether Trials and Settlement Devices."

- Invited speaker at Tulane University's "Class Actions in the Gulf South and Beyond" in New Orleans, Louisiana. Canceled due to Hurricane Katrina. Published article:   *Precertification Discovery: A User's Guide,* 80 Tul. L. Rev. 1827.

- Invited speaker by the Minnesota Chapter of the Federal Bar Association at their 35th Annual Federal Court Practice Seminar. I participated in a panel presentation with U.S. District Court Chief Judge James N. Rosenbaum of the District of Minnesota on the topic of preemption.

- Panel presentations with Judge J. Frederick Motz (former JPML member) and Judge John G. Heyburn (current JPML chair).

- Panel presentation on class actions and multidistrict litigation at the Louisiana State Bar Convention in 1994.

Most recently, I co-authored with Professor Thomas C. Galligan,[8] a chapter in a new treatise being published by the American Bar Association's Tort, Trial & Insurance Practice Section (A Practitioner's Guide to Class Actions). Our chapter is titled "MDL's – A Practitioner's Global Positioning Guide." I have also authored several Law Review articles including one published in the Federal Courts Law Review ("Knowledge is Power: A Practical Proposal to Protect Putative Class Members From Improper Pre-Certification Communication, 2006 FED. CTS. L. REV. 2"). Other recent publications include:

- "The Increasing Central Role of Bellwether Trials and MDL's" published in *The Brief*, quarterly magazine of the ABA Tort Trial & Insurance Practice Section.

- "Settlement Strategies for Complex Global Litigation" published in "*TRIAL*" the Journal of the American Association of Justice.

---

[8] Thomas C. Galligan is the President of Colby-Sawyer College.  Galligan was the Dean of the University of Tennessee College of Law from 1998-2006.  From 1986-1998, he was a professor at LSU's Paul M. Hebert Law Center. His scholarship has been cited by the U.S. Supreme Court, the U.S. Fifth Circuit Court of Appeals and the Louisiana Supreme Court.

- "Class Action Settlement of 'Future Claims'" which appeared in a recent edition of the Louisiana Trial Lawyers Association publication.

- "Gathering Digital Data" published in *TRIAL*" the Journal of the American Association of Justice.

- "Daubert in Class Certification" published in the Louisiana Bar Journal.

- "Will Daubert Challenge Your Class Certification?" published in *"TRIAL"* the Journal of the American Association of Justice.

- "Precertification Discovery: A User's Guide" published in the Tulane Law Review, 80 Tul. L. Rev. 5/6 (June 2006).

- "Multidistrict Litigation and Bellwether Trials: Leading Litigants to Resolution in Complex Litigation" published in *The Brief*, quarterly magazine of the ABA Tort Trial & Insurance Practice Section.

I have participated in the continuing legal education programs with Ken Starr, Pat Buchanan, U.S. District Court Judge James M. Rosenbaum, U.S. District Court Judge F.A. Little, Jr., U.S. District Court Judge Eldon E. Fallon, U.S. District Court Judge Kathleen M. O'Malley and dozens of other members of the federal and state bench.

I have been interviewed and featured in print, online, television and radio regarding my involvement in complex litigation.  I have been called upon and often quoted by leaders in the news media, including the New York Times, Los

Angeles Times, CNBC, Associated Press, NPR, MSNBC, the Wall Street Journal, PBS, Reuters, Forbes, Bloomberg News, KNX/CBS Radio Los Angeles, TV Tokyo America, Toronto Star, Toronto Sun, Edmonton Sun, Calgary sun, Metro News Ottawa, The Detroit Bureau, RSS, Businesswire.com, New Zealand Herald, and various other national and local media outlets.

I helped chair programs with speakers that have included former President Bill Clinton, Robert F. Kennedy, Jr., Eliot Spitzer, Harvard Professor Alan Dershowitz, Morris Dees, Arianna Huffington, Al Franken, Bob Woodward and Paul Begala.  I have organized and chaired dozens of symposiums with guests ranging from Ken Starr to Jan Schlichtman (lawyer portrayed by John Travolta in "A Civil Action"). In 1990, I organized a panel presentation at our annual Bar Convention which included President Gerald R. Ford and members of our Louisiana Supreme Court. In 1988, I made arrangements for Patrick J. Buchanan to speak at our annual Bar Convention and served as moderator for that program. I also arranged to have Ambassador Jeane Kirkpatrick speak at our annual Bar Convention programs.

I have organized numerous counsel meetings and conferences, comprising hundreds of law firms in venues across the country. These have been designed to facilitate consensus for leadership roles, consider organizational structures and promote coordinated litigation efforts.

In connection with the Toyota litigation, I have actively participated in and helped organize numerous plaintiff counsel meetings designed to facilitate consensus for leadership roles, coordinate MDL venue selection arguments, select experts, consider organizational structure and promote a coordinated litigation effort. I have communicated with Your Honor's interim designees and shared my thoughts with them and engaged in various dialogues regarding issues associated with Order No. 1.

I recently co-chaired the national HarrisMartin Toyota Recall Litigation Conference, which attracted over 100 defense and plaintiff attorneys seeking to learn more about the unique circumstances of the Toyota litigation.  The conference agenda featured some of the nation's preeminent attorneys, many with decades of experience handling large, complex national cases.[9] The eclectic group included a Special Master currently serving in Fleet MDL No. 2066 and Welding Rods, MDL No. 1535. As conference co-chair, I strove to provide an educational event that was as useful as it was impartial and nonpartisan.  I recruited Elizabeth Cabraser to serve as a co-chair along with Jimmy Faircloth, former Executive Counsel to Louisiana Governor Bobby Jindal. The event, which was held in San

---

[9] Elizabeth J. Cabraser, Mark P. Robinson, Jr., Dawn M. Barrios, Mitchell M. Breit, Howard Bushman, Ken Seeger, Brian J. Devine, W. Mark Lanier, Dana Taschner, Mark J. Geragos, John R. Climaco, Stan Chesley, Seth A. Katz, Margaret M. Murray, Richard D. McCune, Hunter J. Shkolnik, Daniel E. Becnel, Jr., David R. Cohen, W. Daniel "Dee" Miles, III and Timothy G. Blood.

Diego on the eve of the MDL Panel hearing, was profiled by the Associated Press, the *Wall Street Journal*, Bloomberg News, National Public Radio, CBS Radio and other national and international news organizations. In light of the conference's success, I have been asked to chair another Toyota litigation conference which will take place the day before Your Honor's initial conference in this MDL.[10]

In Order No. 1, the Court stated its intention to appoint Plaintiffs' Lead Counsel and Liaison Counsel. Your Honor indicated that the Court would only consider attorneys who have filed actions in this litigation. Accordingly, I note that I am counsel of record in the following cases:

- David and Dorothy Gaspard v. Toyota Motor Sales USA, Inc., et al; Case No. 10-00179 (W.D. La.).

- Robyn Horn v. Toyota Motor Sales USA, Inc., et al; Case No. 10-0090 (E.D. Ark.).

- Jerry Baker Auto Sales v. Toyota Motor Sales, Inc., et al, Case No. 10-04025, (W.D. Mo.).

- Ani Gazryan v. Toyota Motor Sales, Inc., et al; Case No. 10-00849, (C.D. Cal.).

---

[10] Speakers include Elizabeth J. Cabraser, Dawn M. Barrios, Mitchell M. Breit, W. Mark Lanier, Dana Taschner, Mark J. Geragos, John R. Climaco, Stan Chesley, W.B. "Bill" Markovits, Christopher D. Stock, Seth A. Katz, Margaret M. Murray, Richard D. McCune, Mark P. Robinson, Jr., Hunter J. Shkolnik, Daniel E. Becnel, Jr., David R. Cohen, Won J. Kim, W. Daniel "Dee" Miles, III.

- Troy Menssen v. Toyota Motor Sales, Inc., et al; Case No. 10-00260 (N.D. Ohio).

- Thomas Davis v. Toyota Motor Sales, Inc., et al, Case No. 10-0900 (S.D.N.Y.).

- Ted Wedul v. Toyota Motor Sales, Inc., et al; Case No. 10-00943 (D. Minn.).

In Order No. 1, Your Honor explained that the main criteria for leadership appointments are:

(1)     Knowledge and experience in prosecuting complex litigation, including class actions;

(2)     Willingness and ability to commit to a time-consuming process;

(3)     Ability to work cooperatively with others; and

(4)     Access to sufficient resources to prosecute the litigation in a timely manner.

The description contained herein addresses criteria (1) and (3). Regarding criteria (2) and (4), as an Officer of the Court, I submit to Your Honor that I am both willing and have the ability to commit to this time-consuming process. I have sufficient resources to prosecute this litigation in a timely manner both in terms of finances and also with my firm's infrastructure, which includes a seasoned staff of trial attorneys and paralegals that are no strangers to complex litigation.

With a career spanning over nearly 30 years, my diverse experience has provided a unique foundation for navigating complex litigation. I possess the ability to work cooperatively with others and I have the requisite professional experience for this specific litigation. Therefore, I respectfully seek Your Honor's appointment to serve as a Lead Counsel Committee Member for the economic loss cases.

### Proposed Structure and Roles of Plaintiffs' Designated Counsel

I support the recommendation made by the interim designees that the court adopt a final plaintiffs' leadership structure based on and consistent with that described by the court in paragraphs 2.1 and 7 of its April 14, 2010 Order No. 1 and its April 19, 2010 Order Re: Clarifying the Scope of Applications.

The recommendation of interim class counsel of specific attorneys to fill the positions in the proposed structure includes talented lawyers from around the country, coming from various firms that initiated cases now consolidated in this multi-district litigation. The proposed structure will facilitate the effective and efficient management of this litigation.  The proposed leadership group collectively has broad experience in multi-district litigation, class action litigation and also includes attorneys with specific expertise in auto products liability litigation. Most importantly, all bring to the table the resources necessary to prosecute this important case.

The Manual for Complex Litigation, Fourth (the "Manual") provides helpful analyses and recommendations regarding, *inter alia*, the organization of complex cases such as this one, and the responsibilities and duties of counsel appointed to lead such actions.[11]  The Manual emphasizes the importance of the appointment of "designated" counsel[12] and discusses organizational structures.[13]  Similarly, Rule 23(g) of the Federal Rules of Civil Procedure ("Rule 23"), as well as the Manual, provides guidelines for appointment of "interim class counsel" in putative class actions.[14] The Court may also "consider any other matter pertinent to counsel's ability to fairly and adequately represent the interests of the class." *Id.*[15]  Where there are competing applications for appointment, a court must appoint counsel "best able to represent the interests of the class." Fed. R. Civ. P. 23(g)(2)(B), 2003 Advisory Committee Notes.  I respectfully submit that the proposed organizational structure and the specific attorneys being recommended to fill that structure comports with the teachings of both the Manual and Rule 23(g).

---

[11] Manual §10.2, §10.21, §10.22, §10.221, §10.224.
[12] Manual §2 Id. at §10.224.
[13] Manual §2 Id. at §10.224.
[14] Rule 23(g)(1)directs the Court to appoint class counsel who will "fairly and adequately represent the interests of the class."
[15] Although Rule 23(g)(2)(A) does not specify the factors that a court should consider in appointing interim class counsel, courts have held that the factors to be considered when appointing permanent class counsel under Rule 23(g)(1) inform a court's decision as to interim appointments.  *See, e.g., In re Delphi ERISA Litig.*, 230 F.R.D. 496, 498 (E.D. Mich. 2005).

The aforementioned criteria guiding the Court's evaluation of leadership applications such as this one strongly militates in favor of the interim designees' proposal.  For example, the attorneys recommended by the interim designees: (a) represent many of the plaintiffs in these cases; (b) individually and collectively possess specific expertise with respect to instant litigation; (c) have been recognized as national leaders in the MDL and class litigation fields; (d) have shown their ability to effectively and conscientiously handle this genre of litigation for many years and in numerous challenging cases; and (e) have performed substantial work identifying and investigating the claims in this litigation, endowing them with a significant base of case-specific knowledge.

The attorneys recommended by the interim designees, individually and collectively, satisfy each of the factors enumerated in Rule 23(g)(1) and the Manual, and comprise a group of experienced counsel eminently qualified to lead this case. Their past successes in complex litigations of this type speak to their qualifications and ability to manage large-scale litigation such as this, and their willingness to devote the necessary resources to prosecute these types of actions to

successful conclusion.

Dated:  April 30, 2010                    Respectfully submitted,

                                          _/s Richard J. Arsenault _____
                                          ichard J. Arsenault (LA Bar #02563)
                                          NEBLETT, BEARD & ARSENAULT
                                          P.O. Box 1190
                                          Alexandria, LA  71309
                                          Telephone: (318) 487-9874
                                          Facsimile: (318) 561-2592
                                          E-mail:  rarsenault@nbalawfirm.com

# Exhibit 1

# RICHARD J. ARSENAULT





rarsenault@nbalawfirm.com
800.256.1050

_____
# CURRICULUM VITAE

With a diverse career spanning nearly 30 years, Richard J. Arsenault's experience as a trial lawyer, author and teacher has provided a unique foundation for navigating complex litigation.

**Recognition**

The National Law Journal has recognized Arsenault as having one of the nation's largest personal injury verdicts. He has Martindale Hubbell's highest rating for legal ability and ethical standards and is listed in other peer reviewed publications including the Bar Register of Preeminent Lawyers and "Best of United States". In fact, he has appeared in the "Best Lawyers in America" publication for over 17 consecutive years. Arsenault also serves as a faculty member for LSU Law School's Trial Advocacy Program; a faculty composed of Federal and State Court Judges, professors and prominent attorneys. He has been a part of that program since its inception nearly 20 years ago. In addition to a busy litigation practice, Arsenault has also been retained to provide expert testimony and has served as a mediator in mass tort litigation. Trial Magazine also regularly calls upon Arsenault to peer review articles they consider for publication. He also serves as a peer reviewer for Martindale-Hubbell in connection with their attorney evaluations process.

**Complex Litigation**

Observations by academicians familiar with complex litigation are instructive. Arsenault served as co-counsel with Professor Arthur Miller in the Baycol Multidistrict Litigation when the Plaintiff Steering Committee designated him along with Professor Miller to argue the class certification motion before Judge Michael J. Davis in Minneapolis. Later, at a class action fairness hearing in federal court, Professor Arthur Miller, while testifying regarding class action related issues, described Arsenault as one of the "leaders in the area of complex litigation." Similarly, Professor Edward Sherman, former dean of Tulane Law School, with whom Arsenault has participated in panel presentations and for whom he has served as a guest lecturer at Tulane Law School, likewise has described Arsenault as one of the "experts" in class actions.

Judge Donovan Frank appointed Arsenault to serve as co-lead counsel in the Guidant Multidistrict Litigation. As the litigation came to a close, the court acknowledged lead counsels' significant mass tort experience and explained:

> "This experience benefitted immensely the court's ability to effectively and expeditiously move the case along, and more importantly, this experience benefitted the individual plaintiffs."

**EXHIBIT 1**

The Guidant MDL presented many unique challenges and much of Arsenault's time was spent in critical management efforts which were essential to coordinating the litigation. Again, this did not go unnoticed by Judge Frank:

> "The attorneys had superb case management experience that permitted them to efficiently handle this complex case.  In addition, many of the managing attorneys have the ability to combine their skills with experienced trial lawyers in a way that proved efficient and a benefit to all plaintiffs as the bellwether trial dates approached. Had it not been for the skill of counsel, there may have been no settlement and no recovery for the plaintiffs here at all."

Arsenault was one of the lead negotiators in the Guidant MDL and was involved in every step of the process, all of which was directly supervised by Magistrate Arthur Boylan who noted that the negotiations were some of the "most complex" that he had been involved in and praised the "professionalism, competence and skill of counsel" during the settlement process. Judge Frank stated that Magistrate Boylan's observations were consistent with what the court had observed throughout the case as well.

**Litigation Resolution**

The architect of many significant litigation recoveries, Arsenault has been appointed to many negotiating teams, some resulting in nine figure settlements. He served on the Executive Committee and as Class Counsel in environmental litigation where the defendant agreed to a $330 million dollar settlement just days before trial. He was Lead Counsel and one of the lead negotiators in a train derailment that was resolved in federal court by Judge Rebecca Doherty in Lafayette, Louisiana. Subsequently, she invited Arsenault to make a presentation with her at the Fifth Circuit Judicial Conference regarding the innovative and progressive ideas employed in resolving that litigation. Arsenault was one of the negotiators in a class action resolved before Judge Parker in the Middle District of Louisiana and served as Class Counsel and one of the lead negotiators in that case. He was also appointed to the Vioxx Plaintiff Steering Committee, which was resolved for $4.85 billion dollars.

**Legal Excellence & Professionalism**

Arsenault's commitment to legal excellence is reflected in years of service which has included teaching at law schools, publishing law review articles, lecturing at Judicial Colleges and assuming leadership roles in both local, as well as national bar associations. Through an appointment by the President of the Louisiana Bar Association, Arsenault joined the Professional Assessment Committee composed of a distinguished panel including Federal and State Court Judges along with members of the Bar. He also coordinates an annual tort law presentation by several United States District Judges and the former Dean of the University of Tennessee, College of Law, Thomas C. Galligan, Jr. Other examples include service as:

- President of the Alexandria Bar Association;
- President of the American Inns of Court's Crossroads Chapter. (U.S. District Judge F.A. Little and Arsenault worked together to create the Alexandria Chapter);
- Chair of American Trial Lawyers Association Admiralty Section;
- Chair of both the Louisiana Bar Association's Annual Admiralty Symposium and Annual Class Action Symposium since their inception;
- Speaker and guest lecturer at a variety of symposiums, including those sponsored by Tulane Law School, LSU Law School, the Louisiana Judicial College and the U.S. Fifth Circuit Judicial Conference;
- Editor of the Louisiana Bar Journal's Recent Developments for the Section on Insurance, Negligence, Worker's Compensation and Admiralty;
- Tulane Law School's Continuing Legal Education Committee;
- Chair of the Louisiana Bar Association's Section on Insurance, Negligence, Worker's Compensation and Admiralty.

**National Plaintiff Steering Committees**

Selected by courts around the country to serve on Steering Committees in some of the nation's largest litigation, Arsenault's appointments by the federal bench include:

- U.S. District Judge Donovan W. Frank, District of Minnesota, to serve as Co-Lead Plaintiffs' Counsel in the Guidant MDL Litigation;
- U.S. District Judge Sarah S. Vance, Eastern District of Louisiana, to serve as Liaison Counsel in the Educational Testing Service Praxis MDL Litigation;
- U.S. District Judge Eldon E. Fallon, Eastern District of Louisiana, to serve on the Plaintiffs' Steering Committee in the Vioxx MDL Litigation;
- U.S. District Judge Charles R. Breyer, Northern District of California, to serve on the Plaintiffs' Steering Committee in the Bextra/Celebrex MDL Litigation;
- U.S. District Judge James M. Rosenbaum, District of Minnesota, to serve on the Plaintiffs' Steering Committee in the Medtronic MDL Litigation;
- U.S. District Judge Ivan L.R. Lemelle, Eastern District of Louisiana, to serve on the MDL Plaintiffs' Steering Committee in the High Sulfur Content Gasoline Products Liability MDL Litigation (Shell);
- U.S. District Judge David A. Katz, Northern District of Ohio, to serve on the Plaintiffs' Discovery Committee in the Ortho Evra MDL Litigation;
- U. S. District Judge Catherine D. Perry, Eastern District of Missouri, to serve as a member of the Plaintiffs' Executive Committee in Rice Contamination MDL Litigation;
- U.S. District Judge Richard H. Kyle, District of Minnesota, to serve on the Plaintiffs' Steering Committee in the Medtronic Sprint Fidelis Leads MDL Litigation.
- U.S. District Judge Frederick J. Martone, District of Arizona, to serve on the Plaintiffs' Steering Committee in the Zicam Cold Remedy Marketing, Sales Practices and Products Liability MDL Litigation.

**Presentations & Publications**

Arsenault has been appointed to numerous editorial boards, and has made presentations throughout the U.S. and Canada on a variety of mass tort, class action, and complex litigation related topics. He has over 250 articles and presentations to his credit. Recently, Arsenault co-authored with Professor Thomas C. Galligan, Jr., a chapter in a new treatise being published by the American Bar Association's Tort, Trial & Insurance Practice Section (A Practitioner's Guide to Class Actions). The chapter is titled "MDL's – A Practitioner's Global Positioning Guide." Arsenault has authored many Law Review articles including one published in the Federal Courts Law Review (Knowledge is Power: A Practical Proposal to Protect Putative Class Members From Improper Pre-Certification Communication). Other recent publications include:

- "The Increasing Central Role of Bellwether Trials and MDL's" published in *The Brief*, quarterly magazine of the ABA Tort Trial & Insurance Practice Section.
- "Settlement Strategies for Complex Global Litigation" published in "*TRIAL*" the Journal of the American Association of Justice.
- "Class Action Settlement of 'Future Claims'" which appeared in a recent edition of the Louisiana Trial Lawyers Association publication.
- "Gathering Digital Data" published in "*TRIAL*" the Journal of the American Association of Justice.
- "Daubert in Class Certification" published in the Louisiana Bar Journal.
- "Will Daubert Challenge Your Class Certification?" published in *"TRIAL"* the Journal of the American Association of Justice.
- "Precertification Discovery: A User's Guide" published in the Tulane Law Review, 80 Tul. L. Rev. 5/6 (June 2006).
- "Multidistrict Litigation and Bellwether Trials: Leading Litigants to Resolution in Complex Litigation" published in *The Brief*, quarterly magazine of the ABA Tort Trial & Insurance Practice Section.

**National Press Coverage**

Arsenault is known inside and outside the legal community as an authority on complex litigation issues. He has been interviewed and featured in print, online, on television and radio regarding his expertise and involvement with some of the nation's largest litigation.  Arsenault has been called upon and often quoted by leaders in the news media, including the New York Times, Los Angeles Times, Associated Press, NPR, MSNBC, the Wall Street Journal, PBS, Reuters, Forbes, Bloomberg News, KNX/CBS Radio Los Angeles, TV Tokyo America, Toronto Star, Toronto Sun, Edmonton Sun, Calgary Sun, Metro News Ottawa, The Detroit Bureau, RSS, Businesswire.com, CNBC, KTVU San Francisco, New Zealand Herald, and various other national and local media outlets.


**Nationwide Networking**

Arsenault has helped chair national complex litigation programs with speakers that have included former President Bill Clinton, Robert F. Kennedy, Jr., Eliot Spitzer, Harvard Professor Alan Dershowitz, Morris Dees, Arianna Huffington, Al Franken, Bob Woodward, Al Sharpton and Paul Begala. He has chaired dozens of symposiums with guests ranging from Ken Starr to Jan Schlichtman (lawyer portrayed by John Travolta in "A Civil Action"). Arsenault has organized numerous counsel meetings and conferences, comprising hundreds of law firms in venues across the country. These have been designed to facilitate consensus for leadership roles, consider organizational structures and promote coordinated litigation efforts. Arsenault recently co-chaired the national HarrisMartin Toyota Recall Litigation Conference, which attracted over 100 plaintiff and defense attorneys seeking to learn more about the unique circumstances of the Toyota litigation.  The conference agenda featured some of the nation's preeminent attorneys, many with decades of experience handling large, complex national cases. The event, which was held in San Diego was profiled by the Associated Press, the *Wall Street Journal*, Bloomberg News, National Public Radio, CBS Radio and other national and international news organizations. Consequently, he understands and functions well in the national complex litigation landscape.

# CURRICULUM VITAE HIGHLIGHTS

- AV Martindale-Hubbell rating.
- Martindale-Hubbell Bar Register of Preeminent Lawyers listing.
- "The Best Lawyers in America" Woodward/ White publication listing.
- Licensed in Louisiana, Texas, Colorado, and Washington, D.C.
- National Law Journal recognition for one of the nation's largest (top 100) verdicts in 2001; $21 million.
- Faculty member at LSU Law School's Trial Advocacy Training Program.
- Guest Lecturer at Tulane and LSU Law Schools.
- Past President of Alexandria Bar Association.
- Past President of Crossroads Chapter of the American Inns of Court.
- Guest lecturer at Louisiana Judicial College.
- Guest lecturer at Federal Fifth Circuit Judicial Conference.
- Numerous presentations at law schools, judicial conferences, and bar association functions throughout the United States and Canada on a variety of mass tort, class action, maritime and litigation related topics (nearly 200 articles and presentations).
- Editor of Louisiana Bar Journal, Recent Developments for the Section on Insurance, Negligence, Workers' Compensation and Admiralty Law (1983-2000).
- Multi-District Litigation experience: Pedicle Screw, Breast Implant, Fen-Phen, Microsoft, Propulsid, Air Bag, Sulzer Hip, PPA, Firestone, Baycol, Serzone and Meridia.
- Class Counsel in Craig West, et al vs. G& H Seed Company, et al, Docket No. 99-C-4984-A, 27thJudicial District Court (**ICON/CRAWFISH**), St. Landry Parish, Louisiana ($45 million recovery during fifth week of trial).
- Appointed by Federal District Court Judge John Parker as Class Counsel for **INGRAM** litigation; served on Settlement Committee ($40.5 million recovery).
- Appointed by Federal District Court Judge Edith Brown Clement to serve as Liaison Counsel in **KAISER** Litigation; served on Settlement Committee ($30,425,000.00 recovery).
- Appointed by Federal District Court Judge Richard Haik to serve as Class Counsel and appointed to the Settlement Committee for the **EUNICE TRAIN DERAILMENT** Litigation ($65 million recovery).
- Appointed by Federal District Court Judge Rebecca F. Doherty to serve as Co-Liaison Counsel and Class Counsel in **NEW IBERIA TRAIN DERAILMENT** LITIGATION ($5 million recovery).
- Appointed by Federal District Court Judge Barker to serve on the **FIRESTONE** MDL No. 1373 Settlement Committee.
- Appointed to Repository Committee in In Re: Ford Motor Company **CROWN VICTORIA** Police Interceptor Products Liability Litigation, MDL Docket No. 1488.
- Appointed by Federal District Court Judge Eldon E. Fallon to serve on State Liaison Committee in **PROPULSID** MDL No. 1355 litigation.
- Appointed by Federal District Court Judge Rothstein to serve on Federal/ State Coordination Committee in **PPA** MDL No. 1407 litigation.
- Appointed to Plaintiffs' Steering Committee and Executive Committee in **SERZONE** Products Liability Litigation, MDL No. 1477.
- Appointed to Plaintiffs' Steering Committee in In Re:  **MERIDIA** Product Liability Litigation, MDL No. 1481.
- Chair for Louisiana State Bar Association's Annual Class Action/Mass Tort Symposium since inception.
- Chair of Louisiana State Bar Association's Annual Admiralty Symposium since inception.
- Appointed by U.S. District Judge Feldman to serve as a member of the Plaintiffs' Steering Committee in In Re: **AIR BAGS** Products Liability Litigation, MDL No. 1181.

- Appointed by U.S. District Judge Eldon E. Fallon to serve as a member of the Plaintiffs' Steering Committee and Interim Class Counsel In Re: **VIOXX** Products Liability Litigation, MDL No. 1657.
- Appointed by U.S. District Judge Eldon E. Fallon to serve as Interim Class Counsel, Plaintiffs' Steering Committee member and Executive Committee member In Re: Turner v. **MURPHY OIL** USA, Inc. Case Number 05-4206, U.S. District Court, Eastern District of Louisiana.
- Appointed by U.S. District Judge Vance to serve as Liaison Counsel, In Re: **OCA**, Inc. Securities and Deriviative Litigation, Master File No. 05-2165, Section R(3), Judge Vance, United States District Court, Eastern District of Louisiana.
- Appointed by U.S. District Judge Charles R. Breyer to serve as a member of the Plaintiff's Steering Committee In Re: **BEXTRA** and **CELEBREX** Marketing Sales Practices and Product Liability Litigation, Case No. M:05-CV-01699-CRB, MDL No. 1699, United States District Court, Northern District of California.
- Appointed by U.S. District Judge Donovan W. Frank to serve as a member of the Plaintiffs' Lead Counsel Committee In re: **GUIDANT** Corp. Implantable Defibrillators Products Liability Litigation, MDL No. 05-1708, United States District Court, District of Minnesota.
- Appointed by U.S. District Judge James M. Rosenbaum to serve as a member of the Plaintiffs' Steering Committee In Re: **MEDTRONIC**, Inc. Implantable Defibrillators Litigation, MDL No. 05-1726, United States District Court, District of Minnesota (1of the 3 lead negotiators for the settlement which including the separate payment for attorney's fees exceeds $113 million).
- Appointed by U.S. District Judge Catherine D. Perry to serve as a member of the Plaintiffs' Executive Committee In Re LL**RICE** 601 Contamination Litigation, Case Number 4:06 MD 1811-CDP, U.S. District Court, Eastern District of Missouri, Eastern Division.
- Appointed by U.S. District Judge Carl J. Barbier to serve as Class Counsel in Lincoln, et al vs. **SHELL** Pipeline Company, L.P., et al , Civil Action no. 05-CV-4197 c/w 05-cv-4199 & 06-cv-5154, United States District Court, Eastern District of Louisiana.
- Appointed by U.S. District Magistrate Judge Arthur J. Boylan to serve on the Claims Review Committee and the Common Benefit Attorneys' Fees Committee In Re: **MEDTRONIC**, Inc. Implantable Defibrillators Products Liability Litigation, MDL No. 05-1726 (JMR/AJB) United States District Court, District of Minnesota.
- Appointed by U.S. District Magistrate Judge Arthur J. Boylan to serve on the Common Benefit Attorneys' Fees Committee In Re: **MEDTRONIC**, Inc. Implantable Defibrillators Products Liability Litigation, MDL No. 05-1726 (JMR/AJB) United States District Court, District of Minnesota.
- Appointed by U.S. District Judge Richard H. Kyle and United States Magistrate Judge Janie S. Mayeron to serve on the Plaintiffs' Steering Committee, In Re: Medtronic, Inc., **SPRINT FIDELIS** Leads Product Liability Litigation, MDL No. 08-1905 (RHK/JSM), United States District Court, District of Minnesota.
- Appointed by U.S. Magistrate Judge Arthur J. Boylan to serve on the Claims Review Committee, In re: **GUIDANT** Corp. Implantable Defibrillators Products Liability Litigation, MDL No. 05-1708, United States District Court, District of Minnesota.

————————————————————————————

# EDUCATION

B.A. 1977 - State University of New York
J.D. 1980 - Louisiana State University Law Center

————————————————————————————

# STATE COURT BAR ADMISSIONS

Louisiana (10/17/80)
Texas (4/17/92)
Colorado (01/01/91
Washington, D.C. (11/06/91)

# FEDERAL COURT BAR ADMISSIONS

United States Supreme Court (5/10/84)

United States Courts of Appeals
Fifth Circuit (12/04/80) Eleventh Circuit (10/01/81)

United States District Courts of Louisiana
Middle District (12/09/80) Eastern District (11/14/80) Western District (01/30/81)

United States District Courts of Texas
Eastern District (06/17/88) Southern District (09/07/90) Northern District (07/11/90)

Admitted to appear Pro Hac Vice on January 10, 1994
in the United States District Court for the Eastern District of Missouri, Southeastern Division
In the matter of the Complaint of NewCo Marine, Inc. as Bareboat
Charterer, Operator and Owner

Pro Hac Vice of the M/V HOOSIER STATE, Official No. 288407,
for Exoneration From or Limitation of Liability, Civil Action No. 1:93-CV-00200

Special admission to appear
Tina Wall, et al v. Sunoco, Inc., et al
Case No. 3:CV-01-809
United States District Court, Middle District of Pennsylvania

Admitted to appear Pro Hac Vice
Kaiser Aluminum Corporation, et al
Case No. 02-10429
United States Bankruptcy Court, District of Delaware

Admitted to appear Pro Hac Vice
In re: Medtronic, Inc., Implantable Defilbrillators Products Liability Litigation
MDL No. 1726 (JMR/AJB)
United States District Court, District of Minnesota

Admitted to appear Pro Hac Vice
In re: Bextra and Celebrex Marketing, Sales Practices and Product Liability Litigation
MDL No. 1699 (CRB)
United States District Court, Northern District of California

Admitted to appear Pro Hac Vice
In re: Guidant Corp. Implantable Defibrillators Products Liability Litigation
MDL No. 1708
United States District Court, District of Minnesota

Admitted to appear Pro Hac Vice
Arthur Sokol vs. Pfizer, Inc.
Case No. 05-80750CV
United States District Court, Southern District of Florida, West Palm Beach Division

Admitted to appear Pro Hac Vice 2006
Joseph Birdsong, individually and as representative of the Class
United States District Court, Northern District of California, San Jose Division

7

Admitted to appear Pro Hac Vice (10/13/2006)
Ralph Shaffer, individually and on behalf of all others similarly situated
vs.  Continental Casualty Company & CNA Financial Corporation, d/b/a CNA, LTC.
Case No. CV06-2235 RGK (PJA)
United States District Court, Central District of California, Western Division


Admitted to appear Pro Hac Vice (10/9/2006)
Sondra Zekowski, et al vs. Princess Cruise Lines, Ltd.
Case No. BC356095
Superior Court, State of California, County of Los Angeles


Admitted to appear Pro Hac Vice  (8/8/2007)
Danny Dunham, individually and on behalf of all others similarly situated
vs. Coffeyville Resources, LLC., et al
Case No. 6:07-cv-01186-JTM-DWB
United States District Court, State of Kansas


Admitted to appear Pro Hac Vice (11/15/07)
Luisi, et al vs. Medtronic, Inc., et al
Civil Docket No. 0:07cv-04250-RHK-JSM
United States District Court, District of Minnesota (DMN)


Admitted to appear Pro Hac Vice (8/10/09)
Sydnes v. National Arbitration Forum, Inc. et al
Civil Docket No. 09-cv-01939-PAM-JSM
United States District Court, District of Minnesota


Admitted to appear Pro Hac Vice (3/9/10)
Poole v. MATRIXX Initiatives, Inc., et al
Civil Docket No. 2:10-cv-00127-FJM
United States District Court, District of Arizona


Admitted to appear Pro Hac Vice (3/23/10)
Gazaryan v. Toyota Motor Sales U.S.A. Inc., et al
Civil Docket No. 2:10-cv-00849-AHM
United States District Court, Central District of California


Admitted to appear Pro Hac Vice (3/22/10)
Horn v. Toyota Motor Sales U.S.A. Inc., et al
Civil Action No. 4-10-cv-0090
United States District Court, Eastern District of Arkansas


Admitted to appear Pro Hac Vice (3/24/10)
Menssen v. Toyota Motor Sales U.S.A. Inc., et al
Civil Docket No. 1:10-cv-00260-SO
United States District Court, Northern District of Ohio


Admitted to appear Pro Hac Vice (4/5/10)
Jerry Baker Auto Sales, LLC v. Toyota Motor Sales U.S.A. Inc., et al
Civil Docket No. 2:10-cv-04025-NKL
United States District Court, Western District of Missouri

Admitted to appear Pro Hac Vice (4/7/10)
Halverson v. Matrixx Initiatives, Inc., et al
Civil Docket No. 2:10-cv-00626-SRB
United States District Court, District of Arizona

Admitted to appear Pro Hac Vice (4/14/10)
In Re: Toyota Motor Corp. Unintended Acceleration Marketing, Sales Practices, and Products Liability Litigation
Case No. 8:10ML2151-JVS (FMOx)
United States District Court, Central District of California

---

## TEACHING/FACULTY/ALUMNI BOARD POSITIONS

LSU Trial Advocacy Faculty Member
     Paul M. Hebert Law Center
     Louisiana State University, Baton Rouge, LA
     Trial Advocacy Training Program
     1991 - 1998, 2004, 2006, 2007, 2008, 2009

Guest Lecturer
     Tulane Law School, New Orleans, LA
     September 22, 2004
     Topic: Class Actions

Guest Lecturer - March 1994
     Paul M. Hebert Law Center
     Louisiana State University, Baton Rouge, LA
     Advanced Tort Litigation Course
     Topic:  Deposition Practice

Faculty
     Northwestern State University, Natchitoches, LA
     Litigation Course
     1983 to 1987

Faculty
     Seventeenth Post Graduate Summer School for Lawyers at the
     Paul M. Hebert Law Center
     Louisiana State University, Baton Rouge, LA
     Presentation on June 11, 1994
     Presentation topic:  Deposition Practice

Guest Lecturer - February 1997
     Paul M. Hebert Law Center
     Louisiana State University, Baton Rouge, LA
     Topic:  Discovery Strategy

Board Member
     Vice President - (Alexandria, LA area)
     Paul M. Hebert Law Center
     Louisiana State University, Baton Rouge, LA
     National Alumni Board

Member
        Chancellor's Council
        Paul M. Hebert Law Center
        Louisiana State University, Baton Rouge, LA

Member
        Professional Assessment Committee
        Louisiana State Bar Association

Guest Lecturer - April 2006
        Paul M. Hebert Law Center
        Louisiana State University, Baton Rouge, LA
        Pre-Trial Litigation Class

_____

# COMMUNITY ACTIVITIES

Eucharistic Minister & Lector
        St. Frances Xavier Cathedral
        1993 to 2001

Member - Stewardship Committee
        St. Frances Xavier Cathedral
        1994

Co-Chairman
        Annual Hope House Function
        (Shepherd Ministries)
        1994

Vice Chairman
        Annual Arthritis Foundation Function
        (Hotel Bentley) Alexandria, Louisiana
        1994

Lector
        Red Mass for the Alexandria
        Diocese of the Roman Catholic Church
        St. Frances Xavier Cathedral
        September 25, 1994 & September 21, 1997

Member - Major Gift Committee
        St. Frances Xavier Cathedral
        Cathedral Restoration Project
        1996

Elected Member of
        St. Frances Xavier Cathedral Financial Board
        1998

Host Committee Member
        Alexandria Reception for Chancellor John
        Costonis, LSU Law Center
        1998

10

SOLACE, Inc. Volunteer
      Support of Lawyers/Legal Personnel - Community Action Committee
      2003

Soccer Coach
      Country Day School (4th - 6th Grade)
      2001, 2003 Seasons

---

# EDITORIAL POSITIONS

- Editor, Louisiana Bar Journal Recent Developments.  (Insurance, Negligence, Workers' Compensation and Admiralty Law).  1983 to 2000.
- Co-Editor, American Trial Lawyers Association Admiralty Newsletter. 1990 to 1992.
- Editorial Board Member, Maritime Law Reporter.  1987 to 2000.
- Editorial Board Member, The Forum.  1982-1986.
- Editor, Alexandria Bar Association Publication.  1983.
- Editor, The Forum.  1987-1988.
- Editor, Maritime and Auto Tort Column for the Louisiana Advocates (Louisiana Trial Lawyers Association Monthly Publication).  2000-2001.

---

# SPECIAL APPOINTMENTS AND RECOGNITION

1. A-V Martindale-Hubbell rating.

2. Recognized by THE BEST LAWYERS IN AMERICA (1993 to date).

3. Recognized by BEST LAWYER IN THE U.S. (2007 to date).

4. Recognized by LOUISIANA SUPER LAWYERS (2007 to date).

5. Included in the 2008 Louisiana Life Magazine's Super Lawyer Section "Top Attorneys in Louisiana".

6. Included in the Martindale-Hubbell Bar Register of Preeminent Lawyers from 1992 to date.

7. Selected by The Best of the U.S., Inc. as one of the "Best of Class" in the legal profession, 2006 to date.

8. Louisiana Trial Lawyers Association's President's Advisory Committee, 1983.

9. Chairman, Louisiana Bar Association Section on Insurance, Negligence, Compensation and Admiralty Law, 1986-1987.

10. Southern Trial Lawyers Association, Board of Governors, 1988 to 1992.

11. President, Alexandria Bar Association, 1991-1992.

12. Executive Committee Member, American Inns of Court, (Crossroads Chapter: Alexandria) 1992-1995.

13. President, American Inns of Court, (Crossroads Chapter:  Alexandria) 1992-1993.

14. Chairman - Louisiana State Bar Association Section on Insurance, Negligence, Worker's Compensation and Admiralty Law, 1994/1995.

15.     1st Chair (Chairman elect) - ATLA Admiralty Section, 1994/1995.

16.     Louisiana State Bar Association Sandestin Planning Committee Member, 1994/1995.

17.     Chairman - ATLA Admiralty Section, 1995-1996.

18.     Selected honored member of the National Directory of Who's Who, 1994/1995.

19.     Member of the Louisiana Coordinating Counsel for the American Inns of Court, 1994 to date.

20.     Committee Member - Louisiana State Bar Association's Bar Governance Committee, 1995/1996.

21.     Member - Louisiana State Bar Association Continuing Legal Education Program Committee, 1996.

22.     Vice Chair - Louisiana State Bar Association Theme Seminar Sub-Committee of Continuing Legal Education Program Committee, 1995/1996.

23.     June 1996 to June 1998 - Elected to Louisiana State Bar Association House of Delegates for the 9th Judicial District.

24.     1996 Program Chairman - Section on Insurance, Negligence, Workers' Compensation and Admiralty Section of the Louisiana State Bar Association.

25.     Member of the Louisiana State Bar Association's Long-Range Planning Committee, 1996 to-date.

26.     Vice Chair - testimonial dinner honoring retired Judge Alfred Mansour, April, 1996.

27.     Chair - Bar Governance Committee of the Louisiana State Bar Association, 1996/97.

28.     Louisiana State Bar Association  - Nominating Committee - Sixth District, June 97/June 98.

29.     Invited for inclusion in the 1997/1998 Edition of "Who's Who in Executives and Professionals".

30.     Louisiana State Bar Association's Long Range Planning Retreat member, Alexandria, Louisiana, March 2-3, 1996.

31.     Vice Chair of the Section on Insurance, Negligence, Workers' Compensation and Admiralty Section of the Louisiana State Bar Association for 1997/98 term.

32.     Committee Member - Louisiana State Bar Association's Bar Governance Committee, 1997/1998.

33.     Member - Louisiana State Bar Association Continuing Legal Education Program Committee, 1997/1998.

34.     Member - Louisiana State Bar Association Theme Seminar Committee, 1997/1998.

35.     Chairman-Elect of the Section on Insurance, Negligence, Workers' Compensation and Admiralty Section of the Louisiana State Bar Association for 1997/98 term.

36.     Chairman of the Section on Insurance, Negligence, Workers' Compensation and Admiralty Section of the Louisiana State Bar Association for 1998/99 term.

37.     Committee Member - Louisiana State Bar Association's Bar Governance Committee, 1998/1999.

38.     Member - Louisiana State Bar Association Continuing Legal Education Program Committee, 1998/1999.

39.     Invited for inclusion in the 2000/2001 Millennium Edition of "Who's Who in American Law".

40.     Invited for inclusion in "The National Registry of Who's Who", 2000 edition.

41.     Committee Member - Louisiana State Bar Association's Bar Governance Committee, 1999/2000.

42.     Member - Louisiana State Bar Association Continuing Legal Education Program Committee, 1999/2000.

43.     Member - Louisiana State Bar Association Continuing Legal Education Program Committee, 2000/2001.

44.     Louisiana State Bar Association Amicus Brief Committee, 2000/2001.

45.     Louisiana State Bar Association Corporate Sponsorship Committee, 2000/2001.

46.     Member - Louisiana State Bar Association Continuing Legal Education Program Committee, 2001/2002.

47.     Appointed as delegate from the Ninth Judicial District to the House of Delegates of the Louisiana State Bar Association for the term of June 2002 - June 2004.

48.     Member - Louisiana State Bar Association Continuing Legal Education Committee, 2002/2003.

49.     Member - Louisiana State Bar Association Continuing Legal Education Committee, 2003/2004.

50.     Member - Outstanding Lawyers of America, 2003/2004.

51.     Member - Louisiana State Bar Association Continuing Legal Education Program Committee, 2004/2005.

52.     Member - Louisiana State Bar Association's Professional Assessment Committee, 2004/2005.

53.     Chair - Examination of the Public's Needs Subcommittee of the Louisiana State Bar Association's Professional Assessment Committee, 2005.

54.     Chairman, Louisiana Bar Association Section on Insurance, Negligence, Compensation and Admiralty Law, 2005/2006.

55.     Selected by acceptance committee as one of several candidates from Alexandria for inclusion in the 2005-2006 Edition of America's Registry of Outstanding Professionals.

56.     Member - Louisiana State Bar Association Continuing Legal Education Committee, 2005/2006.

57.     Invited for inclusion in "America's Who's Who Registry", 2006/2007 edition.

58.     Invited for inclusion in Prestige International Who's Who Registries of Outstanding Professionals, 2006/2007.

59.     Selected as "Best of Class" and listed on www.bestofus.com website to inform the public who the "Best of Class" are in fourteen professions including lawyers, 2007.

60.     Chairman, Louisiana Bar Association Section on Insurance, Negligence, Compensation and Admiralty Law, 2006/2007.

61.     Member - Louisiana State Bar Association's Professional Assessment Committee, 2006/2007.

62.     Member - Louisiana State Bar Association Continuing Legal Education Committee, 2006/2007.

63.     Editor/Peer Reviewer for Trial Magazine regarding article for January, 2007 publication.

64.     Member - Louisiana State Bar Association Continuing Legal Education Committee, 2007/2008.

65.     Member - Louisiana State Bar Association's Professional Assessment Committee, 2007/2008.

66.     Invited for inclusion in America's Premier Lawyers, to be featured in Fortune Magazine, July 2007.

67.     Peer Reviewer - invited by Louisiana Super Lawyers to be part of a select group of Louisiana Lawyers to serve on their Blue Ribbon Panel to assist in evaluating the 2008 Super Lawyers Nominees.

68.     Expert Peer Reviewer for Trial Magazine.

69.     Peer Reviewer for Louisiana Super Lawyers in connection with evaluating nominees for the 2009 Louisiana Super Lawyers Directory.

70.     Member - Louisiana State Bar Association Continuing Legal Education Committee, 2008/2009.

71.     Selected to participate in the Martindale-Hubbell Peer Review Ratings evaluation, 2009.

72.     Invited for inclusion in 2009/2010 Princeton Global Networks' "Honors Edition" of the Registry of Professional Business Leaders.

73.     Accepted for inclusion in the 2009/2010 edition of Presidential Who's Who, a publication recognizing key executives, professionals and organizations for outstanding business and professional achievements.

74.     Member - Louisiana State Bar Association Continuing Legal Education Committee and Theme Seminar Sub-Committee, 2009/2010.

75.     Named to the American Trial Lawyers Association (ATLA) Top 100 Trial Lawyers in Louisiana.

76.     Selected to participate in the Martindale-Hubbell Peer Review Ratings evaluation, 2010.

_____

# PUBLICATIONS

1.     "Johnson v. Penrod: Years of Tradition Unhampered by Progress," Vol. 29, No. 1, Louisiana Bar Journal (June 1981).

2.     "A Primer on Remedies Available to the Offshore Oil Worker", Vol. 17, No. 9, Trial Magazine, 1981.

3.     "Maritime Personal Injury: Developing the Seaman's Claim", Vol. 6, No. 7, Voir Dire, 1981.

4.     "Maritime Personal Injuries: Developing the Offshore Platform Worker's Claim", Vol. 7, No. 2, Voir Dire, 1981.

5.      "Maintenance, Cure and Wages: General Principles and Recent Developments", Vol. 14, No. 2, The Forum, Winter, 1982.

6.      "Recognizing and Developing the Brownwater Seaman's Remedies", The Federal Bar News, May, 1982.

7.      "The General Maritime Law Counterpart to Worker's Compensation: Maintenance, Cure and Wages", Vol. 16, No. 4, The Forum (Texas Trial Lawyers Publication), April June, 1982.

8.      "Problems Associated with Fixed Platform Maritime Personal Injury Claims", The Arkansas Trial Lawyers Association, The ATLA Docket, April, 1982.

9.      "Remedies Available to Seamen   Part I Maintenance, Cure and Wages", The Arkansas Bar Association Journal, Vol. 16, No. 2, April 1982.

10.     "Remedies Available to Seamen   Part II Unseaworthiness", The Arkansas Bar Association Journal, July, 1982.

11.     "Remedies Available to Seamen    Part III The Jones Act", The Arkansas Bar Association Journal, October, 1982.

12.     "The Maritime Consortium Action: Moragne Through Cruz", The Journal of the Academy of Florida Trial Lawyers, No. 235, April, 1982.

13.     "A Postscript", The Arkansas Trial Lawyers Association, The ATLA Docket, June, 1982.

14.     "Bringing  Pleasure Boat Accidents Under the Forum", Trial Magazine, October, 1982.

15.     "Foremost Insurance Co. v. Richardson: Admiralty Jurisdiction Extended to Pleasure Craft Collisions", The Forum, Fall 1982.

16.     "Johnson v. Penrod Evidence of Inflation Admissible", Louisiana Bar Journal, December, 1982.

17.     "An Analytical Starting Point: The Elusive Determination of Seaman's Status", The Forum, Spring 1984.

18.     "Jones & McLaughlin v. Pfeiffer: No More Than Necessary", The Louisiana Bar Journal, October 1983.

19.     "Maritime Personal Injury on Foreign Waters", Trial Magazine, June, 1984.

20.     "Tort Immunity Under the Longshoreman Harbor Workers Compensation Act", Louisiana Bar Journal, October 1984.

21.     "Washington Metropolitan Area Transit Authority v. Johnson: The Sudden Rise and Fall of General Contractor Tort Immunity Under the LHWCA", The Maritime Lawyer, Spring, 1984.

22.     "Longshoreman and Harbor Workers' Compensation Act Tort Immunity Challenge", Trial Lawyers Forum, Volume 19, Nos. 1 and 2, 1984.

23.     "WMATA v. Johnson; LHWCA Tort Immunity Reconsidered", The Forum, Vol. 2, No. 2 (Winter, 1985).

24.     "Offshore Platform Workers: Remedies Available and Recent Developments in Defenses", Trial Magazine, July, 1985.

25.     "When is an Offshore Oilfield Worker a "Seaman" for Purposes of the Jones Act?", Louisiana Bar Journal, Vol. 34, No. 1, June 1986.

26.     "Seaman's Status Takes an Unexpected Tack", Vol. 1, No. 3, Maritime Law Reporter (October 1987).

27.     "Seaman's Status Continues its Voyage Through Unchartered Brown Water Applications Using Barrett vs. Chevron To Set Its Course", Tulane Maritime Law Review, The Maritime Lawyer, Vol. II, No. 2, Maritime Lawyer Article (Spring 1989).

28.     "Seaman v. Harbor Worker; What Test Applies to Determine Status"; Louisiana Bar Journal, June 1989, Vol, 37, No. 1.

29.     "Seaman Status: Just When You Thought It Was Safe To Get Back Into The Water"; Louisiana Bar Journal, Vol. 37, No. 1 (June 1989).

30.     "Seaman Status: Aid in Navigation Test Rejected", Louisiana Bar Journal, Vol. 38, No. 6, (April 1991).

31.     "Has the Traditional Mariner Been Forgotten?", Trial Magazine, Vol. 28, No. 9 (September, 1992).

32.     "McDermott International, Inc. v. Wilander:  The Supreme Court Casts Aside the Navigation Function Requirement", Maritime Law Reporter, Vol. 3, No. 6.

33.     "Defendants Shop for Favorable Maritime Forums", Maritime Law Reporter, Vol. 4, No. 3.

34.     "Special Purpose Vessels Under Attack", Maritime Law Reporter, Vol. 5, No. 3 (1993).

35.     "Mitigating Weaknesses at Trial", Good Counsel Section, Page 17, Trial Magazine, Vol. 30, No. 2, February 1994.

36.     "Maritime Gaming & Available Tort Remedies", Maritime Law Reporter, Vol. 7, No. 2.

37.     "Maritime Personal Injury - Recovery Under the Death on the High Seas Act", Vol. XIII, No. 6, August 1998 issue, Louisiana Advocates.

38.     "U.M. vs. Worker's Compensation; Who Pays?", Vol. XIII, No. 7, September 1998 issue, Louisiana Advocates.

39.     "Demystifying MIST (Minor Impact; Soft Tissue) Claims", Vol. XIII, No. 8, October 1998 issue, Louisiana Advocates.

40.     "Hunting Season:  Remedies Available to Camp/Club Employees", Vol. XIII, No. 9, November 1998 issue, Louisiana Advocates.

41.     "Venue; Where Can Jones Act Claims be Brought?", Vol. XIII, No. 10, December 1998 issue, Louisiana Advocates.

42.     "Brown Water Vessel Status", Vol. XIV, No. 1, January, 1999 issue, Louisiana Advocates.

43.     "Does Payment of Workers' Compensation Benefits Interrupt Prescriptive Periods for Maritime Claims?", Vol. XIV, No. 2, February, 1999 issue, Louisiana Advocates.

44.     "Driving While Intoxicated; A Formula for Punitive Damages", Vol. XIV, No. 3, March, 1999 issue, Louisiana Advocates.

45.     "Does Daubert Apply to Non-Scientific Experts?", Vol. XIV, No. 4, April, 1999 issue, Louisiana Advocates.

46.     "Judicial Gatekeeping of Experts; Kumho Tire Co., Ltd. v. Carmichael", Vol. XIV, No. 5, May, 1999 issue, Louisiana Advocates.

47.     "Maritime Personal Injury Venue", Vol. XIV, No. 6, June, 1999 issue, Louisiana Advocates.

48.     "Recovery Under the Death on High Seas Act", Vol. 18, Issue No. 1, Spring 1999, San Francisco Trial Lawyer.

49.     "The Louisiana Supreme Court Addresses Seaman's Status - Perils of the Sea Standard", Vol. XIV, No. 7, July, 1999 issue, Louisiana Advocates.

50.     "Restoring the Injured Party v. Sales Tax Recovery", Vol XIV, No. 8, August, 1999 issue, Louisiana Advocates.

51.     "Vendetto v. Sonat; Louisiana Supreme Court Addresses Jones Act Standards", Vol XIV, No. 9, September, 1999 issue, Louisiana Advocates.

52.     "Who Enjoys the Benefits of the Limitation of Vessel Owner's Liability Act?", Vol XIV, No. 10, October 1999 issue, Louisiana Advocates.

53.     "Floating Casinos Beware; Maritime Rule Governs Dram Shop Liability", Vol XIV, No. 11, November 1999 issue, Louisiana Advocates.

54.     "Removal Under the Jones Act, OCSLA and the GML", Vol XV No. 2, February, 2000 issue, Louisiana Advocates.

55.     "Maritime Forum Non Conveniens; La.Code Civ.P. art.123 vs. 46 U.S.C. App. §688(b)", Vol. XV No. 3, March 2000 issue, Louisiana Advocates.

56.     "Limitation of Vessel Owner's Liability; Inapplicability to Non-Shipowners", Vol IX, No. 1, Summer 2000, Currents International Trade Law Journal, South Texas College of Law.

57.     "Class Action Settlement of Future Claims", Vol. XIX, Number 12, December 2004 issue, Louisiana Advocates.

58.     "Daubert-Lite, Daubert's Role, If Any, at Class Certification Hearings, Louisiana Bar Journal, Volume 52, Number 5, February/March 2005.

59.     "Using Conflicts Principles to Obtain Punitive Damages in Louisiana Court", Vol. XX, No. 5, May 2005 issue, Louisiana Advocates.

60.     "Gathering Ditgital Data", *Trial* (Journal of the Association of Trial Lawyers of America), October 2005 issue (Pg. 20-21).

61.     "Knowledge is Power: A Practical Proposal to Protect Putative Class Members from Improper Pre-Certification Communication", 2006 Fed. Cts. L. Rev. 2.

62.     "The (Un)Availability of Act of God and Force Majeure Affirmative Defenses After Rita Katrina", Louisiana Advocates, June 2006.

63.     "Pre-Certification Discovery: A User's Guide," Tulane Law Review, 80 TLNLR 1827.

64.     "Hanks v. Entergy Corp. —The Supreme Court Provides Some Clarity But Leaves A Big Question Unanswered", Louisiana Advocates, February, 2007.

65.     "Duty to Find and Prepare a Knowledgeable Corporate Representative" Louisiana Bar Journal, Volume 55, Number 3.

66.     "Settlement Strategies for Complex Global Litigation", *TRIAL*, December 2007 issue (pages 40-41).

67.     "Mass Torts and Class Action Settlements", *TRIAL*, Accepted for Publication.

68.     "Will Daubert Challenge Your Class Certification", *TRIAL*, July 2009 issue (pages 38-39).

69.     "The Increasing Central Role of Bellwether Trials and MDL's", *The Brief,* quarterly magazine of the ABA Tort Trial & Insurance Practice Section, Fall issue, October 2009, Accepted for Publication.

70.     "Food-Borne Illness Litigation: Critical Questions", Louisiana Advocates, March 2010, Volume XXV, Number 3.

## PRESENTATIONS, PAPERS, SPEAKING ENGAGEMENTS

1.      Speaker - Louisiana Judicial College, Sports Torts and Premises Liability, Summer 1991.

2.      Speaker - American Trial Lawyers Association Convention. Topic: "Past, Present and Future; The Admiralty Practice", 1990, San Diego, California.

3.      Speaker - ATLA Annual Convention 1991; Toronto, Canada.

4.      Speaker - ATLA Annual Convention 1992; Washington, D.C.

5.      Speaker - Annual Convention of the American Trial Lawyers Association in Chicago, Illinois, July 1994.

6.      Speaker - Louisiana Trial Lawyer's Association. Topic: "Recent Developments in Admiralty Law", December 29, 1993, Baton Rouge, Louisiana.

7.      Speaker - Southern Trial Lawyers Association Annual Convention. Topic: "Unique Problems Associated with Maritime Personal Injury Claims", June, 1990.

8.      Louisiana Annual Bar Convention/Summer School Speaker:  "Recent Tort Developments", June, 1990.

9.      Crossroads American Inn of Court of Alexandria Pineville Speaker: "Organization and Time Management",  September 1990.

10.     Speaker - CLE Seminar on Maritime Law Presented by Lafayette Parish Bar Association, Cypremore Point, "Recent Developments in Maritime Torts", October 1990.

11.     Speaker - 3rd Annual Sandestin Summer School Revisited: "Torts: Did I Miss Anything Last Year?", October 1990.

12.     Louisiana State Paralegal Association Seminar co-sponsored by the Alexandria Bar Association, Topic: "New Federal Rules Governing Discovery", September 17, 1993.

13.     Chairman - Louisiana Bar Association's Admiralty Seminar (Litigating Admiralty Claims), Lafayette, October 27, 1993.

14.     Speaker - LSU Law Center "Litigation Strategies", 1993.

15.     Speaker - Louisiana Trial Lawyers Association 1993 "Yours to Choose Seminar", Topic:  "Update on Admiralty", December 29, 1993.

16.     Guest Lecturer  - LSU Law Center, Deposition Practice, March 1, 1994.

17.     Speaker - Shreveport Bar Association, Topic:  "Marine Gaming and Maritime Personal Injury", May 13, 1994.

18.     Speaker - Psychological and Hedonic Damages, Louisiana State Bar Association Summer School for Lawyers, June 6, 1994, Destin, Florida.

19.     Moderator - Panel Presentation on Class Actions and Multi-District Litigation, Annual Louisiana State Bar Convention, June 10, 1994, Destin, Florida.

20.     Speaker - Deposition Practice, 17th Post Graduate Summer School for Lawyers, Baton LSU Law Center, Baton Rouge, Louisiana, July 11, 1994.

21.     Speaker – Panel Presentation concerning issues and problems associated with maritime cases, 1994 ATLA Annual Convention, Chicago, Illinois, July 25, 1994.

22.     Faculty Member - 1994 Trial Advocacy Program - LSU Law Center, Baton Rouge, Louisiana, August 15-17, 1994.

23.     Seminar Chairman and Moderator - Admiralty Symposium -  Louisiana State Bar Association - Lafayette, Louisiana, September 16, 1994.

24.     Speaker - Tulane Law School - Maritime Law in the 90's Seminar, New Orleans, Louisiana, September 30, 1994.  Topic:  Post-Miles Maritime Worker Remedies.

25.     Guest lecturer - LSU Law Center - Admiralty Court - Professor Frank Maraist - Topic:   Plaintiffs' Maritime Practice Overview.

26.     Chairman - 1995 Louisiana State Bar Association Annual Meeting, Section on Insurance, Negligence, Workers' Compensation and Admiralty Law Program: Billiot; Tort Immunity Inroads, Destin, Florida, June 9, 1995.

27.     ATLA Admiralty Section Program Coordinator and Moderator - 1995 ATLA Annual Convention - New York, New York, July 17, 1995.

28.     Seminar Chairman and Moderator - Louisiana Bar Association Admiralty Seminar - New Orleans, Louisiana, Fall 1995.

29.     Faculty member - Trial Advocacy Program at LSU, August 12-14, 1996, Baton Rouge, Louisiana.

30.     Seminar Chairman and Moderator - Louisiana State Bar Association's Fourth Annual Admiralty Symposium, September 6, 1996, New Orleans, Louisiana.

31.     Program Chair - Section on Insurance, Negligence, Workers' Compensation and Admiralty Section of the Louisiana State Bar Association; June 6, 1997; "Paul Revere Tour of Louisiana Personal Injury Law"; participated in Panel Presentation with Federal District Judges, G. Thomas Porteous, Jr. and Richard T. Haik in Sandestin, Florida.

32.     Faculty - LSU Trial Advocacy Program (Louisiana State University Law Center) August 11-13, 1997.

33.     Panelist - Tulane  "6th Fall Maritime Law Seminar - September 26, 1997, New Orleans, Louisiana. Topic - Ethics, Mediation and the Maritime Lawyer.

34.     Seminar Chairman and Moderator - Louisiana State Bar Association's Fifth Annual Admiralty Symposium, September 5, 1997, New Orleans, Louisiana.

35.     Speaker - 1997 Catch the Falling Leaves CLE Seminar - Asheville, North Carolina - November 1-3, 1997, Topic - Jurors in Modern Litigation; the Use of Consultants and Questionnaires.

36.     Program Chair - Section on Insurance, Negligence, Workers' Compensation and Admiralty Section of the Louisiana State Bar Association;  participated in Panel Presentation with Federal District Judges, G. Thomas Porteous, Jr. and Richard T. Haik and Professor Thomas Galligan,  Topic: "Torts and Admiralty:  What's Been Happening in the Last Year While You've Been Practicing Law", June 12, 1998, Destin, Florida.

37.     Seminar Chairman and Moderator - Louisiana State Bar Association's Sixth Annual Admiralty Symposium, September 11, 1998, New Orleans, Louisiana.

38.     Faculty - 7th Fall Maritime Law Seminar - September 25, 1998 - New Orleans, Louisiana.

39.     Speech - St. Mary Parish Bar Association - Topic:   "Maritime Experts and Recent Admiralty Developments" - November 9, 1998.

40.     Program Chair - Section on Insurance, Negligence, Workers' Compensation and Admiralty Section of the Louisiana State Bar Association;  participated in Panel Presentation with Federal District Judges, G. Thomas Porteous, Jr. and Richard T. Haik and Professor Thomas Galligan,  Topic: "Torts and Admiralty:  What's Been Happening in the Last Year While You've Been Practicing Law", June 11, 1999, Destin, Florida.

41.     Seminar Chairman and Moderator - Louisiana State Bar Association's Seventh Annual Admiralty Symposium, September 10, 1999, New Orleans, Louisiana.

42.     Faculty - Mealey's Judges & Lawyers in Complex Litigation: Class Actions, Mass Torts, MDL and the Monster Case Conference - November 8-9, 1999, West Palm Beach, Florida.

        Moderator - Managing Counsel:  Organization, Payments And Ethical Issues
        •       Considerations in appointing steering committees
        •       The judge's role regarding attorney fee disputes
        •       Fee reductions in awarding attorney fees
        •       Ethical issues for judges in statewide MDLs
        Speaker - Experts
        •       The Court's role under *Daubert* and *Frye*
        •       Court-appointed experts
        •       Effect of Kumho Tire on use of experts
        •       Lawyers' strategies in selecting experts - number, type, etc.
        •       How judges assess the reliability of non-scientific experts

43.     Program Chair - Section on Insurance, Negligence, Workers' Compensation and Admiralty Section of the Louisiana State Bar Association; Panel Presentation with Federal District Judges, G. Thomas Porteous, Jr. and Richard T. Haik, Dean Thomas Galligan, and Albert George "Alec" Alexander. Topic: "Torts and Admiralty:  What's Been Happening in the Last Year While You've Been Practicing Law", June 9, 2000, Destin, Florida.

44.     Seminar Chairman and Moderator - Louisiana State Bar Association's Eighth Annual Admiralty Symposium, September 8, 2000, New Orleans, Louisiana.

45.     Seminar Chairman - Louisiana State Bar Association's Class Action/Mass Tort Symposium, October 27, 2000, New Orleans, Louisiana.

46.     Panelist - Louisiana State Bar Association's Ethics 2000 Conference "New Rules for a New Era" - December 1, 2000, New Orleans, Louisiana.

47.     Panelist - Mealey's Propulsid Litigation Conference, January 22, 2001, New Orleans, Louisiana; Topic: Update on the MDL and Class Actions (Discovery).

48.     Panelist - Southern University Law Center - Winning Million Dollar Cases - The Anatomy of a Mass Tort Case, March 31, 2001, Baton Rouge, Louisiana.

49.     Panelist - Mealey's Propulsid Litigation: Preparing for Trial, June 15, 2001, New Orleans, Louisiana. Topic: Impressions From the Field: Panel Discussion on Experiences in Propulsid Cases and Latest Developments in the Litigation.

50.     Program Chair - Section on Insurance, Negligence, Workers' Compensation and Admiralty Section of the Louisiana State Bar Association; Panel Presentation with Federal District Judges, G. Thomas Porteous, Jr. and Richard T. Haik, Dean Thomas Galligan, and Albert George "Alec" Alexander. Topic: "Torts and Admiralty:  What's Been Happening in the Last Year While You've Been Practicing Law", June 8, 2001, Destin, Florida.

51.     Speaker - Propulsid Products Liability Litigation - MDL Seminar held August 2, 2001.  Presentation on State Liaison Committee - Structure and Mission.

52.     Seminar Chairman and Moderator - Louisiana State Bar Association's Ninth Annual Admiralty Symposium, September 7, 2001, New Orleans, Louisiana.

53.     Seminar Chairman - Louisiana State Bar Association's Class Action/Mass Torts Symposium, October 26, 2001, New Orleans, Louisiana.

54.     Invited Speaker - Mass Torts Made Perfect, Inc. Seminar - November 1, 2001   Topic: PPA Litigation - MDL Activity - Las Vegas, Nevada.

55.     Invited Speaker - Louisiana Judicial College 2001 Annual Torts Seminar - December 14, 2001  - New Orleans, Louisiana.  Topics: Certification of the Class Action; Subclasses, and Management of Class Actions.

56.     Invited Speaker - Mealey's Conference on Baycol Litigation-  January 14-15, 2002 -  San Diego, California   Topic: Litigation Update - What are the Latest Developments in the Class Action?  Who is in the Class?  Who is Out?  Status of the MDL and Medical Monitoring Claims.

57.     Invited Speaker - ATLA Convention - Mid-Winter Meeting - Propulsid Litigation Group -February 11, 2002, Miami, Florida.  Topic: Federal/State Cooperation.

58.     Co-Chairman - Mealey's Conference on Baycol Litigation, May 2-3, 2002 - Pasadena, California.

59.     Invited Speaker - Louisiana Judicial College, June 25, 2002, San Destin, Florida  Topic: " Role of the Judiciary in the Management of Class Actions".

60.     Program Chair - Section on Insurance, Negligence, Workers' Compensation and Admiralty Section of the Louisiana State Bar Association; Panel Presentation with Federal District Judges, G. Thomas Porteous, Jr. and Richard T. Haik, Dean Thomas Galligan, and Albert George "Alec" Alexander. Topic: "Torts and Admiralty:  What's Been Happening in the Last Year While You've Been Practicing Law", June 28, 2002, San Destin, Florida.

61.     Seminar Chairman and Moderator - Louisiana State Bar Association's 10th Annual Admiralty Symposium, September 6, 2002, New Orleans, Louisiana.

62.     Invited Speaker - Mass Torts Made Perfect - Drug Litigation Seminar, September 12-13, 2002 Atlantis - Paradise Island, Bahamas   Topic: "Trial Preparation - Baycol".

63.     Seminar Chairman - Louisiana State Bar Association's 3rd Annual Class Action/Mass Tort Symposium, October 25, 2002, New Orleans, Louisiana.

64.     Invited Speaker - Baycol Trial Preparation and Current Settlement Activity Seminar,  December 5- 6, 2002  Miami, Florida. Topics: Trial & Testimony Evidence; Bayer & GSK Liability; and Bayer & GSK Punitive Conduct.

65.     Invited Speaker - Needles Mass Tort Seminar – Bahamas, December  6, 2002. Topic: Baycol Litigation: Trial Preparation.

66.     Invited Speaker - The Federal Judicial Center's Workshop for Judges of the Fifth Circuit - April 3, 2003 - New Orleans, Louisiana.   Topic: Managing Class Action/Mass Tort Cases.

67.     Invited Speaker - L.A. Baycol Seminar (Trial Preparation Seminar), April 24, 2003, Los Angeles, CA Topics: Trial & Testimony Evidence, Overall Trial Strategy - Mock Trial/Focus Groups.

68.     Invited Speaker - Mealey's Baycol Litigation Conference, June 2-3, 2003 Amelia Island, Florida Topic: Update on Discovery.

69.     Program Chair - Section on Insurance, Tort, Workers' Compensation and Admiralty Section of the Louisiana State Bar Association; Panel Presentation with Federal District Judges, Richard T. Haik and Jay C. Zainey, Dean Thomas Galligan, & Joseph Guilbeau.  Topic: "Torts and Admiralty:  What's Been Happening in the Last Year While You've Been Practicing Law", June 13, 2003, San Destin, Florida.

70.     Invited Seminar Chairman and Moderator - Louisiana State Bar Association's 11th Annual Admiralty Symposium, September 5, 2003, New Orleans, Louisiana.

71.     Invited Speaker - Louisiana Bar Association's Environmental Litigation Seminar, Nuts & Bolts of Environmental Litigation.  Topic: "The Class Action in Environmental Litigation", September 19, 2003, New Orleans.

72.     Invited Seminar Chairman and Moderator - Louisiana State Bar Association's 4th Annual Class Action/Mass Tort Symposium, October 24, 2003, New Orleans, Louisiana.

73.     Invited Speaker - Mass Torts Made Perfect Seminar  Topic: "Baycol Pharmaceutical Litigation Status and Strategy", November 6 & 7, 2003, New Orleans.

74.     Invited Speaker - Louisiana State University's Maritime Personal Injury Seminar, Topic: "Creative Settlements", November 13, 2003, Baton Rouge.

75.     Moderator - Mass Torts Made Perfect Symposium - Topics included Medical Devices, Pharmaceuticals, Predatory Lending, San Francisco, March 18 & 19, 2004; Featured Speakers: Eliot Spitzer and Al Franken.

76.     Moderator - Practice Made Perfect:  "Protecting Your Practice in a Changing World", Atlantis, Paradise Island, Bahamas,  June 10 & 11, 2004.

77.     Organized presentation for the Section on Insurance, Tort, Workers' Compensation and Admiralty Section of the Louisiana State Bar Association's Panel Presentation with Federal District Judges, Richard T. Haik, G. Thomas Porteous, Jr., and Dean Thomas Galligan.  Topic: "Torts and Admiralty: What's Been Happening in the Last Year While You've Been Practicing Law", June 11, 2004, San Destin, Florida.

78.     Faculty Member - LSU Trial Advocacy Training Program Aug 9-11, 2004.

79.     Seminar Chairman and Moderator - Louisiana State Bar Association's 12th Annual Admiralty Symposium, September 3, 2004, New Orleans, Louisiana.

80.     Invited Speaker - Louisiana State Bar Association's Insurance Oscars: Award-winning Strategies for Dealing with Insurance Issues;  Seminar Topic:  Monster (Coverage Questions)  -- Multi-headed, Multi-complex, Multi-year, Multi- policy Litigation Panel; October 1, 2004, New Orleans.

81.     Seminar Chairman and Moderator - Louisiana State Bar Association's 5th Annual Class Action/Mass Tort Symposium, October 22, 2004, New Orleans, Louisiana.

82.     Invited Speaker - Mealey's Vioxx Litigation Conference, November 9, 2004, Pasadena, California;

        Topic:   Alleged Health Effects from the Ingestion of Vioxx
        •       Vioxx History
        •       Vioxx Withdrawal Dynamics
        •       Review of the Clinical Studies
        •       Daubert Considerations

83.     Guest Speaker - Legal Broadcast Network Radio Show hosted by Jan Schlichtman (lawyer portrayed by John Travolta in "A Civil Action"), Topic: Managing Mass Tort Litigation; November 11, 2004, Las Vegas, Nevada.

84.     Co-Host - Legal Broadcast Network, "Tort Talk".  Topic:  FDA Whistleblower Names Five Unsafe Drugs: Impact for Mass Torts; December 2, 2004.

85.     Guest Speaker - Legal Broadcast Network, "Lawyer Talk".   Topic:  Rights at Risk: Can We Win in the Court of Public Opinion?; December 2, 2004.

86.     Co-Host and guest, Legal Broadcast Network.  Topic: Pharmaceutical Litigation and Tort Reform. Also appearing was former Congressman and MSNBC TV personality, Joe Scarborough; December 8, 2004.

87.     Speaker - panel presentation regarding Vioxx liability timeline.  Co-panelists included Chris Seeger and Andy Birchfield; December 13, 2004, Washington, D.C.

88.     Co-Host - Legal Broadcast Network, "Tort Talk".  Topic: Vioxx Litigation; December 16, 2004.

89.     Guest Speaker - Legal Broadcast Network, "Ask the Experts". Topic: Medicare & Mass Tort Litigation Organization; December 23, 2004.

90.     Co-Host - Legal Broadcast Network, "Tort Talk".   Topic: Pharmaceutical Litigation.  Appearing as guests were Dr. Jerry Avorn, Harvard M.D. (well-known author of Powerful Medicines; the benefits, risks & costs of prescription drugs); December 23, 2004.

91.     Guest Speaker - Legal Broadcast Network, "Lawyer Talk". Topic: Tort Reform; December 23, 2004.

92.     Co-Host - Legal Broadcast Network, "Tort Talk".  Topic: Lawyers Representing Vioxx Victims Plan Their Attack Against Merck, January 21, 2005.

93.     Co-Host - Legal Broadcast Network, "Tort Talk".  Topic: The Pain "Killers": How Vioxx, Celebrex, and Bextra Can Relieve You of Life, January 27, 2005.

94.     Invited Speaker - Vioxx Litigation Group Symposium; Topic: Vioxx Liability and Science Issues; ATLA Convention, Palm Springs, CA, January, 2005.

95.     Invited Speaker - Louisiana State Bar Association's Multi Topic CLE Seminar, Florida, February 7 9, 2005 Topic:  Personal Injury Practice; Practical Suggestions.

96.     Moderator - Complex Litigation Seminar in New York,  March 17, 2005.  Featured speakers included Robert F. Kennedy, Jr., Jan Schlichtmann, and Eliot Spitzer.

97.     Guest Speaker, Legal Broadcast Network, "Tort Talk".  Topic: Issues surrounding the Vioxx litigation; March 17, 2005.

98.     Invited Speaker - LSU Law School Environmental Law Roundtable; Topic: Effect of Federal Class Action Statute on Louisiana Class Action Practice, April 19, 2005.  Co-panelists include Honorable Richard Haik, Chief Judge, U.S. District Court, Western  District of Louisiana; Edward Sherman, Professor of Law and Dean-Emeritus, Tulane Law School; David M. Bienvenue, Jr., Taylor Porter Brooks & Phillips; and  William Jarman, Kean Miller Hawthorne Darmond McCowan & Jarman.

99.     Invited to be a guest on the "Special Tribute to America's Best Lawyers" show on the American Airlines Business program broadcast exclusively on the "Forbes Radio" channel.

100.    Interviewed by Jan Schlichtmann for the Legal Broadcast Network regarding the Vioxx MDL status conference, April 28, 2005.

101.    Invited Guest and Speaker - 2005 Judicial Conference of the Fifth Circuit, New Orleans, May 2-4, 2005 Topic: Voir Dire/Practices and Policies.

102.    Invited to make presentation regarding scientific literature, American Trial Lawyers' Association Vioxx Mock Trial Seminar, May 19, 2005, New Orleans.

103.    Seminar Co-Chair,  Mealey's Bextra/Celebrex Litigation Conference, May 11, 2005, Chicago, Illinois.

104.    Invited Speaker - HarrisMartin's Bextra Litigation Conference.  Topic: Bextra Litigation History and Timeline, May 18, 2005, New Orleans, Louisiana.

105.    Speaker - Mealey's Vioxx Litigation Conference  Topic: "Vioxx: A Factual Overview",  June 22, 2005, New Orleans, Louisiana.

106.    Interviewed by Jan Schlichtmann regarding Vioxx litigation, Guidant implanted defibrillators, and Medtronic recall of heart pacing devices, August 1, 2005.

107.    Speaker - ATLA Heart Device Litigation Group Seminar, September 15, 2005, Las Vegas, Nevada. Topic: "Timeline of Key Events".

108.    Speaker - ATLA Trends and Hot Topics in Pharmaceutical Litigation Seminar, September 16-17, 2005, Las Vegas, nevada.  Topic: "Guidant and Medtronic Update".

109.    Interviewed by Jan Schlichtmann on the Legal Broadcast Network.  Topic: Recent MDL Developments; October 11, 2005.

110.    Speaker - Louisiana State University School of Law, ethics panel presentation with Federal District Judge Frank J. Polozola & District Judge Hadley Ward Fontenot, October 14, 2005.

111.    Invited Speaker - Mealey's Heart Device Litigation Conference, October 27, 2005, Las Vegas.

112.    Invited Co-Chair - Mealey's Vioxx - the Ernst Jurors Speak - Teleconference, November 2, 2005.

113.    Speaker - HarrisMartin Cox-2 Litigation Conference, Topic: Bextra Liability Overview &  Timeline, San Francisco,  November 3, 2005.

114.    Invited Speaker -   American Bar Association's The Future of Class Action Litigation in America Seminar,   Topic: Class Actions and  MDLs – Hot Topics in Class Actions, Keynote Speaker, Senator Orrin Hatch, November 11, 2005, Washington, D.C.

115.    Moderator and Invited Speaker  - Mass Torts Made Perfect  A Win, Wynn Situation Seminar; topic: "As a Small Office, Learn How to Make Money in Big Projects without Going Broke",  Las Vegas, Nevada, November 17&18, 2005.

116.    Invited Speaker - Mealey's Vioxx Litigation Conference, Topic: Motions in Limine and Daubert Issues Associated with the Vioxx Litigation, Las Vegas, December 12 & 13, 2005.

117.    Invited Speaker - ATLA Heart Device Litigation Group Meeting; Topic: MDL Status and Associated Organizational Issues; Minneapolis, MN, December 15, 2005.

118.    Invited Speaker - Class Actions in the Gulf South and Beyond Seminar, February 3-4, 2006, Tulane University, Tulane Law School, New Orleans, LA.

119.    Invited Speaker - ATLA Cox-2 Seminar, Topic: Bextra Litigation, Honolulu, Hawaii, February 20, 2006.

120.    Speaker - Propulsid II Settlement Seminar, Topic: Administrative Claims, February 23, 2006, Jackson, MS.

121.    Invited Co-Chair - Mealey's Vioxx Litigation Conference - Amelia Island, Florida - May 8-9, 2006 and Moderator of the Judicial Panel   Topic:  Perspectives from the Bench.  Panelists  Hon. Wilson, Hon. Duval & Patrick Juneau.

122.    Invited Speaker - ATLA Heart Device Litigation  Group Seminar, Topic: The Guidant Liability Case /Discovery Update for the Guidant Litigation, May 12, 2006, Washington, D.C.

123.    Invited Speaker - ATLA Ortho Evra Litigation Group Seminar, Topic: Liability Issues, May 12, 2006, Washington, D.C.

124.    Faculty Member - 2006 Trial Advocacy Program, LSU Law Center, August 7-9, 2006.

125.    Seminar Chairman and Moderator - Louisiana State Bar Association's 13th Annual Admiralty Symposium, September 1, 2006, New Orleans, Louisiana.

126.    Invited Speaker - Tulane's 22nd New Orleans Fall Maritime Law Seminar   Topic:  Motions: Challenging the Evidence and Shifting the Forum: Challenging Electronic and Simulator Evidence, Expert Testimony and Motions to Shift Forums, September 8-9, 2006, New Orleans, LA.

127.    Speaker - Mealey's Teleconference, "How to Get on an MDL Committee, September 15, 2006.

128.    Moderator and Speaker - Mass Torts Made Perfect Complex Litigation Seminar, October 12 & 13, 2006, Las Vegas.  Featured speakers included former President Bill Clinton.

129.    Seminar Chairman and Moderator - Louisiana State Bar Association's 6th Annual Class Action/Mass Tort Symposium, October 20, 2006, New Orleans, Louisiana.

130.    Speaker - ATLA's Protecting the Public: Pharmaceutical and Medical Device Seminar, Topic: Bausch & Lomb State Court Update, November 16, 2006, Las Vegas.

131.    Speaker - ATLA's Protecting the Public: Pharmaceutical and Medical Device Seminar, Topic: Heart Device Litigation: Guidant and Medtronic,  November 17-18, 2006, Las Vegas.

132.    Invited Speaker -  21st Annual Federal Practice & Advocacy Seminar,  Topic:  Electronic Discovery, Creative Litigation Exit Strategies, February 8, 2007, New Orleans, Louisiana.

133.    Speaker - ATLA Convention, Heart Device Litigation Group Meeting, Topic: Medtronic Discovery, February 12, 2007, Miami, Florida.

134.    Speaker - ATLA Convention, Renu Litigation Group Meeting, Topic: State Court Litigation and Proceedings, February 13, 2007, Miami, Florida.

135.    Invited Speaker - LSU's 5th Judge Alvin B. Rubin Conference on Maritime Personal Injury Law, Topic:  Should the Rising Tides Wash Away the U.S. Corps of Engineers' Immunity?  (Did the storm surge up the MRGO expose a potential hole in the Corps' Protection?), March 2, 2007,  LSU Law Center, Baton Rouge, Louisiana.

136.    Moderator - Mass Torts Made Perfect  Changing Times, Changing Politics" Is your Firm Ready? Seminar, March 29-30, 2007, Las Vegas, key note speakers to include Robert F. Kennedy, Jr.

137.    Invited Speaker - Mealey's Drug & Medical Device Litigation Conference, Topic:  Preemption,  May 3, 2007, San Diego, California.

138.    Speaker - Louisiana State Bar Association's 2007 Summer School for Lawyers,  Topic: Class Action Fairness Act; It's Application and Practical Implication, June 5, 2007, San Destin, Florida.

139.    Invited Speaker - Harris Martin's Hot Topics in Pharmaceutical Litigation Conference, June 7-8, 2007, Miami Beach, Florida.

140.    Program Chair - Section on Insurance, Tort, Workers' Compensation and Admiralty Section of the Louisiana State Bar Association's Panel Presentation with Federal District Judges   Topic: "Torts and Admiralty:  What's Been Happening in the Last Year While You've Been Practicing Law", June 8, 2007, San Destin, Florida.

141.    Seminar Chairman and Moderator - Louisiana State Bar Association's 14th Annual Admiralty Symposium, September 7, 2007, New Orleans, Louisiana.

142.    Seminar Chairman and Moderator - Louisiana State Bar Association's 7th Annual Class Action/Mass Tort Symposium, October 19, 2007, New Orleans, Louisiana.

143.    Speaker - ABA Conference on Class Actions, October 25, 2007, Washington, D.C.   Topic:  The Increasing Central Role of Bellweather Trials and MDL's.

144.    Invited Moderator - teleseminar - American Association for Justice Education More Medtronic Recalls: What's the Impact on Your Clients?, November 1, 2007.

145.    Speaker - Whatley Drake & Kallas Complex Litigation, Mass Torts & Class Actions CLE Summit, November 1 - 3, 2007, Birmingham, Alabama. Topic:  Mass Torts.

146.    Moderator - Mass Torts Seminar, November 8-9, 2007, Las Vegas, Nevada.  Key note speaker:  Dan Rather.

147.    Speaker - Louisiana State Bar Association's New York, New York, Multi-Topic Seminar, November 18, 2007, New York, New York.  Topic:  Navigating Complex Litigation, Class Actions and MDL's ... An Overview from Inception to Exit Strategies (And the Chaos in Between).

148.    Invited Speaker - Louisiana State Bar Association's Summer School Revisited, Dececember 13, 2007, Topic: Class Action Fairness Act: It's Application and Practical Implications, New Orleans, Louisiana.

149.    Speaker - ATLAS 2008 Seminar, February 7, 2008, Palm Beach Gardens, Florida. Topic: Evaluating Mass Tort Litigation.

150.    Speaker - Tulane Law Review Symposium on Multidistrict Litigation, February 15-16, 2008 , Tulane Law School, New Orleans, Louisiana. Topic: Bellwether Trials and Settlement Devices.

151.    Attended the American Conference Institute's Food Borne Illness Litigation Seminar, Feb. 28-29, 2008, Scottsdale, Arizona.

152.    Program Chair - Section on Insurance, Tort, Workers' Compensation and Admiralty Section of the Louisiana State Bar Association's Panel Presentation with Federal District Judges   Topic: "Torts and Admiralty:  What's Been Happening in the Last Year While You've Been Practicing Law", June 13, 2008, San Destin, Florida.

153.    Invited Speaker - AAJ 2008 Annual Convention   Topic: "Does Daubert Apply to Class Certification?", July 12-16, 2008, Philadelphia, Pennsylvania.

154.    Seminar Chairman and Moderator - Louisiana State Bar Association's 15th Annual Admiralty Symposium, September 5, 2008, New Orleans, Louisiana.

155.    Invited Speaker – AAJ Pharmaceutical Seminar, "Hot Topic Litigation Update",  September 12, 2008, Las Vegas, Nevada.

156.    Seminar Chairman and Moderator – Louisiana State Bar Association's 8th Annual Class Action/Mass Tort Symposium, October 17, 2008, New Orleans, Louisiana.

157.    Program Chair – Section on Insurance, Tort, Workers' Compensation and Admiralty Section of the Louisiana State Bar Association's Presentation with Federal District Judges; Topic: "Torts and Admiralty:  What's Been Happening in the Last Year While You've Been Practicing Law", June 12, 2009, San Destin, Florida.

158.    Invited Speaker – Federal Bar Association seminar,  Panel Presentation with U.S. District Court Chief Judge James M. Rosenbaum of the District of Minnesota, Topic:  Preemption, June 24, 2009, Minneapolis, Minnesota.

159.    Faculty Member – 2009 Trial Advocacy Program - LSU Law Center, Baton Rouge, Louisiana, August 10-12, 2009.

160.    Seminar Chairman and Moderator – Louisiana State Bar Association's 16th Annual Admiralty Symposium, September 18, 2009, New Orleans, Louisiana.

161.    Seminar Chairman and Moderator – Louisiana State Bar Association's 9th Annual Class Action/Mass Tort Symposium, October 16, 2009, New Orleans, Louisiana.

162.    Speaker – AAJ 2010 Annual Convention, July 10-14, 2010; Topic:  *Iqbal/Twombley* at the End of Notice Pleadings; Vancouver, BC, Canada.

163.    Speaker – Louisiana State Bar Association's 9th Annual Class Action/Mass Tort Symposium, October 16, 2009, New Orleans, Louisiana, Mass Foodborne Illness Torts; How Are Your Individual and Commercial Clients Impacted by Recalls?

164.     Interviewed by Jennifer Yang for Toronto Star regarding Stork Craft Crib recall lawsuit, November 25, 2009.

165.     Speaker – LSBA 21st Annual Summer School Revisited; Topic: Recent Maritime Developments; December 10-11, 2009, New Orleans, Louisiana.

166.     Seminar Chairman – HarrisMartin Toyota Recall Litigation Conference, March 24, 2010, San Diego, California. The following press was in attendance:  Associated Press, San Diego Tribune, Reuters, Wall Street Journal, Nippon Television (Japan), Local ABC, NBC and CBS affiliates, Los Angeles Times, Automotive News, CBS Radio Los Angeles, KPBS San Diego News, Fox News and NBC-San Diego.

167.     Interviewed by Nippon Television (Japan) at the HarrisMartin Toyota Recall Litigation Conference, March 24, 2010, San Diego, California.

168.     Interviewed by Amanda Bronstad with the National Law Journal, March 15, 2010. Topic: Toyota Recall.

169.     Interview requested by Susan Li with Bloomberg TV, April 6, 2010. Topic: Toyota Recall.

170.     Seminar Chairman – HarrisMartin Toyota Recall Litigation Conference Part II, May 12, 2010, Costa Mesa, California.

_____

# MEMBER (PRESENT AND/OR FORMER)

American Bar Association (Admiralty and Maritime Law Committee Port Watch Subcommittee).

Louisiana Trial Lawyers Association.

Mississippi Trial Lawyers Association.

Texas Trial Lawyers Association.

The Association of Trial Lawyers of America.

Southeastern Admiralty Law Institute.

ATLA Breast Implant Litigation Group.

Alexandria Bar Association.

American Inns of Court.

Louisiana Bar Association CLE Committee.

Louisiana State Bar Association Federal Court Bench-Bar Liaison Committee.

Tulane Law School Maritime Seminar Planning Committee 1996/1997.

## MEDIATOR EXPERIENCE

July 29, 2004 served as Mediator in environmental/toxic tort class action, Joe Clark, et al vs. Trus Joist MacMillan, a Limited Partnership, et al, Case No. 70287, Division "B", 10th Judicial District Court, Natchitoches Parish, Louisiana, plaintiffs represented by William P. Crews, Jr., defendants represented by James P. Dore' of Kean, Miller, Hawthorne, D'Armond, McCowan & Jarman, L.L.P.

## MASS TORT/CLASS ACTION/MULTIDISTRICT LITIGATION EXPERIENCE

1. Chairman - 1994/1995 - Law Committee - Louisiana Plaintiffs' Steering Committee - Breast Implant Litigation; Marilyn Spitzfaden, individually, and as representative of a class of those similarly situated v. Dow Corning Corporation, et al, Civil Suit No. 92-2589, Civil District Court for the Parish of Orleans, State of Louisiana.

2. Baxter Plaintiff Trial Team Member, Breast Implant Litigation; Marilyn Spitzfaden, individually, and as representative of a class of those similarly situated v. Dow Corning Corporation, et al, Civil Suit No. 92-2589, Civil District Court for the Parish of Orleans, State of Louisiana.

3. Dow Chemical Plaintiff Trial Team Member, Breast Implant Litigation; Marilyn Spitzfaden, individually, and as representative of a class of those similarly situated v. Dow Corning Corporation, et al, Civil Suit No. 92-2589, Civil District Court for the Parish of Orleans, State of Louisiana.

4. Bristol-Myers Squibb Plaintiff Trial Team Member, Breast Implant Litigation; Marilyn Spitzfaden, individually, and as representative of a class of those similarly situated v. Dow Corning Corporation, et al, Civil Suit No. 92-2589, Civil District Court for the Parish of Orleans, State of Louisiana.

5. Plaintiffs' Steering Committee Member; Frederick Lewis, et al v. Volvo of North America, Inc., et al, Case No. 96-19724, Division "F", Civil District Court for the Parish of Orleans, State of Louisiana. (Passenger Air Bag)

6. Represented class member plaintiffs; John R. Duncan, Sr. and Helene Duncan v. IMC Fertilizer, Inc., Angus Chemical Company and W.W. Patterson, Civil Suit No. 92-0719, United States District Court, Western District of Louisiana, Monroe Division and Catherine Roberson and Gene Roberson, individually and on behalf of their minor children, Ashley and Gerard Roberson v. IMC Fertilizer, Inc., Angus Chemical Company and W.W. Patterson, Civil Suit No. 92-0720, United States District Court, Western District of Louisiana, Monroe Division. (Burlington explosion)

7. Represented class member plaintiffs; In Re:  Orthopedic Bone Screw Products Liability Litigation, MDL Docket No. 1014, United States District Court for the Eastern District of Pennsylvania.

8. Represented class member plaintiffs; Bobbie Timberlake, et al v. World Rio Corporation, et al, Civil Action No. 95-1291, United States District Court, Central District of California. (Class Action Complaint)

9. Represented class member plaintiffs; Dalkon Shield Litigation; RE: A.H. Robins Company, Incorporated, Debtor, Chapter 11, Case No. 85-01307-R, United States District Court for the Eastern District of Virginia, Richmond Division.

10. Claimants' Steering Committee Member; In the Matter of the Complaint of Ingram Barge Company, as Owner of the M/V F.R. Bigelow and the IB-960, and Ingram Ohio Barge Co., as Owner Pro Hac Vice of the ING-371, Petitioning for Exoneration from or Limitation of Liability, Civil Action No. 97-226, United States District Court, Middle District of Louisiana. (Chemical Spill Class Action)

11. Plaintiffs' Steering Committee Member - Dinah Borros and Dianne J. Solsky v. American Home Products Corporation d/b/a Wyeth Ayerst Laboratories, Interneuron Pharmaceuticals, Inc., Quick Trim Clinic of Louisiana, Inc., Aspen Clinic, Inc. and St. Charles General Hospital, Civil Docket No. 97-16466, Civil District Court for the Parish of Orleans, New Orleans, Louisiana. (Fen-Phen)

12. Plaintiffs' Steering Committee Member - Theresa Marble, Robert Johnson, Lou Daisy Scott and Harry Stovall v. Chrysler Corporation, Civil Action No. 97-2055, United States District Court, Eastern District of Louisiana, New Orleans Division, New Orleans, Louisiana. (Passenger Air Bag)

13. Plaintiffs' Steering Committee Member - Damian Castillo, et al, on Behalf of Themselves and all others Similarly Situated vs. Mike Tyson; Don King, et al, Supreme Court of the State of New York, County of New York  (Tyson Class Action)

14. Baxter Healthcare Corporation Settlement Committee - 1997/98 - Louisiana Plaintiffs' Steering Committee - Breast Implant Litigation; Marilyn Spitzfaden, individually, and as representative of a class of those similarly situated v. Dow Corning Corporation, et al, Civil Suit No. 92-2589, Civil District Court for the Parish of Orleans, State of Louisiana.

15. McGhan Medical Corporation 3M Settlement Committee - 1997/98 - Louisiana Plaintiffs' Steering Committee - Breast Implant Litigation; Marilyn Spitzfaden, individually, and as representative of a class of those similarly situated v. Dow Corning Corporation, et al, Civil Suit No. 92-2589, Civil District Court for the Parish of Orleans, State of Louisiana.

16. Appointed by U.S. District Judge Feldman to serve as a member of the Plaintiffs' Steering Committee in In Re: Air Bags Products Liability Litigation, MDL No. 1181.

17. Appointed by the Court to serve as Co-Lead Counsel, Co-Liaison Counsel and Plaintiffs' Steering Committee Member - Baton Rouge DSI Sulfur Spill - Jimmie Badon, Jr., Individually and on Behalf of his Minor Son, Jimmie Badon, III and Lashawndra Rollins versus DSI Transports, Inc. and Dwight Stewart, Civil Suit No. 450,957 "M", 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana.

18. Co-Liaison Counsel and Plaintiffs' Steering Committee Member -  Lead Consolidated Case - Carl Bell, et al  vs.  Kaiser Aluminum and Chemical Corp., Civil Action No. 99-2078, U.S. Dist.  Ct. (East. Dist. of La.).  Appointed by the Court to serve as  Special Liaison Counsel to receive and disseminate all communications from the Court.

19. Associated as Counsel of Record by Plaintiffs' Steering Committee - Kendrick Milligan and all other similarly situated persons v.  Borden Chemicals and Plastics A/K/A and/or D/B/A BCP Management, Inc., 18th JDC, West Baton Rouge Parish, Louisiana, Civil Action No.  29282 "B" consolidated with 29286 "B".

20. Plaintiffs' Steering Committee Member - Hilda N.  Garrison, Marva Joseph, Todd Powers Powell, Joan B.  Wilson,  individually and as Representatives of the Class v. St.  Charles General Hospital, Board of Supervisors of Louisiana State University and Agricultural and Mechanical College, and Touro Infirmary, Individually, and as Representatives of Defendant Class, Parish of Orleans, State of Louisiana, Civil Suit No.  99-9855, Division "E", Section 9.

21. Plaintiffs' Steering Committee Member - Steven M.  Davis, Dawn Davis and Brain Chandler vs.  First USA Bank, N.A., 19th JDC, East Baton Rouge Parish, Louisiana, Civil Suit No.  464,834, Division "A".

22. Plaintiffs' Steering Committee Member - Peter Hahn, et al vs. Hydrochem Industrial Services, Inc., et al, 24th JDC, Jefferson Parish, Louisiana, Civil Suit No. 544-377, Division  "F".

23. Plaintiffs' Steering Committee Member and Court Appointed Class Counsel - Craig West, et al vs.  G & H Seed Co., et al, 27th JDC, St.  Landry Parish, Louisiana, Civil Suit No.  99-C-4984, Division "A". (ICON)

24. Plaintiffs' Steering Committee Member - Clair Falgoust, et al v.  Microsoft Corporation, 23rd JDC, St. James Parish, Louisiana, Civil Suit No.  26,433.

25. Class Counsel - Tangy Washington, et al v. Donald E. Carlton, et al, United States District Court for the Middle District of Louisiana, Civil Action No. 98-341, Section "A" Magistrate (2).

26. Appointed as Co-Plaintiff Liaison Counsel, Arthur Gregorie, III, et al v. The Burlington Northern and Santa Fe Railway Company, U.S. District Court, Western District of Louisiana, Lafayette-Opelousas Division, #CV00-1188 "LO", Judge Rebecca F. Doherty, Magistrate Judge Methvin.   (New Iberia Train Derailment)

27. Counsel of Record, Vivian Folse, et al vs. C.F. Industries, Inc., 23rd Judicial District Court, St. James Parish, Louisiana, #26728.  (C.F. Industries Plant Explosion - Donaldsonville, LA)

28. Counsel of Record, Ronnie Francois, et al vs. Norfolk Southern Corporation, et al, Civil District Court, Parish of Orleans, State of Louisiana, #2000-7347, Div. E, Sec. 9.  (New Orleans Tank Car)

29. Plaintiffs' Interim Steering Committee Member and Court Appointed Co-Lead Counsel, Ebony Willis, et al vs. Union Pacific Railroad Company, et al, #00-C-2335, Section "C", 27th JDC, St. Landry Parish, Louisiana.  (Eunice Train Derailment)

30. Court Appointed Member of the Interim Plaintiffs' Liaison Committee, Eric Vizena, et al v. Union Pacific Railroad Company, 00-1267 (and all related cases) Judge Richard T. Haik, Sr., Magistrate Judge Tynes, U.S. District Court, Western District, Lafayette-Opelousas Division.  (Eunice Train Derailment)

31. Plaintiffs' Steering Committee Member, Roger and Dianne Crowe v. Pearl River Polymers, Inc., et al, #99-14413 "G", 22nd Judicial District Court,  St. Tammy Parish, LA. (Pearl River)

32. Counsel in MDL 1363-In Re: Industrial Accident at Donaldsonville, Louisiana, on May 24, 2000.

33. Counsel in In Re: 1993 Exxon Coker Fire Litigation, Master Docket No. 93-MS-2-A-M2, United States District Court, Middle District of Louisiana.

34. Counsel in In Re: 1994 Exxon Chemical Plant Fire Litigation, Master Docket No. 94-MS-3-M1, United States District Court, Middle District of Louisiana.

35. Plaintiffs' Interim Steering Committee Member - Geraldine Taylor, et al  v. Novartis Crop Protection, Inc. and Rudy Lambert, Civil Action No. 00CV635, Sec. "D-3", United States District Court, Middle District of Louisiana.

36. Discovery Committee Member of the Microsoft Anti-Trust Litigation in MDL #1332. (Microsoft)

37. Co-Chair of the Interim General Motions, Pleadings and Law Committee in MDL #1355.  (Propulsid)

38. Plaintiffs' Interim Steering Committee Member - Hoyt Calvey, et al vs. Dupre Transport, Inc., #31089 "C", 18th JDC, West Baton Rouge Parish, Louisiana.  (Dupre Transport)

39. Appointed as member of the Settlement/Alternative Dispute Resolution Committee and Discovery Committee - In Re:  Bridgestone/Firestone, Inc., ATX, ATX II, and Wilderness Tires Products Liability Litigation, Master File No. IPOO-9373-C-B/S, MDL No. 1373, United States District Court, Southern District of Indiana, Indianapolis Division (centralized before Hon. Sarah Evans Barker, Chief Judge). (Firestone)

40. Appointed as member of the Discovery Committee, In Re: Propulsid Products Liability Litigation, MDL No. 1355, Section "L" Judge Eldon E. Fallon, Magistrate Judge Africk, United States District Court, Eastern District of Louisiana. (Propulsid)

41. Appointed Co-Chair of the Drafting and Generic Research Committee, In Re: Propulsid Products Liability Litigation, MDL No. 1355, Section "L" Judge Eldon E. Fallon, Magistrate Judge Africk, United States District Court, Eastern District of Louisiana. (Propulsid)

42. Appointed as Plaintiffs' State Liaison Counsel by Judge Eldon E. Fallon, In Re: Propulsid Products Liability Litigation, MDL No. 1355, Section "L" Judge Eldon E. Fallon, Magistrate Judge Africk, United States District Court, Eastern District of Louisiana. (Propulsid)

43. Appointed as Co-Lead Counsel for the Plaintiffs' Steering Committee by Judge Holdridge, Dale Dennis, et al vs. CF Industries, Inc., No. 67,243, Div. "C", 23rd Judicial District Court, Ascension Parish, Louisiana. (CF Industries)

44. Appointed as member of the Plaintiffs' Steering Committee by Judge Lemmon in Aline Ricks and Ernest Ricks v. American Home Products Corporation, et al, Civil Action No. 01-0488, Sec. S,  Mag. 2 United States District Court., Eastern District of Louisiana. (PPA)

45. Appointed as Co-Lead Counsel for the Plaintiffs' Steering Committee by Judge Tureau in Barbara Chapman, et al vs. Vulcan Chemicals, a Business Group of Vulcan Materials Company, et al, Civil Docket No. 69,433, 23rd Judicial District Court, Ascension Parish, Louisiana. (Vulcan)

46. Appointed as Co-Lead and Co-Liaison Counsel for the Plaintiffs' Steering Committee in Mazie Ayo, et al vs. The State of Louisiana, Through the Department of Health and Hospitals, Civil Suit Number 483,299, Division H, 19th Judicial District Court, East Baton Rouge Parish, Louisiana. (DHH/Georgia Gulf)

47. Appointed by Judge Mire on June 20, 2001 as Class Counsel and as an Executive Committee Member, In Re: Gramercy Plant Explosion at Kaiser, Master Docket No. 25975, Division "D", 23rd Judicial District Court, St. James Parish, Louisiana.  (Kaiser)

48. Appointed by Judge Jay C. Zainey on July 23, 2001 as a member of the Plaintiffs' Steering Committee in Alicia Tanguis, et al v. M/V Westchester, et al, Civil Action No. 01-0449 c/w 01-1558, Sec. "N", United States District Court, Eastern District of Louisiana.

49. Appointed by Magistrate Judge Christine Noland as a member of the Plaintiffs' Steering Committee, In Re: Vulcan Chemicals Litigation, Civil Action No. 01-MD-1-A-M2, United States District Court, Middle District of Louisiana. (Vulcan)

50. Appointed as a member of the Plaintiffs' Steering Committee and member of the Litigation Deposition Committee, Trial Committee, Class Certification Committee, Settlement Committee, Punitive Damages Development Committee and Chairman of the Pleadings Committee in Noretta Thomas, et al v. A. Wilbert & Sons, L.L.C., et al, Civil Suit No. 55,127, Div. "B", 18th Judicial District Court, Iberville Parish, Louisiana, And All Related Cases. (Myrtle Grove Trailer Park)

51. Appointed to the Federal/State Coordination Committee In Re: Phenylpropanolamine Product Liability Litigation, MDL No. 1407, United States District Court, Western District of Washington at Seattle. (PPA)

52. Appointed as member of the Plaintiffs' Executive Committee, Discovery & Liability Development Committee, Legal Research/Pleadings/Class Certification/Punitive Damages Committee, Trial Committee, Insurance Committee, and Settlement Committee in Jerry Oldham, et al vs. State of Louisiana, Through the Department of Health and Hospitals (consolidated cases), Docket No. 55,160-A, 18th Judicial District Court, Iberville Parish, Louisiana. (DHH/Georgia Gulf)

53. Appointed on January 17, 2002 as member of the State/Federal Coordination Committee by United States District Judge, Barbara Jacobs Rothstein in In Re: Phenylpropanolamine (PPA) Products Liability Litigation, United States District Court, Western District of Washington at Seattle, MDL No. 1407. (PPA)

54. Appointed as member of the Plaintiffs' Steering Committee in Alice Davis, et al v. Potash Corporation of Saskatchewan Sales, Ltd. A/K/A PCS Nitrogen, No. 51,834 c/w 52,096, c/w 52,097, c/w 52,813, c/w 53,271, c/w 53,283, c/w 53,289, c/w 54,388, 18th Judicial District Court, Iberville Parish, Louisiana. (PCS Nitrogen)

55. Appointed as member of the Plaintiffs' Steering Committee by United States District Judge James S. Gwin in In Re:  Meridia Product Liability Litigation, MDL No. 1481, United States District Court, Northern District of Ohio, Eastern Division.  (Meridia)

56. Appointed as member of the Plaintiffs' Steering Committee in In Re: Serzone Products Liability Litigation, MDL No. 1477. (Serzone)

57. Appointed as Co-Chairman of the Plaintiffs' Discovery Committee by United States Magistrate Judge Mary E. Stanley In Re: Serzone Products Liability Litigation MDL No. 1477, United States District Court, Southern District of West Virginia, Charleston Division. (Serzone)

58. Appointed by Federal Judge Rebecca F.  Doherty as Class Counsel, Arthur Gregorie, III, et al v. The Burlington Northern and Santa Fe Railway Company, U.S. District Court, Western District of Louisiana, Lafayette-Opelousas Division, #CV00-1188 "LO".  (New Iberia Train Derailment)

59. Appointed by United States District Judge Joseph R. Goodwin as member of the Plaintiffs' Executive Committee In Re: Serzone Products Liability Litigation, MDL No. 1477, United States District Court for the Southern District of West Virginia, Charleston Division. (Serzone)

60. Appointed by Federal Judge Richard T. Haik, Sr. to Special Committee for Mediation, Eric Vizena, et al v. Union Pacific Railroad Company, 00-1267 (and all related cases) Judge Richard T. Haik, Sr. - Magistrate Judge Tynes, U.S. District Court, Western District, Lafayette-Opelousas Division.  (Eunice Train Derailment)

61. Appointed by United States District Judge Lemelle to serve as Plaintiffs' Legal Committee member and Expert Committee Co-Chair, Herbert Barnes, et al vs. Motiva Enterprises, LLC, et al, Civil Action No. 04-1793 J (2), Judge Lemelle, Magistrate Judge Roby, United States District Court, Eastern District of Louisiana. (Shell)

62. Appointed by United States District Judge Sarah S. Vance to serve as Liaison Counsel in the Educational Testing Service Praxis Principles of Learning and Teaching: Grades 7-12 Litigation, MDL No. 1643. (ETS PRAXIS)

63. Appointed by United States District Judge Lemelle to serve as Plaintiffs' Steering Committee member, MDL-1632 – In re High Sulfur Content Gasoline Products Liability Litigation. (Shell)

64. Appointed to Chair Federal/State Court Liaison Sub-Committee In Re: Neurontin Marketing and Sales Practices Litigation, MDL No. 1629. (Neurontin)

65. Appointed by U.S. District Judge Eldon E. Fallon to serve as a member of the Plaintiffs' Steering Committee In Re: Vioxx Products Liability Litigation,  MDL No. 1657. (Vioxx)

66. Appointed member of the Administrative Committee In Re: Vioxx Products Liability Litigation,  MDL No. 1657. (Vioxx)

67. Appointed Vice Chair of the Discovery Committee In Re: Vioxx Products Liability Litigation,  MDL No. 1657. (Vioxx)

68. Appointed by U.S. District Judge Eldon E. Fallon to serve as Interim Class Counsel In Re: Vioxx Products Liability Litigation, MDL No. 1657. (Vioxx)

69. Appointed by U.S. District Judge Eldon E. Fallon to serve as Interim Class Counsel, Plaintiffs' Steering Committee member and Executive Committee member In Re: Turner v. Murphy Oil USA, Inc. Case Number 05-4206, U.S. District Court, Eastern District of Louisiana. (Murphy Oil)

70. Appointed by U.S. District Judge Vance to serve as Liaison Counsel, In Re: OCA, Inc. Securities and Deriviative Litigation, Master File No. 05-2165, Section R(3), Judge Vance, United States District Court, Eastern District of Louisiana. (OCA)

71. Appointed by U.S. District Judge Charles R. Breyer to serve as a member of the Plaintiff's Steering Committee In Re: Bextra and Celebrex Marketing Sales Practices and Product Liability Litigation, Case No. M:05-CV-01699-CRB, MDL No. 1699, United States District Court, Northern District of California. (Bextra/Celebrex)

72. Appointed by U.S. District Judge Donovan W. Frank to serve as a member of the Plaintiffs' Lead Counsel Committee In re: Guidant Corp. Implantable Defribrillators Products Liability Litigation, MDL No. 05-1708, United States District Court, District of Minnesota. (Guidant)

73. Appointed by U.S. District Judge James M. Rosenbaum to serve as a member of the Plaintiffs' Steering Committee In Re: Medtronic, Inc. Implantable Defibrillators Litigation, MDL No. 05-1726, United States District Court, District of Minnesota. (Medtronic)

74. Appointed by U.S. District Judge Ivan L. R. Lemelle, Eastern District of Louisiana, to serve as Plaintiffs Legal Committee member and Expert Committee Co-Chair in the High Sulfur Content Gasoline Products Liability Litigation. (Shell)

75. Appointed by U.S. District Judge Sarah S. Vance, Eastern District of Louisiana, to serve as Liaison Counsel in the Educational Testing Service PRAXIS litigation. (ETS PRAXIS)

76. Appointed by U.S. District Judge David A. Katz, Northern District of Ohio, to serve on the Plaintiffs' Discovery Committee in the Ortho Evra Products Liability Litigation. (Ortho Evra)

77. Appointed by U.S. District Judge Catherine D. Perry to serve as a member of the Plaintiffs' Executive Committee In Re LLRICE 601 Contamination Litigation, Case Number 4:06 MD 1811-CDP, U.S. District Court, Eastern District of Missouri, Eastern Division. (Rice Contamination)

78. Appointed by U.S. District Judge Carl J. Barbier to serve as Class Counsel in Lincoln, et al vs. Shell Pipeline Company, L.P., et al , Civil Action no. 05-CV-4197 c/w 05-cv-4199 & 06-cv-5154, United States District Court, Eastern District of Louisiana. (Shell)

79. Appointed by U.S. District Magistrate Judge Arthur J. Boylan to serve on the Claims Review Committee In Re: Medtronic, Inc. Implantable Defibrillators Products Liability Litigation, MDL No. 05-1726 (JMR/AJB) United States District Court District of Minnesota. (Medtronic)

80. Appointed by U.S. District Magistrate Judge Arthur J. Boylan to serve on the Common Benefit Attorneys' Fees Committee In Re: Medtronic, Inc. Implantable Defibrillators Products Liability Litigation, MDL No. 05-1726 (JMR/AJB) United States District Court, District of Minnesota. (Medtronic)

81. Appointed by U.S. District Judge Richard H. Kyle and United States Magistrate Judge Janie S. Mayeron to serve on the Plaintiffs' Steering Committee, In Re: Medtronic, Inc., Sprint Fidelis Leads Product Liability Litigation, MDL No. 08-1905. (RHK/JSM), United States District Court, District of Minnesota. (Medtronic Sprint Fidelis)

82. Appointed by U.S  Magistrate Judge Arthur J. Boylan to serve on the Claims Review Committee,  In re: Guidant Corp. Implantable Defribrillators Products Liability Litigation, MDL No. 05-1708, United States District Court, District of Minnesota. (Guidant)

83. Appointed by AAJ to serve as Committee Co-Chair of Foodborne Illness Litigation Group, March 2010.

84. Appointed by U.S. District Judge Frederick J. Martone, District of Arizona, to serve on the Plaintiffs' Steering Committee in the Zicam Cold Remedy Marketing, Sales Practices and Products Liability MDL Litigation. (Zicam)