1  MARC M. SELTZER (54534)
mseltzer@susmangodfrey.com
2  STEVEN G. SKLAVER (237612)
ssklaver@susmangodfrey.com
3  DAVID H. OROZCO (220732)
dorozco@susmangodfrey.com
4  SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
5  Los Angeles, CA  90067-6029
Telephone:  (310) 789-3100
6  Facsimile:  (310) 789-3150

7  Attorneys for Plaintiff
Meredith Heller

8

9                    UNITED STATES DISTRICT COURT

10                   CENTRAL DISTRICT OF CALIFORNIA

11                        SOUTHERN DIVISION

12

| 13  IN RE: TOYOTA MOTOR CORP. | Case No.  8:10-ML-02151 JVS (FMOx) |
|---|---|
| 14  UNINTENDED ACCELERATION MARKETING, SALES PRACTICES, | |
| AND PRODUCTS LIABILITY | **APPLICATION OF MARC M.** |
| 15  LITIGATION | **SELTZER FOR APPOINTMENT AS CO-LEAD COUNSEL FOR THE** |
| 16 | **ECONOMIC LOSS CASES** |
| 17 | Date:      May 13, 2010 |
| | Time:      9:00 a.m. |
| 18 | Place:     Courtroom of the |
| 19 | Hon. James V. Selna |
| | 411 W. Fourth Street |
| 20 | Santa Ana, CA  92701 |
| | Courtroom 10C |

21

22

23

24

25

26

27

28

**INTRODUCTION**

Pursuant to the Court's April 14, 2010 Order No. 1:  Initial Conference and the Court's April 19, 2010 Order Re Clarifying the Scope of Applications, Marc M. Seltzer of the law firm of Susman Godfrey L.L.P. hereby respectfully applies to be appointed as Co-Lead Counsel for the economic loss cases in MDL No. 2151, in accordance with the proposed case management structure set forth in Section II.A. of the April 30, 2010 *Joint Preliminary Report*, filed by Elizabeth J. Cabraser, Steve Berman and Marc M. Seltzer concurrently with this application.[1]

**APPLICATION OF MARC M. SELTZER**

In this application, I address the main criteria for appointment set forth in the Court's Order No. 1.[2]

First, as set forth below, I have extensive experience in prosecuting and defending complex litigation, including class actions.

Second, I and the members of my firm are willing and have the ability to commit to a time-consuming process.  If appointed by the Court to serve as Co-Lead Counsel for the economic loss cases, I commit to dedicate whatever time is necessary to successfully manage and prosecute these cases.

Third, throughout my career I believe I have demonstrated my ability to work cooperatively and collegially with others.  Over the years of my practice as a lawyer, I have worked with many other attorneys in scores of different cases and believe I earned the respect, trust and confidence of those attorneys.  Further,

---

[1]  The *Joint Preliminary Report* is also being submitted by Cari K. Dawson, designated counsel for the Toyota defendants.  Counsel for the Toyota defendants did not participate in the preparation of the portion of the Report dealing with case organizational matters pertaining to plaintiffs' counsel.

[2]  My firm is counsel of record for plaintiffs in the following class action cases included in these MDL proceedings:  *Roz Schwartz v. Toyota Motor Sales, U.S.A., Inc., et al.*, Case No. CV 10-00710 JVS (FMOx); *Katy Boyask v. Toyota Motor Sales, U.S.A., Inc., et al.*, Case No. CV 10-01153 JVS (FMOx); and *Meredith Heller v. Toyota Motor Sales, U.S.A., Inc., et al.*, Case No. CV 10-01979 JVS (FMOx).

2

1   pursuant to the Court's Order No. 1, I have taken part in extensive discussions with
2   Elizabeth J. Cabraser, Steve Berman, other attorneys for plaintiffs and counsel for
3   defendants in order to prepare the *Joint Preliminary Report* filed with the Court this
4   day.

5        Fourth, with eighty-eight attorneys working in offices in Los Angeles,
6   Houston, Seattle, Dallas and New York, my law firm is one of the largest law firms
7   in the country handling contingent litigation on behalf of plaintiffs.  My firm's
8   practice is dedicated exclusively to litigating and trying lawsuits.  My firm has
9   represented clients in some of the largest and most complex cases ever litigated and
10  has demonstrated that it has the ability and resources to handle those cases
11  effectively and efficiently.  In addition, my firm has put together a team of lawyers
12  for this important litigation who have the breadth of knowledge and experience to
13  successfully prosecute this litigation.  That team includes, besides myself, my
14  partners Stephen D. Susman and Kenneth S. Marks of our Houston office, and
15  David H. Orozco and Steven G. Sklaver of our Los Angeles office.  My firm is
16  committed to deploy whatever logistic and financial resources are necessary to
17  successfully prosecute these cases.

18       Before turning to my application, I wish to advise the Court that we
19  recommend that Steve Berman and Wiley Aitken be appointed as Co-Lead Counsel
20  for the economic loss cases in accordance with the structure proposed in the *Joint*
21  *Preliminary Report* filed with the Court.  We also recommend the appointment of
22  Elizabeth J. Cabraser and Mark R. Robinson, Jr. to be Co-Liaison Counsel for
23  plaintiffs.  Each of these individuals are attorneys of the highest caliber who are
24  well known for their exceptional skills as lawyers and managers of complex
25  litigation, and I believe that, working together, we will be able to effectively and
26  efficiently supervise and manage this complex litigation.  We also wish to
27  recommend to the Court for appointment to leadership positions the attorneys set
28  forth in the Joint Application of Elizabeth J. Cabraser, Steve Berman and Marc M.

3

1  Seltzer in Support of Appointment to Leadership Positions in This Litigation, filed
2  concurrently herewith.

3        In further support of this application, I wish to advise the Court as follows:

4        I have practiced law in California for more than thirty-five years, and have
5  extensive experience in representing plaintiffs and defendants in complex litigation,
6  including class actions.  My work in class action litigation began with the *Equity*
7  *Funding* securities litigation, M.D.L. No. 142, which consisted of more than 100
8  consolidated class and individual cases.  The case settled in 1976 for over
9  $60 million, then the largest recovery ever achieved in a securities fraud class
10 action.  *See In re Equity Funding Corp. of America Securities Litigation*, 438 F.
11 Supp. 1303 (C.D. Cal. 1977).  I have been counsel for plaintiffs and defendants in
12 many other class actions since then.  In the mid-1980's, I was appointed by the
13 Court to serve as sole lead counsel to represent the plaintiff class in the *ZZZZ Best*
14 securities fraud case.  The *ZZZZ Best* fraud was described by the United States
15 Attorney for the Central District of California as "the most massive and elaborate
16 securities fraud perpetrated on the West Coast in over a decade."  The case was
17 settled for more than $40 million and resulted in several important published
18 decisions sustaining plaintiffs' claims.  *See In re ZZZZ Best Securities Litigation*,
19 864 F. Supp. 960 (C.D. Cal. 1994).

20       More recently, I was appointed by the Court to serve as co-lead counsel in
21 *In Re Korean Air Lines Co., Ltd. Antitrust Litigation*, an antitrust price-fixing case
22 pending in the Central District of California, and lead counsel in *McGuire v.*
23 *Dendreon Corp.*, a securities fraud class action case pending in the Western District
24 of Washington.  I also have served as lead or co-lead counsel for the plaintiffs in
25 numerous other class action and complex cases including:

26

27

28

4

▪ *In Re Universal Service Fund Telephone Billing Practices Litigation*, an M.D.L. proceeding involving more than fifty class action cases consolidated in the District of Kansas, in which I, together with David Orozco, and other attorneys with my firm, served as co-lead trial counsel for plaintiffs. The case was settled as to one defendant for benefits to the class totaling $25 million, and tried to verdict as to the remaining defendant. The jury found in favor of the defendant on the antitrust claim and returned a verdict in favor of plaintiffs on the breach of contract claim which is currently on appeal in the Tenth Circuit. The trial court issued numerous published decisions in this matter. *See, e.g.*, *In Re Universal Service Fund Telephone Billing Practices Litigation*, 300 F. Supp.2d 1107(D. Kan. 2003). In that case, in addition to serving as trial counsel, I also argued an interlocutory appeal to the Tenth Circuit and obtained a ruling in favor of the plaintiff class. *See In Re Universal Service Fund Telephone Billing Practices Litigation*, 428 F.3d 940 (10th Cir. 2005).

▪ *Masimo Corp. v. Tyco Healthcare L.P.*, an antitrust case brought on behalf of a medical device manufacturer, in which I, together with Stephen D. Susman and other Susman Godfrey lawyers, served as counsel for the plaintiff. The case was tried to a verdict resulting in a jury award in favor of our client. A new trial was granted as to damages. On retrial of damages, the Court awarded approximately $45 million in damages (after trebling). The Ninth Circuit recently affirmed the liability verdict and damages award.

▪ *White v. NCAA*, an antitrust class action brought in the Central District of California challenging limitations on financial assistance provided

by colleges and universities to student athletes.  I served as co-lead counsel for the plaintiff class, assisted by my partners, Steven G. Sklaver and Stephen E. Morrissey.  After plaintiffs defeated the NCAA's motion to dismiss and obtained certification of the class, the case was settled for benefits for the class totaling approximately $220 million.

- *In re Structured Settlement Litigation*, consolidated class actions brought in the Los Angeles County Superior Court, in which I served as one of the lead counsel for the plaintiffs.  The plaintiffs were parties to structured settlements who were victimized by the alleged fraudulent conversion of U.S. Treasury bonds backing their settlements.  The case was settled for approximately $135 million.

- *Livid Holdings, Ltd. v. Salomon Smith Barney, Inc.*, a securities fraud case brought in the Western District of Washington on behalf of an investor in a start up company.  I was retained to represent the plaintiff on appeal following the dismissal of the action by the trial court, and was successful in overturning the dismissal of the case.  *See Livid Holdings Ltd. v. Salomon Smith Barney, Inc.*, 416 F.3d 940 (9th Cir. 2005).  The case was subsequently settled.

- *In Motorcar Parts & Accessories Securities Litigation*, fourteen consolidated securities fraud class actions brought in the Central District of California in which I was appointed by the Court to serve as sole lead counsel for the class.  *See Z-Seven Fund, Inc. v. Motorcar Parts & Accessories*, 231 F.3d 1215 (9th Cir. 2000).  The case was settled for $7.5 million.

6

- *In re IDB Communications Group, Inc. Securities Litigation*, consisting of more than twenty consolidated securities class actions brought in the Central District of California, in which I served as one of four co-lead counsel appointed by the Court to represent the plaintiff class.  The case was settled for $75 million.

- *In re Taxable Municipal Bond Securities Litigation*, in which I served on Plaintiffs' Executive Committee, and together with plaintiffs' lead counsel, supervised and managed every aspect of the litigation.  This case was a consolidated M.D.L. proceeding brought in the Eastern District of Louisiana on behalf of defrauded purchasers of taxable municipal bonds.  The case resulted in numerous reported decisions on important recurring issues arising under the federal securities laws.  *See, e.g., In re Taxable Municipal Bond Litigation*, [1993 Transfer Binder] Fed. Sec. L. Rep. (CCH) 97,742 (E.D. La. 1993).  The case was settled for approximately $110 million.

- *Slaven v. B. P. America, Inc.*, I served as co-lead counsel for the plaintiffs in a class action brought in the Central District of California on behalf of fishermen and business owners for economic losses suffered as a result of the spill of more than 200,000 gallons of crude oil from a tanker off the coast of Huntington Beach, California that befouled coastal waters and nearby beaches.  The case was brought under the Trans-Alaska Pipeline Authorization Act, admiralty law and the law of California, and resulted in several published decisions in the district court and the Ninth Circuit.  *See, e.g., Slaven v. B. P. America, Inc.*, 973 F.2d 1468 (9th Cir. 1992).  The case was settled for $4 million.

7

My curriculum vitae, which lists other cases in which I served as counsel, is attached hereto as Exhibit A.

As stated above, my firm and I are willing to commit the time and financial and logistical resources necessary to successfully prosecute this case on behalf of plaintiffs.  Founded in 1980, Susman Godfrey L.L.P. focuses its internationally recognized legal practice on handling high-stakes, complex commercial litigation for both plaintiffs and defendants.  The firm has offices in Houston, Dallas, Los Angeles, Seattle, and New York.  Each of the firm's 88 attorneys devotes all of his or her time and talent to representing clients in complex litigation.  In 2005, the American Lawyer held the first-ever "Litigation Boutique of the Year" competition, and our firm was named one of the two top litigation boutiques in the nation.  I believe we have the skill, experience, resources and ability to prosecute this litigation in an effective and efficient manner.

We have assembled a team of experienced trial lawyers to provide the resources needed to successfully prosecute this litigation.  Specifically, my partners, Stephen D. Susman, Kenneth S. Marks, Steven G. Sklaver and David H. Orozco, as well as necessary associates, are committed to assisting me as part of the trial team that would prosecute this action.  Mr. Susman was named by International Commercial Litigation as Litigator of the Year in 1997, and the top litigator in the United States in 1996.  Mr. Susman also was featured in *The National Law Journal's* June 5, 2006 issue as one of the nation's top 10 litigators.  Don Vinson, in his book, *America's Top Trial Lawyers*, ranks Susman among the 14 best trial lawyers in the United States.  More recently, a January 20, 2010 article in *The Business Insider Law Review*, listed Mr. Susman as one of the top eleven lawyers in the country.

Mr. Susman obtained a landmark victory as a plaintiff's attorney in 1980 with an award of more than $550 million to victims of a nationwide price-fixing conspiracy, the largest recovery of its time.  I also assisted in the prosecution of this

1039439v1/011847

litigation while I was at my prior firm, Corinblit & Seltzer, a Professional Corporation. As the Court knows, in July 2006, Mr. Susman, with a team that included David Orozco, tried an antitrust action brought by Applied Medical against Johnson & Johnson, where a defense verdict was returned by the jury. In 1999, Mr. Susman successfully tried the longest civil jury trial ever held in Detroit, Michigan. Mr. Susman was co-lead counsel in the *Vitamins Antitrust* class action case that settled for over $1 billion. I was the next most senior Susman Godfrey attorney working on that matter. In 2000, Mr. Susman successfully settled an antitrust case against Microsoft on the eve of trial in Salt Lake City. A list of Mr. Susman's trials is set forth in his curriculum vitae attached hereto as Exhibit B.

Messrs. Marks, Sklaver, and Orozco also have extensive class action and trial experience in cases brought in both state and federal courts. In *In re Alcatel Securities Litigation*, Mr. Susman and Mr. Marks, were co-lead counsel for a class of shareholders of Alcatel, a French telecommunications company, and obtained settlements totaling $75 million. In *In re Fleming Securities Litigation*, MDL No. 1530, Mr. Marks was co-lead counsel for a class of former shareholders of Fleming Companies, which declared bankruptcy in 2003, and obtained settlements totaling $94 million. Mr. Marks also was co-lead counsel in a securities class action case arising out of the elimination of Genzyme Corp.'s Biosurgery Division stock. Mr. Marks helped obtain a $64 million settlement for the class in late 2007 days before trial was to commence in the Southern District of New York.

In addition, Mr. Marks was retained by the bankruptcy estate of Enron Corporation to pursue claims against ten commercial and investment banks. The claims alleged that Enron's financial statements had been distorted as a result of complex transactions that had been engineered with the active involvement of the banks. Between 2004 and 2006, Mr. Marks negotiated settlements with the commercial and investment banks on Enron's behalf, helping bring billions of dollars to the Enron bankruptcy estate and creditors.

1039439v1/011847

Mr. Sklaver has handled a wide variety of complicated, high-stakes commercial disputes and class actions for plaintiffs and defendants. Mr. Sklaver worked closely with me on the *White v. NCAA* class action. Mr. Sklaver represented one of the world's largest retailers in the defense of a four-month long jury trial, wage and hour class action then-pending in California state court. Mr. Sklaver is currently involved in another employment class action pending in Kentucky.

Mr. Orozco has tried to verdict a number of cases in state and federal courts across the country. Mr. Orozco and I were co-trial counsel in *In Re Universal Service Fund Telephone Billing Practices Litigation*. Prior to that, Mr. Orozco represented one of the world's largest retailers in the defense of a three-month long jury trial, wage and hour class action then pending in Minnesota state court. Mr. Orozco is also working with me in representing the plaintiffs in *In Re Korean Air Lines Co., Ltd. Antitrust Litigation*, a price-fixing class action case pending in the Central District of California

Their respective curriculum vitaes are attached as Exhibit C, Exhibit D, and Exhibit E, respectively.

## ATTORNEYS' FEES

In response to the Court's orders, Elizabeth J. Cabraser, Steve Berman and I have set forth a response to the Court's inquiry regarding attorneys' fees. While I presently anticipate applying to be compensated on a percentage basis out of any common fund created in this case in accordance with the law applicable to such awards, I wish to advise the court that my regular hourly rate charged to clients on non-contingent matters is $850 per hour. The hourly rates of the other Susman Godfrey L.L.P. team members are as follows: Stephen D. Susman: $1100; Kenneth S. Marks: $700; Steven G. Sklaver: $500; David H. Orozco: $450. A schedule of my firm's current hourly rates is attached as Exhibit F hereto.

1039439v1/011847

1

## **CONCLUSION**

2          For the reasons stated above, it is respectfully submitted that I be appointed

3    one of the Co-Lead Counsel for the economic loss cases in the M.D.L. proceeding.

4    I would be pleased to respond to any questions the Court has concerning this

5    application.

6

7    Dated:  April 30, 2010.

                                   Respectfully submitted,
8
                                   MARC M. SELTZER
9                                  STEVEN G. SKLAVER
                                   DAVID H. OROZCO
10                                 SUSMAN GODFREY L.L.P.

11

12
                                   By___/s/ Marc M. Seltzer_____
13                                      Marc M. Seltzer
                                     Attorneys for Plaintiff
14                                   Meredith Heller

15

16

17

18

19

20

21

22

23

24

25

26

27

28

11

# Exhibit A

SUSMAN GODFREY L.L.P.

# Marc M. Seltzer
# Partner



Los Angeles, California
Phone: 310.789.3102
Fax: 310.789.3006
mseltzer@susmangodfrey.com*

MARC M. SELTZER, born in Los Angeles, California;
admitted to the California bar, 1972.

**EDUCATION**

- University of California at Berkeley (B.A., 1969)
- UCLA School of Law (J.D., 1972)

**PUBLICATIONS**

- Co-author, California Federal Civil Rules (LexisNexis 2010);
- Co-author, California Antitrust and Unfair Competition Law (Third 2003), published by the Antitrust and Unfair Competition Law Section, State Bar of California;
- "Choosing Between Class and Derivative Actions," published in Second Annual Institute, Class and Derivative Litigation in the 1990's - The New Frontier (Prentice Hall Law & Bus. 1991); and the same topic for subsequent Annual Institutes;
- "Measures of Damages in Private Actions for Violations of the Federal Securities Laws: The Basic Rules and Selected Problems," published in Securities Litigation 1990 (PLI 1990);
- "Shareholders' Derivative Suits in Contests for Corporate Control," published in Securities Litigation 1986: Prosecution and Defense Strategies (PLI 1986)

**PROFESSIONAL AFFILIATIONS**

- United States Courts of Appeals for the Fifth, Ninth, Tenth, and Eleventh Circuits
- United States District Courts for the Central, Southern, Eastern, and Northern Districts of California
- United States District Court for the Eastern District of Texas
- Past Vice-Chair of the Executive Committee, Antitrust and Unfair Competition Law Section, State Bar of California
- Past President and current member of the Board of Directors of the Ninth Judicial Circuit Historical Society, past President and current member of the Board of Directors of the Legal Aid Foundation of Los Angeles, member of the Board of Directors of the National Equal Justice Library, member of the Board of Directors, American Friends of Hebrew

University, Western Region, and member of the Board of Trustees of the Lawyers Committee for Civil Rights Under Law
- American Bar Association (and its Business Law, Antitrust Law, Torts and Insurance Law, and Litigation Sections)
- American Law Institute
- American Association for Justice
- Consumer Attorneys of California
- Selden Society

**HONORS & DISTINCTIONS**

- Recipient, 2004 American ORT Jurisprudence Award
- Named a "Super Lawyer" by Southern California Law & Politics magazine (2004-2010)
- Named one of Law Dragon's 500 Leading Plaintiff's Lawyers (2007)
- Named one of Law Dragon's 100 Lawyers You Need To Know in Securities Litigation (2008)

Marc Seltzer has practiced law for more than thirty-five years, litigating complex business law cases in state and federal courts throughout the United States. He was a principal in the law firm of Corinblit & Seltzer, a Professional Corporation, before joining Susman Godfrey. Marc Seltzer's relationship with the lawyers of  Susman Godfrey began in the late 1970's, when Steve Susman and Marc Seltzer worked together on the *Corrugated Container* antitrust case. In the ensuing years, Mr. Seltzer and the lawyers of Susman Godfrey worked together on a number of other cases. In February 1998, Marc Seltzer became a partner of the firm, and opened the firm's Los Angeles office. Since then, the firm's Los Angeles office has become one of the leading litigation boutiques in California.

Marc Seltzer's involvement in nationally prominent litigation began in the mid-1970's, when he was tapped by Jack Corinblit to work on the massive *Equity Funding* securities litigation. That case consisted of more than 100 consolidated class and private action cases, and was settled in 1976 for over $60 million, then the largest recovery ever achieved in a securities fraud class action. *See In re Equity Funding Corp. of America Securities Litigation*, 438 F. Supp. 1303 (C.D. Cal. 1977). Later, in the 1980's, Mr. Seltzer was appointed by the Los Angeles federal court to serve as sole lead counsel to represent the plaintiff class in the *ZZZZ Best* securities fraud case. The *ZZZZ Best* fraud was described by the United States Attorney for the Central District of California as "the most massive and elaborate securities fraud perpetrated on the West Coast in over a decade," harking back to the *Equity Funding* case. The case was settled for more than $40 million and resulted in several important published decisions sustaining plaintiffs' claims. *See In re ZZZZ Best Securities Litigation*, 864 F. Supp. 960 (C.D. Cal. 1994). Marc Seltzer was, together with Steve Susman, a member of the Susman Godfrey trial team representing approximately 90 financial institutions in a negligent misrepresentation case against one of the "Big Four" accounting firms. That case settled just prior to the commencement of trial. Marc Seltzer also teamed with Steve Susman in prosecuting the *In re Vitamin Antitrust Litigation*, which was settled pursuant to agreements that made more than $1.05 billion available to the class.

Mr. Seltzer has also been appointed to serve as lead counsel for the plaintiffs in numerous securities, antitrust and other class action cases.  He also represented defendants in antitrust, securities and other complex commercial litigation.  Among the cases Mr. Seltzer has litigated are:

*In Re Universal Service Fund Telephone Billing Practices Litigation*, an antitrust and breach of contract class action involving more than fifty consolidated cases in which Marc Seltzer, together with Barry Barnett and David Orozco, served as co-lead trial counsel for plaintiffs. The case was settled as to one defendant for benefits to the class totaling $25 million, and tried to a verdict as to the remaining defendants.  The jury found in favor of defendants on the antitrust claim and

returned a $16 million verdict in favor of plaintiffs on the breach of contract claim which is currently on appeal in the Tenth Circuit. The trial court issued numerous published decisions in this matter. *See, e.g., In Re Universal Service Fund Telephone Billing Practices Litigation,* 300 F. Supp.2d 1107(D. Kan. 2003).

*Masimo v. Tyco Healthcare L.P.*, an antitrust case in which Marc Seltzer, together with Steve Susman, Vineet Bhatia and Stephen Morrissey, served as co-trial counsel for the plaintiff. The case was tried to a verdict resulting in an award in favor of our client. A new trial was granted as to damages. On retrial, the Court awarded approximately $45 million in damages (after trebling). The Ninth Circuit affirmed the liability verdict and damages award.

*White v. NCAA*, an antitrust class action brought in Los Angeles federal court challenging limitations on financial assistance provided by colleges and universities to student athletes. Marc Seltzer, together with Stephen Morrissey and Steven Sklaver, served as co-lead counsel for the plaintiff class. The case was settled for benefits for the class totaling approximately $220 million.

*In re Structured Settlement Litigation*, consolidated class actions brought in the Los Angeles Superior Court in which Marc Seltzer served as one of the lead counsel for the plaintiffs. The plaintiffs were parties to structured settlements who were victimized by the alleged fraudulent conversion of U.S. Treasury bonds backing their settlements. After three years of hotly contested litigation, the case was settled for approximately $135 million.

*Livid Holdings, Ltd. v. Salomon Smith Barney, Inc.*, a securities fraud case brought on behalf of an investor in a start up company. Marc Seltzer was retained to represent the plaintiff on appeal following the dismissal of the action by the trial court, and was successful in overturning the dismissal of the case. *See Livid Holdings Ltd. v. Salomon Smith Barney, Inc.*, 416 F.3d 940 (9th Cir. 2005). The case was subsequently settled.

*In Motorcar Parts & Accessories Securities Litigation*, fourteen consolidated securities fraud class actions in which Marc Seltzer was appointed by the Los Angeles federal court to serve as lead counsel for the class. The case was settled for $7.5 million in cash. *See Z-Seven Fund, Inc. v. Motorcar Parts & Accessories*, 231 F.3d 1215 (9th Cir. 2000).

*In re IDB Communications Group, Inc. Securities Litigation*, in which Marc Seltzer served as one of four co-lead counsel appointed by the Los Angeles federal court to represent the plaintiff class in more than twenty consolidated securities fraud class action cases. The case was settled for $75 million.

*In re Taxable Municipal Bond Securities Litigation*, in which four lawyers, including Marc Seltzer, served on Plaintiffs' Executive Committee, and together with plaintiffs' lead counsel, supervised and managed every aspect of the litigation. This case was a consolidated multi-district proceeding brought on behalf of defrauded purchasers of taxable municipal bonds. The case resulted in numerous reported decisions on important recurring issues arising under the federal securities laws. *See, e.g., In re Taxable Municipal Bond Litigation*, [1993 Transfer Binder] Fed. Sec. L. Rep. (CCH) 97,742 (E.D. La. 1993). After several years of intense litigation, the case was settled for approximately $110 million.

*Cowles v. Gannett Outdoor Co., Inc., of Southern California,* coordinated class actions brought in Los Angeles federal court for an alleged conspiracy to suppress competition for leases for billboards sites in Southern California in violation of § 1 of the Sherman Act.  Marc Seltzer served as co-lead counsel for the class.  The case was settled for $6.5 million in cash.

*Slaven v. B. P. America, Inc.*, a class action brought in Los Angeles federal court on behalf of fishermen and business owners for economic losses suffered as a result of the spill of more than 200,000 gallons of crude oil from a tanker off the coast of Huntington Beach, California that befouled coastal waters and nearby beaches.  The case was brought under the Trans-Alaska Pipeline Authorization Act, admiralty law and the law of California, and resulted in several

3

published decisions in the district court and the Ninth Circuit.  *See, e.g., Slaven v. B. P. American*, Inc., 973 F.2d 1468 (9th Cir. 1992).  Marc Seltzer served as co-lead counsel for the class.  The case was ultimately settled for $4 million in cash, plus court-approved attorneys' fees and costs.

*In re Carnation Company Securities Litigation*, consolidated class actions for violation of the federal securities laws brought in Los Angeles federal court.  The plaintiffs alleged that false denials were made relating to the potential takeover of Carnation Company by Nestle, S.A., before the merger of the two firms was announced.  Marc Seltzer served as co-lead counsel for the class.  The case was settled for $13 million in cash.

*In re International Technology Securities Litigation*, consolidated securities class actions filed in Los Angeles federal court.  The plaintiffs alleged that the Company's financial statements were materially misleading for failing to earlier write off or set up appropriate accounting reserves relating to the Company's off-site waste disposal operations.  Marc Seltzer served as co-lead counsel for plaintiffs.  The case was settled for $12 million in cash and newly-issued securities.

*Guenther v. Cooper Life Sciences, Inc.*, a combined stockholders class and derivative action brought in San Francisco federal court for alleged false and misleading statements regarding the Company's products and prospects.  Marc Seltzer served as co-lead counsel for plaintiffs.  The case was settled for $9.85 million in cash and non-cash economic benefits valued to be worth at least $8.3 million.

*Heckmann v. Ahmanson*, consolidated class and derivative actions arising out of the alleged "greenmailing" of the Walt Disney Co. by Saul Steinberg and a group of his companies. Marc Seltzer was one of the lead counsel for the class of investors. The case was settled after three weeks of trial for approximately $60 million. *See Heckmann v. Ahmanson*, [1989 Transfer Binder] Fed. Sec. L. Rep. ¶ 94, 447 (Cal. Sup. Ct. April 12, 1989) (order denying summary judgment).

*Financial Federation, Inc. v. Ashkenazy*, in which Marc Seltzer and his co-trial counsel successfully defended an anti-takeover case brought in Los Angeles federal court under the federal securities laws and the RICO statute by a financial institution against persons who allegedly sought to take control of the institution. *See Financial Federation, Inc. v. Ashkenazy*, [1984 Transfer Binder] Fed. Sec. L. Rep. (CCH) 91,489 (C.D. Cal. 1983).

*Green v. Occidental Petroleum Corp.*, in which Marc Seltzer, together with co-counsel, represented plaintiffs in consolidated securities fraud class action cases that established important precedent in the Ninth Circuit regarding the certification of plaintiff classes and the computation of damages in securities fraud cases. *See Green v. Occidental Petroleum Corp.,* 541 F.2d 1335 (9th Cir. 1976). The case was settled for $12 million.

*Wool v. Tandem Computers, Inc.,* a securities fraud class action in which Marc Seltzer played a leading role. One of the notable achievements in this case was a victory for the plaintiffs in the Ninth Circuit which established important precedent concerning the measure of damages recoverable in federal securities fraud class action cases, the standard for "controlling person" liability under the federal securities laws and the requirements for pleading fraud with the particularity specified under Rule 9(b), Fed.R. Civ. P. *See Wool v. Tandem Computers, Inc.*, 818 F.2d 1433 (9th Cir. 1987). Following the issuance of the Ninth Circuit's opinion, the case was settled for $16.5 million.

*Plaine v. McCabe*, a securities class action, in which Marc Seltzer argued before the Ninth Circuit, obtaining a substantial victory for plaintiffs, establishing significant precedent in the Ninth Circuit regarding the standards for liability for violations of tender offer disclosure rules under the federal securities laws. *See Plaine v. McCabe*, 797 F.2d 713 (9th Cir. 1986).

*Biben v. Card,* consolidated securities fraud class actions where Marc Seltzer served as co-lead counsel for plaintiffs. The plaintiffs achieved substantial pretrial victories, including establishing the validity of their claims under the federal securities laws against the director, accountant and

attorney defendants in that case. *See Biben v. Card*, [1984-1985 Transfer Binder] Fed. Sec. L. Rep. (CCH) 92,010 (W.D. Mo. 1985), *on denial of motion for reconsideration,* [1984-1985 Transfer Binder] Fed. Sec. L. Rep. (CCH) 92,083 (W.D. Mo. 1985). The case settled for approximately $12 million.

*Sanwa Bank California v. Facciani*, where Marc Seltzer was co-lead counsel for a plaintiff class in which settlements totaling approximately $26 million in cash were obtained on behalf of defrauded investors who were victimized by an alleged Ponzi scheme.

*In re California Indirect-Purchaser Infant Formula Antitrust Class Action Litigation,* comprised of several consolidated consumer class actions brought for the alleged price-fixing of infant formula products. Marc Seltzer was appointed by the court to serve as one of two co-lead counsel for plaintiffs and the class. The case was settled for approximately $20 million.

*Small v. Sunset Park*, where Marc Seltzer was lead counsel for a class of investors involving an alleged Ponzi scheme in which settlements totaling more than $16.8 million were obtained, including $12 million paid in settlement by a then "Big Five" accounting firm.

*Schneider v. Traweek*, federal and state court securities class actions in which Marc Seltzer was lead counsel for the plaintiffs. Significant victories were obtained on plaintiffs' behalf in defeating motions to dismiss and in obtaining class certification. *See Schneider v. Traweek* [1990 Transfer Binder] Fed. Sec. L. Rep. (CCH) 95,419 and 95,505 (C.D. Cal. 1990). The case was settled for approximately $14 million.

*Johnson v. Boston*, where Marc Seltzer was co-lead counsel for a nationwide class of investors victimized by an alleged Ponzi scheme.  Approximately $20 million in settlements were obtained for the defrauded investors.

*Lilienthal v. Levi Strauss & Co.*, and individual minority shareholder's action for alleged breach of fiduciary duty by the majority owners, which resulted in a judgment after trial for the plaintiff providing for a recovery in excess of $3 million. Marc Seltzer was co-trial counsel with Jack Corinblit.


In 1972 and 1973, Marc Seltzer was a Deputy Attorney General for the State of California. In 1985, Mr. Seltzer was elected to the membership of the American Law Institute.

*Internet mail is not fully secure or private. Therefore, please do not transmit confidential information via Internet mail. Transmission of information is not intended to and does not create an attorney-client relationship. Please do not assume that your communications sent using Internet mail is privileged or confidential. Please do not send Susman Godfrey any confidential information via the Internet without previously consulting one of our attorneys.

**Nothing on this web page is intended to represent that Susman Godfrey currently represents any particular clients mentioned because matters and client relationships naturally terminate from time to time.

# Exhibit B

# Stephen D. Susman
## Partner

Houston, Texas
Phone: 713.653.7801
Fax: 713.654.6670

New York, New York
Phone: 212.336.8331
Fax: 212.336.8340

ssusman@susmangodfrey.com*

STEPHEN D. SUSMAN, P.C., born Houston, Texas; admitted
to bar, 1965, Texas; 1999, District of Columbia; 2000, New
York; 2002, Colorado.



Stephen Susman is among a small group included in *The Best Lawyers in America* for 25 years
and most recently, he has been recognized for two consecutive years by *Who's Who Legal: The
International Who's Who of Business Lawyers* as the **2006 and 2007 Leading Commercial
Litigator in the World**. *Who's Who Legal: Texas* 2007 has also acknowledged Susman in both
the Commercial Litigation and Unfair Competition categories. He was featured in *The National
Law Journal* 's June 5, 2006 issue as one of the nation's top 10 litigators. *Texas Super Lawyers*
has named him as one of the top 10 lawyers in Texas in 2003-2009. Susman was listed in the
2008 *Lawdragon 500 Leading Lawyers in America* with the comment: "This legendary litigator is
hot when it comes to global warming suits, getting TXU reforms for 37 Texas cities and
representing an Inuit tribe whose home was lost to environmental changes. The January 20, 2010
article in *The Business Insider*, Law Review, listed Susman as one of the eleven lawyers you
definitely do no want to see across the aisle.   Click here to view the article.   "Susman was also
featured in a February 2008 article in the *ABA Journal* "The G-Man- A week in the life of a
$1,000-per hour lawyer." Jury consultant, Don Vinson, in his book, *America's Top Trial Lawyers*,
ranks Susman among the 14 best trial lawyers in the United States. *International Commercial
Litigation's* worldwide poll of lawyers ranked Susman as the Litigator of the Year for 1997 and the
top litigator in the United States in 1996. [Click here to see references, list of trials, or letters of
recommendation from clients.] Susman's landmark victory as a plaintiff's attorney came in 1980
with an award of more than $550 million to victims of a nationwide price-fixing conspiracy, the
largest jury verdict of its time. He has since represented both plaintiffs and defendants such as
Northrop in its suit against McDonnell Douglas over the F-18 jet fighter, Speaker Jim Wright
(cover of New York Times May 24, 1989) in his ethics battle, the Hunt brothers (New York Times
Magazine) in the largest lender liability case in history, and the state of Arkansas in a milk price-
fixing case.

Susman represents both plaintiffs and defendants pursuant to fee arrangements that compensate
him for results, not effort. In March 2005, he successfully obtained a jury verdict in an antitrust
treble damage action for Masimo against Tyco in federal court in Los Angeles. Immediately prior
to that, he served as lead counsel to 93 financial institutions suing PwC for errors it made in the

audits of a borrower, Safety-Kleen. That case was settled the day it was scheduled to go to trial before a jury in state court in Atlanta. Susman has successfully defended Clear Channel in an antitrust case in Miami and Little Caesar's in an antitrust case in Detroit. Other former clients include: Medtronic, Ericsson, Hughes Electronics, Northrop, Decker Coal, and Amerisource Bergen. In 1999, he successfully tried the longest civil jury trial ever held in Detroit, Michigan, and was co-lead counsel in the Vitamins Antitrust case that settled for over $1 billion. In 2000, he successfully settled a mammoth antitrust case against Microsoft on the eve of trial in Salt Lake City. Susman is currently representing the plaintiffs in numerous patent infringement cases and two monopolization cases, one in New York and one in Kentucky.

Susman has recently become a pioneer in global warming litigation. He has completed a successful representation of a coalition of 37 Texas cities opposing the permitting of coal-fired electric generating plants by TXU. This case garnered Susman Godfrey the *National Law Journal's* 2008 Pro Bono Award **as well as being featured in Robert Redford's Sundance Preserve documentary *Fighting Goliath – Texas Coal Wars*.** The new purchasers of TXU have agreed to suspend all the permit application that Susman was opposing. The Mayor of Dallas had this to say about Susman's efforts: "Without Susman Godfrey, we would never have gotten the result that we did, with TXU withdrawing permit applications, for all eight units that the coalition challenged. The aggressive, relentless, and comprehensive legal work that was done on this case in record time caused TXU to have to rethink its environmentally unfriendly plan. What Steve Susman and his team did will be remembered by the utility industry for a long time to come: people in this country will no longer accept the construction of dirty, old-technology, coal-fired power plants. Not even in Texas. Susman taught a Climate Change Litigation course at the University of Houston Law School and has frequently lectured on the subject for the ABA, BNA, University of Texas and Stanford. He is currently counsel to an Inuit tribe that has lost its home because of global warming. View *Houston Business Journal* article regarding the Kivalina suit against 24 energy companies in global warming litigation.

A native Houstonian from a highly respected family of lawyers, Susman worked his way through Yale University, graduating magna cum laude. Returning to his home state and the University of Texas Law School, he was Editor-in-Chief of the Law Review and graduated first in his class, with the highest grade point average in the school's history.

After serving as law clerk to The Honorable John R. Brown of the Fifth Circuit Court of Appeals, Susman clerked for the United States Supreme Court. A recent biography of then Justice Hugo Black states that Susman was the first law clerk whom Black trusted to draft opinions for him. In his early career path, Susman joined a large Houston firm and became a partner, took a year's leave of absence to teach law at the University of Texas, and hit on the magic niche that led to a new style of law practice representing plaintiffs in complex commercial disputes. In 1980, he founded Susman Godfrey, the first firm in this part of the country to limit its specialty to commercial litigation. Susman Godfrey more than 80 lawyers in offices in Houston, Dallas, Seattle, Los Angeles, and New York. In 2005, the firm was chosen by the *American Lawyer* as one of the top two litigation boutiques in the country.

As further testimony to Susman's affecting style, in 1994, four of the best trial lawyers in the country were selected to compete in the "Best of the Best Shoot-Out" at the Litigation Section of the American Bar Association's annual meeting. After final arguments by each top lawyer, the 30-person jury voted unanimously for Susman as the most persuasive. Susman has also been portrayed in John Jenkins' best seller, The Litigators, and in 1995, *Texas Lawyer* placed him among the ten "whose actions had the greatest impact on the Texas legal profession from 1985 to 1995." *Business Week* has called him "a lion of the Texas Bar"; Town & Country, "the Houston courtroom gladiator best known nationally"; the Houston Business Journal, "the reigning prince of Houston business litigators."

Although the stakes are high and the challenges immense in his private practice, that doesn't stop Susman from tirelessly pursuing issues of justice and reform. Teaching lawyers around the

world effective advocacy, instituting reforms in the civil justice system, and through ABA Task Forces on which he serves, improving jury comprehension, streamlining class actions, and promoting efficient trials are top priorities in his dedication to law. Currently chairman of the Discovery Subcommittee of the Texas Supreme Court's Advisory Committee, Susman has been instrumental in discovery rule revision, tantamount to making trials quicker and less expensive. A board-certified civil trial specialist, Susman is a member of the American Board of Trial Advocates.

**EDUCATION**

- Yale University (B.A., *magna cum laude*, 1962)
- University of Texas (J.D., with highest honors, 1965)

**HONORS & DISTINCTIONS**

- Fraternities: Phi Delta Phi; Order of the Coif; Chancellors, Grand Chancellor; Phi Kappa Phi
- Friars Society
- Editor-in-Chief, *Texas Law Review*, 1964-65
- Law Clerk to The Honorable John R. Brown, United States Court of Appeals, Fifth Circuit, 1965-66
- Law Clerk to Justice Hugo L. Black, United States Supreme Court, 1966-67
- Visiting Professor of Law, University of Texas, 1975
- Special Counsel to Attorney General of Texas, 1975
- Editor: "ABA Civil Antitrust Jury Instructions" 1985
- Board Certified, Civil Trial Law, Texas Board of Legal Specialization, 1978
- University of Texas School of Law Outstanding Alumnus 2001
- Distinguished Counselor Award from the Antitrust and Business Litigation Section of the State Bar of Texas (2005)
- Recognized in *Who's Who Legal: Texas 2007* as a pre-eminent lawyer in the areas of commercial litigation and competition.
- Recognized in *Chambers Global Guide: The World's Leading Lawyers as Leader in Their Field* in 2007 & 2008.
- Recognized as a *Lawdragon 500* - Leading Lawyer in America (2006-2008)
- Recognized in *Best Lawyers* in two categories: "Bet the Company" lawyers and commercial litigation (2008).
- Recognized in *BENCHMARK Litigation Guide* as one of America's Leading Litigation Attorneys (2009)

**PROFESSIONAL AFFILIATIONS**

- State Bar of Texas (Chairman, Section on Antitrust and Trade Regulation, 1976-77)
- District of Columbia Bar Association
- New York Bar Association
- Colorado Bar Association
- American Bar Association, Current member of the Commission on the Impact of the Economic Crisis on the Profession and Legal Needs, Section of Antitrust Law (member of Council, 1989-91), Section of Litigation (current co-chair of the Fellows Program, current member of Trial Advisory Board and Federal Practice Task Force, former co-chair of Task Force on Training the Advocate, chairman of Task Force on Fast Track Litigation, and member of Committee to Improve Jury Comprehension), and Section of Intellectual Property
- American Law Institute
- Editorial Advisory Board, BNA Civil RICO Reporter

- Advisory Board, University of Texas School of Law's Review of Litigation
- Texas Supreme Court Advisory Committee
- Director of Texas Association of Civil Trial and Appellate Specialists
- American Board of Trial Advocates
- Director of the University of Houston Law Foundation
- Charter Member of the Institute for Responsible Dispute Resolution
- Texas Supreme Court's Task Force on Civil Litigation Improvements
- National Council of Human Rights First
- Board of Lawyers' Committee for Civil Rights under Law of Texas
- MD Anderson University Cancer Foundation Board of Visitors
- The University of Texas Health Science Center Development Board
- The University Of Texas Development Board
- American Intellectual Property Law Association
- Houston Intellectual Property Law Association
- The New York Intellectual Property Law Association
- Member, Warren Burger Society
- Board Member, American Constitution Society
- Leadership Council of the Yale School of Forestry & Environmental Studies

*Internet mail is not fully secure or private. Therefore, please do not transmit confidential information via Internet mail. Transmission of information is not intended to and does not create an attorney-client relationship. Please do not assume that your communications sent using Internet mail is privileged or confidential. Please do not send Susman Godfrey any confidential information via the Internet without previously consulting one of our attorneys.

# SUSMAN GODFREY L.L.P.

## Stephen D. Susman
## Partner



Houston, Texas
Phone: 713.653.7801
Fax: 713.654.6670

New York, New York
Phone: 212.336.8331
Fax: 212.336.8340
ssusman@susmangodfrey.com

STEPHEN D. SUSMAN, P.C., born Houston, Texas; admitted to bar, 1965, Texas; 1999, District of Columbia; 2000, New York; 2002, Colorado.

### STEPHEN D. SUSMAN - TRIALS

Revised: July 29, 2009

**(1976 - Present)**

| | |
|---|---|
| **Style/Docket No.:** | Industrial Recovery Capital Holdings Co., et al. v. Harold C. Simmons et al; Cause No. 08-02589 |
| **Court/Judge:** | L-192 District Court, Dallas County, Texas, before the Honorable Craig Smith |
| **Opposing Counsel:** | Richard Sayles |
| **Nature of Case:** | Breach of fiduciary duty and breach of contract |
| **Trial Length:** | 7/6-7/17/09 |
| **Represented:** | Michael Murphy, Terry Casey, Industrial Recovery Capital Holdings Company, Efficasey Environmental LLC |
| **Result Obtained:** | Won $178.7 million jury verdict |

| | |
|---|---|
| **Style/Docket No.:** | Paula Brattain, et al. v. Richmond State Hospital, et al.<br>Cause No. 49D11-0108-CP-1309 |
| **Court/Judge:** | Marion County Superior Court, Civil Division, Indianapolis, Indiana before The Honorable John F. Hanley |
| **Opposing Counsel:** | Donald G. Banta<br>Patricia Orloff-Erdmann |
| **Nature of Case:** | Breach of employment contract |
| **Trial Length:** | 3/10–3/13/09 |
| **Represented:** | Plaintiffs (class of current and former state employees) |
| **Result Obtained:** | Won $42.4 million judgment |

| | |
|---|---|
| **Style/Docket No.:** | 54 Broadcasting, Inc., et al. v. LIN Television of Texas, L.P.;<br>Cause No. 1:08-CV-030 SS |
| **Court/Judge:** | United States District Court, Western District of Texas, Austin Division, before The Honorable Sam Sparks |
| **Opposing Counsel:** | Charles Babcock<br>Stephen McConnico |
| **Nature of Case:** | Breach of Contract and Defense of Shareholder Oppression Counterclaim |
| **Trial Length:** | 2/23–2/27/09 |
| **Represented:** | Plaintiffs |
| **Result Obtained:** | Confidential settlement before returned verdict |

| | |
|---|---|
| **Style/Docket No.:** | Northville Product Services, L.P. v. Green Earth Fuels, L.L.C., et al.;<br>Cause No. 2007-45993 |
| **Court/Judge:** | 11th Judicial District, Harris County, Texas before The Honorable Mike Miller |
| **Opposing Counsel:** | David J. Beck<br>Karl Stern |
| **Nature of Case:** | Breach of Contract/Interference with Contract |

| | |
|---|---|
| **Trial Length:** | 2/1–2/5/09 |
| **Represented:** | Northville Product Services, L.P. |
| **Result Obtained:** | Verdict for plaintiff |

| | |
|---|---|
| **Style/Docket No.:** | Neil Rothstein v. Law Offices of Scott & Scott, LLC, Scott & Scott Attorneys at Law, LLP and David R. Scott |
| **Court/Judge:** | Arbitration before James F. Stapleton, Iris J. Brown and Charles L. Howard in Hartford, Connecticut |
| **Opposing Counsel:** | Richard C. Robinson |
| **Nature of Case:** | Breach of contract |
| **Trial Length:** | 7/14–7/17/08 |
| **Represented:** | Claimant |
| **Result Obtained:** | Arbitration award for claimant and dismissal of respondents' counterclaims |

| | |
|---|---|
| **Style/Docket No.:** | Sky Technologies, LLC v. Ariba, Inc., Case No. 06-CA-11889 |
| **Court/Judge:** | United States District for the District of Massachusetts before The Honorable William G. Young |
| **Opposing Counsel:** | Robert T. Haslam |
| **Nature of Case:** | Patent infringement |
| **Trial Length:** | 12/10-12/21/07 |
| **Represented:** | Plaintiff |
| **Result Obtained:** | Settled after 10 days of 13 day trial |

| | |
|---|---|
| **Style/Docket No.:** | Applied Medical Resources Corp. v. Ethicon, Inc., et al., Case No. SACV 03-1329 JVS (MLGx) |

| | |
|---|---|
| **Court/Judge:** | United States District Court, Central District of California, Southern Division, before The Honorable James V. Selna |
| **Opposing Counsel:** | John W. Treece and James W. Quinn |
| **Nature of Case:** | Antitrust |
| **Trial Length:** | 7/18-8/23/06 |
| **Represented:** | Plaintiff |
| **Result Obtained:** | Verdict for defendants |

| | |
|---|---|
| **Style/Docket No.:** | Candlewood Timber Group LLC, et al. v. Pan American Energy LLC, Civil Action No. 04C-12-139 RRC |
| **Court/Judge:** | Superior Court of the State of Delaware in and for New Castle County, before The Honorable Richard R. Coach |
| **Opposing Counsel:** | James P. Murphy |
| **Nature of case:** | Breach of contract |
| **Trial length:** | 5/8-5/19/06 |
| **Represented:** | Plaintiffs |
| **Result obtained:** | Settled before jury returned verdict |

| | |
|---|---|
| **Style/Docket No.:** | Masimo Corporation v. Tyco Health Care Group, LP, Case No. CV 02-4770 MRP (AJWx) |
| **Court/Judge:** | United States District Court, Central District of California, Western Division, before The Honorable Mariana R. Pfaelzer |
| **Opposing Counsel:** | Stephen C. Neal |
| **Nature of Case:** | Antitrust |
| **Trial Length:** | 2/23 - 3/18/05 |

| Represented: | Plaintiff |
|---|---|
| Result Obtained: | $140 million verdict for plaintiff |

| Style/Docket No.: | National Health Systems, Inc., et al. v. Bergen Brunswig Drug Company d/b/a AmerisourceBergen Drug Corporation |
|---|---|
| Court/Judge: | Arbitration before The Honorable Orrin Harrison III, The Honorable Jeffrey S. Osgood, and The Honorable Melinda G. Hayson in Dallas, Texas |
| Opposing Counsel: | Mack Ed Swindle |
| Nature of Case: | Breach of Contract |
| Trial Length: | 1/5 - 1/16/04 |
| Represented: | Defendant |
| Result Obtained: | Subject to confidentiality order |

| Style/Docket No.: | Bull Run Corporation v. Ernst & Young, L.L.P. |
|---|---|
| Court/Judge: | Arbitration before The Honorable John G. Davies; The Honorable Charles Clark; and The Honorable Sidney O. Smith in Atlanta, Georgia |
| Opposing Counsel: | John A. Chandler and Thomas W. Curvin |
| Nature of Case: | Negligent misrepresentation and professional negligence |
| Trial Length: | 9/3-6 and 9/8-11/03 |
| Represented: | Plaintiffs |
| Result Obtained: | Confidential |

| Style/Docket No.: | Cavalry Investments, L.L.C. v. SunStar Acceptance, et al., No. 99-02296-D |
|---|---|

- 5 -

| | |
|---|---|
| **Court/Judge:** | County Court No. 4, Dallas County, Texas, before The Honorable W. Bruce Woody |
| **Opposing Counsel:** | William F. Carroll |
| **Nature of Case:** | Breach of Contract |
| **Trial Length:** | 7/21/03-7/29/03 |
| **Represented:** | Plaintiffs |
| **Result Obtained:** | $41.9 million verdict for plaintiff |

| | |
|---|---|
| **Style/Docket No.:** | Louie Alakayak, et al. v. All Alaskan Seafoods, Inc., et al., No. 3AN-95-4676 |
| **Court/Judge:** | Superior Court for the State of Alaska, Third Judicial District, before The Honorable Peter A. Michalski |
| **Opposing Counsel:** | Douglas J. Serdahely |
| **Nature of Case:** | Claims for conspiracy |
| **Trial Length:** | 2/3/03-5/23/03 |
| **Represented:** | Plaintiffs |
| **Result Obtained:** | Verdict for defendants |

| | |
|---|---|
| **Style/Docket No.:** | Residential Funding Corporation v. DeGeorge Financial Corp., et al.; Civil Action No. 3:00cv202 (JBA) |
| **Court/Judge:** | United States District Court for the District of Connecticut/Jury before The Honorable Janet Bond Arterton |
| **Opposing Counsel:** | Philip S. Beck |
| **Nature of Case:** | Claims for breach of contract and promissory estoppel |
| **Trial Length:** | 9/10/01-9/24/01 |

| Represented: | Defendant |
| --- | --- |
| Result Obtained: | Verdict for plaintiff |

| Style/Docket No.: | Raytheon Co. v. Hughes Electronics Corp. |
| --- | --- |
| Court/Judge: | Arbitration before The Honorable Arlin M. Adams; The Honorable George C. Pratt; and The Honorable Nicholas deB. Katzenbach in Los Angeles |
| Opposing Counsel: | Martin London and Eric S. Goldstein |
| Nature of Case: | Fraud |
| Trial Length: | 5/9/01-5/24/01 |
| Represented: | Defendant |
| Result Obtained: | Settled before panel decision issued |

| Style/Docket No.: | American Garment Finishers Corp. v. Levi Strauss & Co., Case No. EP-99-CV-342-EP |
| --- | --- |
| Court/Judge: | United States District Court for the Western District of Texas, El Paso Division/Jury before The Honorable Edward C. Prado |
| Opposing Counsel: | Peter H. Goldsmith and Michael D. McQueen |
| Nature of Case: | Claims of breach of contract and fraud involving the nation's premiere finisher of casual sportswear and blue jeans |
| Trial Length: | 1/22/01-1/30/01 |
| Represented: | Plaintiff |
| Result Obtained: | Settled |

| Style/Docket No.: | Victoria M. Baks, et al. v. Manuel J. Moroun; Case No. 92-438547-CZ |
| --- | --- |
| Court/Judge: | State of Michigan, Circuit Court for the County of Oakland/Jury before The Honorable Robert L. Templin |

- 7 -

| | |
|---|---|
| **Opposing Counsel**: | Norman L. Lippitt |
| **Nature of Case**: | Claims of shareholder oppression and breach of fiduciary duty involving one of the largest family-owned trucking companies in the United States |
| **Trial Length**: | 8/5/99-10/15/99 |
| **Represented**: | Plaintiffs |
| **Result Obtained**: | Settled |

| | |
|---|---|
| **Style/Docket No.**: | Alvarez, et al. v. Little Caesar Enterprises, Inc.; Civil Action No. M-95-245 |
| **Court/Judge**: | United States District Court for the Southern District of Texas, McAllen Division/Jury before The Honorable Ricardo H. Hinojosa |
| **Opposing Counsel**: | Michael A. Caddell of Caddell & Chapman |
| **Nature of Case**: | Breach of contract and tortious interference with advantageous business relationship |
| **Trial Length**: | 10/19/98-11/2/98 |
| **Represented**: | Defendant |
| **Result Obtained**: | Verdict for plaintiff |

| | |
|---|---|
| **Style/Docket No.**: | Breezevale Limited v. Exxon Corporation; Case No. 96-08063-E |
| **Court/Judge**: | 101st Judicial District Court, Dallas County, Texas/Jury before The Honorable Jay Patterson |
| **Opposing Counsel**: | David Beck and Eric Nichols of Beck, Redden & Secrest |
| **Nature of Case**: | Breach of Oral Contract |
| **Trial Length**: | 8/11/98-9/3/98 |
| **Represented**: | Plaintiff |

| Result Obtained: | $38.8 million verdict for plaintiff |
|---|---|

| Arbitration No.: | 1410001847 |
|---|---|
| Arbitrator: | Abraham D. Sofaer |
| Opposing Counsel | James D. Zirin and Andrew Stern of Brown & Wood |
| Nature of Case: | Contract Dispute |
| Trial Length: | 6/1/98-6/3/98 |
| Represented: | Defendant |
| Result Obtained: | Arbitrator found for defendant |

| Style/Docket No.: | Central And South West Corporation v. El Paso Electric Company, Case No. 92-10148-FM |
|---|---|
| Court/Judge: | United States Bankruptcy Court, Western District of Texas/Nonjury before The Honorable Larry E. Kelly |
| Opposing Counsel: | Orrin L. Harrison, III and Russell L. Reid, Jr. of Vinson & Elkins L.L.P.; Harry M. Reasoner and Allan Van Fleet of Vinson & Elkins L.L.P.; Myron M. Sheinfeld, Henry J. Kaim, and Patricia Baron Tomasco of Sheinfeld, Maley & Kay, P.C.; Barrett Reasoner of Gibbs & Bruns |
| Nature of Case: | Contract dispute |
| Trial Length: | 1/20/97 - 1/30/97 |
| Represented: | Defendant |
| Result Obtained: | $25 million for defendant |

| Style/Docket No.: | ATAPCO v. Intratex Gas Company; Panhandle Gas Company; and Houston Pipe Line Company, No. 95-07388-B |
|---|---|

| Court/Judge: | 80th Judicial District, Harris County, Texas/The Honorable Scott R. Link (Removed to arbitration by both sides.) |
|---|---|
| Arbitrators: | Bob Gammage, Tom Alexander, Mike Beatty |
| Opposing Counsel: | Ronald D. Krist of Krist, Weller & Neumann, L.L.P.; Stanley J. Krist; Daniel D. King, Bruce B. Kemp, Jerry Kacal of Dunn, Kacal, Adams, Pappas & Law, P.C.; William J. Joseph, Jr. of Young & Hampton |
| Nature of Case: | Fraud |
| Trial Length: | 12/11/96 - 12/16/96 |
| Represented: | Defendants |
| Result Obtained: | Arbitrators found for defendants |

| Style/Docket No.: | Samsung v. Texas Instruments, Inc., Cause No. 94890 |
|---|---|
| Court/Judge: | 268th Judicial District, Fort Bend County, Texas/Jury before The Honorable Brady G. Elliott |
| Opposing Counsel: | David Berg of Berg & Androphy |
| Nature of Case: | Breach of contract, fraud |
| Trial Length: | 11/4/96 - 11/26/96 |
| Represented: | Defendant (Texas Instruments Inc.) |
| Result Obtained: | $1.1 billion settlement in favor of Texas Instruments |

| Style/Docket No.: | BTA Oil Producers v. Intratex Gas Company; Panhandle Gas Company; and Houston Pipe Line Company, No. 95-07388 |
|---|---|
| Court/Judge: | 80th Judicial District, Harris County, Texas/Jury before The Honorable Scott R. Link |
| Opposing Counsel: | Ronald D. Krist of Krist, Weller & Neumann, L.L.P.; Stanley J. Krist; Daniel D. King, Bruce B. Kemp, Jerry Kacal of Dunn, Kacal, Adams, Pappas & Law, P.C.; William J. Joseph, Jr. of Young & Hampton |

647739v1/107572

| | |
|---|---|
| **Nature of Case:** | Fraud |
| **Trial Length:** | 9/30/96 - 10/18/96 |
| **Represented:** | Defendants |
| **Result Obtained:** | Verdict for defendants |

| | |
|---|---|
| **Style/Docket No.:** | Siege Industries, Inc. v. Clark Manufacturing, Inc., d/b/a Sundance Spas, Roland Clark, W. James Clark, and Spa Builders Support Group, Inc., C.A. No. H-94-3180 |
| **Court/Judge:** | U.S. District Court, Southern District of Texas, Houston Division/Jury before The Honorable Sim Lake |
| **Opposing Counsel:** | Steven M. Zager, Joe Michels, Linda Sanchez of Weil, Gotshal & Manges, L.L.P. |
| **Nature of Case:** | Patent infringement and breach of contract |
| **Trial Length:** | 9/3/96 - 9/17/96 |
| **Represented:** | Plaintiff (Chip Siegel) |
| **Result Obtained:** | Verdict for plaintiff on all claims, patent held valid. Damages of $500,000, plus future royalties. |

| | |
|---|---|
| **Style/Docket No.:** | Frank A. Benevento II v. RJR Nabisco, Inc., 89 Civ. 6266 (PKL) |
| **Court/Judge:** | U.S. District Court, Southern District of New York/Jury before The Honorable Peter K. Leisure |
| **Opposing Counsel:** | Melvyn L. Cantor, Michael J. Chepiga of Simpson Thacher & Bartlett |
| **Nature of Case:** | Quantum meruit |
| **Trial Length:** | 10/24/94 - 11/9/94 |
| **Represented:** | Plaintiff |
| **Result Obtained:** | $14.2 million verdict for plaintiff |

- 11 -

| | |
|---|---|
| **Style/Docket No.:** | Coastal Oil & Gas Corporation and ANR Production Company v. Tennessee Gas Pipeline Company; No. 3,165 |
| **Court/Judge:** | 49th Judicial District, Zapata County, Texas/Jury before The Honorable Manuel R. Flores |
| **Opposing Counsel:** | Thomas R. McDade and Murray Fogler of McDade Fogler & Maines |
| **Nature of Case:** | Declaratory judgment that take-or-pay contract requires purchase of additional $750 million of gas |
| **Trial Length:** | 10/4/93 - 10/15/93 |
| **Represented:** | Defendant |
| **Result Obtained:** | Verdict for defendant |

| | |
|---|---|
| **Style/Docket No.:** | Daniel S. Peña, Sr. v. Great Western Resources, Inc.; No. 92-04968 |
| **Court/Judge:** | 165th Judicial District, Harris County, Texas/Jury before The Honorable Elizabeth Ray |
| **Opposing Counsel:** | Debora D. Ratliff of Gibbs & Bruns |
| **Nature of Case:** | Breach of employment agreement; defense of breach of fiduciary duty charges |
| **Trial Length:** | 8/16/93 - 9/27/93 |
| **Represented:** | Plaintiff |
| **Result Obtained:** | $3.3 million verdict for plaintiff |

| | |
|---|---|
| **Style/Docket No.:** | John Swanson, George Swanson, and George E. Swanson Enterprises (Pty.) Ltd. v. Schlumberger Technology Corporation, Schlumberger Limited, Inc., and DeBeers Consolidated Mines, Ltd., No. 92-10825 |
| **Court/Judge:** | 281st Judicial District, Harris County, Texas/Jury before The Honorable Louis M. Moore |

| | |
|---|---|
| **Opposing Counsel:** | Linda Addison, Blake Tartt, and Hugh E. Tanner, of Fulbright & Jaworski |
| **Cocounsel:** | John M. O'Quinn of O'Quinn & Laminack |
| **Nature of Case:** | Fraud and breach of fiduciary duty |
| **Trial length:** | 5/3/93 - 6/12/93 |
| **Represented:** | Plaintiffs (J. D. Swanson; George Swanson) |
| **Result obtained:** | $62.5 million verdict for plaintiffs (reversed by Texas Supreme Court) |

| | |
|---|---|
| **Style/Docket No.:** | Ron Harris, et al. v. Minnesota Mining & Manufacturing Co., No. B1-38809 |
| **Court/Judge:** | 60th Judicial District, Jefferson County, Texas/Jury before The Honorable Gary Sanderson |
| **Opposing Counsel:** | Tom Alexander and Richard L. Flowers, Jr. of Alexander & McEvily |
| **Nature of case:** | Breach of express and implied warranties |
| **Trial length:** | 6 weeks (1992) |
| **Represented:** | Nishika Corporation (James Bainbridge, President, Ron Harris, Dr. Samantha York, Marleone Gunderson, Marjorie Davis, Nishika Ltd.) |
| **Result obtained:** | $29,873,599 judgment for plaintiffs (reversed by Texas Supreme Court) |

| | |
|---|---|
| **Style/Docket No.:** | Sunrise Systems, Inc. v. Xerox Corporation, C.A. No. 3:88-CV-0617-X |
| **Court/Judge:** | U.S. District Court, Dallas Division/Jury before The Honorable Joe Kendall |
| **Opposing Counsel:** | John H. McElhaney of Locke Liddell & Sapp L.L.P. |
| **Nature of case:** | Breach of contract |

647739v1/107572

| Trial length: | 3 weeks (1992) |
|---|---|
| Represented: | Plaintiff (J. B. Forest of Texas Commerce Bank; J. Jackson Pfeffer) |
| Result obtained: | Verdict for plaintiff— $13,074,299, plus interest and attorney fees. |

| Style/Docket No.: | Brochsteins Inc. v. Whittaker Corporation, C.A. No. H-88-2634 |
|---|---|
| Court/Judge: | U.S. District Court, Houston Division/Jury before The Honorable David Hittner |
| Opposing Counsel: | Grant Cook of Keck, Mahin & Cate |
| Nature of case: | Breach of warranty |
| Trial length: | 2 weeks (1992) |
| Represented: | Plaintiff (Raymond D. Brochstein) |
| Result obtained: | Settled during trial |

| Style/Docket No.: | Capital Maritime Corporation v. Amfels, Inc., Far East Levingston Shipbuilding Ltd., John B. Allison and Patrick A. McDermid - C.A. No. H-90-3417 |
|---|---|
| Court/Judge: | U.S. District Court, Houston Division/Jury before The Honorable David Hittner |
| Opposing Counsel: | Robert A. Hall of Woodard Hall & Primm; Walter E. Workman of Baker & Botts |
| Nature of case: | Breach of contract and tortious interference |
| Trial length: | 3 weeks (1992) |
| Represented: | Plaintiff (Per Barre; Glen Every) |
| Result obtained: | Jury verdict for defendants. |

- 14 -

| Style/Docket No.: | Electronics in Medicine, Inc., et al. v. Picker International, Inc., C.A. Nos. H-88-1400 and H-89-3283 |
|---|---|
| Court/Judge: | U.S. District Court, Houston Division/Jury before The Honorable Samuel B. Kent |
| Opposing Counsel: | Anthony F. Montgomery of Hornbuckle & Montgomery |
| Nature of case: | Defense of monopolization, tying, business disparagement and contract interference case brought by independent service organization against manufacturer of CT scanners. Plaintiff sought $23 million in actual. |
| Trial length: | 5 weeks (1992) |
| Represented: | Defendant (Bill Cull, General Counsel; William Webb, Executive Vice-President) |
| Result obtained: | Jury verdict against plaintiff on all claims except contract interference where jury found $180,000 actual damages and $1.9 million punitive damages |

| Style/Docket No.: | The Hertz Corporation v. Hayes Leasing Company, Inc., et al., No. 90-05708 |
|---|---|
| Court/Judge: | 160th Judicial District, Dallas County, Texas/Nonjury before The Honorable Clarence A. Guittard |
| Opposing Counsel: | Timothy R. McCormick of Thompson & Knight |
| Nature of case: | Suit to enjoin competitor from deceptive rental rates |
| Trial length: | One week (1992) |
| Represented: | The Hertz Corporation |
| Result obtained: | Injunction granted. |

| Style/Docket No.: | The Mischer Corporation, et al. v. Heil-Quaker Corporation, et al., No. 88-056121 |
|---|---|
| Court/Judge: | 157th Judicial District, Harris County/Jury before The Honorable Solomon Casseb, Jr. (Visiting Judge) |

- 15 -

| | |
|---|---|
| **Opposing Counsel:** | Tom Alexander of Alexander & McEvily); Robin C. Gibbs and Paul J. Dobrowski of Gibbs & Bruns |
| **Nature of case:** | Breach of Contract, Fraud and Fiduciary Duty involving air conditioning equipment joint venture |
| **Trial length:** | 4 weeks (1991) |
| **Represented:** | Defendants (David Cain, General Counsel; Harry J. Forrest, President) |
| **Result obtained:** | Jury verdict for defendants |
| **Style/Docket No.:** | Hachar's, Inc. v. Enterprise Laredo Associates, et al. |
| **Court/Judge:** | 49th Judicial District, Webb County, Texas/Nonjury before The Honorable Manuel R. Flores |
| **Opposing Counsel:** | Keith E. Kaiser of Cox & Smith Incorporated |
| **Nature of case:** | Breach of shopping center lease |
| **Trial length:** | 3 days (1990) |
| **Represented:** | Plaintiff (George L. Hachar, Sr.) |
| **Result obtained:** | Judgment for $3.3 million |
| **Style/Docket No.:** | Computer Associates International, Inc. v. Altai, Inc., Civil Action No. CV89-0811 (GCP) |
| **Court/Judge:** | U.S.D.C, Eastern District of New York/Nonjury before The Honorable George C. Pratt |
| **Opposing Counsel:** | Stephen D. Kahn, New York, New York |
| **Nature of case:** | Copyright infringement |
| **Trial length:** | 7 days (1990) |
| **Represented:** | Defendant |

| | |
|---|---|
| **Result obtained:** | Defendant exonerated |

| | |
|---|---|
| **Style/Docket No.:** | El Paso Natural Gas Company, et al. v. GHR Energy Corporation, et al., No. 85-09329 |
| **Court/Judge:** | 127th Judicial District, Harris County/Jury before The Honorable Sharolyn Wood |
| **Opposing Counsel:** | W. Robert Brown |
| **Nature of case:** | Anticipatory repudiation of gas purchase agreement |
| **Trial length:** | 7 weeks (1988) |
| **Represented:** | Defendant/Counterclaimant |
| **Result obtained:** | Jury verdict for $536 million on counterclaim |

| | |
|---|---|
| **Style/Docket No.:** | Ultramar Indonesia Limited v. Roy M. Huffington, Inc., No 88-55060 |
| **Court/Judge:** | 151st Judicial District, Harris County, Texas/Nonjury before The Honorable Alice O. Trevathan (Arbitration before Damon Capps) |
| **Opposing Counsel:** | Richard B. Miller |
| **Nature of case:** | Breach of area of mutual interest agreement |
| **Trial length:** | 3 weeks (1989) |
| **Represented:** | Ultramar Indonesia Limited |
| **Result obtained:** | Judgment for defendant |

| | |
|---|---|
| **Style/Docket No.:** | City of Austin, Texas and Lower Colorado River Authority v. Decker Coal Company, C. A. No. A-85-CA-104 |
| **Court/Judge:** | U.S. District Court, Austin Division/Jury before The Honorable James R. Nowlin |

647739v1/107572

| Opposing Counsel: | B. Daryl Bristow of Baker & Botts, L.L.P. |
|---|---|
| Nature of case: | Breach of long-term coal purchase contract |
| Trial length: | 1 week (1988) |
| Represented: | Defendant/Counterclaimant |
| Result obtained: | Settled for $75 million after one week of trial |

| Style/Docket No.: | Joe Brand, Inc., et al. v. The Rouse Company, et al., No. 83-CI-07528 |
|---|---|
| Court/Judge: | 225th Judicial District, Bexar County/Jury before The Honorable Alfonso Chapa |
| Opposing Counsel: | W. R. Simcock, San Antonio, Texas |
| Nature of case: | Breach of right-of-first refusal on anchor space in shopping center |
| Trial length: | 6 weeks (1987) |
| Represented: | Plaintiff |
| Result obtained: | Settled for $6 million as jury returned verdict for $27 million |

| Style/Docket No.: | El Paso Natural Gas Company, et al. v. GHR Energy Corporation, et al., No. 85-09327 |
|---|---|
| Court/Judge: | 127th Judicial District, Harris County/Nonjury before The Honorable Sharolyn Wood |
| Opposing Counsel: | W. Robert Brown |
| Nature of case: | Past breaches of take-or-pay gas purchase contract |
| Trial length: | 6 weeks (1987) |
| Represented: | Defendant/Counterclaimant |

- 18 -

| | |
|---|---|
| **Result obtained:** | $67 million judgment |

| | |
|---|---|
| **Style/Docket No.:** | Oil Country Specialists, Ltd. v. Philipp Brothers, Inc., et al., No. 85-51500 |
| **Court/Judge:** | 133rd Judicial District, Harris County/Jury before The Honorable Matthew W. Plummer, Sr. |
| **Opposing Counsel:** | Ed Junell |
| **Nature of case:** | Fraud and breach of contract |
| **Trial length:** | 6 weeks (1986) |
| **Represented:** | Defendant/Counterclaimant |
| **Result obtained:** | Judgment on counterclaim in favor of defendant for $4.1 million, verdict for defendant. |

| | |
|---|---|
| **Style/Docket No.:** | Harvey Construction Company, et al. vs. General Electric Company, No. 82-18487 |
| **Court/Judge:** | 333rd Judicial District, Harris County, Texas/Jury before The Honorable David Lee Wilson |
| **Opposing Counsel:** | Charles B. Kirklin |
| **Nature of case:** | Products liability |
| **Trial length:** | 3 weeks (1986) |
| **Represented:** | Defendant |
| **Result obtained:** | Verdict for defendant |

| | |
|---|---|
| **Style/Docket No.:** | Arkansas Gazette Co. v. Camden News Publishing Co., et al., No. LR-C-84-1020 |
| **Court/Judge:** | U.S.D.C., Eastern District of Arkansas, Western Division/Jury before The Honorable William R. Overton |

- 19 -

| | |
|---|---|
| **Opposing Counsel:** | Philip S. Anderson, Little Rock, AR 72201 |
| **Nature of case:** | Antitrust |
| **Trial length:** | 10 days (1986) |
| **Represented:** | Plaintiff |
| **Result obtained:** | Verdict for defendant |

| | |
|---|---|
| **Style/Docket No.:** | Mount Hope Mines, Inc. v. Exxon Corporation, No. 81-30131 |
| **Court/Judge:** | 55th Judicial District, Harris County, Texas/Jury before The Honorable Reagan Cartwright |
| **Opposing Counsel:** | David J. Beck of Beck, Redden & Secrest |
| **Nature of case:** | Fraud |
| **Trial length:** | 1 month (1986) |
| **Represented:** | Plaintiff |
| **Result obtained:** | Verdict for defendant |

| | |
|---|---|
| **Style/Docket No.:** | David Mitchell Interests v. Sanford E. McCormick, No. 80-30475 |
| **Court/Judge:** | 127th Judicial District, Harris County, Texas/Jury before The Honorable Jack O'Neill |
| **Opposing Counsel:** | Morton Susman and Michael P. Kessler of Weil, Gotshal & Manges |
| **Nature of case:** | Fraud |
| **Trial length:** | 2 weeks (1985) |
| **Represented:** | Plaintiff |
| **Result obtained:** | Verdict for Defendant |

- 20 -

| | |
|---|---|
| **Style/Docket No.:** | Star Furniture Company v. Stauffer Chemical Company, No. 82-30039 |
| **Court/Judge:** | 55th District Court, Harris County, Texas/Jury before The Honorable Reagan Cartwright |
| **Opposing Counsel:** | Walter Conrad of Baker & Botts, L.L.P. |
| **Nature of case:** | Breach of contract |
| **Trial length:** | 1 month (1984) |
| **Represented:** | Plaintiff |
| **Result obtained:** | Settled before case submitted to jury |

| | |
|---|---|
| **Style/Docket No.:** | Detroit Lions, Inc., and Billy Sims v. Jerry A. Argovitz, et al., No. 83-CV-5649DT |
| **Court/Judge:** | U.S.D.C., Eastern District of Michigan, Southern Division/Nonjury before The Honorable Robert E. DeMascio |
| **Opposing Counsel:** | Elbert L. Hatchett, Pontiac, MI 48053 |
| **Nature of case:** | Breach of contract |
| **Trial length:** | 3 days (1984) |
| **Represented:** | Defendant, Houston Gamblers |
| **Result obtained:** | Judgment for plaintiff |

| | |
|---|---|
| **Style/Docket No.:** | Coastal Distributing Company, Inc. v. NGK Spark Plug Co., Ltd., et al., C. A. No. H-81-1421 |
| **Court/Judge:** | U.S.D.C., Southern District of Texas, Houston Division/Jury before The Honorable James DeAnda |
| **Opposing Counsel:** | Layne E. Kruse of Fulbright & Jaworski L.L.P. |
| **Nature of case:** | Antitrust |

- 21 -

| Trial length: | 10 days (1983) |
|---|---|
| Represented: | Plaintiff |
| Result obtained: | $2 million verdict for plaintiff (set aside on motion for judgment) |

| Style/Docket No.: | Esso Exploration, Inc., et al. v. Offshore Logistics, Inc., et al., C.A. No. 810097 |
|---|---|
| Court/Judge: | U.S.D.C., Western District Louisiana, LaFayette Division/Nonjury before The Honorable W. Eugene Davis |
| Opposing Counsel: | John T. Nesser III, New Orleans, LA 70130 |
| Nature of case: | Breach of contract |
| Trial length: | 3 days |
| Represented: | Defendant, Offshore Logistics, Inc. |
| Result obtained: | Judgment for defendant |

| Style/Docket No.: | Joseph F. Javor v. Merrill, Lynch, Pierce, Fenner & Smith, Inc., C. A. No. H-81-747 |
|---|---|
| Court/Judge: | U.S.D.C., Southern District of Texas, Houston Division/Jury before The Honorable John V. Singleton |
| Opposing Counsel: | J. Eugene Clements (Deceased) |
| Nature of case: | Securities fraud |
| Trial length: | 12 days (1982) |
| Represented: | Plaintiff |
| Result obtained: | $450,000 verdict for plaintiff |

| Style/Docket No.: | Larry W. Buck v. Frank B. Hall & Co., Inc., No. 78-12758 |
|---|---|

| | |
|---|---|
| **Court/Judge:** | 189th District Court, Harris County, Texas/Jury before The Honorable Lynn Hughes |
| **Opposing Counsel:** | Irving Stern of Zimmerman, Axelrad, Meyer, Stern & Wise |
| **Nature of case:** | Libel and slander |
| **Trial length:** | 1 month (1981) |
| **Represented:** | Plaintiff |
| **Result obtained:** | $2.4 million verdict for plaintiff |

| | |
|---|---|
| **Style/Docket No.:** | Affiliated Capital vs. Gulf Coast Cable, et al., C. A. No. H-79-1331 |
| **Court/Judge:** | U.S.D.C., Southern District of Texas, Houston Division/Jury before The Honorable Carl O. Bue |
| **Opposing Counsel:** | Richard B. Miller; Rufus Wallingford of Beck, Redden & Secrest |
| **Nature of case:** | Antitrust |
| **Trial length:** | 14 days (1981) |
| **Represented:** | Plaintiff |
| **Result obtained:** | $6.3 million verdict for plaintiff |

| | |
|---|---|
| **Style/Docket No.:** | Texas Federal Pilots, Inc., et al. v. Sabine Pilots Association, C. A. No. B-79-63 CA |
| **Court/Judge:** | U.S.D.C., Eastern District of Texas, Beaumont Division/Jury before The Honorable Robert M. Parker |
| **Opposing Counsel:** | Tom Lorance of Lorance & Thompson |
| **Nature of case:** | Antitrust |
| **Trial length:** | 3 days (1980) |

| | |
|---|---|
| **Represented:** | Defendant |
| **Result obtained:** | Court granted directed verdict to defendant |

| | |
|---|---|
| **Style/Docket No.:** | In Re Corrugated Container Antitrust Litigation, M.D.L. No. 310 |
| **Court/Judge:** | U.S.D.C., Southern District of Texas, Houston Division/Jury before The Honorable John V. Singleton |
| **Opposing Counsel:** | Harold Baker of Howrey & Simon; Leslie Arps of Skadden, Arps, Slate, Meagher & Flom; John Irvine of Porter & Hedges |
| **Cocounsel:** | Allen Black; Laddie Montague; Jerry Cohen; Charles Kipple |
| **Nature of case:** | Antitrust class action |
| **Trial length:** | 3-1/2 months (1980) |
| **Represented:** | Plaintiff class |
| **Result obtained:** | Verdict for plaintiffs (judgment quantified at over $700 million; case settled for $500 million) |

| | |
|---|---|
| **Style/Docket No.:** | Beer Wholesales, Inc., et al. v. Hillman Distributing Co., Inc., et al., C. A. No. 74-4-1002 |
| **Court/Judge:** | U.S.D.C., Southern District of Texas, Houston Division/Jury before The Honorable Woodrow Seals |
| **Opposing Counsel:** | Julius Glickman of Glickman, Herlong & Hughes |
| **Nature of case:** | Antitrust |
| **Trial length:** | 12 days (1978 ) |
| **Represented:** | Defendant, Lone Star Beer Company |
| **Result obtained:** | Verdict for defendants |

| Style/Docket No.: | Stitt Spark Plug Co. v. Champion Spark Plug Co., C. A. No. B-76-534 |
|---|---|
| Court/Judge: | U.S.D.C., Southern District of Texas, Beaumont Division/Jury before The Honorable John Fisher |
| Opposing Counsel: | Robert J. Malinak, Houston, Texas |
| Nature of case: | Antitrust |
| Trial length: | 10 days (1977) |
| Represented: | Plaintiff |
| Result obtained: | Settled before jury verdict returned |

| Style/Docket No.: | Glen McNew v. Harry Bradley, No. 978,881 |
|---|---|
| Court/Judge: | 55th Judicial District, Harris County, Texas/Jury before The Honorable Reagan Cartwright |
| Opposing Counsel: | Robert S. Friedman, Houston, Texas |
| Nature of case: | Fraud |
| Trial length: | 5 days (1976) |
| Represented: | Plaintiff |
| Result obtained: | Verdict for defendant |

| Style/Docket No.: | Computer Statistics, Inc. v. Blair, C. A. No. 73-H-1727 |
|---|---|
| Court/Judge: | U.S.D.C., Southern District of Texas, Houston Division/Nonjury before The Honorable John V. Singleton |
| Opposing Counsel: | Richard Hall, Corpus Christi, Texas |
| Nature of case: | Antitrust |

- 25 -

| Trial length: | 20 days (1976) |
|---|---|
| Represented: | Plaintiff |
| Result obtained: | Judgment for plaintiff |
| | |

# Exhibit C

**SUSMAN GODFREY L.L.P.**

# Kenneth S. Marks
# Partner



Houston, Texas
Phone: 713.653.7854
Fax: 713.654.3381
kmarks@susmangodfrey.com*

KENNETH S. MARKS, born Houston, Texas; admitted to bar, 1982, New York and Texas.

## EDUCATION

- Northwestern University (B.A., 1978)
- University of Texas (J.D., 1981)

## HONORS & DISTINCTIONS

- Fraternities: Board of Advocates; Teaching Quizmasters. The Review of Litigation, 1980-81
- Law Clerk to The Honorable Will Garwood, United States Court of Appeals, Fifth Circuit, 1981-82
- Co-author: "Supreme Court Clarifies State-Action Doctrine," N.Y.L.J., July 15, 1980 (with S. Axinn); "Diversity Jurisdiction and Local Bias: A Preliminary Empirical Inquiry," 9 J. Legal Stud. 93 (January 1980) (with J. Goldman)

## PROFESSIONAL AFFILIATIONS

- State Bar of Texas
- American Bar Association (Antitrust and Litigation Sections)
- Houston Bar Association

*Internet mail is not fully secure or private. Therefore, please do not transmit confidential information via Internet mail. Transmission of information is not intended to and does not create an attorney-client relationship. Please do not assume that your communications sent using Internet mail is privileged or confidential. Please do not send Susman Godfrey any confidential information via the Internet without previously consulting one of our attorneys.

# Exhibit D



# SUSMAN GODFREY L.L.P.

## Steven G. Sklaver
## Partner

Los Angeles, California
Phone: 310.789.3123
Fax: 310.789.3014
ssklaver@susmangodfrey.com*

STEVEN G. SKLAVER, admitted to bar 1998, Illinois; 2000, Colorado; 2005, California.

Mr. Sklaver has had tremendous success handling a wide variety of complicated, high-stakes commercial disputes and class actions for plaintiffs and defendants. Mr. Sklaver is experienced in wage and hour litigation, antitrust litigation, contract disputes, intellectual property cases, insurance coverage litigation, accounting malpractice disputes, securities fraud litigation, and many other types of cases. Mr. Sklaver has tried complex commercial and class action disputes – including jury trials and bench trials in federal and state court, as well as arbitrations.

**REPRESENTATIVE CLIENT ENGAGEMENTS:**

### FINANCIAL FRAUD

- Represented Royal Standard Minerals, which was the plaintiff in a federal securities lawsuit against a "group" of more than ten dissident shareholders for failing to file Schedule 13-D disclosures. **RESULT:** Preliminary injunction granted and final judgment entered that, among other things, required for three years the votes of all shares owned by any of the defendants to be voted as directed by the Board of Directors of my client.

- Represented plaintiff who held millions of WorldCom shares as an opt-out to the class in *In re WorldCom Securities Litig.* **RESULT:** Settled on confidential terms.

- Represented plaintiff Accredited Home Lenders in a TRO and breach of contract action over a wrongful default declared by Wachovia in a credit re-purchase agreement. **RESULT:** The case was resolved favorably, following the entry of a TRO.

- Represented Walter Hewlett in his challenge to the Hewlett-Packard/Compaq merger. In preparation for that trial, Mr. Sklaver deposed Compaq's former CEO Michael Capellas about his famous handwritten journal note which, describing the merger, stated "at our course and speed we will fail." Mr. Capellas was right.

**EMPLOYMENT**

- Represented one of the world's largest retailers in the defense of a four month long jury trial, wage and hour class action pending in California.  One of the world's largest retailers appointed Susman Godfrey L.L.P. to be its national trial counsel for wage and hour litigation.

**ANTITRUST**

- Lead day-to-day lawyer for the class in *White, et al. v. NCAA*, a certified, antitrust class action alleging that the NCAA violated the federal antitrust laws by restricting amounts of athletic based financial aid.  ESPN Magazine coverage of the lawsuit may be found here.  **RESULT:**  The NCAA settled and paid an additional $218 million for use by current student-athletes to cover the costs of attending college, paid $10 million to cover educational and professional development expenses for former student-athletes, and enacted new legislation to permit Division I institutions to provide year-round comprehensive health insurance to student-athletes.

**ENTERTAINMENT**

- Represented NAACP image award winner Morris Taylor "Buddy" Sheffield in his breach of contract lawsuit against ABC Cable Networks Group regarding the creation of *Hannah Montana*.  **RESULT:**  Defendant settled less than four weeks before trial.

**PRO BONO**

- Appointed to represent Carl Petersen, who was charged by the United States Attorney's Office with being a felon in possession of a firearm – a charge that carries a five-year prison sentence and an 89% conviction rate. **RESULT:**  Acquittal. Jury deliberation lasted less than four hours.

- Appointed by the United States Court of Appeals for the Tenth Circuit as appellate counsel in five cases, including: *United States v. Petersen*; *United States v. Blaze* (specifically noting Mr. Sklaver's "good workmanship"); and *Sorrentino v. IRS* (appointed as amicus curiae by and for the Court)

**EDUCATION**

- Dartmouth College (B.A., *cum laude*)
- Northwestern University School of Law (J.D., *magna cum laude* and Order of the Coif)

**HONORS & DISTINCTIONS**

- Law Clerk to the Honorable David M. Ebel, United States Court of Appeal for the Tenth Circuit
- Northwestern Law Review member and editor
- National Debate Tournament (NDT) collegiate championship winner

**PROFESSIONAL AFFILIATIONS**

- United States Supreme Court
- United States Court of Appeals for the Ninth and Tenth Circuits
- United States District Courts for the Central, Southern, Northern, and Eastern Districts of California and District of Colorado
- Admitted to state bars of Illinois, Colorado, and California
- Los Angeles Advisory Board of the National Association for Urban Debate Leagues

**AUTHOR**

"Federal Power to Commandeer State Courts: Implications for the Theory of Judicial Federalism," 32 Ind. L. Rev. 71 (1998) (with Martin H. Redish, Professor, Northwestern University School of Law).

# Exhibit E

# SUSMAN GODFREY L.L.P.

# David H. Orozco
# Partner



Los Angeles, California
Phone: 310.789.3104
Fax: 310.789.3011
dorozco@susmangodfrey.com *

DAVID H. OROZCO, born Lyons, Illinois; admitted to bar, 2002, California.

David Orozco handles complex, high-stakes commercial disputes for plaintiffs and defendants, in a wide variety of matters, including antitrust, labor, class actions, intellectual property, securities, contract, and tort and product liability. Mr. Orozco has substantial trial experience and has tried to verdict a number of cases in state and federal courts across the country. Those cases include a consumer class action against the nation's major telecommunications carriers, the defense of a class action on behalf of one of the world's largest retailers, and a massive antitrust action against one of the largest medical device companies in the world. Mr. Orozco has conducted the direct and cross examinations of key fact and expert witnesses at trial, argued and won significant motions in state and federal court, and defended these results on appeal.

Most recently, after a six-week trial in federal court in Kansas City, Mr. Orozco obtained a $17 million dollar verdict for beach of contract on behalf of a class of California telephone consumers against AT&T. (The case is currently on appeal to the Tenth Circuit for the second time).  Prior to trial, Sprint reached a settlement with the plaintiff class worth $25 million in phone cards.  Mr. Orozco also succeeded in helping a different class obtain a settlement from Sprint in a consumer fraud case filed in California state court.

Mr. Orozco has extensive experience in antitrust matters. Currently, he is representing Tessera Technologies in its antitrust action against DRAM chip manufacturer Hynix. Tessera alleges that Hynix conspired with several other DRAM manufacturers to suppress the adoption of Tessera's patented packaging technology designed for use with the revolutionary memory chip technology known as RDRAM. After extensive international discovery, the case is set for trial later this year. Mr. Orozco and Susman Godfrey L.L.P. also represent plaintiffs in numerous antitrust class actions as lead counsel.

Mr. Orozco has also arbitrated cases before domestic and international tribunals. Mr. Orozco and his Houston-based colleague Harry Susman represented Tequila Herradura, the largest tequila manufacturer in Mexico, in a dispute with its United States distributor. Shortly after receiving the decision in the arbitration, Herradura sold its assets for almost $800 million.

In addition to recovering substantial sums for plaintiffs, Mr. Orozco has successfully defended clients facing multi-million and multi-billion dollar claims.  In 2007, Mr. Orozco defended one of

the world's largest retailers in a wage and hour class action, tried to verdict over three months in Minnesota state court.  That same year, Mr. Orozco defended an airline parts manufacturer at trial in Daytona Beach, Florida.

In addition to recovering substantial sums for plaintiffs, Mr. Orozco has successfully defended clients facing multi-million and multi-billion dollar claims. In Minnesota state court, Mr. Orozco defended one of the world's largest retailers in a wage and hour class action, tried to verdict over three months.  That same year, Mr. Orozco defended an airline parts manufacturer at trial in Daytona Beach, Florida.

Mr. Orozco encourages potential clients to speak with his former clients, former co-counsel and even opposing counsel - please see a parial list of references and phone numbers below - about his work inside the courtroom and beyond.

Mr. Orozco has been recognized by his peers as a "California Rising Star" for five consecutive years.

Mr. Orozco serves as a member of the Board of Directors of the Mexican-American Bar Foundation (www.themabf.org).  Mr. Orozco also is a member of the Advisory Board of the East Palo Alto Mural Art Project (www.epamap.org).

Mr. Orozco is married to Susman Godfrey partner, Victoria L. Cook.  They reside in Venice, California.

**EDUCATION**

- University of Illinois at Urbana-Champaign (B.A., *magna cum laude*, 1994)
- Stanford Law School (J.D., with distinction, 2001)

**HONORS & DISTINCTIONS**

- Phi Beta Kappa
- Editor, Stanford Law Review
- Law Clerk to The Honorable Michael S. Kanne, United States Court of Appeals for the Seventh Circuit

**PROFESSIONAL AFFILIATIONS**

- American Bar Association
- Hispanic National Bar Association
- Los Angeles County Bar Association

**REFERENCES**

| Name | Company | Phone |
|------|---------|-------|
| Lester Kaney | Cobb Cole | 386.323.9233 |
| Joseph Goldberg | Freedman Boyd Hollander Goldberg & Ives P.A. | 505.842.9960 |
| Chuck Douglas | Sidley Austin LLP | 312.853.7706 |
| Jeff Kavy | Clemens & Spencer | 210.227.7121 |
| David Giardina | Sidley Austin LLP | 312.853.4155 |

*Internet mail is not fully secure or private. Therefore, please do not transmit confidential information via Internet mail. Transmission of information is not intended to and does not create an attorney-client relationship. Please do not assume that your communications sent using Internet mail is privileged or confidential. Please do not send Susman Godfrey any confidential information via the Internet without previously consulting one of our attorneys.

# Exhibit F

# SUSMAN GODFREY L.L.P.

## 2010 HOURLY RATES

| Attorneys | Hourly Rate |
| --- | --- |
| Stephen D. Susman | $1,100 |
| H. Lee Godfrey | $950 |
| William C. Carmody | $900 |
| Marc M. Seltzer | $850 |
| Barry C. Barnett | $800 |
| Mark L. D. Wawro | $800 |
| Neal S. Manne | $800 |
| Terrell W. Oxford | $800 |
| Kenneth E. McNeil | $750 |
| Parker C. Folse, III | $750 |
| Robert Rivera, Jr. | $750 |
| Geoffrey L. Harrison | $700 |
| Jacob W. Buchdahl | $700 |
| Kenneth S. Marks | $700 |
| Max L. Tribble | $700 |
| Vineet Bhatia | $700 |
| Charles R. Eskridge, III | $600 |
| Eric J. Mayer | $600 |
| J. Hoke Peacock III | $600 |
| Jonathan Jeffrey Ross | $600 |
| Karen A. Oshman | $600 |
| Mary K. Sammons | $600 |
| Michael A. Lee | $600 |
| Ophelia F. Camina | $600 |
| Erica W. Harris | $550 |
| Harry P. Susman | $550 |
| James T. Southwick | $550 |
| Johnny W. Carter | $550 |
| Joseph S. Grinstein | $550 |
| Katherine G. Treistman | $550 |
| Stephen E. Morrissey | $550 |
| Thomas W. Paterson | $550 |
| Kenneth E. Gardner | $500 |
| Michael L. Diehl | $350 |

**EXHIBIT A**

# SUSMAN GODFREY L.L.P.

## 2010 HOURLY RATES

*Continued......*

| | |
|---|---|
| Sandeep Seth | $500 |
| Steven G. Sklaver | $500 |
| Stuart V. Kusin | $500 |
| Brian D. Melton | $475 |
| Justin A. Nelson | $475 |
| Brooke A. Taylor | $450 |
| David H. Orozco | $450 |
| Drew D. Hansen | $450 |
| Edgar G. Sargent | $450 |
| Floyd G. Short | $450 |
| Ian B. Crosby | $450 |
| Kathryn P. Hoek | $450 |
| Rachel S. Black | $450 |
| Shawn L. Raymond | $400 |
| Victoria L. Cook | $450 |
| William R. Merrill | $450 |
| Amy T. Brantly | $425 |
| Shawn J. Rabin | $425 |
| Suyash Agrawal | $425 |
| Tibor Nagy | $425 |
| Jonathan E. Bridges | $400 |
| Lindsey N. Godfrey | $400 |
| Jeremy J. Brandon | $375 |
| Aimee M. Robert | $350 |
| Alexander L. Kaplan | $350 |
| Anne E. Mullins | $350 |
| Arun Subramanian | $350 |
| Chanler A. Langham | $350 |
| Daniel H. Charest | $350 |
| Kalpana Srinivasan | $350 |
| Lexie G. White | $350 |
| Richard W. Hess | $350 |
| Warren T. Burns | $350 |
| Daniel J. Shih | $325 |
| Daniel J. Walker | $325 |

**EXHIBIT A**

# SUSMAN GODFREY L.L.P.

## 2010 HOURLY RATES

*Continued......*

| | |
|---|---|
| David Michael Peterson | $325 |
| Genevieve Vose | $325 |
| Joseph Portera | $325 |
| Matthew R. Berry | $325 |
| Rebecca Tinio | $325 |
| Robert S. Safi | $325 |
| Ryan C. Kirkpatrick | $325 |
| Stephen L. Shackelford, Jr | $325 |
| Yvonne Y. Ho | $325 |
| Amira M. El-Hakam | $250 |
| Bryan J. Caforio | $250 |
| Christopher Hogan | $250 |
| Jennifer L. Greenblatt | $250 |
| Joe G. Conley | $250 |
| Jordan Connors | $250 |
| Kyle A. Casazza | $250 |
| Nabeel Peracha | $250 |
| Sammy Ford IV | $250 |
| Seth Ard | $250 |

| **Paralegals and Others** | **Hourly Rate** |
|---|---|
| Paralegals | $80 - 250 |
| | |
| Briefing Clerks | $60 |
| Document Clerks | $30 |

*On occasion, where appropriate, Susman Godfrey may employ contract attorneys, which the firm will supervise, to perform certain legal tasks.*

**EXHIBIT A**