UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | **8:10ML2151 JVS (FMOx)**<br>2:10CV00946 JVS(FMOx)<br>2:10CV01154 JVS(FMOx)<br>2:10CV01248 JVS(FMOx)<br>8:10CV00154 JVS(FMOx)<br>8:10CV00173 JVS(FMOx) | Date | April 30, 2010 |

| | |
|---|---|
| Title | **IN RE: TOYOTA MOTOR CORP. UNINTENDED ACCELERATION MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br>Lisa Creighton, et al v. Toyota Motor Sales U.S.A., Inc. et al<br>Jessica M. Kramer v. Toyota Motor North America, Inc. et al<br>Lu Li v. Toyota Motor North America, Inc. et al<br>Michael Choi v. Toyota Motor Sales, U.S.A., Inc., et al.<br>Alexsandra Del Real v. Toyota Motor Sales, U.S.A., Inc., et al. |

| Present: The Honorable | James V. Selna | |
|---|---|---|
| Karla J. Tunis | | Not Present |
| Deputy Clerk | | Court Reporter |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:**   **(In Chambers)**   Order Remanding Action SACV 10-00154-JVS(FMOx) and Directing Clerk to Prepare Related Case Transfer Orders.

    On April 16, 2010, the Court issued an Order inviting any party to file an application for remand if they believed that transfer to the <u>In re: Toyota Motor Corp. Unintended Acceleration Marketing, Sales Practices, and Products Liability Litigation</u> MDL docket was improvident. (10-2151, Doc. No. 4.) The Court finds that the five cases listed above were improvidently transferred to the MDL docket because none of the cases involve allegations of unintended acceleration. Rather, these cases involve allegations related to the braking systems in the Toyota Prius.

    Accordingly, the Court remands the earliest filed action, <u>Michael Choi v. Toyota Motor Corp.</u>, SACV 10-154 JVS (FMOx), to Judge Cormac J. Carney, the District Judge to whom this case was originally assigned.   The Clerk's Office is directed to prepare Orders re Transfer  Pursuant to General Order 08-05 (Related Case Transfers) on the

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | **8:10ML2151 JVS (FMOx)**<br>2:10CV00946 JVS(FMOx)<br>2:10CV01154 JVS(FMOx)<br>2:10CV01248 JVS(FMOx)<br>8:10CV00154 JVS(FMOx)<br>8:10CV00173 JVS(FMOx) | Date | April 30, 2010 |
| Title | **IN RE: TOYOTA MOTOR CORP. UNINTENDED ACCELERATION MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br>Lisa Creighton, et al v. Toyota Motor Sales U.S.A., Inc. et al<br>Jessica M. Kramer v. Toyota Motor North America, Inc. et al<br>Lu Li v. Toyota Motor North America, Inc. et al<br>Michael Choi v. Toyota Motor Sales, U.S.A., Inc., et al.<br>Alexsandra Del Real v. Toyota Motor Sales, U.S.A., Inc., et al. | | |

other four cases and forward them to Judge Carney for his consideration. Judge Carney has indicated his willingness to accept the additional case.

The Order to Show Cause in the Lu Li case is discharged. (10-1248, Doc. No. 31.)

cc:   Hon. Cormac J. Carney

|  | 0 : 00 |
|---|---|
| Initials of Preparer | kjt |