A CERTIFIED TRUE COPY
ATTEST
By Darion Payne on May 07, 2010
FOR THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
Apr 22, 2010
FILED
CLERK'S OFFICE

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**IN RE: TOYOTA MOTOR CORP. UNINTENDED ACCELERATION MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**

MDL No. 2151
8:10-ml-02151 JVS (FMOx)

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAY - 7 2010
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-1)**

On April 9, 2010, the Panel transferred six civil actions to the United States District Court for the Central District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* F.Supp.2d. (J.P.M.L. 2010). With the consent of that court, all such actions have been assigned to the Honorable James V. Selna.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Central District of California and assigned to Judge Selna.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Central District of California for the reasons stated in the order of April 9, 2010, and, with the consent of that court, assigned to the Honorable James V. Selna.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Central District of California. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.
May 07, 2010
CLERK'S OFFICE
UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: TOYOTA MOTOR CORP. UNINTENDED ACCELERATION MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** MDL No. 2151

**SCHEDULE CTO-1 - TAG-ALONG ACTIONS**

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| ALASKA | | | |
| AK | 3 | 10-37 | John Jeremy Robson v. Toyota Motor Corp., et al. – SACV10-00551 JVS (FMOx) |
| ALABAMA MIDDLE | | | |
| ALM | 2 | 10-100 | John Harding v. Toyota Motor Corp., et al. – SACV10-00552 JVS (FMOx) |
| ARKANSAS EASTERN | | | |
| ARE | 4 | 10-90 | Robyn Horn v. Toyota Motor Sales U.S.A., Inc., et al. – SACV10-00553 JVS (FMOx) |
| ARE | 4 | 10-116 | Julie Rainwater v. Toyota Motor Sales, U.S.A., Inc. – SACV10-00554 JVS (FMOx) |
| ARE | 4 | 10-149 | Wilma Lentz v. Toyota Industries North America, Inc., et al. – SACV10-00555 JVS (FMOx) |
| ARKANSAS WESTERN | | | |
| ARW | 6 | 10-6013 | Mark Adkison v. Toyota Motor Sales, U.S.A., Inc. – SACV10-00556 JVS (FMOx) |
| COLORADO | | | |
| CO | 1 | 10-227 | Ryan Scharrel, et al. v. Toyota Motor North America, Inc., et al. – SACV10-00557 JVS (FMOx) |
| CONNECTICUT | | | |
| CT | 3 | 10-210 | Nimishabahen Patel v. Toyota Motor North America, Inc., et al. – SACV10-00558 JVS (FMOx) |
| FLORIDA MIDDLE | | | |
| FLM | 8 | 10-427 | Renita Cipriani v. Toyota Motor Corp., et al. – SACV10-00559 JVS (FMOx) |
| FLORIDA NORTHERN | | | |
| FLN | 4 | 10-35 | Jim Heidenreich v. Toyota Motor North America, Inc., et al. – SACV10-00561 JVS (FMOx) |
| FLN | 5 | 10-26 | Justin K. Johnson v. Toyota Motor Corp., et al. – SACV10-00562 JVS (FMOx) |
| FLORIDA SOUTHERN | | | |
| FLS | 0 | 10-60183 | Humberto Rivas-Vigil v. Toyota Motor North America, Inc., et al. – SACV10-00563 JVS (FMOx) |
| FLS | 9 | 10-80208 | Arlene S. Heilbrunn v. Toyota Motor Corp., et al. – SACV10-00564 JVS (FMOx) |
| GEORGIA MIDDLE | | | |
| GAM | 4 | 10-24 | Viviane Stoller, et al. v. Toyota Motor Corp., et al. – SACV10-00565 JVS (FMOx) |
| GEORGIA SOUTHERN | | | |
| GAS | 3 | 10-22 | Amanda Laird, et al. v. Toyota Motor Corp., et al. – SACV10-00566 JVS (FMOx) |

**MDL No. 2151 - Schedule CTO-1 Tag-Along Actions (Continued)**

ILLINOIS NORTHERN
ILN 1 10-918 Christina Ochs v. Toyota Motor Corp., et al. – SACV10-00567 JVS (FMOx)

INDIANA SOUTHERN
INS 1 10-142 Judith M. Enderle v. Toyota Motor North America, Inc., et al. – SACV10-00568 JVS (FMOx)

KANSAS
KS 2 10-2075 S. Firgon v. Toyota Motor Corp., et al. – SACV10-00570 JVS (FMOx)

KENTUCKY EASTERN
KYE 2 10-21 Debra Poynter, et al. v. Toyota Motor North America, Inc., et al. – SACV10-00571 JVS (FMOx)
KYE 2 10-31 Michael Miller, et al. v. Toyota Motor Sales, U.S.A., Inc., et al. – SACV10-00572 JVS (FMOx)
KYE 2 10-32 Christopher L. Leaverton v. Toyota Motor Engineering & Manufacturing North America, Inc, et al. – SACV10-00573 JVS (FMOx)
KYE 2 10-46 Micah Maryn v. Toyota Motor Sales U.S.A., Inc., et al. – SACV10-00574 JVS (FMOx)

LOUISIANA EASTERN
LAE 2 10-622 Galatia D. Johnson, et al. v. Toyota Motor North America, Inc., et al. – SACV10-00575 JVS (FMOx)
LAE 2 10-647 Timothy P. Farrelly, et al. v. Toyota Motor North America, Inc., et al. – SACV10-00576 JVS (FMOx)
LAE 2 10-649 Jennifer Wendy Burke v. Toyota Motor North America, Inc., et al. – SACV10-00577 JVS (FMOx)
LAE 2 10-687 Aaron Jones, et al. v. Toyota Motor North America, Inc., et al. – SACV10-00578 JVS (FMOx)

LOUISIANA MIDDLE
LAM 3 10-108 Roshawn Donahue v. Toyota Motors Manufacturing USA, Inc., et al. – SACV10-00579 JVS (FMOx)
LAM 3 10-174 Allie R. Rockforte v. Toyota Motor North America, Inc. – SACV10-00580 JVS (FMOx)

LOUISIANA WESTERN
LAW 1 10-179 David Gaspard, et al. v. Toyota Motor Sales U.S.A., Inc., et al. – SACV10-00581 JVS (FMOx)

MASSACHUSETTS
MA 1 10-10263 Darshak Shah v. Toyota Motor North America, Inc., et al. – SACV10-00582 JVS (FMOx)

MICHIGAN EASTERN
MIE 2 10-10525 Deborah Baumkel v. Toyota Motor North America, Inc., et al. – SACV10-00583 JVS (FMOx)
MIE 2 10-10835 Joseph R. Hernandez v. Hino Motors Manufacturing U.S.A., et al. – SACV10-00584 (JVS) (FMOx)

MINNESOTA
MN 0 10-759 Laurence K. Johnston v. Toyota Motor Sales, U.S.A., Inc., et al. – SACV10-00585 JVS (FMOx)
MN 0 10-942 Alyson L. Oliver v. Toyota Motor Sales U.S.A., Inc., et al. – SACV10-00586 JVS (FMOx)

MISSOURI WESTERN
MOW 2 10-4025 Jerry Baker Auto Sales, LLC v. Toyota Motor Sales, U.S.A., Inc., et al. – SACV10-00587 JVS (FMOx)
MOW 4 10-103 David Hulsen, et al. v. Toyota Motor Corp., et al. – SACV10-00588 JVS (FMOx)

**MDL No. 2151 - Schedule CTO-1 Tag-Along Actions (Continued)**

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **MISSISSIPPI NORTHERN** | |
| MSN 3 10-9 | Belva Simmons, et al. v. Toyota Motor Corp., et al. - SACV10-00589 JVS (FMOx) |
| **MISSISSIPPI SOUTHERN** | |
| MSS 3 10-104 | Christine Mitchell v. Toyota Motor North Ameica, Inc., et al. - SACV10-00591 JVS (FMOx) |
| **NEW JERSEY** | |
| NJ 3 10-595 | Margaret Gonzalez v. Toyota Motor Sales U.S.A., Inc., et al. - SACV10-00592 JVS (FMOx) |
| NJ 3 10-672 | Maureen Colaberdino v. Toyota Motor North America, Inc., et al. - SACV10-00593 JVS (FMOx) |
| NJ 3 10-763 | Cheryl Abken, et al. v. Toyota Motor North America, Inc., et al. - SACV10-00594 JVS (FMOx) |
| NJ 3 10-778 | Francine Guokas v. Toyota Motor Corp., et al. - SACV10-00595 JVS (FMOx) |
| NJ 3 10-914 | Louise Gordon, et al. v. Toyota Motor North America, Inc., et al. - SACV10-00596 JVS (FMOx) |
| **NEW MEXICO** | |
| NM 1 10-161 | Roy Nelson v. Toyota Motor North America, Inc., et al. - SACV10-00597 JVS (FMOx) |
| **NEW YORK EASTERN** | |
| NYE 1 10-542 | Kevin P. Fogarty, et al. v. Toyota Motor North America, Inc., et al. - SACV10-00598 JVS (FMOx) |
| NYE 2 10-487 | Peter Phaneuf v. Toyota Motor Sales, U.S.A., Inc., et al. - SACV10-00599 JVS (FMOx) |
| **NEW YORK NORTHERN** | |
| NYN 5 10-178 | James R. Haustein v. Toyota Motor Corp., et al. - SACV10-00600 JVS (FMOx) |
| **NEW YORK SOUTHERN** | |
| NYS 1 10-900 | Thomas Davis v. Toyota Motor Sales, U.S.A., Inc., et al. - SACV10-00601 JVS (FMOx) |
| NYS 1 10-1014 | Barbara Iglesias, et al. v. Toyota Motor Corp., et al. - SACV10-00602 JVS (FMOx) |
| NYS 1 10-1111 | Fred Sander, et al. v. Toyota Motor Sales, U.S.A., Inc., et al. - SACV10-00603 JVS (FMOx) |
| NYS 7 10-2166 | Lucille Fox, etc. v. Toyota Motor North America, Inc., et al. - SACV10-00604 JVS (FMOx) |
| NYS 7 10-2419 | Daniel Murtha, et al. v. Toyota Motor North America, Inc., et al. - SACV10-00605 JVS (FMOx) |
| **OHIO NORTHERN** | |
| OHN 1 10-260 | Troy Menssen v. Toyota Motor Sales, U.S.A., Inc., et al. - SACV10-00606 JVS (FMOx) |
| OHN 3 10-280 | Daniel D. Lee v. Toyota Motor North America, Inc., et al. - SACV10-00607 JVS (FMOx) |
| **OHIO SOUTHERN** | |
| OHS 1 10-128 | Joel Grunkemeyer, et al. v. Toyota Motor Sales U.S.A., Inc., et al. - SACV10-00608 JVS (FMOx) |
| OHS 2 10-181 | Hugh W. Cox, et al. v. Toyota Lease Trust, et al. - SACV10-00609 JVS (FMOx) |
| OHS 3 10-61 | Rebecca S. Shumaker v. Toyota Motor Engineering & Manufacturing North America, Inc., et al. - SACV10-00611 JVS (FMOx) |
| **OKLAHOMA WESTERN** | |
| OKW 5 10-117 | Dru Colin Lee, et al. v. Toyota Motor Sales U.S.A., Inc., et al. - SACV10-00612 JVS (FMOx) |
| **OREGON** | |
| OR 3 10-293 | TimothyJohn Vanagas v. Toyota Motor Sales, U.S.A., Inc. - SACV10-00613 JVS (FMOx) |
| OR 3 10-294 | Suzzane McCoy v. Toyota Motor Sales U.S.A., Inc. - SACV10-00614 JVS (FMOx) |
| OR 3 10-297 | Ronald Fahey v. Toyota Motor Corp., et al. - SACV10-00615 JVS (FMOx) |

**MDL No. 2151 - Schedule CTO-1 Tag-Along Actions (Continued)**

| District | Div. | C.A. # | Case Caption |
|---|---|---|---|
| PENNSYLVANIA EASTERN | | | |
| PAE | 2 | 10-817 | Diane Devlin v. Toyota Motor North America, Inc., et al.- SACV10-00616 JVS (FMOx) |
| PAE | 5 | 10-521 | Diane Gumble v. Toyota Motor Corp., et al.- SACV10-00617 JVS (FMOx) |
| PAE | 5 | 10-554 | Frederick Greisiger, et al. v. Toyota Motor North America, Inc., et al.- SACV10-00619 JVS (FMOx) |
| PUERTO RICO | | | |
| PR | 3 | 10-1083 | Zahira Crespo-Bithorn, et al. v. Toyota Motor North America, Inc., et al.- SACV10-00620 JVS (FMOx) |
| SOUTH CAROLINA | | | |
| SC | 3 | 10-229 | Linda Alford Wooten v. Toyota Motor North America, Inc., et al.- SACV10-00621 JVS (FMOx) |
| SC | 7 | 10-281 | Dale Roberts v. Toyota Motor Corp., et al.- SACV10-00622 JVS (FMOx) |
| TEXAS EASTERN | | | |
| TXE | 1 | 10-80 | Frank Whiddon v. Toyota Motor Corp., et al.- SACV10-00623 JVS (FMOx) |
| TEXAS SOUTHERN | | | |
| TXS | 2 | 10-37 | Albert A. Pena, III, et al. v. Toyota Motor Corp., et al.- SACV10-00625 JVS (FMOx) |
| WYOMING | | | |
| WY | 1 | 10-31 | Don Gureski, et al. v. Toyota Motor North America, Inc., et al.- SACV10-00626 JVS (FMOx) |

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**CHAIRMAN:**
**John G. Heyburn II**
**United States District Court**
**Western District of Kentucky**

**MEMBERS:**
**Robert L. Miller, Jr.**
**United States District Court**
**Northern District of Indiana**

**Kathryn H. Vratil**
**United States District Court**
**District of Kansas**

**David R. Hansen**
**United States Court of Appeals**
**Eighth Circuit**

**W. Royal Furgeson, Jr.**
**United States District Court**
**Northern District of Texas**

**Frank C. Damrell, Jr.**
**United States District Court**
**Eastern District of California**

**DIRECT REPLY TO:**

**Jeffery N. Lüthi**
**Clerk of the Panel**
**One Columbus Circle, NE**
**Thurgood Marshall Federal**
**Judiciary Building**
**Room G-255, North Lobby**
**Washington, D.C. 20002**

**Telephone: [202] 502-2800**
**Fax: [202] 502-2888**
**http://www.jpml.uscourts.gov**

May 7, 2010

Terry Nafisi, Clerk
Ronald Reagan Federal Bldg. & U.S. Courthouse
411 West Fourth Street
Santa Ana, CA 92701-4516

Re: MDL No. 2151 -- IN RE: Toyota Motor Corp. Unintended Acceleration Marketing, Sales Practices, and Products Liability Litigation

(See Attached CTO-1)

Dear Ms. Nafisi:

Attached as a PDF document is a certified copy of a conditional transfer order filed by the Panel in the above-captioned matter on April 22, 2010. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 14 days to give any party an opportunity to oppose the transfer. The 14-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel, judges and clerks are attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By Darion Payne
Darion Payne
Case Administrator

Attachments (Conditional Transfer Order is a Separate Document)

cc: Transferee Judge: Judge James V. Selna

JPML Form 36A

**IN RE: TOYOTA MOTOR CORP. UNINTENDED ACCELERATION MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** MDL No. 2151

**PANEL SERVICE LIST (CTO-1)**

Jill S. Abrams
ABBEY SPANIER RODD & ABRAMS LLP
212 East 39th Street
New York, NY 10016
**jabrams@abbeyspanier.com**

Bridget M. Ahmann
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
**bahmann@faegre.com**

Andres F. Alonso
PARKER WAICHMAN ALONSO LLP
111 Great Neck Road
1st Floor
Great Neck, NY 11021-5402
**aalonso@yourlawyer.com**

Richard J. Arsenault
NEBLETT BEARD & ARSENAULT
P.O. Box 1190
Alexandria, LA 71309-1190
**rarsenault@nbalawfirm.com**

David L. Ayers
WATKINS & EAGER
P.O. Box 650
Jackson, MS 39205-0650
**dayers@watkinseager.com**

Keith M. Babcock
LEWIS & BABCOCK LLP
P.O. Box 11208
Columbia, SC 29211
**kmb@lewisbabcock.com**

Benjamin L. Bailey
BAILEY & GLASSER
209 Capitol Street
Charleston, WV 25301
**bbailey@baileyglasser.com**

Ben Barnow
BARNOW & ASSOCIATES PC
One North LaSalle Street
Suite 4600
Chicago, IL 60602
**b.barnow@barnowlaw.com**

Don John W. Barrett
BARRETT LAW OFFICES
404 Court Square North
P.O. Box 987
Lexington, MS 39095-0987
**dbarrett@barrettlawoffice.com**

Dawn M. Barrios
BARRIOS KINGSDORF & CASTEIX LLP
701 Poydras Street
Suite 3650
New Orleans, LA 70139-3650
**barrios@bkc-law.com**

James Henry Bartolomei, III
DUNCAN FIRM PA
900 South Shackleford Road
Suite 725
Little Rock, AR 72211
**jim@duncanfirm.com**

Stephen R. Basser
BARRACK RODOS & BACINE
One American Plaza
600 West Broadway
Suite 900
San Diego, CA 92101
**sbasser@barrack.com**

Christopher M. Battista
LAW OFFICES OF CHRISTOPHER M BATTISTA
10760-B Ambassador Drive
Manassa, VA 20109

Mark S. Baumkel
30200 Telegraph Road
Suite 200
Bingham Farms, MI 48025
**baumkelm@aol.com**

Jose M. Bautista
SULLIVAN BAUTISTA MORGAN ALLEN & CHRONIC LLC
1600 Baltimore Avenue
Suite 200
Kansas City, MO 64108
**jbautista@sbmaclaw.com**

Daniel E. Becnel, Jr.
BECNEL LAW FIRM LLC
P.O. Drawer H
Reserve, LA 70084
**dbecnel@becnellaw.com**

Mark N. Bodin
MCGLINCHEY STAFFORD PLLC
601 Poydras Street,12th Floor
New Orleans, LA 70130
**mbodin@mcglinchey.com**

Jeffrey A. Bowersox
BOWERSOX LAW FIRM PC
5285 Meadows Road
Suite 320
Lake Oswego, OR 97035
**jeffrey@BLFpc.com**

Mitchell M. Breit
HANLY CONROY BIERSTEIN SHERIDAN FISHER & HAYES
112 Madison Avenue
7th Floor
New York, NY 10016-7416
**mbreit@hanlyconroy.com**

**MDL No. 2151 - Panel Service List (CTO-1) (Continued)**

Edward A. Broderick
LAW OFFICE OF EDWARD A BRODERICK
727 Atlantic Avenue
Second Floor
Boston, MA 02111
**ted@broderick-law.com**

Bruce J. Brothers
BRUCE J BROTHERS & ASSOCIATES
974 NW Riverside Blvd
P.O. Box 1650
Bend, OR 97709
**bjb@brotherslaw.com**

Curtis N. Bruehl
435 Norther Walker Avenue
Suite 103
Oklahoma City, OK 73102
**curtbrue@coxinet.net**

Aaron Bryant
BRYANT LAW GROUP
150 North Michigan Avenue
Suite 800
Chicago, IL 60601
**abryant@blgchicago.com**

Elizabeth J. Cabraser
LIEFF CABRASER HEIMANN & BERNSTEIN LLP
275 Battery Street
29th Floor
San Francisco, CA 94111-3339
**ecabraser@lchb.com**

Kenneth S. Canfield
DOFFERMYRE SHIELDS CANFIELD & KNOWLES
1355 Peachtree Street
Suite 1600
Atlanta, GA 30309
**kcanfield@dsckd.com**

Craig Carpenito
ALSTON & BIRD LLP
90 Park Avenue
New York, NY 10016
**craig.carpenito@alston.com**

Edward M. Carstarphen, III
ELLIS CARSTARPHEN DOUGHERTY GOLDENTHAL PC
5847 San Felipe
Suite 1900
Houston, TX 77057
**emc@ECDGLAW.com**

James E. Carter
JAMES E CARTER & ASSOCIATES LLC
400 East President Street
Savannah, GA 31401
**jcarter@carterfirm.net**

Robert M. Carter
SUMNERS & CARTER PA
308 South Central Avenue
New Albany, MS 38652
**rmclaw1973@hotmail.com**

William Frankli Cash, III
LEVIN PAPANTONIO THOMAS ET AL
316 S Baylen St., Suite 600
Pensacola, FL 32502-5996
**bcash@levinlaw.com**

James E. Cecchi
CARELLA BYRNE CECCHI OLSTEIN BRODY & AGNELLO
5 Becker Farm Road
Roseland, NJ 07068
**jcecchi@carellabyrne.com**

Lawrence J. Centola, III
MARTZELL & BICKFORD APC
338 Lafayette Street
New Orleans, LA 70130
**lcentola@mbfirm.com**

Stanley M. Chesley
WAITE SCHNEIDER BAYLESS & CHESLEY CO LPA
1513 Fourth & Vine Tower
One West Fourth Street
Cincinnati, OH 45202
**stanchesley@wsbclaw.com**

Jonathan Hale Claydon
GREENBERG TRAURIG LLP
77 West Wacker Drive
Suite 3100
Chicago, IL 60601
**claydonj@gtlaw.com**

John R. Climaco
CLIMACO LEFKOWITZ PECA WILCOX & GARFOLI CO LPA
55 Public Square, Suite 1950
Cleveland, OH 44113
**jrclim@climacolaw.com**

Christopher L. Coffin
PENDLEY BAUDIN & COFFIN LLP
P.O. Drawer 71
24110 Eden Street
Plaquemine, LA 70765
**ccoffin@pbclawfirm.com**

Shawn L. Council
743-745 Blue Hills Avenue
Bloomfield, CT 06002
**lawcouncil2000@yahoo.com**

Cari K. Dawson
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309
**cari.dawson@alston.com**

James L. Deese
The Western Reserve Building
1468 West 9th Street
Suite 405
Cleveland, OH 44113
**jasdeese@sbcglobal.net**

Wendy Ellen Duvall
AZAR & SCHLEHOFER PC
800 East Dimond Blvd.
Suite 3-640
Anchorage, AK 99515-2028
**wendy8863@yahoo.com**

**MDL No. 2151 - Panel Service List (CTO-1) (Continued)**

Scott A. Elder
ALSTON & BIRD LLP
1201 W. Peachtree
One Atlantic Center
Atlanta, GA 30309-3424
**scott.elder@alston.com**

Timothy R. Fiedler
BEASLEY ALLEN CROW
METHVIN PORTIS & MILES PC
272 Commerce Street
P.O. Box 4160
Montgomery, AL 36103-4160
**tim.fiedler@beasleyallen.com**

Steven E. Fineman
LIEFF CABRASER HEIMANN
& BERNSTEIN LLP
250 Hudson Street
8th Floor
New York, NY 10013-1413
**sfineman@lchb.com**

J. Benjamin Finley
2931 North Druid Hills Road
Suite C
Atlanta, GA 30329
**bfinley@thefinleyfirm.com**

Wendy R. Fleishman
LIEFF CABRASER HEIMANN
& BERNSTEIN LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
**wfleishman@lchb.com**

Leonard V. Fodera
SILVERMAN & FODERA PC
1835 Market Street, Suite 2600
Philadelphia, PA 19103
**lfodera@civilrights.com**

Shawn G. Foster
DAVIS BETHUNE & JONES LLC
1100 Main Street
Suite 2930
Kansas City, MO 64105
**sfoster@dbjlaw.net**

Jeffrey E. Friedman
FRIEDMAN LEAK DAZZIO
ZULANAS & BOWLING PC
3800 Corporate Woods Drive
Suite 650
P.O. Box 43219
Birmingham, AL 35242
**jfriedman@friedmanleak.com**

Mark A. Friel
STOLL STOLL BERNE LOKTING
& SHLACHTER PC
209 S.W. Oak Street, Suite 500
Portland, OR 97204
**mfriel@stollberne.com**

Karl Geercken
ALSTON & BIRD LLP
90 Park Avenue
New York, NY 10016
**kgeercken@alston.com**

Mark J. Geragos
GERAGOS & GERAGOS
Engine Co. No. 28
644 South Figueroa Street
Los Angeles, CA 90017
**geragos@geragos.com**

Lisa Gilford
ALSTON & BIRD LLP
333 South Hope Street
16th Floor
Los Angeles, CA 90071
**lisa.gilford@alston.com**

Edward A. Gray
ECKERT SEAMANS CHERIN
& MELLOTT LLC
Two Liberty Place
50 South 16th Street
22nd Floor
Philadelphia, PA 19102
**egray@eckertseamans.com**

Kevin W. Grillo
HILLIARD MUNOZ GUERRA
719 S. Shoreline Blvd.
Suite 500
Corpus Christi, TX 78401
**kevin@hilliardandmunoz.com**

John A.K. Grunert
CAMPBELL CAMPBELL EDWARDS
& CONROY
One Constitution Plaza, 3rd Floor
Boston, MA 02129
**jgrunert@campbell-trail-lawyers.com**

Lance A. Harke
HARKE & CLASBY LLP
155 South Miami Avenue
Suite 600
Miami, FL 33130
**lharke@harkeclasby.com**

Gregory Alan Harrison
DINSMORE & SHOHL LLP
1900 Chemed Center
255 East Fifth Street
Cincinnati, OH 45202
**greg.harrison@dinslaw.com**

Toby K. Henderson
SEBALY SHILLITO & DYER
1900 Kettering Tower
Dayton, OH 45423
**thender@ssdlaw.com**

Stephen J. Herman
HERMAN HERMAN KATZ
& COTLAR LLP
820 O'Keefe Avenue
New Orleans, LA 70113-1116
**sherman@hhkc.com**

Robert C. Hilliard
HILLIARD MUNOZ GUERRA LLP
719 S. Shorelline Boulevard
Suite 500
Corpus Christi, TX 78401
**bobh@hmglawfirm.com**

Waldon Michael Hingle
MICHAEL HINGLE & ASSOCIATE LLC
220 Gause Boulevard
Slidell, LA 70458
**servewmh@hinglelaw.com**

**MDL No. 2151 - Panel Service List (CTO-1) (Continued)**

Phillip Timothy Howard
HOWARD & ASSOCIATES PA
8511 Bull Headley Road, Suite 405
Tallahassee, FL 32312
**ptim@aol.com**

Jon E. Ingram, Jr.
TUCKER EVERITT LONG
BREWTON & LANIER PC
P.O. Box 2426
Augusta, GA 30903
**jingram@thefirm453.com**

Karoline E. Jackson
BARNES & THORNBURG
11 South Meridian Street
Indianapolis, IN 46204
**kjackson@btlaw.com**

Anita Magdalena Jaskot
LAW OFFICES OF ROBERT M
BRILL LLC
880 Third Avenue, 13th Floor
New York, NY 10022
**jaskot@mindspring.com**

Tracy M. Jenks
RODEY DICKASON SLOAN
AKIN & ROBB PA
P.O. Box 1888
Albuquerque, NM 87103-1888
**tjenks@rodey.com**

D. Scott Kalish
SCOTT KALISH CO LLC
1468 West 9th Street
Suite 405
Cleveland, OH 44113
**scottkalishcollc@cs.com**

Edith M. Kallas
WHATLEY DRAKE & KALLAS
LLC
1540 Broadway, 37th Floor
New York, NY 10036
**ekallas@wdklaw.com**

Seth Alan Katz
BURG SIMPSON ELDREDGE
HERSH & JARDINE PC
40 Inverness Drive East
Englewood, CO 80112-2866
**skatz@burgsimpson.com**

Doris A. Kim
FRANKLIN GRAY & WHITE
505 West Ormsby Avenue
Louisville, KY 40203
**DKim@FranklinGrayandWhite.com**

Charles T. Lester, Jr.
ERIC C DETERS & ASSOCIATES
PSC
5247 Madison Pike
Independence, KY 41051
**clester@ericdeters.com**

Richard A. Lockridge
LOCKRIDGE GRINDAL NUEN
PLLP
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401
**ralockridge@locklaw.com**

John W. Knottnerus
MARTIN MISCHOFF
TEMPLETON LANGSLET &
HOFFMAN
888 SW 5th Avenue, Suite 900
Portland, WA 97204
**jknottnerus@martinbischoff.com**

Ralph I. Knowles, Jr.
DOFFERMYRE SHIELDS
CANFIELD & KNOWLES
1355 Peachtree Street, Suite 1600
Atlanta, GA 30309
**rknowles@dsckd.com**

Bradley D. Kuhlman
KUHLMAN LAW FIRM LLC
1100 Main Street
Suite 2550
Kansas City, MO 64105
**bkuhlman@kuhlman-law.com**

Andrew R. Kwiatkowski
DINSMORE & SHOHL
1900 Chemed Center
255 East Fifth Street
Cincinnati, OH 45202
**andrew.kwiatkowski@dinslaw.com**

Jules B. LeBlanc, IV
BARON & BUDD PC
9015 Bluebonnet Blvd.
Baton Rouge, LA 70810
**blebanc@baronbudd.com**

Michael A. London
DOUGLAS & LONDON
111 John Street, Suite 1400
New York, NY 10038
**mlondon@douglasandlondon.com**

Dewitt M. Lovelace
LOVELACE LAW FIRM PA
P.O. Box 6205
Destin, FL 32550-6205
**DML@lovelacelaw.com**

Edwin L. Lowther, Jr.
WRIGHT LINDSEY & JENNINGS LLP
200 West Capitol Avenue
Suite 2300
Little Rock, AR 72201-3699
**elowther@wlj.com**

Chad C. Lucas
KUHLMAN LAW FIRM LLC
1100 Main Street
Suite 2550
Kansas City, MO 64105
**chad@kuhlman-law.com**

Douglas S. Lyons
LYONS & FARRAR P A
325 North Calhoun Street
Tallahassee, FL 32301
**marsha.lyons@comcast.net**

Eugene D. Martenson
HUIE FERNAMBUCQ & STEWART LLP
Three Protective Center
2801 Highway 280 South; Suite 200
Birmingham, AL 35223-2484
**dm@hfsllp.com**

**MDL No. 2151 - Panel Service List (CTO-1) (Continued)**

Brian K. Matise
BURG SIMPSON ELDREDGE
HERSH & JARDINE PC
40 Iverness Drive East
Englewood, CO 80112-2866
**bmatise@burgsimpson.com**

Brian Nolan Mazzola
BRIAN N MAZZOLA PLLC
4320 Calder Avenue
Beaumont, TX 77706
**bmazzola@mazzolalawoffice.com**

Darren L. McCarty
ALSTON & BIRD LLP
2200 Ross Avenue
Chase Tower, Suite 3601
Dallas, TX 75201
**darren.mccarty@alston.com**

Brian J. McCormick, Jr.
SHELLER PC
1528 Walnut Street
3rd Floor
Philadelphia, PA 19102
**bjmccormick@sheller.com**

Daniel E. McKenzie
BURG SIMPSON ELDREDGE
HERSH & JARDINE PC
40 Inverness Drive East
Englewood, CO 80112
**dmckenzie@burgsimpson.com**

Anna S. McLean
SHEPPARD MULLIN RICHTER &
  HAMPTON LLP
Four Embarcadero Center
17th Floor
San Francisco, CA 94111-4109
**amclean@sheppardmullin.com**

Michael G. McLellan
FINKELSTEIN THOMPSON LLP
1050 30th Street, N.W.
Washington, DC 20007
**mmclellan@finkelsteinthompson.com**

Renee M. Melancon
BARON & BUDD PC
3102 Oaklawn, Suite 1100
Dallas, TX 75219
**rmelancon@baronbudd.com**

J. Andrew Meyer
MORGAN & MORGAN PA
One Tampa City Center
201 North Franklin Street
7th Floor
Tampa, FL 33602
**ameyer@forthepeople.com**

Kathryn Ashley Meyers
LEWIS TEIN
3059 Grand Avenue, Suite 340
Coconut Grove, FL 33133
**kmeyers@lewistein.com**

Wilson Daniel Miles, III
BEASLEY ALLEN CROW
  METHVIN PORTIS & MILES PC
P.O. Box 4160
Montgomery, AL 36103-4160
**dee.miles@beasleyallen.com**

Richard A. Mincer
HIRST & APPLEGATE
P.O. Box 1083
Cheyenne, WY 82003-1083
**rmincer@hirstapplegate.com**

John T. Murray
MURRAY & MURRAY CO LPA
111 East Shoreline Drive
Sandusky, OH 44870
**jotm@murrayandmurray.com**

Dianne M. Nast
RODANAST PC
801 Estelle Drive
Lancaster, PA 17601
**dnast@rodanast.com**

Heather H. Neubauer
FOLEY & MANSFIELD PLLP
250 Marquette Avenue
Suite 1200
Minneapolis, MN 55401
**hneubauer@foleymansfield.com**

John F. Nevares
JOHN F NEVARES &
  ASSOCIATES PSC
VIG Building, Suite 1504
1225 Ponce de Leon Avenue
P.O. Box 13667
San Juan, PR 00908-3667
**jfnevares@nevareslaw.com**

Ricardo L. Ortiz-Colon
FIDDLER GONZALEZ &
RODRIGUEZ
PO Box 363507
San Juan, PR 00936-3507
**rortiz@fgrlaw.com**

June A. Oswald
BECNEL LAW FIRM LLC
106 West Seventh Street
P.O. Drawer H
Reserve, LA 70084
**joswald@becnellaw.com**

Behram V. Parekh
KIRTLAND & PACKARD LLP
2361 Rosecrans Avenue
4th Floor
El Segundo, CA 90245
**bvp@kirtlandpackard.com**

Eric S. Pavlack
COHEN & MALAD LLP
One Indiana Square
Suite 1400
Indianapolis, IN 46204
**epavlack@cohenandmalad.com**

Peter S. Pearlman
COHN LIFLAND PEARLMAN
HERRMANN & KNOPF LLP
Park 80 Plaza West -One
Saddle Brook, NJ 07663
**psp@njlawfirm.com**

Frank Piscitelli
MONY FINANCIAL SERVICES
2 Manhattanville Road
Purchase, NY 10537

**MDL No. 2151 - Panel Service List (CTO-1) (Continued)**

Frank E. Piscitelli, Jr.
PISCITELLI LAW FIRM
55 Public Square
Suite 1950
Cleveland, OH 44113
**Frank@feplaw.com**

Pedro Quinones-Suarez
JOHN F NEVARES &
 ASSOCIATES PSC
1225 Ponce de Leon Avenue
VIG Tower, Suite 1504
Santurce, PR 00907
**pedro@nevareslaw.com**

William A. Riback
WILLIAM RIBACK LLC
132 Haddon Avenue
Haddonfield, NJ 08033
**ribacklaw@aol.com**

Rosemary M. Rivas
FINKELSTEIN THOMPSO LLP
100 Bush Street, Suite 1450
San Francisco, CA 94104
**rrivas@finkelsteinthompson.com**

Pamela J. Roberts
BOWMAN & BROOKE LLP
1441 Main Street, Suite 1000
Columbia, SC 29201
**pamela.roberts@bowmanandbrooke.com**

Regina M. Rodriguez
FAEGRE & BENSON LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO 80203-4532
**rrodriguez@faegre.com**

Lee A. Rosenthal
DINSMORE & SHOHL LLP
200 West Vine Street, Suite 500
P.O. Box 1720
Lexington, KY 40588-1720
**lrosenthal@dinslaw.com**

Howard Weil Rubinstein
914 Waters Avenue
Suite 20
Aspen, CO 81611
**howard@pdq.net**

Carmelo B. Sammataro
TURNER PADGET GRAHAM
 & LANEY PA
P.O. Box 1473
Columbia, SC 29202
**ssammataro@turnerpadget.com**

Delana S. Sanders
SANDERS LAW FIRM
1017 Russell Street
Covington, KY 41011
**dsanders@thesanderslawfirm.com**

Sherrie R. Savett
BERGER & MONTAGUE PC
1622 Locust Street
Philadelphia, PA 19103
**ssavett@bm.net**

David T. Schaefer
DINSMORE & SHOHL LLP
2500 National City Tower
101 S. Fifth Street
Louisville, KY 40202
**david.schaefer@dinslaw.com**

Marc M. Seltzer
SUSMAN GODFREY LLP
1901 Avenue of the Stars
Suite 950
Los Angeles, CA 90067-6029
**mseltzer@susmangodfrey.com**

Patrick J. Sheehan
WHATLEY DRAKE & KALLAS LLC
60 State Street, Seventh Floor
Boston, MA 02109
**psheehan@wdklaw.com**

Hunter J. Shkolnik
RHEINGOLD VALET RHEINGOLD
 SHKOLNIK & MCCARTNEY LLP
113 East 37th Street
New York, NY 10016-3042
**drheingold@rheingoldlaw.com**

Matthew J. Sill
SILL & MEDLEY
725 N.W. Eleventh
Oklahoma City, OK 73103-2429
**matt.sill@sillmedleylaw.com**

Warren L. Simpson
BURG SIMPSON ELDREDGE
 HERSH & JARDINE PC
P.O. Box 490
Cody, WY 82414-0490
**bsimpson@skelaw.com**

Brian W. Smith
SMITH & VANTURE LLP
1615 Forum Place
West Palm Beach, FL 33401
**bws@smithvanture.com**

Holly P. Smith
SHOOK HARDY & BACON -
KANSAS CITY
2555 Grand Blvd.
Kansas City, MO 64108-2316
**hpsmith@shb.com**

Kathryn A. Snapka
SNAPKA LAW FIRM
P.O. Box 23017
Corpus Christi, TX 78403
**ksnapka@snapkalaw.com**

Eric B. Snyder
BAILEY & GLASSER LLP
209 Capitol Street
Charleston, WV 25301
**esnyder@baileyglasser.com**

Ira Spiro
SPIRO MOSS LLP
11377 West Olympic Boulevard
5th Floor
Los Angeles, CA 90064
**ira@spiromoss.com**

John Henry Stachler
MARTIN FOLINO HARMON
 & STACHLER
214 West Monument Avenue
P.O. Box 10068
Dayton, OH 45402-7068
**johns@mfhslaw.com**

Brian R. Strange
STRANGE & CARPENTER
12100 Wilshire Boulevard
Suite 1900
Los Angeles, CA 90025
**lacounsel@earthlink.net**

**MDL No. 2151 - Panel Service List (CTO-1) (Continued)**

William M. Sweetnam
SWEETNAM LLC
5 Revere Drive
Suite 200
Northbrook, IL 60062
**wms@sweetnamllc.com**

Dana B. Taschner
LANIER LAW FIRM
2029 Century Park, East
Suite 1450
Los Angeles, CA 90067
**dbt@lanierlawfirm.com**

Roy B. Thompson
ROY B THOMPSON PC
15938 SW Quarry Road
Suite B-6
Lake Oswego, OR 97035
**thompson@bogran@comcast.net**

John B. Thorsness
CLAPP PETERSON VAN FLEIN TIEMESSEN & THORSNESS LLC
711 H Street, Suite 620
Ancjorage, AK 99501-3454
**usdc-anch-ntc@cplawak.com**

Thomas P. Thrash
THRASH LAW FIRM
1101 Garland Street
Little Rock, AR 72201
**tomthrash@sbcglobal.net**

Fletcher V. Trammell
BAILEY PERRIN BAILEY
440 Louisiana Street, Suite 2100
Houston, TX 77002
**ftrammell@bpblaw.com**

Ted Trief
TRIEF & OLK
150 East 58th Street, 34th Floor
New York, NY 10155
**ttrief@triefandolk.com**

Royce L. Vehslage
VEHSLAGE & LAHR LLP
1160 Silas Deane Highway
Suite 102
Wethersfield, CT 06109
**rvehslage@vllawgroup.com**

Kyle G.A. Wallace
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309
**kyle.wallace@alston.com**

Richard S. Wayne
STRAUSS & TROY
The Federal Reserve Building
150 East Fourth Street
Cincinnati, OH 45202-4018
**rswayne@strausstroy.com**

Gary M. Weiss
WEISS & COBB
9420 Bunsen Parkway, Suite 306
Louisville, KY 40220
**kathleen@weissandcobb.com**

Kenneth A. Wexler
WEXLER WALLACE LLP
55 West Monroe Street
Suite 3300
Chicago, IL 60603
**kaw@wexlerwallace.com**

John R. Whaley
NEBLETT BEARD & ARSENAULT
P.O. Box 1190
2220 Bonaventure Court
Alexandria, LA 71309-1190
**jwhaley@nbalawfirm.com**

Joe R. Whatley, Jr.
WHATLEY DRAKE & KALLAS LLC
2001 Park Place North, Suite 1000
Birmingham, AL 35203
**jwhatley@wdklaw.com**

Amanda M. Williams
GUSTAFSON GLUEK PLLC
608 Second Avenue South
650 Northstar East
Minneapolis, MN 55402
**awilliams@gustafsongluek.com**

Norwood S. Wilner
WILNER HARTLEY & METCALF PA
444 E. Duval Street, 3rd Floor
Jacksonville, FL 32202
**nwilner@wilnerblock.com**

Patrick Darrow Wilson
WRIGHT LINDSEY & JENNINGS LLP
200 West Capitol Avenue
Suite 2300
Little Rock, AR 72201-3699
**pwilson@wlj.com**

Russell A. Wood
WOOD LAW OFFICE PA
915 West B Street
Russellville, AR 72801
**woodlaw@suddenlinkmail.com**

Dennis P. Ziemba
ECKERT SEAMANS CHERIN & MELLOTT LLC
Two Liberty Place
50 South 16th Street, 22nd Floor
Philadelphia, PA 19102
**dziemba@eckertseamans.com**

Charles S. Zimmerman
ZIMMERMAN REED PLLP
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402-4123
**charles.zimmerman@zimmreed.com**

**IN RE: TOYOTA MOTOR CORP. UNINTENDED ACCELERATION MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**

MDL No. 2151

**INVOLVED JUDGES LIST (CTO-1)**

Hon. Sarah Evans Barker
U.S. District Judge
210 Birch Bayh Federal
Building & U.S. Courthouse
46 East Ohio Street
Indianapolis, IN 46204

Hon. Michael R. Barrett
U.S. District Judge
815 Potter Stewart U.S.
Courthouse
100 East Fifth Street
Cincinnati, OH 45202

Hon. William O. Bertelsman
Senior U.S. District Judge
P.O. Box 1012
Covington, KY 41012

Hon. Francisco A. Besosa
U.S. District Judge
U.S. District Court
C-119 Clemente Ruiz
Nazario Courthouse
150 Carlos Chardon Avenue
San Juan, PR 00918

Hon. Joseph F. Bianco
U.S. District Judge
Alfonse M. D'Amato U.S.
Courthouse
Seventh Floor
Federal Plaza
Central Islip, NY 11722

Hon. Dudley H. Bowen, Jr.
Senior U.S. District Judge
P.O. Box 2106
Augusta, GA 30903-2106

Hon. Philip A. Brimmer
U.S. District Judge
A641 Alfred A. Arraj United
States Courthouse
901 19th Street
Denver, CO 80294

Hon. Naomi Reice Buchwald
U.S. District Judge
2270 Daniel Patrick Moynihan U.S.
Courthouse
500 Pearl Street
New York, NY 10007-1312

Hon. Susan C. Bucklew
Senior U.S. District Judge
1430 Sam M. Gibbons U.S.
Courthouse
801 North Florida Avenue
Tampa, FL 33602

Hon. Timothy M. Burgess
U.S. District Judge
261 Federal Bldg. & U.S. Courthouse
222 West Seventh Avenue
Anchorage, AK 99513-9513

Hon. James G. Carr
Chief Judge, U.S. District Court
210 U.S. Courthouse
1716 Spielbusch Avenue
Toledo, OH 43624

Hon. P. Kevin Castel
U.S. District Judge
2260 Daniel Patrick Moynihan U.S.
Courthouse
500 Pearl Street
New York, NY 10007

Hon. Ron Clark
U.S. District Judge
221 Jack Brooks Federal Building
& U.S. Courthouse
300 Willow Street
Tyler, TX 77701

Hon. David H. Coar
Senior U.S. District Judge
Everett McKinley Dirksen
U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Hon. James I. Cohn
U.S. District Judge
203F U.S. Courthouse
299 East Broward Blvd.
Fort Lauderdale, FL 33332

Hon. Mary Little Cooper
U.S. District Judge
5000 Clarkson S. Fisher Federal
Bldg. & U.S. Courthouse,
402 E. State Street
Trenton, NJ 08608

Hon. Robert T. Dawson
Senior U.S. District Judge
U.S. District Court
P.O. Box 1624
Fort Smith, AR 72902-1624

Hon. Dee D. Drell
U.S. District Judge
U.S. District Court
P.O. Box 1071
Alexandria, LA 71309-1071

Hon. Patrick J. Duggan
Senior U.S. District Judge
867 Theodore Levin U.S. Courthouse
231 West Lafayette Blvd.
Detroit, MI 48226

Hon. Nancy G. Edmunds
U.S. District Judge
211 Theodore Levin U.S. Courthouse
231 West Lafayette Boulevard
Detroit, MI 48226

Hon. Martin L.C. Feldman
U.S. District Judge
C-555 U.S. Courthouse
500 Poydras Street
New Orleans, LA 70130

**MDL No. 2151 - Involved Judges List (CTO-1) (Continued)**

Hon. Mark E. Fuller
Chief Judge, U.S. District Court
A-300 U.S. Courthouse
One Church Street
Montgomery, AL 36104

Hon. John Gleeson
U.S. District Judge
727 S U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

Hon. Thomas M. Golden
U.S. District Judge
United States District Court
401 Madison Building
400 Washington Street
Reading, PA 19601-3915

Hon. Ancer L. Haggerty
Senior U.S. District Judge
1307 Mark O. Hatfield U.S.
 Courthouse
1000 SW Third Avenue
Portland, OR 97204-2802

Hon. Robert Bryan Harwell
U.S. District Judge
John L. McMillan Federal
Building & United States
Courthouse
401 West Evans Street, 3rd Floor
Florence, SC 29501

Hon. Alvin K. Hellerstein
U.S. District Judge
1050 Daniel Patrick Moynihan
U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Hon. Robert L. Hinkle
U.S. District Judge
U.S. Courthouse Annex
111 North Adams Street
Suite 595
Tallahassee, FL 32301

Hon. J. Leon Holmes
Chief Judge, U.S. District Court
Richard Sheppard Arnold U.S
Courthouse
600 West Capitol Avenue
Suite D469
Little Rock, AR 72201

Hon. Alan B. Johnson
U.S. District Judge
2242 Federal Building
2120 Capitol Avenue
Cheyenne, WY 82001

Hon. J. Curtis Joyner
U.S. District Judge
8613 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Hon. Kenneth M. Karas
U.S. District Judge
533 Charles L. Brieant, Jr. U.S.
Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

Hon. Clay D. Land
U.S. District Judge
United States District Court
P.O. Box 2017
Columbus, GA 31902-2017

Hon. Nanette K. Laughrey
U.S. District Judge
307 United States Courthouse
131 West High Street
Jefferson City, MO 65101-1557

Hon. Ivan L. Lemelle
U.S. District Judge
C-525 U.S. Courthouse
500 Poydras Street
New Orleans, LA 70130

Hon. Neal P. McCurn
Senior U.S. District Judge
P.O. Box 7365
Syracuse, NY 13261

Hon. Brian S. Miller
U.S. District Judge
D258 Richard Sheppard Arnold
U.S. Courthouse
500 West Capitol Avenue
Little Rock, AR 72201

Hon. Michael P. Mills
Chief Judge, U.S. District Court
335 Federal Bldg. & U.S. Courthouse
911 Jackson Avenue, West
Oxford, MS 38655

Hon. Carlos Murguia
U.S. District Judge
537 Robert J. Dole U.S. Courthouse
500 State Avenue
Kansas City, KS 66101-2400

Hon. Solomon Oliver, Jr.
U.S. District Judge
17A Carl B. Stokes U.S. Courthouse
801 W. Superior Avenue
Cleveland, OH 44113

Hon. Paul J. Papak
U.S Magistrate Judge
U.S. District Court
108 Mark O. Hatfield U.S. Courthouse
1000 Southwest Third Avenue
Portland, OR 97204-2802

Hon. John V. Parker
Senior U.S. District Judge
355 Russell B. Long Federal Bldg.
777 Florida Street
Baton Rouge, LA 70801-1712

Hon. Matthew J. Perry, Jr.
Senior U.S. District Judge
Matthew J. Perry, Jr. U.S. Courthouse
901 Richland Street
Columbia, SC 29201

**MDL No. 2151 - Involved Judges List (CTO-1) (Continued)**

Hon. John D. Rainey
U.S. District Judge
406 Martin Luther King U.S. Post Office & Courthouse
312 Main Street
Victoria, TX 77901

Hon. Walter H. Rice
Senior U.S. District Judge
909 Federal Building
200 West Second Street
Dayton, OH 45402

Hon. James M. Rosenbaum
Senior U.S. District Judge
15E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. David L. Russell
U.S. District Judge
3309 U.S. Courthouse
200 N.W. 4th Street
Oklahoma City, OK 73102

Hon. Howard F. Sachs
Senior U.S. District Judge
Charles E. Whittaker U.S. Courthouse
7th Floor, 400 E. 9th Street
Kansas City, MO 64106

Hon. Cathy Seibel
U.S. District Judge
United States District Court
United States Courthouse
2nd Floor
300 Quarropas Street
White Plains, NY 10601-4150

Hon. Joel H. Slomsky
U.S. District Judge
United States District Court
4000 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

Hon. John Richard Smoak, Jr.
U.S. District Judge
210 Gulf Coast Bldg.
30 West Government Street
Panama City, FL 32401

Hon. Joseph L. Tauro
U.S. District Judge
7110 John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210-3002

Hon. Alan C. Torgerson
U.S Magistrate Judge
670 U.S. Courthouse
333 Lomas Boulevard, N.W.
Albuquerque, NM 87102

Hon. John R. Tunheim
U.S. District Judge
13E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Ralph E. Tyson
Chief Judge, U.S. District Court
301 Russell B. Long Fed. Bldg.
777 Florida Street
Baton Rouge, LA 70801

Hon. Stefan R. Underhill
U.S. District Judge
411 Brien McMahon Federal Bldg. & U.S. Courthouse
915 LaFayette Boulevard
Bridgeport, CT 06604-4706

Hon. Michael H. Watson
U.S. District Judge
260 Joseph P. Kinneary U.S. Courthouse
85 Marconi Boulevard
Columbus, OH 43215-2835

Hon. William R. Wilson, Jr.
Senior U.S. District Judge
423 Richard Sheppard Arnold U.S. Courthouse
600 West Capitol Avenue
Little Rock, AR 72201

Hon. Henry T. Wingate
Chief Judge, U.S. District Court
James O. Eastland U.S. Courthouse
245 East Capitol Street
Suite 430
Jackson, MS 39201-2409

Hon. William J. Zloch
U.S. District Judge
202B United State Courthouse
299 East Broward Boulevard
Fort Lauderdale, FL 33301

**IN RE: TOYOTA MOTOR CORP. UNINTENDED ACCELERATION MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**

MDL No. 2151

**INVOLVED CLERKS LIST (CTO-1)**

Ida Romack, Clerk
229 Federal Building & U.S. Courthouse
222 West 7th Avenue
Anchorage, AK 99513

Debra P. Hackett, Clerk
U.S. District Court
P.O. Box 711
Montgomery, AL 36101-0711

James W. McCormack, Clerk
402 U.S. Courthouse
600 West Capitol Avenue
Little Rock, AR 72201-3325

Christopher R. Johnson, Clerk
347 U.S. Post Office & Courthouse
100 Reserve Street
Hot Springs, AR 71901-4143

Terry Nafisi, Clerk
Ronald Reagan Federal Bldg. & U.S. Courthouse
411 West Fourth Street
Santa Ana, CA 92701-4516

Gregory C. Langham, Clerk
A105 Alfred A. Arraj U.S. Courthouse
901 19th St.
Denver, CO 80294-3589

Robin Tabora, Clerk
Richard C. Lee U.S. Courthouse
141 Church Street
New Haven, CT 06510

Sheryl L. Loesch, Clerk
218 Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602-3800

William M. McCool, Clerk
U.S. Courthouse
111 North Adams Street
1129 Noble Street
Tallahassee, FL 32301-7795

William M. McCool, Clerk
226 U.S. Courthouse
One North Palafox Street
Pensacola, FL 32501-5625

Steven Larimore, Clerk
Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128-7788

Steven Larimore, Clerk
Paul G. Rogers Federal Bldg. & Courthouse
701 Clematis Street
2nd Floor
West Palm Beach, FL 33401

Gregory J. Leonard, Clerk
P.O. Box 124
Columbus, GA 31902-0124

Scott Poff, Clerk
P.O. Box 1130
Augusta, GA 30903-1130

Michael W. Dobbins, Clerk
Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Laura A. Briggs, Clerk
105 Birch Bayh Federal Building & U.S. Courthouse
46 East Ohio Street
Indianapolis, IN 46204

Timothy M. O'Brien, Clerk
259 Robert J. Dole U.S. Courthouse
500 State Avenue
Kansas City, KS 66101-2430

Leslie G. Whitmer, Clerk
P.O. Box 1073
Covington, KY 41012-1073

Loretta G. Whyte, Clerk
U.S. District Court
500 Poydras Street
Room C-151
New Orleans, LA 70130

Nicholas Joseph Lorio, Clerk
139 Russell B. Long Federal Building
777 Florida Street
Baton Rouge, LA 70801

Tony R. Moore, Clerk
P.O. Box 1269
Alexandria, LA 71309-1269

Sarah Thornton, Clerk
Clerk's Office - Attn: Sherry Jones
U.S. District Court
595 Main Street
Worcester, MA 01608

**MDL No. 2151 - Involved Clerks List (CTO-1) (Continued)**

David J. Weaver, Clerk
814 Theodore Levin U.S. Courthouse
231 West Lafayette Boulevard
Detroit, MI 48226

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Ann Thompson, Clerk
310 U.S. Courthouse
131 West High Street
Jefferson City, MO 65102

Ann Thompson, Clerk
2710 Charles Evans Whittaker U.S. Courthouse
400 E. Ninth Street
Kansas City, MO 64106

David Crews, Clerk
369 Federal Building & U.S. Courthouse
911 Jackson Avenue East
Oxford, MS 38655-3622

J.T. Noblin, Clerk
P.O. Box 23552
Jackson, MS 39225-3552

William T. Walsh, Clerk
2020 Clarkson S. Fisher Fed. Bldg. & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Matthew J. Dykman, Clerk
U.S. Courthouse
333 Lomas Boulevard, N.W.
Albuquerque, NM 87102

Robert C. Heinemann, Clerk
130 United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

Robert C. Heinemann, Clerk
Long Island Federal Courthouse
100 Federal Plaza
Central Islip, NY 11722-4438

Lawrence K. Baerman, Clerk
P.O. Box 7367
Syracuse, NY 13261-7367

J. Michael McMahon, Clerk
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Geri M. Smith, Clerk
United States District Court
2-161 Carl B. Stokes U.S. Courthouse
801 West Superior Avenue
Cleveland, OH 44113

Geri M. Smith, Clerk
114 U.S. Courthouse
1716 Spielbusch Avenue
Toledo, OH 43624-1347

James Bonini, Clerk
324 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH 45202

James Bonini, Clerk
260 Joseph P. Kinneary U.S. Courthouse
85 Marconi Boulevard
Columbus, OH 43215

James Bonini, Clerk
Federal Building, Room 712
200 West Second Street
Dayton, OH 45402

Robert D. Dennis, Clerk
1210 U.S. Courthouse
200 N.W. 4th Street
Oklahoma City, OK 73102-3092

Mary L. Moran, Clerk
740 Mark O. Hatfield United States Courthouse
1000 Southwest Third Avenue
Portland, OR 97204-2902

Michael E. Kunz, Clerk
2609 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

Frances Rios De Moran, Clerk
150 Federico Degetau Federal Building
150 Carlos Chardon Avenue
Hato Rey, PR 00918-1767

Larry W. Propes, Clerk
Matthew J. Perry, Jr. U.S. Courthouse
901 Richland Street
Columbia, SC 29201-2328

David J. Maland, Clerk
Jack Brooks Federal Bldg. & U.S. Courthouse
300 Willow Street, Suite 104
Beaumont, TX 77701

Michael N. Milby, Clerk
U.S. Courthouse
1133 North Shoreline Blvd.
Corpus Christi, TX 78401

Stephan Harris, Clerk
2141 Joseph C. O'Mahoney Federal Building
2120 Capitol Avenue
Cheyenne, WY 82001-3658