UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 8:10ML2151 JVS (FMOx) | Date | May 11, 2010 |
| Title | IN RE: TOYOTA MOTOR CORP. UNINTENDED ACCELERATION MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | | |

Present: The Honorable   James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   **(In Chambers)**   Order re May 13, 2010 Hearing

The Court issues this Order to assist the parties in planning for the May 13, 2010 hearing.

1. Seating.  The Court will conduct the hearing in Court Room 10C. However, the hearing will be broadcast to the education room off the jury assembly room on the first floor and to the jury assembly room.  There will be a video link between the education room and the Court Room which will permit speakers to address the Court from the education room.

1.1.  Counsel who have filed an application and wish to address the Court will be admitted to the Court Room as well as defense counsel.  The seating is limited to one counsel per application, including joint applications.  All others will be required to participate from the education room.

1.2.  There will be five seats reserved for press in the Court Room.  Cards for admission will be distributed on a first-come-first-served basis at the check-in table. All other press will be accommodated in the jury assembly room.

2. Check-In.  Check-in will be in the first floor lobby at tables near the entrance to the elevators.  Clerks will be available for check-in at 7:30 a.m.  The Court will not take appearances in the Court Room, but will invite counsel to state their appearances each time they address the Court.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  **8:10ML2151 JVS (FMOx)**                           Date  May 11, 2010

Title    **IN RE: TOYOTA MOTOR CORP. UNINTENDED ACCELERATION MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**

    3.  <u>Agenda.</u>

    3.1.  <u>Structure.</u>  The Court will allot one hour for further comments on the structure of plaintiffs' counsel as well as the issue of conflicts of interest.  The plaintiff drafters of the Joint Report will have five minutes each; counsel for Toyota will have ten minutes.  The Court will hear all others as time permits.  The Court encourages multiple proponents of a common position to designate one lawyer to address the Court.

    3.2.  <u>Core Discovery.</u>  The Court believes that the definition of core discovery is adequately addressed in the parties' filings, and will not devote time to this issue.

    3.3.  <u>Applications.</u>  Counsel have ably presented their credentials in their applications.  Nevertheless, the Court will allow counsel to supplement their filings.  There are over seventy applications.  The Court will allot each applicant five minutes.  The Court will hear applicants in the order that the applications were filed, and will work from the list attached hereto as Exhibit A.  The Court will make no adverse inference if counsel conclude that they would like to rest on the strength of their written submissions, or if multiple counsel wish to address the Court through a single spokesperson.

    3.4.  The Court will issue prior to the close of business on May 12, 2010 a tentative order addressing the structure of plaintiffs' counsel and other issues.  The tentative can be found by visiting Judge Selna's home page, http://156.131.20.221/CACD/JudgeReq.nsf/Tentative+Rulings+-+JVS?OpenView.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   **8:10ML2151 JVS (FMOx)**              Date   May 11, 2010

Title   **IN RE: TOYOTA MOTOR CORP. UNINTENDED ACCELERATION MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**

# Exhibit A

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No.  **8:10ML2151 JVS (FMOx)**                    Date   May 11, 2010

Title    **IN RE: TOYOTA MOTOR CORP. UNINTENDED ACCELERATION MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**

## APPLICATIONS FOR APPOINTMENT OF COUNSEL
In Re Toyota Motor Corp. Unintended Acceleration
Marketing, Sales Practices, and Products Liability Litigation
8:10-ML-02151-JVS (FMOx)

1. Daniel E. Becnel, Jr.'s Application for Co-Lead Counsel or a Member of the Economic Loss Lead Counsel Committee (Filed 4-22-10) Docket No: 7 & 59

2. Anita Jaskot's Application for Appointment as Member of Economic Loss Plaintiffs' Counsel Committee (Filed 4-27-10) Docket No: 10

3. R. Timothy Morrison's Application for Appointment to Committee For the Economic Loss (Filed 4-28-10) Docket No: 12

4. Bruce W. Steckler and Scott Summy's Application for Appointment of Counsel (Filed 04-29-10) Docket No: 18

5. Ribbeck Law Chartered's Application to be Appointed Plaintiffs' Lead Counsel and/or Liaison Counsel for Representation of Foreign Plaintiffs (Filed 04-29-10) Docket No: 19

6. Ben Barnow, Michael Louis Kelly, and Joe R. Whatley Jr.'s Applications for Appointment as Lead Counsel Pursuant to Court Orders of April 14, 2010 and April 19, 2010 and Applications of Franklin D. Azar, John W. Barrett, Peter J. Cambs, Glancy Bindow & Goldberg LLP, Lance A. Harke, Matthew J. Sill and Richard S. Wayne's for Membership on a Proposed Executive Committee (Filed 04-30-10) Docket No: 21

7. Martha K. Wivell's Application for appointment to Committee for the Economic Loss Cases (Filed 04-30-10) Docket No: 25

8. Brian J. McCormick Jr.'s Application for Appointment to the Core Discovery Committee. (Filed 04-30-10) Docket No: 26

9. Lewis S. Eidson's Application for Membership on the Liaison Counsel Committee (Personal Injury Committee) in Accordance with the Proposed Structure Recommended by Interim Designated Counsel, as Described in the Joint Preliminary Report (Filed 04-30-10) Docket No: 31 and 96

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   **8:10ML2151 JVS (FMOx)**                                        Date   May 11, 2010

Title      **IN RE: TOYOTA MOTOR CORP. UNINTENDED ACCELERATION MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**

10. Jayne Conroy's Application for Appointment of Counsel for Economic Loss Committee (Filed 04-30-10) Docket No: 34

11. Jerome L. Ringler and Ringler Kearney Alvarez LLP for Appointment as Lead Counsel for the Economic Loss - Rental Car Company Class Only (Filed 04/30/10) Docket No: 36

12. Cotchett, Pitre & McCarthy's Application for Appointment as a Member of the Lead Counsel Committee for Economic Loss Cases (Filed 04-30-10) Docket No: 37, 40, 55

13. Robert C. Hilliard's Application for Appointment to the Plaintiffs' Steering Committee (Filed04-30-10) Docket No: 38

14. Tim Howard's Application for Economic Loss Co-Lead Counsel or Lead Counsel Committee Membership (Filed 04-30-10) Docket No: 39 and 126

15. Kenneth A. Wexler's Application for Appointment to Core Discovery Committee or Alternatively Specialized committees for Economic Loss Cases (Filed 04-30-10) Docket No: 41

16. Wylie A. Aitken's Application for Appointment as Co-Lead Counsel for the Economic Loss Cases (Filed 04/30/10) Docket No: 42

17. Eric D. Holland's Application for Appointment to Plaintiffs Economic Loss Lead Counsel Committee (Filed 04-30-10) Docket No: 43

18. Richard J. Arsenault's Application for Appointment Pursuant to Order No. 1 (Filed 04/30/10) Docket No: 44

19. Stanley M. Chesley's Application for Appointment Pursuant to Order No. 1 (Filed 04-30-10) Docket No: 45

20. W. Mark Lanier's Application for appointment of Counsel (Filed 04/30/10) Docket No: 46

21. Irwin B. Levin's Application for Appointment as Counsel (Filed 04-30-10) Docket No: 47

22. C. Brooks Cutter's Application for Appointment to the Plaintiffs' Steering Committee

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  **8:10ML2151 JVS (FMOx)**                              Date   May 11, 2010

Title   **IN RE: TOYOTA MOTOR CORP. UNINTENDED ACCELERATION MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**

   (Filed 04-30-10) Docket No: 48

23. Neil S. Sader and Bradley D. McCormack's Application for Economic Loss "Law, Pleadings and Briefing" and "Toyota Finances, Insurance, Revenues and Profits" Specialized Sub-Committee Memberships (Filed 04-30-10) Docket No: 49

24. James E. Carter's Application for Appointment to Proposed Core Discovery Committee (Filed 04-30-10) Docket No: 50

25. James E. Cecchi's Application for Appointment to Leadership Committee (Filed 04-30-10) Docket No: 51

26. Mark B. Hutton's Application for Appointment to Committee for the Economic Loss Cases (Filed 04-30-10) Docket No: 52

27. Stephen R. Basser's Application for Appointment as a Member of the Committee of Lead Counsel (Economic Loss) Docket No: 54

28. Bailey & Glasser's Application for Appointment (Filed 04-30-10) Docket No: 56

29. John R. Climaco's Application for Appointment Pursuant to Order No. 1 Initial Conference (Filed 04/30/10) Docket No: 57

30. Camilo K. Salas's Application for Membership in the Economic Loss Lead Counsel Committee or in any other Committee the Court Deems Proper (Filed 04-30-10) Docket No: 58

31. Timothy G. Blood's Application for Appointment to Lead Counsel Committee or Core Discovery Committee (Filed 04-30-10) Docket No: 60

32. Sherrie R. Savett's Application for Appointment to Economic Loss Committee, Core Discovery Committee and Specialized Subcommittees of Plaintiffs' Counsel (Filed 04-30-10) Docket No: 61

33. Weiss & Lurie's Application to be Appointed to Plaintiffs' Liaison Committee to the State Court Actions and Federal Securities Class Actions or to the Legal Issues Committee (Filed 04-30-10) Docket No: 62

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  **8:10ML2151 JVS (FMOx)**  Date  May 11, 2010

Title  **IN RE: TOYOTA MOTOR CORP. UNINTENDED ACCELERATION MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**

34. Scott Wm Weinstein's Application for Appointment to Lead Counsel Committee for Economic Loss Cases (Filed. 04-30-10) Docket No: 64

35. Mark P. Robinson Jr's Application for Appointment as Co-Lead Liaison Counsel for Personal Injury Actions (Filed 04/30/10) Docket No: 66

36. Elizabeth J. Cabraser's Application for Plaintiffs' Co-Lead Liaison Counsel for the Personal Injury Cases (Filed 04/30/10) Docket No: 67

37. W. James Singleton's Application for Appointment to Plaintiff Steering Committee (Filed 04-30-10) Docket No: 68

38. Marc M. Seltzer's Application for Appointment as Co-Lead Counsel for the Economic Loss Cases (Filed 04-30-10) Docket No: 69

39. David M. Arbogast's Application for Appointment to Law & Motion and/or Discovery Subcommittees (Filed 04-30-10) Docket No: 71

40. Elizabeth J. Cabraser, Steve Berman and Marc M. Seltzer's Joint Application for Appointment of Counsel in Support of Case Organizational Structure Set Forth in the Joint Preliminary Report and the Appointment of Plaintiffs' Counsel to Leadership Positions in the Litigation (Filed 04/30/10) Docket No: 72

41. William M. Sweetnam's Application for Appointment to Plaintiffs' Economic Loss Steering Committee or Subcommittee Thereof (Filed 4-30-10) Docket No: 73

42. Kreindler & Kreindler's Application for Appointment to Economic Loss Committee (Filed 04-30-10) Docket No: 74

43. J. Mark Moore's Application for Appointment to Discovery and/or Law & Motion Subcommittees (Filed 04/30/10) Docket No: 76

44. Roger L. Mandel's Application for Appointment to Plaintiffs' Steering Committee in the Economic Loss Cases and for his Appointment as Lead Plaintiff in those Case (Filed 04-30-10) Docket No: 77

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   **8:10ML2151 JVS (FMOx)**   Date   May 11, 2010

Title   **IN RE: TOYOTA MOTOR CORP. UNINTENDED ACCELERATION MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**

45. Burton H. Finkelstein's Application for Appointment as Lead Counsel or Leadership Committee Position for Economic Loss Cases (Filed 04-30-10) Docket No: 78

46. Ronald A. Marron's Application for Appointment as Co-Lead Counsel, a Member of the Economic Loss Lead Counsel Committee and/or Inadequate "Remedial Measures" During Recalls Lease Counsel (Filed 04-30-10) Docket No: 79

47. Howard B. Miller's Application for Appointment to Lead Counsel Committee for Economic Loss Actions Pursuant to Court's Order Dated April 14, 2010 (Filed 04-30-10) Docket No: 81 and 148

48. Brian R. Strange's Application for appointment to Economic Loss Lead Counsel Committee (Filed 04/30/10) Docket No: 82

49. Branstetter, Stranch & Jennings' Application for Appointment to Lead Counsel Committee and Core Discovery Committee (Filed 04-30-10) Docket No: 83

50. Patrick W. Pendley and Christopher L. Coffin's Application in Support of the Leadership Appointments Proposed by Interim Plaintiffs' Counsel and for Appointments to Serve as members of the Core Discovery Committee and Specialized Class Certification Committees (Filed 04-30-10) Docket No: 84

51. W. Daniel "Dee" Miles' Application for Appointment (Filed 04-30-10) Docket No: 85 and 102

52. Steve W. Berman's Application for Appointment as Co-Lead Counsel for the Economic Loss Cases (Filed 04-30-10) Docket No: 87

53. Richard D. McCune's Application for Appointment to Personal Injury Committee (Filed 04-30-10) Docket No: 88

54. Hunter J. Shkolnik's Application for Appointment (Filed 04-30-10) Docket No: 90 and 99

55. Fletcher V. Trammell's Application for Personal Injury Liaison Counsel Committee Membership (Filed 04-30-10) Docket No: 100

56. Christopher Seeger's Application for Appointment to the Lead Counsel Committee

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 8:10ML2151 JVS (FMOx) | Date | May 11, 2010 |
| Title | IN RE: TOYOTA MOTOR CORP. UNINTENDED ACCELERATION MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | | |

    Concerning Plaintiffs' Economic Loss Claims (Filed 04-30-10) Docket No: 103, 89, 104

57. Dawn M. Barrios Response to Order No. 1 (Filed 04-30-10) Docket No: 105

58. Dennis L. Kennedy's Application for Appointment to Committee for the Economic Loss Cases (Filed 04-30-10) Docket No: 91 and 106

59. James F. Haggerty's Application for Appointment to the Committee for Economic Loss Cases (Filed 04-30-10) Docket No: 107

60. Terry W. West's Application for Appointment (Filed 04-30-10) Docket No: 108

61. Michael Hingle's Application for Appointment (Filed 04-30-10) Docket No: 109

62. Charles S. Zimmerman's Application for Appointment (Filed 04-30-10) Docket No: 110 and 118

63. James T. Capretz's Application for Appointment to Serve on the Liaison Committee for Personal Injury Cases (Filed 04-30-10) Docket No: 111

64. Donald H. Slavik's Application for Membership on the Liaison Counsel Committee (Personal Injury Committee) in Accordance with the Proposed Structure Recommended in the Joint Preliminary Report (Filed 04-30-10) Docket No: 112

65. Shawn Council's Application for Appointment to the Discovery Subcommittee for the Consumer Economic Loss Claims (Filed 04-30-10) Docket No: 113

66. Richard Daynard's Application for Executive Committee or Designated Special Committee Membership (Filed 04-30-10) Docket No: 114 and 125

67. John Rimes' Application for Designated Special Committee Membership (Filed 04-30-10) Filed. 115 and 124

68. Brian Panish's Application for Membership on the Liaison Counsel Committee for Personal Injury Actions (Filed 04-30-10) Docket No: 116

69. Harry F. Bell, Jr's Application for Appointment to Committee for the Economic Loss

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 8:10ML2151 JVS (FMOx) | Date | May 11, 2010 |
| Title | IN RE: TOYOTA MOTOR CORP. UNINTENDED ACCELERATION MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | | |

    Cases (Filed 04-30-10) Docket No: 117

70. David J. Szerlag's Application for Membership to Proposed Sub Committees in Re: Toyota Economic Loss Litigation (Filed 04-30-10) Docket No: 95

71. Ira Spiro's Application for Creation of and Appointment to Legal Ethics Committee and/or Law & Motion Subcommittees (Filed 04-30-10) Docket No: 101

72. Mark J. Geragos' Application for Appointment Pursuant to Order No. 1: Initial Conference (Filed 05-03-10) Docket No: 121

73. Douglas S. Lyons' Application for Appointment to Committee for the Economic Loss Cases (Filed. 05/03/10) Docket No: 127

74. Bernard Daskal's Application for Appointment of Counsel (Filed 05/03/10) Docket No: 128

75. Stephen J. Foley's Application for Appointment of Counsel (Filed 05/04/10) Docket No: 129

| | | | |
|---|---|---|---|
| | | 0 | : 00 |
| | Initials of Preparer | kjt | |