UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   **8:10ML2151 JVS (FMOx)**   Date   May 13, 2010

Title   **IN RE: TOYOTA MOTOR CORP. UNINTENDED ACCELERATION MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**

Present: The Honorable   James V. Selna

| Karla J. Tunis | Sharon Seffens / Deborah Parker |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| See Exhibit B | See Exhibit B |

**Proceedings:**   Scheduling Conference and Hearing on Applications re Lead Counsel and Committee Membership (See Exhibit A)

     Cause called and counsel make their appearances.   The Court's tentative ruling is issued.   Counsel make their arguments regarding structure and applications re Lead Counsel and Committee Membership.   The Court takes the referenced matters under submission.

4 : 14

Initials of Preparer   kjt

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No.  **8:10ML2151 JVS (FMOx)**                    Date  May 13, 2010

Title    **IN RE: TOYOTA MOTOR CORP. UNINTENDED ACCELERATION MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**

# EXHIBIT A

## APPLICATIONS FOR APPOINTMENT OF COUNSEL AND COMMITTEE MEMBERSHIP

1. Daniel E. Becnel, Jr.'s Application for Co-Lead Counsel or a Member of the Economic Loss Lead Counsel Committee (Filed 4-22-10) Docket No:. 7 & 59

2. Anita Jaskot's Application for Appointment as Member of Economic Loss Plaintiffs' Counsel Committee (Filed 4-27-10) Docket No:. 10

3. R. Timothy Morrison's Application for Appointment to Committee For the Economic Loss (Filed 4-28-10) Docket No:. 12

4. Bruce W. Steckler and Scott Summy's Application for Appointment of Counsel (Filed 04-29-10) Docket No:. 18

5. Ribbeck Law Chartered's Application to be Appointed Plaintiffs' Lead Counsel and/or Liaison Counsel for Representation fo Foreign Plaintiffs. (Filed 04-29-10) Docket No:. 19

6. Ben Barnow, Michael Louis Kelly, and Joe R. Whatley Jr.'s Applications for Appointment as Lead Counsel Pursuant to Court Orders of April 14, 2010 and April 19, 2010 and Applications of Franklin D. Azar, John W. Barrett, Peter J. Cambs, Glancy Bindow & Goldberg LLP, Lance A. Harke, Matthew J. Sill and Richard S. Wayne's for Membership on a Proposed Executive Committee (Filed 04-30-10) Docket No:. 21

7. Martha K. Wivell's Application for appointment to Committee for the Economic Loss Cases (Filed 04-30-10) Docket No:. 25

8. Brian J. McCormick Jr.'s Application for Appointment to the Core Discovery Committee. (Filed 04-30-10) Docket No:. 26

9. Lewis S. Eidson's Application for Membership on the Liaison Counsel Committee

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   **8:10ML2151 JVS (FMOx)**   Date   May 13, 2010

Title   **IN RE: TOYOTA MOTOR CORP. UNINTENDED ACCELERATION MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**

(Personal Injury Committee) in Accordance with the Proposed Structure Recommended by Interim Designated Counsel, as Described in the Joint Preliminary Report (Filed 04-30-10) Docket No: 31 and 96

10. Jayne Conroy's Application for Appointment of Counsel for Economic Loss Committee (Filed 04-30-10) Docket No:. 34

11. Jerome L. Ringler and Ringler Kearney Alvarez LLP for Appointment as Lead Counsel for the Economic Loss - Rental Car Company Class Only (Filed 04/30/10) Docket No: #36

12. Cotchett, Pitre & McCarthy's Application for Appointment as a Member of the Lead Counsel Committee for Economic Loss Cases (Filed 04-30-10) Docket No: 37, 40, 55

13. Robert C. Hilliard's Application for Appointment to the Plaintiffs' Steering Committee (Filed04-30-10) Docket No:. 38

14. Tim Howard's Application for Economic Loss Co-Lead Counsel or Lead Counsel Committee Membership (Filed 04-30-10) Docket No:. 39 and 126

15. Kenneth A. Wexler's Application for Appointment to Core Discovery Committee or Alternatively Specialized committees for Economic Loss Cases (Filed 04-30-10) Docket No: 41

16. Wylie A. Aitken's Application for Appointment as Co-Lead Counsel for the Economic Loss Cases.  (Filed 04/30/10) Docket No: 42

17. Eric D. Holland's Application for Appointment to Plaintiffs Economic Loss Lead Counsel Committee. (Filed 04-30-10) Docket No:. 43

18. Richard J. Arsenault's Application for Appointment Pursuant to Order No. 1 (Filed 04/30/10) Docket No:. 44

19. Stanley M. Chesley's Application for Appointment Pursuant to Order No. 1 (Filed 04-30-10) Docket No:. 45

20. W. Mark Lanier's Application for appointment of Counsel (Filed 04/30/10) Docket No:.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   **8:10ML2151 JVS (FMOx)**                              Date   May 13, 2010

Title   **IN RE: TOYOTA MOTOR CORP. UNINTENDED ACCELERATION MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**

          46

21.   Irwin B. Levin's Application for Appointment as Counsel. (Filed 04-30-10) Docket No:. 47

22.   C. Brooks Cutter's Application for Appointment to the Plaintiffs' Steering Committee. (Filed 04-30-10) Docket No:. 48

23.   Neil S. Sader and Bradley D. McCormack's Application for Economic Loss "Law, Pleadings and Briefing" and "Toyota Finances, Insurance, Revenues and Profits" Specialized Sub-Committee Memberships. (Filed 04-30-10) Docket No:. 49

24.   James E. Carter's Application for Appointment to Proposed Core Discovery Committee (Filed 04-30-10) Docket No:. 50

25.   James E. Cecchi Application for Appointment to Leadership Committee (Filed. 04-30-10) Docket No:. 51

26.   Mark B. Hutton's Application for Appointment to Committee for the Economic Loss Cases (Filed 04-30-10) Docket No:. 52

27.   Stephen R. Basser's Application for Appointment as a Member of the Committee of Lead Counsel (Economic Loss) Docket No:. 54

28.   Bailey & Glasser's Application for Appointment (Filed 04-30-10) Docket No:. 56

29.   John R. Climaco's Application for Appointment Pursuant to Order No. 1 Initial Conference (Filed 04/30/10) Docket No: 57

30.   Camilo K. Salas' Application for Membership in the Economic Loss Lead Counsel Committee or in any other Committee the Court Deems Proper. (Filed 04-30-10) Docket No:. 58

31.   Timothy G. Blood's Application for Appointment to Lead Counsel Committee or Core Discovery Committee (Filed 04-30-10) Docket No:. 60

32.   Sherrie R. Savett's Application for Appointment to Economic Loss Committee, Core

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | **8:10ML2151 JVS (FMOx)** | Date | May 13, 2010 |
| Title | **IN RE: TOYOTA MOTOR CORP. UNINTENDED ACCELERATION MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | | |

    Discovery Committee and Specialized Subcommittees of Plaintiffs' Counsel (Filed 04-30-10) Docket No:. 61

33. Weiss & Lurie's Application to be Appointed to Plaintiffs' Liaison Committee to the State Court Actions and Federal Securities Class Actions or to the Legal Issues Committee. (Filed 04-30-10) Docket No:. 62

34. Scott Wm Weinstein's Application for Appointment to Lead Counsel Committee for Economic Loss Cases (Filed. 04-30-10) Docket No:. 64

35. Mark P. Robinson Jr's Application for Appointment as Co-Lead Liaison Counsel for Personal Injury Actions (Filed 04/30/10) Docket No:. 66

36. Elizabeth J. Cabraser's Application for Plaintiffs' Co-Lead Liaison Counsel for the Personal Injury Cases (Filed 04/30/10) Docket No:. 67

37. W. James Singleton's Application for Appointment to Plaintiff Steering Committee (Filed. 04-30-10) Docket No:. 68

38. Marc M. Seltzer's Application for Appointment as Co-Lead Counsel for the Economic Loss Cases (Filed 04-30-10) Docket No:. 69

39. David M. Arbogast's Application for Appointment to Law & Motion and/or Discovery Subcommittees. (Filed 04-30-10) Docket No:. 71

40. Elizabeth J. Cabraser, Steve Berman and Marc M. Seltzer's Joint Application for Appointment of Counsel in Support of Case Organizational Structure Set Forth in the Joint Preliminary Report and the Appointment of Plaintiffs' Counsel to Leadership Positions in the Litigation. (Filed 04/30/10) Docket No:. 72

41. William M. Sweetnam's Application for Appointment to Plaintiffs' Economic Loss Steering Committee or Subcommittee Thereof (Filed 4-30-10) Docket No:. 73

42. Kreindler & Kreindler's Application for Appointment to Economic Loss Committee (Filed 04-30-10) Docket No:. 74

43. J. Mark Moore's Application for Appointment to Discovery and/or Law & Motion

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   **8:10ML2151 JVS (FMOx)**                           Date   May 13, 2010

Title      **IN RE: TOYOTA MOTOR CORP. UNINTENDED ACCELERATION MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**

    Subcommittees. (Filed 04/30/10) Docket No:. 76

44. Roger L. Mandel's Application for Appointment to Plaintiffs' Steering Committee in the Economic Loss Cases and for his Appointment as Lead Plaintiff in those Case (Filed 04-30-10) Docket No:. 77

45. Burton H. Finkelstein's Application for Appointment as Lead Counsel or Leadership Committee Position for Economic Loss Cases (Filed. 04-30-10) Docket No:. 78

46. Ronald A. Marron's Application for Appointment as Co-Lead Counsel, a Member of the Economic Loss Lead Counsel Committee and/or Inadequate "Remedial Measures" During Recalls Lease Counsel (Filed 04-30-10) Docket No:. 79

47. Stephen G. Larson's Application for Appointment to Lead Counsel Committee for Economic Loss Actions Pursuant to Court's Order Dated April 14, 2010. (Filed. 04-30-10) Docket No:. 81

48. Brian R. Strange's Application for appointment to Economic Loss Lead Counsel Committee (Filed 04/30/10) Docket No:. 82

49. Branstetter, Stranch & Jennings' Application for Appointment to Lead Counsel Committee and Core Discovery Committee. (Filed 04-30-10) Docket No:. 83

50. Patrick W. Pendley and Christopher L. Coffin's Application in Support of the Leadership Appointments Proposed by Interim Plaintiffs' Counsel and for Appointments to Serve as members of the Core Discovery Committee and Specialized Class Certification Committees. (Filed 04-30-10) Docket No:. 84

51. W. Daniel "Dee" Miles' Application for Appointment. (Filed 04/30/10) Docket No:. 85 and 102

52. Steve W. Berman's Application for Appointment as Co-Lead Counsel for the Economic Loss Cases (Filed 04/30/10) Docket No:. 87

53. Richard D. McCune's Application for Appointment to Personal Injury Committee (Filed 04-30-10) Docket No:. 88

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | **8:10ML2151 JVS (FMOx)** | Date | May 13, 2010 |
| Title | **IN RE: TOYOTA MOTOR CORP. UNINTENDED ACCELERATION MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | | |

54. Hunter J. Shkolnik's Application for Appointment (Filed 04-30-10) Docket No: 90 and 99

55. Fletcher V. Trammell's Application for Personal Injury Liaison Counsel Committee Membership (Filed 04-30-10) Docket No:. 100

56. Christopher Seeger's Application for Appointment to the Lead Counsel Committee Concerning Plaintiffs' Economic Loss Claims (Filed 04-30-10) Docket No:. 103, 89, 104

57. Dawn M. Barrios Response to Order No. 1 (Filed 04-30-10) Docket No:. 105

58. Dennis L. Kennedy's Application for Appointment to Committee for the Economic Loss Cases (Filed 04-30-10) Docket No:. 91 and 106

59. James F. Haggerty's Application for Appointment to the Committee for Economic Loss Cases (Filed 04-30-10) Docket No:. 107

60. Terry W. West's Application for Appointment (Filed 04-30-10) Docket No:. 108

61. Michael Hingle's Application for Appointment (Filed 04-30-10) Docket No:. 109

62. Charles S. Zimmerman's Application for Appointment (Filed 04-30-10) Docket No:. 110 and 118

63. James T. Capretz's Application for Appointment to Serve on the Liaison Committee for Personal Injury Cases (Filed 04-30-10) Docket No:. 111

64. Donald H. Slavik's Application for Membership on the Liaison counsel Committee (Personal Injury Committee) in Accordance with the Proposed Structure Recommended in the Joint Preliminary Report. (Filed 04-30-10) Docket No:. 112

65. Shawn Council's Application for appointment to the Discovery Subcommittee for the Consumer Economic Loss Claims (Filed 04-30-10) Docket No:. 113

66. Richard Daynard's Application for Executive Committee or Designated Special Committee Membership (Filed. 04-30-10) Docket No:. 114 and 125

67. John Rimes' Application for Designated Special Committee Membership (Filed 04-30-

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | **8:10ML2151 JVS (FMOx)** | Date | May 13, 2010 |
| Title | **IN RE: TOYOTA MOTOR CORP. UNINTENDED ACCELERATION MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | | |

      10) Filed. 115 and 124

68. Brian Panish's Application for Membership on the Liaison Counsel Committee for Personal Injury Actions (Filed 04-30-10) Docket No:. 116

69. Harry F. Bell, Jr's Application for Appointment to Committee for the Economic Loss Cases (Filed 04-30-10) Docket No:. 117

70. David J. Szerlag's Application for Membership to Proposed Sub Committees in Re: Toyota Economic Loss Litigation (Filed 04-30-10) Docket No:. 95

71. Ira Spiro's Application for Creation of and Appointment to Legal Ethics Committee and/or Law & Motion Subcommittees.  (Filed 04-30-10) Docket No:. 101

72. Mark J. Geragos' Application for Appointment Pursuant to Order No. 1: Initial Conference (Filed 05-03-10) Docket No:. 121

73. Douglas S. Lyons' Application for Appointment to Committee for the Economic Loss Cases (Filed. 05/03/10) Docket No: 127

74. Bernard Daskal's Application for Appointment of Counsel (Filed 05/03/10) Docket No:. 128

75. Stephen J. Foley's Application for Appointment of Counsel (Filed 05/04/10) Docket No:. 129

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No.  **8:10ML2151 JVS (FMOx)**　　　　　Date  May 13, 2010

Title  **IN RE: TOYOTA MOTOR CORP. UNINTENDED ACCELERATION MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**

# EXHIBIT B

| ATTORNEY | FIRM | PARTY REPRESENTED |
|---|---|---|
| Aitken, Darren O'Leary | Aitken Aitken & Cohn | Green Spot Motors Co. |
| Aitken, Wylie A. | Aitken Aitken & Cohn | Green Spot Motors Co. |
| Arbogast, David M. | Arbogast & Berns LLP | Dale Baldisseri, Dru Colin Lee |
| Arsenault, Richard J. | Neblett Beard & Arsenault | Elza Dzhivalegyan, Svetlana Abajyan, Hrayr Okkasian, Nerses Mazmanyan, Tamara Harutyunyan, Ani Gazaryan, Akop Galadzhyan, Christine Aznavour, Karine Mazmanyan, Robyn Horn, Troy Menssen, Thomas Davis, David Gaspard, Dorothy Gaspard |
| Bailey, Benjamin L. ** | Bailey & Glasser LLP | Michael Graves, Elaine Byrnes, Jeff Mullins, Michael C. Graves, |
| Barnow, Ben ** | Barnow & Associates | Heather A. Lane |
| Barrios, Dawn M. | Barrios, Kingsdorf & Casteix, LLP | David Gaspard, Dorothy Gaspard |
| Basser, Stephen R. | Barrack Rodos & Bacine | Max L. Lieberman, Phyllis C. Lieberman, Joseph Boppre, Nancy Boppre, Carol Ann Henderson |
| Becnel, Daniel E. | Becnel Law Firm LLC | Gary T. Brock, Amanda R. Maillho, Daniel Weimer, Jr., Ann Cavalier, Colby Wenck, Rhonda Talbot, Dr. Fred Sander, Galatia Johnsonm, Wanda Lee, Cynthia Parker |
| Bell, Harry F. | The Bell Law Firm, PLLC | Application to Appoint Counsel Filed |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   **8:10ML2151 JVS (FMOx)**                                Date   May 13, 2010

Title   **IN RE: TOYOTA MOTOR CORP. UNINTENDED ACCELERATION MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**

| **ATTORNEY** | **FIRM** | **PARTY REPRESENTED** |
|---|---|---|
| Berman, Steve W. | Hagens Berman Sobol Shaipro LLC | Elizabeth Van Zyl, Veronica Troup, Robert Navarro, Ebony Brown, Henry Troup, Donald Graham, John Flook, Gary Davis, Christine Hotaling, Thomas E. Gunmundson, Linda Summerville, Rodney Josephson, E. Brandon Bowron, Dana Clark, Willer W. Douglas, Michael Lackey, Terasita Ramos, Elizabeth Van Zyl |
| Blood, Timothy G. | Blood Hurst & O'Reardon | Dale Baldisseri |
| Brandt, Derek Yeats | Simmons Browder Gianaris Angelides & Barnerd LLC | Chris Chan Park, Mary Ann Parker, Seong Bae Choi, Sandra Reech, Donald Pritchett, Un Jin Choi |
| Breit, Mitchell M. | Hanly Conroy Bierstein Sheridan Fisher & Hayes LLP | Seong Bae Choi, Sandra Reech, Chris Chan Park, Donald Pritchett, Mary Ann Parker, Un Jin Choi |
| Cabraser, Elizabeth Joan | Lieff Cabraser Heimann& Bernstein LLP | Kirk Crank, Robert Booher, on behalf of the Estate of Helen Fornwalt, deceased, Jerome Cangelosi, Jacquelyn Myers, individually and on behalf of the Estate of David Steffan, Joseph Christian, Andrew Flury, Mary Jo Crank, Harry Williams, Judy Warren, DDS, Tetyana Flury, Sandra Livingston, individually and on behalf of the Estate of Tyrene Livingston, deceased, Lori Cangelosi, Lorrie Krieger, individually and on behalf of the estate of Jonathan Senger, deceased, Donna Hanna, Jacquelyn Donoghue, individually and on behalf of the Estate of John Donoghue, William C. Myers, David Hanna, individually and on behalf of the Estate of Dawn Hanna, deceased, Teresa B. Myers, individually and on behalf of the Estate of Steffan David Myers, deceased, Brian Barlow, Omar Roberts |
| Cambs, Peter | Parker Waichman Alonso | |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   **8:10ML2151 JVS (FMOx)**   Date   May 13, 2010

Title   **IN RE: TOYOTA MOTOR CORP. UNINTENDED ACCELERATION MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**

| ATTORNEY | FIRM | PARTY REPRESENTED |
|---|---|---|
| Capretz, James T. | Capretz & Associates | Kelley Dion |
| Carey, Robert B. | Hagens Berman Sobol Shaipro LLC | Christine Hotaling, Thomas E. Gunmundson, Donald Graham, Gary Davis, John Flook, Robert Navarro, Rodney Josephson, Ebony Brown, Elizabeth Van Zyl, Linda Summerville |
| Chesley, Stanley M. | Waite Schneider Bayless & Chesley | Karen Gibbens, Allan L. Weller, Jo Anna Vivianao, Al Vivianao, Paul Turner, Thomas A. Trahan, Lori S. Trahan, Erica Thomas, Lee Shonfield, Thomas Kamphaus, Connie Kamphaus, Holly Boyd, Kyle Briggs, Charles Gibbens, Brenda Shonfield, Shalini Ignatenkov, Hugh Cox, Pamela Cox, Ernestine Montgomery |
| Cimmet, Jerry K. | Jerry K. Cimmet Law Offices | Brian Deis,  Karen Bickel |
| Climaco, John R. | Climaco, Wilcox, Peca, Tarantino & Garofoli Co., L.P.A. | Ani Gazaryan, Robyn Horn, Troy Menssen, Laurence K. Johnston, Thomas Davis |
| Chang, Daniel H. | Diversity Law Group | |
| Coffin, Christopher L. ** | Pendley Law Firm | Allie R. Rockforte |
| Cohan, William | | |
| Cohen, David | Neblett, Beard & Arsenault | |
| Conroy, Jayne | Hanly Conroy Bierstein Sheridan Fisher & Hayes LLP | Chris Chan Park, Donald Pritchett, Seong Bae Choi, Sandra Reech, Mary Ann Parker, Un Jin Choi |
| Cutter, C. Brooks | Kershaw Cutter & Ratinoff LLP | Application to Appoint Counsel Filed |
| Daskal, Bernard | Lynch Daskal Emery LLP | Application to Appoint Counsel |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   **8:10ML2151 JVS (FMOx)**                                 Date   May 13, 2010

Title   **IN RE: TOYOTA MOTOR CORP. UNINTENDED ACCELERATION MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**

| ATTORNEY | FIRM | PARTY REPRESENTED |
|---|---|---|
| Dawson, Cari K. | Alston & Bird LLP | Toyota Motor Manufacturing California, Inc., Toyota Motor Engineering & Manufacturing North America, Inc., Toyota Motor Manufacturing Texas, Inc., Toyota Motor North America, Inc., Toyota Motor Corporation, Toyota Motor Manufacturing Kentucky, Inc., Toyota Motor Manufacturing West Virginia, Inc., Toyota Motor Sales U.S.A., Inc. |
| Eidson, Lewis S. | Colson Hicks Eidson, P.A. | Application to Appoint Counsel Filed |
| Fiedler, Timothy R. | Beasley Allen Crow Methvin Portis & Miles | Renita Cipriani |
| Finkelstein, Burton H. | Finkelstein Thompson LLP | Application to Appoint Counsel Filed |
| Flaherty, Yvonne M. | Lockridge Grindal Nauen PLLP | Alyson L. Oliver |
| Folia, Diana | Robinson, Calcagnie & Robinson | |
| Foley, Stephen J. | Foley & Mansfield, PLLP | Laurence K. Johnston |
| Galvin, Vincent | Bowman & Brooke | Toyota Motor Corporation, CTS Corporation, Toyota Motor Sales U.S.A., Inc., Toyota Motor Engineering & Manufacturing North America, Inc., Toyota Motor Manufacturing California, Inc., Toyota Motor North America, Inc. |
| Girardi, Thomas | Girardi Keese | |
| Gilford, Lisa | Alston & Bird | Toyota Motor Manufacturing California, Inc., Toyota Motor Manufacturing West Virginia, Inc., Toyota Motor Engineering & Manufacturing North America, Inc., Toyota Motor Engineering & America, Inc., Toyota Motor North America, Inc., Toyota Motor Corporation, Toyota Motor Sales U.S.A., Inc. |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  **8:10ML2151 JVS (FMOx)**                      Date  May 13, 2010

Title  **IN RE: TOYOTA MOTOR CORP. UNINTENDED ACCELERATION MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**

| ATTORNEY | FIRM | PARTY REPRESENTED |
|---|---|---|
| Giodino, Marc | Glancy Binkow Goldberg | |
| Haggerty, James F. | The Law Offices of James F. Haggerty | Application to Appoint Counsel Filed |
| Hanly Paul J. | Hanly Conroy Bierstein Sheridan Fisher & Hayes LLP | Seong Bae Choi, Sandra Reech, Donald Pritchett, Mary Ann Parker, Un Jin Choi, Chris Chan Park |
| Harke, Lance August | Harke & Clasby | Jonathan Gellman |
| Hilliard, Robert C. | Hilliard Munoz Guerra LLP | Albert A. Pena, Sylvia Pena |
| Holland, Eric D. | Holland, Groves, Schneller & Stolze, LLC | Application to Appoint filed |
| Hoover, Adam | Reich Radcliffe & Kuttler | |
| Howard, Tim | Howard & Associates | Jim Heidenreich |
| Hutton, Mark B. | Hutton & Hutton Law Firm, LLC | Application to Appoint Counsel Filed |
| Jaskot, Anita Magdalena | Law Offices of Robert M. Brill | Dr. Fred Sander |
| Kaufman, Shelley | Geragos & Geragos | Hrayr Okkasian, Nellie Yazitchyan, Aza Srourian, Bertam Srourian, Frankie McKinney, Walter McKinney, Nerses Mazmanyan, Karine Mazmanyan, Tamara Harutyunyan, Ani Gazaryan, Akop Galadzhyan, Svetlana Abajyan, Elza Dzhivalegyan Christine Aznavour, Troy Mennsen |
| Kearney, Thomas A. | Ringler Kearney Alvarez | Deluxe Holdings, Inc., SPP, Inc., Michael Jermakian |
| Kelly, Michael L. ** | Kirtland & Packard LLP | Eric Kmetz, Frank Palomares, Joseph Hauter, Linda Tang, Joe Morris |
| Kelly, Monica R. ** | Ribbeck Law Chartered | Application to Appoint Counsel Filed |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   **8:10ML2151 JVS (FMOx)**   Date   May 13, 2010

Title   **IN RE: TOYOTA MOTOR CORP. UNINTENDED ACCELERATION MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**

| ATTORNEY | FIRM | PARTY REPRESENTED |
|---|---|---|
| Kelson, John M. | John M. Kelson Law Office | Karen Bickel, Brian Deis |
| Kennedy, Kara | Alston & Bird | Toyota Defendants |
| Kristensen, John | | |
| Lambiras, Jon J. | Berger & Montague PC | Roz Schwartz, Kathy Boyask |
| Latham, William H. | Nelson Mullins | Toyota Defendants |
| Larson, Steve D. | Stoll Stoll Berne Lokting & Shlachter | Timothy John Vanagas |
| Lester, Charles T. | Eric C. Deters & Associates PSC | Fran Preedom, Amy Smith Roth, Tina Preedom, Ron Poynter, Angela Boles, Laurie Chambers, Krystal Eggerding, Lucero Davidson, Debra Poynter, Mark Davidson, Micah Maryn |
| Lurie, Jordan L. ** | Weiss and Lurie | Sam Goldberger |
| Lyons, Douglas S. | Lyons & Farrar, PA | Jim Heidenreich, |
| MacPherson, Donald | Ribbeck Law | |
| Mandel, Roger L. | Beckham & Mandel | Application to Appoint Counsel Filed |
| Markovits, W.B. | Waite Schneider | |
| Marron, Ronald A. | Ronald A. Marron Law Offices | Curtis McCleskey, Jackie McCleskey |
| McCormack, Bradley ** | The Sader Law Firm | Application to Appoint Counsel Filed |
| McCormick, Brian J. | Sheller, P.C. | Frederick Greisiger, Keith Sealing |
| McCune, Richard D. | McCune Wright LLP | Seong Bae Choi, Mary Ann Parker, Un Jin Choi, Chris Chan Park, Donald Pritchett, Sandra Reech |
| McKelvey, Steven A. | Nelson Mullins | Toyota Defedants |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No.  **8:10ML2151 JVS (FMOx)**          Date  May 13, 2010

Title  **IN RE: TOYOTA MOTOR CORP. UNINTENDED ACCELERATION MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**

| ATTORNEY | FIRM | PARTY REPRESENTED |
|---|---|---|
| McLean, Anna | Sheppard Mullin Richter & Hampton | Toyota Motor Credit Corp., Toyota Lease Trust |
| Merlo, Ashley | Sheppard Mullin Richter & Hampton | Toyota Motor Credit Corp., Toyota Lease Trust |
| Miles, W. Daniel | Beasley Allen Crow Methvin Portis & Miles | Lacey Laudicina, Kevin Funez, Renita Cipriani |
| Miller, Howard B. | Girardi Keese | Application for Appointment Filed |
| Miner, Curtis | Colson Hicks Eidson | |
| Moore, J. Mark | Spiro Moss LLP | Dale Baldisseri |
| Morrison, R. Timothy | Pope, McGlamry, Kilpatrick | Application for Appointment Filed |
| Murray, Margaret M. | Murray & Murray | David Lee, Jean Velliquette, Carole R. Young |
| Nelson, Gretchen M. | Kreindler and Kreindler | Dale Baldisseri |
| Neubauer, Heather H. | Foley & Mansfield | Laurence K. Johnston |
| Petosa, Frank | Morgan & Morgan | Michelle Lynch |
| Phillips, Sandra | Morgan Lewis | Toyota Defendants |
| Pitre, Frank M. ** | Cotchett Pitre Simon and McCarthy | Daniel Boudreault, Green Spot Motors Co., Daniel Hamilton |
| Polos, Peter | Panish Shea & Boyle LLP | Application to Appoint Counsel Filed |
| Porada, Frank | Berenbaum | |
| Reddell, Kelly | Baron & Budd | Adilia Aviles |
| Reich, Marc | Reich Radcliffe & Kuttler | |
| Ribbeck, Manuel | Ribbeck Law Chartered | Application to Appoint Counsel Filed |
| **Ringler, Jerome ** | Ringler Kearney Alvarez | Deluxe Holdings, Inc.,  SPP, Inc., Michael Jermakian |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No.   **8:10ML2151 JVS (FMOx)**                           Date   May 13, 2010

Title   **IN RE: TOYOTA MOTOR CORP. UNINTENDED ACCELERATION MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**

| ATTORNEY | FIRM | PARTY REPRESENTED |
|---|---|---|
| Robinson, Mark P. | Robinson Calcagnie & Robinson | Barry C. Broden, Pazir Mohammad and Nahyatt Mohammad, K.R. (a minor child), Ellyn J. Broden, Denese Rhooms, Dale Baldisseri, Wilma Larue Lauderdale and James Lauderdale, Dwayne Rhooms, Sandy Carmichael, Jacqueline West |
| Salas, Camilo Kossy | Salas LC | Daniel Weimer, Jr., Gary T. Brock, Ann Cavalier, Amanda R. Maillho, Colby Wenck, |
| Savett, Sherrie R. | Berger & Montague PC | Roz Schwartz, Kathy Boyask |
| Seeger, Christopher A. | Seeger Weiss | Application to Appoint Counsel filed |
| Seltzer, Marc M. ** | Susman Godfrey LLP | Roz Schwartz, Kathy Boyask, Meredith Heller |
| Shevitz, Richard | Cohen & Malad | |
| Shkolnik, Hunter J. | Reingold Valet Rheingold Shkolnik & McCartney | Elen Edilyan, Frankie McKinney, Walter McKinney, Troy Menssen, Thomas Davis |
| Sill, Matthew J. | Sill & Medley | Dru Colin Lee |
| Singleton, W. James | The Singleton Law Firm | Application to Appoint Counsel Filed |
| Slavik, Donald H. | Habush Habush & Rottier | Application to Appoint Counsel Filed |
| Smith, Joel | Bowman & Brooke | Toyota Defendants |
| Snyder, Eric B. | Bailey & Glasser LLP | Michael C.Graves, Michael Graves, Barbara Jackson, Kevin P. Fogarty, Alex Farrugia, Elaine Byrnes, Jeff Mullins |
| Spiro, Ira R. | Spiro Moss LLP | Dale Baldisseri |
| Stonebarger, Gene J. | Stonebarger Law, APC | Heather A. Lane |
| Stranch, J. Gerard ** | Branstetter Stanch & Jennings | Gary Brown, Kathy Kallenbach, James Peterschmidt |
| Strange, Brian R. | Strange & Carpenter | Kerri Madden |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   **8:10ML2151 JVS (FMOx)**   Date   May 13, 2010

Title   **IN RE: TOYOTA MOTOR CORP. UNINTENDED ACCELERATION MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**

| ATTORNEY | FIRM | PARTY REPRESENTED |
|---|---|---|
| Szumiak, Paul G. | Ringler Kearney Alvarez | Deluxe Holdings, Inc., SPP, Inc., Michael Jermakian, |
| Szerlag, David J. | Pritzker Olsen, P.A. | Application to Appoint Counsel |
| Taschner, Dana B. | Lanier Law Firm | T. Leigh Beard, Catherine Nguyen, Malina Salvador |
| Walburg, Todd A. | Lieff Cabraser Heimann& Bernstein LLP | Robert Booher, on behalf of the Estate of Helen Fornwalt, deceased, William C. Myers, Harry Williams, Jacquelyn Donoghue, individually and on behalf of the Estate of John Donoghue, Andrew Flury, Lori Cangelosi, Jerome Cangelosi, Joseph Christian, Donna Hanna, David Hanna, individually and on behalf of the Estate of Dawn Hanna, deceased, Mary Jo Crank, Teresa B. Myers, individually and on behalf of the Estate of Steffan David Myers, deceased, Tetyana Flury, Lorrie Krieger, individually and on behalf of the estate of Jonathan Senger, deceased, Judy Warren, DDS, Sandra Livingston, individually and on behalf of the Estate of Tyrene Livingston, deceased, Kirk Crank, Brian Barlow, Omar Roberts |
| West, Terry W. | The West Law Firm | Application to Appoint Counsel Filed |
| Wexler, Kenneth A. | Wexler Wallace LLP | Peter Wisner |
| Whatley, Joe R. ** | Whately, Drake & Kallas | Renita Cipriani &  Application to Appoint Counsel Filed |
| Williams, Amanda M. | Gustafson Gluek | Alyson L. Oliver |
| Wivell, Martha K. | Sheller, PC | Application to Appoint Counsel Filed |
| Zimmerman, Charles S. | Zimmerman Reed PLLP | Alyson L. Oliver |