UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No. **8:10ML2151 JVS (FMOx)** | Date May 14, 2010 |
| Title **IN RE: TOYOTA MOTOR CORP. UNINTENDED ACCELERATION MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | |

| Present: The Honorable | James V. Selna | |
|---|---|---|
| | Karla J. Tunis | Not Present |
| | Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:**   **(In Chambers)**   <u>Correction</u> to <u>Order</u> <u>No. 2</u>

Part III.B of the Court's Order No. 2 inadvertently specified that Richard J. Arsenault would represent non-consumer plaintiffs. (Docket No. 169, p. 6.) The Court intends to appoint Mr. Arsenault as representing consumer plaintiffs.

|  |  |  |  |
|---|---|---|---|
|  |  | 0 : 00 |  |
|  | Initials of Preparer | kjt |  |