Elizabeth J. Cabraser, Bar No. 083151
*ecabraser@lchb.com*
LIEFF CABRASER HEIMANN &
  BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:   (415) 956-1008

Mark P. Robinson, Jr., Bar No. 054426
*mrobinson@rcrlaw.net*
ROBINSON, CALCAGNIE &
  ROBINSON
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
Telephone:  (949) 720-1288
Facsimile:  (949) 720-1292

Marc M. Seltzer, Bar No. 054534
*mseltzer@susmangodfrey.com*
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA  90067-6029
Telephone:  (310) 789-3102
Facsimile:   (310) 789-3006

Steve W. Berman (*pro hac vice*)
*steve@hbsslaw.com*
HAGENS BERMAN SOBOL
  SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone:  (206) 268-9320
Facsimile:  (206) 623-0594

Frank M. Pitre, Bar No. 100077
*fpitre@cpmlegal.com*
COTCHETT, PITRE &
  MCCARTHY
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone:  (650) 697-6000
Facsimile:  (650) 697-0577

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| IN RE: TOYOTA MOTOR CORP. UNINTENDED ACCELERATION MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br><u>ALL CASES</u> | Case No. 8:10ML2151 JVS (FMOx)<br><br>DECLARATION OF STEVE W. BERMAN IN SUPPORT OF PLAINTIFFS' PROPOSED SCHEDULING ORDER FOR PLEADINGS<br><br>Date of Hearing: May 28, 2010<br>Time:  9:00 a.m.<br>Place: Courtroom of the Hon. James V. Selna |

010172-25 372773 V1

I, Steve W. Berman, declare:

1. I am a partner with the law firm of Hagens Berman Sobol Shapiro LLP, one of the Co-Lead Counsel representing the plaintiffs in the above-entitled MDL litigation. I have personal knowledge of the matters described in this declaration and am competent to testify thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of the letter of Marc M. Seltzer, *et al.*, to Vincent Galvin, Jr. *et al.*, dated May 19, 2010.

3. Attached as Exhibit 2 is a true and correct of copy of the letter of Cari K. Dawson, *et al.*, to Marc M. Seltzer, dated May 21, 2010.

4. Plaintiffs' accompanying brief cites a number of unpublished slip opinions, which we attached hereto as Exhibits 3-6. These slip opinions are *In re Pharm. Indus. Average Wholesale Price Litig.*, MDL No. 1456 (D. Mass. Oct. 28, 2002) (Ex. 3); *In re Dynamic Random Access (DRAM) Antitrust Litig.*, No. M-0201486-PJH (N.D. Cal. Apr. 16, 2003) (Ex. 4); *In re Hydrogen Peroxide Antitrust Litig.*, No. 05-666 (E.D. Pa. Oct. 24, 2005) (Ex. 5); *In re Rubber Chemicals Antitrust Litig.*, 03-CV-1496 (N.D. Cal. Jan. 26, 2004) (Ex. 6).

5. A true and correct copy of pertinent pages of the current docket sheet for *In re Dynamic Random Access (DRAM) Antitrust Litig.*, No. M-0201486-PJH (N.D. Cal.), is attached hereto as Ex. 7.

Executed this 26th day of May 2010 in Seattle, Washington.

                                                  s/ Steve W. Berman
                                                  Steve W. Berman

## **PROOF OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party through the Court's electronic filing service on May 26, 2010.

/s/ Steve W. Berman
Steve W. Berman

- 2 -

DECL. OF STEVE W. BERMAN ISO PLTFS' PROPOSED
SCHEDULING ORDER RE: THE CONSOL. COMPLAINT

010172-25  372773 V1