# Exhibit 6

| | |
|---|---|
| 1 | GOLD BENNETT CERA & SIDENER LLP |
| | STEVEN O. SIDENER (SBN 121062) |
| 2 | JOSEPH M. BARTON (SBN 188441) |
| | 595 Market Street, Suite 2300 |
| 3 | San Francisco, California 94105-2835 |
| | Telephone: (415) 777-2230 |
| 4 | Facsimile: (415) 777-5189 |
| 5 | COHEN MILSTEIN HAUSFELD & TOLL, P.L.L.C. |
| | MICHAEL D. HAUSFELD |
| 6 | 1100 New York Avenue, N.W. |
| | West Tower, Suite 500 |
| 7 | Washington, D.C. 20005 |
| | Telephone: (202) 408-4600 |
| 8 | Facsimile (202) 408-4699 |
| 9 | - and - |
| 10 | LINDA P. NUSSBAUM |
| | 150 East 52nd Street, 30th Floor |
| 11 | New York, New York 10022 |
| | Telephone: (212) 838-7797 |
| 12 | Facsimile: (212) 838-7745 |
| 13 | Co-Chairmen of Plaintiffs' Executive Committee |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE RUBBER CHEMICALS ANTITRUST LITIGATION | Master Docket No. C-03-1496 (MJJ) |
| | Class Action |
| | **SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT** |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Date: January 27, 2004<br>Time: 2:00 p.m.<br>Place: Courtroom 11, 9th Floor<br>The Honorable Martin J. Jenkins<br>(VIA TELEPHONE) |

#104807

Pursuant to the Court's request at the January 14, 2004 Case Management Conference, the parties hereby submit this Supplemental Joint Case Management Statement.

## I. Rule 26(a) Initial Disclosures

The parties have read and carefully reviewed the Case Management Statement filed by the United States on January 21, 2004. In light of the government's position, the parties agree that the documents which defendants have previously produced in response to grand jury or Department of Justice subpoenas in the related criminal investigation shall be encompassed in defendants' Rule 26 initial disclosures. The parties have agreed to begin negotiating an appropriate protective order and will make their initial disclosures promptly.

## II. Class Certification Schedule

The parties have also agreed to the following schedule with respect to plaintiffs' class certification motion.

| | |
|---|---|
| February 9, 2004 | Begin Class Certification Discovery |
| May 28, 2004 | Close of Class Certification Discovery |
| June 14, 2004 | Plaintiffs' Class Certification Motion |
| July 19, 2004 | Deadline to depose Plaintiffs' expert(s) |
| August 24, 2004 | Defendants' Opposition Brief |
| September 17, 2004 | Deadline to depose Defendants' expert(s) |
| October 22, 2004 | Plaintiffs' Reply in Support of Class Certification |
| November 18, 2004 | Class Certification Hearing |

## III. Number of Depositions and Interrogatories and Length of Depositions

The parties' positions with respect to the number of depositions, interrogatories and length of depositions are as follows.

(a) **Number of Depositions.** The parties have agreed to a limitation of twenty-five (25) depositions (not including Rule 30(b)(6) depositions). In the event the circumstances require, plaintiffs reserve the right to seek to waive this limitation through agreement with defendants or by way of motion to the Court.

//

...

(b) **Duration of Depositions.** The parties agree to the seven-hour limitation imposed by Fed. R. Civ. Proc. 30(d)(2). In the event the circumstances require, plaintiffs reserve the right to seek to waive this limitation through agreement with defendants or by way of motion to the Court.

(c) **Interrogatories.** The parties agree that Fed. R. Civ. Proc. 33, limiting the number of interrogatories to 25 per party, should not be waived. In the event the circumstances require, plaintiffs reserve the right to seek to waive this limitation through agreement with defendants or by way of motion to the Court.

Dated: January 26, 2004

GOLD BENNETT CERA & SIDENER LLP

By: _____/s/ Steven Sid_____
Steven O. Sidener

COHEN MILSTEIN HAUSFELD
& TOLL, P.L.L.C.
Michael D. Hausfeld
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, D.C. 20005
- and -
Linda P. Nussbaum
150 East 52nd Street, 30th Floor
New York, N.Y. 10022

Co-Chairmen of Plaintiffs' Executive Committee

MUCH SHELIST FREED DENENBERG
AMENT & RUBENSTEIN, P.C.
Steven A. Kanner
William H. London
Douglas A. Millen
191 North Wacker Drive, Suite 1800
Chicago, Illinois 60606-1615
Telephone: (312) 521-2000
Facsimile: (312) 521-2100

SAVERI & SAVERI, INC.
Guido Saveri
R. Alexander Saveri
111 Pine Street, Suite 1700
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

#104807

SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT - Master Docket No. C-03-1496 (MJJ)  -2-

| | |
|---|---|
| 1 | GLANCY & BINKOW LLP |
| 2 | Susan G. Kupfer |
|   | 455 Market Street, Suite 1810 |
| 3 | San Francisco, CA 94111 |
|   | Telephone: (415) 217-6810 |
| 4 | Facsimile: (415) 217-6813 |
| 5 | BERGER & MONTAGUE, P.C. |
|   | H. Laddie Montague, Jr. |
| 6 | Ruthanne Gordon |
|   | 1622 Locust Street |
| 7 | Philadelphia, PA 19103 |
|   | Telephone: (215) 875-3000 |
| 8 | Facsimile: (215) 875-4604 |
| 9 | Plaintiffs' Counsel |
| 10 | Date: January 26, 2004       O'MELVENY & MYERS LLP |

By:  /s/ Michael F. Tubach
          Michael F. Tubach

Michael F. Tubach (SBN 145955)
Embarcadero Center West
275 Battery Street, 26th Floor
San Francisco, CA 94111-3305
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

O'MELVENY & MYERS LLP
Ian Simmons
Benjamin G. Bradshaw
Ora Nwabueze
1625 Eye Street, N.W.
Washington, D.C. 20006-4001
Telephone: (202) 383-5163
Facsimile: (202) 383-5414

Attorneys fro Defendants Crompton Corporation and Uniroyal Chemical Company, Inc.

| | | |
|---|---|---|
| 1 | Date: January 26, 2004 | JONES DAY |
| 2 | | |
| 3 | | By: /s/ Matthew P. Vandall |
| | | Matthew P. Vandall |
| 4 | | |
| 5 | | Matthew P. Vandall |
| | | 555 California Street, 26th Floor |
| | | San Francisco, CA 94104 |
| 6 | | Telephone: (415) 626-3939 |
| | | Facsimile: (415) 875-5700 |
| 7 | | |
| 8 | | JONES DAY |
| | | William O'Reilly |
| 9 | | J. Andrew Read |
| | | 51 Louisiana Avenue, N.W. |
| 10 | | Washington, D.C. 20001-2113 |
| | | Telephone: (202) 879-3939 |
| 11 | | Facsimile: (202) 626-1700 |
| 12 | | Attorneys for Defendants Bayer Corporation and Rhein Chemie Corporation |
| 13 | Date: January 26, 2004 | GIBSON, DUNN & CRUTCHER LLP |
| 14 | | |
| 15 | | |
| 16 | | By: /s/ Daniel G. Swanson |
| | | Daniel G. Swanson |
| 17 | | |
| | | Daniel G. Swanson (SBN 116556) |
| 18 | | 333 South Grand Avenue |
| | | Los Angeles CA 90071-3197 |
| 19 | | Telephone: (213) 229-7409 |
| | | Facsimile: (213) 229-6409 |
| 20 | | |
| | | GIBSON, DUNN & CRUTCHER LLP |
| 21 | | D. Jarrett Arp |
| | | Adam J. Di Vincenzo |
| 22 | | 1050 Connecticut Avenue, N.W. |
| | | Washington, D.C. 20036-5306 |
| 23 | | Telephone: (202) 955-8678 |
| | | Facsimile: (202) 530-9527 |
| 24 | | |
| | | Attorneys for Defendant Akzo Nobel Chemical, Inc., Akzo Nobel Chemicals International B.V., |
| 25 | | Flexsys America L.P. and Flexsys, N.V. |
| 26 | | |
| 27 | | |
| 28 | | |

#104807

SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT - Master Docket No. C-03-1496 (MJJ)   -4-

## CERTIFICATE OF SERVICE

I, Candy G. Windsor, hereby declare under penalty of perjury as follows:

I am employed by Gold Bennett Cera & Sidener LLP, 595 Market Street, Suite 2300, San Francisco, California, 94105-2835. I am over the age of eighteen years and am not a party to this action.

On January 26, 2004, I served a copy of the aforementioned **"SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT"** was delivered to all counsel of record by electronic service pursuant to the Court's Order Regarding Electronic Service.

Executed on January 26, 2004, at San Francisco, California.

_____
Candy G. Windsor