# Exhibit 7

52

APPEAL, E-Filing, PROTO, RELATE

# U.S. District Court
## California Northern District (MDL)
### CIVIL DOCKET FOR CASE #: M:02-cv-01486-PJH

| | |
|---|---|
| In Re Dynamic Random Access Memory (DRAM) Antitrust Litigation | Date Filed: 10/23/2002 |
| | Jury Demand: Both |
| Assigned to: Hon. Phyllis J. Hamilton | Nature of Suit: 410 Anti-Trust |
| Referred to: Magistrate Judge Joseph C. Spero | Jurisdiction: Federal Question |
| Member case: (View Member Case) | |
| Relate Case Cases: 4:06-cv-01665-PJH | |
| 4:06-cv-02915-PJH | |
| 4:07-cv-01381-PJH | |
| 4:06-cv-04333-PJH | |
| 4:07-cv-01347-PJH | |
| 4:10-cv-00346-PJH | |
| 4:07-cv-01200-PJH | |
| 4:07-cv-01207-PJH | |
| 4:07-cv-01212-PJH | |

Cause: 15:1 Antitrust Litigation

**Plaintiff**

**Internet Integration Inc.**     represented by     **Cadio R. Zirpoli**
*on its own behalf and on behalf of all others similarly situated*

Saveri & Saveri, Inc.
706 Sansome Street
San Francisco, CA 94111
415-217-6810
Fax: 415-217-6813
Email: zirpoli@saveri.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Fred Taylor Isquith ,**
Wolf Haldenstein Adler Freeman&Herz LLP
270 Madison Avenue
New York, NY 10016
212-545-4600
Fax: 212-545-4653
Email: isquith@whafh.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph J. Tabacco , Jr.**
Berman DeValerio
One California Street
Suite 900
San Francisco, CA 94111

**53**

Fax: 415-421-2922  
*TERMINATED: 02/15/2007*  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/23/2002 | 1 | TRANSFER ORDER from Judicial Panel on Multi District Litigation, pursuant to 28 U.S.C. 1407, that the action is transferred to the Northern District of California creating MDL No. M 02-1486 PJH. (fb, ) (Entered: 10/24/2002) |
| 10/30/2002 | 2 | Letter *dated 10/30/02* from R. Alexander Saveri to Clerk re case management conference. (fb, ) (Entered: 10/31/2002) |
| 11/06/2002 | 3 | MOTION to Stay *of all discovery pending grand jury investigation; Memorandum of Points and Authorities; Declaration of John W. Berry* filed by Elpida Memory USA Inc., Hynix Semiconductor America Inc., Infineon Technologies North America Corp., Micron Semiconductor Products Inc., Micron Technology Inc., Mosel Vitelic Corporation USA, Nanya Technology Corporation USA, Samsung Electronics Co. Ltd., Samsung Semiconductor Inc., Winbond Electronics Corporation America. Motion Hearing set for 12/11/2002 09:00 AM. (fb, ) (Entered: 11/07/2002) |
| 11/06/2002 |  | Received Order re 3 by Elpida Memory USA Inc., Hynix Semiconductor America Inc., Infineon Technologies North America Corp., Micron Semiconductor Products Inc., Micron Technology Inc., Mosel Vitelic Corporation USA, Nanya Technology Corporation USA, Samsung Electronics Co. Ltd., Samsung Semiconductor Inc., Winbond Electronics Corporation America. (fb, ) (Entered: 11/07/2002) |
| 11/06/2002 | 4 | Letter *dated 11/5/02* from John W. Berry to Clerk re filing of motion. (fb, ) (Entered: 11/07/2002) |
| 11/12/2002 | 5 | Letter *dated 11/8/02* from Jonathan M. Jacobson to Clerk re vacated 12/11/02 hearing date of defendants motion for a stay of all discovery. (fb, ) (Entered: 11/14/2002) |
| 11/13/2002 | 6 | MOTION for entry of pretrial order No. 1 *filed by moving plaintiffs'proposed liaison counsel,* filed by Internet Integration Inc.. (fb, ) (Entered: 11/14/2002) |
| 11/13/2002 |  | Received Order re 6 by Internet Integration Inc.. (fb, ) (Entered: 11/14/2002) |
| 11/13/2002 | 7 | DECLARATION in Support re 6 *of Guido Saveri* filed by Internet Integration Inc.. (Related document(s) 6 ) (fb, ) (Entered: 11/14/2002) |
| 11/13/2002 | 8 | CERTIFICATE OF SERVICE by Internet Integration Inc. re 6 , 7 (fb, ) (Entered: 11/14/2002) |
| 11/13/2002 | 9 | Letter *dated 11/13/02* from Guido Saveri to Clerk re case management conference. (fb, ) (Entered: 11/14/2002) |
|  |  |  |

**54**

| | | |
|---|---|---|
| 11/14/2002 | 10 | ORDER. The court will set the hearing on defendants' motion for stay and the case management conference to occur in January, assuming that the administrative process has been completed. The date for the hearing and the deadline for filing the opposition and reply briefs will be determined after the court's ruling on plaintiffs' motion . Signed by Judge Hamilton on 11/14/02. (fb, ) (Entered: 11/15/2002) |
| 11/15/2002 | 11 | Letter *dated 11/15/02* from James L. McGinnis to Clerk re case management order. (fb, ) (Entered: 11/18/2002) |
| 11/18/2002 | 12 | NOTICE re 10 by Internet Integration Inc.. (fb, ) (Entered: 11/18/2002) |
| 11/18/2002 | 13 | Letter *dated 11/12/02* from Jonathan M. Jacobson to Clerk re MDL order. (fb, ) (Entered: 11/19/2002) |
| 11/21/2002 | 14 | NOTICE of Change of Address by Internet Integration Inc.. (fb, ) (Entered: 11/21/2002) |
| 11/21/2002 | 15 | CERTIFICATE OF SERVICE by Internet Integration Inc. re 14 (fb, ) (Entered: 11/21/2002) |
| 11/21/2002 | 16 | Letter *dated 11/18/02* from Jonathan M. Jacobson to Clerk re MDL order. (fb, ) (Entered: 11/22/2002) |
| 12/02/2002 | 17 | CONDITIONAL TRANSFER ORDER (CTO-1) before the Judicial Panel on Multidistrict Litigation signed for the Panel: Michael J. Beck, Clerk of the Panel. (fb, ) (Entered: 12/02/2002) |
| 12/03/2002 | 19 | DECLARATION in Support re 18 *of Niall E. Lynch* filed by United States of America. (Related document(s) 18 ) (fb, ) (Entered: 12/04/2002) |
| 12/04/2002 | 18 | MOTION to Stay *all deposition and interrogatory discovery pending resolution of the grand jury investigation* filed by United States of America. (fb, ) (Entered: 12/04/2002) |
| 12/04/2002 | | Received Order re 18 by United States of America. (fb, ) (Entered: 12/04/2002) |
| 12/04/2002 | 20 | CERTIFICATE OF SERVICE by United States of America re 18 , 19 (fb, ) (Entered: 12/04/2002) |
| 12/16/2002 | 21 | Letter *dated 12/13/02* from James L. McGinnis to Clerk re stay of case. (fb, ) (Entered: 12/17/2002) |
| 01/06/2003 | | CASE NUMBERS CV-03-0055 PJH, CV-03-0056 PJH, CV-03-0057 PJH, CV-03-0058 PJH and CV-03-0059 PJH transferred in from the United States District Court, Southern District of Idaho per MDL order. (fb, ) (Entered: 01/22/2003) |
| 01/15/2003 | 22 | NOTIFICATION to the Court pursuant to this Court's order of 11/14/02 filed by California Plaintiffs. (fb, ) (Entered: 01/21/2003) |
| 01/17/2003 | 24 | Letter *dated 1/16/03* from Gary L. Halling to Guido Saveri re agreement of plaintiffs' executive committee and the draft pretrial order. (fb, ) (Entered: 01/22/2003) |

55

| | | |
|---|---|---|
| 01/17/2003 | 25 | ORDER re Pretrial Order No. 1 . Signed by Judge Hamilton on 1/17/03. (fb, ) (Entered: 01/22/2003) |
| 01/21/2003 | 23 | Letter *dated 1/17/03* from Anthony D. Shapiro to Guido Saveri re briefing schedule. (fb, ) (Entered: 01/22/2003) |
| 01/23/2003 | 26 | NOTICE of Change of Address by Internet Integration Inc.. (fb, ) (Entered: 01/27/2003) |
| 01/23/2003 | 27 | NOTICE re 25 by Internet Integration Inc.. (fb, ) (Entered: 01/27/2003) |
| 01/29/2003 | 28 | OPPOSITION to proposed pretrial order no. 1 filed by The Idaho Plaintiffs (William Breck Seiniger, Jr.). (fb, ) (Entered: 01/29/2003) |
| 01/29/2003 | | Received Order *(proposed pretrial order No. 1)* by William Breck Seiniger Jr.. (fb, ) (Entered: 01/30/2003) |
| 01/29/2003 | 29 | DECLARATION in Opposition re 25 *of Steve W. Berman* filed by William Breck Seiniger Jr.. (Related document(s) 25 ) (fb, ) (Entered: 01/30/2003) |
| 01/29/2003 | 30 | CERTIFICATE OF SERVICE by William Breck Seiniger Jr. re 29 , 28 (fb, ) (Entered: 01/30/2003) |
| 01/30/2003 | 31 | ORDER. All parties appear to agree on all issues except for the designations of lead counsel and/or executive committee membership. Accordingly, those other provisions of the proposed Pretrial Order No. 1 are adopted, and all sixteen cases are consolidated for pretrial purposes. The law firm of Saveri and Saveri is hereby appointed liaison counsel. Plaintiffs' counsel shall submit an amended proposed Pretrial Order No. 1 to reflect the court's ruling and their decisions concerning lead counsel and executive committee membership. The court also removes cases CV-03-0055, CV-03-0056, CV-03-0057, CV-03-0058 and CV-03-0059 from the electronic filing program. . Signed by Judge Hamilton on 1/30/03. (fb, ) (Entered: 01/31/2003) |
| 01/30/2003 | 32 | NOTICE and ORDER re 18 , 3 . Motion Hearing set for 3/26/2003 09:00 AM.. Signed by Judge Hamilton on 1/30/03. (fb, ) (Entered: 01/31/2003) |
| 01/31/2003 | 33 | RESPONSE to order of January 17, 2003 filed by plaintiff 5207 Inc. (fb, ) (Entered: 01/31/2003) |
| 01/31/2003 | 34 | CERTIFICATE OF SERVICE by 5207 Inc. re 33 (fb, ) (Entered: 01/31/2003) |
| 02/03/2003 | 35 | MOTION for permission to file response to Idaho Plaintiffs submission on plaintiffs' organization of consolidated MDL proceeding filed by Internet Integration Inc.. (fb, ) (Entered: 02/05/2003) |
| 02/03/2003 | | Received Order re 35 by Internet Integration Inc.. (fb, ) (Entered: 02/05/2003) |
| 02/03/2003 | 36 | CERTIFICATE OF SERVICE by Internet Integration Inc. re 35 (fb, ) (Entered: 02/05/2003) |
| 02/03/2003 | 37 | ORDER by Judge Hamilton denying 35 Motion to file a reply brief. (fb, ) (Entered: 02/05/2003) |

**56**

| 02/05/2003 | 38 | REPLY to RESPONSE of Plaintif 5207 Inc. filed by the Idaho Plaintiffs. (fb, ) Modified on 2/7/2003 (fb, ). (Entered: 02/07/2003) |
| --- | --- | --- |
| 02/05/2003 | 39 | CERTIFICATE OF SERVICE by William Breck Seiniger Jr. re 38 (fb, ) (Entered: 02/07/2003) |
| 02/05/2003 | 40 | NOTICE re 37 by Internet Integration Inc.. (fb, ) (Entered: 02/07/2003) |
| 02/06/2003 | 41 | CERTIFICATE OF SERVICE by Samsung Electronics Co. Ltd., Samsung Semiconductor Inc. re 32 (fb, ) (Entered: 02/10/2003) |
| 02/07/2003 | 42 | NOTICE re 32 by Internet Integration Inc.. (fb, ) (Entered: 02/10/2003) |
| 02/11/2003 | 43 | NOTICE re 31 by Internet Integration Inc.. (fb, ) (Entered: 02/11/2003) |
| 02/25/2003 | 44 | MOTION for Pro Hac Vice *of Steven W. Berman; Fee Paid; Receipt No. 3344623* filed by 5207 Inc., C3 Information Technology LLC, Continental Promotion Group Inc., Internet Integration Inc., Midland Solutions Group Inc., William Breck Seiniger Jr., Web Ideals LLC. (fb, ) (Entered: 02/25/2003) |
| 02/25/2003 |  | Received Order re 44 by 5207 Inc., C3 Information Technology LLC, Continental Promotion Group Inc., Internet Integration Inc., Midland Solutions Group Inc., William Breck Seiniger Jr., Web Ideals LLC. (fb, ) (Entered: 02/25/2003) |
| 02/25/2003 | 45 | MOTION for Pro Hac Vice *of Anthony D. Shapiro; Fee Paid; Receipt No. 3344623* filed by 5207 Inc., C3 Information Technology LLC, Continental Promotion Group Inc., Internet Integration Inc., Midland Solutions Group Inc., William Breck Seiniger Jr., Web Ideals LLC. (fb, ) (Entered: 02/25/2003) |
| 02/25/2003 |  | Received Order re 45 by 5207 Inc., C3 Information Technology LLC, Continental Promotion Group Inc., Internet Integration Inc., Midland Solutions Group Inc., William Breck Seiniger Jr., Web Ideals LLC. (fb, ) (Entered: 02/25/2003) |
| 02/25/2003 | 46 | CERTIFICATE/PROOF OF SERVICE by 5207 Inc., C3 Information Technology LLC, Continental Promotion Group Inc., Internet Integration Inc., Midland Solutions Group Inc., William Breck Seiniger Jr., Web Ideals LLC re 44 , 45 (fb, ) (Entered: 02/25/2003) |
| 02/25/2003 | 47 | ORDER by Judge Hamilton granting 44 Motion for Pro Hac Vice of Steve W. Berman. (fb, ) (Entered: 02/26/2003) |
| 02/26/2003 | 48 | ORDER by Judge Hamilton granting 45 Motion for Pro Hac Vice of Anthony D. Shapiro. (fb, ) (Entered: 02/27/2003) |
| 03/05/2003 | 49 | ORDER extending time to file pleadings concerning pending motions for a stay. Plaintiffs' response to the pending motions due 3/7/03; reply briefs due 3/14/03. The Court's currently scheduled hearing remains the same, 3/26/03. Signed by Judge Hamilton on 3/5/03. (fb, ) (Entered: 03/06/2003) |
| 03/07/2003 | 50 | Memorandum in Opposition re 3 , 18 *; STATEMENT of Non-Opposition to Government's motion to intervene* filed by 5207 Inc., C3 Information |

**57**

| | | |
|---|---|---|
| | | Technology LLC, Continental Promotion Group Inc., Internet Integration Inc., Midland Solutions Group Inc., William Breck Seiniger Jr., Web Ideals LLC. (fb, ) (Entered: 03/10/2003) |
| 03/07/2003 | 51 | DECLARATION in Support re 50 *of Bonny E. Sweeney* filed by 5207 Inc., C3 Information Technology LLC, Continental Promotion Group Inc., Internet Integration Inc., Midland Solutions Group Inc., William Breck Seiniger Jr., Web Ideals LLC. (Related document(s) 50 ) (fb, ) (Entered: 03/10/2003) |
| 03/07/2003 | 52 | CERTIFICATE/PROOF OF SERVICE by 5207 Inc., C3 Information Technology LLC, Continental Promotion Group Inc., Midland Solutions Group Inc., William Breck Seiniger Jr., Web Ideals LLC re 50 , 51 (fb, ) (Entered: 03/10/2003) |
| 03/10/2003 | 53 | NOTICE re 49 by 5207 Inc., C3 Information Technology LLC, Continental Promotion Group Inc., Internet Integration Inc., Midland Solutions Group Inc., William Breck Seiniger Jr., Web Ideals LLC. (fb, ) (Entered: 03/10/2003) |
| 03/14/2003 | 54 | Reply Memorandum to Motion re 3 *(REPLY BRIEF); Proposed Order (attached as Exhibit A)* filed by Samsung Semiconductor Inc.. (fb, ) (Entered: 03/17/2003) |
| 03/14/2003 | 55 | DECLARATION in Support re 3 *of Jonathan M. Jacobson* filed by Samsung Electronics Co. Ltd.. (Related document(s) 3 ) (fb, ) (Entered: 03/17/2003) |
| 03/14/2003 | 56 | CERTIFICATE/PROOF OF SERVICE by Samsung Semiconductor Inc. re 54 , 55 (fb, ) (Entered: 03/17/2003) |
| 03/14/2003 | 57 | Reply to Opposition re 18 filed by United States of America. (fb, ) (Entered: 03/17/2003) |
| 03/14/2003 | 58 | DECLARATION in Support re 57 *of Niall E. Lynch* filed by United States of America. (Related document(s) 57 ) (fb, ) (Entered: 03/17/2003) |
| 03/14/2003 | 59 | CERTIFICATE/PROOF OF SERVICE by United States of America re 57 , 58 (fb, ) (Entered: 03/17/2003) |
| 03/17/2003 | 60 | ORDER granting Ex Parte Motion to file Lynch Supplemental Declaration under seal pursuant to Civil Local Rules 7-10 and 79-5; Ex Parte Motion to File Lynch Supplemental Declaration Under Seal; FILED UNDER SEAL . Signed by Judge Hamilton on 3/17/03. (fb, ) (Entered: 03/17/2003) |
| 03/17/2003 | 61 | DECLARATION in Support re 18 *of Niall E. Lynch; FILED UNDER SEAL* filed by United States of America. (Related document(s) 18 ) (fb, ) (Entered: 03/17/2003) |
| 03/26/2003 | 62 | Minute Entry: Motion Hearing held on 3/26/2003 before Judge Hamilton. Proceedings: Defendants' Motion to Stay, USA's Motion to Intervene and for Stay; Ordered After Hearing: USA Motion to Intervene GRANTED; Counsel proffer stipulation re discovery; Motions to stay VACATED pending submission of proposed stipulation. (Court Reporter Juanita |

**58**

| | | |
|---|---|---|
| | | Gonzales.) (fb, ) (Entered: 03/27/2003) |
| 03/26/2003 | 63 | MOTION for Pro Hac Vice *of Attorney Steven A. Kanner; Fee Paid; Receipt Number 3345725;* filed by 5207 Inc., C3 Information Technology LLC, Continental Promotion Group Inc., Internet Integration Inc., Midland Solutions Group Inc., William Breck Seiniger Jr., Web Ideals LLC. (fb, ) (Entered: 03/27/2003) |
| 03/26/2003 | | Received Order re 63 by 5207 Inc., C3 Information Technology LLC, Continental Promotion Group Inc., Internet Integration Inc., Midland Solutions Group Inc., William Breck Seiniger Jr., Web Ideals LLC. (fb, ) (Entered: 03/27/2003) |
| 03/26/2003 | 64 | MOTION for Pro Hac Vice *of Attorney Steven J. Greenfogel; Fee Paid; Receipt Number 3345725;* filed by 5207 Inc., C3 Information Technology LLC, Continental Promotion Group Inc., Internet Integration Inc., Midland Solutions Group Inc., William Breck Seiniger Jr., Web Ideals LLC. (fb, ) (Entered: 03/27/2003) |
| 03/26/2003 | | Received Order re 64 by 5207 Inc., C3 Information Technology LLC, Continental Promotion Group Inc., Internet Integration Inc., Midland Solutions Group Inc., William Breck Seiniger Jr., Web Ideals LLC. (fb, ) (Entered: 03/27/2003) |
| 03/26/2003 | 65 | MOTION for Pro Hac Vice *of Attorney Joel C. Meredith; Fee Paid; Receipt Number 3345725;* filed by 5207 Inc., C3 Information Technology LLC, Continental Promotion Group Inc., Internet Integration Inc., Midland Solutions Group Inc., William Breck Seiniger Jr., Web Ideals LLC. (fb, ) (Entered: 03/27/2003) |
| 03/26/2003 | | Received Order re 65 by 5207 Inc., C3 Information Technology LLC, Continental Promotion Group Inc., Internet Integration Inc., Midland Solutions Group Inc., William Breck Seiniger Jr.. (fb, ) (Entered: 03/27/2003) |
| 03/26/2003 | 66 | CERTIFICATE/PROOF OF SERVICE by 5207 Inc., C3 Information Technology LLC, Continental Promotion Group Inc., Internet Integration Inc., Midland Solutions Group Inc., William Breck Seiniger Jr., Web Ideals LLC re 63 , 64 , 65 (fb, ) (Entered: 03/27/2003) |
| 03/27/2003 | 67 | ORDER by Judge Hamilton granting 64 Motion for Pro Hac Vice of Steven J. Greenfogel. (fb, ) (Entered: 03/31/2003) |
| 03/27/2003 | 68 | ORDER by Judge Hamilton granting 65 Motion for Pro Hac Vice of Joel C. Meredith. (fb, ) (Entered: 03/31/2003) |
| 03/27/2003 | 69 | ORDER by Judge Hamilton granting 63 Motion for Pro Hac Vice of Steven A. Kanner (fb, ) (Entered: 03/31/2003) |
| 04/01/2003 | 70 | MOTION for Pro Hac Vice *of Eugene A. Spector; Fee Paid; Receipt No. 3345887;* filed by 5207 Inc., C3 Information Technology LLC, Continental Promotion Group Inc., Internet Integration Inc., Midland Solutions Group Inc., William Breck Seiniger Jr., Web Ideals LLC. (fb, ) (Entered: 04/02/2003) |

**59**

| | | |
|---|---|---|
| 04/01/2003 | | Received Order re 70 by 5207 Inc., C3 Information Technology LLC, Continental Promotion Group Inc., Internet Integration Inc., Midland Solutions Group Inc., William Breck Seiniger Jr., Web Ideals LLC. (fb, ) (Entered: 04/02/2003) |
| 04/01/2003 | 71 | MOTION for Pro Hac Vice *of John A. Macoretta; Fee Paid; Receipt No. 3345887;* filed by 5207 Inc., C3 Information Technology LLC, Continental Promotion Group Inc., Internet Integration Inc., Midland Solutions Group Inc., William Breck Seiniger Jr., Web Ideals LLC. (fb, ) (Entered: 04/02/2003) |
| 04/01/2003 | | Received Order re 71 by 5207 Inc., C3 Information Technology LLC, Continental Promotion Group Inc., Internet Integration Inc., Midland Solutions Group Inc., William Breck Seiniger Jr., Web Ideals LLC. (fb, ) (Entered: 04/02/2003) |
| 04/01/2003 | 72 | MOTION for Pro Hac Vice *of Jeffrey J. Corrigan; Fee Paid; Receipt No. 3345887;* filed by 5207 Inc., C3 Information Technology LLC, Continental Promotion Group Inc., Internet Integration Inc., Midland Solutions Group Inc., William Breck Seiniger Jr.. (fb, ) (Entered: 04/02/2003) |
| 04/01/2003 | | Received Order re 72 by 5207 Inc., C3 Information Technology LLC, Continental Promotion Group Inc., Internet Integration Inc., Midland Solutions Group Inc., William Breck Seiniger Jr., Web Ideals LLC. (fb, ) (Entered: 04/02/2003) |
| 04/01/2003 | 73 | CERTIFICATE/PROOF OF SERVICE by 5207 Inc., C3 Information Technology LLC, Continental Promotion Group Inc., Internet Integration Inc., Midland Solutions Group Inc., William Breck Seiniger Jr., Web Ideals LLC re 70 , 71 , 72 (fb, ) (Entered: 04/02/2003) |
| 04/03/2003 | 74 | ORDER by Judge Hamilton granting 70 Motion for Pro Hac Vice of Eugene A. Spector. (fb, ) (Entered: 04/03/2003) |
| 04/03/2003 | 75 | ORDER by Judge Hamilton granting 72 Motion for Pro Hac Viceof Jeffrey J. Corrigan. (fb, ) (Entered: 04/03/2003) |
| 04/03/2003 | 76 | ORDER by Judge Hamilton granting 71 Motion for Pro Hac Vice of John A. Macoretta. (fb, ) (Entered: 04/03/2003) |
| 04/09/2003 | 77 | MOTION for entry of proposed amended pretrial order no. 1 *submitted by Plaintiffs' Proposed Liaison Counsel, Berman DeValerio Pease Tabacco Burt & Pucillo,* filed by 5207 Inc., C3 Information Technology LLC, Continental Promotion Group Inc., Internet Integration Inc., Midland Solutions Group Inc., William Breck Seiniger Jr., Web Ideals LLC. Motion Hearing set for 5/14/2003 09:00 AM. (fb, ) (Entered: 04/10/2003) |
| 04/09/2003 | | Received Order re 77 by 5207 Inc., C3 Information Technology LLC, Continental Promotion Group Inc., Internet Integration Inc., Midland Solutions Group Inc., William Breck Seiniger Jr., Web Ideals LLC. (fb, ) (Entered: 04/10/2003) |
| 04/09/2003 | 78 | CERTIFICATE/PROOF OF SERVICE by 5207 Inc., C3 Information Technology LLC, Continental Promotion Group Inc., Internet Integration |

**60**

| | | |
|---|---|---|
| | | Inc., Midland Solutions Group Inc., William Breck Seiniger Jr., Web Ideals LLC re 77 (fb, ) (Entered: 04/10/2003) |
| 04/10/2003 | 79 | MOTION for entry of alternative proposed amended pretrial order No. 1 filed by William Breck Seiniger Jr.. Motion Hearing set for 5/21/2003 09:00 AM. (fb, ) (Entered: 04/10/2003) |
| 04/10/2003 | | Received Order re 79 by William Breck Seiniger Jr.. (fb, ) (Entered: 04/10/2003) |
| 04/10/2003 | 80 | DECLARATION in Support re 79 *of Steve W. Berman* filed by William Breck Seiniger Jr.. (Related document(s) 79 ) (fb, ) (Entered: 04/10/2003) |
| 04/10/2003 | 81 | CERTIFICATE/PROOF OF SERVICE by William Breck Seiniger Jr. re 79 , 80 (fb, ) (Entered: 04/10/2003) |
| 04/11/2003 | 82 | MOTION for Pro Hac Vice *of Garret Blanchfield; Fee Paid; Receipt Number 3346293;* filed by 5207 Inc., C3 Information Technology LLC, Continental Promotion Group Inc., Internet Integration Inc., Midland Solutions Group Inc., William Breck Seiniger Jr., Web Ideals LLC. (fb, ) (Entered: 04/15/2003) |
| 04/11/2003 | | Received Order re 82 by 5207 Inc., C3 Information Technology LLC, Continental Promotion Group Inc., Internet Integration Inc., Midland Solutions Group Inc., William Breck Seiniger Jr., Web Ideals LLC. (fb, ) (Entered: 04/15/2003) |
| 04/11/2003 | 83 | MOTION for Pro Hac Vice *of Mark Reinhardt; Fee Paid; Receipt Number 3346293;* filed by 5207 Inc., C3 Information Technology LLC, Continental Promotion Group Inc., Internet Integration Inc., Midland Solutions Group Inc., William Breck Seiniger Jr., Web Ideals LLC. (fb, ) (Entered: 04/15/2003) |
| 04/11/2003 | | Received Order re 83 by 5207 Inc., C3 Information Technology LLC, Continental Promotion Group Inc., Internet Integration Inc., Midland Solutions Group Inc., William Breck Seiniger Jr., Web Ideals LLC. (fb, ) (Entered: 04/15/2003) |
| 04/11/2003 | 84 | CERTIFICATE/PROOF OF SERVICE by 5207 Inc., C3 Information Technology LLC, Continental Promotion Group Inc., Internet Integration Inc., Midland Solutions Group Inc., William Breck Seiniger Jr., Web Ideals LLC re 82 , 83 (fb, ) (Entered: 04/15/2003) |
| 04/11/2003 | 85 | ORDER. Before this court is a motion by certain plaintiffs' counsel for the entry of proposed amended pretrial order number 1 and another motion by Idaho plaintiffs' counsel for the entry of an alternate amended pretrial order number 1. The court orders the following briefing schedule. Oppositions to both motions, if necessary, shall be filed no later than 4/24/03. No replies will be permitted. Signed by Judge Hamilton on 4/11/03. (fb, ) (Entered: 04/15/2003) |
| 04/14/2003 | 86 | ORDER by Judge Hamilton granting 82 Motion for Pro Hac Vice of Garrett Blanchfield. (fb, ) (Entered: 04/15/2003) |
| | | |

**61**

| | | |
|---|---|---|
| 04/14/2003 | 87 | ORDER by Judge Hamilton granting 83 Motion for Pro Hac Vice of Mark Reinhardt. (fb, ) (Entered: 04/15/2003) |
| 04/14/2003 | 88 | NOTICE re 85 by 5207 Inc., C3 Information Technology LLC, Continental Promotion Group Inc., Internet Integration Inc., Midland Solutions Group Inc., William Breck Seiniger Jr., Web Ideals LLC. (fb, ) (Entered: 04/15/2003) |
| 04/16/2003 | 89 | STIPULATION AND ORDER limiting the scope of discovery. Case Management Conference set for 5/15/2003 at 03:00 PM.. Signed by Judge Hamilton on 4/16/03. (fb, ) (Entered: 04/17/2003) |
| 04/24/2003 | 90 | OPPOSITION to California Group's Motion for Entry of Proposed Amended Pretrial Order No. 1 filed by Idaho Plaintiffs. (fb, ) (Entered: 04/24/2003) |
| 04/24/2003 | 91 | CERTIFICATE/PROOF OF SERVICE by William Breck Seiniger Jr. re 90 (fb, ) (Entered: 04/24/2003) |
| 04/24/2003 | 92 | NOTICE re 89 by Samsung Semiconductor Inc.. (fb, ) (Entered: 04/24/2003) |
| 04/24/2003 | 93 | Memorandum in Opposition re 79 *to Idaho Plaintiffs' motion for entry of pretrial order* filed by 5207 Inc.. (fb, ) (Entered: 04/25/2003) |
| 04/24/2003 | 94 | CERTIFICATE/PROOF OF SERVICE by 5207 Inc. re 93 (fb, ) (Entered: 04/25/2003) |
| 04/24/2003 | 95 | Memorandum in Opposition re 79 filed by JEM Electronics Distributors Inc. (fb, ) (Entered: 04/25/2003) |
| 04/25/2003 | 96 | TRANSCRIPT for dates 3/26/03; Court Reporter: Juanita Gonzalez. (fb, ) (Entered: 04/28/2003) |
| 04/28/2003 | 97 | Memorandum in Opposition re 79 filed by JEM Electronics Distributors Inc. (fb, ) (Entered: 04/29/2003) |
| 05/02/2003 | 98 | ORDER by Judge Hamilton granting 77 Motion, denying 79 Motion. There will be no hearing on either 5/14/03 or 5/21/03. Mr. Tabacco is requested to serve copies of this order on all parties and the United States. (fb, ) (Entered: 05/02/2003) |
| 05/02/2003 | 99 | AMENDED PRETRIAL ORDER No. 1 . Signed by Judge Hamilton on 5/1/03. (fb, ) (Entered: 05/02/2003) |
| 05/05/2003 | 100 | NOTICE re 98 , 99 by C3 Information Technology LLC. (fb, ) (Entered: 05/05/2003) |
| 05/05/2003 | 101 | CERTIFICATE/PROOF OF SERVICE by C3 Information Technology LLC re 100 (fb, ) (Entered: 05/05/2003) |
| 05/09/2003 | 102 | STIPULATION AND ORDER continuing case management conference. Case Management Conference set for 6/5/2003 at 02:30 PM.. Signed by Judge Hamilton on 5/9/03. (fb, ) (Entered: 05/09/2003) |
| 05/15/2003 | 103 | NOTICE re 102 by Samsung Semiconductor Inc.. (fb, ) (Entered: 05/16/2003) |

**62**