UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: Toyota Motor Corp. Unintended Acceleration Marketing, Sales Practices, and Products Liability Litigation<br><br>This document relates to:<br><br>ALL CASES | Case No:  8:10ML 02151 JVS(FMOx)<br><br><br>ORDER NO. 4: FILING PROCEDURES |

This Order shall govern the filing of all pleadings in this proceeding.

1.  All pleadings filed by the economic loss committee shall be signed by at least one lead counsel for that committee.

2.  All pleadings filed by the liaison committee for personal injury/wrongful death cases shall be signed by at least one lead counsel for that committee.

3.  All pleadings filed by the core discovery committee shall be signed

1

by at least one lead counsel for economic loss committee and at least one lead counsel for the liaison committee for personal injury/wrongful death cases.

4.   All pleadings filed by the liaison counsel for state and other federal proceedings  shall be signed by at least one liaison counsel for those cases.

5.   With respect to motions practice only, any pleading filed by an individual personal injury/wrongful death plaintiff shall be signed by the plaintiff's individual counsel and at least one lead counsel for the liaison committee for personal injury/wrongful death cases.  Similarly, with respect to motions practice only, any pleading filed by an individual economic loss plaintiff shall be signed by the plaintiff's individual counsel and at least one lead counsel for the economic loss committee.

6.   It is the Court's intent that lead counsel act as gatekeepers.  The signature of a lead counsel certifies that the pleading complies with the Federal Rules of Civil Procedure, the Local Rules of the Central District of California, and the Orders in this case .

IT IS SO ORDERED.

Dated:  June 1, 2010

_____
James V. Selna
United States District Judge

2