UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   **8:10ML2151 JVS (FMOx)**          Date   June 18, 2010

Title        **IN RE: TOYOTA MOTOR CORP. UNINTENDED
ACCELERATION MARKETING, SALES PRACTICES,
AND PRODUCTS LIABILITY LITIGATION**

Present: The Honorable   James V. Selna

| Karla J. Tunis/Nancy K. Boehme | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   **(In Chambers)**

The attached referenced individual cases were transferred to this Court as related to 8: 10ML2151 JVS (FMOx), In Re Toyota Motor Corp. Unintended Acceleration Marketing, Sales Practices and Product Liability Litigation.   Attached hereto is a copy of Order No. 2: Adoption and Organization Plan and Appointment of Counsel dated May 14, 2010; Order No. 2: Correction dated May 14, 2010; Order No. 3: Adoption of a Schedule for the Filing of Consolidated Complaint(s), Rule 26(a)(1) Initial Disclosures, and Pleadings Motion dated June 1, 2010; and Order No. 4: Filing Procedures dated June 1, 2010 with a revised Exhibit A that was issued in this MDL action.

|  | 0 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | nkb | |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   **8:10ML2151 JVS (FMOx)**          Date   June 18, 2010

Title     **IN RE: TOYOTA MOTOR CORP. UNINTENDED
ACCELERATION MARKETING, SALES PRACTICES,
AND PRODUCTS LIABILITY LITIGATION**

## Attachment A

| | | |
|---|---|---|
| 8:10-cv-00763-JVS -FMO | 8:10-cv-00757-JVS -FMO | 8:10-cv-00734-JVS -FMO |
| 8:10-cv-00764-JVS -FMO | 8:10-cv-00760-JVS -FMO | 8:10-cv-00744-JVS -FMO |
| 8:10-cv-00747-JVS -FMO | 8:10-cv-00724-JVS -FMO | 8:10-cv-00772-JVS -FMO |
| 8:10-cv-00748-JVS -FMO | 8:10-cv-00767-JVS -FMO | 8:10-cv-00768-JVS -FMO |
| 8:10-cv-00775-JVS -FMO | 8:10-cv-00759-JVS -FMO | 8:10-cv-00742-JVS -FMO |
| 8:10-cv-00782-JVS -FMO | 8:10-cv-00722-JVS -FMO | 8:10-cv-00730-JVS -FMO |
| 8:10-cv-00749-JVS -FMO | 8:10-cv-00761-JVS -FMO | 8:10-cv-00729-JVS -FMO |
| 8:10-cv-00750-JVS -FMO | 8:10-cv-00751-JVS -FMO | 8:10-cv-00776-JVS -FMO |
| 8:10-cv-00721-JVS -FMO | 8:10-cv-00723-JVS -FMO | 8:10-cv-00781-JVS -FMO |
| 8:10-cv-00719-JVS -FMO | 8:10-cv-00771-JVS -FMO | 8:10-cv-00773-JVS -FMO |
| 8:10-cv-00720-JVS -FMO | 8:10-cv-00774-JVS -FMO | 8:10-cv-00780-JVS -FMO |
| 8:10-cv-00731-JVS -FMO | 8:10-cv-00727-JVS -FMO | 8:10-cv-00801-JVS -FMO |
| 8:10-cv-00743-JVS -FMO | 8:10-cv-00784-JVS -FMO | 8:10-cv-00783-JVS -FMO |
| 8:10-cv-00779-JVS -FMO | 8:10-cv-00769-JVS -FMO | |
| 8:10-cv-00785-JVS -FMO | 8:10-cv-00770-JVS -FMO | |
| 8:10-cv-00786-JVS -FMO | 8:10-cv-00741-JVS -FMO | |
| 8:10-cv-00787-JVS -FMO | 8:10-cv-00765-JVS -FMO | |
| 8:10-cv-00788-JVS -FMO | 8:10-cv-00732-JVS -FMO | |
| 8:10-cv-00752-JVS -FMO | 8:10-cv-00733-JVS -FMO | |
| 8:10-cv-00753-JVS -FMO | 8:10-cv-00766-JVS -FMO | |
| 8:10-cv-00754-JVS -FMO | 8:10-cv-00777-JVS -FMO | |
| 8:10-cv-00755-JVS -FMO | 8:10-cv-00777-JVS -FMO | |
| 8:10-cv-00745-JVS -FMO | 8:10-cv-00735-JVS -FMO | |
| 8:10-cv-00756-JVS -FMO | 8:10-cv-00736-JVS -FMO | |
| 8:10-cv-00740-JVS -FMO | 8:10-cv-00737-JVS -FMO | |
| 8:10-cv-00725-JVS -FMO | 8:10-cv-00738-JVS -FMO | |
| 8:10-cv-00726-JVS -FMO | 8:10-cv-00739-JVS -FMO | |
| 8:10-cv-00746-JVS -FMO | 8:10-cv-00778-JVS -FMO | |
| 8:10-cv-00728-JVS -FMO | 8:10-cv-00762-JVS -FMO | |

1
2
3
4
5
6
7    UNITED STATES DISTRICT COURT
8    CENTRAL DISTRICT OF CALIFORNIA
9
10   In Re: Toyota Motor Corp. Unintended          CASE NO: 8:10ML02151 JVS(FMOx)
     Acceleration Marketing, Sales
11   Practices, and Products Liability
     Litigation
12                                                  ORDER NO. 2: ADOPTION OF
     This document relates to:                      ORGANIZATION PLAN AND
13                                                  APPOINTMENT OF COUNSEL
     ALL CASES
14
15
16
17

18       At the outset, the Court thanks the authors of the Joint Preliminary Report

19   (Docket No. 8) and all counsel for their thoughtful and extensive submissions on

20   the structure of this litigation.  The filings represent a thorough consideration of the

21   complexity which these pretrial proceedings face.

22

23   I.    Adoption of Structure.

24

25            The Court finds that plaintiffs' counsel should be structured as

26   follows:

27

28                                          1

• A liaison committee for personal injury/wrongful death cases, consisting of two co-lead counsel and a total of nine members, including the co-leads. The committee will have the duties outlined in the Manual for Complex Litigation (Fourth) § 22.62, but tailored to reflect retention by individual counsel of the unique aspects of each personal injury/wrongful death case.

• A lead counsel committee for the economic loss cases, consisting of two co-leads who represent consumer plaintiffs and one co-lead who represents non-consumer plaintiffs, and six additional members consisting of five counsel who represent consumer plaintiffs and one counsel who represents non-consumer plaintiffs. The committee will have the duties outlined in the Manual for Complex Litigation (Fourth) § 22.62.

• A core discovery committee consisting of the co-lead liaison counsel for the personal injury/wrongful death cases and the co-lead counsel for the economic loss plaintiffs. There shall be two co-leads of the core discovery committee, one designated by the liaison committee and one designated by the lead counsel committee. The co-leads may add by agreement a total of four additional members from the liaison committee and/or the lead committee. Thus, the core discovery committee shall be no larger than nine.

• Three liaison counsel to the state cases and other types of federal cases to coordinate between the core discovery committee and the state and federal litigation. The duties of plaintiffs' state and federal liaison counsel shall be limited to liaison.

2

• One or more counsel who shall have specific duties limited to a particular factual or legal area.

This structure is somewhat larger than the Court initially envisioned. However, the Court became convinced at the initial hearing that a larger group of counsel is needed to meet the needs of this case.

The Court declines to appoint a series of specialized committees. (See Joint Preliminary Report, pp. 3-4.) The Court believes these tasks can best be addressed by the committees which the Court has appointed in a centralized framework. In this regard, the Court notes the depth of the firms of many of the appointees.

II.     Core Discovery.

In its April 13, 2010 Order, the Court suggested a definition of core discovery: "By core discovery, the Court means discovery of the development, marketing, sales, manufacture, and administration of the Toyota products and product programs at issue in this case." (Docket No. 3, p. 2.) The scope likely includes all the issues outlined in the Joint Preliminary Report (pp. 9-20), but the Court agrees with the Toyota parties that it would be more productive to allow the parties to negotiate a joint definition, which the Court believes should occur as part of adopting a discovery program. (See Section IV.B, infra.) It is premature for the Court to attempt to define the scope of discovery at this time.

III.    Appointments.

The Court makes the appointments listed below, but first deals with

3

the issue of conflicts of interests.

### A. Conflicts of Interest.

On May 3, 2010, the Court invited comments on whether a conflict exists if counsel represent both personal injury/wrongful death plaintiffs and economic loss plaintiffs and whether a conflict exists if counsel represent both consumer economic loss plaintiffs and non-consumer economic loss plaintiffs. (Docket No. 92.)  The Court has concluded that neither combination of representations constitutes a disqualifying conflict which bars the appointment of counsel to a leadership position.

First, the supposed conflict between personal injury/wrongful death plaintiffs and economic loss plaintiffs is premised on the theory that these categories of plaintiffs are competing for a limited pool of resources to fund any judgment.[1]  (E.g., Docket No. 53, pp. 5-6; Docket No. 149, p. 1.)  However, such concerns appear speculative at this time in view of the representations that Toyota had revenues of  more than $200 billion in 2009.  See Blackie v. Barrack, 524 F.2d 891, 909 (9th Cir. 1975); In re First American Corp. Erisa Litigation, 258 F.R.D. 610, 619 (C.D. Cal. 2009).  Moreover, the Court notes that Toyota announced on May 11, 2010 an annual profit of approximately $2.2 billion for the fiscal year ending March 31, 2010.[2]

---

[1] Arguably, the same contention could be made with respect to representation of consumer and non-consumer economic loss plaintiffs, but it would suffer from the same flaw.

[2] See, e.g., Hiroko Tabuchi, Toyota Posts $2.2 Billion Annual Profit, N.Y. Times, May 11, 2010, http://www.nytimes.com/2010/05/12/business/global/12toyota.html.

Second, the differences between consumer and non-consumer economic loss plaintiffs may require representation of both types of plaintiffs in the leadership, but dual representation does not create a conflict. Courts have regularly permitted counsel to represent different types of claimants within a class or subclasses. See, e.g., In re Medtronic, Inc., 2008 WL 3895933 at *3 (D. Minn. Aug. 15, 2008) (MDL 1726); Moreno v. Autozone, Inc., 251 F.R.D. 417, 425 (N.D. Cal. 2008); In re Serzone Products Liability Litigation, 231 F.R.D. 221, 238 (S.D. W.Va. 2005) (MDL 1477). There is no basis for reaching a different conclusion here.

Part of the concern regarding potential conflicts is addressed by the Court's determination not to appoint the same counsel to a leadership position involving more than one type of claimant. Each group of claimants will have adequate representation in the leadership.

At best, the issue of whether such dual representations require disqualification is premature. There will be other, more appropriate opportunities to revisit the issue, such as the Court's consideration of the adequacy of counsel on motions for class certification. Fed. R. Civ. P. 23(a)(4).

## B. Appointments.

The Court makes the appointments listed below. The appointments are personal in nature, and although the Court anticipates that appointees will draw on the resources of their firms or their existing co-counsel, the appointee is the member of the committee and responsible for the duties which he or she assumes. At a coming hearing, the Court will discuss a process for evaluating appointees' performance and commitment to the tasks assigned.

Plaintiffs' Liaison Committee for Personal Injury/Wrongful Death Cases:

  *Co-Lead Counsel:* Elizabeth J. Cabraser, Mark P. Robinson, Jr.

  *Members:* Lewis S. Eidson, W. Mark Lanier, Richard D. McCune, W. Daniel "Dee" Miles, Brian Panish, Hunter J. Shkolnik, Donald H. Slavik

Plaintiffs' Lead Counsel Committee for Economic Loss Class Actions:

  *Co-Lead Counsel:* Steven W. Berman (consumer), Frank M. Pitre (non-consumer), Marc M. Seltzer (consumer)

  *Members:* Richard J. Arsenault (non-consumer), Benjamin L. Bailey (consumer), Stanley M. Chesley (consumer), Jayne Conroy (consumer), Michael Louis Kelly (consumer), Jerome L. Ringler (non-consumer)

Core Discovery Committee: To be staffed as discussed in Section I.

Plaintiffs' Liaison Counsel to State and Other Types of Federal Cases: Wylie A. Aitken, Dawn M. Barrios, Gretchen M. Nelson

Specialized Appointment: Monica R. Kelly, consultant to the Liaison Committee for Personal Injury/Wrongful Death Cases and the Lead

Counsel Committee for Economic Loss Class Actions on foreign law issues, including motions practice involving foreign law issues.

The Court defers to the Toyota parties' suggestion for organizing their defense, and adopts their proposal below. (See Joint Preliminary Report, pp. 8-9.) Accordingly, the Court appoints:

Lead Defense Counsel for Personal Injury/Wrongful Death Cases: Vince Galvin, Joel Smith. Counsel will have the duties outlined in the Manual for Complex Litigation (Fourth) § 22.62. They shall also serve as liaison counsel for technical issues.

Lead Defense Counsel for Economic Loss Cases: Cari K. Dawson, Lisa Gilford. Counsel will have the duties outlined in the Manual for Complex Litigation (Fourth) § 22.62.

Defendants' Liaison Counsel to State Cases and Other Types of Federal Cases: Vince Galvin, Lisa Gilford

IV.   Further Hearings.

A. May 28, 2010, 9:00 a.m.

This hearing will address the following issues:

• Entry of a scheduling order for pleadings, including:

    • Date for filing a consolidated class action complaint(s) for

7

economic loss.

• A briefing schedule for Rule 12 or other pleadings motions directed to the consolidated complaint(s) for economic loss.

• A briefing schedule for Rule 12 or other pleadings motions directed to the personal injury/complaints. The number of such motions shall be limited to two motions raising any common issues affecting all or a substantial number of personal injury/wrongful death complaints. The Court intends for such motions to serve as bellwethers which will provide the parties guidance with respect to the same issues in other cases before further motions practice proceeds. Pleadings motions raising issues unique to a particular plaintiff may be tendered without limitation.

The parties shall submit a proposed order no later than May 26, 2010. The proposed order shall reflect alternative provisions where there is a dispute. The Liaison and Lead Counsel Committees may each supplement the proposed order with a brief of no more than ten pages. The Toyota parties may supplement the proposed order with a brief of no more than fifteen pages.

• Entry of an evidence preservation order. The parties shall submit a proposed order no later than May 26, 2010. The proposed order shall reflect alternative provisions where there is a dispute. The Liaison and Lead Counsel Committees may each supplement the proposed order with a brief of no more than ten pages. The Toyota parties may

8

supplement the proposed order with a brief of no more than fifteen pages.

• The timing and scope of Rule 26 initial disclosures.

• Such other matters as the parties jointly request the Court to take up by filing a joint request no later than May 24, 2010.

B.  June 25, 2010, 9:00 a.m.

The hearing will address the following issues:

• Entry of an order establishing a comprehensive plan for all forms of discovery and the entry of a protective order.  The parties shall submit proposed orders no later than June 21, 2010.  The proposed orders shall reflect alternative provisions where there is a dispute.  The Liaison and Lead Counsel Committees may each supplement the proposed orders with one  brief of no more than ten pages.  The Toyota parties may supplement the  proposed orders with one brief of no more than fifteen pages.

• To the extent not covered in the comprehensive plan, discussion of the establishment of an electronic document depository and the establishment of databases.

• Appointment of one or more discovery masters, including special masters for attendance at foreign depositions.  No later than June 23, 2010, the parties shall submit a proposed joint list of discovery

masters, which at a minimum shall include a resume and indication that the candidate will accept appointment.  Where there is no agreement, plaintiffs collectively may propose up to five candidates, and the Toyota parties may propose up to five candidates.

• Coordination with state cases and other types of federal cases.  No later than June 23, 2010, Plaintiffs' Liaison Counsel for State and other Types of Federal Cases and Defendants' Liaison Counsel for State and other Types of Federal Cases  shall submit a joint report with suggested procedures for coordination.  The report shall also address the status of the state cases, similar to Exhibit B to the Joint Preliminary Report, and shall also address the status of any state coordination proceedings.

• Discussion of the timing, content and format of a technical tutorial for the Court.

• Such other matters as the parties jointly request the Court to take up by filing a joint request no later than June 18, 2010.

C.  Regular Hearings.

The Court believes that it would helpful to set aside one day each month for a status conference, with the possible exception for the summer vacation period and year-end holidays.  The Court would invite a joint status report a week in advance.

10

1  V.      Attorney's Fees and Time Records.

2

3          There appears to be a consensus that plaintiffs' counsel should

4  maintain time records. (E.g., Joint Preliminary Report, pp. 6-7; Docket No. 42, p.

5  11.) Accordingly, the Court orders any counsel who intend to apply for fees in a

6  class action to maintain records sufficient to make and support a lodestar showing.

7  Perdue v. Kenny A., __ U.S. __, Slip Op. at pp. 7-8 (Apr. 21, 2010); Hanlon v.

8  Chrysler Corp., 150 F.3d 1011, 1029 (9th Cir. 1998).  Similarly, the Court orders

9  all counsel in the personal injury/wrongful death cases whose fees are subject to

10 Court approval for any reason to maintain records sufficient to make and support a

   lodestar showing.
11

12         IT IS SO ORDERED.

13

14 Dated: May 14, 2010

15

16                                          _James V. Selna_____
                                            James V. Selna
17                                          United States District Judge

18

19

20

21

22

23

24

25

26

27

28                              11

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   **8:10ML2151 JVS (FMOx)**                     Date   May 14, 2010

Title   **IN RE: TOYOTA MOTOR CORP. UNINTENDED ACCELERATION MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**

---

| Present: The Honorable | James V. Selna | |
|---|---|---|
| Karla J. Tunis | | Not Present |
| Deputy Clerk | | Court Reporter |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:**   **(In Chambers)**   Correction to Order No. 2


Part III.B of the Court's Order No. 2 inadvertently specified that Richard J. Arsenault would represent non-consumer plaintiffs. (Docket No. 169, p. 6.) The Court intends to appoint Mr. Arsenault as representing consumer plaintiffs.


|  | 0 | : | 00 |
|---|---|---|---|
| Initials of Preparer | kjt | | |

1
2
3
4
5
6
7          UNITED STATES DISTRICT COURT
8          CENTRAL DISTRICT OF CALIFORNIA
9

10   In Re: Toyota Motor Corp. Unintended          8:10ML02151 JVS (FMOx)
11   Acceleration Marketing, Sales
     Practices, and Products Liability
     Litigation
12
     This document relates to:                     ORDER NO. 3:  ADOPTION OF A
13                                                  SCHEDULE FOR THE FILING OF
     ALL CASES                                      CONSOLIDATED COMPLAINT[S],
14                                                  RULE 26(a)(1) INITIAL
                                                    DISCLOSURES, AND PLEADINGS
15                                                  MOTIONS
16
17
18
19

20          On May 14, 2010, the Court issued an Order seeking the parties' positions

21   on scheduling and preliminary discovery issues, including a deadline for the filing

22   of consolidated class action complaint(s) for economic loss, briefing schedules for

23   Rule 12 and other pleadings motions, the entry of an appropriate evidence

24   preservation order, and the timing and scope of the Rule 26(a)(1) initial

25   disclosures.  Pursuant to that Order, the parties filed their Joint Statement re

26   Proposed Scheduling Order (Docket No. 176), and each side filed their own brief

27   as well (Docket Nos. 177, 178 (declaration), and 179), all of which the Court

28                                          1

reviewed in advance of the hearing.  Upon review, and after considering the arguments of the parties at the May 28, 2010, hearing, the Court makes the following Order:

## I.   Initial Disclosures

### A.   Plaintiffs

Plaintiffs' initial disclosures shall be made no later than July 2, 2010.

### B.   Toyota Defendants[1]

The Court is in agreement with defendants that full compliance with Rule 26(a)(1) is not appropriate in light of the complexity of these cases.  However, the Court is convinced that defendants have within their possession a defined set of documents, consisting of approximately 75,000 to 100,000 pages, much or all of which is likely to be discoverable, and which has already been produced to Government entities to date, including without limitation to the United States Congress and National Highway Traffic Safety Administration.  Those documents which are discoverable under the Federal Rules of Civil Procedures shall be produced no later than July 2, 2010.

As discussed at the hearing, the present Order does not alter the scope of documents that ultimately may be discoverable, nor does it limit objections to

---

[1] The Toyota Defendants include Toyota entities named as defendants in the member cases.

2

1   production on the basis that a document is not relevant[2] or is shielded by attorney-
2   client or work-product privilege.

3

4       The Court recognizes the difficulties regarding the documents using the
5   Japanese language; however, best efforts shall be made to produce such documents
6   no later than July 2, 2010, and thereafter any remaining production shall be made
7   on a rolling basis weekly.  Defendants are not obligated to provide English
8   translations of the documents if such translations do not exist in the documents
9   produced to the Government entities.

10

11       Documents expected to be covered by the anticipated protective order shall
12   be produced no later than ten days after the entry of the protective order.

13   II.     Filing of Consolidated Complaint(s)
14

15       Plaintiffs shall file the consolidated complaint(s) in the economic loss cases
16   no later than August 2, 2010.

17

18

19

20

21

22       [2] Of course, when referring to "relevancy" in the discovery context, the
23   Court is not concerned with a document's relevancy for admissibility purposes;
     rather, the Court is concerned with the lower standard of relevancy applicable to a
24   document's discoverability.  Compare Fed. R. Evid. 401 ("'Relevant evidence'
     means evidence having any tendency to make the existence of any fact that is of
25   consequence to the determination of the action more probable or less probable than
     it would be without the evidence.") with Fed. R. Civ. P. 26(b)(1) ("Relevant
26   information need not be admissible at the trial if the discovery appears reasonably
27   calculated to lead to the discovery of admissible evidence.").

28                                        3

III.   Pleadings Motions

    A.   Economic Loss Cases

Pleadings motions directed toward the consolidated complaint(s) shall be filed no later than September 13, 2010.  The oppositions to and replies in support thereof shall be filed no later than October 12, 2010, and November 1, 2010, respectively.  The motions and oppositions shall not exceed sixty pages; the reply shall not exceed twenty pages.  The matter shall be heard on November 19, 2010, at 9:00 a.m.

    B.   Personal Injury Cases

Pleadings motions that seek resolution of issues affecting all or a substantial number of personal injury/wrongful death complaints shall be filed on the same schedule, shall be subject to the same page limitations, and shall be heard at the same time as the pleadings motions on the economic loss cases.  As the Court ordered previously, the number of such motions shall be limited to two motions.

Also as the Court ordered previously, pleadings motions raising issues unique to a particular plaintiff may be tendered at any appropriate time.  These motions shall be subject to the page limitations set forth in Local Rule 11-6.

IV.   Evidence Preservation Order

The parties shall continue to meet and confer in their attempt to resolve their differences as to the evidence preservation order.  Until a final evidence preservation order is issued, the Interim Order remains in effect.

4

The parties shall submit a proposed order no later than June 21, 2010. The proposed order shall reflect alternative provisions where there is a dispute. The Liaison and Lead Counsel Committees may each again supplement the proposed order with a brief of no more than ten pages. The Toyota parties may again supplement the proposed order with a brief of no more than fifteen pages.

The Court will take this matter up again at the June 23, 2010, 9:00 a.m. hearing.

V.   Other Matters

A.   Pretrial Consolidation and Coordination

The civil actions listed on Schedule A (attached hereto) are consolidated for pretrial purposes. Any related or "tag-along" actions that become a part of this proceeding by virtue of being instituted in, removed to, or transferred to this Court (including, without limitation, cases transferred pursuant to Local Rules, 28 U.S.C. § 1404(a), or 28 U.S.C. § 1407), will automatically be consolidated with this action without the necessity of future motions or orders.

This Order is without prejudice to the right of any party to argue for or against consolidation for purposes of trial, and shall not make any entity a party to any action in which the entity has not been named, served or added in accordance with the Federal Rules of Civil Procedure. The terms of this Order shall apply automatically to all consolidated cases, including those on Schedule A and all other cases that later become a part of this proceeding. Should parties in any subsequently filed or transferred action wish to object to the terms of this Order, they must do so within twenty days of the receipt of this Order from Co-Lead or

Liaison Counsel.

B.   Case Filings

1.   Master Docket And Record

For the convenience of the parties and the Court, the Clerk of this Court will maintain a master docket with a single docket number and master record under the style: "In re Toyota Motor Corp. Unintended Acceleration Marketing, Sales Practices, and Products Liability Litigation," Master Case No. 8:10ML02151 JVS (FMOx). When an order, pleading or other document is filed and docketed in the master docket, it shall be filed and docketed in each individual case to the extent applicable, unless that filing relates to all cases or all cases of a type (e.g., economic loss cases, personal injury/wrongful death cases). The caption shall also contain a notation indicating whether the document relates to all cases or only to specified cases, as described below.

2.   Captions

All orders, pleadings, motions, and other documents filed in this proceeding shall bear the caption contained on this Order. If a document that is filed in this proceeding is generally applicable to all consolidated actions, the caption shall include the notation that it relates to "ALL ACTIONS." Likewise, if a document that is filed in this proceeding is generally applicable to a category of cases the caption shall so indicate. If a document is intended to apply only to a particular case or cases, the caption shall indicate the Central District of California docket number of the case(s) to which it applies.

6

3.   Filing

All documents which are required to be filed in an electronic format pursuant to General Order No. 08-02 must be filed electronically no later than midnight on the date due, unless otherwise ordered by the Court. Documents filed late may be stricken by the Court. The Court will not accept documents which were filed electronically, but which otherwise fail to comply with filing requirements.

4.   Mandatory Chambers Copies

Unless otherwise ordered, mandatory chambers copies ("MCC") copies of all electronically filed documents must be delivered to the MCC box outside chambers no later than 12:00 noon the following business day. The MCC must comply with Local Rule 11-3. The MCC copy must be prominently labeled "MANDATORY CHAMBERS COPY" on the face page. The MCC must include the Notice of Electronic Filing, which should be the last page of the document. The court's CM/ECF website contains additional instructions for delivery of courtesy copies. Counsel seeking any kind of expedited relief, such as by an Ex Parte Application or an application for a Temporary Restraining Order, shall deliver the MCC to chambers immediately after the applicable filed document(s) have been filed.

5.   Local Rules

Except as otherwise specified, the Local Rules shall apply. For convenience the Local Rules are posted on the Court's website, http://www.cacd.uscourts.gov.

7

VI.   June 23, 2010 Hearing

The hearing previously set for June 25, 2010, is **VACATED**; the Court shall take up the matters set for that date (as previously outlined in and subject to the briefing permitted by the Court's May 14, 2010 Order) on June 23, 2010, at 9:00 a.m.

Specifically, at the hearing, the Court will consider the evidence preservation order, the discovery plan, appointment of discovery master(s), coordination with state cases and other types of federal cases, the timing, content and format of a technical tutorial for the Court, and such other matters as the parties jointly request the Court to take up by filing a joint request no later than June 21, 2010.

Additionally, although not previously set for this date, the Court will also consider entry of an appropriate protective order. Toward that end, the parties shall submit a proposed protective order no later than June 21, 2010. The proposed order shall reflect alternative provisions where there is a dispute. The Liaison and Lead Counsel Committees may each supplement the proposed order with a brief of no more than five pages. The Toyota parties may again supplement the proposed order with a brief of no more than seven pages.

IT IS SO ORDERED.

Dated:  June 1, 2010

James V. Selna
United States District Judge

8

# Schedule A

(Revised June 1, 2010)

Individual Cases

**IN RE: TOYOTA MOTOR CORP. UNINTENDED
ACCELERATION MARKETING, SALES PRACTICES,
AND PRODUCTS LIABILITY LITIGATION MDL No. 2151**

**Central District of California**

2:09CV08143 JVS(FMOx) Seong Bae Choi et al v. Toyota Motor Corporation et al

2:09CV08478 JVS(FMOx) Eric Kmetz et al v. Toyota Motor Sales, U.S.A., Inc. et al

2:09CV09158 JVS(FMOx) Heather A. Lane v. Toyota Motor Sales, U.S.A., Inc.

2:09CV09386 JVS(FMOx) Dale Baldisseri v. Toyota Motor Sales U.S.A., Inc., et al.

2:10CV00706 JVS(FMOx) Adilia Aviles v. Toyota Motor Sales, U.S.A., Inc.

2:10CV00710 JVS(FMOx) Roz Schwartz v. Toyota Motor Sales, U.S.A., Inc.

2:10CV00799 JVS(FMOx) Matthew Marr, et al v. Toyota Motor Sales, U.S.A., Inc.

2:10CV00849 JVS(FMOx) Ani Gazaryan et al v. Toyota Motor Sales U.S.A., Inc. et al

2:10CV00942 JVS(FMOx) Peter Wisner v. Toyota Motor Corporation et al

2:10CV00947 JVS(FMOx) Elaine Byrnes v. Toyota Motor Sales U.S.A., Inc. et al

2:10CV01030 JVS(FMOx) Lacey Ludicina, et al v. Toyota Motor Sales U.S.A., Inc., et al

2:10CV01039 JVS(FMOx) Rhonda Talbot v. Toyota Motor Sales U.S.A., Inc. et al

2:10CV01057 JVS(FMOx) Jacqueline Donoghue v. Toyota Motor Sales, U.S.A., Inc.

2:10CV01073 JVS(FMOx) Max L. Lieberman et al v. Toyota Motor Corporation et al

2:10CV01078 JVS(FMOx) Teresa B. Myers et al v. Toyota Motor Corporation et al

2:10CV01094 JVS(FMOx) Kerri Madden v. Toyota Motor Corporation et al

2:10CV01153 JVS(FMOx) Katy Boyask v. Toyota Motor Corporation et al

2:10CV01264 JVS(FMOx) Gloria Park v. Toyota Motor Sales, U.S.A., Inc.

2:10CV01290 JVS(FMOx) Sandra Livingston v. Toyota Motor North America, Inc. et al

2:10CV01349 JVS(FMOx) Ernest Cornell v. Toyota Motor Corporation et al

2:10CV01364 JVS(FMOx) Robert Booher v. Toyota Motor North America, Inc. et al

2:10CV01366 JVS(FMOx) Harry Williams v. Toyota Motor North America, Inc. et al

2:10CV01438 JVS (FMOx) Roy Williams v. Toyota Motor Sales, U.S.A., Inc., et al.

2:10CV01584 JVS(FMOx) Andrew Flury et al v. Toyota Motor North America, Inc. et al

2:10CV01604 JVS (FMOx) Kathy Kallenbach et al v. Toyota Motor Sales U.S.A. Inc

2:10CV01650 JVS(FMOx) Judy Warren, DDS v. Toyota Motor North America, Inc. et al

2:10CV01753 JVS(FMOx) Lorrie Krieger v. Toyota Motor North America, Inc. et al

2:10CV01756 JVS(FMOx) David Hanna v. Toyota Motor North America, Inc. et al

2:10CV01806 JVS(FMOx) Joseph Christian v. Toyota Motor North America, Inc. et al

2:10CV01821 JVS(FMOx) Mary Jo Crank, et al v. Toyota Motor North America, Inc. et al

2:10CV01822 JVS(FMOx) Nellie Yazitchyan, et al v. Toyota Motor North America, et al

2:10CV01825 JVS(FMOx) Walter McKinney, et al v. Toyota Motor North America, et al

2:10CV01889 JVS(FMOx) Curtis McCleskey et al v Toyota Motor Corporation et al

2:10CV01902 JVS (FMOx) Brian Barlow v Toyota Motor North America, Inc. et al

2:10CV01927 JVS(FMOx) Beverly Yip v. Toyota Motor Corporation, et al

2:10CV01939 JVS (FMOx) Linda Tang v. Toyota Motor Sales U.S.A., Inc., et al.

2:10CV01889 JVS(FMOx) Curtis McCleskey, et al. v. Toyota Motor Corporation, et al

2:10CV01939 JVS(FMOx) Linda Tang v. Toyota Motor Sales, U.S.A., Inc. et al

2:10CV01979 JVS(FMOx) Meredith Heller v. Toyota Motor Corporation, et al

2:10CV01986 JVS (FMOx) Omar Roberts v. Toyota Motor North America, Inc. et al.

2:10CV01993 JVS (FMOx) Hae Chang v. Toyota Motor North America, Inc. et al.

2:10CV01994 JVS (FMOx) Camille McCormick v. Toyota Motor North America, Inc. et al.

2:10CV01997 JVS(FMOx) Jerome Cangelosi v. Toyota Motor North America, et al

2:10CV02021 JVS(FMOx) Thomas E. Gudmundson v. Toyota Motor Corporation, et al

2:10CV02022 JVS(FMOx) Donald Graham v. Toyota Motor Corporation, et al

2:10CV02023 JVS(FMOx) John Flook v. Toyota Motor Corporation, et al

2:10CV02077 JVS(FMOx) Rodney Josephson v. Toyota Motor Corporation, et al

1   2:10CV02078 JVS(FMOx) Gary Davis v. Toyota Motor Corporation, et al

2   2:10CV02080 JVS(FMOx) Ebony Brown v. Toyota Motor Corporation, et al

3   2:10CV02147 JVS(FMOx) Elizabeth Van Zyl v. Toyota Motor Corporation. et al

4   2:10CV02179 JVS(FMOx) Grace Shigematsu, et al v. Toyota Motor Corporation. et al

5   2:10CV02228 JVS(FMOx) Ellyn J. Broden v. Toyota Motor Corporation. et al

6   2:10CV02262 JVS(FMOx) Karen Bickel v. Toyota Motor Corporation. et al

7   2:10CV02264 JVS(FMOx) Sam Goldberger v. Toyota Motor Corporation. et al

8   2:10CV02271 JVS(FMOx) Christine Hotaling v. Toyota Motor Corporation. et al

9   2:10CV02272 JVS(FMOx) Henry Troup, et al v. Toyota Motor Corporation. et al

10  2:10CV02274 JVS(FMOx) Linda Summerville v. Toyota Motor Corporation. et al

11  2:10CV02276 JVS(FMOx) Robert Navarro v. Toyota Motor Corporation. et al

12  2:10CV02284 JVS(FMOx) Gary Brown v. Toyota Motor Corporation. et al

13  2:10CV02528 JVS(FMOx) SPP Inc. v. Toyota Motor Sales U.S.A. Inc., et al

14  2:10CV02600 JVS (FMOx) Deluxe Holdings, Inc. v. Toyota Motor Sales U.S.A., Inc.

15  2:10CV02893 JVS(FMOx) Michael Jermakian v. Toyota Motor Corporation, et al.

16  2:10CV02938 JVS(FMOx) Jacqueline West v. Toyota Motor Sales U.S.A. Inc., et al

17  2:10CV02940 JVS(FMOx) Wilma Lauderdale, et al. v. Toyota Motor Sales USA Inc., et al

18  2:10CV02942 JVS(FMOx) Pazir Mohammad, et al. v. Toyota Motor Sales USA Inc., et al

19  2:10CV02943 JVS(FMOx) Sandy Carmichael v. Toyota Motor Sales U.S.A. Inc., et al

20  2:10CV02944 JVS(FMOx) Dwayne Rhooms, et al. v. Toyota Motor Sales USA Inc., et al

21  2:10CV03012 JVS (FMOx) Daniel Durgin v. Toyota Motor Sales U.S.A., Inc. et al.

22  2:10CV03077 JVS(FMOx) Lydia Ellison v. Toyota Motor Corporation

23  2:10CV03156 JVS (FMOx) Joseph J. Boppre, et al v. Toyota Motor Corporation, et al.

24  2:10CV03161 JVS (FMOx) Robyn Saba, et al v. Toyota Motor Sales, U.S.A., Inc., et al.

25  2:10CV03237 JVS (FMOx) Kelley W. Dion v. Toyota Motor North America, Inc., et al

26  2:10CV03254 JVS (FMOx) Stephen I. Burack, et al v Toyota Motor Corporation, et al.

27  2:10CV03255 JVS (FMOx) Phillip R. King, et al v. Toyota Motor Corporation, et al

28  2:10CV03309 JVS (FMOx) Stefanie Bradley v Toyota Motor Sales, U.S.A., Inc., et al.

2: 10CV03565 JVS (FMOx) Joel Bond, et al. v. Toyota Motor North America, Inc., et al.

2:10CV03721 JVS (FMOx) Sunil P. George v. Toyota Corporation of U.S.A.

2:10CV03899 JVS (FMOx) Thomas Lee Wachtel, MD, et al. v. Toyota Motor Corp., et al.

8:10CV00105 JVS(FMOx) Joseph Hauter v. Toyota Motor Sales, U.S.A., Inc.

8:10CV00183 JVS(FMOx) T. Leigh Beard, et. al. v. Toyota Motor Sales, U.S.A., Inc.

8:10CV00312 JVS(FMOx) Green Spot Motors v. Toyota Motor Corporation et al

8:10CV00328 JVS(FMOx) Dawn De Vincenzi v. Toyota Motor Corporation. et al

8:10CV00380 JVS(FMOx) Jean Dominquez v. Toyota Motor Corporation. et al

8:10CV00385 JVS(FMOx) Meetesh Shah v. Toyota Motor Corporation. et al

8:10CV00458 JVS(FMOx) Brian Deis v. Toyota Motor Corporation, et al.

8:10CV00464 JVS (FMOx) Michelle Lynch v. Toyota Motor Corporation, et al.

8:10CV00465JVS (FMOx) Jonathan Gellman v. Toyota Motor Sales U.S.A., Inc.

8:10CV00466 JVS (FMOx) Daniel Weimer, Jr., et al. v. Toyota Motor North American et al

8:10CV00467 JVS (FMOx) Amanda R. Maillho v. Toyota Motor North America, Inc., et al.

8:10CV00468 JVS (FMOx) Gary T. Brock v. Toyota Motor North America, Inc., et al.

8:10CV00469 JVS (FMOx) Michael Graves, et al. v. Toyota Motor Manufacturing, West Virginia, Inc., et al.

**District of Alaska**

8:10CV00551 JVS (FMOx) John Jeremy Robson v Toyota Motor Corp., et al

**Middle District of Alabama**

8:10CV00552 JVS (FMOx) John Harding v. Toyota Motor Corp., et al

**Eastern District of Arkansas**

8:10CV00553 JVS (FMOx) Robyn Horn v. Toyota Motor Sales U.S.A., Inc., et al.

8:10CV00554 JVS (FMOx) Julie Rainwater v. Toyota Motor Sales, U.S.A., Inc.

8:10CV00555 JVS (FMOx) Wilma Lentz v. Toyota Industries North America, Inc., et al.

**Western District of Arkansas**

8:10CV00556 JVS (FMOx) Mark Adkison v. Toyota Motor Sales U.S.A., Inc.

**District of Colorado**

8:10CV00557 JVS (FMOx) Ryan Scharrel, et al. v. Toyota Motor North America, Inc., et al.

**District of Connecticut**

8:10CV00558 JVS (FMOx) Nimishabahen Patel v. Toyota Motor North America, Inc., et al.

**Middle District of Florida**

8:10CV00464 JVS(FMOx) Michelle Lynch v. Toyota Motor Corp., et al.

8:10CV00559 JVS (FMOx) Renita Cipriani v. Toyota Motor Corp., et al.

**Northern District of Florida**

8:10CV00561 JVS (FMOx) Jim Heidenreich v. Toyota Motor North America, Inc., et al.

8:10CV00562 JVS (FMOx) Justin K. Johnson v. Toyota Motor Corp., et al

**Southern District of Florida**

8:10CV00465 JVS(FMOx) Jonathan Gellman v. Toyota Motor Sales U.S.A., Inc.,

8:10CV00563 JVS (FMOx) Humberto Rivas-Vigil v Toyota Motor North America, Inc et al

8:10CV00564 JVS (FMOx) Arlene S. Heilbrunn v. Toyota Motor Corp., et al.

**Eastern District of Louisiana**

8:10CV00466 JVS(FMOx) Daniel Weimer, Jr et al v Toyota Motor North America, Inc et al

8:10CV00467 JVS(FMOx) Amanda R. Maillho v. Toyota Motor North America, Inc., et al.

8:10CV00468 JVS(FMOx) Gary T. Brock v. Toyota Motor North America, Inc., et al.

**Middle District of Georgia**

8:10CV00565 JVS (FMOx) Viviane Stoller, et al. v. Toyota Motor Corp., et al.

**Southern District of Georgia**

8:10CV00566 JVS (FMOx) Amanda Laird, et al. v. Toyota Motor Corp., et al.

**Northern District of Illinois**

8:10CV00567 JVS (FMOx) Christina Ochs v. Toyota Motor Corp., et al.

**Southern District of Illinois**

8:10CV00568 JVS (FMOx) Judith M. Enderle v. Toyota Motor North America, Inc.,et al.

**District of Kansas**

8:10CV00570 JVS (FMOx) S. Firgon v. Toyota Motor Corp., et al

**Eastern District of Kentucky**

8:10CV00571 JVS (FMOx) Debra Poynter, et al. v. Toyota Motor North American, Inc et al

8:10CV00572 JVS (FMOx) Michael Miller, et al v Toyota Motor Sales, U.S.A., Inc., et al

8:10CV00573 JVS (FMOx) Christopher L. Leaverton v. Toyota Motor Engineering & Manufacturing North America, Inc., et al

8:10CV00574 JVS (FMOx) Micah Maryn v. Toyota Motor Sales U.S.A., Inc., et al.

8:10CV00653 JVS (FMOx) Al Viviano, et al v. Toyota Motor Engineering & Manufacturing North America, Inc., et al.

**Eastern District of Louisiana**

8:10CV00575 JVS (FMOx) Galatia D. Johnson, et al. v. Toyota Motor North America, Inc.

8:10CV00576 JVS (FMOx) Timothy P. Farrelly, et al. v. Toyota Motor North America, Inc., et al.

8:10CV00577 JVS (FMOx) Jennifer Wendy Burke v Toyota Motor North America, Inc et al

14

8:10CV00578 JVS (FMOx) Aaron Jones, et al. v. Toyota Motor North America, Inc., et al.

**Middle District of Louisiana**

8:10CV00579 JVS (FMOx) Roshawn Donahue v. Toyota Motors Manufacturing U.S.A. Inc., et al.

8:10CV00580 JVS (FMOx) Allie R. Rockforte v. Toyota Motor North America, Inc.

**Western District of Louisiana**

8:10CV00581 JVS (FMOx) David Gaspard, et al. v. Toyota Motor North America, Inc. et al

**District of Maryland**

8:10CV00654 JVS (FMOx) Bridgette Scott v. Toyota Motor North America, Inc., et al.

**District of Massachusetts**

8:10CV00582 JVS (FMOx) Darshak Shah v. Toyota Motor North America, Inc., et al.

**Eastern District of Michigan**

8:10CV00583 JVS (FMOx) Deborah Baumkel v. Toyota Motor North America, Inc., et al.

8:10CV00584 JVS (FMOx) Joseph R. Hernandez v. Hino Motors Manufacturing USA et al.

**District of Minnesota**

8:10CV00585 JVS (FMOx) Laurence K. Johnston v. Toyota Motor Sales, U.S.A., Inc., et al.

8:10CV00586 JVS (FMOx) Alyson L. Oliver v. Toyota Motor North America, Inc., et al.

**Western District of Missouri**

8:10CV00587 JVS (FMOx) Jerry Baker Auto Sales, LLC v. Toyota Motor Sales USA, Inc.

8:10CV00588 JVS (FMOx) David Hulsen, et al. v. Toyota Motor Corp., et al.

**Northern District of Mississippi**

8:10CV00589 JVS (FMOx) Belva Simmons, et al. v. Toyota Motor Corp., et al.

15

**Southern District of Mississippi**

8:10CV00591 JVS (FMOx) Christine Mitchell v. Toyota Motor North America, Inc., et al.

**District of New Jersey**

8:10CV00592 JVS (FMOx) Margaret Gonzalez v. Toyota Motor Sales U.S.A., Inc., et al.

8:10CV00593 JVS (FMOx) Maureen Colaberdino v. Toyota Motor North America, Inc et al

8:10CV00594 JVS (FMOx) Cheryl Abken, et al. v. Toyota Motor North America, Inc., et al.

8:10CV00595 JVS (FMOx) Francine Guokas v. Toyota Motor Corp., et al.

8:10CV00596 JVS (FMOx) Louise Gordon, et al. v. Toyota Motor North America, Inc et al

**District of New Mexico**

8:10CV00597 JVS (FMOx) Roy Nelson v. Toyota Motor North America, Inc., et al.

**Eastern District of New York**

8:10CV00598 JVS (FMOx) Kevin P. Fogarty et al v. Toyota Motor North America, Inc et al

8:10CV00599 JVS (FMOx) Peter Phaneuf v. Toyota Motor Sales U.S.A., Inc., et al.

8:10CV00655 JVS (FMOx) Lena Gally, et al. v. Toyota Motor Corp., et al.

**Northern District of New York**

8:10CV00600 JVS (FMOx) James R. Haustein v. Toyota Motor Corp., et al.

**Southern District of New York**

8:10CV00601 JVS (FMOx) Thomas Davis v. Toyota Motor Sales, U.S.A., Inc., et al.

8:10CV00602 JVS (FMOx) Barbara Iglesias, et al. Toyota Motor Corp., et al.

8:10CV00603 JVS (FMOx) Fred Sander, et al. v. Toyota Motor Sales U.S.A., Inc., et al.

8:10CV00604 JVS (FMOx) Lucille Fox, etc v. Toyota Motor North America, Inc., et al.

8:10CV00605 JVS (FMOx) Daniel Murtha, et al. v. Toyota Motor North America, Inc et al

**Northern District of Ohio**

8:10CV00606 JVS (FMOx) Troy Menssen v. Toyota Motor Sales, U.S.A., Inc., et al.

8:10CV00607 JVS (FMOx) Daniel D. Lee v. Toyota Motor North America, Inc., et al.

**Southern District of Ohio**

8:10CV00608 JVS (FMOx) Joel Grunkemeyer, et al. Toyota Motor Sales U.S.A., Inc., et al.

8:10CV00609 JVS (FMOx) Hugh W. Cox, et al. v. Toyota Motor Sales U.S.A., Inc., et al.

8:10CV00611 JVS (FMOx) Rebecca S. Shumaker v. Toyota Motor Engineering & Manufacturing North America, Inc., et al.

8:10CV00656 JVS (FMOx) Jennifer Lee Glardon v. Toyota Motor Engineering & Manufacturing North America, Inc., et al.

**Western District of Oklahoma**

8:10CV00612 JVS (FMOx) Dru Colin Lee, et al. v. Toyota Motor Sales U.S.A., et al.

**District of Oregon**

8:10CV00613 JVS (FMOx) Timothy John Vanagas v. Toyota Motor Sales, U.S.A. Inc. et al.

8:10CV00614 JVS (FMOx) Suzzane McCoy v. Toyota Motor Sales U.S.A., Inc.

8:10CV00615 JVS (FMOx) Ronald Fahey v. Toyota Motor Corp., et al.

**Eastern District of Pennsylvania**

8:10CV00616 JVS (FMOx) Diane Devlin v. Toyota Motor North America, Inc., et al.

8:10CV00617 JVS (FMOx) Diane Grumble v. Toyota Motor Corp., et al.

8:10CV00619 JVS (FMOx) Frederick Greisiger et al Toyota Motor North America Inc et al

**District Court of Puerto Rico**

8:10CV00620 JVS (FMOx) Zahira Crespo-Bithorn, et al. v. Toyota Motor North America, Inc., et

al.

**South Carolina District Court**

8:10CV00621 JVS (FMOx) Linda Alford Wooten v. Toyota Motor North America, Inc et al

8:10CV00622 JVS (FMOx) Dale Roberts v. Toyota Motor Corp., et al.

**Eastern District of Texas**

8:10CV00623 JVS (FMOx) Frank Whidon v. Toyota Motor Corp., et al.

**Southern District of Texas**

8:10CV00625 JVS (FMOx) Albert A. Pena, III, et al. v. Toyota Motor Corp., et al.

**Southern District of West Virginia**

8:10CV00469 JVS(FMOx) Michael Graves, et al. v. Toyota Motor Manufacturing, West Virginia, Inc., et al.

**District of Wyoming**

8:10CV00626 JVS (FMOx) Don Gureski, et al. v. Toyota Motor North America, Inc., et al.

18

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: Toyota Motor Corp. Unintended Acceleration Marketing, Sales Practices, and Products Liability Litigation <br><br> This document relates to: <br><br> ALL CASES | Case No:  8:10ML 02151 JVS(FMOx) <br><br><br> ORDER NO. 4: FILING PROCEDURES |

This Order shall govern the filing of all pleadings in this proceeding.

1. All pleadings filed by the economic loss committee shall be signed by at least one lead counsel for that committee.

2. All pleadings filed by the liaison committee for personal injury/wrongful death cases shall be signed by at least one lead counsel for that committee.

3. All pleadings filed by the core discovery committee shall be signed

1   by at least one lead counsel for economic loss committee and at least one lead

2   counsel for the liaison committee for personal injury/wrongful death cases.

3

4        4. All pleadings filed by the liaison counsel for state and other federal

5   proceedings  shall be signed by at least one liaison counsel for those cases.

6

7        5. With respect to motions practice only, any pleading filed by an

8   individual personal injury/wrongful death plaintiff shall be signed by the plaintiff's

9   individual counsel and at least one lead counsel for the liaison committee for

10   personal injury/wrongful death cases.  Similarly, with respect to motions practice

11   only, any pleading filed by an individual economic loss plaintiff shall be signed by

12   the plaintiff's individual counsel and at least one lead counsel for the economic

13   loss committee.

14

15        6. It is the Court's intent that lead counsel act as gatekeepers.  The

16   signature of a lead counsel certifies that the pleading complies with the Federal

17   Rules of Civil Procedure, the Local Rules of the Central District of California, and

18   the Orders in this case .

19        IT IS SO ORDERED.

20

21   Dated: June 1, 2010

22

23                        James V. Selna

                             United States District Judge

24

25

26

27

28

Exhibit A

(Revised June 18, 2010)


Individual Cases


**IN RE: TOYOTA MOTOR CORP. UNINTENDED**
**ACCELERATION MARKETING, SALES PRACTICES,**
**AND PRODUCTS LIABILITY LITIGATION MDL No. 2151**


**Central District of California**

2:09-cv-08143 JVS(FMOx) Seong Bae Choi et al v. Toyota Motor Corporation et al

2:09-cv-08478 JVS(FMOx) Eric Kmetz et al v. Toyota Motor Sales, U.S.A., Inc. et al

2:09-cv-09158 JVS(FMOx) Heather A. Lane v. Toyota Motor Sales, U.S.A., Inc.

2:09-cv-09386 JVS(FMOx) Dale Baldisseri v. Toyota Motor Sales U.S.A., Inc., et al.

2:10-cv-00706 JVS(FMOx) Adilia Aviles v. Toyota Motor Sales, U.S.A., Inc.

2:10-cv-00710 JVS(FMOx) Roz Schwartz v. Toyota Motor Sales, U.S.A., Inc.

2:10-cv-00799 JVS(FMOx) Matthew Marr, et al v. Toyota Motor Sales, U.S.A., Inc.

2:10-cv-00849 JVS(FMOx) Ani Gazaryan et al v. Toyota Motor Sales U.S.A., Inc. et al

2:10-cv-00942 JVS(FMOx) Peter Wisner v. Toyota Motor Corporation et al

2:10-cv-00947 JVS(FMOx) Elaine Byrnes v. Toyota Motor Sales U.S.A., Inc. et al

2:10-cv-01030 JVS(FMOx) Lacey Ludicina, et al v. Toyota Motor Sales U.S.A., Inc. et al

2:10-cv-01039 JVS(FMOx) Rhonda Talbot v. Toyota Motor Sales U.S.A., Inc. et al

2:10-cv-01057 JVS(FMOx) Jacqueline Donoghue v. Toyota Motor Sales, U.S.A., Inc.

2:10-cv-01073 JVS(FMOx) Max L. Lieberman et al v. Toyota Motor Corporation et al

2:10-cv-01078 JVS(FMOx) Teresa B. Myers et al v. Toyota Motor Corporation et al

2:10-cv-01094 JVS(FMOx) Kerri Madden v. Toyota Motor Corporation et al

2:10-cv-01153 JVS(FMOx) Katy Boyask v. Toyota Motor Corporation et al

2:10-cv-01264 JVS(FMOx) Gloria Park v. Toyota Motor Sales, U.S.A., Inc.

1  2:10-cv-01290 JVS(FMOx) Sandra Livingston v. Toyota Motor North America, Inc et al

2  2:10-cv-01349 JVS(FMOx) Ernest Cornell v. Toyota Motor Corporation et al

3  2:10-cv-01364 JVS(FMOx) Robert Booher v. Toyota Motor North America, Inc. et al

4  2:10-cv-01366 JVS(FMOx) Harry Williams v. Toyota Motor North America, Inc. et al

5  2:10-cv-01438 JVS (FMOx) Roy Williams v. Toyota Motor Sales, U.S.A., Inc., et al.

6  2:10-cv-01584 JVS(FMOx) Andrew Flury et al v. Toyota Motor North America, Inc. et al

7  2:10-cv-01604 JVS (FMOx) Kathy Kallenbach et al v. Toyota Motor Sales U.S.A. Inc

8  2:10-cv-01650 JVS(FMOx) Judy Warren, DDS v. Toyota Motor North America, Inc. et al

9  2:10-cv-01753 JVS(FMOx) Lorrie Krieger v. Toyota Motor North America, Inc. et al

10  2:10-cv-01756 JVS(FMOx) David Hanna v. Toyota Motor North America, Inc. et al

11  2:10-cv-01806 JVS(FMOx) Joseph Christian v. Toyota Motor North America, Inc. et al

12  2:10-cv-01821 JVS(FMOx) Mary Jo Crank, et al v. Toyota Motor North America, Inc. et al

13  2:10-cv-01822 JVS(FMOx) Nellie Yazitchyan, et al v. Toyota Motor North America, et al

14  2:10-cv-01825 JVS(FMOx) Walter McKinney, et al v. Toyota Motor North America, et al

15  2:10-cv-01889 JVS(FMOx) Curtis McCleskey et al v Toyota Motor Corporation et al

16  2:10-cv-01902 JVS (FMOx) Brian Barlow v Toyota Motor North America, Inc. et al

17  2:10-cv-01927 JVS(FMOx) Beverly Yip v. Toyota Motor Corporation, et al

18  2:10-cv-01939 JVS (FMOx) Linda Tang v. Toyota Motor Sales U.S.A., Inc., et al.

19  2:10-cv-01889 JVS(FMOx) Curtis McCleskey, et al. v. Toyota Motor Corporation, et al

20  2:10-cv-01939 JVS(FMOx) Linda Tang v. Toyota Motor Sales, U.S.A., Inc. et al

21  2:10-cv-01979 JVS(FMOx) Meredith Heller v. Toyota Motor Corporation, et al

22  2:10-cv-01986 JVS (FMOx) Omar Roberts v. Toyota Motor North America, Inc. et al.

23  2:10-cv-01993 JVS (FMOx) Hae Chang v. Toyota Motor North America, Inc. et al.

24  2:10-cv-01994 JVS (FMOx) Camille McCormick v Toyota Motor North America, Inc. et al.

25  2:10-cv-01997 JVS(FMOx) Jerome Cangelosi v. Toyota Motor North America, et al

26  2:10-cv-02021 JVS(FMOx) Thomas E. Gudmundson v. Toyota Motor Corporation, et al

27  2:10-cv-02022 JVS(FMOx) Donald Graham v. Toyota Motor Corporation, et al

28  2:10-cv-02023 JVS(FMOx) John Flook v. Toyota Motor Corporation, et al

1   2:10-cv-02077 JVS(FMOx) Rodney Josephson v. Toyota Motor Corporation, et al

2   2:10-cv-02078 JVS(FMOx) Gary Davis v. Toyota Motor Corporation, et al

3   2:10-cv-02080 JVS(FMOx) Ebony Brown v. Toyota Motor Corporation, et al

4   2:10-cv-02147 JVS(FMOx) Elizabeth Van Zyl v. Toyota Motor Corporation. et al

5   2:10-cv-02179 JVS(FMOx) Grace Shigematsu, et al v. Toyota Motor Corporation. et al

6   2:10-cv-02228 JVS(FMOx) Ellyn J. Broden v. Toyota Motor Corporation. et al

7   2:10-cv-02262 JVS(FMOx) Karen Bickel v. Toyota Motor Corporation. et al

8   2:10-cv-02264 JVS(FMOx) Sam Goldberger v. Toyota Motor Corporation. et al

9   2:10-cv-02271 JVS(FMOx) Christine Hotaling v. Toyota Motor Corporation. et al

10  2:10-cv-02272 JVS(FMOx) Henry Troup, et al v. Toyota Motor Corporation. et al

11  2:10-cv-02274 JVS(FMOx) Linda Summerville v. Toyota Motor Corporation. et al

12  2:10-cv-02276 JVS(FMOx) Robert Navarro v. Toyota Motor Corporation. et al

13  2:10-cv-02284 JVS(FMOx) Gary Brown v. Toyota Motor Corporation. et al

14  2:10-cv-02528 JVS(FMOx) SPP Inc. v. Toyota Motor Sales U.S.A. Inc., et al

15  2:10-cv-02600 JVS (FMOx) Deluxe Holdings, Inc. v. Toyota Motor Sales U.S.A., Inc.

16  2:10-cv-02893 JVS(FMOx) Michael Jermakian v. Toyota Motor Corporation, et al.

17  2:10-cv-02938 JVS(FMOx) Jacqueline West v. Toyota Motor Sales U.S.A. Inc., et al

18  2:10-cv-02940 JVS(FMOx) Wilma Lauderdale, et al. v. Toyota Motor Sales USA Inc., et al

19  2:10-cv-02942 JVS(FMOx) Pazir Mohammad, et al. v. Toyota Motor Sales USA Inc., et al

20  2:10-cv-02943 JVS(FMOx) Sandy Carmichael v. Toyota Motor Sales U.S.A. Inc., et al

21  2:10-cv-02944 JVS(FMOx) Dwayne Rhooms, et al. v. Toyota Motor Sales USA Inc, et al

22  2:10-cv-03012 JVS (FMOx) Daniel Durgin v. Toyota Motor Sales U.S.A., Inc. et al.

23  2:10-cv-03077 JVS(FMOx) Lydia Ellison v. Toyota Motor Corporation

24  2:10-cv-03156 JVS (FMOx) Joseph J. Boppre, et al v. Toyota Motor Corporation, et al.

25  2:10-cv-03161 JVS (FMOx) Robyn Saba, et al v. Toyota Motor Sales, U.S.A., Inc., et al.

26  2:10-cv-03237 JVS (FMOx) Kelley W. Dion v. Toyota Motor North America, Inc., et al

27  2:10-cv-03254 JVS (FMOx) Stephen I. Burack, et al v Toyota Motor Corporation, et al.

28  2:10-cv-03255 JVS (FMOx) Phillip R. King, et al v. Toyota Motor Corporation, et al

1   2:10-cv-03309 JVS (FMOx) Stefanie Bradley v Toyota Motor Sales, U.S.A., Inc., et al.

2   2: 10-cv-03565 JVS (FMOx) Joel Bond, et al. v. Toyota Motor North America, Inc., et al.

3   2:10-cv-03721 JVS (FMOx) Sunil P. George v. Toyota Corporation of U.S.A.

4   2:10-cv-03899 JVS (FMOx) Thomas Lee Wachtel, MD, et al. v. Toyota Motor Corp., et al.

5   8:10-cv-00105 JVS(FMOx) Joseph Hauter v. Toyota Motor Sales, U.S.A., Inc.

6   8:10-cv-00183 JVS(FMOx) T. Leigh Beard, et. al. v. Toyota Motor Sales, U.S.A., Inc.

7   8:10-cv-00312 JVS(FMOx) Green Spot Motors v. Toyota Motor Corporation et al

8   8:10-cv-00328 JVS(FMOx) Dawn De Vincenzi v. Toyota Motor Corporation. et al

9   8:10-cv-00380 JVS(FMOx) Jean Dominquez v. Toyota Motor Corporation. et al

10   8:10-cv-00385 JVS(FMOx) Meetesh Shah v. Toyota Motor Corporation. et al

11   8:10-cv-00458 JVS(FMOx) Brian Deis v. Toyota Motor Corporation, et al.

12   8:10-cv-00464 JVS (FMOx) Michelle Lynch v. Toyota Motor Corporation, et al.

13   8:10-cv-00465JVS(FMOx) Jonathan Gellman v. Toyota Motor Sales U.S.A., Inc.

14   8:10-cv-00466 JVS (FMOx) Daniel Weimer, Jr., et al. v. Toyota Motor North American et

15   al 8:10-cv-00467 JVS (FMOx) Amanda R. Maillho v Toyota Motor North America Inc et al

16   8:10-cv-00468 JVS (FMOx) Gary T. Brock v. Toyota Motor North America, Inc., et al.

17   8:10-cv-00469 JVS (FMOx) Michael Graves, et al. v. Toyota Motor Manufacturing, West

18   Virginia, Inc., et al.

19   **Alaska District Court**

20   8:10-cv-00551 JVS (FMOx) John Jeremy Robson v Toyota Motor Corp., et al

21   **Middle District of Alabama**

22   8:10-cv-00552 JVS (FMOx) John Harding v. Toyota Motor Corp., et al

23   **Arizona District Court**

24   8:10-cv-00719-JVS(FMOx) Brandon Bowron, et al v. Toyota Motor Sales, U.S.A., Inc.

25   8:10-cv-00720-JVS(FMOx) Robert Smyser v. Toyota Motor Corporation, et al

26   **Eastern District of Arkansas**

27   8:10-cv-00553 JVS (FMOx) Robyn Horn v. Toyota Motor Sales U.S.A., Inc., et al.

28   8:10-cv-00554 JVS (FMOx) Julie Rainwater v. Toyota Motor Sales, U.S.A., Inc.

1   8:10-cv-00555 JVS (FMOx) Wilma Lentz v. Toyota Industries North America, Inc., et al.

2   **Western District of Arkansas**

3   8:10-cv-00556 JVS (FMOx) Mark Adkison v. Toyota Motor Sales U.S.A., Inc.

4   **Southern District of California**

5   8:10-cv-00721-JVS(FMOx) Shawnee W. Scharer v. Toyota Motor Sales, U.S.A., Inc. et al

6   **Colorado District Court**

7   8:10-cv-00557 JVS (FMOx) Ryan Scharrel, et al v. Toyota Motor North America, Inc. et al.

8   8:10-cv-00722-JVS (FMOx) Wayne S. Harris v. Toyota Motor Sales USA, Inc.

9   8:10-cv-00723-JVS (FMOx) Amanda J. Noble v. Toyota Motor North America, Inc., et al.

10  **Connecticut District Court**

11  8:10-cv-00558 JVS (FMOx) Nimishabahen Patel v Toyota Motor North America, Inc., et al.

12  **Middle District of Florida**

13  8:10-cv-00464 JVS(FMOx) Michelle Lynch v. Toyota Motor Corp., et al.

14  8:10-cv-00559 JVS (FMOx) Renita Cipriani v. Toyota Motor Corp., et al.

15  **Northern District of Florida**

16  8:10-cv-00561 JVS (FMOx) Jim Heidenreich v. Toyota Motor North America, Inc., et al.

17  8:10-cv-00562 JVS (FMOx) Justin K. Johnson v. Toyota Motor Corp., et al

18  **Southern District of Florida**

19  8:10-cv-00465 JVS(FMOx) Jonathan Gellman v. Toyota Motor Sales U.S.A., Inc.,

20  8:10-cv-00563 JVS (FMOx) Humberto Rivas-Vigil v Toyota Motor North America Inc et al

21  8:10-cv-00564 JVS (FMOx) Arlene S. Heilbrunn v. Toyota Motor Corp., et al.

22  8:10-cv-00725-JVS (FMOx) Edward Siff, et al. v. Toyota Motor North America, Inc., et al.

23  8:10-cv-00726-JVS (FMOx) Antonio Ramos, et al. v. Toyota Motor Sales

24  8:10-cv-00728-JVS (FMOx) Timothy Helmick v. Toyota Motor North America, Inc., et al.

25  8:10-cv-00727-JVS (FMOx) Sharlene Cohen-Goldberg et al. v. Toyota Motor Sales, U.S.A.

26  Inc., et al.

27  **Hawaii District Court**

28  8:10-cv-00731-JVS (FMOx) Edward Isao Funasaki v. Toyota Motor Corporation, et al.

**Eastern District of Louisiana**

8:10-cv-00466 JVS(FMOx) Daniel Weimer, Jr et al v Toyota Motor North America Inc et al

8:10-cv-00467 JVS(FMOx) Amanda R. Maillho v. Toyota Motor North America, Inc., et al.

8:10-cv-00468 JVS(FMOx) Gary T. Brock v. Toyota Motor North America, Inc., et al.

8:10-cv-00745-JVS (FMOx) Pamela Frederickson v. Toyota Motor Sales, USA, Inc.

8:10-cv-00744-JVS (FMOx) Robert Stephen McKinney et al v. Toyota Motor North America, Inc., et al.

**Western District of Louisiana**

8:10-cv-00747-JVS (FMOx) Larry Boudoin, et al. v. Toyota Motor Sales U.S.A., Inc., et al.

**Middle District of Georgia**

8:10-cv-00565 JVS (FMOx) Viviane Stoller, et al. v. Toyota Motor Corp., et al.

**Northern District of Georgia**

8:10-cv-00730-JVS(FMOx) Jane Saint Drake et al v. Toyota Motor Sales, U.S.A., Inc. et al

8:10-cv-00729-JVS(FMOx) Wayne Schlegel et al v. Toyota Motor Sales, U.S.A., Inc. et al

**Southern District of Georgia**

8:10-cv-00566 JVS(FMOx) Amanda Laird, et al. v. Toyota Motor Corp., et al.

**Southern District of Idaho**

8:10-cv-00734-JVS(FMOx) Gary Gustin v. Toyota Motor Sales, USA, Inc., et al.

**Northern District of Illinois**

8:10-cv-00567 JVS(FMOx) Christina Ochs v. Toyota Motor Corp., et al.

8:10-cv-00735-JVS(FMOx) Burton Fielf v. Toyota Motor North America, Inc., et al.

8:10-cv-00736-JVS(FMOx) Bonnie Shansky v. Toyota Motor Sales, USA, Inc., et al.

8:10-cv-00737-JVS(FMOx) Deisy F. Toledo v. Toyota Motor Corporation, et al.

8:10-cv-00738-JVS(FMOx) Rosalina Diaz v. Toyota Motor Corporation, et al.

8:10-cv-00739-JVS -(FMOx) Susan Rifken Ltd. v. Toyota Motor North America, Inc., et al.

**Southern District of Illinois**

8:10-cv-00568 JVS (FMOx) Judith M. Enderle v. Toyota Motor North America, Inc.,et al.

8:10-cv-00740-JVS (FMOx) Robert Walls v. Toyota Motor Corporation, et al.

1  **Southern District of Iowa**

2  8:10-cv-00732-JVS (FMOx) Julie Beard, et al. v. Toyota Motor Corp., et al.

3  8:10-cv-00733-JVS (FMOx) Christopher Carlson v. Toyota Motor Corporation, et al.

4  **Kansas District Court**

5  8:10-cv-00570 JVS (FMOx) S. Firgon v. Toyota Motor Corp., et al

6  8:10-cv-00741-JVS (FMOx) Ruth Shechter, et al. v. Toyota Motor Engineering &

7  Manufacturing North America, Inc., et al.

8  8:10-cv-00742-JVS (FMOx) H. W. Fanning v. Toyota Motor Corporation et al

9  **Eastern District of Kentucky**

10  8:10-cv-00571 JVS (FMOx) Debra Poynter, et al v Toyota Motor North American, Inc et al

11  8:10-cv-00572 JVS (FMOx) Michael Miller, et al v Toyota Motor Sales, U.S.A., Inc., et al

12  8:10-cv-00573 JVS (FMOx) Christopher L. Leaverton v. Toyota Motor Engineering &

13  Manufacturing North America, Inc., et al

14  8:10-cv-00574 JVS (FMOx) Micah Maryn v. Toyota Motor Sales U.S.A., Inc., et al.

15  8:10-cv-00653 JVS (FMOx) Al Viviano, et al v. Toyota Motor Engineering &

16  Manufacturing North America, Inc., et al.

17  8:10-cv-00743-JVS (FMOx) Anita Jorge v. Toyota Motor North America, Inc., et al

18  **Eastern District of Louisiana**

19  8:10-cv-00575 JVS (FMOx) Galatia D. Johnson, et. al. v. Toyota Motor North America, Inc.

20  8:10-cv-00576 JVS (FMOx) Timothy Farrelly et al v Toyota Motor North America, Inc et al

21  8:10-cv-00577 JVS (FMOx) Jennifer Wendy Burke v Toyota Motor North America Inc et al

22  8:10-cv-00578 JVS (FMOx) Aaron Jones, et al. v. Toyota Motor North America, Inc., et al.

23  8:10-cv-00746-JVS (FMOx) LaRocca's Auto Sales, Inc. v. Toyota Motor Sales, USA, et al.

24  **Middle District of Louisiana**

25  8:10-cv-00579 JVS (FMOx) Roshawn Donahue v. Toyota Motors Manufacturing U.S.A.

26  Inc., et al.

27  8:10-cv-00580 JVS (FMOx) Allie R. Rockforte v. Toyota Motor North America, Inc.

28

1    **Western District of Louisiana**

2    8:10-cv-00581 JVS (FMOx) David Gaspard, et al v Toyota Motor North America, Inc. et al

3    8:10-cv-00748-JVS (FMOx) Elwanda Fontenot v Toyota Motor North American, Inc. et al.

4    **Maryland District Court**

5    8:10-cv-00654 JVS (FMOx) Bridgette Scott v. Toyota Motor North America, Inc., et al.

6    8:10-cv-00751-JVS (FMOx) Joseph Schantz, et al v Toyota Motor North America, Inc et al

7    **Massachusetts District Court**

8    8:10-cv-00582 JVS (FMOx) Darshak Shah v. Toyota Motor North America, Inc., et al.

9    8:10-cv-00749-JVS (FMOx) Gerald Murphy v. Toyota Motor Sales U.S.A., Inc.

10    8:10-cv-00750-JVS (FMOx) Mary Ferrara v. Toyota Motor Sales U.S.A., Inc., et al.

11    **Eastern District of Michigan**

12    8:10-cv-00583 JVS (FMOx) Deborah Baumkel v. Toyota Motor North America, Inc., et al.

13    8:10-cv-00584 JVS (FMOx) Joseph R. Hernandez v Hino Motors Manufacturing USA et al.

14    **Minnesota District Court**

15    8:10-cv-00585 JVS (FMOx) Laurence K. Johnston v. Toyota Motor Sales, U.S.A. Inc. et al.

16    8:10-cv-00586 JVS (FMOx) Alyson L. Oliver v. Toyota Motor North America, Inc., et al.

17    8:10-cv-00752-JVS (FMOx) Dale Karjala v. Toyota Motor Corporation, et al.

18    8:10-cv-00753-JVS (FMOx) George Weyer et al v Toyota Motor North America Inc et al

19    8:10-cv-00754-JVS (FMOx) Ted M. Wedul v. Toyota Motor Sales USA, Inc., et al.

20    8:10-cv-00755-JVS (FMOx) James Michael Bell v. Toyota Motor Sales Inc., et al.

21    8:10-cv-00756-JVS (FMOx) Robert Ruf v. Toyota Motor Sales, U.S.A., Inc.

22    8:10-cv-00757-JVS (FMOx) Mary Pat Hauck v. Toyota Motor Corporation, et al.

23    **Eastern District of Missouri**

24    8:10-cv-00760-JVS(FMOx) Rena M. Ridenour v. Toyota Motor Sales U.S.A., Inc., et al

25    8:10-cv-00759-JVS(FMOx) Robert O'Leary, et al. v. Toyota Motor Sales, U.S.A., Inc.

26    **Western District of Missouri**

27    8:10-cv-00587 JVS(FMOx) Jerry Baker Auto Sales, LLC v. Toyota Motor Sales USA, Inc.

28    8:10-cv-00588 JVS(FMOx) David Hulsen, et al. v. Toyota Motor Corp., et al.

1  8:10-cv-00761-JVS(FMOx) May Zhang, et al. v. Toyota Motor Engineering &
2  Manufacturing North America, Inc., et al.
3  **Northern District of Mississippi**
4  8:10-cv-00589 JVS(FMOx) Belva Simmons, et al. v. Toyota Motor Corp., et al.
5  **Southern District of Mississippi**
6  8:10-cv-00591 JVS(FMOx) Christine Mitchell v. Toyota Motor North America, Inc., et al.
7  **Montana District Court**
8  8:10-cv-00762-JVS(FMOx) Darrell P. Quintana v. Toyota Motor Corporation, et al.
9  **Nebraska District Court**
10  8:10-cv-00766-JVS(FMOx) Anthony Bonacci, et al. v. Toyota Motor Corporatin, et al.
11  **New Jersey District Court**
12  8:10-cv-00592 JVS (FMOx) Margaret Gonzalez v. Toyota Motor Sales U.S.A., Inc., et al.
13  8:10-cv-00593 JVS (FMOx) Maureen Colaberdino v Toyota Motor North America Inc et al
14  8:10-cv-00594 JVS (FMOx) Cheryl Abken, et al. v. Toyota Motor North America, Inc et al.
15  8:10-cv-00595 JVS (FMOx) Francine Guokas v. Toyota Motor Corp., et al.
16  8:10-cv-00596 JVS (FMOx) Louise Gordon, et al v Toyota Motor North America Inc et al.
17  8:10-cv-00767-JVS(FMOx) Cesare Coslop, IV v. Toyota Motor Corporation, et al.
18  8:10-cv-00769-JVS(FMOx) Jon J. Darcy, et al. v. Toyota Motor North America, Inc., et al.
19  8:10-cv-00768-JVS(FMOx) Joseph B. Tiboni v. Toyota Motor Sales, U.S.A., Inc.
20  **New Mexico District Court**
21  8:10-cv-00597 JVS(FMOx) Roy Nelson v. Toyota Motor North America, Inc., et al.
22  8:10-cv-00770-JVS(FMOx) James P. Griffin v. Toyota Motor Company Corporation, et al.
23  **Eastern District of New York**
24  8:10-cv-00598 JVS(FMOx) Kevin P. Fogarty et al v. Toyota Motor North America Inc et al
25  8:10-cv-00599 JVS (FMOx) Peter Phaneuf v. Toyota Motor Sales U.S.A., Inc., et al.
26  8:10-cv-00655 JVS (FMOx) Lena Gally, et al. v. Toyota Motor Corp., et al.
27  8:10-cv-00771-JVS(FMOx) Michael Yastrab v. Toyota Motor Sales, U.S.A., Inc., et al.
28  8:10-cv-00772-JVS(FMOx) David Rosenberg v. Toyota Motor Corporation, et al.

1  8:10-cv-00801-JVS(FMOx) Steven Boughner v. Toyota Motor Engineering &
2  Manufacturing North America, Inc. et al

3  **Northern District of New York**

4  8:10-cv-00600 JVS (FMOx) James R. Haustein v. Toyota Motor Corp., et al.

5  **Southern District of New York**

6  8:10-cv-00601 JVS (FMOx) Thomas Davis v. Toyota Motor Sales, U.S.A., Inc., et al.

7  8:10-cv-00602 JVS (FMOx) Barbara Iglesias, et al. Toyota Motor Corp., et al.

8  8:10-cv-00603 JVS (FMOx) Fred Sander, et al. v. Toyota Motor Sales U.S.A., Inc., et al.

9  8:10-cv-00604 JVS (FMOx) Lucille Fox, etc v. Toyota Motor North America, Inc., et al.

10  8:10-cv-00605 JVS (FMOx) Daniel Murtha, et al. v. Toyota Motor North America, Inc et al.

11  **Western District of North Carolina**

12  8:10-cv-00763-JVS(FMOx) Selena Hines-Muhammad v Toyota Motor Sales USA Inc et al

13  8:10-cv-00764-JVS(FMOx) Patricia Grier v. Toyota Motor Sales, U.S.A., Inc.

14  **North Dakota District Court**

15  8:10-cv-00765-JVS(FMOx) Mark Fraase v. Toyota Motor Corporation, et al.

16  **Northern District of Ohio**

17  8:10-cv-00606 JVS (FMOx) Troy Menssen v. Toyota Motor Sales, U.S.A., Inc., et al.

18  8:10-cv-00607 JVS (FMOx) Daniel D. Lee v. Toyota Motor North America, Inc., et al.

19  8:10-cv-00773-JVS (FMOx) Richard Immerman v. Toyota Motor North America, Inc. et al

20  8:10-cv-00774-JVS (FMOx) Tom Kunce v. Toyota Motor Sales, U.S.A., Inc.

21  **Southern District of Ohio**

22  8:10-cv-00608 JVS (FMOx) Joel Grunkemeyer, et al. Toyota Motor Sales U.S.A., Inc., et al.

23  8:10-cv-00609 JVS (FMOx) Hugh W. Cox, et al. v. Toyota Motor Sales U.S.A., Inc., et al.

24  8:10-cv-00611 JVS (FMOx) Rebecca S. Shumaker v. Toyota Motor Engineering &
25  Manufacturing North America, Inc., et al.

26  8:10-cv-00656 JVS (FMOx) Jennifer Lee Glardon v. Toyota Motor Engineering &
27  Manufacturing North America, Inc., et al.

28  8:10-cv-00775-JVS (FMOx) Solomon Harbor v. Toyota Motor Sales, U.S.A., Inc., et al.

1 **Western District of Oklahoma**

2 8:10-cv-00612 JVS (FMOx) Dru Colin Lee, et al. v. Toyota Motor Sales U.S.A., et al.

3 **Oregon District Court**

4 8:10-cv-00613 JVS (FMOx) Timothy John Vanagas v. Toyota Motor Sales U.S.A. Inc. et al.

5 8:10-cv-00614 JVS (FMOx) Suzzane McCoy v. Toyota Motor Sales U.S.A., Inc.

6 8:10-cv-00615 JVS (FMOx) Ronald Fahey v. Toyota Motor Corp., et al.

7 **Eastern District of Pennsylvania**

8 8:10-cv-00616 JVS (FMOx) Diane Devlin v. Toyota Motor North America, Inc., et al.

9 8:10-cv-00617 JVS (FMOx) Diane Grumble v. Toyota Motor Corp., et al.

10 8:10-cv-00619 JVS (FMOx) Frederick Greisiger et al Toyota Motor North America Inc et al

11 8:10-cv-00776-JVS(FMOx)Cullen Kirkpatrick et al v Toyota Motor North America Inc et al

12 **Western District of Pennsylvania**

13 8:10-cv-00777-JVS (FMOx) Mitchell P. Gedid v. Toyota Motor Corporation, et al.

14 **Puerto Rico District Court**

15 8:10-cv-00620 JVS (FMOx) Zahira Crespo-Bithorn, et al. v. Toyota Motor North America,

16 Inc., et al.

17 **Rhode Island District Court**

18 8:10-cv-00778-JVS (FMOx) Mindy A Corrigan et al v Toyota Motor Sales, U.S.A. Inc et al

19 **South Carolina District Court**

20 8:10-cv-00621 JVS (FMOx) Linda Alford Wooten v Toyota Motor North America, Inc et al

21 8:10-cv-00622 JVS (FMOx) Dale Roberts v. Toyota Motor Corp., et al.

22 **Eastern District of Tennessee**

23 8:10-cv-00779-JVS (FMOx) Millie Charlottie Hartgrove v Toyota Motor Corporation et al.

24 **Middle District of Tennessee**

25 8:10-cv-00780-JVS (FMOx) Dylan Cruikshank v. Toyota Motor Corporation et al

26 8:10-cv-00781-JVS (FMOx) Joyce Ann Atnip et al v. Toyota Motor Corporation et al

27 **Western District of Tennessee**

28 8:10-cv-00782-JVS (FMOx) Louis Pera, Jr. v. Toyota Motor Corporation, et al.

20

**Eastern District of Texas**

8:10-cv-00623 JVS (FMOx) Frank Whidon v. Toyota Motor Corp., et al.

8:10-cv-00783-JVS (FMOx) Jasbir Grewal v. Toyota Motor Sales, U.S.A., Inc. et al

**Southern District of Texas**

8:10-cv-00625 JVS (FMOx) Albert A. Pena, III, et al. v. Toyota Motor Corp., et al.

**Western District of Texas**

8:10-cv-00784-JVS (FMOx) Jay Brandt v. Toyota Motor Corporation, et al.

**Western District of Washington**

8:10-cv-00785-JVS (FMOx) Dana Clark Weller, et al. v. Toyota Motor Sales, U.S.A., Inc.

8:10-cv-00786-JVS (FMOx) Edward Wojeck v. Toyota Motor North America, Inc., et al.

8:10-cv-00787-JVS (FMOx) Elizabeth Seu, et al v. Toyota Motor Corporation

**Washington D.C. District Court**

8:10-cv-00724-JVS (FMOx) Lucy Miller v. Toyota Motor North America, Inc., et al.

**Southern District of West Virginia**

8:10-cv-00469 JVS(FMOx) Michael Graves, et al. v. Toyota Motor Manufacturing, West Virginia, Inc., et al.

8:10-cv-00788-JVS (FMOx) Ira Lee Dadisman, et al v. Toyota Motor Corporation, et al.

**Wyoming District Court**

8:10-cv-00626 JVS (FMOx) Don Gureski, et al. v. Toyota Motor North America, Inc., et al.