1  Elizabeth J. Cabraser (083151)
   *ecabraser@lchb.com*
2  LIEFF CABRASER HEIMANN
   & BERNSTEIN, LLP
3  275 Battery Street, 29th Floor
   San Francisco, CA  94111-3339
4  Tel.:  (415) 956-1000
   Fax:   (415) 956-1008
5
   Mark P. Robinson, Jr. (054426)
6  *mrobinson@rcrlaw.net*
   ROBINSON, CALCAGNIE &ROBINSON
7  620 Newport Center Drive, 7th Floor
   Newport Beach, CA 92660
8  Tel.: (949) 720-1288
   Fax: (949) 720-1292
9
   Plaintiffs' Co-Lead Counsel for
10 Personal Injury/Wrongful Death Cases

11 Steve W. Berman (*pro hac vice*)          Marc M. Seltzer (054534)
   *steve@hbsslaw.com*                       *mseltzer@susmangodfrey.com*
12 HAGENS BERMAN SOBOL                       SUSMAN GODFREY L.L.P.
   SHAPIRO LLP                               1901 Avenue of the Stars, Suite 950
13 1918 Eighth Avenue, Suite 3300           Los Angeles, CA  90067-6029
   Seattle, WA 98101                         Tel.: (310) 789-3100
14 Tel.: (206) 268-9320                      Fax:  (310) 789-3150
   Fax:  (206) 623-0594
15
16 Frank M. Pitre (100077)                   Plaintiffs' Co-Lead Counsel for
   *fpitre@cpmlegal.com*                     Economic Loss Cases
17 COTCHETT, PITRE & MCCARTHY
   840 Malcolm Road, Suite 200
18 Burlingame, CA 94010
   Tel.: (650) 697-6000
19 Fax: (650) 697-0577

20                    UNITED STATES DISTRICT COURT
                      CENTRAL DISTRICT OF CALIFORNIA
21                           SOUTHERN DIVISION

22 IN RE: TOYOTA MOTOR CORP.           Case No.  8:10ML2151 JVS (FMOx)
23 UNINTENDED ACCELERATION
   MARKETING, SALES PRACTICES,         **PLAINTIFFS' MEMORANDUM**
24 AND PRODUCTS LIABILITY              **REGARDING APPOINTMENT OF**
   LITIGATION                          **SPECIAL DISCOVERY MASTERS**
25                                     Date:      June 23, 2010
26 This Document Relates To:           Time:      9:00 a.m.
                                       Place:     Courtroom 10C
27 ALL CASES

28

                                      1

1053178v1/011847

Plaintiffs respectfully propose to the Court that a Panel of three Discovery Masters be appointed in this matter to be assigned those tasks designated by the Court that arise during the course of this litigation relating to discovery matters.  Plaintiffs propose that one of the Special Masters be appointed to chair the Panel on those occasions when the Panel would sit jointly.

Among the criteria that plaintiffs considered in making the recommendations to the Court is their presence in this district.  Each of the proposed Special Masters are distinguished jurists who have handled complex litigation matters.  Another criteria plaintiffs considered was the fact that the individuals who are recommended are all affiliated with one major alternative dispute and mediation firm that will facilitate coordinating their efforts in this litigation.  Plaintiffs propose the following as Special Discovery Masters:[1]

1.     The Hon. John K. Trotter, Justice of the California Court of Appeal (Ret.).

Plaintiffs propose that Justice Trotter would serve as the chair of the Panel. Plaintiffs had initially suggested that Justice Trotter make recommendations as to who would serve as the other panelists.  Plaintiffs have instead decided to recommend who would serve as the other two panelists and they are the following jurists:

2.     The Hon. Dickran M. Tevrizian, United States District Judge (Ret.).

3.     The Hon. Daniel S. Pratt, Judge of the California Superior Court (Ret.).

Justice Trotter has a long and distinguished career in supervising and managing complex civil litigation.  Judge Tevrizian also has a wealth of experience in handling complex cases and, as a former United States District Judge, is very familiar with the procedural rules governing complex multidistrict litigation such as this.  Judge Pratt also has extensive experience in managing complex litigation and has served as a coordination

---

[1] Attached hereto are the biographies of plaintiffs' proposed Special Masters as Exhibits 1, 2 and 3, respectively.

2

1    judge in mass tort litigation.  Each of these distinguished jurists are affiliated with JAMS

2    and each of them maintain offices within this district.

3        Plaintiffs do not believe that it would be necessary at this time to appoint a Special

4    Master or assistant to the Special Masters for e-discovery matters.  Should the Special

5    Master or Masters appointed by the Court believe such assistance is necessary, they may

6    make a recommendation to the Court to that effect.  Plaintiffs also do not believe it is

7    necessary to have a Special Master for federal and state court coordination issues.

8    Plaintiffs believe that the Discovery Masters appointed by the Court would be able to

9    handle such issues.  Should the need arise for additional assistance, a proposal may be

10   made by the Special Masters appointed by the Court to that effect.

11

12

13       Dated:  June 21, 2010.

14                                    Respectfully submitted,

15                                    MARC M. SELTZER
                                      SUSMAN GODFREY L.L.P.
16

17                                    By___/s/ Marc M. Seltzer_____
                                           Marc M. Seltzer
18
                                      STEVE W. BERMAN
19                                    HAGENS BERMAN SOBOL SHAPIRO LLP

20

21                                    By___/s/ Steve W. Berman_____
                                           Steve W. Berman
22
                                      FRANK M. PITRE
23                                    COTCHETT, PITRE & MCCARTHY

24
                                      By___/s/ Frank M. Pitre_____
25                                         Frank M. Pitre

26                                    Plaintiffs' Co-Lead Counsel for
                                      Economic Loss Cases
27

28

                                           3

Elizabeth J. Cabraser
LIEFF CABRASER HEIMANN &
  BERNSTEIN LLP

By____/s/ Elizabeth J. Cabraser_____
          Elizabeth J. Cabraser


MARK P. ROBINSON, JR.
ROBINSON, CALCAGNIE & ROBINSON


By____/s/ Mark P. Robinson, Jr._____
          Mark P. Robinson, Jr.

Plaintiffs' Co-Lead Counsel for
Personal Injury/Wrongful Death Cases

4