# Exhibit 1

Case 8:10-ml-02151-JVS -FMO   Document 206-1   Filed 06/21/10   Page 1 of 9



THE RESOLUTION EXPERTS



T: 714-939-1300
F: 714-939-8710

*Lifetime Achievement Award, Orange County Trial Lawyers Association, 2007*

*Recognized as a Top California Neutral, Daily Journal, 2003, 2006, 2007, 2008, and 2009*

*Recognized as a Best Lawyer, Alternative Dispute Resolution Category, Best Lawyers in America, 2006-2010*

*Recognized as One of the 500 Leading Judges in America, Lawdragon Magazine, 2006*

**Case Manager**
Tricia Lunceford
JAMS
500 N. State College Blvd.
14th Floor
Orange, CA 92868
714-937-8251 Phone
714-939-8710 Fax
Email:
tlunceford@jamsadr.com

**Hon. John K. Trotter (Ret.)**

**Hon. John K. Trotter (Ret.)** joined JAMS in 1987 upon early retirement from the California Court of Appeal. Justice Trotter has gained a reputation as one of the nation's leading experts in Alternative Dispute Resolution (ADR) and has a thorough knowledge of all ADR hearing formats and procedures.

**ADR Experience and Qualifications**
- Successfully resolved in excess of 2,000 cases involving:
  - Bad Faith
  - Class Actions
  - Complex Business Disputes
  - Contract Disputes
  - Employment
  - Insurance Coverage
  - Mass Torts
  - Pharmaceuticals
  - Personal Injury
  - Professional Liability
  - Toxic Torts
- Served as a Special Master in several Multi District Litigation Pharmaceutical matters including Zyprexa I, Zyprexa II, Baycol, Rezulin, Vioxx, and other complex cases in both Federal and State court
- Authored many significant and far reaching opinions while on the Court of Appeal
- Served on the Law and Motion, Settlement Conference, and Civil Trial Court calendars of the Orange County Superior Court
- Specialized in civil litigation and tried in excess of 100 jury trials in State and Federal Court while in private practice

**Honors, Memberships, and Professional Activities**
- Lifetime Achievement Award for his distinguished career as an attorney, judge, and major contributor to the advancement of ADR, Orange County Trial Lawyers Association, 2007
- Recognized as a Best Lawyer, Alternative Dispute Resolution Category, *Best Lawyers in America*, 2006-2010
- Recognized as a Top 50 California Neutral, *Daily Journal,* 2003 and 2009
- Recognized as a Top 40 California Neutral, *Daily Journal,* 2007 and 2008
- Recognized as a Top 30 California Neutral, *Daily Journal,* 2006
- Recognized as one of the "500 Leading Judges in America," by *Lawdragon Magazine,* 2006
- Recognized as one of California's "Most Sought After Mediators and Arbitrators," by the *Daily Journal,* November 2002
- Recognized as one of the "Top 100 Lawyers in California," by the *Daily Journal,* September 2002
- "Appellate Justice of the Year" Award, California Trial Lawyers Association
- "Justice of the Year Award", Los Angeles Trial Lawyers Association
- "Franklin G. West" Award, Lifetime Achievement Award, Orange County Bar Association
- "Award of Appreciation", Mexican-American Bar Association
- Founding President, Robert A. Banyard Inns of Court
- Past President, Orange County Bar Association
- Past President, American Board of Trial Advocates
- Disciplinary Hearing Officer, California State Bar Association
- Faculty Member: College of Trial Advocacy, National Institute of Trial Advocacy
- Taught Negotiation and Mediation Techniques to judges, attorneys, and business people throughout California

**Background and Education**
- Associate Justice Pro Tem, California State Supreme Court, 1983

Case 8:10-ml-02151-JVS -FMO   Document 206-1    Filed 06/21/10   Page 3 of 9

Hon. John K. Trotter (Ret.) (General Biography)                                                                  Page 2 of 2

- Presiding Justice, California Court of Appeal, Fourth District, Division Three, 1982-1987
- Associate Justice, California Court of Appeal, Fourth District, Division Two, March-December 1982
- Judge, Orange County Superior Court, 1979
- Private practice, 1961-1979
- J.D., University of Southern California Law School, 1961

500 N. State College Blvd., 14th Floor • (at E. Orangewood Ave.) • Orange, CA 92868 • Tel 714-939-1300 • Fax 714-939-8710 • www.jamsadr.com

7

# Exhibit 2



THE RESOLUTION EXPERTS



T: 213-620-1133
F: 213-620-0100

*Recognized as a Best Lawyer, Alternative Dispute Resolution Category, Best Lawyers in America, 2009 and 2010*

*"In resolving complex disputes, there are often several parties, multiple legal issues, and more than a handful of other moving parts. Within the ADR process, I see myself as a catalyst for resolution."*

**Case Manager**
Reina Parra
JAMS
707 Wilshire Blvd.
46th Floor
Los Angeles, CA 90017
213-253-9732 Phone
213-620-0100 Fax
Email:
rparra@jamsadr.com

**Hon. Dickran M. Tevrizian (Ret.)**

**Hon. Dickran M. Tevrizian (Ret.)** is best known for his ability to bring disparate groups together in even the most difficult situations when parties are unyielding. He takes an active role in case management and in settling cases. Recipient of numerous awards and recognized as an "excellent, shining star, great judge, kind human being, and 13 or 14 on a scale of 10," Judge Tevrizian is widely respected for doing the right thing according to existing law. He served 31 years of his 41-year legal career on both the federal and the state trial courts, with his most recent 21 years on the U.S. District Court for the Central District of California.

**ADR Experience and Qualifications**
- While on the bench, many judges sent their most complex cases to Judge Tevrizian to settle
- Resolved approximately 10,000 cases while serving on the bench
- Participated in negotiations in hundreds of cases involving a wide variety of issues, including:
    - Aviation
    - Business/Commercial
    - Construction
    - Employment
    - Entertainment
    - Environmental
    - Insurance
    - Intellectual Property
    - Personal Injury including premises liability and product liability
    - Product Liability
    - Professional Liability including legal and accounting malpractice
    - Real Estate
    - Securities

**Representative Matters**
- As a federal district judge in the Central District of California, he presided over cases in all areas of federal jurisdiction and decided several notable cases
- An active settlement judge, Judge Tevrizian mediated the settlement of a wide range of complex cases including copyright, patent, securities, employment, civil rights, aviation, real estate, and general commercial disputes
- Presided over numerous Multi District Litigation (M.D.L.) matters
- Successfully resolved complex contract, patent, copyright, trademark, employment, professional liability, securities, and insurance coverage disputes, as well as tort cases
- Managed complex commercial disputes in a variety of fields including energy, entertainment, contract, real property, securities, intellectual property, insurance coverage, and patent litigation
- Handled cases involving consumer and civil rights class actions, Clean Water Act violations, Federal False Claims Act matters, and a variety of employment discrimination disputes

**Honors, Memberships, and Professional Activities**
- Recognized as a Best Lawyer, Alternative Dispute Resolution Category, *Best Lawyers in America*, 2009 and 2010
- Emil Gumpert Award for promoting Alternative Dispute Resolution, 2005
- Justice Armand Arabian Leaders in Public Service Award, 2005
- Distinguished Public Service Award, Orange County Federal Bar Association, 2003
- Maynard Toll Award for service to the underprivileged, Los Angeles County Bar Association, 2002
- Ellis Island Medal of Honor Award, 1999
- Federal Court Trial Judge of the Year, Malibu Bar Association, 1998
- Peter The Great Gold Medal of Honor, Russian Academy of Natural Sciences for outstanding contributions to the field of law, 1998
- Trial Jurist of the Year, Los Angeles County Bar Association, 1994-1995
- Trial Judge of the Year, California Trial Lawyers Association, 1987

- Advisory Director to the University of California, Los Angeles School of Public Policy
- Member, Board of Directors, Armenian General Benevolent Union, Glendale Memorial Hospital Foundation, Armenian Eye Care Project, Exceptional Children's Foundation
- Lecturer for numerous Bar Associations, California Continuing Education Programs, and State Bar Mandatory Continuing Legal Education Seminars

**Background and Education**
- Judge, U.S. District Court for the Central District of California, 1986-2007
- Of Counsel, Lewis, D'Amato, Brisbois & Bisgaard, Los Angeles, CA, 1985-1986
- Partner, Manatt Phelps Rothenberg & Tunney, Los Angeles, CA, 1982-1985
- Judge, Superior Court of California County of Los Angeles, 1978-1982
- Judge, Los Angeles Municipal Court, 1972-1978
- Partner, Kirtland & Packard, Los Angeles, CA, 1966-1972
- Tax Accountant, Arthur Anderson & Company, 1965-1966
- J.D., University of Southern California School of Law, Los Angeles, CA, 1965
- B.S., *cum laude*, Finance and Accounting, University of Southern California, Los Angeles, CA, 1962

# Exhibit 3



**THE RESOLUTION EXPERTS**



T: 714-939-1300
F: 714-939-8710

*"Judge Pratt was a phenomenal mediator. He went above and beyond, following the session and after significant time and effort, successfully resolved the case. I highly recommend Judge Pratt and will call on him for future case."*

*-Name partner of a national litigation firm*

*"He stayed late at night and worked at all hours to make sure the case could get resolved."*

*-Name partner of Los Angeles law firm*

*"[H]e was such a master at keeping everyone working together…."*

*-Name partner of West Coast commercial litigation firm*

**Case Manager**
Marty Crouse
JAMS
500 N. State College Blvd.
14th Floor
Orange, CA 92868
714-937-8239 Phone
714-939-8710 Fax
Email:
mcrouse@jamsadr.com

**Hon. Daniel S. Pratt (Ret.)**

**Hon. Daniel S. Pratt (Ret.)**, a former supervising judge of the Los Angeles County Superior Court, handled settlement, case management, civil law and motion, and probate in thousands of cases during his 20-year judicial career. Highly regarded for his skill in streamlining the case management process in mass tort litigation, counsel have praised his proficiency and resourcefulness in the resolution of all diet drug product liability cases in the State of California.

**ADR Experience and Qualifications**
- Handled all of the Fen-Phen diet drug product liability cases in California from 1998 to 2006 of which all 4,700 cases were ultimately settled with only two trials conducted
- One of four judges in Los Angeles County who handled California Environmental Quality Act (CEQA) cases from 2006 and 2007
- Since 1993, mediated over 2,000 cases involving a variety of issues including complex business and commercial, construction defect, employment, environmental, insurance, mass torts, catastrophic personal injury, professional liability, and real property
- Tried more than 200 court trials in a variety of matters
- Tried over 500 cases to jury verdict including medical malpractice, major personal injury, police misconduct and excessive force, unlawful termination, and elder abuse matters
- Taught Judicial Education Seminars, including Successful Settlements
- Fluent in Spanish

**Representative Matters**
- **Arbitration:**
  - Commercial case involving remodel of electric utility station involving approximately half a million dollars
  - Regarding sale of exotic automobile
- **Business/Commercial:** Mediated and settled a business dispute involving three generations of family members for a major office furniture manufacturer
- **Employment:** Mediated and settled
  - Sexual harassment, unlawful termination case for $850,000
  - Whistleblower unlawful termination case for $800,000
- **Environmental:** One of four judges in Los Angeles County who handled California Environmental Quality Act (CEQA) cases from 2006 and 2007
- **Healthcare:** arbitrated and mediated to settlement
  - Allegations of failure to pay between providers and insurance carriers
  - Very contentious partnership dispute between doctors in physicians group
- **Insurance:** Mediated and settled a bad faith insurance case involving two wrongful deaths for a total settlement of $8 million
- **Mass Torts:**
  - Handled all 4,700 Fen-Phen product liability cases in California from 1998 to 2006; cases involved allegations of valvular heart disease and primary pulmonary hypertension; all were settled except for two trials
- **Personal Injury:** Mediated and settled
  - Severe golf cart brain injury case for $1 million
  - Serious personal injury case for $4.5 million
  - Wrongful death auto accident case for $450,000

**Honors, Memberships, and Professional Activities**
- Recipient, Lifetime Judicial Award, Southeast District Bar Association, 2008
- Judge of the Year, Consumer Attorneys of Los Angeles, 2004
- Judge of the Year, Southeast District Bar Association, 2000
- Judge of the Year, Whittier Bar Association, 1997
- Member, California Judges Association, 1988-present (former board member)
- Municipal Court Judges Association of Los Angeles County, 1988-present
- Mexican-American Bar Association, 1987-present

500 N. State College Blvd., 14th Floor • (at E. Orangewood Ave.) • Orange, CA 92868 • Tel 714-939-1300 • Fax 714-939-8710 • www.jamsadr.com

12

- Los Angeles County Bar Association, 1977-present
- Southeast District Bar Association, 1977-present
- Advisory Committee, California State Bar Litigation Section
- "Expanded Horizons," *Daily Journal*, ADR profile, February 9, 2009

**Background and Education**
- Judge, Superior Court, Los Angeles County, 1989-2008 (Supervising Judge, 1996 and 1997)
- Judge, Municipal Court, East Los Angeles Judicial District, Los Angeles County, CA, 1988-1989
- Deputy District Attorney, Los Angeles County, 1983-1988
- Deputy Public Defender, Los Angeles County, 1981-1983
- Private law practice (emphasis in family law, personal injury, business, and criminal law), Norwalk, CA, 1977-1981
- J.D., Western State University School of Law, Fullerton, CA, 1977
- B.A., California State University, Long Beach, CA, 1972