UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | **8:10ML2151 JVS (FMOx)** | Date | June 23, 2010 |
| Title | **IN RE: TOYOTA MOTOR CORP. UNINTENDED ACCELERATION MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | | |

Present: The Honorable    James V. Selna

| Karla J. Tunis | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:

| | |
|---|---|
| Darren Aitken | Beth Kuttler |
| Wylie Aitken | Gretchen Nelson |
| Dawn Baruis | Frank Pitre |
| Steven Berman | Mark Robinson, Jr. |
| Elizabeth Cabraser | Marc Seltzer |
| Kevin Calcagnie | Dana Taschner |
| Robert Carey | Todd Walburg |

Attorneys Present for Defendants:

| | |
|---|---|
| John Arya | Kara Kennedy |
| Alexander Calfo | Anna McLean |
| Cari Dawson | Ashley Merlo |
| Vince Galvin | Joel Smith |
| Lisa Gilford | Lai Yip |
| Raymond Hua | |

<u>via</u> <u>telephone</u>:  Benjamin Bailey;  Jayne Conroy; W. Daniel Miles;  Donald Slavik;  Terrence McCartney

**Proceedings:**    Discovery Scheduling Conference

Cause called and counsel make their appearances.  The Court states its tentative ruling for the record.  The Court and counsel confer.  Counsel make arguments.  The Court continues this conference to July 20, 2010 at 9:00 a.m.

The Court ORDERS that the briefs/reports discussed today be filed not later than July 16, 2010 and that any memorandums of points and authorities not exceed fifteen (15) pages.

The Court FURTHER ORDERS that any further comments or objections to the candidates for special masters shall be filed not later than June 30, 2010.   Counsel meet, confer, prepare and submit a proposed order regarding the appointment, with the administrative details, of the special masters not later than July 16, 2010.

                                                                                                            2     :     35

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  **8:10ML2151 JVS (FMOx)**   Date  June 23, 2010

Title  **IN RE: TOYOTA MOTOR CORP. UNINTENDED ACCELERATION MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**

Initials of Preparer   kjt