A CERTIFIED TRUE COPY
ATTEST

By Darion Payne on Jun 30, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**Jun 15, 2010**

FILED
CLERK'S OFFICE

IN RE: TOYOTA MOTOR CORP. UNINTENDED
ACCELERATION MARKETING, SALES PRACTICES,
AND PRODUCTS LIABILITY LITIGATION

8:10-ml-02151 JVS (FMOx)

MDL No. 2151

FILED
CLERK, U.S. DISTRICT COURT

JUNE 30, 2010

CENTRAL DISTRICT OF CALIFORNIA
BY: ___RRP___ DEPUTY

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-5)**

On April 9, 2010, the Panel transferred six civil actions to the United States District Court for the Central District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* F.Supp.2d. (J.P.M.L. 2010). Since that time, 144 additional actions have been transferred to the Central District of California. With the consent of that court, all such actions have been assigned to the Honorable James V. Selna.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Central District of California and assigned to Judge Selna.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Central District of California for the reasons stated in the order of April 9, 2010, and, with the consent of that court, assigned to the Honorable James V. Selna.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Central District of California. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

**Jun 30, 2010**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: TOYOTA MOTOR CORP. UNINTENDED
ACCELERATION MARKETING, SALES PRACTICES,
AND PRODUCTS LIABILITY LITIGATION          MDL No. 2151

### SCHEDULE CTO-5 - TAG-ALONG ACTIONS

| DIST. | DIV. | C.A. # | CASE CAPTION | |
|---|---|---|---|---|
| **ALABAMA NORTHERN** | | | | |
| ALN | 5 | 10-1035 | Sharrolyn Jimerson v. Toyota Motor Engineering & Manufacturing North America, Inc., et al. | SACV10-00997 JVS (FMOx) |
| **LOUISIANA EASTERN** | | | | |
| LAE | 2 | 10-1427 | Mack Sims v. Toyota Motor Sales U.S.A., Inc., et al. | SACV10-00998 JVS (FMOx) |
| **NEW JERSEY** | | | | |
| NJ | 2 | 10-2169 | Beverly Morgan, etc. v. Toyota Motor North America, Inc., et al. | SACV10-00999 JVS (FMOx) |
| **NEW MEXICO** | | | | |
| NM | 1 | 10-379 | Michael Kenneth Hollis, et al. v. Toyota Motor Sales U.S.A., Inc., et al. | SACV10-01000 JVS (FMOx) |
| **NEW YORK SOUTHERN** | | | | |
| NYS | 1 | 10-1816 | Charlene Tran v. Toyota Motor North America, Inc., et al. | SACV10-01001 JVS (FMOx) |
| NYS | 1 | 10-3548 | Judith Weinberger, et al. v. Toyota Motor Sales U.S.A., Inc., et al. | SACV10-01002 JVS (FMOx) |
| **PENNSYLVANIA WESTERN** | | | | |
| ~~PAW~~ | ~~2~~ | ~~10-644~~ | ~~Janice Markowitz v. Toyota Motor Sales U.S.A., Inc.~~ Opposed 6/30/10 | |
| **PUERTO RICO** | | | | |
| PR | 3 | 10-1390 | Dot-Marie Gallardo-Browning v Toyota Motor North America, Inc., et al. | SACV10-01003 JVS (FMOx) |
| **TENNESSEE EASTERN** | | | | |
| TNE | 3 | 10-224 | Nancy Leach Rookard, etc. v. Toyota Motor Corp., et al. | SACV10-01004 JVS (FMOx) |
| **TENNESSEE WESTERN** | | | | |
| ~~TNW~~ | ~~2~~ | ~~10-2383~~ | ~~Margaret C. Biller v. Toyota Motor Sales U.S.A., Inc., et al.~~ Vacated 6/30/10 | |

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

**CHAIRMAN:**
John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Kathryn H. Vratil
United States District Court
District of Kansas

David R. Hansen
United States Court of Appeals
Eighth Circuit

W. Royal Furgeson, Jr.
United States District Court
Northern District of Texas

Frank C. Damrell, Jr.
United States District Court
Eastern District of California

Barbara S. Jones
United States District Court
Southern District of New York

**DIRECT REPLY TO:**

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888
http://www.jpml.uscourts.gov

June 30, 2010

Terry Nafisi, Clerk
Ronald Reagan Federal Bldg. & U.S. Courthouse
411 West Fourth Street
Santa Ana, CA 92701-4516

Re: MDL No. 2151 -- IN RE: Toyota Motor Corp. Unintended Acceleration Marketing, Sales Practices, and Products Liability Litigation

(See Attached CTO-5)

Dear Ms. Nafisi:

    Attached as a PDF document is a certified copy of a conditional transfer order filed by the Panel in the above-captioned matter on <u>June 15, 2010</u>. As stipulated in Rule 7.4(a) of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 14 days to give any party an opportunity to oppose the transfer. The 14-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

    The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

    A list of involved counsel, judges and clerks are attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By _____
    Darion Payne
    Case Administrator

Attachments (Conditional Transfer Order is a Separate Document)

cc:   Transferee Judge:    Judge James V. Selna

JPML Form 36A

IN RE: TOYOTA MOTOR CORP. UNINTENDED
ACCELERATION MARKETING, SALES PRACTICES,
AND PRODUCTS LIABILITY LITIGATION                MDL No. 2151

## PANEL SERVICE LIST (CTO-5)

Wylie A. Aitken
AITKEN AITKEN & COHN
3 MacArthur Place
Suite 800
Santa Ana, CA 92707
connie@aitkenlaw.com

Dawn M. Barrios
BARRIOS KINGSDORF & CASTEIX LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139-3650
barrios@bkc-law.com

J. Randolph Bibb, Jr.
LEWIS KING KRIEG & WALDROP PC
424 Church Street
Suite 2500
Nashville, TN 37219
rbibb@lewisking.com

Stephen H. Biller
BILLER LAW FIRM
6000 Poplar Avenue, Suite 250
Memphis, TN 38119
sbiller@thebillerfirm.com

Turner W. Branch
BRANCH LAW FIRM
2025 Rio Grande Boulevard, N.W.
Albuquerque, NM 87104
tbranch@branchlawfirm.com

Roberto A. Camara-Fuertes
FIDDLER GONZALEZ & RODRIGUEZ
PO Box 363507
San Juan, PR 00936-3507
rcamara@fgrlaw.com

Vincent Galvin, Jr.
BOWMAN & BROOKE
1741 Technology Drive
San Jose, CA 95110
vincent.galvin@bowmanandbrooke.com

Karl Geercken
ALSTON & BIRD LLP
90 Park Avenue
New York, NY 10016
karl.geercken@alston.com

Lisa Gilford
ALSTON & BIRD LLP
333 South Hope Street
16th Floor
Los Angeles, CA 90071
lisa.gilford@alston.com

Jeffrey M. Gottlieb
GOTTLIEB & ASSOCIATES
150 East 18th Street
Suite PHR
New York, NY 10003
danalgottlieb@aol.com

Ronald L. Grimm
AMBROSE WILSON GRIMM & DURAND
P.O. Box 2466
Knoxville, TN 37901-2466
rongrimm@awgd.com

Michael Joseph Hall
SHORTY DOOLEY HALL LLC
650 Poydras Street
Suite 2110
New Orleans, LA 70130
mjhall@sdhlawllc.com

Jeffrey L. Ingram
GALES & INGRAM PC
800 Shades Creek Parkway
Suite 300
Birmingham, AL 35209
jeff@galese-ingram.com

**MDL No. 2151 - Panel Service List (CTO-5) (Continued)**

George Tolbert Lewis, III
BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ
First Tennessee Bank Building
165 Madison Avenue
Suite 2000
Memphis, TN 38103
blewis@bakerdonelson.com

James F. Marrion
PIETRAGALLO GORDON ALFANO ET AL
One Oxford Centre
38th Floor
Pittsburgh, PA 15219
jfm@pbandg.com

De Martenson
HUIE FERNAMBUCQ & STEWART LLP
Three Protective Center
2801 Highway 280 South
Suite 200
Birmingham, AL 35223-2484
dm@hfsllp.com

Sarah C. McBride
LEWIS KING KRIEG & WALDROP PC
One Centre Square
620 Market Street
5th Floor
Knoxville, TN 37902
smcbride@lewisking.com

Gretchen M. Nelson
KREINDLER & KREINDLER
707 Wilshire Blvd.
Suite 5070
Los Angeles, CA 90017
gnelson@kreindler.com

Colvin G. Norwood, Jr.
MCGLINCHEY STAFFORD PLLC
601 Poydras Street
12th Floor
New Orleans, LA 70130
wnorwood@mcglinchey.com

Brian J. Panish
PANISH SHEA & BOYLE LLP
11111 Santa Monica Boulevard
Suite 700
Los Angeles, CA 90025
panish@psandb.com

Jud Patterson
LUXON & PATTERSON
507 Hampton Way
Richmond, KY 40475

D. Bruce Petway
PETWAY TUCKER & BARGANIER LLC
510 Park Place
2001 Park Place, North
Birmingham, AL 35203
bpetway@lawpc.com

Eric M. Quetglas-Jordan
QUETGLAS LAW OFFICES
P.O. Box 16606
San Juan, PR 00908-6606
eric@quetglaslaw.com

William Coudert Rand
LAW OFFICE OF WILLIAM COUDERT RAND
711 Third Avenue
Suite 1505
New York, NY 10017
wcrand@wcrand.com

David Bagley Rheingold
RHEINGOLD VALET RHEINGOLD SHKOLNIK & MCCARTNEY LLP
113 East 37th Street
New York, NY 10016-3042
drheingold@rheingoldlaw.com

Mark P. Robinson, Jr.
ROBINSON CALCAGNIE & ROBINSON
620 Newport Center Drive
7th Floor
Newport Beach, CA 92660
mrobinson@rcrlaw.net

**MDL No. 2151 - Panel Service List (CTO-5) (Continued)**

Christina L. Roseman
KIMMEL & SILERMAN PC
210 Grant Street
Suite 202
Pittsburgh, PA 15219
**croseman@lemonlaw.com**

Robert P. Zoller
STERNS & WEINROTH PC
50 West State Street
Suite 1400
P.O. Box 1298
Trenton, NJ 08607-1298
**rzoller@sternslaw.com**

**IN RE: TOYOTA MOTOR CORP. UNINTENDED
ACCELERATION MARKETING, SALES PRACTICES,
AND PRODUCTS LIABILITY LITIGATION**                             MDL No. 2151

## INVOLVED JUDGES LIST (CTO-5)

~~Hon. Donetta W. Ambrose~~
~~U.S. District Judge~~
~~3280 U.S. Post Office & Courthouse~~
~~700 Grant Street~~
~~Pittsburgh, PA 15219-1906~~

~~Hon. S. Thomas Anderson~~
~~U.S. District Judge~~
~~United States District Court~~
~~934 Clifford Davis & Odell Horton Federal Bldg.~~
~~167 North Main Street~~
~~Memphis, TN 38103~~

Hon. Helen G. Berrigan
U.S. District Judge
C-556 Hale Boggs Federal Building U.S. Cthse
500 Poydras Street
New Orleans, LA 70130

Hon. Naomi Reice Buchwald
U.S. District Judge
2270 Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Hon. Aida M. Delgado-Colon
U.S. District Judge
U.S. District Court
H-111 Clemente Ruiz Nazario Courthouse
150 Carlos Chardon Avenue
San Juan, PR 00918

Hon. Inge P. Johnson
U.S. District Judge
361 Hugo L. Black U.S. Courthouse
1729 5th Avenue North
Birmingham, AL 35203-2000

Hon. William P. Johnson
U.S. District Judge
U.S. District Court
333 Lomas NW, Suite 770
Albuquerque, NM 87102

Hon. Shira Ann Scheindlin
U.S. District Judge
1620 Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Hon. Peter G. Sheridan
U.S. District Judge
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Hon. Thomas A. Varlan
U.S. District Judge
143 Howard H. Baker Jr. U.S. Courthouse
800 Market Street
Knoxville, TN 37902-7902

IN RE: TOYOTA MOTOR CORP. UNINTENDED
ACCELERATION MARKETING, SALES PRACTICES,
AND PRODUCTS LIABILITY LITIGATION                MDL No. 2151

## INVOLVED CLERKS LIST (CTO-5)

Sharon Harris, Clerk
U.S. Post Office & Courthouse
101 Holmes Avenue, N.E.
Huntsville, AL 35801

Loretta G. Whyte, Clerk
U.S. District Court
500 Poydras Street
Room C-151
New Orleans, LA 70130

William T. Walsh, Clerk
Martin Luther King, Jr. Federal
Bldg. & U.S. Courthouse
50 Walnut Street, 4th Floor
Newark, NJ 07102

Matthew J. Dykman, Clerk
U.S. Courthouse
333 Lomas Boulevard, N.W.
Albuquerque, NM 87102

Ruby J. Krakick, Clerk
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 120
New York, NY 10007-1312

~~Robert V. Barth, Jr., Clerk~~
~~U.S. District Court~~
~~P.O. Box 1805~~
~~Pittsburgh, PA 15230-1805~~

Frances Rios De Moran, Clerk
150 Federico Degetau Federal Building
150 Carlos Chardon Avenue
Hato Rey, PR 00918-1767

Patricia L. McNutt, Clerk
130 Howard H. Baker Jr. U.S. Courthouse
800 Market Street
Knoxville, TN 37902

~~Thomas M. Gould, Clerk~~
~~242 Clifford Davis Federal Building~~
~~167 North Main Street~~
~~Memphis, TN 38103~~