Elizabeth J. Cabraser, Bar No. 083151
*ecabraser@lchb.com*
LIEFF CABRASER HEIMANN &
  BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:   (415) 956-1008

Mark P. Robinson, Jr., Bar No. 054426
*mrobinson@rcrlaw.net*
ROBINSON, CALCAGNIE &
  ROBINSON
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
Telephone:  (949) 720-1288
Facsimile:  (949) 720-1292

Plaintiffs' Co-Lead Counsel for
Personal Injury/Wrongful Death Cases

Steve W. Berman (*pro hac vice*)
*steve@hbsslaw.com*
HAGENS BERMAN SOBOL
  SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone:  (206) 268-9320
Facsimile:   (206) 623-0594

Frank M. Pitre, Bar No. 100077
*fpitre@cpmlegal.com*
COTCHETT, PITRE &
  MCCARTHY
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone:  (650) 697-6000
Facsimile:  (650) 697-0577

Marc M. Seltzer, Bar No. 054534
*mseltzer@susmangodfrey.com*
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA  90067-6029
Telephone:  (310) 789-3102
Facsimile:   (310) 789-3006

Plaintiffs' Co-Lead Counsel for
Economic Loss Cases

Cari K. Dawson (*pro hac vice*)
*cari.dawson@alston.com*
Lisa Gilford, Bar No. 171641
*lisa.gilford@alston.com*
ALSTON BIRD, LLP
1201 West Peachtree Street
Atlanta, GA  30309-3424
Telephone:  (404) 881-7766
Facsimile:   (404) 253-8567

Vincent Galvin, Jr., Bar No. 104448
*vincent.galvin@bowmanandbrooke.com*
Joel H. Smith (*pro hac vice*)
*joel.smith@bowmanandbrooke.com*
BOWMAN & BROOKE LLP
1741 Technology Drive
San Jose, CA 95110-1364
Telephone:  (408) 961-4501
Facsimile:   (408) 279-5845

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE:  TOYOTA MOTOR CORP. UNINTENDED ACCELERATION MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>ALL CASES | Case No. 8:10ML02151 JVS (FMOx)<br><br>**STIPULATION REGARDING SPECIAL MASTERS** |

The Personal Injury Wrongful Death Plaintiffs and Economic Loss Plaintiffs and the Toyota entities hereby stipulate: Hon. John K. Trotter and Hon. Steven Stone will be the Special Masters in this MDL. No. 2151.

Dated:  June 30, 2010         By:   /s/ Mark P. Robinson, Jr.
                                         Mark P. Robinson, Jr.

Mark P. Robinson, Jr., Bar No. 054426
*mrobinson@rcrlaw.net*
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
Telephone:  (949) 720-1288
Facsimile:  (949) 720-1292

Dated:  June 30, 2010         By:   /s/ Frank M. Pitre
                                         Frank M. Pitre

Frank M. Pitre, Bar No. 100077
*fpitre@cpmlegal.com*
COTCHETT, PITRE &
  MCCARTHY
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone:  (650) 697-6000
Facsimile:  (650) 697-0577

Dated:  June 30, 2010         By:   /s/ Vincent Galvin, Jr.
                                         Vincent Galvin, Jr.

Vincent Galvin, Jr., Bar No. 104448
*vincent.galvin@bowmanandbrooke.com*
Joel H. Smith (*pro hac vice*)
*joel.smith@bowmanandbrooke.com*
BOWMAN & BROOKE LLP
1741 Technology Drive
San Jose, CA 95110-1364
Telephone:  (408) 961-4501
Facsimile:   (408) 279-5845