UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 8:10ML2151 JVS (FMOx) | Date | June 30, 2010 |
| Title | IN RE: TOYOTA MOTOR CORP. UNINTENDED ACCELERATION MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | | |

| Present: The Honorable | James V. Selna | |
|---|---|---|
| Karla J. Tunis | | Sharon Seffens |
| Deputy Clerk | | Court Reporter |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Mark Robinson, Jr. | | Vince Galvin |

**Proceedings:** Status Conference

    Cause called and counsel make their appearances via telephone. The Court and counsel confer regarding special masters for discovery issues. Counsel shall file a stipulation and proposed order regarding the designation of the special masters as discussed on the record.

                                                                                         : 15

                                                                   Initials of Preparer    kjt