Bruce W. Steckler
(Texas State Bar No. 00785039)
Scott Summy
(Texas State Bar No. 19507500)
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Phone: 214-521-3605
Facsimile: 214-520-1181
email: bsteckler@baronbudd.com
ssummy@baronbudd.com

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: Toyota Motor Corp. Unintended Acceleration Marketing, Sales Practices, and Products Liability Litigation | Case No. 8:10 ML2151 JVS (FMOx)<br><br>Motion to Continue Court's July 2, 2010 Deadline to File Initial Disclosures |
| **This Document Relates To:**<br><br>C.D. Cal., 2:10-cv-00706(FMOx) *Aviles v. Toyota Motor Corp, et al.*<br>E.D. La, 8:10-cv-00576, *Farrelly v. Toyota Motor NA, Inc., et al*<br>E.D. La, 8:10-cv-00577, *Burke v. Toyota Motor NA, Inc., et al* | Date:<br>Time:<br>Place: 411 W. Fourth Street<br>Santa Ana, CA 92701<br>Court Room 10C |

## Motion to Continue Court's July 2, 2010
## Deadline to File Initial Disclosures

Plaintiffs Adilia Aviles, Timothy P. and Suzette L. Farrelly, and Jennifer W. Burke file their motion to extend the deadline in this Court's recent scheduling order of June 18, 2010, Docket No. 193, for initial disclosures which are due July 2, 2010. Plaintiffs seek up to and including July 12, 2010 to serve initial disclosures.

Plaintiffs' motion is for good cause due to their misapprehension as to whether they continued to have an obligation under the present MDL structure, and is made in

Page 1

Case No. 8:10 ML2151 JVS (FMOx)

good faith and without the intention to cause undue delay. Moreover, Defendants will not be prejudiced in this delay.

Plaintiffs, by and through their Counsel, attempted to meet and confer with defense counsel but we unable to do so prior to this point. Plaintiffs' motion will not prejudice Defendants in any way.

Accordingly, Plaintiffs' respectfully request that this Court enter an order granting plaintiffs up to and including July 12, 2010 to serve their initial disclosures.

Dated: July 2, 2010

Respectfully Submitted,

Baron & Budd, P.C.

By: ___/s/ Bruce W. Steckler___
Bruce W. Steckler
(Texas State Bar No. 00785039)
Scott Summy
(Texas State Bar No. 19507500)
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, Texas 752119
Phone: 214-521-3605
Facsimile: 214-520-1181
email: bsteckler@baronbudd.com
ssummy@baronbudd.com