UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 8:10ML2151 JVS (FMOx) | Date | July 9, 2010 |
| Title | IN RE: TOYOTA MOTOR CORP. UNINTENDED ACCELERATION MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | | |

| Present: The Honorable | James V. Selna | |
|---|---|---|
| | Karla J. Tunis | Not Present |
| | Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:**   (IN CHAMBERS)   Order Regarding Special Master Appointments

      Pursuant to the parties' stipulation and by order dated July 1, 2010, the Court appointed the Honorable John K. Trotter (ret.) and the Honorable Steven Stone (ret.) ("Special Masters") to serve as Special Masters in these proceedings.  (Docket No. 231.)

      On July 7, 2010, the Court conducted an informal organizational meeting with the Special Masters, and on July 9, 2010, the Court conducted a telephone conference with the Special Masters, in which they reported to the Court the results of their meeting with the parties earlier in the morning.

      The Court directs the parties to meet and confer within fifteen days for the purpose on submitting a proposed order setting forth the duties and responsibilities of the Special Masters and the process for litigation before the Special Masters.  The proposed order shall comply with Rule 53(b)(2) of the Federal Rules of Civil Procedure and shall address at least the following matters:

      • The duties and responsibilities of the Special Masters, including the scope thereof.

      • The Special Masters shall allocate work between themselves.

      • All substantive matters shall be decided in writing by a single Special Master, provided that the other Special Master shall review and indicate his

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | **8:10ML2151 JVS (FMOx)** | Date | July 9, 2010 |
| Title | **IN RE: TOYOTA MOTOR CORP. UNINTENDED ACCELERATION MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | | |

concurrence in the order. If there is a disagreement, the matter shall be referred directly to the Court.

• The signature of a single Special Master shall be sufficient on all procedural matters.

• A presumptive timetable for briefing and hearing of motions.

• Absent extraordinary circumstances, the Special Masters shall resolve all substantive matters within 30 days of submission.

• Compensation of the Special Masters, including billing and payment requirements and provision for allocation of the Special Masters' fees and expenses between the parties.

• Upon prior approval, the Special Masters may authorize for a specific matter expedited and/or informal procedures, such as the use of letter briefs.

• The process for this Court's review of Special Master orders, including timing, presumptive briefing schedule, and standard of review.

• The Court shall not communicate with the Special Masters, and the Special Masters shall not communicate with the Court, on substantive matters except in writing with service upon the parties or in the presence of the parties.[1]

• All pleadings filed with the Special Masters shall also be filed with this Court.

---

[1] The Court and the Special Masters may communicate with each other on procedural matters without restriction. By way of example, the Court intends to solicit comments from the Special Masters on the parties's proposal in response to this order.