1

Elizabeth J. Cabraser, Bar No. 083151
ecabraser@lchb.com
LIEFF CABRASER HEIMANN &
  BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Tel: 415-956-1000; Fax 415-956-1008

2

3

4

Mark P. Robinson, Jr., Bar No. 054426
mrobinson@rcrlaw.net
ROBINSON, CALCAGNIE &
  ROBINSON
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
Tel: 949-720-1288; Fax 949-720-1292

5

6

7

8

Plaintiffs' Co-Lead Counsel for
Personal Injury/Wrongful Death Cases

9

10

Steve W. Berman (pro hac vice)
steve@hbsslaw.com
HAGENS BERMAN SOBOL
  SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Tel: 206-268-9320; Fax 206-623-0594

11

12

13

14

15

Frank M. Pitre, Bar No. 100077
fpitre@cpmlegal.com
COTCHETT, PITRE &
  MCCARTHY
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Tele: 650-697-6000; Fax 650-697-0577

16

17

18

19

Marc M. Seltzer, Bar No. 054534
mseltzer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Tele: 310-789-3102; Fax 310-789-3006

Plaintiffs' Co-Lead Counsel for Economic
Loss Cases

Cari K. Dawson (pro hac vice)
cari.dawson@alston.com
Lisa Gilford, Bar No. 171641
lisa.gilford@alston.com
ALSTON BIRD, LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424
Tele: 404-881-7766; Fax 404-253-8567
Lead Defense Counsel for Economic Loss
Cases

Vincent Galvin, Jr., Bar No. 104448
vincent.galvin@bowmanandbrooke.com
Joel H. Smith (pro hac vice)
joel.smith@bowmanandbrooke.com
BOWMAN & BROOKE LLP
1741 Technology Drive
San Jose, CA 95110-1364
Tele: 408-961-4501; Fax 408-279-5845
Lead Defense Counsel for Personal
Injury/Wrongful Death Cases

20

**UNITED STATES DISTRICT COURT**

21

**CENTRAL DISTRICT OF CALIFORNIA**

22

23

IN RE: TOYOTA MOTOR CORP.
UNINTENDED ACCELERATION
MARKETING, SALES PRACTICES, AND
PRODUCTS LIABILITY LITIGATION

24

25

This document relates to:

26

ALL CASES

27

Case No. 8:10ML02151 JVS (FMOx)

**JOINT STATEMENT SUBMITTING:
(1) [PROPOSED] PROTECTIVE
ORDER; AND (2) [PROPOSED]
EVIDENCE PRESERVATION
ORDER**

Date:          July 20, 2010
Time:          9:00 a.m.
Courtroom:     10 C

28

Since the June 23, 2010 hearing before the Court, lead counsel for Plaintiffs and the Toyota Defendants have agreed on the language for the stipulated Protective Order and Evidence Preservation Order to govern this case.  Accordingly, the parties submit for the Court's consideration the [*Proposed*] Protective Order, attached as Exhibit A, and the [*Proposed*] Order for Preservation of Documents and Tangible Things, attached as Exhibit B.

Dated:  July 13, 2010          By:   /s/ Mark P. Robinson, Jr.
                                         Mark P. Robinson, Jr.

Mark P. Robinson, Jr., Bar No. 054426
*mrobinson@rcrlaw.net*
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
Telephone:  (949) 720-1288
Facsimile:  (949) 720-1292

Dated:  July 13, 2010          By:   /s/ Frank M. Pitre
                                         Frank M. Pitre

Frank M. Pitre, Bar No. 100077
*fpitre@cpmlegal.com*
COTCHETT, PITRE &MCCARTHY
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone:  (650) 697-6000
Facsimile:  (650) 697-0577

Dated:  July 13, 2010          By:   /s/ Vincent Galvin, Jr.
                                         Vincent Galvin, Jr.

Vincent Galvin, Jr., Bar No. 104448
*vincent.galvin@bowmanandbrooke.com*
BOWMAN & BROOKE LLP
1741 Technology Drive
San Jose, CA 95110-1364
Telephone:  (408) 961-4501
Facsimile:   (408) 279-5845

Dated:  July 13, 2010          By:   /s/ Cari K. Dawson
                                         Cari K. Dawson

Cari K. Dawson (*pro hac vice*)
*cari.dawson@alston.com*
ALSTON BIRD, LLP
1201 West Peachtree Street
Atlanta, GA  30309-3424
Telephone: (404)-881-7766
Facsimile: (404) 253-8567

1