Wylie A. Aitken (CA SB 37770)
wylie@aitkenlaw.com
Darren O. Aitken (CA SB 145251)
darren@aitkenlaw.com
**AITKEN ♦ AITKEN ♦ COHN**
3 MacArthur Place, Suite 800
Santa Ana, CA 92707
Ph: (866) 434-1424
Fax: (714) 434-3600

Dawn M. Barrios (LA BAR NO. 2821)
barrios@bkc-law.com
Zachary L. Wool (LA BAR NO. 32778)
zwool@bkc-law.com
**BARRIOS KINGSDORF & CASTEIX, L.L.P.**
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Ph: (504) 524-3300
Fax: (504) 524-3313

Gretchen M. Nelson (CA SBN 112566)
gnelson@kreindler.com
**KREINDLER & KREINDLER LLP**
707 Wilshire Boulevard, Suite 4100
Los Angeles, CA 90017
Ph: (213) 622-6469
Fax: (213) 622-6019

*Plaintiffs' Liaison Counsel*

Vincent Galvin, Jr. (CA SB 104448)
vincent.galvin@bowmanandbrooke.com
Anne O. Hanna (CA SB 120947)
anne.hanna@bowmanandbrooke.com
**BOWMAN AND BROOKE LLP**
1741 Technology Drive, Suite 200
San Jose, CA 95110
Ph: (408) 961-4501
Fax: (408) 279-5845

Lisa Gilford (CA SB 171641)
lisa.gilford@alston.com
**ALSTON & BIRD LLP**
333 South Hope Street, 16th Floor
Los Angeles, CA 90071
Ph: (213) 576-1114
Fax: (213) 576-1100

*Defendants' Liaison Counsel*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| IN RE: TOYOTA MOTOR CORP. UNINTENDED ACCELERATION MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL CASES | Case No.: 8:10-ML02151 JVS (FMOx)<br><br>**JOINT REPORT NO. 2 OF PLAINTIFFS' AND DEFENDANTS' LIAISON COUNSEL TO STATE AND OTHER TYPES OF CASES**<br><br>Date: July 20, 2010<br>Time: 9:00 a.m.<br>Place: Courtroom 10C |

Plaintiffs' and Defendants' Liaison Counsel to State and Other Types of Federal Cases (hereafter "Liaison Committees") submit this Joint Report No. 2. The Liaison Committees have worked in consultation with and cooperatively with the Co-Lead Counsel for the Economic Loss cases and the Personal Injury/Wrongful Death cases in preparing this report and will continue to do so during the pendency of this MDL.

## I. COLLECTION OF DATA ON STATE AND OTHER TYPES OF FEDERAL CASES THAT INVOLVE UA CLAIMS

The Liaison Committees continue to accumulate a master list of state court cases and other federal cases that involve claims of unintended acceleration ("UA"). These cases are being catalogued on an Excel database chart and are being provided to the Court. The database contains the case name, case number, state and court in which it is pending, the presiding jurist, the presiding jurist's contact information, the type of case,[1] the plaintiffs' names, the defendants' names, and the status of each case.[2] In order to obtain complete and accurate information regarding the identities and contact information of the jurists handling state UA cases, Plaintiffs' Liaison Counsel has been contacting the clerks' offices of the various state courts to gather this information where it has not been available from an online source. An updated electronic copy of the database will be provided to the Court at the upcoming Status Conference or no later than July 23, 2010.

---

[1] The cases will be identified by the following descriptions: Economic Loss Class Action; Personal Injury/Wrongful Death; Lemon Law Individual Claim; Lemon Law Class Action; Securities Class Action; Shareholder Derivative; and Small Claims.

[2] The small claims court cases are currently included in the database. , In certain jurisdictions discovery is not permitted in small claims cases and there will likely be limited benefit to coordinating issues as regards the proceedings in this Court. However, this may not be true in all jurisdictions and for those reasons we will continue to provide information on the cases that are identified.

In addition, Plaintiffs' Liaison Counsel has sent the electronic newsletter discussed in Liaison Counsel's Joint Report No. 1 to all UA plaintiffs counsel outside the MDL, and requested that each fully complete the litigation questionnaire attached. Prior to the next status conference Plaintiffs' Liaison Counsel will incorporate into the database that is maintained by the Liaison Committees the information received from plaintiffs' counsel who have returned the litigation questionnaires.

In addition, the Liaison Committees intend to network with the Core Discovery Committee and Lead Counsel of the MDL, as well as leading Plaintiffs' attorneys nationally, to maintain timely and accurate data for the Court through any appropriate method.

## II. STATUS OF STATE COURT COORDINATION PROCEEDINGS

As previously reported the Liaison Committees are currently aware of efforts to coordinate UA related matters in three states: California, New York and Texas. Both California and Texas granted petitions for coordination, and the coordination proceeding in New York is currently pending. New developments in each of these state court proceedings are discussed below.

### A. California

The Presiding Judge of the Los Angeles Superior Court, the Honorable Charles W. McCoy, Jr., will appoint a coordination trial judge.

Plaintiffs' Liaison Counsel will continue to track all coordinated proceedings and other major activity at the state level, and appear at all major hearings where feasible, particularly at the initial stages to implement the MDL's goals.

### B. Texas

On June 25, 2010, the Texas Judicial Panel on Multi-District Litigation consolidated the fifteen (15) actions filed in Texas state court before Judge Robert Schaffer of the 152nd District Court of Harris County. Plaintiffs'

Liaison Counsel has discussed with Jeffrey Wigington of Corpus Christi, who was appointed as Notice Counsel for all plaintiffs in the Texas cases, issues regarding coordination with the MDL proceedings. Mr. Wigington has pledged to support and encourage coordination. Mr. Wigington will alert the Liaison Committees as to all orders and hearings when scheduled by Judge Schaffer. To date, none has been set. Plaintiffs' Liaison Counsel have indicated that they intend to appear at the major hearings were feasible, particularly at the initial stages to implement the MDL's goals.

### C. New York

On June 12, 2010, the Honorable Justice Helen E. Freeman set a briefing schedule on the consolidation motion concerning 16 cases and also denied a motion to stay pending potential consolidation. The last deadline in the scheduling order passed July 9, 2010. All submissions have been received and are under review, and the Litigation Coordinating Panel hopes to rule on the question of consolidation within 30-60 days.

## III. STATUS OF OTHER FEDERAL NON-MDL ACTIONS

On June 6, 2010, U.S. District Judge Dale S. Fischer granted a motion to consolidate the federal securities actions concerning allegations of unintended acceleration (the "Securities Actions") in the Central District of California under the docket number CV 10-922 DSF (AJWx). The Securities Actions, along with plaintiffs' motions for appointment of lead counsel, were stayed until the U.S. Supreme Court decided *Morrison v. National Bank of Australia*, a case expected to clarify the standing of foreign investor claimants. An opinion in *Morrison* was issued on June 24, 2010.

The Liaison Committees will continue to monitor any federal non-MDL actions and report any relevant information to the Court, and endeavor to coordinate any areas of overlapping discovery, if any, as those litigations proceed.

Plaintiffs' Lead Counsel and Plaintiffs' Liaison Committee have also made contact with Joel Rochon, who Plaintiffs' Liaison Counsel believes is acting as lead counsel, at least informally, with respect to the unintended acceleration class action litigation filed in Ontario, Canada, and related Canadian litigation. To inform Mr. Rouchon of the status of this MDL, Plaintiffs' Lead Counsel sent the Case Management Orders issued by this Court to date. Plaintiffs' Liaison Counsel have requested that Mr. Rochon periodically keep Plaintiffs' Liaison Counsel informed of the Canadian proceedings, and Plaintiffs' Liaison Counsel will reciprocate that courtesy.

## IV. NOTIFICATION OF MDL ACTIVITIES AND ORDERS TO STATE COURT JURISTS AND NON-MDL FEDERAL JURISTS

The Court has indicated that it will send formal notification to each jurist presiding over UA related Toyota cases outside of the MDL to advise of the existence of the MDL, the Liaison Committees and all necessary contact information.

The Liaison Committees suggest that a formal notification be sent by the Court to each jurist presiding over, and counsel to the parties in, UA related Toyota cases outside of the MDL. Communication with the jurists and counsel at this juncture would maximize efficiency and coordination between the MDL and other jurisdictions in light of the recent Joint Proposed Protective Order, Joint Proposed Preservation Order, and the Phase 1 Coordinated Discovery Order. The Liaison committees envision that such a communication would contain copies of these Orders, along with the contact information of the Committees. The Liaison Committees will be submitting to the Court a spreadsheet with the jurists' contact information in a format conducive to large mailing and stand willing to assist the Court in any way it deems useful or necessary to undertake such a project.

Additionally, the non-MDL attorneys, jurists and other interested parties

can obtain, through this Court's website and/or through communications from the Liaison Committees, information on the MDL proceedings and copies of the Court's orders and hearing transcripts that may be relevant to UA related cases that are not in the MDL.

The Liaison Committees will endeavor, to the extent possible, to coordinate as to the substance of any written communication with the non-MDL courts regarding coordination efforts with the MDL

## V. NEWSLETTER TO STATE COUNSEL

Plaintiffs' Liaison Counsel also tracks individual plaintiff attorney contact information and has used that information to send out the Newsletter and Questionnaire annexed to Joint Report 1. See Section I. Plaintiffs' Liaison Counsel will electronically inform plaintiffs' counsel in any UA actions whenever the Court issues important orders in the MDL that may be relevant to related actions. Defendants' Liaison Counsel will forward such information to the various firms that are representing Toyota and its affiliated entities in any UA action.

## VI. COORDINATED DISCOVERY ORDER

In order to foster cooperation and coordination, and subject to the Court's approval, undersigned counsel seek to participate in the formulation of a Coordinated Discovery Order which would provide rules for cross-noticing depositions in various venues, which attorneys would take the lead in the deposition, length of time for deposition, etc. In addition, Lead Counsel have negotiated and submitted to the Court a Protective Order which contains a process for sharing protected documents with counsel in UA related matters pending in state courts. A protocol of contact between the Liaison Committees and Special Master(s) appointed by this Court, and a system providing timely notification of the actions the Special Master(s) subsequently take, should be considered. A clear protocol should be established in conjunction with the

Core Discovery Committee regarding the coordination of discovery and liaison with any UA action to promote the overall goal of judicial efficiency and economy.

## VII. CONCLUSION

All of the above steps will promote the important goals of mutual trust and cooperation, as well as illustrate efficiency, so that the concerns of non-MDL litigants, counsel and judges regarding the effect of this MDL on pending litigation can be minimized.

Dated: July 16, 2010

Respectfully submitted,
WYLIE A. AITKEN
DARREN AITKEN
**AITKEN ✦ AITKEN ✦ COHN**

DAWN M. BARRIOS
ZACHARY L. WOOL
**BARRIOS KINGSDORF & CASTEIX, L.L.P.**

GRETCHEN M. NELSON
**KREINDLER & KREINDLER LLP**

By: _____//s//_____
Gretchen M. Nelson
*Plaintiffs' Liaison Counsel*

VINCENT GALVIN, JR.
ANNE O. HANNA
**BOWMAN AND BROOKE LLP**

LISA GILFORD
**ALSTON & BIRD**

By: _____//s//_____
Lisa Gilford
*Defendants' Liaison Counsel*

**JOINT REPORT NO. 2 OF PLAINTIFFS' AND DEFENDANTS' LIAISON COUNSEL TO STATE AND OTHER TYPES OF CASES**