UNITED STATES DISTRICT COURT
For the Central District of California

| | |
|---|---|
| **Selena M. Hines-Muhammad**, On behalf of herself and all other similarly situated individuals, <br><br> **Plaintiff,** <br><br> v. <br><br> **TOYOTA MOTOR SALES, U.S.A., INC.** <br> 19001 South Western Avenue <br> Torrance, CA 90501, <br><br>     Agent for Service of Process: <br>     <u>N R AUTOMOTIVE INC</u> <br>     <u>DBA NEW ROC</u> <br>     <u>47 CEDAR STREET</u> <br>     <u>NEW ROCHELLE, NY 10801</u> <br><br> **TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA, INC.** <br> 25 Atlantic Avenue <br> Erlanger, KY 41018, <br><br>     Agent for Service of Process: <br>     <u>CT CORPORATION SYSTEM</u> <br>     <u>4169 WESTPORT ROAD</u> <br>     <u>LOUISVILLE, KY 40207</u> <br><br> **TOYOTA MOTOR CORPORATION** <br> 1, Toyota-cho <br> Toyota, Aichi 471-8571 Japan, <br><br>     See service instructions in "Parties" <br>     section below <br><br> **Defendants.** | MDL No. 8:10-ml-02151 JVS (FMOx) <br><br> **NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

Comes now the Plaintiff, Selina Hines-Muhammad and hereby dismissed the above pending action without prejudice.

Dated: 7/22/10

PritzkerOlsen, P.A.

By: _____
David J. Szerlag (MN ID #034476X)
PritzkerOlsen, P.A.
Attorneys for Plaintiff Hines-Muhammad
Suite 2950 Plaza VII Building
45 South 7th Street
Minneapolis, MN 55402-1652
612-338-0202
Fax: 612-338-0202
david@pritzkerlaw.com; sue@pritzkerlaw.com
(to seek adminssion pro hac vice)

and

Lynne M. Holtkamp (NC Bar No. 16359)
Holtkamp Law Firm, PLLC
Attorneys for Plaintiff
312 West Franklin Street
Chapel Hill, NC 27516
919-960-6840
Fax: 919-967-4953
holtkamp@holtkamplawfirm.com