## UNITED STATES DISTRICT COURT
### For the Central District of California

| | |
|---|---|
| **Mindy A. Corrigan and**<br>**Dennis J. Waugh,**<br>On behalf of themselves and all other similarly situated individuals,<br><br>**Plaintiffs,**<br><br>v.<br><br>**TOYOTA MOTOR SALES, U.S.A., INC.**<br>19001 South Western Avenue<br>Torrance, CA 90501,<br><br>    Agent for Service of Process:<br>    <u>N R AUTOMOTIVE INC</u><br>    <u>DBA NEW ROC</u><br>    <u>47 CEDAR STREET</u><br>    <u>NEW ROCHELLE, NY 10801</u><br><br>**TOYOTA MOTOR ENGINEERING &**<br>**MANUFACTURING NORTH**<br>**AMERICA, INC.**<br>25 Atlantic Avenue<br>Erlanger, KY 41018,<br><br>    Agent for Service of Process:<br>    <u>CT CORPORATION SYSTEM</u><br>    <u>4169 WESTPORT ROAD</u><br>    <u>LOUISVILLE, KY 40207</u><br><br>**TOYOTA MOTOR CORPORATION**<br>1, Toyota-cho<br>Toyota, Aichi 471-8571 Japan,<br><br>    See service instructions in "Parties"<br>    section below<br><br>**Defendants.** | MDL No. 8:10-ml-02151 JVS (FMOx)<br><br>**NOTICE OF DISMISSAL**<br><br>**WITHOUT PREJUDICE** |

Now come the Plaintiffs, Mindy A. Corrigan and Dennis J. Waugh, and hereby dismiss the above pending action without prejudice.

Dated: 7/22/10

PritzkerOlsen, P.A.

By: _____
David J. Szerlag (RI Bar No. #4261)
Attorneys for Plaintiffs
Suite 2950 Plaza VII Building
45 South 7th Street
Minneapolis, MN 55402-1652
612-338-0202
612-338-0104 Fax
david@pritzkerlaw.com; sue@pritzkerlaw.com

and

John R. Climaco (Ohio ID #0011456)
Climaco, Lefkowitz, Peca, Wilcox & Garofoli Co. LPA
Attorneys for Plaintiffs
55 Public Square, #1950
Cleveland, OH  44113
216-522-0265
216-771-1632 Fax
jrclim@climacolaw.com
(*to seek admission pro hac vice*)