1 | Elizabeth J. Cabraser, Bar No. 083151
*ecabraser@lchb.com*
2 | LIEFF CABRASER HEIMANN &
   BERNSTEIN, LLP
3 | 275 Battery Street, 29th Floor
4 | San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
5 | Facsimile:   (415) 956-1008

6 | Mark P. Robinson, Jr., Bar No. 054426    Marc M. Seltzer, Bar No. 054534
*mrobinson@rcrlaw.net*                   *mseltzer@susmangodfrey.com*
7 | ROBINSON, CALCAGNIE &                   SUSMAN GODFREY L.L.P.
8 |   ROBINSON                              1901 Avenue of the Stars, Suite 950
620 Newport Center Drive, 7th Floor      Los Angeles, CA  90067-6029
9 | Newport Beach, CA 92660                 Telephone:  (310) 789-3102
Telephone:  (949) 720-1288               Facsimile:   (310) 789-3006
10 | Facsimile:  (949) 720-1292

11
Steve W. Berman (*pro hac vice*)            Frank M. Pitre, Bar No. 100077
12 | *steve@hbsslaw.com*                    *fpitre@cpmlegal.com*
HAGENS BERMAN SOBOL                      COTCHETT, PITRE &
13 |   SHAPIRO LLP                             MCCARTHY
14 | 1918 Eighth Avenue, Suite 3300         840 Malcolm Road, Suite 200
Seattle, WA 98101                        Burlingame, CA 94010
15 | Telephone:  (206) 268-9320             Telephone:  (650) 697-6000
Facsimile:  (206) 623-0594               Facsimile:  (650) 697-0577
16
17 | *Attorneys for Plaintiffs*

18 |                   UNITED STATES DISTRICT COURT

19 |                  CENTRAL DISTRICT OF CALIFORNIA

20 |                         SOUTHERN DIVISION

21
22 | IN RE: TOYOTA MOTOR CORP.            Case No. 8:10ML2151 JVS (FMOx)
UNINTENDED ACCELERATION
23 | MARKETING, SALES PRACTICES,          PLAINTIFFS' MEMORANDUM
AND PRODUCTS LIABILITY               REGARDING ORDER
24 | LITIGATION                           APPOINTING SPECIAL MASTERS

25
26 | This Document Relates To:

27 | ALL CASES

28

010172-25  384693 v1

The parties have met and conferred on the subject of an order outlining the Special Masters' duties, responsibilities and procedures. This memorandum addresses the few issues of dispute. Plaintiffs' version of the order has been filed in red-line showing the two areas of dispute.

**A.     The Procedure for the Hearing of Motions Should be up to the Special Master**

Section III A & B of the proposed order deals with the procedures for resolving discovery disputes. Toyota proposes that disputes can be resolved informally only with the consent of both parties. If one party does not consent the default is resolution according to Local Rules. The Local Rules stretch out the process by as much as 31 days (ten to meet plus 21 for a hearing date).

Plaintiffs propose that the Special Masters can decide without mutual consent whether to follow Local Rules or resolve the matter on other informal procedures. If consent is required resolution could be delayed simply by one party refusing to consent. Delaying each discovery dispute by 31 days is inconsistent with the objective of moving this case forward expeditiously.

**B.     The Timing of Review of Rulings by the Special Master**

Section IV deals with the process of review of an order by a Special Master. Toyota proposed a party would have up to 21 days to file an objection. Plaintiffs believe a party can accomplish such a filing within five (5) days. The matter will already have been briefed and all that remains is to brief why the Special Master erred. Surely this can be accomplished in five days.

- 1 -

010172-25 384693 v1

DATED: July 26, 2010.

HAGENS BERMAN SOBOL SHAPIRO LLP

By:     s/ Steve W. Berman
    Steve W. Berman
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 268-9320
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com

By:     s/ Marc M. Seltzer
    Marc M. Seltzer (State Bar No. 054534)
SUSMAN GODFREY LLP
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Telephone: (310) 789-3102
Facsimile: (310) 789-3006
Email: mseltzer@susmangodfrey.com

By:     s/ Frank M. Pitre
    Frank M. Pitre (Cal. SBN 100077)
COTCHETT, PITRE & MCCARTHY
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
Email: fpitre@cpmlegal.com

*Co-Lead Plaintiffs' Counsel for Economic Loss Case*

By:     s/ Elizabeth J. Cabraser
    Elizabeth J. Cabraser, Bar No. 083151
LIEFF CABRASER HEIMANN &
  BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
Email: ecabraser@lchb.com

- 2 -

010172-25  384693 v1

1
2   By:       s/ Mark P. Robinson
3       Mark P. Robinson, Jr., Bar No. 054426
    ROBINSON, CALCAGNIE & ROBINSON
4   620 Newport Center Drive, 7th Floor
    Newport Beach, CA 92660
5   Telephone:  (949) 720-1288
    Facsimile:  (949) 720-1292
6   Email:  mrobinson@rcrlaw.net
7
    *Co-Lead Plaintiffs' Counsel for Personal
8   Injury/Wrongful Death Cases*
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
- 3 -

010172-25  384693 v1

## PROOF OF SERVICE

    I hereby certify that a true copy of the above document was served upon the attorney of record for each other party through the Court's electronic filing service on July 26, 2010.

/s/ Steve W. Berman
Steve W. Berman

- 4 -

010172-25  384693 v1