

A CERTIFIED TRUE COPY
ATTEST

By Darion Payne on Jul 27, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Jul 27, 2010

FILED
CLERK'S OFFICE

IN RE: TOYOTA MOTOR CORP. UNINTENDED
ACCELERATION MARKETING, SALES PRACTICES,
AND PRODUCTS LIABILITY LITIGATION
Doug V. Goodwin v. Toyota Motor Sales U.S.A., Inc.,
E.D. Virginia, C.A. No. 1:10-514
SACV10-01136 JVS (FMOx)

8:10-ml-02151 JVS (FMOx)

MDL No. 2151

### ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER
### AND SIMULTANEOUS SEPARATION AND REMAND OF CERTAIN CLAIMS

A conditional transfer order was filed in this action (*Goodwin*) on June 24, 2010. Prior to expiration of that order's 14-day stay of transmittal, plaintiff in *Goodwin* filed a notice of opposition to the proposed transfer. Plaintiff subsequently failed to file the required motion and brief to vacate the conditional transfer order.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-6" filed on June 24, 2010, is LIFTED insofar as it relates to this action. The action is transferred under 28 U.S.C. § 1407 to the Central District of California for the reasons stated in the order of April 9, 2010, and, with the consent of that court, assigned to the Honorable James V. Selna.

IT IS FURTHER ORDERED that all claims in this action except unintended acceleration claims are separated and simultaneously remanded to the Eastern District of Virginia.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

| | | | |
|---|---|---|---|
| **CHAIRMAN:**<br>John G. Heyburn II<br>United States District Court<br>Western District of Kentucky | **MEMBERS:**<br>Robert L. Miller, Jr.<br>United States District Court<br>Northern District of Indiana<br><br>Kathryn H. Vratil<br>United States District Court<br>District of Kansas<br><br>David R. Hansen<br>United States Court of Appeals<br>Eighth Circuit | W. Royal Furgeson, Jr.<br>United States District Court<br>Northern District of Texas<br><br>Frank C. Damrell, Jr.<br>United States District Court<br>Eastern District of California<br><br>Barbara S. Jones<br>United States District Court<br>Southern District of New York | **DIRECT REPLY TO:**<br>Jeffery N. Lüthi<br>Clerk of the Panel<br>One Columbus Circle, NE<br>Thurgood Marshall Federal<br>Judiciary Building<br>Room G-255, North Lobby<br>Washington, D.C. 20002<br><br>Telephone: [202] 502-2800<br>Fax:  [202] 502-2888<br>http://www.jpml.uscourts.gov |

July 27, 2010

Terry Nafisi, Clerk
Ronald Reagan Federal Bldg. & U.S. Courthouse
411 West Fourth Street
Santa Ana, CA 92701-4516

Re: MDL No. 2151 -- IN RE: Toyota Motor Corp. Unintended Acceleration Marketing, Sales Practices, and Products Liability Litigation

(See Attached Order)

Dear Ms. Nafisi:

A conditional transfer order was filed in the above matter on June 24, 2010. Prior to the expiration of that order's 14-day stay, opposition to the proposed transfer was filed and, pursuant to Rule 7.4(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435 (2001), the conditional transfer order was stayed until further order of the Panel. The opposition has now been withdrawn and I am therefore attaching as a separate PDF document a certified copy of today's order lifting the stay of the conditional transfer order and transferring the action to your district pursuant to 28 U.S.C. § 1407. The order is directed to you for filing.

A Panel Service List is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By_____
Darion Payne
Case Administrator

Attachment

cc:     Transferee Judge:  Judge James V. Selna

JPML Form 68A

IN RE: TOYOTA MOTOR CORP. UNINTENDED
ACCELERATION MARKETING, SALES PRACTICES,
AND PRODUCTS LIABILITY LITIGATION              MDL No. 2151

## PANEL SERVICE LIST

Wylie A. Aitken
AITKEN AITKEN & COHN
3 MacArthur Place, Suite 800
Santa Ana, CA 92707
**connie@aitkenlaw.com**

Dawn M. Barrios
BARRIOS KINGSDORF & CASTEIX LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139-3650
**barrios@bkc-law.com**

Vincent Galvin, Jr.
BOWMAN & BROOKE
1741 Technology Drive
San Jose, CA 95110
**vincent.galvin@bowmanandbrooke.com**

Lisa Gilford
ALSTON & BIRD LLP
333 South Hope Street
16th Floor
Los Angeles, CA 90071
**lisa.gilford@alston.com**

William Dean Ledoux, Jr.
ECKERT SEAMANS CHERIN & MELLOTT LLC
1717 Pennsylvania Avenue NW, 12th Floor
Washington, DC 20006
**wledoux@eckertseamans.com**

Gretchen M. Nelson
KREINDLER & KREINDLER LLP
707 Wilshire Blvd., Suite 5070
Los Angeles, CA 90017
**gnelson@kreindler.com**

Stephen L. Swann
LAW OFFICES OF STEPHEN L SWAMM
1702 North Wakefield Street, Suite 930
Arlington, VA 22207
**lemonlaws@msn.com**