William A. Cohan (SB #141804)
William A. Cohan, P.C.
P.O. Box 3448
Rancho Santa Fe, CA 92067
Tele:  858-832-1632
Fax:   858-832-1845
Email: bill@williamacohan.com

Attorney for Plaintiffs MELANIE BERLIEB,
ELVIRA GESELL on behalf of themselves
and putative class of German plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: Toyota Motor Corp. Unintended Acceleration Marketing Sales Practices, and Products Liability Litigation<br><br>This document relates to:<br><br>MELANIE BERLIEB, ELVIRA GESELL on behalf of themselves and putative class of German plaintiffs | Case No. 8:10ML 02151 JVS(FMOx)<br><br>**NOTICE OF ERRATUM IN NOTICE OF MOTION FOR LEAVE TO FILE AMENDED COMPLAINT FOR PLAINTIFFS MELANIE BERLIEB, ELVIRA GESELL AND THE CLASS OF GERMAN PLAINTIFFS WITHOUT COMPLIANCE WITH COURT ORDER NO. 4**<br><br>Date:  September 13, 2010<br>Time:  1:30 p.m.<br>Dept.: 10C<br>Hon. James V. Selna |

   Plaintiffs MELANIE BERLIEB, ELVIRA GESELL and the putative class of German plaintiffs they represent, by and through undersigned counsel herein file their Notice of Erratum in their Notice of Motion filed on August 2, 2010, as Docket No. 265. Your undersigned incorrectly noticed the hearing date on the body of the notice as August 13, 2010, which date should have been September 13, 2010, at 1:30 p.m.

   RESPECTFULLY submitted this 3rd day of August, 2010.

                              WILLIAM A. COHAN, P.C.

                              By: s/ *William A. Cohan*
                                 William A. Cohan
                                 Attorney for MELANIE BERLIEB,
                                 ELVIRA GESELL on behalf of themselves
                                 and putative class of German plaintiffs
                                 bill@williamacohan.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 3RD day of August, 2010, I served a copy of the foregoing NOTICE OF ERRATUM IN NOTICE OF MOTION FOR LEAVE TO FILE AMENDED COMPLAINT FOR PLAINTIFFS MELANIE BERLIEB, ELVIRA GESELL AND THE CLASS OF GERMAN PLAINTIFFS WITHOUT COMPLIANCE WITH COURT ORDER NO. 4, upon the all parties in the matter via the CM/ECF system and by U.S. Mail as designated in the ECF Electronic Notice:

By: s/ *Alicia Cisneroz*
Alicia Cisneroz