UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | ML 10-2151 JVS (FMOx) | Date | August 3, 2010 |
| Title | In Re: Toyota Motor Corp. Unintended Acceleration Marketing, Sales Practices, and Products Liability Litigation | | |

Present: The Honorable    James V. Selna

| Julie Barrera | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:            Attorneys Present for Defendants:

Not Present                     Not Present

**Proceedings:**   (IN CHAMBERS) **ORDER SETTING ORDER TO SHOW CAUSE IN WRITING**

On behalf of Laura Centeno Jiminez *et al.* as representative of a putative class of foreign plaintiffs (collectively "Jiminez"), Attorney Monica R. Kelly ("Kelly") filed a pleading styled Master Consolidated Complaint on Behalf of Foreign Plaintiffs on August 2, 2010. (Docket No. 266.) The pleading was not signed by one of the lead counsel for the Economic Loss Class Actions Committee. (See Order No. 4, ¶ 1.) The pleading is not within the purview of the Court's appointment of Kelly as consultant to the Liaison Committee for Personal Injury/Wrongful Death Cases and the Lead Counsel Committee for Economic Loss Class Actions. (Order No. 2, p.6.) No outstanding order allows for the filing of the pleading, and no leave was sought to file the pleading.

Jiminez is ordered to show cause in writing no later than August 16, 2010 why the pleading should not be stricken. The Economic Loss Class Actions Committee may file a statement not later than August 23, 2010. Jiminez may file a response no later than August 30, 2010. The Court will conduct a hearing on the Order to Show Cause at 3:00 p.m. September 13, 2010. The response of defendants to the complaint is stayed pending the hearing.

Separately, the Court resets the hearing on the Motion of Melanie Berlieb *et al.* (Docket No. 265) and their Request for Substitution (Docket No. 262) for 3:00 p.m. September 13, 2010.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | jb | | |