| | |
|---|---|
| STEVE W. BERMAN<br>(WA SBN 12536)<br>Email: steve@hbsslaw.com<br>**HAGENS BERMAN SOBOL**<br>  **SHAPIRO LLP**<br>1918 Eighth Avenue, Suite 3300<br>Seattle, WA 98101<br>Telephone: (206) 268-9320<br>Facsimile: (206) 623-0594<br><br>MARC M. SELTZER<br>(CA. SBN 054534)<br>Email: mseltzer@susmangodfrey.com<br>**SUSMAN GODFREY L.L.P.**<br>1901 Avenue of the Stars, Suite 950<br>Los Angeles, CA 90067<br>Telephone: (310) 789-3102<br>Facsimile: (310) 789-3006<br><br>FRANK M. PITRE (CA SBN 100077)<br>Email: fpitre@cpmlegal.com<br>**COTCHETT, PITRE**<br>  **& MCCARTHY**<br>840 Malcolm Road, Suite 200<br>Burlingame, CA 94010<br>Telephone: (650) 697-6000<br>Facsimile: (650) 697-0577<br><br>*Co-Lead Plaintiffs' Counsel for Economic Loss Cases*<br><br>ELIZABETH J. CABRASER<br>(CA SBN 083151)<br>Email: ecabraser@lchb.com<br>**LIEFF CABRASER HEIMANN**<br>  **& BERNSTEIN, LLP**<br>275 Battery Street, Suite 3000<br>San Francisco, CA 94111<br>Telephone: (415) 956-1000<br>Facsimile: (415) 956-1008<br><br>MARK P. ROBINSON, JR.<br>(CA. SBN 54426)<br>Email: mrobinson@rcrlaw.net<br>**ROBINSON, CALCAGNIE**<br>  **& ROBINSON INC.**<br>620 Newport Center Drive, 7th Floor<br>Newport Beach, CA 92660<br>Telephone: (949) 720-1288<br>Facsimile: (949) 720-1292<br><br>*Co-Lead Plaintiffs' Counsel for Personal Injury/Wrongful Death Cases* | CARI K. DAWSON (GA SBN 213490)<br>Email: cari.dawson@alston.com<br>**ALSTON + BIRD LLP**<br>1201 West Peachtree Street<br>Atlanta, GA 30309<br>Telephone: (404) 881-7766<br>Facsimile: (404) 253-8567<br><br>LISA GILFORD (CA SBN 171641)<br>Email: lisa.gilford@alston.com<br>**ALSTON + BIRD LLP**<br>333 South Hope Street, 16th Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 576-1000<br>Facsimile: (213) 576-1100<br><br>*Lead Defense Counsel for Economic Loss Cases*<br><br>VINCENT GALVIN, JR.<br>(CA SBN 104448)<br>Email:<br>  vincent.galvin@bowmanandbrooke.com<br>**BOWMAN AND BROOKE**<br>1741 Technology Drive, Suite 200<br>San Jose, CA 95110<br>Telephone: (408) 279-5393<br>Facsimile: (408) 279-5845<br><br>JOEL SMITH (SC SBN 5266)<br>Email: joel.smith@bowmanandbrooke.com<br>**BOWMAN AND BROOKE**<br>1441 Main Street, Suite 1000<br>Columbia, SC 29201<br>Telephone: (803) 726-0020<br>Facsimile: (803) 726-0021<br><br>*Lead Defense Counsel for Personal Injury/Wrongful Death Cases* |

1

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORIA

IN RE: TOYOTA MOTOR CORP. UNINTENDED ACCELERATION MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION

This document relates to:

ALL CASES

Case No.: 8:10ML2151 JVS (FMOx)

STIPULATED INTERIM PROTECTIVE ORDER RE PERSONALLY IDENTIFIABLE INFORMATION

The Court has ordered that the Toyota defendants produce certain documents which are discoverable under the Federal Rules of Civil Procedure that have been produced to the United States Congress, the National Highway Safety Administration ("NHTSA") and the State Attorneys General.  Such order did not alter the scope of documents that ultimately may be discoverable, nor did it limit objections to production on the basis that a document is not relevant or is shielded by any applicable privilege, including but not limited to the attorney-client privilege and/or the work product doctrine.

There was no detailed discussion about the redaction of personally identifiable information at the Court's May 28, 2010 hearing, and it was not specifically addressed in the Court's Order No. 3.  Certain documents containing personally identifiable information were produced to the United States Congress and the State Attorneys General with such information redacted.  The documents produced to the NHTSA were not redacted.  By statute, the NHTSA must not disclose such personally identifiable information. See 5 U.S.C. § 552A.

The redacted documents produced to the United States Congress and the State Attorneys General will be produced pursuant to the Court's order as they were produced to those entities.  Production to plaintiffs of documents containing personally identifiable information which were produced to the United States Congress, the State Attorneys General, and the NHTSA without the personally

identifiable information being redacted may be a violation of the individuals' rights of privacy and a violation of domestic and foreign law with respect to any U.S. and foreign personally identifiable information, including but not limited to, Directive 95/46/EC of the European Parliament and of the Council of 24 October 1995 on the Protection of Individuals with Regard to the Processing of Personal Data and on the Free Movement of Such Data, 1995 O.J. (L281/31); Personal Information Protection and Electronic Documents Act (PIPEDA), S.C. 2000, c. 5 (Can.) and The Personal Information Protection Act (Law No. 57 of 2003) (Japan).

IT IS HEREBY STIPULATED that documents produced pursuant to the Court's Order No. 3 by the Toyota defendants containing personally identifiable information shall only be produced to Plaintiffs' co-lead counsel and members of the Personal Injury/Wrongful Death and Economic Loss Class Action committees identified as follows: Mark P. Robinson, Jr., Elizabeth J. Cabraser, Lewis S. Eidson, W. Mark Lanier, Richard D. McCune, W. Daniel "Dee" Miles, Brian Panish, Hunter J. Shkolnik, Donald H. Slavik, Steven W. Berman, Frank M. Pitre, Marc M. Seltzer, Richard J. Arsenault, Benjamin L. Bailey, Stanley M. Chesley, Jayne Conroy, Michael Louis Kelly, and Jerome L. Ringler (hereafter "Plaintiffs' Counsel");

IT IS FURTHER STIPULATED that the documents produced pursuant to the Court's Order No. 3 containing personally identifiable information, or any of the information contained therein, shall not be shared or provided to any other persons outside of the above listed individuals, and attorneys and staff working for said individuals, and such documents will be identified by the legend, "PII Restricted Access" or other equivalent legend indicating the document(s) contains personally identifiable information;

IT IS FURTHER STIPULATED that the documents produced pursuant to the Court's Order No. 3 containing personally identifiable information, or any of the information contained therein, shall not be used or disclosed by Plaintiffs' Counsel for any purpose other than this action and the limited purposes set forth in this Stipulated Interim Protective Order. Further, Plaintiffs' Counsel are ordered to either

LEGAL02/31994686v2

return produced documents to the Toyota Defendants or to destroy the produced documents immediately upon the conclusion of this action, including all appeals.

IT IS FURTHER STIPULATED that the documents produced pursuant to the Court's Order No. 3 containing personally identifiable information, or any of the information contained therein, shall be handled by Plaintiffs' Counsel with the highest care, including but not limited to the procedures that they would employ to protect their own personally identifiable information; and the documents produced shall be stored and secured in a manner designed to prevent access to persons other than the above listed individuals, and that all such information stored in electronic form shall be password protected.

IT IS FURTHER STIPULATED that neither the above listed Plaintiffs' Counsel nor counsel for Toyota defendants shall intentionally initiate any communication with any individual or entity that is identified by personally identifiable information in the Toyota defendants' production documents pending the issuance of a further Order of the Court dealing with communications with absent class members and implementation of data privacy protections;

IT IS FURTHER STIPULATED that to the extent that any individual who is identified in the Toyota defendants' production documents by personally identifiable information is represented by counsel or is a party to this action entitled In re: Toyota Motor Corp. Unintended Acceleration Marketing, Sales Practices, and Products Liability Litigation, Case No. 8:10ML 02151 JVS (FMOx), Plaintiffs' co-lead counsel and members of the Personal Injury/Wrongful Death and Economic Loss Class Action committees, listed above, may communicate with such individuals through his/her counsel;

IT IS FURTHER STIPULATED that this provision is intended to prevent Plaintiffs' Counsel and co-lead counsel for the Toyota defendants from intentionally initiating contact with individuals whose name appears in the Toyota defendants' production documents, which this Court has ordered to be produced on July 2, subject to the provisions of the Court's June 1, 2010 Order.  This provision is not intended to

LEGAL02/31994686v2

prevent the Toyota defendants from acting in the normal course of their continuing business operations, and the prohibition against contact is expressly limited to Toyota counsel;

IT IS FURTHER STIPULATED that this Stipulated Interim Protective Order Re Personally Identifiable Information is not intended to proscribe inadvertent contact made without knowledge of the fact that the individual is among those whose personally identifiable information is included with the Toyota defendants' production documents, such as where the individual contacts Plaintiffs' Counsel or Toyota counsel or requests contact with Plaintiffs' Counsel or Toyota counsel, or where the participation of Toyota counsel is necessary as part of Toyota's continuing business operations;

IT IS FURTHER STIPULATED that to the extent that any individual who is identified in the Toyota defendants' production documents by personally identifiable information is a *pro se* party or a witness in a legal proceeding in which a Toyota-related entity is a party, Plaintiffs' Counsel or counsel for the Toyota defendants may communicate with such individuals;

IT IS FURTHER STIPULATED that this Stipulated Interim Protective Order Re Personally Identifiable Information does not in any way limit counsel for Toyota defendants' ability to communicate with authorized Toyota dealers, or Toyota employees and similar persons who are not exclusively customers of Toyota, even if any of their personally identifiable information is identified in the Toyota defendants' production documents; and,

IT IS FURTHER STIPULATED that this Stipulated Interim Protective Order Re Personally Identifiable Information is entered into at this time to facilitate the production of the Toyota defendants' documents as ordered by this Court in Order No. 3. IT IS FURTHER STIPULATED that this Stipulated Interim Protective Order Re Personally Identifiable Information is entered without prejudice to the Toyota Defendants to argue for redaction and other data privacy protections in the MDL going forward, and will remain in effect until such time as (a) it is replaced by another

LEGAL02/31994686v2

1 Protective Order of this Court implementing data privacy protections, including but
2 not limited to protections for personally identifiable information, or (b) as otherwise
3 agreed upon in writing between the parties through their counsel.  Nothing in this
4 Stipulation shall alter the deadlines for production set by the Court, and any
5 documents that are confidential but otherwise discoverable and contain personally
6 identifiable information, shall be produced, subject to this Stipulated Interim
7 Protective Order Re Personally Identifiable Information, only after entry of a final
8 protective order in accordance with Order No. 3.

## **ORDER**

IT IS SO ORDERED.

Dated: August 12, 2010

_____
James V. Selna, United States
District Judge

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated:  June 30, 2010 | Respectfully submitted, |
| 3 | | |
| 4 | | By: _____<br>Frank M. Pitre |
| 5 | | FRANK M. PITRE (CA SBN 100077)<br>**COTCHETT, PITRE & MCCARTHY** |
| 6 | | 840 Malcolm Road, Suite 200<br>Burlingame, CA 94010 |
| 7 | | Telephone:  (650) 697-6000<br>Facsimile:   (650) 697-0577 |
| 8 | | Email:  fpitre@cpmlegal.com |
| 9 | | STEVE W. BERMAN (WA SBN 12536)<br>**HAGENS BERMAN SOBOL SHAPIRO LLP** |
| 10 | | 1918 Eighth Avenue, Suite 3300<br>Seattle, WA 98101 |
| 11 | | Telephone:  (206) 268-9320<br>Facsimile:   (206) 623-0594 |
| 12 | | Email:  steve@hbsslaw.com |
| 13 | | MARC M. SELTZER (CA SBN 054534)<br>**SUSMAN GODFREY L.L.P.** |
| 14 | | 1901 Avenue of the Stars, Suite 950<br>Los Angeles, CA 90067 |
| 15 | | Telephone:  (310) 789-3102<br>Facsimile:   (310) 789-3006 |
| 16 | | Email:  mseltzer@susmangodfrey.com |
| 17 | | *Co-Lead Plaintiffs' Counsel for Economic Loss Cases* |
| 18 | | |
| 19 | | ELIZABETH J. CABRASER (CA SBN 083151)<br>**LIEFF CABRASER HEIMANN<br>    & BERNSTEIN, LLP** |
| 20 | | 275 Battery Street, Suite 3000<br>San Francisco, CA 94111 |
| 21 | | Telephone:  (415) 956-1000<br>Facsimile:   (415) 956-1008 |
| 22 | | Email:  ecabraser@lchb.com |
| 23 | | MARK P. ROBINSON, JR. (CA SBN 54426)<br>**ROBINSON, CALCAGNIE & ROBINSON INC.** |
| 24 | | 620 Newport Center Drive, 7th Floor<br>Newport Beach, CA 92660 |
| 25 | | Telephone:  (949) 720-1288<br>Facsimile:   (949) 720-1292 |
| 26 | | Email:  mrobinson@rcrlaw.net |
| 27 | | *Co-Lead Plaintiffs' Counsel for Personal Injury/Wrongful Death Cases* |
| 28 | | |

7

LEGAL02/31994686v2

By: _____
　　　　　Lisa Gilford

CARI K. DAWSON (GA SBN 213490)
**ALSTON + BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: (404) 881-7766
Facsimile:  (404) 253-8567
Email:  cari.dawson@alston.com

LISA GILFORD (CA SBN 171641)
**ALSTON + BIRD LLP**
333 South Hope Street, 16th Floor
Los Angeles, CA 90071
Telephone: (213) 576-1000
Facsimile:  (213) 576-1100
Email:  lisa.gilford@alston.com

*Lead Defense Counsel for Economic Loss Cases*

VINCENT GALVIN, JR. (CA SBN 104448)
**BOWMAN AND BROOKE**
1741 Technology Drive, Suite 200
San Jose, CA 95110
E-mail:  vincent.galvin@bowmanandbrooke.com

JOEL SMITH (SC SBN 5266)
**BOWMAN AND BROOKE**
1441 Main Street, Suite 1000
Columbia, SC 29201
E-mail:  joel.smith@bowmanandbrooke.com

*Lead Defense Counsel for Personal Injury/Wrongful Death Cases*

8

LEGAL02/31994686v2