Steve W. Berman
*steve@hbsslaw.com*
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 268-9320
Facsimile: (206) 623-0594

Marc M. Seltzer, Bar No. 054534
*mseltzer@susmangodfrey.com*
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Telephone: (310) 789-3102
Facsimile: (310) 789-3006

Co-Lead Counsel for Consumer Economic Loss Plaintiffs

Frank M. Pitre, Bar No. 100077
*fpitre@cpmlegal.com*
COTCHETT, PITRE & MCCARTHY
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

Lead Counsel for Non-Consumer Economic Loss Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORIA

SOUTHERN DIVISION

| | |
|---|---|
| IN RE: TOYOTA MOTOR CORP. UNINTENDED ACCELERATION MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This documents relates to:<br><br>ALL ACTIONS | Case No.: 8:10ML2151 JVS (FMOx)<br><br>**STATEMENT OF CO-LEAD COUNSEL FOR ECONOMIC LOSS PLAINTIFFS REGARDING THE COURT'S ORDER TO SHOW CAUSE WHY THE MASTER CONSOLIDATED COMPLAINT FILED ON BEHALF OF FOREIGN PLAINTIFFS SHOULD NOT BE STRICKEN**<br><br>Date: Sept. 13, 2010<br>Time: 3:00 p.m.<br>Place: Courtroom 10C |

1254911v1/011847

Pursuant to the Court's Order, dated August 3, 2010 (Doc. 269), Co-Lead Counsel for Economic Loss Plaintiffs respectfully submit this statement regarding the Court's Order to Show Cause why the Master Consolidated Complaint filed on Behalf of Foreign Plaintiffs ("Foreign MCC") (Doc. 266) should not be stricken.

The filing of the Foreign MCC was beyond the scope of the Court's specialized appointment of Monica R. Kelly, which was limited to serving as a consultant to Plaintiffs' Liaison and Lead Counsel Committees "on foreign law issues, including motions practice involving foreign law issues." Order No. 2 at 6–7 (Doc. 169). Although not stated on the face of the pleading, the Foreign MCC appears to be an unauthorized second amended complaint filed in an action originally brought in the United States District Court for the Northern District of Illinois, Case No. 1:10-cv-01931, and subsequently transferred to this Court by the Judicial Panel on Multidistrict Litigation, and re-designated Case No. 8:10-cv-00738. The complaint filed in that action was previously amended on April 27, 2010, prior to the transfer of the action by the filing of an amended complaint ("Foreign FAC") to expand the case from one in which the plaintiff sought to represent a class of Illinois consumers to one which is worldwide in scope. *See* Foreign FAC at 15–16, ¶¶ 1 and 65 (Doc. 16 in No. 8:10-cv-00738) (asserting claims on behalf of all purchasers and lessees of Recalled Toyota Vehicle(s) in Germany, Turkey, Mexico, and "all other countries"). The Foreign MCC is filed by certain of the plaintiffs named in that action and adds plaintiffs and modifies the allegations of the Foreign FAC.

Any motion for leave to file the Foreign MCC required the consent of Plaintiffs' Lead Counsel Committee and the signature of one of Co-Lead Counsel. Order No. 4 at 2, ¶5 (Doc. 181). Plaintiffs' Co-Lead Counsel did not consent to the filing of a motion for leave to file the Foreign MCC and no filing related thereto was signed by any Co-Lead Counsel.

1   Ms. Kelly states that the Foreign MCC was filed "for the sole purpose" of tolling the statute of limitations for foreign plaintiffs' claims. Doc. 271 at 5, ¶10. However, the class alleged in the Foreign MCC does not appear to be any broader than the class alleged in the Foreign FAC. *See* Foreign MCC at 21–23, ¶75 (Doc. 266). Under those circumstances, it does not appear that the Foreign MCC adds anything to the Foreign FAC for purposes of protecting absent class members in foreign countries against the running of the statute of limitations.

We pointed out to Ms. Kelly that foreign plaintiffs represented by her already had filed a complaint on behalf of a worldwide class and informed her that Lead Counsel did not consent to Ms. Kelly filing a motion for leave to further amend that complaint. Ms. Kelly did not explain why any further amendment was necessary to protect foreign plaintiffs with respect to the statute of limitations.

We also informed Ms. Kelly that the Lead Counsel Committee took "no position with respect to the filing of a new action by you." By "new action," we meant a new case. (We did not understand any of the Court's orders to prohibit the filing of new cases without our consent.) We did not mean that we took no position with respect to a motion to file an amended complaint, much less a consolidated complaint of the type contemplated by the Court in Order No. 3. *See* Doc. 180 at 3; *see also In re Propulsid Prods. Liab. Litig.*, 208 F.R.D. 133, 141–42 (E.D. La. 2002) (discussing the nature of a master complaint in the MDL context). Given the limited nature of Ms. Kelly's appointment and Co-Lead Counsel's responsibility as gatekeepers, we did not consent to her filing of the Foreign MCC.

1254911v1/011847

3

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: August 23, 2010 | Respectfully submitted, |
| 3 | | |
| 4 | | By: /s/ Steve W. Berman |
| 5 | | STEVE W. BERMAN (WA SBN 12536)<br>**HAGENS BERMAN SOBOL SHAPIRO LLP** |
| 6 | | 1918 Eighth Avenue, Suite 3300<br>Seattle, WA 98101 |
| 7 | | Telephone: (206) 268-9320<br>Facsimile: (206) 623-0594 |
| 8 | | Email: steve@hbsslaw.com |
| 9 | | |
| 10 | | By: /s/ Marc M. Seltzer |
| 11 | | MARC M. SELTZER (CA SBN 054534)<br>**SUSMAN GODFREY L.L.P.** |
| 12 | | 1901 Avenue of the Stars, Suite 950<br>Los Angeles, CA 90067 |
| 13 | | Telephone: (310) 789-3102<br>Facsimile: (310) 789-3006<br>Email: mseltzer@susmangodfrey.com |
| 14 | | |
| 15 | | By: /s/ Frank M. Pitre |
| 16 | | FRANK M. PITRE (CA SBN 100077)<br>**COTCHETT, PITRE & MCCARTHY** |
| 17 | | 840 Malcolm Road, Suite 200<br>Burlingame, CA 94010 |
| 18 | | Telephone: (650) 697-6000<br>Facsimile: (650) 697-0577 |
| 19 | | Email: fpitre@cpmlegal.com |
| 20 | | *Co-Lead Counsel for*<br>*Economic Loss Plaintiffs* |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

1254911v1/011847

4