Steve W. Berman
*steve@hbsslaw.com*
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 268-9320
Facsimile: (206) 623-0594

Marc M. Seltzer, Bar No. 054534
*mseltzer@susmangodfrey.com*
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Telephone: (310) 789-3102
Facsimile: (310) 789-3006

Co-Lead Counsel for Consumer Economic Loss Plaintiffs

Frank M. Pitre, Bar No. 100077
*fpitre@cpmlegal.com*
COTCHETT, PITRE & MCCARTHY
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

Lead Counsel for Non-Consumer Economic Loss Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORIA

SOUTHERN DIVISION

| | |
|---|---|
| IN RE: TOYOTA MOTOR CORP. UNINTENDED ACCELERATION MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This documents relates to:<br><br>ALL ACTIONS | Case No.: 8:10ML2151 JVS (FMOx)<br><br>**STATEMENT OF PLAINTIFFS' CO-LEAD COUNSEL FOR ECONOMIC LOSS PLAINTIFFS REGARDING MOTION FOR LEAVE TO FILE AMENDED COMPLAINT FOR PLAINTIFFS MELANIE BERLIEB, ELVIRA GESELL AND THE CLASS OF GERMAN PLAINTIFFS WITHOUT COMPLIANCE WITH COURT ORDER NO. 4**<br><br>Date: Sept. 13, 2010<br>Time: 3:00 p.m.<br>Place: Courtroom 10C |

1255011v1/011847

1   Plaintiffs' Co-Lead Counsel for Economic Loss Plaintiffs respectfully submit this statement regarding the Motion for Leave to File Amended Complaint for Plaintiffs Melanie Berlieb, Elvira Gesell, and the Class of German Plaintiffs Without Compliance with Court Order No. 4 (Doc. 265).

We wish to make two observations regarding this motion.

First, by their motion, these two plaintiffs apparently seek to amend the same complaint that other foreign plaintiffs represented by Monica R. Kelly seek to amend through the Master Consolidated Complaint on Behalf of Foreign Plaintiffs (Doc. 266), which is the subject of the Court's Order to Show Cause (Doc. 269). Specifically, both pleadings appear to relate to the amended complaint filed in Case No. 8:10-cv-00738, which was originally brought in the United States District Court for the Northern District of Illinois under Case No. 1:10-cv-01931. *See* Doc. 271 at 1–2, ¶1 (Foreign Plaintiffs' OSC Statement); Doc. 265-1 at 1, ¶1 (German Plaintiffs' Motion for Leave). Indeed, these two plaintiffs were named in the amended complaint filed in that action.

Second, as these plaintiffs point out in their motion, Co-Lead Counsel did not (and do not) consent to the filing of the motion to file the proposed Amended Class Action Complaint.

| | |
|---|---|
| Dated:  August 23, 2010 | Respectfully submitted, |

By:  /s/ Steve W. Berman

STEVE W. BERMAN (WA SBN 12536)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone:  (206) 268-9320
Facsimile:   (206) 623-0594
Email:  steve@hbsslaw.com

By:  /s/ Marc M. Seltzer

MARC M. SELTZER (CA SBN 054534)
**SUSMAN GODFREY L.L.P.**
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067
Telephone:  (310) 789-3102
Facsimile:   (310) 789-3006
Email:  mseltzer@susmangodfrey.com

By:  /s/ Frank M. Pitre

FRANK M. PITRE (CA SBN 100077)
**COTCHETT, PITRE & MCCARTHY**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone:  (650) 697-6000
Facsimile:   (650) 697-0577
Email:  fpitre@cpmlegal.com

*Co-Lead Counsel for
Economic Loss Plaintiffs*

1255011v1/011847

3