UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | ML 10-2151 JVS (FMOx) | Date | September 10, 2010 |
| Title | In Re: Toyota Motor Corp. Unintended Acceleration Marketing, Sales Practices, and Products Liability Litigation | | |

Present: The Honorable   James V. Selna

| Julie Barrera | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) ORDER DEFERRING CONSIDERATION OF EFFECT OF CONSOLIDATED COMPLAINTS

      The Court had hoped to deal with the parties' conflicting positions with regard to the effect of the Economic Loss Master Complaint and the First Amended Consolidated Complaint at the September 13, 2010 hearing. However, the Court has not had an adequate opportunity to absorb the parties' September 9, 2010 filings and the full ramifications of their arguments. (See Docket Nos. 319, 320.) Moreover, plaintiffs feel that by filing simultaneously, they have not been able to respond to a full-blow presentation of the Toyota defendants' position. (Docket No. 320, pp. 1-2.)

      Accordingly, the Court defers this issue to the already-scheduled hearing on September 20, 2010. In addition, either side may file a supplemental response of no more than seven pages by 4:00 p.m. September 14, 2010.

|  | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | jcb | |