A CERTIFIED TRUE COPY
ATTEST
By Darion Payne on Sep 10, 2010
FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Aug 26, 2010

FILED
CLERK'S OFFICE

**IN RE: TOYOTA MOTOR CORP. UNINTENDED
ACCELERATION MARKETING, SALES PRACTICES,
AND PRODUCTS LIABILITY LITIGATION**

Michael Matsis, et al. v. Toyota Motor Corp., et al.,  )
    D. Nevada, C.A. No. 2:10-1076 / SACV10-01380  )
    JVS (FMOx)

8:10-ml-02151 JVS(FMOx)
MDL No. 2151

## CONDITIONAL TRANSFER ORDER (CTO-10)
## AND SIMULTANEOUS SEPARATION AND REMAND OF CERTAIN CLAIMS

On April 9, 2010, the Panel transferred six civil actions to the United States District Court for the Central District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See F.Supp.2d. (J.P.M.L. 2010). Since that time, 156 additional actions have been transferred to the Central District of California. With the consent of that court, all such actions have been assigned to the Honorable James V. Selna.

It appears that the action on this conditional transfer order comprise claims relating to: (1) alleged unintended acceleration in Toyota vehicles, which involve questions of fact that are common to the previously transferred MDL No. 2151 actions; and (2) alleged defects other than unintended acceleration, which do not involve such common questions of fact.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the Central District of California for the reasons stated in the order of April 9, 2010, and, with the consent of that court, assigned to the Honorable James V. Selna.

All claims in this action except unintended acceleration claims are separated and simultaneously remanded to the D. Nevada.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Central District of California. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Sep 10, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
SEP 10 2010
CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

| CHAIRMAN: | MEMBERS: | | DIRECT REPLY TO: |
|---|---|---|---|
| John G. Heyburn II<br>United States District Court<br>Western District of Kentucky | Robert L. Miller, Jr.<br>United States District Court<br>Northern District of Indiana | W. Royal Furgeson, Jr.<br>United States District Court<br>Northern District of Texas | Jeffery N. Lüthi<br>Clerk of the Panel<br>One Columbus Circle, NE<br>Thurgood Marshall Federal<br>Judiciary Building<br>Room G-255, North Lobby<br>Washington, D.C. 20002 |
| | Kathryn H. Vratil<br>United States District Court<br>District of Kansas | Frank C. Damrell, Jr.<br>United States District Court<br>Eastern District of California | |
| | David R. Hansen<br>United States Court of Appeals<br>Eighth Circuit | Barbara S. Jones<br>United States District Court<br>Southern District of New York | Telephone: [202] 502-2800<br>Fax:  [202] 502-2888<br>http://www.jpml.uscourts.gov |

September 10, 2010

Terry Nafisi, Clerk
Ronald Reagan Federal Bldg. & U.S. Courthouse
411 West Fourth Street
Santa Ana, CA 92701-4516

Re: MDL No. 2151 -- IN RE: Toyota Motor Corp. Unintended Acceleration Marketing, Sales Practices, and Products Liability Litigation

(See Attached CTO-10)

Dear Ms. Nafisi:

Attached as a PDF document is a certified copy of a conditional transfer order filed by the Panel in the above-captioned matter on August 26, 2010. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 14 days to give any party an opportunity to oppose the transfer. The 14-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By _____
Darion Payne
Case Administrator

Attachments (Conditional Transfer Order is a Separate Document)

cc:  Transferee Judge:   Judge James V. Selna

JPML Form 36A

IN RE: TOYOTA MOTOR CORP. UNINTENDED
ACCELERATION MARKETING, SALES PRACTICES,
AND PRODUCTS LIABILITY LITIGATION          MDL No. 2151

## PANEL SERVICE LIST (CTO-10)

Wylie A. Aitken
AITKEN AITKEN & COHN
3 MacArthur Place, Suite 800
Santa Ana, CA 92707
**connie@aitkenlaw.com**

Dawn M. Barrios
BARRIOS KINGSDORF & CASTEIX LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139-3650
**barrios@bkc-law.com**

Vincent Galvin, Jr.
BOWMAN & BROOKE
1741 Technology Drive
San Jose, CA 95110
**vincent.galvin@bowmanandbrooke.com**

Lisa Gilford
ALSTON & BIRD LLP
333 South Hope Street
16th Floor
Los Angeles, CA 90071
**lisa.gilford@alston.com**

Dennis L. Kennedy
BAILEY KENNEDY
8984 Spanish Ridge Avenue
Las Vegas, NV 89148-1302
**dkennedy@baileykennedy.com**

Todd E. Kennedy
LIONEL SAWYER & COLLINS
300 South Fourth Street
Las Vegas, NV 89101
**tkennedy@lionelsawyer.com**

Gretchen M. Nelson
KREINDLER & KREINDLER LLP
707 Wilshire Blvd., Suite 5070
Los Angeles, CA 90017
**gnelson@kreindler.com**