HON. STEVEN J. STONE (RET.)
(CA SBN 32343)
dscott@jamsadr.com
JAMS
500 N. State College Blvd.
Suite 1400
Orange, CA  92868
Telephone: (714) 937-8211
Fax: (714) 939-0867

SPECIAL MASTER

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TOYOTA MOTOR CORP. UNINTENDED ACCELERATION MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>ALL CASES | Case No: 8:10 ML 02151 JVS(FMOx)<br><br>**DISCOVERY MATTER**<br><br>**NOTICE OF HEARING RE TOYOTA MOTOR SALES, U.S.A., INC. AND TOYOTA DEALERSHIPS' MOTION TO QUASH PLAINTIFFS' SUBPOENAS DUCES TECUM**<br><br>Hearing Date:  October 25, 2010<br>Time:  8.00 AM<br>Location:  JAMS, 707 Wilshire Blvd., 46th Floor, Los Angeles, CA 90017 |

The Special Masters are in receipt of Toyota motor Sales, U.S.A., Inc. and Toyota Dealerships' Motion to Quash Plaintiffs' Subpoenas Duces Tecum (Doc. 380).

1

**NOTICE OF HEARING**

1    Oral argument will be heard on October 25, 2010, at 8.00 a.m. at JAMS, 707

2  Wilshire Blvd., 46th Floor, Los Angeles, CA 90017.

3    Opposing papers are to be filed on or before October 18, 2010.  No responding

4  briefs may be filed.

5

6

7

8  Dated:  October 6, 2010

9

10

11

12

_____

Hon. Steven J. Stone (ret.)
Special Master

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**NOTICE OF HEARING**