|   |   |
|---|---|
| 1 | MARK P. ROBINSON, JR. (SBN: 054426) |
|   | DANIEL S. ROBINSON (SBN: 244245) |
| 2 | KARREN SCHAEFFER (SBN: 116189) |
|   | ROBINSON, CALCAGNIE & ROBINSON |
| 3 | 620 Newport Center Drive, Suite 700 |
|   | Newport Beach, California 92660 |
| 4 | Telephone: (949) 720-1288 |
|   | Facsimile: (949) 720-1292 |
| 5 | mrobinson@rcrlaw.net |
|   | drobinson@rcrlaw.net |
| 6 | kschaeffer@rcrlaw.net |
| 7 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| IN RE: TOYOTA MOTOR CORP. UNINTENDED ACCELERATION MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | 8:10ML2151 JVS (FMOx) |
|---|---|
|   | MDL 2151 |
|   | Honorable James V. Selna |
| ************************************ | ************************************ |
| ELLYN J. BRODEN and BARRY C. BRODEN, | Case No. CV10-02228 DSF (MANx) |
| Plaintiffs, | |
| vs. | **VOLUNTARY DISMISSAL** |
| TOYOTA MOTOR SALES, U.S.A., INC., a California corporation; TOYOTA MOTOR CORPORATION, a foreign corporation; TOYOTA MOTOR NORTH AMERICA, INC., a California corporation; TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA, INC., a Kentucky corporation; and DOES 1 through 10, Inclusive, | |
| Defendants. | |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

1

PLEASE TAKE NOTICE that Plaintiffs ELLYN J. BRODEN and BARRY C. BRODEN hereby voluntarily dismiss, without prejudice and without costs, the above-captioned action in its entirety, whereby Plaintiffs may, at their option, later pursue their claims, including in an alternate court, jurisdiction or venue.

Pursuant to *Fed. Rules of Civil Proc., Rule 41(a)(1)(i)*, Plaintiffs have the absolute right to dismiss the action "without order of the court" by filing a notice of dismissal "at any time before service by the adverse party of an answer or of a motion for summary judgment." See *Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc.* (9th Cir. 1999) 193 F.3d 1074.

Dated: October 12, 2010

Respectfully submitted,

ROBINSON, CALCAGNIE & ROBINSON

By: *Mark P. Robinson, Jr.* (signature)

MARK P. ROBINSON, JR. (SBN: 054426)
DANIEL S. ROBINSON (SBN: 244245)
KARREN SCHAEFFER (SBN: 116189)
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Drive, Suite 700
Newport Beach, California 92660
Telephone: (949) 720-1288
Facsimile: (949) 720-1292
mrobinson@rcrlaw.net
drobinson@rcrlaw.net
kschaeffer@rcrlaw.net

Attorneys for Plaintiff