**Steve W. Berman** (WA SBN 12536)
Email: steve@hbsslaw.com
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1918 Eight Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 268-9320
Facsimile: (206) 623-0594

*Co-Lead Plaintiffs' Counsel for Economic Loss Cases*

**Monica R. Kelly** (Illinois Bar ID 6225920)
monicakelly@ribbecklaw.com
mervin-mateo@ribbecklaw.com
**RIBBECK LAW CHARTERED**
505 N. Lake Shore Drive, Suite 102
Chicago, Illinois 60611
Telephone: 1 312 822 9999

*Lead Counsel for the Foreign Economic Loss Class Plaintiffs*

**Lisa Gilford** (CA SBN 171641)
Email: lisa.gilford@alston.com
**ALSTON + BIRD LLP**
333 South Hope Street, 16th Floor
Los Angeles, CA 90071
Telephone: (213) 576-1000
Facsimile: (213) 576-1100

**Cari K. Dawson** (GA SBN 213490)
Email: cari.dawson@alston.com
**ALSTON + BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: (404) 881-7766
Facsimile: (404) 253-8567

*Lead Defense Counsel for Economic Loss Cases*

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION**

| | |
|---|---|
| **IN RE: TOYOTA MOTOR CORP. UNINTENDED ACCELERATION MARKETING, SALES PRACTICES, ANS PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO THE FOREIGN ECONOMIC LOSS CLASS PLAINTIFFS** | Case No. 8:10ML02151JVS(FMOx)<br><br>Case No. 1:10-CV-1931 (NDIL)<br><br>**ORDER RE EXTENSION OF TIME IN IN WHICH TO FILE FOREIGN PLAINTIFFS' AMENDED COMPLAINT** |

WHEREAS this Honorable Court has directed Monica R. Kelly, as lead counsel for the Foreign Economic Loss Class Plaintiffs, to file an amended complaint on or before October 13, 2010 asserting only the economic loss claims;

WHEREAS the parties have agreed to allow Ms. Kelly additional time or until November 1, 2010 in which to file the amended complaint for the Foreign Economic Loss Class Plaintiffs with the approval of this Honorable Court;

IT IS HEREBY ORDERED THAT Monica R. Kelly is given until November 1, 2010 within which to file the amended complaint for the Foreign Economic Loss Class Plaintiffs.

IT IS SO ORDERED.

Dated: October 13, 2010

James V. Selna
United States District Judge