| | |
|---|---|
| STEVE W. BERMAN<br>(WA SBN 12536)<br>Email: steve@hbsslaw.com<br>**HAGENS BERMAN SOBOL<br>   SHAPIRO LLP**<br>1918 Eighth Avenue, Suite 3300<br>Seattle, WA 98101<br>Telephone: (206) 268-9320<br>Facsimile: (206) 623-0594<br><br>MARC M. SELTZER<br>(CA. SBN 054534)<br>Email: mseltzer@susmangodfrey.com<br>**SUSMAN GODFREY L.L.P.**<br>1901 Avenue of the Stars, Suite 950<br>Los Angeles, CA 90067<br>Telephone: (310) 789-3102<br>Facsimile: (310) 789-3006<br><br>FRANK M. PITRE (CA SBN 100077)<br>Email: fpitre@cpmlegal.com<br>**COTCHETT, PITRE<br>   & MCCARTHY**<br>840 Malcolm Road, Suite 200<br>Burlingame, CA 94010<br>Telephone: (650) 697-6000<br>Facsimile: (650) 697-0577<br><br>*Co-Lead Plaintiffs' Counsel for Economic Loss Cases*<br><br>ELIZABETH J. CABRASER<br>(CA SBN 083151)<br>Email: ecabraser@lchb.com<br>**LIEFF CABRASER HEIMANN<br>   & BERNSTEIN, LLP**<br>275 Battery Street, Suite 3000<br>San Francisco, CA 94111<br>Telephone: (415) 956-1000<br>Facsimile: (415) 956-1008<br><br>MARK P. ROBINSON, JR.<br>(CA. SBN 54426)<br>Email: mrobinson@rcrlaw.net<br>**ROBINSON, CALCAGNIE<br>   & ROBINSON INC.**<br>620 Newport Center Drive, 7th Floor<br>Newport Beach, CA 92660<br>Telephone: (949) 720-1288<br>Facsimile: (949) 720-1292<br><br>*Co-Lead Plaintiffs' Counsel for Personal Injury/Wrongful Death Cases* | CARI K. DAWSON (GA SBN 213490)<br>Email: cari.dawson@alston.com<br>**ALSTON + BIRD LLP**<br>1201 West Peachtree Street<br>Atlanta, GA 30309<br>Telephone: (404) 881-7766<br>Facsimile: (404) 253-8567<br><br>LISA GILFORD (CA SBN 171641)<br>Email: lisa.gilford@alston.com<br>**ALSTON + BIRD LLP**<br>333 South Hope Street, 16th Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 576-1000<br>Facsimile: (213) 576-1100<br><br>*Lead Defense Counsel for Economic Loss Cases*<br><br>VINCENT GALVIN, JR.<br>(CA SBN 104448)<br>Email:<br>   vincent.galvin@bowmanandbrooke.com<br>**BOWMAN AND BROOKE**<br>1741 Technology Drive, Suite 200<br>San Jose, CA 95110<br>Telephone: (408) 279-5393<br>Facsimile: (408) 279-5845<br><br>JOEL SMITH (SC SBN 5266)<br>Email:<br>joel.smith@bowmanandbrooke.com<br>**BOWMAN AND BROOKE**<br>1441 Main Street, Suite 1000<br>Columbia, SC 29201<br>Telephone: (803) 726-0020<br>Facsimile: (803) 726-0021<br><br>*Lead Defense Counsel for Personal Injury/Wrongful Death Cases* |

1330839v1/011847

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: TOYOTA MOTOR CORP. UNINTENDED ACCELERATION MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This documents relates to:<br><br>ALL CASES | Case No.:  8:10ML2151 JVS (FMOx)<br><br>**ORDER REGARDING STIPULATION TO AMEND ORDERS NO. 5 REGARDING PROPOSALS FOR PHASE II DISCOVERY AND NO. 8 REGARDING PROPOSALS FOR DETERMINATION OF CHOICE OF LAW QUESTIONS** |

IT IS HEREBY ORDERED:

1. The parties shall have until October 29, 2010, to submit to the Court their proposals and briefing for Phase II discovery;

2. Lead Plaintiffs' Counsel Committee may submit a proposed order for Phase II discovery and supporting brief, with specific objections to Toyota defendants' proposal as an exhibit thereto;

3. The Toyota defendants may submit a proposed order for Phase II discovery and supporting brief, with specific objections to plaintiffs' proposal as an exhibit thereto;

4. The parties shall have until October 29, 2010, to submit their proposals for a plan for determination of choice of law questions.

IT IS SO ORDERED.

Dated: October 28, 2010

_____
James V. Selna
UNITED STATES DISTRICT JUDGE

1330839v1/011847