UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 8:10ML2151 JVS (FMOx) | Date | October 29, 2010 |
| Title | IN RE: TOYOTA MOTOR CORP. UNINTENDED ACCELERATION MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | | |

Present: The Honorable   James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (In Chambers)   Order re Clarification re Foreign Plaintiffs

      Certain questions have arisen with regard to the putative class of foreign economic loss plaintiffs.  Generally, the Court expects that the foreign plaintiffs and their counsel will be subject to the same obligations as the domestic plaintiffs and their counsel under the Amended Master Consolidated Complaint.  The Court addresses some specific issues below.

      1. Review of Counsel.  In its Minute Order of October 8, 2010 (Docket No. 393), the Court invited plaintiffs' counsel's views on procedures for reviewing the performance and billings of appointed counsel.  The procedures adopted will be applicable to all appointed counsel, including counsel for the foreign plaintiffs.

      2. Consumer Fact Sheets.  The Court believes that the foreign plaintiffs should complete the consumer fact sheets.  (See Order No. 5, ¶ III.A(2)(b), Docket No. 249.)  Because the form of the fact sheet was largely negotiated between the Toyota defendants and lead counsel for the economic loss plaintiffs, with relatively few modifications made by the Court (see Docket Nos. 316, 321, 362, 375), the Court believes that the foreign plaintiffs should have an opportunity to raise any objections peculiar to their position.  The Court directs the parties to meet and confer, and to submit any disputes to the Court within 15 days.  The parties shall also establish a schedule for completion of the fact sheets by the foreign plaintiffs.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | **8:10ML2151 JVS (FMOx)** | Date | October 29, 2010 |
| Title | **IN RE: TOYOTA MOTOR CORP. UNINTENDED ACCELERATION MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | | |

      3.  Order No. 8.  The issues raised in Order pertain to the domestic class action plaintiffs.  The Court has already directed the preparation of an amended consolidated complaint for the foreign plaintiffs.  (Docket No. 341, p. 4.)  If there are procedural issues peculiar to the foreign economic loss plaintiffs, the parties should be prepared to raise those at the November 9, 2010 status hearing.

|  |  | 0 | : | 00 |
|---|---|---|---|---|
|  | Initials of Preparer | kjt |  |  |