1  Vincent Galvin (Cal. SBN 104448)
   vincent.galvin@bowmanandbrooke.com
2  Anne O. Hanna (Cal. SBN 120947)
3  anne.hanna@bowmanandbrooke.com
   BOWMAN AND BROOKE LLP
4  1741 Technology Drive, Suite 200
   San Jose, CA  95110
5  Telephone No.: (408) 279-5393
6  Fax No.:  (408) 279-5845

7  Joel H. Smith (SC SBN 5266)
   joel.smith@bowmanandbrooke.com
8  BOWMAN AND BROOKE LLP
9  1441 Main Street, Suite 1000
   Columbia, SC  29201
10 Telephone No.:  (803) 726-0020
   Fax No.:  (803) 726-0021
11

12 Lead Defense Counsel for Personal Injury/Wrongful Death Cases

13                          UNITED STATES DISTRICT COURT

14                          CENTRAL DISTRICT OF CALIFORNIA

15                          (SOUTHERN DIVISION – SANTA ANA)

16
17 In Re: Toyota Motor Corp. Unintended         ) Case No.  8:10ML02151 JVS (FMOx)
   Acceleration Marketing, Sales Practices,    )
18 and Products Liability Litigation            ) Assigned to:  Hon. James V. Selna
                                                ) Discovery:  Mag. Fernando M. Olguin
19 This document relates to:                    )
                                                ) DEFENDANTS TOYOTA MOTOR
20 ALL CASES                                    ) SALES, U.S.A., INC.; TOYOTA MOTOR
                                                ) NORTH AMERICA, INC.; TOYOTA
21 ─────────────────────────                    ) MOTOR MANUFACTURING,
22                                                CALIFORNIA, INC.; TOYOTA MOTOR
                                                  ENGINEERING & MANUFACTURING
23                                                NORTH AMERICA, INC.; AND CTS
                                                  CORPORATION'S SEPARATE STATUS
24                                                CONFERENCE REPORT

25
                                                  Date of Hearing: November 9, 2010
26                                                Time: 1:30 p.m.

27
28

In preparation for the Status Conference on November 9, 2010, Defendants Toyota Motor Sales, U.S.A., Inc.; Toyota Motor North America, Inc., Toyota Motor Manufacturing, California, Inc.; Toyota Motor Engineering & Manufacturing North America, Inc.; and CTS Corporation submit their Separate Status conference Report.

**1.     Status of MDL Discovery:**

At the September 20, 2010 Status Conference, the Court lifted the stay on discovery, in part, to permit Plaintiffs in this coordinated proceeding to participate in Phase I discovery in the federal MDL proceeding. The parties have been working diligently on completing the Phase I discovery. The parties have also been meeting and conferring regarding the Phase II Discovery Plan but have not been able to agree on the discovery to be included in Phase II. The parties are briefing their respective positions and expect to be heard by Judge Selna on the outstanding issues during the November 9, 2010 status conference in the MDL proceeding.

**2.     Agreements regarding deadlines for filing of Master Consolidated Class Action Complaints and response and regarding Electronic Service:**

The parties have reached an agreement regarding Plaintiffs' deadline to file master consolidated complaints and Toyota Defendants' deadline to file their responsive pleading. Plaintiffs shall file their Master Consolidated Class Action Complaints no later than December 15, 2010, and Defendants' responsive pleading shall be filed no later than 75 days after the filing of the Master Consolidated Complaints.

The parties also reached an agreement regarding authorizing electronic service of documents by utilizing the services of CASE ANYWHERE and its litigation system.

The parties are currently working on finalizing the stipulations regarding the parties' agreements on the filing deadlines for the pleadings and electronic service, and respectfully request that the Court execute the proposed orders that will be filed along with the Stipulations, before or during the November 9, 2010 status conference.

3.   **Clarification Regarding Lemon Law Discovery:**

On October 5, 2010, the Court issued a Minute Order permitting limited discovery in the lemon law actions accede to this coordinated proceeding. On October 29, 2010, the Toyota Defendants filed their Request for Clarification of the Court's Order Regarding Lemon Law Discovery. Specifically, the Toyota Defendants requested clarification that the scope of discovery permitted in the lemon law actions under the order does not include discovery on unintended acceleration or alleged manufacturing or design defects related to alleged unintended acceleration in Toyota or Lexus vehicles. The Toyota Defendants request to be heard on this issue at the Status Conference on November 9, 2010.

4.   **Protective Order:**

The parties met and conferred over the terms of a Protective Order but have been unsuccessful in reaching agreement on the terms of the Order. The parties agreed to brief this issue with the following briefing schedule: Plaintiffs brief to be filed on October 29, 2010 and the Toyota Defendants' response to be filed on November 5, 2010. The Toyota Defendants request that the Court hear and determine the outstanding issues relating to Protective Order during the November 9, 2010 Status Conference.

5.   **Pending Motion to "Add On" Cases:**

On October 26, 2010, the Toyota Defendants filed a Motion to "Add On" Cases in connection with seven lawsuits recently filed.

Dated: November 3, 2010                                             Respectfully submitted,

By:   /s/ Vincent Galvin

VINCENT GALVIN (Cal. SBN 104448)
E-mail: vgalvin@bowman-brooke.com
BOWMAN AND BROOKE LLP
1741 Technology Drive, Suite 200
San Jose, CA   95110
Telephone:  (408) 279-5393
Facsimile:  (408) 279-5845

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```

JOEL SMITH (SC SBN 5266)
E-mail: jsmith@bowman-brooke.com
BOWMAN AND BROOKE LLP
1441 Main Street, Suite 1000
Columbia, SC 29201
Telephone: (803) 726-0020
Facsimile: (803) 726-0021

Lead Defense Counsel for Personal Injury/Wrongful Death Cases