| | |
|---|---|
| CARI K. DAWSON (GA SBN 213490)<br>Email: cari.dawson@alston.com<br>**ALSTON + BIRD LLP**<br>1201 West Peachtree Street<br>Atlanta, GA 30309<br>Telephone: (404) 881-7766<br>Facsimile: (404) 253-8567 | VINCENT GALVIN, JR. (CA SBN 104448)<br>Email: vincent.galvinjr@bowmanandbrooke.com<br>**BOWMAN AND BROOKE**<br>1741 Technology Drive, Suite 200<br>San Jose, CA 95110<br>Telephone: (408) 279-5393<br>Facsimile: (408) 279-5845 |
| LISA GILFORD (CA SBN 171641)<br>Email: lisa.gilford@alston.com<br>**ALSTON + BIRD LLP**<br>333 South Hope Street, 16th Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 576-1000<br>Facsimile: (213) 576-1100 | JOEL SMITH (SC SBN 5266)<br>Email: joel.smith@bowmanandbrooke.com<br>**BOWMAN AND BROOKE**<br>1441 Main Street, Suite 1000<br>Columbia, SC 29201<br>Telephone: (803) 726-0020<br>Facsimile: (803) 726-0021 |
| *Lead Defense Counsel for Economic Loss Cases* | *Lead Defense Counsel for Personal Injury/Wrongful Death Cases* |

**DENIED**
BY ORDER OF THE COURT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORIA

| | |
|---|---|
| IN RE: TOYOTA MOTOR CORP. UNINTENDED ACCELERATION MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>ALL ECONOMIC LOSS CASES | Case No.: 8:10ML2151 JVS (FMOx)<br><br>**[PROPOSED] ORDER GRANTING TOYOTA'S REQUEST FOR LEAVE TO FILE OPPOSITION TO PLAINTIFFS' MEMORANDUM REGARDING CHOICE OF LAW PROCEEDINGS**<br><br>**[FILED CONCURRENTLY WITH REQUEST FOR LEAVE TO FILE OPPOSITION TO PLAINTIFFS' MEMORANDUM REGARDING CHOICE OF LAW PROCEEDINGS]**<br><br>Date:            November 9, 2010<br>Time:           9:00 a.m.<br>Location:      Court Room 10C<br>Judicial Officer:   Hon. James V. Selna |

LEGAL02/32259604v1

| | |
|---|---|
| 1 | **ORDER** |
| 2 | IT IS HEREBY ORDERED THAT Toyota's Request For Leave to File |
| 3 | Opposition to Plaintiffs' Memorandum Regarding Choice of Law Proceedings is |
| 4 | GRANTED.  The Court will take Toyota's Opposition to Plaintiffs' Memorandum |
| 5 | Regarding Choice of Law Proceedings under consideration. |
| 6 | |
| 7 | |
| 8 | IT IS SO ORDERED. |
| 9 | Plaintiffs' views are adequately set forth at Docket No. 435.  JVS |
| 10 | Dated: _____, 2010 |

**DENIED**
BY ORDER OF THE COURT

_____
James V. Selna
United States District Judge

Respectfully submitted,

LEGAL02/32259604v1

DATED: November 5, 2010

By: _____/s/_____
Lisa Gilford

CARI K. DAWSON (GA SBN 213490)
**ALSTON + BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: (404) 881-7766
Facsimile: (404) 253-8567
Email: cari.dawson@alston.com

LISA GILFORD (CA SBN 171641)
**ALSTON + BIRD LLP**
333 South Hope Street, 16th Floor
Los Angeles, CA 90071
Telephone: (213) 576-1000
Facsimile: (213) 576-1100
Email: lisa.gilford@alston.com

*Lead Defense Counsel for Economic Loss Cases*

By: _____/s/_____
Vincent Galvin, Jr.

VINCENT GALVIN, JR. (CA SBN 104448)
**BOWMAN AND BROOKE**
1741 Technology Drive, Suite 200
San Jose, CA 95110
Telephone: (408) 279-5393
Facsimile: (408) 279-5845
E-mail: vincent.galvinjr@bowmanandbrooke.com

JOEL SMITH (SC SBN 5266)
**BOWMAN AND BROOKE**
1441 Main Street, Suite 1000
Columbia, SC 29201
Telephone: (803) 726-0020
Facsimile: (803) 726-0021
E-mail: joel.smith@bowmanandbrooke.com

*Lead Defense Counsel for Personal Injury/Wrongful Death Cases*

LEGAL02/32259604v1