Vincent Galvin (CA SBN 104448)
vincent.galvin@bowmanandbrooke.com
Anne O. Hanna (CA SBN 120947)
anne.hanna@bowmanandbrooke.com
BOWMAN AND BROOKE LLP
1741 Technology Drive, Suite 200
San Jose, CA  95110
Telephone No.: (408) 279-5393
Fax No.:  (408) 279-5845

Joel H. Smith (SC SBN 5266)
joel.smith@bowmanandbrooke.com
BOWMAN AND BROOKE LLP
1441 Main Street, Suite 1000
Columbia, SC  29201
Telephone No.:  (803) 726-0020
Fax No.:  (803) 726-0021

Lead Defense Counsel for Personal Injury/Wrongful Death Cases

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(SOUTHERN DIVISION – SANTA ANA)

| | |
|---|---|
| In Re: Toyota Motor Corp. Unintended Acceleration Marketing, Sales Practices, and Products Liability Litigation<br><br>This document relates to:<br><br>2:10CV07868 JVS (FMOx) | Case No.  8:10ML02151 JVS (FMOx)<br><br>Assigned to:  Hon. James V. Selna<br>Discovery:  Mag. Fernando M. Olguin<br><br>NOTICE OF MOTION OF DEFENDANTS TOYOTA MOTOR SALES, U.S.A., INC., TOYOTA MOTOR CORPORATION, TOYOTA MOTOR NORTH AMERICA, INC., AND TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA, INC., TO DISMISS CERTAIN CLAIMS FOR FAILURE TO STATE A CLAIM<br><br>DATE:  December 9, 2010<br>TIME :  9:00 a.m.<br>DEPT.  Courtroom 10C |

This personal injury action arises from an automobile accident plaintiffs claim was caused by an unidentified defect in their vehicle. On April 9, 2010, Beverly Ann Martell was driving the subject 2006 Toyota Camry in Linn County, Oregon, when plaintiffs claim the vehicle suddenly and unexpectedly accelerated. Original Complaint for Damages ("Complaint") ¶ 27. Plaintiffs claim that Mrs. Martell was driving approximately 55 miles per hour when the accelerator pedal automatically went to the floor. Despite her application of the brakes, the vehicle allegedly continued to accelerate and veered right into a ditch, causing the vehicle to launch approximately 20 feet into the air and travel several hundred feet before coming to a stop upon hitting a residential driveway. Complaint ¶¶ 27-29. Mrs. Martell was seriously injured in the accident. Id.

On September 13, 2010, Toyota Motor Sales, U.S.A., Toyota Motor Corporation, Inc., Toyota Motor North America, Inc., and Toyota Motor Engineering & Manufacturing North America, Inc., (collectively "Toyota defendants") filed a Federal Rule of Civil Procedure 12(b)(6) Motion to Dismiss the causes of action common to all or most of the complaints filed in this Multi-District Litigation. See Court Document Number 335. Plaintiffs' complaint in this case asserts causes of action nearly identical to those filed against the Toyota Defendants in the other actions in this Multi-District Litigation. Therefore, in response to Plaintiff's Original Complaint for Damages, the Toyota defendants incorporate and adopt by reference all the statements, arguments, points of authorities and attachments presented in the "Notice of Motion and Motion of Defendants Toyota Motor Sales, U.S.A., Toyota Motor Corporation, Inc., Toyota Motor North America, Inc., and Toyota Motor Engineering & Manufacturing North America,

NOTICE OF MOTION AND MOTION OF TOYOTA DEFENDANTS TO DISMISS CERTAIN CLAIMS FOR FAILURE TO STATE A CLAIM

Inc., Toyota Motor Manufacturing, California, Inc. and CTS Corporation to Dismiss Certain Claims for Failure to State a Claim" and related papers filed on September 13, 2010, Court Document Number 335.

The Toyota defendants respectfully request the Court to grant their motion and dismiss plaintiff's claims.

Dated: November 11, 2010

Respectfully submitted,

By: __/s/ Vincent Galvin__
VINCENT GALVIN (CA SBN 104448)
E-mail: vgalvin@bowman-brooke.com
BOWMAN AND BROOKE LLP
1741 Technology Drive, Suite 200
San Jose, CA   95110
Telephone:  (408) 279-5393
Facsimile:  (408) 279-5845

JOEL SMITH (SC SBN 5266)
E-mail: jsmith@bowman-brooke.com
BOWMAN AND BROOKE LLP
1441 Main Street, Suite 1000
Columbia, SC 29201
Telephone:  (803) 726-0020
Facsimile:  (803) 726-0021

Lead Defense Counsel for Personal Injury/Wrongful Death Cases

3

NOTICE OF MOTION AND MOTION OF TOYOTA DEFENDANTS TO DISMISS CERTAIN CLAIMS FOR FAILURE TO STATE A CLAIM