1  Vincent Galvin (CA SBN 104448)
   vincent.galvin@bowmanandbrooke.com
2  Anne O. Hanna (CA SBN 120947)
3  anne.hanna@bowmanandbrooke.com
   BOWMAN AND BROOKE LLP
4  1741 Technology Drive, Suite 200
   San Jose, CA  95110
5  Telephone No.: (408) 279-5393
6  Fax No.: (408) 279-5845

7  Joel H. Smith (SC SBN 5266)
   joel.smith@bowmanandbrooke.com
8  BOWMAN AND BROOKE LLP
9  1441 Main Street, Suite 1000
   Columbia, SC  29201
10 Telephone No.: (803) 726-0020
   Fax No.: (803) 726-0021
11

12 Lead Defense Counsel for Personal Injury/Wrongful Death Cases

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(SOUTHERN DIVISION – SANTA ANA)

| | |
|---|---|
| In Re: Toyota Motor Corp. Unintended Acceleration Marketing, Sales Practices, and Products Liability Litigation<br><br>This document relates to:<br><br>2:10CV01438 JVS (FMOx) | Case No.  8:10ML02151 JVS (FMOx)<br><br>Assigned to:  Hon. James V. Selna<br>Discovery:  Mag. Fernando M. Olguin<br><br>NOTICE OF MOTION OF DEFENDANTS TOYOTA MOTOR SALES, U.S.A., INC., TOYOTA MOTOR CORPORATION, TOYOTA MOTOR NORTH AMERICA, INC., AND TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA, INC., TO DISMISS CERTAIN CLAIMS FOR FAILURE TO STATE A CLAIM<br><br>DATE: December 9, 2010<br>TIME : 9:00 a.m.<br>DEPT. Courtroom 10C |

1

This personal injury action arises from an automobile accident plaintiffs claim was caused by an unidentified defect in their vehicle. On July 15, 2009, Roy Williams was driving the subject 2006 Toyota Tacoma between Plainville, Kansas and Hays, Kansas, when plaintiffs claim the vehicle suddenly and unexpectedly accelerated. Third Amended Complaint for Damages ("TAC") ¶¶ 19-20. Plaintiffs claim that Mr. Williams was driving the subject vehicle in an intended and foreseeable manner when it unexpectedly accelerated from roadway speed to speeds of up to 80 miles per hour. In an effort to control the sudden acceleration, Mr. Williams attempted various actions, including stepping on the brake pedal, however the vehicle allegedly continued to accelerate at a high rate of speed. Mr. Williams subsequently lost control of the vehicle which veered to the opposite shoulder, overturned multiple times and struck a power pole. TAC ¶ 20.

On September 13, 2010, Toyota Motor Sales, U.S.A., Toyota Motor Corporation, Inc., Toyota Motor North America, Inc., and Toyota Motor Engineering & Manufacturing North America, Inc., (collectively "Toyota defendants") filed a Federal Rule of Civil Procedure 12(b)(6) Motion to Dismiss the causes of action common to all or most of the complaints filed in this Multi-District Litigation. See Court Document Number 335. Plaintiffs' complaint in this case asserts causes of action nearly identical to those filed against the Toyota Defendants in the other actions in this Multi-District Litigation. Therefore, in response to Plaintiffs' Third Amended Complaint for Damages, the Toyota defendants incorporate and adopt by reference all the statements, arguments, points of authorities and attachments presented in the "Notice of Motion and Motion of Defendants Toyota Motor Sales, U.S.A., Toyota Motor Corporation, Inc., Toyota Motor

1 | North America, Inc., and Toyota Motor Engineering & Manufacturing North America,

2 | Inc., Toyota Motor Manufacturing, California, Inc. and CTS Corporation to Dismiss

3 | Certain Claims for Failure to State a Claim" and related papers filed on September 13,

4 | 2010, Court Document Number 335.

5 |   The Toyota defendants respectfully request the Court to grant their motion and

6 | dismiss plaintiffs' claims.

Dated: November 16, 2010                Respectfully submitted,

By: /s/ Vincent Galvin
VINCENT GALVIN (CA SBN 104448)
E-mail: vgalvin@bowman-brooke.com
BOWMAN AND BROOKE LLP
1741 Technology Drive, Suite 200
San Jose, CA   95110
Telephone:  (408) 279-5393
Facsimile:  (408) 279-5845

JOEL SMITH (SC SBN 5266)
E-mail: jsmith@bowman-brooke.com
BOWMAN AND BROOKE LLP
1441 Main Street, Suite 1000
Columbia, SC 29201
Telephone:  (803) 726-0020
Facsimile:  (803) 726-0021

Lead Defense Counsel for Personal
Injury/Wrongful Death Cases