| | |
|---|---|
| 1 | Vincent Galvin (CA SBN 104448) |
|   | vincent.galvin@bowmanandbrooke.com |
| 2 | Anne O. Hanna (CA SBN 120947) |
|   | anne.hanna@bowmanandbrooke.com |
| 3 | BOWMAN AND BROOKE LLP |
| 4 | 1741 Technology Drive, Suite 200 |
|   | San Jose, CA  95110 |
| 5 | Telephone No.: (408) 279-5393 |
|   | Fax No.:  (408) 279-5845 |
| 6 | |
| 7 | Joel H. Smith (SC SBN 5266) |
|   | joel.smith@bowmanandbrooke.com |
|   | BOWMAN AND BROOKE LLP |
| 8 | 1441 Main Street, Suite 1000 |
|   | Columbia, SC  29201 |
| 9 | Telephone No.:  (803) 726-0020 |
|   | Fax No.:  (803) 726-0021 |
| 10 | |
| 11 | Lead Defense Counsel for Personal Injury/Wrongful Death Cases |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(SOUTHERN DIVISION - SANTA ANA)

| | | |
|---|---|---|
| In Re: Toyota Motor Corp. Unintended Acceleration Marketing, Sales Practices, and Products Liability Litigation | ) ) ) | Case No.  8:10ML02151 JVS (FMOx) |
| | ) ) | CERTIFICATE OF SERVICE OF REPLY MEMORANUNDUM OF TOYOTA MOTOR SALES, U.S.A., INC., TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA, INC. AND TOYOTA MOTOR CORPORATION IN SUPPORT OF APPLICATION OF FOR INJUNCTIVE RELIEF AGAINST EL CAJON LUXURY CARS, INC. DBA BOB BAKER LEXUS AND THEIR COUNSEL; DECLARATION OF ANNE O. HANNA |
| This document relates to: | ) ) | |
| ALL CASES | ) ) | |
| (JCCP 4621 AND San Diego County Superior Court; Case No. 37-2010-00086718-CU-PL-CTL) | ) ) ) ) ) | |

DATE:        January 5, 2011
TIME:        1:30 p.m.
JUDGE:     Honorable James V. Selna

I am over 18 years of age, not a party to this action and employed in San Jose, California at 1741 Technology Drive, Suite 200, San Jose, California 95110-1355.

On January 5, 2011, I served the foregoing documents described as REPLY MEMORANUNDUM OF TOYOTA MOTOR SALES, U.S.A., INC., TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA, INC. AND TOYOTA MOTOR

CERTIFICATE OF SERVICE
··ODMA\PCDOCS\S JO\253096\1                              1

1  CORPORATION IN SUPPORT OF APPLICATION OF FOR INJUNCTIVE RELIEF

2  AGAINST EL CAJON LUXURY CARS, INC. DBA BOB BAKER LEXUS AND THEIR

3  COUNSEL; DECLARATION OF ANNE O. HANNA on all parties addressed as follows:

4  <u>Attorneys for Plaintiffs</u>

5  John H. Gomez
   The Gomez Law Firm
6  625 Broadway, Suite 1200
   San Diego, CA 92101
7  (619) 237-3490
   Fax: (619) 237-3496
8  Email: john@thegomezfirm.com

9  <u>Co Counsel for Plaintiffs</u>
   Timothy R. Pestotnik
10 Pestotnik & Gold
   501 W. Broadway, Suite 1850
11 San Diego, CA  92101
   (619) 237-3000
12 Fax: (619) 342-8020
   Email: tim@tprglaw.com
13

14 Attorneys for Defendant
   <u>Bob Baker Lexus</u>
15
   Larry N. Willis
16 Willis/DePasquale, LLP
   725 W. Town & Country Road, Suite 550
17 Orange, CA 92868
   (714) 544-6000
18 Fax: (714) 544-6202
   Email: lwillis@wdlegal.net
19 Email: Sbiornstad@wdlegal.net

20 <u>Co-Counsel for Toyota Defendants</u>

21 Matthew R. Rogers
   Carroll, Burdick & McDonough LLP
22 633 West Fifth Street, 51st Floor
   Los Angeles, CA 90071
23 (213) 833-4500
   Fax: (213) 833-4555
24 mrogers@cbmlaw.com

25
   XX___  VIA E-MAIL TRANSMISSION.  The document was served on the above party in this
26 action by causing a true copy of said document to be transmitted by e-mail to the e-mail
   address listed adjacent to the name on this Proof of Service.  The transmission was reported as
27 complete and without error.

28

CERTIFICATE OF SERVICE
::ODMA\PCDOCS\S JO\253096\1           2

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on January 4, 2011, at San Jose, California.

_Rebecca R. Fuller_
Rebecca Fuller

CERTIFICATE OF SERVICE
::ODMA\PCDOCS\SJO\253096\1          3