| | | |
|---|---|---|
| 1 | Mark P. Robinson, Jr., Bar No. 054426 | |
| 2 | mrobinson@rcrlaw.net<br>ROBINSON, CALCAGNIE & ROBINSON | |
| 3 | 620 Newport Center Drive, 7th Floor<br>Newport Beach, CA 92660 | |
| 4 | Telephone:  (949) 720-1288<br>Facsimile:  (949) 720-1292 | |
| 5 | Elizabeth J. Cabraser, Bar No. 083151 | Cari K. Dawson (*pro hac vice*) |
| 6 | ecabraser@lchb.com<br>LIEFF CABRASER HEIMANN & BERNSTEIN, LLP | cari.dawson@alston.com<br>Lisa Gilford, Bar No. 171641<br>lisa.gilford@alston.com |
| 7 | 275 Battery Street, 29th Floor<br>San Francisco, CA 94111-3339 | ALSTON BIRD, LLP<br>1201 West Peachtree Street |
| 8 | Telephone:  (415) 956-1000<br>Facsimile:   (415) 956-1008 | Atlanta, GA  30309-3424<br>Telephone:  (404) 881-7766 |
| 9 | | Facsimile:   (404) 253-8567 |
| 10 | **Plaintiffs' Co-Lead Counsel for Personal Injury/Wrongful Death Cases** | |
| 11 | | |
| 12 | Steve W. Berman (*pro hac vice*)<br>steve@hbsslaw.com | Vincent Galvin, Jr., Bar No. 104448<br>vincent.galvin@bowmanandbrooke.com |
| 13 | HAGENS BERMAN SOBOL SHAPIRO LLP | Joel H. Smith (*pro hac vice*)<br>joel.smith@bowmanandbrooke.com |
| 14 | 1918 Eighth Avenue, Suite 3300<br>Seattle, WA 98101 | BOWMAN & BROOKE LLP<br>1741 Technology Drive |
| 15 | Telephone:  (206) 268-9320<br>Facsimile:   (206) 623-0594 | San Jose, CA 95110-1364<br>Telephone:  (408) 961-4501 |
| 16 | | Facsimile:   (408) 279-5845 |
| 17 | Frank M. Pitre, Bar No. 100077<br>fpitre@cpmlegal.com | LISA GILFORD (CA SBN 171641)<br>lisa.gilford@alston.com |
| 18 | COTCHETT, PITRE & MCCARTHY | ALSTON + BIRD LLP<br>333 South Hope Street, 16th Floor |
| 19 | 840 Malcolm Road, Suite 200<br>Burlingame, CA 94010 | Los Angeles, CA 90071<br>Telephone:  (213) 576-1000 |
| 20 | Telephone:  (650) 697-6000<br>Facsimile:  (650) 697-0577 | Facsimile:   (213) 576-1100 |
| 21 | Marc M. Seltzer, Bar No. 054534 | JOEL SMITH (SC SBN 5266) |
| 22 | mseltzer@susmangodfrey.com<br>SUSMAN GODFREY L.L.P. | joel.smith@bowmanandbrooke.com<br>BOWMAN AND BROOKE |
| 23 | 1901 Avenue of the Stars, Suite 950<br>Los Angeles, CA  90067-6029 | 1441 Main Street, Suite 1000<br>Columbia, SC 29201 |
| 24 | Telephone:  (310) 789-3102<br>Facsimile:   (310) 789-3006 | Telephone:  (803) 726-0020<br>Facsimile:   (803) 726-0021 |
| 25 | **Plaintiffs' Co-Lead Counsel for Economic Loss Cases** | *Lead Defense Counsel for Personal Injury/Wrongful Death Cases* |
| 26 | | |
| 27 | | |
| 28 | | |

1

STIPULATION REGARDING SOURCE CODE

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TOYOTA MOTOR CORP. UNINTENDED ACCELERATION MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>ALL CASES | Case No. 8:10ML02151 JVS (FMOx)<br><br>**STIPULATION REGARDING SOURCE CODE PROTOCOL** |

WHEREAS, the parties previously submitted an Order Re Stipulation Re Briefing on Source Code Protocol which was entered by the Court on January 11, 2011 (Dckt. 604);

WHEREAS on January 25, 2011, the Parties continued their meet and confer efforts on the source code protocol;

WHEREAS, it was determined that additional time would be needed for the source code hearing; and

WHEREAS, the Parties are working together in good faith to continue to negotiate a source code protective order and protocol, and have therefore agreed that the issue of source code protection and production should be removed from the calendar for the MDL hearing scheduled for February 18, 2011 at 3:00 p.m.

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that upon this Court's entry of an Order approving this Stipulation:

1. The Parties will brief for the Court any issues that remain open or in dispute after continued good faith negotiations on February 18, 2011 with concurrent opening briefs only; and

2. The parties will present oral argument at a hearing before the Court on February 25, 2011 at 9:30 a.m.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: January 26, 2011 | By: /s/ Mark P. Robinson, Jr. |
| | | Mark P. Robinson, Jr. |

MARK P. ROBINSON, JR. (CA SBN 54426)
Email: mrobinson@rcrlaw.net
**ROBINSON, CALCAGNIE & ROBINSON INC.**
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
Telephone: (949) 720-1288
Facsimile: (949) 720-1292

ELIZABETH J. CABRASER (CA SBN 083151)
Email: ecabraser@lchb.com
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, Suite 3000
San Francisco, CA 94111
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

*Co-Lead Plaintiffs' Counsel for Personal Injury/Wrongful Death Cases*

STEVE W. BERMAN (WA SBN 12536)
Email: steve@hbsslaw.com
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 268-9320
Facsimile: (206) 623-0594

MARC M. SELTZER (CA SBN 054534)
Email: mseltzer@susmangodfrey.com
**SUSMAN GODFREY L.L.P.**
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067
Telephone: (310) 789-3102
Facsimile: (310) 789-3006

FRANK M. PITRE (CA SBN 100077)
Email: fpitre@cpmlegal.com
**COTCHETT, PITRE & MCCARTHY**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

*Co-Lead Plaintiffs' Counsel for Economic Loss Cases*

| | | |
|---|---|---|
| 1 | Dated:  January 26, 2011 | By:   /s/ Joel Smith<br>            Joel Smith |
| 2 | | |
| 3 | | JOEL SMITH (SC SBN 5266)<br>E-mail:  joel.smith@bowmanandbrooke.com<br>**BOWMAN AND BROOKE**<br>1441 Main Street, Suite 1000 |
| 4 | | Columbia, SC 29201<br>Telephone:  (803) 726-0020 |
| 5 | | Facsimile:   (803) 726-0021 |
| 6 | | VINCENT GALVIN, JR. (CA SBN 104448)<br>E-mail: |
| 7 | | vincent.galvinjr@bowmanandbrooke.com<br>**BOWMAN AND BROOKE** |
| 8 | | 1741 Technology Drive, Suite 200<br>San Jose, CA 95110 |
| 9 | | Telephone:  (408) 279-5393<br>Facsimile:   (408) 279-5845 |
| 10 | | |
| 11 | | *Lead Defense Counsel for Personal Injury/Wrongful Death Cases* |
| 12 | | CARI K. DAWSON (GA SBN 213490) |
| 13 | | Email:  cari.dawson@alston.com<br>**ALSTON + BIRD LLP** |
| 14 | | 1201 West Peachtree Street<br>Atlanta, GA 30309 |
| 15 | | Telephone:  (404) 881-7766<br>Facsimile:   (404) 253-8567 |
| 16 | | LISA GILFORD (CA SBN 171641) |
| 17 | | Email:  lisa.gilford@alston.com<br>**ALSTON + BIRD LLP** |
| 18 | | 333 South Hope Street, 16th Floor<br>Los Angeles, CA 90071 |
| 19 | | Telephone:  (213) 576-1000<br>Facsimile:   (213) 576-1100 |
| 20 | | *Co-Lead Defense Counsel for Economic Loss Cases* |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |