## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | **8:10ML2151 JVS (FMOx)** | Date | January 28, 2011 |

| | |
|---|---|
| Title | **IN RE: TOYOTA MOTOR CORP. UNINTENDED ACCELERATION MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** |

Present: The Honorable     James V. Selna

| Karla J. Tunis | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Mark Robinson, Jr. | Lisa Guilford |

**Proceedings:**     **STATUS CONFERENCE**

Cause called and counsel make their appearances via telephone.  The Court and counsel confer regarding production issues.

| | | |
|---|---|---|
| | 00 | : | 20 |
| Initials of Preparer | kjt | |