## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| IN RE: TOYOTA MOTOR CORP. UNINTENDED ACCELLERATION MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>SACV 10- 01917 JVS (FMOx)<br><br>Hawes et al v. Toyota Motor North America et al | Case No. 8:10ML2151 JVS (FMOx)<br><br><br><br>**ANSWER BY TOYOTA MOTOR ENGINEERING AND MANUFACTURING NORTH AMERICA, INC.** |

### TOYOTA MOTOR ENGINEERING AND MANUFACTURING NORTH AMERICA, INC.'S CORPORATE DISCLOSURE STATEMENT

Toyota Motor Engineering and Manufacturing North America, Inc. ("TEMA"), pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, files the following Corporate Disclosure Statement:

1.     TEMA is a wholly-owned subsidiary of Toyota Motor North America, Inc. ("TMA");

2.     TMA is a wholly-owned subsidiary of Toyota Motor Corporation ("TMC"); and

3.     TMC is the parent corporation and there are no publicly held companies that own 10% or more of TMC's stock.

This the 4th day of February, 2011.

Respectfully submitted,

**TOYOTA MOTOR ENGINEERING AND MANUFACTURING NORTH AMERICA, INC.**

s/David L. Ayers
David L. Ayers

**OF COUNSEL:**
David L. Ayers (MSB No. 1670)
Todd J. Hartley (MSB No. 103534)
WATKINS & EAGER PLLC
400 East Capitol Street (39201)
P. O. Box 650
Jackson, MS  39205
Phone:  (601) 965-1900
Fax: (601) 965-1901
Email:  dayers@watkinseager.com
Email:  thartley@watkinseager.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2011, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

s/David L. Ayers
David L. Ayers