UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | ML 10-2151 JVS (FMOx) | Date | February 3, 2011 |
| Title | In Re: Toyota Motor Corp. Unintended Acceleration Marketing, Sales Practices, and Products Liability Litigation | | |

Present: The Honorable    James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:      Attorneys Present for Defendants:

Not Present                                                Not Present

**Proceedings:**   (IN CHAMBERS)   Order re re Rule 30(b)(6) Depositions

      The Court is advised that the parties are in dispute as to whether Rule 30(b)(6) depositions should be permitted as part of the choice-of-law discovery. (See Order re Choice of Law Proceedings, Docket No. 601 ("Order").) The Order was entered on the basis of the parties' stipulation (Docket No. 552), and spells out the agreed scope of choice-of-law discovery. (Order, pp. 2-5.) Within that scope, the Order identifies no particular forms of discovery, and excludes no particular forms of discovery.

      The parties' dispute with regard to Rule 30(b)(6) depositions should be presented to the Special Masters. (See Order No. 6.)

|  |  | 00 | : | 00 |
|---|---|---|---|---|
|  | Initials of Preparer | kjt | | |