LARRY KRAMER (NY SBN 4109963)
Email: lkramer@stanford.edu
Stanford Law School
Crown Quadrangle
559 Nathan Abbott Way
Stanford, CA 94305-8610
Telephone: (650) 723-4455
Facsimile: (650) 723-4669

*Counsel for the Toyota Defendants*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TOYOTA MOTOR CORP. UNINTENDED ACCELERATION MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>**ALL CASES** | Case No.: 8:10ML2151 JVS (FMOx)<br><br>**NOTICE OF APPEARANCE OF LARRY KRAMER ON BEHALF OF THE TOYOTA DEFENDANTS** |

NOTICE OF APPEARANCE
1

1 | **TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:**

2 | PLEASE TAKE NOTICE THAT Larry Kramer, Esq. hereby enters his appearance as

3 | one of the counsel on behalf of the Toyota Defendants in the above-captioned matter.

6 | Dated: March 28, 2011

By: _____
Larry Kramer

LARRY KRAMER (NY SBN 4109963)
Email:  lkramer@stanford.edu
Stanford Law School
Crown Quadrangle
559 Nathan Abbott Way
Stanford, CA 94305-8610
Telephone:  (650) 723-4455
Facsimile:   (650) 723-4669

***Counsel for the Toyota Defendants***