UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 8:10ML2151 JVS (FMOx) | Date | March 29, 2011 |
| Title | IN RE: TOYOTA MOTOR CORP. UNINTENDED ACCELERATION MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | | |

Present: The Honorable   James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   **(In Chambers)**   Order re Electronic Filings

In the past ten days, the Toyota defendants have made several hundred electronic filings which has resulted in backlogs in the Case Management and Electronic Case Filing (CM/ECF) system. This results in a delay in electronic service that affects not only the MDL proceeding, but all cases.

The Court asks the parties to consider the following:

1. Consider consolidating documents. For example, a single corporate disclosure might cover more than one entity. Similarly, a single answer might cover more than one defendant. The Court will make no adverse inference with regard to the separateness of multiple entities in a single pleading.

2. Consider staggering the timing of filings where a large number of filings are to be made on the same day.

3. 2 p.m. is the peak filing time. Consider filing before 11 a.m. or after 4 p.m.

The Court appreciates the parties' consideration.

|  |  | 0 | : | 00 |
|---|---|---|---|---|
|  | Initials of Preparer | kjt | | |