UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 8:10ML2151 JVS (FMOx) | Date | March 30, 2011 |
| Title | IN RE: TOYOTA MOTOR CORP. UNINTENDED ACCELERATION MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | | |

Present: The Honorable    James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Presetn | Not Present |

**Proceedings:**   (IN CHAMBERS)   Order Striking Notice of Appearance of Larry Kramer on Behalf of the Toyota Defendants

   The Court hereby orders the Notice of Appearance of Larry Kramer on Behalf of the Toyota Defendants filed on March 28, 2011 (Docket Number 1167) stricken.

|  |  | 00 | : | 00 |
|---|---|---|---|---|
|  | Initials of Preparer | kjt | | |