CARI K. DAWSON (GA SBN 213490)
Email: cari.dawson@alston.com
**ALSTON + BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: (404) 881-7766
Facsimile: (404) 253-8567

LISA GILFORD (CA SBN 171641)
Email: lisa.gilford@alston.com
**ALSTON + BIRD LLP**
333 South Hope Street, 16th Floor
Los Angeles, CA 90071
Telephone: (213) 576-1000
Facsimile: (213) 576-1100

*Lead Defense Counsel for Economic Loss Cases*

VINCENT GALVIN, JR. (CA SBN 104448)
Email: vincent.galvinjr@bowmanandbrooke.com
**BOWMAN AND BROOKE**
1741 Technology Drive, Suite 200
San Jose, CA 95110
Telephone: (408) 279-5393
Facsimile: (408) 279-5845

JOEL SMITH (SC SBN 5266)
Email: joel.smith@bowmanandbrooke.com
**BOWMAN AND BROOKE**
1441 Main Street, Suite 1200
Columbia, SC 29201
Telephone: (803) 726-7420
Facsimile: (803) 726-7421

*Lead Defense Counsel for Personal Injury/Wrongful Death Cases*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TOYOTA MOTOR CORP. UNINTENDED ACCELERATION MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This documents relates to:<br><br>**ALL ECONOMIC LOSS CASES** | Case No.: 8:10ML2151 JVS (FMOx)<br><br>TOYOTA DEFENDANTS' NOTICE OF CROSS-MOTION AND CROSS-MOTION FOR CHOICE-OF-LAW DETERMINATION AS TO ALL ECONOMIC LOSS CASES AND PLAINTIFFS BEFORE THIS COURT<br><br>Date: May 16, 2011<br>Time: 3:00 pm<br>Location: Court Room 10C<br>Judicial Officer: Hon. James V. Selna |

**TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** on May 16, 2011, at 3:00 p.m. or as soon as counsel may be heard in Courtroom 10C of the above-referenced Court, located at 411 West Fourth Street, Room 1053, Santa Ana, California 92701, Defendants Toyota Motor Corporation and Toyota Motor Sales, U.S.A., Inc. (collectively, "Toyota"), will and hereby do respectfully move, for this Court to issue a choice-of-law determination as to all Economic Loss actions and parties consolidated in this MDL as required by *Klaxon Co. v. Stentor Electric Manufacturing Co.*, 313 U.S. 487 (1941), *Van Dusen v. Barrack*, 376 U.S. 612 (1964), and *In re Nucorp Energy Sec. Litig.*, 772 F.2d 1486, 1492 (9th Cir. 1985) (holding that the MDL court must apply the choice-of-law rules of the state where the claims were originally filed before they were transferred to California by the JPML). More specifically, Toyota moves the Court to apply the choice-of-law rules of each of the following transferor jurisdictions to determine the substantive law applicable to each and every claim of each and every putative class member in this consolidated MDL:

1. *Harding v. Toyota Motor Co., et al.*, No. 8:10-cv-00552 (formerly 10-cv-00100) (M.D. Ala.)

2. *Stoller v. Toyota Motor Co., et al.*, No. 8:10-cv-00565 (formerly 4:10-cv-00024) (M.D. Ga.)

3. *Laird v. Toyota Motor Co., et al.*, No. 8:10-cv-00566 (3:10-cv-00022) (S.D. Ga.)

4. *Schlegel v. Toyota Motor Sales, U.S.A., Inc.*, No. 8:10-cv-00729 (formerly 1:10-cv-00694) (N.D. Ga.)

5. *Drake v. Toyota Motor Sales, U.S.A., Inc., et al.*, No. 8:10-cv-00730 (formerly 1:10-cv-01231) (N.D. Ga.).

6. *Firgon v. Toyota Motor Co., et al.*, No. 8:10-cv-00570 (formerly 2:10-cv-02075) (D. Kan.)

7. *Shechter v. Toyota Motor Engineering & Manufacturing North America, Inc., et al.*, No. 8:10-cv-00741 (formerly 2:10-cv-02144) (D. Kan.)

8. *Fanning v. Toyota Motor Co., et al.*, No. 8:10-cv-00742 (formerly 6:10-cv-01090) (D. Kan.)

9. *Schantz v. Toyota Motor North America, Inc., et al.*, No. 8:10-cv-00751 (formerly 8:10-cv-01075) (D. Md.)

10. *Scott v. Toyota Motor North America, Inc., et al.*, No. 8:10-cv-00654 (formerly 8:10-cv-00450) (D. Md.)

11. *Wooten v. Toyota Motor North America, Inc., et al.*, No. 8:10-cv-00621 (formerly 3:10-cv-00229) (D.S.C.)

12. *Roberts v. Toyota Motor Co., et al.*, No. 8:10-cv-00622 (formerly 7:10-cv-00281) (D.S.C.)

13. *Smyser v. Toyota Motor Co., et al.*, No. 8:10-cv-00720 (formerly 2:10-cv-00741) (D. Ariz.)

14. *Bowron v. Toyota Motor Sales, U.S.A., Inc.*, No. 8:10-cv 10-00719 (formerly 2:10-cv-00580) (D. Ariz.)

15. *Harris v. Toyota Motor Sales, U.S.A., Inc.*, No. 8:10-cv-00722 (formerly 1:10-cv-00460) (D. Colo.)

16. *Noble v. Toyota Motor North America, Inc.*, No. 8:10-cv-00723 (formerly 1:10-cv-00915) (D. Colo.)

17. *Gustin v. Toyota Motor Co., et al.*, No. 8:10-cv-00734 (formerly 1:10-cv-00114) (D. Idaho)

18. *Ochs v. Toyota Motor Co., et al.*, No. 8:10-cv-00567 (formerly 1:10-cv-00918) (N.D. Ill.)

19. *Field v. Toyota Motor North America, Inc.*, No. 8:10-cv-00735 (formerly 1:10-cv-01351) (N.D. Ill.)

20. *Shansky v. Toyota Motor Sales, U.S.A., Inc.*, No. 8:10-cv-00736 (formerly 1:10-cv-01379) (N.D. Ill.)

21. *Toledo v. Toyota Motor Co., et al.*, No. 8:10-cv-00737 (formerly 1:10-cv-01599) (N.D. Ill.)

22. *Walls v. Toyota Motor Co., et al.*, No. 8:10-cv-00740 (formerly 3:10-cv-00215) (S.D. Ill.)

23. *Diaz v. Toyota Motor Co., et al.*, No. 8:10-cv-00738 (formerly 1:10-cv-01931) (N.D. Ill.)

24. *Rifken v. Toyota Motor North America, Inc., et al.*, No. 8:10-cv-00739 (formerly 1:10-cv-02507) (N.D. Ill.)

25. *Carlson v. Toyota Motor Co., et al.*, No. 8:10-cv-00733 (formerly 4:10-cv-00083) (S.D. Iowa)

26. *Beard v. Toyota Motor Co., et al.*, No. 8:10-cv-00732 (formerly 3:10-cv-00033) (S.D. Iowa)

27. *Karjala v. Toyota Motor Co., et al.*, No. 8:10-cv-00752 (formerly 0:10-cv-00766) (D. Minn.)

28. *Weyer v. Toyota Motor North America, Inc., et al.*, No. 8:10-cv-00753 (formerly 0:10-cv-00801) (D. Minn.)

29. *Wedul v. Toyota Motor Sales, U.S.A., Inc., et al.*, No. 8:10-cv-00754 (formerly 0:10-cv-00943) (D. Minn.)

30. *Bell v. Toyota Motor Sales, U.S.A., Inc., et al.*, No. 8:10-cv-00755 (formerly 0:10-cv-00944) (D. Minn.)

31. *Oliver v. Toyota Motor Sales, U.S.A., Inc., et al.*, No. 8:10-cv-00586 (formerly 0:10-cv-00942) (D. Minn.)

32. *Hauck v. Toyota Motor Co., et al.*, No. 8:10-cv-00757 (formerly 0:10-cv-01924) (D. Minn.)

33. *Simmons v. Toyota Motor Co., et al.*, No. 8:10-cv-00589 (formerly 3:10-cv-00009) (N.D. Miss.)

34. *Mitchell v. Toyota Motor North America, Inc., et al.*, No. 8:10-cv-00591 (formerly 3:10-cv-00104) (S.D. Miss.)

35. *Hulsen v. Toyota Motor Co., et al.*, No. 8:10-cv-00588 (formerly 4:10-cv-00103) (W.D. Mo.)

36. *O'Leary v. Toyota Motor Sales, U.S.A., Inc.*, No. 8:10-cv-00759 (formerly 10-cv-00350) (E.D. Mo.)

37. *Ridenour v. Toyota Motor Sales, U.S.A., Inc., et al.*, No. 8:10-cv-00760 (formerly 4:10-cv-00365) (E.D. Mo.)

38. *Zhang v. Toyota Motor Engineering & Manufacturing North America, Inc., et al.* No. 8:10-cv-00761 (formerly 4:10-cv-00238) (W.D. Mo.)

39. *Jerry Baker Auto Sales, LLC v. Toyota Motor Sales, U.S.A., Inc., et al.*, No. 8:10-cv-00587 (formerly 2:10-cv-04025) (W.D. Mo.)

40. *Quintana v. Toyota Motor Co., et al.*, No. 8:10-cv-00762 (formerly 1:10-cv-00020) (D. Mont.)

41. *Matsis v. Toyota Motor Co., et al.*, No. 8:10-cv-01380 (formerly 2:10-cv-01076) (D. Nev.)

42. *Gonzalez v. Toyota Motor Sales, U.S.A., Inc., et al.*, No. 8:10-cv-00592 (formerly 3:10-cv-00595) (D.N.J.)

43. *Colaberdino v. Toyota Motor North America, Inc., et al.*, No. 8:10-cv-00593 (formerly 3:10-cv-00672) (D.N.J.)

44. *Guokas v. Toyota Motor Co., et al.*, No. 8:10-cv-00595 (formerly 3:10-cv-00778) (D.N.J.)

45. *Abken v. Toyota Motor North America, Inc., et al.*, No. 8:10-cv-00594 (formerly 3:10-cv-00763) (D.N.J.)

46. *Coslop, IV v. Toyota Motor Co., et al.*, No. 8:10-cv-00767 (formerly 3:10-cv-01623) (D.N.J.)

47. *Gordon v. Toyota Motor North America, Inc., et al.*, No. 8:10-cv-00596 (formerly 3:10-cv-00914) (D.N.J.)

48. *Tiboni v. Toyota Motor Sales, U.S.A., Inc.*, No. 8:10-cv-00768 (formerly 3:10-cv-01786) (D.N.J.)

1  49. *Darcy v. Toyota Motor North America, Inc., et al.*, No. 8:10-cv-00769
2  (formerly 3:10-cv-02032) (D.N.J.)
3  50. *Fraase v. Toyota Motor Co., et al.*, No. 8:10-cv-00765 (formerly 3:10-cv-
4  00016) (D. N.D.)
5  51. *Menssen v. Toyota Motor Sales, U.S.A., Inc., et al.* No. 8:10-cv-00606
6  (formerly 1:10-cv-00260) (N.D. Ohio)
7  52. *Cox v. Beechmont Toyota, Inc., et al.*, No. 8:10-cv-00609 (formerly 2:10-
8  cv-00181) (S.D. Ohio)
9  53. *Lee v. Toyota Motor North America, Inc., et al.*, No. 8:10-cv-00607
10  (formerly 3:10-cv-00280) (N.D. Ohio)
11  54. *Grunkemeyer v. Toyota Motor Sales, U.S.A., Inc., et al.*, No. 8:10-cv-
12  00608 (formerly 1:10-cv-00128) (S.D. Ohio)
13  55. *Shumaker v. Toyota Motor Engineering & Manufacturing North
14  America, Inc., et al.*, No. 8:10-cv-00611 (formerly 3:10-cv-00061) (S.D. Ohio)
15  56. *Glardon v. Toyota Motor Engineering & Manufacturing North America,
16  Inc., et al.*, No. 8:10-cv-00656 (formerly 2:10-cv-00179) (S.D. Ohio)
17  57. *Kunce v. Toyota Motor Sales, U.S.A., Inc.*, No. 8:10-cv-00774 (formerly
18  1:10-cv-00165) (S.D. Ohio)
19  58. *Immerman v. Toyota Motor North America, Inc., et al.*, No. 8:10-cv-
20  00773 (formerly 1:10-cv-00650) (N.D. Ohio)
21  59. *G&M Motors, Inc. v. Toyota Motor Sales, U.S.A., Inc., et al.*, No. 8:10-
22  cv-01373 (formerly 1:10-cv-01339) (N.D. Ohio)
23  60. *Crespo-Bithorn v. Toyota Motor North America, Inc., et al.*, No. 8:10-cv-
24  00620 (formerly 3:10-cv-01083) (D.P.R.)
25  61. *Gallardo-Browning v. Toyota Motor North America, Inc., et al.*, No.
26  8:10-cv-01003 (formerly 3:10-cv-01390) (D.P.R.)
27  62. *Rivera v. Toyota Motor North America, Inc., et al.*, No. 8:10-cv-01920
28  (formerly 3:10-cv-02053) (D.P.R.)

63. *Pena v. Toyota Motor Co., et al.*, No. 8:10-cv-00625 (formerly 2:10-cv-00037) (S.D. Tex.)

64. *Whiddon v. Toyota Motor Co., et al.*, No. 8:10-cv-00623 (formerly 1:10-cv-00080) (E.D. Tex.)

65. *Brandt v. Toyota Motor Co., et al.*, No. 8:10-cv-00784 (formerly 3:10-cv-00788) (N.D. Tex.)

66. *Wojeck v. Toyota Motor North America, Inc., et al.*, No. 8:10-cv-00786 (formerly 2:10-cv-00542) (W.D. Wash.)

67. *Seu v. Toyota Motor Co., et al.*, No. 8:10-cv-00787 (formerly 3:10-cv-05176) (W.D. Wash.)

68. *Weller v. Toyota Motor Sales, U.S.A., Inc.*, No. 8:10-cv-000785 (formerly 2:10-cv-00426) (W.D. Wash.)

69. *Patel v. Toyota Motor North America, Inc.*, No. 8:10-cv-00558 (formerly 3:10-cv-00210) (D. Conn.)

70. *Gellman v. Toyota Motor Sales, U.S.A., Inc.*, No. 8:10-cv-00465 (formerly 1:10-cv-20006) (S.D. Fla.)

71. *Lynch v. Toyota Motor Co., et al.*, No. 8:10-cv-00464 (formerly 8:10-cv-00326) (M.D. Fla.)

72. *Heilbrunn v. Toyota Motor Co., et al.*, No. 8:10-cv-00564 (formerly 9:10-cv-80208) (S.D. Fl.)

73. *Heidenreich v. Toyota Motor North America, Inc., et al.*, No. 8:10-cv-00561 (formerly 4:10-cv-00035) (N.D. Fla.)

74. *Rivas-Vigil v. Toyota Motor North America, Inc., et al.*, No. 8:10-cv-00563 (formerly 0:10-cv-60183) (S.D. Fla.)

75. *Cipriani v. Toyota Motor Co., et al.*, No. 8:10-cv-00559 (formerly 8:10-cv-00427) (M.D. Fla.)

76. *Ramos v. Toyota Motor Sales U.S.A., Inc.*, No. 8:10-cv-00726 (formerly 1:10-cv-20630) (S.D. Fla.)

77. *Cohen-Goldberger v. Toyota Motor Sales, U.S.A., Inc., et al.*, No. 8:10-cv-00727 (formerly 1:10-cv-20648) (S.D. Fla.)

78. *Siff v. v. Toyota Motor North America, Inc. et al.*, No. 8:10-cv-00725 (formerly 0:10-cv-60379) (S.D. Fla.)

79. *Helmick v. Toyota Motor Sales, U S.A, Inc., et al.*, No. 8:10-cv-00728 (formerly 1:10-cv-20960) (S.D. Fla.)

80. *Vincent v. Toyota Motor Sales, U.S.A., Inc., et al.*, No. 8:10-cv-01363 (formerly 1:10-cv-22785) (S.D. Fla.)

81. *Ryan v. v. Morse Operations, Inc., et al.*, No. 8:10-cv-01365 (formerly 9:10-cv-80929) (S.D. Fla.)

82. *Kline v. Toyota Motor Co., et al.*, No. 8:10-cv-01364 (formerly 9:10-cv-80912) (S.D. Fla.)

83. *Griffin v. Toyota Motor Co., et al.*, No. 8:10-cv-00770 (formerly 1:10-cv-00323) (D. N.M.)

84. *Lee v. Toyota Motor Sales, U.S.A., Inc., et al.*, No. 8:10-cv-00612 (formerly 5:10-cv-00117) (W.D. Okla.)

85. *Hartgrove v. Toyota Motor Co., et al.*, No. 8:10-cv-00779 (formerly 3:10-cv-00101) (E.D. Tenn.)

86. *Pera, Jr. v. Toyota Motor Co., et al.*, No. 8:10-cv-00782 (formerly 2:10-cv-02153) (W.D. Tenn.)

87. *Atnip v. Toyota Motor Co., et al.*, No. 8:10-cv-00781 (formerly 3:10-cv-00387) (M.D. Tenn.)

88. *Graves v. Toyota Motor Manufacturing, West Virginia, Inc., et al.*, No. 8:10-cv-00469 (formerly 2:09-cv-01247) (S.D. W.Va.)

89. *Dadisman v. Toyota Motor Co., et al.*, No. 8:10-cv-00788 (formerly 2:10-cv-00399) (S.D. W.Va.)

90. *Horn v. Toyota Motor Sales, U.S.A., Inc., et al.*, No. 8:10-cv-00553 (formerly 4:10-cv-00090) (E.D. Ark.)

91. *Rainwater v. Toyota Motor Sales, U.S.A., Inc.*, No. 8:10-cv-00554 (4:10-cv-00116) (E.D. Ark.)

92. *Adkison v. Toyota Motor Sales, U.S.A., Inc.*, No. 8:10-cv-00556 (formerly 6:10-cv-06013) (W.D. Ark.)

93. *Lentz v. Toyota Industries, N.A., Inc., et al.*, No. 8:10-cv-00555 (formerly 4:10-cv-00149) (E.D. Ark.)

94. *Funasaki v. Toyota Motor Co., et al.*, No. 8:10-cv-00731 (formerly 1:10-cv-00111) (D. Haw.)

95. *Enderle v. Toyota Motor North America, Inc., et al.*, No. 8:10-cv-00568 (formerly 1:10-cv-00142) (S.D. Ind.)

96. *Poynter v. Toyota Motor North America, Inc.*, No. 8:10-cv-00571 (formerly 2:10-cv-00021) (E.D. Ky.)

97. *Viviano v. Toyota Motor Engineering & Manufacturing North America, Inc., et al.*, No. 8:10-cv-00653 (formerly 2:10-cv-00024) (E.D. Ky.)

98. *Leaverton v. Toyota Motor Engineering & Manufacturing North America, Inc., et al.*, No. 8:10-cv-00573 (formerly 2:10-cv-00032) (E.D. Ky.)

99. *Miller v. Toyota Motor Sales, U.S.A., Inc., et al.*, No. 8:10-cv-00572 (formerly 2:10-cv-00031) (E.D. Ky.)

100. *Maryn v. Toyota Motor Sales, U.S.A., Inc., et al.*, No. 8:10-cv-00574 (formerly 2:10-cv-00046) (E.D. Ky.)

101. *Jorge v. Toyota Motor North America, Inc., et al.*, No. 8:10-cv-00743 (formerly 2:10-cv-00060) (E.D. Ky.)

102. *Maillho v. Toyota Motor North America, Inc., et al.*, No. 8:10-cv-00467 (formerly 2:10-cv-00279) (E.D. La.)

103. *Weimer v. Toyota Motor North America, Inc., et al.*, No. 10-cv-00466 (formerly 2:10-cv-00219) (E.D. La.)

104. *Donahue v. Toyota Motor North America, Inc., et al.*, No. 8:10-cv-00579 (formerly 3:10-cv-00108) (M.D. La.)

105. *Burke v. Toyota Motor North America, Inc., et al.*, No. 8:10-cv-00577 (formerly 2:10-cv-00649) (E.D. La.)

106. *Farrelly v. Toyota Motor North America, Inc., et al.*, No. 8:10-cv-00576 (formerly 2:10-cv-00647) (E.D. La.)

107. *Jones v. Toyota Motor North America, Inc., et al.*, No. 8:10-cv-00578 (formerly 2:10-cv-00687) (E.D. La.)

108. *Rockforte v. Toyota Motor North America, Inc., et al.*, No. 8:10-cv-00580 (3:10-cv-00174) (M.D. La.)

109. *Shah v. Toyota Motor North America, Inc., et al.*, No. 8:10-cv-00582 (formerly 1:10-cv-10263) (D. Mass.)

110. *Ferrara v. Toyota Motor Sales, U.S.A., Inc., et al.*, No. 8:10-cv-00750 (formerly 1:10-cv-10381) (D. Mass.)

111. *Baumkel v. Toyota Motor North America, Inc., et al.*, No. 8:10-cv-00583 (formerly 2:10-cv-10525) (E.D. Mich.)

112. *Hernandez v. Hino Motors Manufacturing U.S.A., Inc., et al.*, No. 8:10-cv-00584 (formerly 2:10-cv-10835) (E.D. Mich.)

113. *Phaneuf v. Toyota Motor Sales, U.S.A., Inc., et al.*, No. 8:10-cv-00599 (formerly 2:10-cv-00487) (E.D.N.Y.)

114. *Davis v. Toyota Motor Sales, U.S.A., Inc., et al.*, No. 8:10-cv-00601 (formerly 1:10-cv-00900) (S.D.N.Y.)

115. *Iglesias v. Toyota Motor Co., et al.*, No. 8:10-cv-00602 (formerly 1:10-cv-01014) (S.D.N.Y.)

116. *Fogarty v. Toyota Motor North America, Inc., et al.*, No. 8:10-cv-00598 (formerly 1:10-cv-00542) (E.D.N.Y.)

117. *Haustein v. Toyota Motor Co., et al.*, No. 8:10-cv-00600 (formerly 5:10-cv-00178) (N.D.N.Y.)

118. *Tran v. Toyota Motor North America, Inc., et al.*, No. 8:10-cv-01001 (formerly 1:10-cv-01816) (S.D.N.Y.)

119. *Sander v. Toyota Motor Sales, U.S.A., Inc., et al.*, No. 8:10-cv-00603 (formerly 1:10-cv-01111) (S.D.N.Y.)

120. *DuBois v. Toyota Motor North America, Inc., et al.*, No. 8:10-cv-01312 (formerly 1:10-cv-00779) (E.D.N.Y.)

121. *Gally v. Toyota Motor Co. d/b/a Toyota Motor North America, Inc., et al.*, No. 8:10-cv-00655 (formerly 1:10-cv-00854) (E.D.N.Y.)

122. *Boughner v. Toyota Motor Engineering & Manufacturing North America, Inc., et al.*, No. 8:10-cv-00801 (formerly 2:10-cv-01361) (E.D.N.Y.)

123. *Rosenberg v. Toyota Motor Co., et al.*, No. 8:10-cv-00772 (formerly 2:10-cv-01272) (E.D.N.Y.)

124. *Vanagas v. Toyota Motor Sales, U.S.A., Inc.*, No. 8:10-cv-00613 (formerly 3:10-cv-00293) (D. Or.)

125. *McCoy v. Toyota Motor Sales, U.S.A., Inc.*, No. 8:10-cv-00614 (formerly 3:10-cv-00294) (D. Or.)

126. *Fahey v. Toyota Motor Co., et al.*, No. 8:10-cv-00615 (formerly 3:10-cv-00297) (D. Or.)

127. *Gumble v. Toyota Motor Co., et al.*, No. 8:10-cv-00617 (formerly 5:10-cv-00521) (E.D. Pa.)

128. *Greisiger v. Toyota Motor North America, Inc., et al.*, No. 8:10-cv-00619 (5:10-cv-00554) (E.D. Pa.)

129. *Kirkpatrick v. Toyota Motor North America, Inc., et al.*, No. 8:10-cv-00776 (formerly 2:10-cv-00994) (E.D. Pa.)

130. *Bonacci v. Toyota Motor Co., et al.*, No. 8:10-cv-00766 (formerly 8:10-cv-00149) (D. Neb.)

131. *Grier v. Toyota Motor Sales, U.S.A., Inc.*, No. 8:10-cv-00764 (formerly 3:10-cv-00176) (W.D.N.C.)

132. *Goodwin v. Toyota Motor Sales, U.S.A., Inc.*, No. 8:10-cv-01136 (formerly 1:10-cv-00514) (E.D. Va.)

133. *Ruf v. Toyota Motor Sales, U.S.A., Inc.*, No. 8:10-cv-00756 (formerly 0:10-cv-01694) (D. Minn.)

134. *O'Rourke v. Toyota Motor Sales, U.S.A., Inc.*, No. 8:10-cv-01544 (formerly 3:10-cv-00124) (S.D. Ohio)

135. *Harbor v. Toyota Motor Sales, U.S.A., Inc., et al.*, No. 8:10-cv-00775 (formerly 3:10-cv-00144) (S.D. Ohio)

136. *Meeks v. Toyota Motor Sales, U.S.A., Inc.*, No. 8:10-cv-01374 (formerly 1:10-cv-00364) (S.D. Ohio)

137. *Buccier v. Toyota Motor Sales, U.S.A., Inc.*, No. 8:10-cv-01372 (formerly 1:10-cv-01251) (N.D. Ohio)

138. *Young v. Toyota Motor Co., et al.*, No. 8:10-cv-01095 (formerly 3:10-cv-00450) (M.D. Tenn.)

139. *Johnson v. Toyota Motor North America, Inc., et al.*, No. 8:10-cv-00575 (formerly 2:10-cv-00622) (E.D. La.)

140. *Gaspard v. Toyota Motor Sales, U.S.A., Inc., et al.*, No. 8:10-cv-00581 (formerly 1:10-cv-00179) (W.D. La.)

141. *Boudoin v. Toyota Motor Sales, U.S.A., Inc., et al.*, No. 8:10-cv-00747 (formerly 1:10-cv-00421) (W.D. La.)

142. *Brock v. Toyota Motor North America, Inc., et al.*, No. 8:10-cv-00468 (formerly 2:10-cv-00281) (E.D. La.)

143. *Frederickson v. Toyota Motor Sales, U.S.A., Inc., et al.*, No. 8:10-cv-00745 (formerly 2:10-cv-00892) (E.D. La.)

144. *LaRocca's Auto Sales, Inc. v. Toyota Motor Sales, U.S.A., Inc., et al.*, No. 8:10-cv-00746 (formerly 2:10-cv-00893) (E.D. La.)

145. *Roberge v. Toyota Motor Sales, U.S.A., Inc.*, No. 8:10-cv-01769 (formerly 1:10-cv-11158) (D. Mass.)

146. *Schott v. Toyota Motor Sales, U.S.A., Inc., et al.*, No. 8:11-cv-00104 (formerly 1:10-cv-09188) (S.D.N.Y.)

147. *Gedid v. Toyota Motor Co., et al.*, No. 8:10-cv-00777 (formerly 2:10-cv-00407) (W.D. Pa.)

148. *Markowitz v. Toyota Motor Sales, U.S.A., Inc.*, No. 8:10-cv-01545 (formerly 2:10-cv-00644) (W.D. Pa.)

Plaintiffs' motion as to "Certain Economic Loss Plaintiffs" improperly fails to address all of the Economic Loss actions transferred to this MDL that were filed outside of California. Instead, Plaintiffs have selected a small subset of purported class representatives (67 in total) who originally filed their claims in California, and argue that their interests should govern the law as to all of the 205 Economic Loss cases that have been transferred to this MDL Court, despite the fact that only 57 such actions have been transferred from California courts. The 148 Economic Loss actions filed outside of California cannot be ignored, and a determination should be made as to all Economic Loss actions together. Plaintiffs' approach to choice-of-law seeks to have the fact of this MDL alter substantive rights and is contrary to established Supreme Court precedent and federal authority. As such, Toyota brings the instant motion for a choice-of-law determination as to all Economic Loss actions in the MDL, including those filed outside of California. To do otherwise would not only contradict federal precedent, but also lead to piecemeal litigation and inefficiency. Toyota simply asks to have a choice-of-law determination made for all and not in a piecemeal fashion.

Plaintiffs' motion for a choice-of-law determination disregards the Court's obligation to analyze the laws of each action in the MDL, regardless of whether the action was filed in California. *See In re Nucorp Energy Sec. Litig.*, 772 F.2d 1486, 1492 (9th Cir. 1985) (holding that the MDL court must apply the choice-of-law rules of the state where the claims were originally filed before they were transferred to California by the JPML); *In re DirecTV Early Cancellation Litig.*, 738 F. Supp. 2d 1062, 1077 (C.D. Cal. 2010) (following *Nucorp* and holding that the MDL court must apply the choice-of-law rules of each plaintiff's original forum state, and concluding

13
TOYOTA'S CROSS-MOTION FOR CHOICE-OF-LAW DETERMINATION

that different choice-of-law rules applied). This approach is not only inappropriate; it fails to comply with Due Process. *In re TFT-LCD (Flat Panel) Antitrust Litig.*, 2010 U.S. Dist. LEXIS 65023, 13-14 (N.D. Cal. June 28, 2010) ("Due Process requires the court to apply an individualized choice-of-law analysis to each plaintiff's claims ....")

Consideration of every individual action in the MDL is imperative to the Court's choice-of-law determination. In fact, the jurisdiction of the transferor court of each individual action is considered a forum state jurisdiction necessitating an individualized choice-of-law determination. *See In re ConAgra Peanut Butter Prods. Liab. Litig.*, 251 F.R.D. 689, 693 (N.D. Ga. 2008); *see also*, *In re Ford Motor Co. Ignition Switch Prods. Liab. Litig.*, 174 F.R.D. 332, 348 (D.N.J. 1997) ("In diversity cases transferred under the Judicial Panel on Multidistrict Litigation . . . this court is to apply the choice-of-law rules of the transferor courts as to those incoming cases, as well as the forum's choice-of-law rule for the cases originating here . . . .") (citations omitted).

For the foregoing reasons, along with those outlined in the corresponding memorandum of points and authorities, supporting declarations, and other documents attached in support, Toyota respectfully requests that the Court grant its cross-motion and make a choice-of-law determination for all Economic Loss actions in the MDL by applying the choice-of-law rules of each of the transferor jurisdictions.

**This motion is based on this Cross-Notice, the complete files and records in this case, and such further evidence as may be presented at or prior to the hearing of the motion.**

///
///
///
///
///
///

Dated: April 1, 2011          Respectfully submitted,

By: _____
       ~~Lisa~~ Gilford

CARI K. DAWSON (GA SBN 213490)
Email: cari.dawson@alston.com
**ALSTON + BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: (404) 881-7766
Facsimile: (404) 253-8567

LISA GILFORD (CA SBN 171641)
Email: lisa.gilford@alston.com
**ALSTON + BIRD LLP**
333 South Hope Street, 16th Floor
Los Angeles, CA 90071
Telephone: (213) 576-1000
Facsimile: (213) 576-1100

*Co-Lead Defense Counsel for Economic Loss Cases*


VINCENT GALVIN, JR. (CA SBN 104448)
E-mail: vincent.galvinjr@bowmanandbrooke.com
**BOWMAN AND BROOKE**
1741 Technology Drive, Suite 200
San Jose, CA 95110
Telephone: (408) 279-5393
Facsimile: (408) 279-5845

JOEL SMITH (SC SBN 5266)
E-mail: joel.smith@bowmanandbrooke.com
**BOWMAN AND BROOKE**
1441 Main Street, Suite 1200
Columbia, SC 29201
Telephone: (803) 726-7420
Facsimile: (803) 726-7421

*Lead Defense Counsel for Personal Injury/Wrongful Death Cases*

TOYOTA'S CROSS-MOTION FOR CHOICE-OF-LAW DETERMINATION

LEGAL02/32537160v3

Case 8:10-ml-02151-JVS -FMO   Document 1203   Filed 04/01/11   Page 16 of 17   Page ID #:39248


**PROOF OF SERVICE**

I, Laura Olagues, declare:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is c/o Alston & Bird LLP, 333 South Hope Street, Sixteenth Floor, Los Angeles, California 90071. I am over the age of eighteen years and not a party to the action in which this service is made.

On April 1, 2011, I served the document(s) described as TOYOTA DEFENDANTS' NOTICE OF CROSS-MOTION AND CROSS-MOTION FOR CHOICE-OF-LAW DETERMINATION AS TO ALL ECONOMIC LOSS CASES AND PLAINTIFFS BEFORE THIS COURT on the interested parties in this action by enclosing the document(s) in a sealed envelope addressed as follows:

SEE ATTACHED SERVICE LIST

[x] BY UPS NEXT DAY AIR  I deposited such envelope in a facility regularly maintained by UPS with delivery fees fully provided for or delivered the envelope to a courier or driver UPS authorized to receive documents at Alston & Bird LLP, 333 South Hope Street, Los Angeles, California 90071 with delivery fees fully provided for.

BY E-MAIL:  I caused such documents to be delivered via electronic transmission to the offices of the addressee(s) at the e-mail listed in the court's electronic filing system.

[x] [Federal]  I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 1, 2011, at Los Angeles, California.

*Laura Olagues*
Laura Olagues

**United States District Court**
**Central District of California**
In Re: Toyota Motor Corp. Unintended Acceleration
Marketing, Sales Practices, And Products Liability Litigation
Case No.: 8:10ML2151 JVS (FMOx)

## SERVICE LIST

| | |
|---|---|
| STEVE W. BERMAN<br>Email: steve@hbsslaw.com<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1918 Eighth Avenue, Suite 3300<br>Seattle, WA 98101<br>Telephone: (206) 268-9320<br>Facsimile: (206) 623-0594 | *Co-Lead Plaintiffs' Counsel for Economic Loss Cases* |
| MARC M. SELTZER<br>Email: mseltzer@susmangodfrey.com<br>SUSMAN GODFREY L.L.P.<br>1901 Avenue of the Stars, Suite 950<br>Los Angeles, CA 90067<br>Telephone: (310) 789-3102<br>Facsimile: (310) 789-3006 | *Co-Lead Plaintiffs' Counsel for Economic Loss Cases* |
| FRANK M. PITRE<br>Email: fpitre@cpmlegal.com<br>COTCHETT, PITRE & MCCARTHY<br>840 Malcolm Road, Suite 200<br>Burlingame, CA 94010<br>Telephone: (650) 697-6000<br>Facsimile: (650) 697-0577 | *Co-Lead Plaintiffs' Counsel for Economic Loss Cases* |
| ELIZABETH J. CABRASER<br>Email: ecabraser@lchb.com<br>LIEFF CABRASER HEIMANN & BERNSTEIN, LLP<br>275 Battery Street, Suite 3000<br>San Francisco, CA 94111<br>Telephone: (415) 956-1000<br>Facsimile: (415) 956-1008 | *Co-Lead Plaintiffs' Counsel for Personal Injury/Wrongful Death Cases* |
| MARK P. ROBINSON, JR.<br>Email: beachlawyer51@hotmail.com<br>ROBINSON, CALCAGNIE & ROBINSON INC.<br>620 Newport Center Drive, 7th Floor<br>Newport Beach, CA 92660<br>Telephone: (949) 720-1288<br>Facsimile: (949) 720-1292 | *Co-Lead Plaintiffs' Counsel for Personal Injury/Wrongful Death Cases* |

17
TOYOTA'S CROSS-MOTION FOR CHOICE-OF-LAW DETERMINATION