CARI K. DAWSON (GA SBN 213490)
Email: cari.dawson@alston.com
**ALSTON + BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: (404) 881-7766
Facsimile: (404) 253-8567

LISA GILFORD (CA SBN 171641)
Email: lisa.gilford@alston.com
**ALSTON + BIRD LLP**
333 South Hope Street, 16th Floor
Los Angeles, CA 90071
Telephone: (213) 576-1000
Facsimile: (213) 576-1100

*Lead Defense Counsel for Economic Loss Cases*

VINCENT GALVIN, JR. (CA SBN 104448)
Email: vincent.galvinjr@bowmanandbrooke.com
**BOWMAN AND BROOKE**
1741 Technology Drive, Suite 200
San Jose, CA 95110
Telephone: (408) 279-5393
Facsimile: (408) 279-5845

JOEL SMITH (SC SBN 5266)
Email: joel.smith@bowmanandbrooke.com
**BOWMAN AND BROOKE**
1441 Main Street, Suite 1200
Columbia, SC 29201
Telephone: (803) 726-7420
Facsimile: (803) 726-7421

*Lead Defense Counsel for Personal Injury/Wrongful Death Cases*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TOYOTA MOTOR CORP. UNINTENDED ACCELERATION MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>**ALL ECONOMIC LOSS CASES** | Case No.: 8:10ML2151 JVS (FMOx)<br><br>**DECLARATION OF CARI K. DAWSON IN SUPPORT OF (1) TOYOTA'S RESPONSE TO CERTAIN ECONOMIC LOSS PLAINTIFFS' MOTION FOR THE APPLICATION OF CALIFORNIA LAW AND (2) TOYOTA'S CROSS-MOTION FOR CHOICE-OF-LAW DETERMINATION AS TO ALL ECONOMIC LOSS CASES AND PLAINTIFFS BEFORE THIS COURT**<br><br>Date:            May 16, 2011<br>Time:            3:00 p.m.<br>Location:        Court Room 10C<br>Judicial Officer: Hon. James V. Selna |

LEGAL02/32545663v2

DECLARATION OF CARI K. DAWSON IN SUPPORT OF TOYOTA'S RESPONSE TO CERTAIN ECONOMIC LOSS PLAINTIFFS' MOTION FOR THE APPLICATION OF CALIFORNIA LAW

## DECLARATION OF CARI K. DAWSON

I, Cari K. Dawson, declare and state as follows:

1.     I am an attorney duly admitted to practice in this Court pro hac vice and am a partner with the law firm of Alston & Bird, LLP, counsel of record for the Toyota defendants.  I am co-lead defense counsel for the economic loss class actions in this litigation.   I make this declaration in support of (1) Toyota's Response to Certain Economic Loss Plaintiffs' Motion for the Application of California Law and (2) Toyota's Cross-Motion for Choice-of-Law Determination as to All Economic Loss Cases and Plaintiffs Before this Court.  I am familiar with the files and records in this action and of the facts set forth in this declaration.  If called as a witness, I could and would testify competently to such facts.

2.     Attached hereto as **Exhibit A** is a true and correct copy of a chart detailing facts for the Non-California Plaintiffs prepared to illustrate that those Plaintiffs who do not live in California do not have the requisite contacts with California to justify having California law apply to their claims.

3.     Attached hereto as **Exhibit B** is a true and correct copy of a chart prepared to assist the Court in conducting a choice of law analysis under the choice-of-law rules for all of the transferor courts and by summarizing those rules.

4.     Attached hereto as **Exhibit C** is a true and correct copy of a chart comparing Plaintiffs' allegations to the actual evidence in the record from Plaintiffs' Fact Sheet responses, stipulations, and deposition testimony.  This chart has been prepared to illustrate that the evidence obtained contradicts the factual allegations that Plaintiffs' rely upon in support of their motion for the application of California law.

5.     Attached hereto as **Exhibit D** is a true and correct copy of a chart prepared to assist the Court in identifying state law variations relating to whether a manifestation of defect is required to recover on Plaintiffs' claims.

LEGAL02/32545663v2

6.    Attached hereto as **Exhibit E** is a true and correct copy of a chart prepared to assist the Court in identifying state law variations in consumer protection laws.

7.    Attached hereto as **Exhibit F** is a true and correct copy of a chart prepared to assist the Court in identifying state law variations in express warranty laws.

8.    Attached hereto as **Exhibit G** is a true and correct copy of a chart prepared to assist the Court in identifying state law variations in implied warranty laws.

9.    Attached hereto as **Exhibit H** is a true and correct copy of a chart prepared to assist the Court in identifying state law variations in common law fraud.

10.   Attached hereto as **Exhibit I** is a true and correct copy of a chart prepared to assist the Court in identifying state law variations in unjust enrichment laws.

11.   Attached hereto as **Exhibit J** is a true and correct copy of a chart prepared to assist the Court in identifying state law variations in the availability of common law warranty and contract claims.

12.   The deposition of Ernest Bastien was conducted on September 9, 2010. Attached hereto as **Exhibit K** is a true and correct copy of the certified transcript and exhibits for Mr. Bastien's deposition.

13.   The deposition of Dionne Colvin was conducted on September 17, 2010. Attached hereto as **Exhibit L** is a true and correct copy of the certified transcript and exhibits for Ms. Colvin's deposition.

14.   The deposition of Steve Curtis was conducted on October 26, 2010. Attached hereto as **Exhibit M** is a true and correct copy of the certified transcript and exhibits for Mr. Curtis' deposition.

LEGAL02/32545663v2

15.   The deposition of Masanori Hirose was conducted on October 7 and 8, 2010.  Attached hereto as **Exhibit N.1** is a true and correct copy of the certified transcript and exhibits for Mr. Hirose's October 7, 2010 deposition.  Attached hereto as **Exhibit N.2** is a true and correct copy of the certified transcript and exhibits for Mr. Hirose' October 8, 2010 deposition.

16.   The deposition of Hijame Kitamura was conducted on November 4 and 5 2010.  Attached hereto as **Exhibit O.1** is a true and correct copy of the certified transcript and exhibits for Mr. Kitamura's November 4, 2010 deposition.  Attached hereto as **Exhibit O.2** is a true and correct copy of the certified transcript and exhibits for Mr. Kitamura's November 5, 2010 deposition.

17.   The deposition of Robert Landis was conducted on August 30, 2010. Attached hereto as **Exhibit P** is a true and correct copy of the certified transcript and exhibits for Mr. Landis' deposition.

18.   The deposition of John Lang was conducted on September 28, 2010. Attached hereto as **Exhibit Q** is a true and correct copy of the certified transcript and exhibits for Mr. Lang's deposition.

19.   The deposition of Tsutomo Miyazaki was conducted on October 21 and 22, 2010.  Attached hereto as **Exhibit R.1** is a true and correct copy of the certified transcript and exhibits for Mr. Miyazaki's October 21, 2010 deposition.  Attached hereto as **Exhibit R.2** is a true and correct copy of the certified transcript and exhibits for Mr. Miyazaki's October 22, 2010 deposition.

20.   The deposition of Takashi Nakanishi was conducted on October 21 and 22, 2010.  Attached hereto as **Exhibit S.1** is a true and correct copy of the certified transcript and exhibits for Mr. Nakanishi's October 21, 2010 deposition.  Attached hereto as **Exhibit S.2** is a true and correct copy of the certified transcript and exhibits for Mr. Nakanishi's October 22, 2010 deposition.

DECLARATION OF CARI K. DAWSON IN SUPPORT OF TOYOTA'S RESPONSE TO CERTAIN ECONOMIC LOSS PLAINTIFFS' MOTION FOR THE APPLICATION OF CALIFORNIA LAW

LEGAL02/32545663v2

21.    The deposition of Kevin Ro was conducted on October 15, 2010. Attached hereto as **Exhibit T** is a true and correct copy of the certified transcript and exhibits for Mr. Ro's deposition.

22.    The deposition of Kojiro Tanaka was conducted on September 23, 2010. Attached hereto as **Exhibit U** is a true and correct copy of the certified transcript and exhibits for Mr. Tanaka's deposition.

23.    The deposition of Robert Waltz was conducted on September 10, 2010. Attached hereto as **Exhibit V** is a true and correct copy of the certified transcript and exhibits for Mr. Waltz's deposition.

24.    The deposition of Robert Young was conducted on October 25, 2010. Attached hereto as **Exhibit W** is a true and correct copy of the certified transcript and exhibits for Mr. Young's deposition.

25.    The deposition of Lucy Barker was conducted on February 26, 2011. Attached hereto as **Exhibit X** is a true and correct copy of the certified transcript and exhibits for Ms. Barker's deposition.

26.    The deposition of Wanda Bosse was conducted on February 23, 2011. Attached hereto as **Exhibit Y** is a true and correct copy of the certified transcript and exhibits for Ms. Bosse's deposition.

27.    The deposition of Alexander Farrugia was conducted on February 17 and 24, 2011.  Attached hereto as **Exhibit Z.1** is a true and correct copy of the certified transcript and exhibits for Mr. Farrugia's February 17, 2011 deposition.  Attached hereto as **Exhibit Z.2** is a true and correct copy of the certified transcript and exhibits for Mr. Farrugia's February 24, 2011 deposition.

28.    The deposition of Carole Fisher was conducted on February 25, 2011. Attached hereto as **Exhibit AA** is a true and correct copy of the certified transcript and exhibits for Ms. Fisher's deposition.

DECLARATION OF CARI K. DAWSON IN SUPPORT OF TOYOTA'S RESPONSE TO CERTAIN ECONOMIC LOSS PLAINTIFFS' MOTION FOR THE APPLICATION OF CALIFORNIA LAW

LEGAL02/32545663v2

1    29.    The deposition of Connie Kamphaus was conducted on February 21,

2    2011.   Attached hereto as **Exhibit BB** is a true and correct copy of the certified

3    transcript and exhibits for Ms. Kamphaus' deposition.

4        30.    The deposition of Patrick Mann was conducted on March 8, 2011.

5    Attached hereto as **Exhibit CC** is a true and correct copy of the certified transcript

6    and exhibits for Mr. Mann's deposition.

7        31.    The deposition of Alison Oliver was conducted on February 22, 2011.

8    Attached hereto as **Exhibit DD** is a true and correct copy of the certified transcript

9    and exhibits for Ms. Oliver's deposition.

10       32.    The deposition of Karen Pedigo was conducted on March 2, 2011.

11   Attached hereto as **Exhibit EE** is a true and correct copy of the certified transcript and

12   exhibits for Ms. Pedigo's deposition.

13       33.    The deposition of Georgeann Whelan was conducted on February 23,

14   2011.   Attached hereto as **Exhibit FF** is a true and correct copy of the certified

15   transcript and exhibits for Mr. Whelan's deposition.

16       34.    The deposition of Carole Young was conducted on February 22, 2011.

17   Attached hereto as **Exhibit GG** is a true and correct copy of the certified transcript

18   and exhibits for Ms. Young's deposition.

19       35.    The deposition of Dionne Colvin was conducted on February 22, 2011.

20   Attached hereto as **Exhibit HH** is a true and correct copy of the certified transcript

21   and exhibits for Ms. Colvin's deposition.

22       36.    The deposition of Barry Hare was conducted on February 23, 2011.

23   Attached hereto as **Exhibit II.1** is a true and correct copy of the certified transcript

24   and exhibits for Mr. Hare's deposition in his capacity as the F.R.C.P. 30(b)(6)

25   designee on behalf Toyota Motor Corporation and Toyota Motor Sales.   Attached

26   hereto as **Exhibit II.2** is a true and correct copy of the certified transcript and exhibits

27   for Mr. Hare's deposition in his capacity as the F.R.C.P. 30(b)(6) designee on behalf

28

DECLARATION OF CARI K. DAWSON IN SUPPORT OF TOYOTA'S RESPONSE TO CERTAIN
ECONOMIC LOSS PLAINTIFFS' MOTION FOR THE APPLICATION OF CALIFORNIA LAW

LEGAL02/32545663v2

1    of Toyota Motor Corporation regarding Toyota Technical Center U.S.A., Inc.

2        37.    The deposition of Doug Stevens was conducted on February 25, 2011.

3    Attached hereto as **Exhibit JJ** is a true and correct copy of the certified transcript and

4    exhibits for Mr. Stevens' deposition.

5        38.    Attached hereto as **Exhibits KK.1** through **KK.14** are true and correct

6    copies of Toyota's written discovery responses for Toyota's Response to Certain

7    Economic Loss Plaintiffs' Motion for the Application of California Law.

8            a.    Attached hereto as **Exhibit KK.1** is a true and correct copy of

9                Toyota Motor Corporation's Responses to Economic Loss

10               Plaintiffs First Set of Interrogatories.

11           b.    Attached hereto as **Exhibit KK.2** is a true and correct copy of

12               Toyota Motor Corporation's Responses to Economic Loss

13               Plaintiffs' First Set of Interrogatories Subject to the Stipulated

14               Protective Order Dated July 16, 2010.

15           c.    Attached hereto as **Exhibit KK.3** is a true and correct copy of

16               Toyota Motor Sales, U.S.A., Inc.'s Responses to Economic Loss

17               Plaintiffs' First Set of Interrogatories.

18           d.    Attached hereto as **Exhibit KK.4** is a true and correct copy of

19               Toyota Motor Sales, U.S.A., Inc.'s Responses to Economic Loss

20               Plaintiffs' First Set of Interrogatories Subject to the Stipulated

21               Protective Order Dated July 16, 2010.

22           e.    Attached hereto as **Exhibit KK.5** is a true and correct copy of

23               Toyota Motor Sales, U.S.A., Inc.'s First Supplemental Responses

24               to Economic Loss Plaintiffs' First Set of Interrogatories Subject to

25               the Stipulated Protective Order Dated July 16, 2010.

26           f.    Attached hereto as **Exhibit KK.6** is a true and correct copy of

27               Toyota Motor Sales, U.S.A., Inc.'s Second Supplemental

28

6

LEGAL02/32545663v2

1   Responses to Economic Loss Plaintiffs' First Set of Interrogatories.

2   g.   Attached hereto as **Exhibit KK.7** is a true and correct copy of

3   Toyota Motor Sales, U.S.A., Inc.'s Second Supplemental

4   Responses to Economic Loss Plaintiffs' First Set of Interrogatories

5   Subject to the Stipulated Protective Order Dated July 16, 2010.

6   h.   Attached hereto as **Exhibit KK.8** is a true and correct copy of

7   Toyota Motor Sales, U.S.A., Inc.'s Third Supplemental and

8   Amended Responses to Economic Loss Plaintiffs' First Set of

9   Interrogatories Subject to the Stipulated Protective Order Dated

10   July 16, 2010.

11   i.   Attached hereto as **Exhibit KK.9** is a true and correct copy of

12   Toyota Motor Corporation's Responses to Economic Loss

13   Plaintiffs' Second Set of Interrogatories.

14   j.   Attached hereto as **Exhibit KK.10** is a true and correct copy of

15   Toyota Motor Sales, U.S.A., Inc.'s Responses to Economic Loss

16   Plaintiffs' Second Set of Interrogatories.

17   k.   Attached hereto as **Exhibit KK.11** is a true and correct copy of

18   Defendant Toyota Motor Corporation's Responses to Economic

19   Loss Plaintiffs' Third Set of Interrogatories.

20   l.   Attached hereto as **Exhibit KK.12** is a true and correct copy of

21   Defendant Toyota Motor Sales, U.S.A., Inc.'s Responses to

22   Economic Loss Plaintiffs' Third Set of Interrogatories.

23   m.   Attached hereto as **Exhibit KK.13** is a true and correct copy of

24   Toyota Motor Corporation's Responses to Economic Loss

25   Plaintiffs' Second Set of Requests for Admission.

26   n.   Attached hereto as **Exhibit KK.14** is a true and correct copy of

27   Toyota Motor Sales, U.S.A., Inc.'s Responses to Economic Loss

28

7

LEGAL02/32545663v2

1       Plaintiffs' Second Set of Requests for Admission.

2       39.    Attached hereto as Exhibits **LL.1** through **LL.76** are true and correct

3   copies of stipulations related to choice of law for all Plaintiffs.

4              a.    Attached hereto as **Exhibit LL.1** is a true and correct copy of
5                    stipulations related to choice of law for plaintiff Adam Aleszczyk.

6              b.    Attached hereto as **Exhibit LL.2** is a true and correct copy of
7                    stipulations related to choice of law for plaintiff Kathleen Allen.

8              c.    Attached hereto as **Exhibit LL.3** is a true and correct copy of
9                    stipulations related to choice of law for plaintiff Jude Anheluk.

10             d.    Attached hereto as **Exhibit LL.4** is a true and correct copy of
11                   stipulations related to choice of law for plaintiff Kathleen Atwater

12             e.    Attached hereto as **Exhibit LL.5** is a true and correct copy of
13                   stipulations related to choice of law for plaintiff Dale Baldisseri.

14             f.    Attached hereto as **Exhibit LL.6** is a true and correct copy of
15                   stipulations related to choice of law for plaintiff Barker, Joel &
16                   Lucy

17             g.    Attached hereto as **Exhibit LL.7** is a true and correct copy of
18                   stipulations related to choice of law for plaintiff Richard Benjamin.

19             h.    Attached hereto as **Exhibit LL.8** is a true and correct copy of
20                   stipulations related to choice of law for plaintiff Albert & Wanda
21                   Bosse.

22             i.    Attached hereto as **Exhibit LL.9** is a true and correct copy of
23                   stipulations related to choice of law for plaintiff Rich & Jan
24                   Bowling.

25             j.    Attached hereto as **Exhibit LL.10** is a true and correct copy of
26                   stipulations related to choice of law for plaintiff Brandon Bowron.

27             k.    Attached hereto as **Exhibit LL.11** is a true and correct copy of

28

LEGAL02/32545663v2

| | | |
|---|---|---|
| 1 | | stipulations related to choice of law for plaintiff Vanessa Bozeman. |
| 2 | l. | Attached hereto as **Exhibit LL.12** is a true and correct copy of |
| 3 | | stipulations related to choice of law for plaintiff Karina Bradzys. |
| 4 | m. | Attached hereto as **Exhibit LL.13** is a true and correct copy of |
| 5 | | stipulations related to choice of law for plaintiff Ebony Brown. |
| 6 | n. | Attached hereto as **Exhibit LL.14** is a true and correct copy of |
| 7 | | stipulations related to choice of law for plaintiff Deshawna Carter. |
| 8 | o. | Attached hereto as **Exhibit LL.15** is a true and correct copy of |
| 9 | | stipulations related to choice of law for plaintiff David and Arlene |
| 10 | | Caylor. |
| 11 | p. | Attached hereto as **Exhibit LL.16** is a true and correct copy of |
| 12 | | stipulations related to choice of law for plaintiff Susan Chambers. |
| 13 | q. | Attached hereto as **Exhibit LL.17** is a true and correct copy of |
| 14 | | stipulations related to choice of law for plaintiff Joseph John Chant. |
| 15 | r. | Attached hereto as **Exhibit LL.18** is a true and correct copy of |
| 16 | | stipulations related to choice of law for plaintiff Demetra |
| 17 | | Christopher. |
| 18 | s. | Attached hereto as **Exhibit LL.19** is a true and correct copy of |
| 19 | | stipulations related to choice of law for plaintiff Maria Cisneros. |
| 20 | t. | Attached hereto as **Exhibit LL.20** is a true and correct copy of |
| 21 | | stipulations related to choice of law for plaintiff Donna Cramer. |
| 22 | u. | Attached hereto as **Exhibit LL.21** is a true and correct copy of |
| 23 | | stipulations related to choice of law for plaintiff Walter Crigler. |
| 24 | v. | Attached hereto as **Exhibit LL.22** is a true and correct copy of |
| 25 | | stipulations related to choice of law for plaintiff Gary Davis |
| 26 | w. | Attached hereto as **Exhibit LL.23** is a true and correct copy of |
| 27 | | stipulations related to choice of law for plaintiff Rocco and Bridie |
| 28 | | |

9

DECLARATION OF CARI K. DAWSON IN SUPPORT OF TOYOTA'S RESPONSE TO CERTAIN
ECONOMIC LOSS PLAINTIFFS' MOTION FOR THE APPLICATION OF CALIFORNIA LAW

LEGAL02/32545663v2

| | | |
|---|---|---|
| 1 | | Doino. |
| 2 | x. | Attached hereto as **Exhibit LL.24** is a true and correct copy of |
| 3 | | stipulations related to choice of law for plaintiff Hal Farrington |
| 4 | y. | Attached hereto as **Exhibit LL.25** is a true and correct copy of |
| 5 | | stipulations related to choice of law for plaintiff Alexander |
| 6 | | Farrugia. |
| 7 | z. | Attached hereto as **Exhibit LL.26** is a true and correct copy of |
| 8 | | stipulations related to choice of law for plaintiff Carole Fisher. |
| 9 | aa. | Attached hereto as **Exhibit LL.27** is a true and correct copy of |
| 10 | | stipulations related to choice of law for plaintiff Maureen |
| 11 | | Fitzgerald. |
| 12 | bb. | Attached hereto as **Exhibit LL.28** is a true and correct copy of |
| 13 | | stipulations related to choice of law for plaintiff Ann Fleming- |
| 14 | | Weaver. |
| 15 | cc. | Attached hereto as **Exhibit LL.29** is a true and correct copy of |
| 16 | | stipulations related to choice of law for plaintiff John Flook. |
| 17 | dd. | Attached hereto as **Exhibit LL.30** is a true and correct copy of |
| 18 | | stipulations related to choice of law for plaintiff John Geddis. |
| 19 | ee. | Attached hereto as **Exhibit LL.31** is a true and correct copy of |
| 20 | | stipulations related to choice of law for plaintiff Susan Gonzalez. |
| 21 | ff. | Attached hereto as **Exhibit LL.32** is a true and correct copy of |
| 22 | | stipulations related to choice of law for plaintiff Donald Graham. |
| 23 | gg. | Attached hereto as **Exhibit LL.33** is a true and correct copy of |
| 24 | | stipulations related to choice of law for plaintiff Douglas Guilbert. |
| 25 | hh. | Attached hereto as **Exhibit LL.34** is a true and correct copy of |
| 26 | | stipulations related to choice of law for plaintiff Joseph Hauter. |
| 27 | ii. | Attached hereto as **Exhibit LL.35** is a true and correct copy of |
| 28 | | |

DECLARATION OF CARI K. DAWSON IN SUPPORT OF TOYOTA'S RESPONSE TO CERTAIN
ECONOMIC LOSS PLAINTIFFS' MOTION FOR THE APPLICATION OF CALIFORNIA LAW

1        stipulations related to choice of law for plaintiff Matthew

2        Heidenreich.

3    jj.    Attached hereto as **Exhibit LL.36** is a true and correct copy of

4        stipulations related to choice of law for plaintiff Jeremy Henson.

5    kk.   Attached hereto as **Exhibit LL.37** is a true and correct copy of

6        stipulations related to choice of law for plaintiff Barbara Jackson.

7    ll.    Attached hereto as **Exhibit LL.38** is a true and correct copy of

8        stipulations related to choice of law for plaintiff Connie Kamphaus.

9    mm. Attached hereto as **Exhibit LL.39** is a true and correct copy of

10       stipulations related to choice of law for plaintiff Victoria and Barry

11       Karlin.

12    nn.   Attached hereto as **Exhibit LL.40** is a true and correct copy of

13       stipulations related to choice of law for plaintiff William and

14       Darlene Kleinfeldt.

15    oo.   Attached hereto as **Exhibit LL.41** is a true and correct copy of

16       stipulations related to choice of law for plaintiff Richard and Elise

17       Kuhner.

18    pp.   Attached hereto as **Exhibit LL.42** is a true and correct copy of

19       stipulations related to choice of law for plaintiff John and Mary

20       Laidlaw.

21    qq.   Attached hereto as **Exhibit LL.43** is a true and correct copy of

22       stipulations related to choice of law for plaintiff Christopher

23       Lenney.

24    rr.    Attached hereto as **Exhibit LL.44** is a true and correct copy of

25       stipulations related to choice of law for plaintiff Monica Lowe.

26    ss.    Attached hereto as **Exhibit LL.45** is a true and correct copy of

27       stipulations related to choice of law for plaintiff Aly and Lucinda

28

1    Mahmoud.

2    tt.    Attached hereto as **Exhibit LL.46** is a true and correct copy of

3           stipulations related to choice of law for plaintiff Priscilla Manarino-

4           Leggett.

5    uu.    Attached hereto as **Exhibit LL.47** is a true and correct copy of

6           stipulations related to choice of law for plaintiff Patrick Mann.

7    vv.    Attached hereto as **Exhibit LL.48** is a true and correct copy of

8           stipulations related to choice of law for plaintiff Steven McDaniel.

9    ww.    Attached hereto as **Exhibit LL.49** is a true and correct copy of

10          stipulations related to choice of law for plaintiff John Moscicki.

11   xx.    Attached hereto as **Exhibit LL.50** is a true and correct copy of

12          stipulations related to choice of law for plaintiff Katherine

13          Musgrave.

14   yy.    Attached hereto as **Exhibit LL.51** is a true and correct copy of

15          stipulations related to choice of law for plaintiff Robert Navarro.

16   zz.    Attached hereto as **Exhibit LL.52** is a true and correct copy of

17          stipulations related to choice of law for plaintiff Lawrence Nelson.

18   aaa.   Attached hereto as **Exhibit LL.53** is a true and correct copy of

19          stipulations related to choice of law for plaintiff Carl Nyquist.

20   bbb.   Attached hereto as **Exhibit LL.54** is a true and correct copy of

21          stipulations related to choice of law for plaintiff Alyson Oliver.

22   ccc.   Attached hereto as **Exhibit LL.55** is a true and correct copy of

23          stipulations related to choice of law for plaintiff Karen Pedigo.

24   ddd.   Attached hereto as **Exhibit LL.56** is a true and correct copy of

25          stipulations related to choice of law for plaintiff Peggie Perkin.

26   eee.   Attached hereto as **Exhibit LL.57** is a true and correct copy of

27          stipulations related to choice of law for plaintiff Roland Pippin.

28

DECLARATION OF CARI K. DAWSON IN SUPPORT OF TOYOTA'S RESPONSE TO CERTAIN
ECONOMIC LOSS PLAINTIFFS' MOTION FOR THE APPLICATION OF CALIFORNIA LAW

LEGAL02/32545663v2

1    fff.   Attached hereto as **Exhibit LL.58** is a true and correct copy of

2          stipulations related to choice of law for plaintiff Bianca and Steven

3          Prade.

4    ggg.  Attached hereto as **Exhibit LL.59** is a true and correct copy of

5          stipulations related to choice of law for plaintiff Thomas and

6          Catherine Roe.

7    hhh.  Attached hereto as **Exhibit LL.60** is a true and correct copy of

8          stipulations related to choice of law for plaintiff Randee Romaner

9    iii.   Attached hereto as **Exhibit LL.61** is a true and correct copy of

10         stipulations related to choice of law for plaintiff Barbara Saunders.

11   jjj.   Attached hereto as **Exhibit LL.62** is a true and correct copy of

12         stipulations related to choice of law for plaintiff Keith Sealing.

13   kkk.  Attached hereto as **Exhibit LL.63** is a true and correct copy of

14         stipulations related to choice of law for plaintiff Nancy Seamons.

15   lll.   Attached hereto as **Exhibit LL.64** is a true and correct copy of

16         stipulations related to choice of law for plaintiff Jeanette and Tull

17         Seymour.

18   mmm. Attached hereto as **Exhibit LL.65** is a true and correct copy of

19         stipulations related to choice of law for plaintiff Richard Swalm.

20   nnn.  Attached hereto as **Exhibit LL.66** is a true and correct copy of

21         stipulations related to choice of law for plaintiff Linda Tang.

22   ooo.  Attached hereto as **Exhibit LL.67** is a true and correct copy of

23         stipulations related to choice of law for plaintiff Jane Taylor.

24   ppp.  Attached hereto as **Exhibit LL.68** is a true and correct copy of

25         stipulations related to choice of law for plaintiff Mary Ann Tucker.

26   qqq.  Attached hereto as **Exhibit LL.69** is a true and correct copy of

27         stipulations related to choice of law for plaintiff Elizabeth Van Zyl.

28

DECLARATION OF CARI K. DAWSON IN SUPPORT OF TOYOTA'S RESPONSE TO CERTAIN
ECONOMIC LOSS PLAINTIFFS' MOTION FOR THE APPLICATION OF CALIFORNIA LAW

LEGAL02/32545663v2

rrr.   Attached hereto as **Exhibit LL.70** is a true and correct copy of stipulations related to choice of law for plaintiff Frank Visconi.

sss.   Attached hereto as **Exhibit LL.71** is a true and correct copy of stipulations related to choice of law for plaintiff Shirley Ward.

ttt.   Attached hereto as **Exhibit LL.72** is a true and correct copy of stipulations related to choice of law for plaintiff Ted Wedul.

uuu.  Attached hereto as **Exhibit LL.73** is a true and correct copy of stipulations related to choice of law for plaintiff Dana and Douglas Weller.

vvv.  Attached hereto as **Exhibit LL.74** is a true and correct copy of stipulations related to choice of law for plaintiff Georgeann Whelan.

www. Attached hereto as **Exhibit LL.75** is a true and correct copy of stipulations related to choice of law for plaintiff Richard Wolfe.

xxx.  Attached hereto as **Exhibit LL.76** is a true and correct copy of stipulations related to choice of law for plaintiff Carole Young.

40.   Attached hereto as **Exhibits MM.1** through **MM.3** are true and correct copies of stipulations by Toyota.

a.   Attached hereto as **Exhibit MM.1** is true and correct copy of stipulations by Toyota dated January 21, 2011.

b.   Attached hereto as **Exhibit MM.2** is true and correct copy of stipulations by Toyota dated January 28, 2011.

c.   Attached hereto as **Exhibit MM.3** is true and correct copy of stipulations by Toyota dated February 23, 2011.

41.   Attached hereto as **Exhibits NN.1** through **NN.46** are true and correct copies the financing, purchase, and lease agreements referenced in the Non-California Plaintiffs' Fact Chart (Exhibit A hereto).

LEGAL02/32545663v2

a.   Attached hereto as **Exhibit NN.1** is a true and correct copy of plaintiff Kathleen Allen's vehicle financing agreement (MDL2151-ELP-ALLEN-000030; TMCC-MDL 00000020).

b.   Attached hereto as **Exhibit NN.2** is a true and correct copy of plaintiff Jude Anheluk's vehicle financing agreement (TMCC-MDL 0000045).

c.   Attached hereto as **Exhibit NN.3** is a true and correct copy of plaintiff Joel and Lucy Barkers' vehicle financing agreement (TMCC-MDL 000092).

d.   Attached hereto as **Exhibit NN.4** is a true and correct copy of plaintiff Richard Benjamin's vehicle purchase agreement (GAULT-BNJMN-00000019).

e.   Attached hereto as **Exhibit NN.5** is a true and correct copy of plaintiff Albert and Wanda Bosses' financing agreement for their 2006 Toyota Avalon (TMCC-MDL 0000291).

f.   Attached hereto as **Exhibit NN.6** is a true and correct copy of plaintiff Brandon Bowron's vehicle purchase agreement (MCL2151-ELP-BOWRO-00005).

g.   Attached hereto as **Exhibit NN.7** is a true and correct copy of plaintiff Vanessa Bozeman's vehicle financing agreement (TMCC-MDL 0000310).

h.   Attached hereto as **Exhibit NN.8** is a true and correct copy of plaintiff Ebony Brown's vehicle financing agreement (TMCC-MDL 0000337).

i.   Attached hereto as **Exhibit NN.9** is a true and correct copy of plaintiff Deshawna Carter's vehicle financing agreement (TMCC-MDL 0000378).

15

<table>
<tr><td>1</td><td>j.</td><td>Attached hereto as <strong>Exhibit NN.10</strong> is a true and correct copy of</td></tr>
</table>

1     j.    Attached hereto as **Exhibit NN.10** is a true and correct copy of
2           plaintiff David and Arlene Caylors' vehicle financing agreement
3           (MDL2151-ELP-CAYLO-00006).

4     k.    Attached hereto as **Exhibit NN.11** is a true and correct copy of
5           plaintiff John Chant's vehicle purchase agreement (PUYLLP-
6           CHANT 00000093) and John Chant's vehicle financing agreement
7           (TMCC-MDL0000455).

8     l.    Attached hereto as **Exhibit NN.12** is a true and correct copy of
9           plaintiff Demetra Christopher's vehicle lease agreement (GREEN-
10         DMTRA-00000037).

11    m.   Attached hereto as **Exhibit NN.13** is a true and correct copy of
12         plaintiff Walter Crigler's vehicle financing agreement (TMCC-
13         MDL 000570).

14    n.   Attached hereto as **Exhibit NN.14** is a true and correct copy of
15         plaintiff Rocco and Bridie Doinos' vehicle financing agreement
16         (TMCC-MDL0000650).

17    o.   Attached hereto as **Exhibit NN.15** is a true and correct copy of
18         plaintiff Hal Farrugia's purchase agreement (PNSKE-FRRGA-
19         00000045).

20    p.   Attached hereto as **Exhibit NN.16** is a true and correct copy of
21         plaintiff Carole Fisher's vehicle financing agreement (TMCC-
22         MDL 0000670).

23    q.   Attached hereto as **Exhibit NN.17** is a true and correct copy of
24         plaintiff John Flook's vehicle financing agreement (TMCC-MDL
25         0000688).

26    r.    Attached hereto as **Exhibit NN.18** is a true and correct copy of
27         plaintiff John Geddis' vehicle financing agreement (TMCC-MDL

28

16

1     0000717).

2    s.    Attached hereto as **Exhibit NN.19** is a true and correct copy of

3        plaintiff Susan Gonzalez's vehicle financing agreement (TMCC-

4        MDL 000734).

5    t.    Attached hereto as **Exhibit NN.20** is a true and correct copy of

6        plaintiff Donald Graham's vehicle sales contract (GOTSC-

7        GRAHM-00000014).

8    u.    Attached hereto as **Exhibit NN.21** is a true and correct copy of

9        plaintiff Douglas Guilbert's vehicle lease agreement (TMCC-MDL

10       000759).

11    v.    Attached hereto as **Exhibit NN.22** is a true and correct copy of

12       plaintiff Matthew Heidenreich's vehicle lease agreement (JOAPT-

13       HNDR-00000006).

14    w.    Attached hereto as **Exhibit NN.23** is a true and correct copy of

15       plaintiff Connie Kamphaus' vehicle lease agreement (PRMFC-

16       KMPHS 00000108).

17    x.    Attached hereto as **Exhibit NN.24** is a true and correct copy of

18       plaintiff William and Darlene Kleinfeldts' vehicle financing

19       agreement (TMCC-MDL 0000925).

20    y.    Attached hereto as **Exhibit NN.25** is a true and correct copy of

21       plaintiff John and Mary Laidlaws' vehicle purchase agreement

22       (MDL2151-ELP-LAIDLW-000025) and vehicle financing

23       agreement (TMCC-MDL 000976).

24    z.    Attached hereto as **Exhibit NN.26** is a true and correct copy of

25       plaintiff Christopher Lenney's vehicle financing agreement

26       (WOBRN-LENNY-00000046).

27

28

DECLARATION OF CARI K. DAWSON IN SUPPORT OF TOYOTA'S RESPONSE TO CERTAIN
ECONOMIC LOSS PLAINTIFFS' MOTION FOR THE APPLICATION OF CALIFORNIA LAW

LEGAL02/32545663v2

1     aa.   Attached hereto as **Exhibit NN.27** is a true and correct copy of

2           plaintiff Monica Lowe's vehicle buyer's order (KOONT-LOWEM-

3           00000002).

4     bb.   Attached hereto as **Exhibit NN.28** is a true and correct copy of

5           plaintiff Priscilla Manarino-Leggett's vehicle buyer's order

6           (PTRSN-LGTMN-00000033).

7     cc.   Attached hereto as **Exhibit NN.29** is a true and correct copy of

8           plaintiff Patrick Mann's vehicle financing agreement (TMCC-

9           MDL 0000998).

10    dd.   Attached hereto as **Exhibit NN.30** is a true and correct copy of

11          plaintiff Steven McDaniel's vehicle lease agreement (TMCC-MDL

12          00001857).

13    ee.   Attached hereto as **Exhibit NN.31** is a true and correct copy of

14          plaintiff Robert Navarro's vehicle purchase agreement (WHITE-

15          NAVRO-00000017-18).

16    ff.   Attached hereto as **Exhibit NN.32** is a true and correct copy of

17          plaintiff Alyson Oliver's vehicle purchase agreement (WTRFD-

18          OLVER-00000046).

19    gg.   Attached hereto as **Exhibit NN.33** is a true and correct copy of

20          plaintiff Karen Pedigo's vehicle financing agreement (TMCC-

21          MDL 0002026).

22    hh.   Attached hereto as **Exhibit NN.34** is a true and correct copy of

23          plaintiff Roland Pippin's vehicle financing agreement (TMCC-

24          MDL 0002057).

25    ii.   Attached hereto as **Exhibit NN.35** is a true and correct copy of

26          plaintiff Bianco and Steven Prades' vehicle purchase agreement

27          (KOONS-STVEN-00000024).

28

DECLARATION OF CARI K. DAWSON IN SUPPORT OF TOYOTA'S RESPONSE TO CERTAIN
ECONOMIC LOSS PLAINTIFFS' MOTION FOR THE APPLICATION OF CALIFORNIA LAW

LEGAL02/32545663v2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

jj.     Attached hereto as **Exhibit NN.36** is a true and correct copy of plaintiff Sandra Reech's Pennsylvania Motor Vehicle Installment Sales Contract (GRENB-REECH-00000005).

kk.     Attached hereto as **Exhibit NN.37** is a true and correct copy of plaintiff Randee Romaner's TMCC Lease Agreement (MDL2151-ELP-ROMAN-00005).

ll.     Attached hereto as **Exhibit NN.38** is a true and correct copy of plaintiff Barbara Saunders' vehicle financing agreement (TMCC-MDL 0002203).

mm.     Attached hereto as **Exhibit NN.39** is a true and correct copy of plaintiff Keith Sealings' vehicle lease agreement (OXMOR-SLNG-00000012).

nn.     Attached hereto as **Exhibit NN.40** is a true and correct copy of plaintiff Richard Swalm's vehicle lease agreement (MDL2151-ELP-SWALM-000022, 26).

oo.     Attached hereto as **Exhibit NN.41** is a true and correct copy of plaintiff Elizabeth Van Zyl's vehicle lease agreement (MDL2151-ELP-VANZY-000016) and buyer's order contains (MDL2151-ELP-VANZY-000021).

pp.     Attached hereto as **Exhibit NN.42** is a true and correct copy of plaintiff Frank Visconi's vehicle financing agreement (TMCC-MDL 0002378).

qq.     Attached hereto as **Exhibit NN.43** is a true and correct copy of plaintiff Georgeann Whelan's purchase agreement (MDL2151-ELP-WHELA-000087).

rr.     Attached hereto as **Exhibit NN.44** is a true and correct copy of plaintiff Ted Wedul's vehicle financing agreement (TMCC-MDL

1           0002401).

2       ss.    Attached hereto as **Exhibit NN.45** is a true and correct copy of

3           plaintiff Douglas and Dana Wellers' vehicle order (BRDGE-

4           DUGLS-00000044) and vehicle financing agreement (TMCC-

5           MDL 0002423).

6       tt.    Attached hereto as **Exhibit NN.46** is a true and correct copy of

7           plaintiff Richard Wolfe's purchase agreement (DTSLV-WOLFE-

8           00000003).

9    42.    Attached hereto as **Exhibits OO.1** through **OO.5** are true and correct

10 copies of fact sheets responses and supplemental responses provided on behalf of

11 plaintiffs George Radmall and Sandra L. Reech.

12       a.    Attached hereto as **Exhibit OO.1** is a true and correct copy of fact

13           sheet responses provided on behalf of plaintiff George Radmall.

14       b.    Attached hereto as **Exhibit OO.2** is a true and correct copy of

15           supplemental fact sheet responses provided on behalf of plaintiff

16           George Radmall.

17       c.    Attached hereto as **Exhibit OO.3** is a true and correct copy of

18           supplemental fact sheet responses provided on behalf of plaintiff

19           George Radmall.

20       d.    Attached hereto as **Exhibit OO.4** is a true and correct copy of fact

21           sheet responses provided on behalf of plaintiff Sandra Reech.

22       e.    Attached hereto as **Exhibit OO.5** is a true and correct copy of

23           supplemental fact sheet responses provided on behalf of plaintiff

24           Sandra Reech.

25

26

27

28

DECLARATION OF CARI K. DAWSON IN SUPPORT OF TOYOTA'S RESPONSE TO CERTAIN
ECONOMIC LOSS PLAINTIFFS' MOTION FOR THE APPLICATION OF CALIFORNIA LAW

LEGAL02/32545663v2

1       I declare under penalty of perjury under the laws of the United States of

2   America that foregoing is true and correct.  Executed this 31st day of March, 2011 at

3   Atlanta, Georgia.

4

5

6   Cari K. Dawson

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF CARI K. DAWSON IN SUPPORT OF TOYOTA'S RESPONSE TO CERTAIN
ECONOMIC LOSS PLAINTIFFS' MOTION FOR THE APPLICATION OF CALIFORNIA LAW

LEGAL02/32545663v2

# PROOF OF SERVICE

I, Laura Olagues, declare:

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is c/o Alston & Bird LLP, 333 South Hope Street, Sixteenth Floor, Los Angeles, California 90071.  I am over the age of eighteen years and not a party to the action in which this service is made.

On April 1, 2011, I served the document(s) described as **DECLARATION OF CARI K. DAWSON IN SUPPORT OF (1) TOYOTA'S RESPONSE TO CERTAIN ECONOMIC LOSS PLAINTIFFS' MOTION FOR THE APPLICATION OF CALIFORNIA LAW AND (2) TOYOTA'S CROSS-MOTION FOR CHOICE-OF-LAW DETERMINATION AS TO ALL ECONOMIC LOSS CASES AND PLAINTIFFS BEFORE THIS COURT** on the interested parties in this action by enclosing the document(s) in a sealed envelope addressed as follows:

## SEE ATTACHED SERVICE LIST

X    BY UPS NEXT DAY AIR  I deposited such envelope in a facility regularly maintained by UPS with delivery fees fully provided for or delivered the envelope to a courier or driver UPS authorized to receive documents at Alston & Bird LLP, 333 South Hope Street, Los Angeles, California 90071 with delivery fees fully provided for.

BY E-MAIL:   I caused such documents to be delivered via electronic transmission to the offices of the addressee(s) at the e-mail listed in the court's electronic filing system.

X    [Federal]    I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 1, 2011, at Los Angeles, California.

Laura Olagues
Laura Olagues

DECLARATION OF CARI K. DAWSON IN SUPPORT OF TOYOTA'S RESPONSE TO CERTAIN
ECONOMIC LOSS PLAINTIFFS' MOTION FOR THE APPLICATION OF CALIFORNIA LAW

LEGAL02/32545663v2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
**Central District of California**
**In Re: Toyota Motor Corp. Unintended Acceleration**
**Marketing, Sales Practices, And Products Liability Litigation**
**Case No.: 8:10ML2151 JVS (FMOx)**

**SERVICE LIST**

STEVE W. BERMAN                                    *Co-Lead Plaintiffs' Counsel for Economic*
Email: steve@hbsslaw.com                           *Loss Cases*
HAGENS BERMAN SOBOL
    SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 268-9320
Facsimile: (206) 623-0594

MARC M. SELTZER                                    *Co-Lead Plaintiffs' Counsel for Economic*
Email: mseltzer@susmangodfrey.com                  *Loss Cases*
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067
Telephone: (310) 789-3102
Facsimile: (310) 789-3006

FRANK M. PITRE                                     *Co-Lead Plaintiffs' Counsel for Economic*
Email: fpitre@cpmlegal.com                         *Loss Cases*
COTCHETT, PITRE
    & MCCARTHY
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

ELIZABETH J. CABRASER                              *Co-Lead Plaintiffs' Counsel for Personal*
Email: ecabraser@lchb.com                          *Injury/Wrongful Death Cases*
LIEFF CABRASER HEIMANN
    & BERNSTEIN, LLP
275 Battery Street, Suite 3000
San Francisco, CA 94111
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

MARK P. ROBINSON, JR.                              *Co-Lead Plaintiffs' Counsel for Personal*
Email: beachlawyer51@hotmail.com                   *Injury/Wrongful Death Cases*
ROBINSON, CALCAGNIE
    & ROBINSON INC.
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
Telephone: (949) 720-1288
Facsimile: (949) 720-1292

DECLARATION OF CARI K. DAWSON IN SUPPORT OF TOYOTA'S RESPONSE TO CERTAIN
ECONOMIC LOSS PLAINTIFFS' MOTION FOR THE APPLICATION OF CALIFORNIA LAW

LEGAL02/32545663v2