Joel A. Dewey (Cal. Bar No. 96409; Md. Fed. Bar No. 486)
joel.dewey@dlapiper.com
Jeffrey M. Yeatman (Md. Fed. Bar No. 24614)
jeffrey.yeatman@dlapiper.com
Kelly M. Marzullo (Md. Fed. Bar No. 28036)
kelly.marzullo@dlapiper.com
DLA PIPER LLP (US)
The Marbury Building
6225 Smith Avenue
Baltimore, MD 21209-3600
T: (410) 580-3000
F: (410) 580-3001

Attorneys for Defendant
Toyota Motor Sales, U.S.A., Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(SOUTHERN DIVISION – SANTA ANA)

| | |
|---|---|
| In Re: Toyota Motor Corp. Unintended Acceleration Marketing, Sales Practices, and Products Liability Litigation | CASE NO. 8:10ML02151 JVS (FMOx) |
| | Assigned to: Hon. James V. Selna |
| | Discovery: Mag. Fernando M. Olguin |
| This document relates to: | STIPULATION OF DISMISSAL |
| SACV10-01370 JVS (FMOx) | |
| Keller v. Toyota Motor Sales, U.S.A., Inc. | |

      COMES NOW Plaintiffs Ann Keller, Kimberley Keller, Robert W. Keller, and Suzanne L. Keller, and Defendant Toyota Motor Sales, U.S.A., Inc., by and through their undersigned counsel, and stipulate to the dismissal of the above-captioned action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs.



| | |
|---|---|
| 1    Dated: April 5, 2011 | LAW OFFICES OF MICHAEL J. GRADY |
| 2 | |
| 3 | */s/ Michael J. Grady* |
| 4 | Michael J. Grady |
| | 50 West Montgomery Avenue, Suite 100 |
| 5 | Rockville, MD 20850 |
| | Attorneys for Plaintiffs |
| 6 | Ann Keller |
| | Kimberley Keller |
| 7 | Robert W. Keller |
| | Suzanne L. Keller |
| 8    Dated: April 5, 2011 | DLA PIPER LLP (US) |
| 9 | |
| 10 | */s/* |
| | Joel A. Dewey (Cal. Bar No. 96409; Md. Fed. Bar No. 486) |
| 11 | Jeffrey M. Yeatman (Md. Fed. Bar No. 24614) |
| | Kelly M. Marzullo (Md. Fed. Bar No. 28036) |
| 12 | The Marbury Building |
| | 6225 Smith Avenue |
| 13 | Baltimore, MD 21209-3600 |
| | Attorneys for Defendant |
| 14 | Toyota Motor Sales, U.S.A., Inc. |

- 2 -
STIPULATION OF DISMISSAL

EAST\44458029.1