UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 8:10ML2151 JVS (FMOx) | Date | April 4, 2011 |
| Title | IN RE: TOYOTA MOTOR CORP. UNINTENDED ACCELERATION MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | | |

Present: The Honorable   James V. Selna

| Karla J. Tunis | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Monica Kelly | Lisa Gilford / Amber Wessels |
| Mervin Mateo | Anna McLean / Ashley Merlo |

**Proceedings:** **Defendant Toyota Motor Credit's Motion to Dismiss Amended Foreign Economic Loss Master Consolidated Complaint (Fld 1-25-11, Docket 657)**

**Defendant Toyota Motor Sale's Motion to Dismiss Foreign Plaintiffs' Amended Complaint (Fld 1-25-11, Docket 663)**

Cause called and counsel make their appearances.  The Court's tentative ruling is issued.   Counsel make their arguments regarding the above listed motions.   The Court GRANTS the defendants' motions in accordance with the tentative and will issue a separate order.   Counsel for the foreign plaintiffs shall have 60 days to file any amended complaint.

The Court and counsel confer.  The Court directs counsel to file offers of proof regarding the three issues discussed in Court (for a list of the issues see the separate order referenced previously).   The Court DENIES as moot the Foreign Economic Loss Plaintiffs' Motion to Partially Lift Stay Order  (Fld 3-18-11, Docket 891) and vacates the April 18, 2011 hearing date.

| | 0 | : | 25 |
|---|---|---|---|
| Initials of Preparer | kjt | | |