| | |
|---|---|
| CARI K. DAWSON (GA SBN 213490)<br>Email:  cari.dawson@alston.com<br>**ALSTON + BIRD LLP**<br>1201 West Peachtree Street<br>Atlanta, GA 30309<br>Telephone:  (404) 881-7766<br>Facsimile:   (404) 253-8567 | VINCENT GALVIN, JR. (CA SBN 104448)<br>Email:<br>   vincent.galvinjr@bowmanandbrooke.com<br>**BOWMAN AND BROOKE**<br>1741 Technology Drive, Suite 200<br>San Jose, CA 95110<br>Telephone:  (408) 279-5393<br>Facsimile:   (408) 279-5845 |
| LISA GILFORD (CA SBN 171641)<br>Email:  lisa.gilford@alston.com<br>**ALSTON + BIRD LLP**<br>333 South Hope Street, 16th Floor<br>Los Angeles, CA 90071<br>Telephone:  (213) 576-1000<br>Facsimile:   (213) 576-1100 | JOEL SMITH (SC SBN 5266)<br>Email:  joel.smith@bowmanandbrooke.com<br>**BOWMAN AND BROOKE**<br>1441 Main Street, Suite 1200<br>Columbia, SC 29201<br>Telephone:  (803) 726-7420<br>Facsimile:   (803) 726-7421 |
| *Lead Defense Counsel for Economic Loss Cases* | *Lead Defense Counsel for Personal Injury/Wrongful Death Cases* |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TOYOTA MOTOR CORP. UNINTENDED ACCELERATION MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>this document relates to:<br><br>**ALL ECONOMIC LOSS CASES** | Case No.:  8:10ML2151 JVS (FMOx)<br><br>**NOTICE OF MANUAL FILING OF NOTICE OF ERRATA RE PAGES OMITTED FROM EXHIBITS S.1 AND S.2 TO THE DECLARATION OF CARI K. DAWSON  IN SUPPORT OF (1) TOYOTA'S RESPONSE TO CERTAIN ECONOMIC LOSS PLAINTIFFS' MOTION FOR THE APPLICATION OF CALIFORNIA LAW AND (2) TOYOTA'S CROSS-MOTION FOR CHOICE-OF-LAW DETERMINATION AS TO ALL ECONOMIC LOSS CASES AND PLAINTIFFS BEFORE THIS COURT** |

1 **TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:**

2 **PLEASE TAKE NOTICE:**

3 The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document will be manually filed:

6     1. Notice of Errata Re Pages Omitted From Exhibits S.1 and S.2 to the Declaration of Cari K. Dawson in Support of (1) Toyota's Response to Certain Economic Loss Plaintiffs' Motion for the Application of California Law and (2) Toyota's Cross-Motion for Choice-of-Law Determination as to all Economic Loss Cases and Plaintiffs Before this Court.

11 Manual filing of this Notice of Errata is required because the missing pages provided therewith are part of a previous filing made pursuant to Application to File and Maintain Under Seal Documents in Support of (1) Toyota's Response to Certain Economic Loss Plaintiffs' Motion for the Application of California Law and (2) Toyota's Cross-Motion for Choice-of-Law Determination as to All Economic Loss Cases and Plaintiffs, and thus are being filed under seal as well.

17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

| | |
|---|---|
| Dated: April 8, 2011 | Respectfully submitted,<br><br>By: _____/s/_____<br>Lisa Gilford<br><br>CARI K. DAWSON (GA SBN 213490)<br>Email: cari.dawson@alston.com<br>**ALSTON + BIRD LLP**<br>1201 West Peachtree Street<br>Atlanta, GA 30309<br>Telephone: (404) 881-7766<br>Facsimile: (404) 253-8567<br><br>LISA GILFORD (CA SBN 171641)<br>Email: lisa.gilford@alston.com<br>**ALSTON + BIRD LLP**<br>333 South Hope Street, 16th Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 576-1000<br>Facsimile: (213) 576-1100<br><br>***Co-Lead Defense Counsel for Economic Loss Cases***<br><br>VINCENT GALVIN, JR. (CA SBN 104448)<br>E-mail: vincent.galvinjr@bowmanandbrooke.com<br>**BOWMAN AND BROOKE**<br>1741 Technology Drive, Suite 200<br>San Jose, CA 95110<br>Telephone: (408) 279-5393<br>Facsimile: (408) 279-5845<br><br>JOEL SMITH (SC SBN 5266)<br>E-mail: joel.smith@bowmanandbrooke.com<br>**BOWMAN AND BROOKE**<br>1441 Main Street, Suite 1200<br>Columbia, SC 29201<br>Telephone: (803) 726-7420<br>Facsimile: (803) 726-7421<br><br>***Lead Defense Counsel for Personal Injury/Wrongful Death Cases*** |

LEGAL02/32562018v1

3

NOTICE OF MANUAL FILING

# PROOF OF SERVICE

I, Melony Hempfling, declare:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is c/o Alston & Bird LLP, 333 South Hope Street, Sixteenth Floor, Los Angeles, California 90071. I am over the age of eighteen years and not a party to the action in which this service is made.

On April 8, 2011, I served the document(s) described as **NOTICE OF MANUAL FILING OF NOTICE OF ERRATA RE PAGES OMITTED FROM EXHIBITS S.1 AND S.2 TO THE DECLARATION OF CARI K. DAWSON IN SUPPORT OF (1) TOYOTA'S RESPONSE TO CERTAIN ECONOMIC LOSS PLAINTIFFS' MOTION FOR THE APPLICATION OF CALIFORNIA LAW AND (2) TOYOTA'S CROSS-MOTION FOR CHOICE-OF-LAW DETERMINATION AS TO ALL ECONOMIC LOSS CASES AND PLAINTIFFS BEFORE THIS COURT** on the interested parties in this action by:

SEE ATTACHED SERVICE LIST

UPS NEXT DAY AIR   I deposited such envelope in a facility regularly maintained by UPS with delivery fees fully provided for or delivered the envelope to a courier or driver of UPS authorized to receive documents at ALSTON + BIRD LLP, 333 South Hope Street, Los Angeles, California 90071 with delivery fees fully provided for.

X   BY E-MAIL:   I caused such documents to be delivered via electronic transmission to the offices of the addressee(s) at the e-mail listed in the court's electronic filing system.

X   [Federal]   I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 8, 2011, at Los Angeles, California.

_____
Melony Hempfling

NOTICE OF MANUAL FILING

LEGAL02/32562018v1

**United States District Court**
**Central District of California**
In Re: Toyota Motor Corp. Unintended Acceleration
Marketing, Sales Practices, And Products Liability Litigation
Case No.: 8:10ML2151 JVS (FMOx)

**SERVICE LIST**

| | |
|---|---|
| STEVE W. BERMAN<br>Email: steve@hbsslaw.com<br>HAGENS BERMAN SOBOL<br>   SHAPIRO LLP<br>1918 Eighth Avenue, Suite 3300<br>Seattle, WA 98101<br>Telephone: (206) 268-9320<br>Facsimile: (206) 623-0594 | *Co-Lead Plaintiffs' Counsel for Economic Loss Cases* |
| MARC M. SELTZER<br>Email: mseltzer@susmangodfrey.com<br>SUSMAN GODFREY L.L.P.<br>1901 Avenue of the Stars, Suite 950<br>Los Angeles, CA 90067<br>Telephone: (310) 789-3102<br>Facsimile: (310) 789-3006 | *Co-Lead Plaintiffs' Counsel for Economic Loss Cases* |
| FRANK M. PITRE<br>Email: fpitre@cpmlegal.com<br>COTCHETT, PITRE<br>   & MCCARTHY<br>840 Malcolm Road, Suite 200<br>Burlingame, CA 94010<br>Telephone: (650) 697-6000<br>Facsimile: (650) 697-0577 | *Co-Lead Plaintiffs' Counsel for Economic Loss Cases* |
| ELIZABETH J. CABRASER<br>Email: ecabraser@lchb.com<br>LIEFF CABRASER HEIMANN<br>   & BERNSTEIN, LLP<br>275 Battery Street, Suite 3000<br>San Francisco, CA 94111<br>Telephone: (415) 956-1000<br>Facsimile: (415) 956-1008 | *Co-Lead Plaintiffs' Counsel for Personal Injury/Wrongful Death Cases* |
| MARK P. ROBINSON, JR.<br>Email: beachlawyer51@hotmail.com<br>ROBINSON, CALCAGNIE<br>   & ROBINSON INC.<br>620 Newport Center Drive, 7th Floor<br>Newport Beach, CA 92660<br>Telephone: (949) 720-1288<br>Facsimile: (949) 720-1292 | *Co-Lead Plaintiffs' Counsel for Personal Injury/Wrongful Death Cases* |