1  STEVE W. BERMAN
   (WA SBN 12536)
2  Email: steve@hbsslaw.com
   **HAGENS BERMAN SOBOL**
3     **SHAPIRO LLP**
   1918 Eighth Avenue, Suite 3300
4  Seattle, WA 98101
   Telephone: (206) 268-9320
5  Facsimile: (206) 623-0594

6  MARC M. SELTZER
   (CA. SBN 054534)
7  Email: mseltzer@susmangodfrey.com
   **SUSMAN GODFREY L.L.P.**
8  1901 Avenue of the Stars, Suite 950
   Los Angeles, CA 90067
9  Telephone: (310) 789-3102
   Facsimile: (310) 789-3006
10
   FRANK M. PITRE (CA SBN 100077)
11 Email: fpitre@cpmlegal.com
   **COTCHETT, PITRE**
12    **& MCCARTHY**
   840 Malcolm Road, Suite 200
13 Burlingame, CA 94010
   Telephone: (650) 697-6000
14 Facsimile: (650) 697-0577

15 *Co-Lead Plaintiffs' Counsel for*
   *Economic Loss Cases*
16
   ELIZABETH J. CABRASER
17 (CA SBN 083151)
   Email: ecabraser@lchb.com
18 **LIEFF CABRASER HEIMANN**
      **& BERNSTEIN, LLP**
19 275 Battery Street, Suite 3000
   San Francisco, CA 94111
20 Telephone: (415) 956-1000
   Facsimile: (415) 956-1008
21
22 MARK P. ROBINSON, JR.
   (CA. SBN 54426)
23 Email: beachlawyer51@hotmail.com
   **ROBINSON, CALCAGNIE**
      **& ROBINSON INC.**
24 620 Newport Center Drive, 7th Floor
   Newport Beach, CA 92660
25 Telephone: (949) 720-1288
   Facsimile: (949) 720-1292
26
27 *Co-Lead Plaintiffs' Counsel for*
   *Personal Injury/Wrongful Death Cases*
28

CARI K. DAWSON (GA SBN 213490)
Email: cari.dawson@alston.com
**ALSTON + BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: (404) 881-7766
Facsimile: (404) 253-8567

LISA GILFORD (CA SBN 171641)
Email: lisa.gilford@alston.com
**ALSTON + BIRD LLP**
333 South Hope Street, 16th Floor
Los Angeles, CA 90071
Telephone: (213) 576-1000
Facsimile: (213) 576-1100

*Lead Defense Counsel for Economic Loss Cases*

VINCENT GALVIN, JR. (CA SBN 104448)
Email: vincent.galvinjr@bowmanandbrooke.com
**BOWMAN AND BROOKE**
1741 Technology Drive, Suite 200
San Jose, CA 95110
Telephone: (408) 279-5393
Facsimile: (408) 279-5845

JOEL SMITH (SC SBN 5266)
Email: joel.smith@bowmanandbrooke.com
**BOWMAN AND BROOKE**
1441 Main Street, Suite 1200
Columbia, SC 29201
Telephone: (803) 726-7420
Facsimile: (803) 726-7421

*Lead Defense Counsel for Personal Injury/Wrongful Death Cases*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TOYOTA MOTOR CORP. UNINTENDED ACCELERATION MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>ALL ECONOMIC LOSS CASES | Case No.: 8:10ML2151 JVS (FMOx)<br><br>**ORDER RE STIPULATION RE EXTENSION OF TIME FOR PLAINTIFFS TO RESPOND TO THE COURT'S ORDER DATED APRIL 5, 2011**<br><br>[FILED CONCURRENTLY WITH JOINT STIPULATION RE EXTENSION OF TIME FOR PLAINTIFFS TO RESPOND TO THE COURT'S ORDER DATED APRIL 5, 2011] |

## ORDER

WHEREAS, on April 5, 2011, the Court entered an Order permitting Plaintiffs to submit their views on Toyota's Application to File and Maintain Under Seal Documents in Support of (1) Toyota's Response to Certain Economic Loss Plaintiffs' Motion for the Application of California Law and (2) Toyota's Cross-Motion for Choice-of-Law Determination as to All Economic Loss Cases and Plaintiffs (the "Application") to the Court by no later than 4:00 p.m. on April 8, 2011 [Doc. 1211]; and

WHEREAS, on April 7, 2011, Plaintiffs and the Toyota Defendants agreed that Plaintiffs would be permitted to have through and including April 12, 2011 to submit their views on Toyota's Application;

IT IS HEREBY ORDERED THAT:

1.   Plaintiffs shall have until 4:00 p.m. on April 12, 2011 to submit their views to the Court on Toyota's Application.

IT IS SO ORDERED.

Dated:  April  8, 2011

_____
James V. Selna
United States District Judge

Dated:  April 7, 2011

Respectfully submitted,

By:  _____/s/_____
Steve W. Berman

STEVE W. BERMAN (WA SBN 12536)
Email:  steve@hbsslaw.com
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101

MARC M. SELTZER (CA SBN 054534)
Email:  mseltzer@susmangodfrey.com
**SUSMAN GODFREY L.L.P.**
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067

FRANK M. PITRE (CA SBN 100077)
Email:  fpitre@cpmlegal.com
**COTCHETT, PITRE & MCCARTHY**
840 Malcolm Road, Suite 200
Burlingame, CA 94010

*Co-Lead Plaintiffs' Counsel for Economic Loss Cases*

ELIZABETH J. CABRASER (CA SBN 083151)
Email:  ecabraser@lchb.com
**LIEFF CABRASER HEIMANN
   & BERNSTEIN, LLP**
275 Battery Street, Suite 3000
San Francisco, CA 94111

MARK P. ROBINSON, JR. (CA SBN 54426)
Email:  beachlawyer51@hotmail.com
**ROBINSON, CALCAGNIE & ROBINSON INC.**
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660

*Co-Lead Plaintiffs' Counsel for Personal Injury/Wrongful Death Cases*

1  Dated: April 7, 2011

By: _____/s/_____
Lisa Gilford

CARI K. DAWSON (GA SBN 213490)
Email: cari.dawson@alston.com
**ALSTON + BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309

LISA GILFORD (CA SBN 171641)
Email: lisa.gilford@alston.com
**ALSTON + BIRD LLP**
333 South Hope Street, 16th Floor
Los Angeles, CA 90071

*Co-Lead Defense Counsel for Economic Loss Cases*

VINCENT GALVIN, JR. (CA SBN 104448)
E-mail: vincent.galvinjr@bowmanandbrooke.com
**BOWMAN AND BROOKE**
1741 Technology Drive, Suite 200
San Jose, CA 95110

JOEL SMITH (SC SBN 5266)
E-mail: joel.smith@bowmanandbrooke.com
**BOWMAN AND BROOKE**
1441 Main Street, Suite 1200
Columbia, SC 29201

*Lead Defense Counsel for Personal Injury/Wrongful Death Cases*