# EXHIBIT A – Ernest Bastien Deposition Transcript and Exhibits

# EXHIBIT K

# In Re:

*Toyota Motor Corp (Unintended Acceleration)*

---

*Ernest Bastien*

*September 9, 2010*

---

## GOLKOW TECHNOLOGIES, INC.

*Excellence In Court Reporting For Over 20 Years*

*877.370.3377*

*deps@golkow.com*

Original File eb090910.txt

Min-U-Script®

000387

1

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA


IN RE: TOYOTA MOTOR   : CASE NO.
CORP. UNINTENDED      : 8:10ML2151 JVS
ACCELERATION,         : (FMOx)
MARKETING, SALES      :
PRACTICES, AND        :
PRODUCTS LIABILITY    :
LITIGATION            :


-   -   -

September 9, 2010

-   -   -


Videotape deposition of ERNEST

BASTIEN, held in the offices of

JAMS, 500 N. State College Boulevard,

14th Floor, Orange, California,

commencing at 9:11 a.m., on the above

date, before Linda L. Golkow, a

Federally-Approved Registered Diplomat

Reporter, Certified Shorthand Reporter

and Certified Realtime Reporter.

-   -   -


GOLKOW TECHNOLOGIES, INC.
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

Ernest Bastien

2

1    A P P E A R A N C E S :

2

3        ROBINSON, CALCAGNIE & ROBINSON,
         INC.
4        BY:  MARK P. ROBINSON, JR., ESQUIRE
         7th Floor
5        620 Newport Center Drive
         Newport Beach, California 92660
6        Mrobinson@rcrlaw.net
         (949) 720-1288
7        Counsel for the Plaintiffs

8

9        COTCHETT, PITRE & MCCARTHY
         BY:  FRANK M. PITRE, ESQUIRE
10       Suite 200
         840 Malcolm Road
11       Burlingame, California 94010
         Fpitre@cpmlegal.com
12       (650) 697-6000
         Counsel for the Plaintiffs

13

14

15       HABUSH HABUSH & ROTTIER, SC
         BY:  DONALD H. SLAVIK, ESQUIRE
         Suite 2300
16       777 East Wisconsin Avenue
         Milwaukee, WI 53202-5381
17       slavik@habush.com
         (414) 271-0900
18       Counsel for the Plaintiffs

19

20       HAGENS BERMAN SOBOL SHAPIRO LLP
         BY:  LISA M. HASSELMAN, ESQUIRE
21       1918 Eighth Avenue
         Suite 300
22       Seattle, Washington 98101
         lisah@hbsslaw.com
23       (206) 623-7292
         Counsel for the Plaintiffs

24

25

Ernest Bastien

3

```
 1       A P P E A R A N C E S:   (CONTINUED)

 2

 3            THE TURLEY LAW FIRM, APLC
              BY:  WILLIAM TURLEY, ESQUIRE
 4            625 Broadway, Suite 625
              San Diego, California 92101
 5            bturley@turleylawfirm.com
              (619) 234-2833
 6            Counsel for the Plaintiffs

 7

 8            BAILEY & GLASSER LLP
              BY:  BENJAMIN L. BAILEY, ESQUIRE
 9            209 Capitol Street
              Charleston, West Virginia 25301
10            bbailey@baileyglasser.com
              (304) 345-6555
11            Counsel for the Plaintiffs

12

13            RINGLER KEARNEY ALVAREZ LLP
              BY:  JEROME L. RINGLER, ESQUIRE
14            BY:  PAUL ALVAREZ, ESQUIRE
              633 West Fifth Street
15            28th Floor
              Los Angeles, California 90071
16            Jringler@rkallp.com
              Palvarez@rkallp.com
17            (213) 473-1900
              Counsel for the Plaintiffs

18

19

20            ALSTON & BIRD LLP
              BY:  JOHN D. AYRA, ESQUIRE
21            333 South Hope Street
              Sixteenth Floor
22            Los Angeles, California 90071
              John.arya@alston.com
23            (213) 576-1000
              Counsel for the Toyota defendants

24

25                    -   -   -
```

4

1    A P P E A R A N C E S:   (CONTINUED)

2

3

4         ALSTON & BIRD LLP
          BY:  CARI K. DAWSON, ESQUIRE
          One Atlantic Center
5         1201 West Peachtree Street
          Atlanta, Georgia 30309
6         cari.dawson@alston.com
          (404) 881-7000
7         Counsel for the Toyota Defendants

8

9

10        BOWMAN AND BROOKE LLP
          BY:  ANNE O. HANNA, ESQUIRE
          Suite 200 - 1741 Technology Drive
11        San Jose, California 95110
          anne.hanna@bowmanandbrooke.com
12        (408) 279-5393
          Counsel for the Toyota
13        Defendants

14

15

16        WILLIS DEPASQUALE LLP
          BY:  LARRY N. WILLIS, ESQUIRE
          BY:  SHANE BIORNSTAD, ESQUIRE
17        Suite 550
          750 W. Town and Country Road
18        Orange, CA 92868
          lwillis@wdlegal.net
19        Sbiornstad@wdlegal.net
          (714) 544-6000
20        Counsel for Bob Baker Lexus in the
          Saylor case

21

22                    -   -   -

23

24

25

Ernest Bastien

5

1          ALSO PRESENT:

2


3          TOYOTA MOTOR SALES, U.S.A., INC.
           J. DOUGLAS BISHOP, ESQUIRE
4          Managing Counsel

5          ROBINSON CALCAGNIE & ROBINSON
           DIANA FOLIA
6          ADAM MODRAS

7
                        - - -
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

6

1                              -   -   -

2                         I N D E X

3                              -   -   -

4

5     Testimony of:   ERNEST BASTIEN

6          By Mr. Pitre                        11
           By Mr. Slavik                      314
7

8                              -   -   -

9                     E X H I B I T S

10                             -   -   -

11

| NO. | DESCRIPTION | PAGE |
|-----|-------------|------|
| Bastien-33 | Plaintiffs' Notice of Video Deposition of Toyota 30(b)(6) Witness | 9 |
| Bastien-34 | Document with logo em2 Everything Matters, containing handwritten notes, 1 page | 23 |
| Bastien-35 | Document titled "Toyota Motor North America, Inc., Organization Chart as of March 31, 2010," with handwritten notes, 1 page | 23 |
| Bastien-36 | Document entitled "U.S. and Canada (and other) Toyota Entities <as of May, 2008>," with handwritten notes, 1 page | 24 |
| Bastien-37 | Document entitled "Toyota Regions & PD's," 1 page | 26 |
| Bastien-38 | Group of documents, first page titled "Toyota Operations in the United States," 20 pages | 27 |

Ernest Bastien

7

| | | | |
|---|---|---|---|
| 1 | Bastien-39 | Group of documents, first page titled "United States Operations, 2009, Toyota," 8 pages | 28 |
| 3 | Bastien-40 | Document entitled "Toyota Motor North America, Inc. Organization Chart as of March 31, 2010," 1 page | 29 |
| 6 | Bastien-41 | Document entitled "U.S. and Canada (and other) Toyota Entities <as of May, 2008>," 1 page | 30 |
| 8 | Bastien-42 | Group of black and white documents, first page heading Group: Everyone, Toyota Motor Sales, Date/Time: 08/03/2010 11:01:17, 5 pages | 30 |
| 11 | Bastien-43 | Group of documents, first page titled "Toyota Motor Sales," 13 pages | 31 |
| 13 | Bastien-44 | Colored map entitled "Lexus Areas," 1 page | 32 |
| 15 | Bastien-45 | Document entitled "Toyota Motor Sales," 1 page | 33 |
| 16 | Bastien-46 | Document entitled "Limited Liability Companies, As of September 30, 2008," 1 page | 34 |

000394

Ernest Bastien

8

```
1                        -   -   -

2              DEPOSITION SUPPORT INDEX

3                        -   -   -

4

5        Direction to Witness Not to Answer

6                     Page Line
                       317   6
7

8

9        Request for Production of Documents

10                    Page Line

11

12

13

14                   Stipulations

15                    Page Line

16

17

18

19

20                  Question Marked

21                    Page Line

22

23

24

25
```

Ernest Bastien

9

```
 1                    -   -   -
 2              (Whereupon, Deposition
 3         Exhibit Bastien-33, Plaintiffs'
 4         Notice of Video Deposition of
 5         Toyota 30(b)(6) Witness, was
 6         marked for identification.)
 7                    -   -   -
 8              THE VIDEOTAPE TECHNICIAN:
 9         Good morning.  We're now on the
10         record.  My name is Casey Howell,
11         videographer for Golkow
12         Technologies.
13              Today's date is September 9,
14         2010.  The time is 9:11 a.m.
15              This video deposition is
16         being held in Orange, California,
17         in the matter of Toyota Motor
18         Corporation Unintended
19         Acceleration Marketing, Sales
20         Practices and Products Liability
21         Litigation in the United States
22         District Court, Central District
23         of California.
24              The deponent is Ernest
25         Bastien.
```

Ernest Bastien

10

```
 1              Would counsel please
 2       identify themselves for the
 3       record.
 4              MR. PITRE:  Good morning.
 5       Frank Pitre on behalf of the
 6       plaintiff class.
 7              MR. ROBINSON:  Mark Robinson
 8       on behalf of the PI and wrongful
 9       death plaintiffs.
10              MR. SLAVIK:  Don Slavik on
11       behalf of the PI and wrongful
12       death plaintiffs.
13              MS. HASSELMAN:  Lisa
14       Hasselman on behalf of the
15       plaintiffs class.
16              MR. RINGLER:  Jerry Ringler
17       on behalf of the plaintiffs class.
18              MR. BAILEY:  Ben Bailey,
19       plaintiffs class.
20              MR. TURLEY:  Bill Turley,
21       plaintiffs class.
22              MR. WILLIS:  Larry Willis,
23       representing defendant Bob Baker
24       Lexus as a defendant and
25       cross-complainant.
```

Ernest Bastien

11

1           MR. BIORNSTAD:   Shane

2      Biornstad also representing Bob

3      Baker.

4           MS. HANNA:  Anne Hanna for

5      the defendant Toyota entities.

6           MS. DAWSON:  Cari Dawson for

7      the Toyota defendants.

8           MR. ARYA:  And John Arya for

9      the Toyota defendants.

10           THE VIDEOTAPE TECHNICIAN:

11      Thank you.

12           The court reporter is Linda

13      Golkow, and she will now

14      administer the oath.

15                -  -  -

16           ERNEST BASTIEN, after having

17      been duly sworn, was examined and

18      testified as follows:

19                -  -  -

20              EXAMINATION

21                -  -  -

22   BY MR. PITRE:

23           Q.   Sir, can you please state

24   your full name for the record.

25           A.   My name is Ernest Bastien.

000398

Ernest Bastien

12

1      Q.     Are you a Toyota employee?

2      A.     I'm an employee of Toyota

3   Motor Sales.

4      Q.     What is your title or

5   position?

6      A.     My title is vice president,

7   retail market development.

8      Q.     How long have you been with

9   Toyota?

10     A.     28 years on September 13th.

11     Q.     What is your current

12   business address?

13     A.     19001 South Western Avenue,

14   Torrance, California.

15     Q.     Sir, you understand that

16   you've been designated by Toyota to

17   testify with regard to certain subject

18   matters, correct?

19     A.     Yes.

20     Q.     Sir, if you'd be so kind,

21   I've previously marked Exhibit 33.  Have

22   you ever seen that before?

23     A.     Yes.

24     Q.     Do you understand that you

25   have been designated by Toyota to testify

Ernest Bastien

13

1    regarding the matters identified on Page

2    1?

3              A.    Yes.

4                    MS. DAWSON:   Frank, let me

5              just interject on the record here.

6              As you and I discussed, and you

7              are free to get to the questioning

8              with the witness of more

9              specifics, but there are three

10             categories on Page 2 of Exhibit

11             33, and I want to just go through

12             those, because we discussed off

13             the record, Mr. Bastien is not

14             here to testify regarding all

15             aspects of all three categories.

16                   So, the first explanation I

17             want to make clear on the record

18             is that Mr. Bastien is an employee

19             of Toyota Motor Sales, USA, Inc.,

20             the shorthand of which is TMS.

21             Therefore, his testimony will be

22             focused on TMS and the North

23             American entities.

24                   We have previously provided

25             to you, by my letter of Tuesday of

Ernest Bastien

14

1      this week, dates for a Toyota

2      Motor Corporation witness later in

3      the month; therefore, there will

4      be a second witness addressing TMC

5      and questions regarding these

6      three categories.

7              In addition, as we discussed

8      previously, this witness is not

9      designated to testify regarding

10     the relationships between Toyota

11     entities and their suppliers,

12     another witness, the deposition

13     date of which has not yet been

14     scheduled, will address those

15     issues.

16             And in addition, as we also

17     corresponded earlier this week,

18     pursuant to order number 5, this

19     is a Phase I foundational

20     deposition and, therefore, the

21     scope of that deposition is as set

22     forth in order number 5 to provide

23     foundational information.

24             That's it.

25             MR. ARYA:  One other thing,

Ernest Bastien

15

1    Frank, is this may help you.  We

2    have some documents.  You likely

3    have all of these documents

4    already, but these are documents

5    that the witness is familiar with.

6    And you are welcome to them in

7    case you don't have them.  If

8    you'd like, you can make copies at

9    a break or whatever works for you.

10         MR. PITRE:  Very well.

11    Thank you.

12  BY MR. PITRE:

13         Q.    With the clarifications that

14  were articulated by counsel for Toyota,

15  are you prepared to testify with regard

16  to those subject areas?

17         A.    Yes.

18         Q.    And before we get into that,

19  can you just give me a little background

20  of your employment with Toyota over the

21  last 28 years?

22         A.    I started in Torrance,

23  California, and my first assignment was a

24  fleet field manager.  I spent roughly

25  four years in that role.  My next

Ernest Bastien

16

1    assignment was in Cincinnati, where I was

2    the business management manager.  My

3    second job in the Cincinnati region was

4    regional parts manager.  And my last job

5    was field operations manager.

6            After Cincinnati, I was

7    transferred to our San Francisco regional

8    office, assigned as the assistant general

9    manager, spent roughly two years there.

10            I returned to Torrance as

11   the national fleet sales manager.  I held

12   that position for roughly two years.  My

13   next assignment was national manager

14   passenger car sales team.  That was

15   roughly a two-year assignment.

16            My next assignment was

17   national sales administration manager.  I

18   reported directly to the vice president

19   of sales.  Spent roughly two years there.

20            My next assignment was the

21   vehicle operations group.

22            My final position of the

23   vehicle operations group was vice

24   president.

25            Q.    Could you say that one more

Ernest Bastien

17

1    time, I apologize.

2           A.    My final position in the

3    vehicle operations group was vice

4    president.  I had two promotions in the

5    role that I performed.

6                 Roughly three-and-a-half

7    years ago, I took my current assignment.

8           Q.    And that is as vice

9    president, retail market development?

10          A.    Yes.

11          Q.    Okay.

12                Sir, have you ever given a

13   deposition before?

14          A.    Yes.

15          Q.    On roughly on how many

16   occasions?

17          A.    Probably seven or eight.

18          Q.    Okay.

19                And on those seven or eight

20   occasions, were they depositions where

21   you were deposed on behalf of Toyota?

22          A.    Yes.

23          Q.    Were you ever deposed as an

24   expert on behalf of Toyota?

25          A.    I've been a 30(b)(6).

Ernest Bastien

18

```
 1          Q.    On what subject area or
 2    areas?
 3          A.    In a class action suit, an
 4    ITC case and some product liability
 5    cases.
 6          Q.    Now, you used some terms,
 7    and for the record, ITC stands for what,
 8    sir?
 9          A.    International Trade
10    Commission.
11          Q.    Do you recall what subject
12    area or areas that you were designated as
13    a 30(b)(6) witness?
14          A.    With regard to the marketing
15    for hybrid vehicles.
16          Q.    Any others?
17          A.    With regard to marketing for
18    other Toyota products.
19          Q.    Which products?
20          A.    Trucks.
21          Q.    Any passenger car?
22          A.    Camry.
23          Q.    Any others?
24          A.    I don't recall.
25          Q.    You're familiar with what a
```

Ernest Bastien

19

1  deposition is then, correct?

2       A.    Yes.

3       Q.    And you've had an

4  opportunity to discuss with counsel the

5  nature of today's proceedings being a

6  deposition, correct?

7       A.    Yes.

8       Q.    So, you understand that

9  today's testimony has the same force and

10 effect as if you were testifying in a

11 court of law, correct?

12      A.    Yes.

13      Q.    Now, if you don't hear or

14 you don't understand one of my questions,

15 just let me know, and I'll be happy to

16 repeat or rephrase it so you understand

17 it.  Will you let me know on those

18 occasions?

19      A.    Yes.

20      Q.    If you answer my question,

21 I'm going to assume you've both heard and

22 understood it.  Do you understand that?

23      A.    Yes.

24      Q.    Answer just like you're

25 doing with yeses and nos and avoid nods

Ernest Bastien

20

1    or shakes of the head, as it is difficult

2    for the court reporter to be able to

3    interpret that.  Do you understand that?

4             A.    Yes.

5                   MS. DAWSON:  And, Frank,

6             just one other thing.  I think it

7             would be easier for the deposition

8             and definitely for the court

9             reporter.  Toyota obviously has a

10            general term, and since we are

11            talking about corporate structure,

12            I would just request where you

13            can to be specific in identifying

14            whether or not you are talking

15            about Toyota Motor Corporation,

16            Toyota Motor Sales USA, whichever

17            Toyota entity.

18                  MR. PITRE:  I will do my

19            level best, and if I miss that,

20            I'm sure Mr. Arya or you will let

21            me know, or the witness will

22            correct me.  So, we'll both bear

23            that in mind as we go forward.

24   BY MR. PITRE:

25            Q.    Fair enough?

Ernest Bastien

21

1          A.     Yes.

2          Q.     All right.

3                 Now, when were you first

4    notified that you were going to be

5    designated as a 30(b)(6) witness to

6    testify on the categories 1, 2 and 3 as

7    reflected on Exhibit 33?

8          A.     I don't recall the exact

9    date, but roughly in the past 30 days.

10         Q.     How were you notified?

11         A.     I believe TMS attorneys

12   contacted me and advised me I'd

13   participate.

14         Q.     And who contacted you?

15         A.     Doug Bishop, as I recall.

16         Q.     And after being contacted,

17   can you explain to me what you did to

18   prepare yourself to testify regarding the

19   subject areas that we discussed?

20         A.     We held three meetings and

21   reviewed some organizational charts and

22   some information on our website.

23         Q.     Who did you meet with?

24         A.     The attorneys present today,

25   excluding Anne.

000408

Ernest Bastien

22

1       Q.    Anyone other than the

2   attorneys that are present here today?

3       A.    There was one other.  I'm

4   sorry, I don't remember his last name.

5   His first name was Vince.

6       Q.    How much time have you

7   spent, from the time you were first

8   notified until the time you testified

9   today, preparing to testify on the

10   subject areas that we've discussed?

11       A.    I don't know precisely, but

12   roughly 12 hours.

13

Ernest Bastien

23



Ernest Bastien

24



Ernest Bastien

25

```
 1            Q.    In terms of the documents
 2      that you reviewed, can you describe for
 3      me what documents that you reviewed to
 4      assist you in testifying here today?
 5            A.    Organizational charts.
 6            Q.    Anything else?
 7            A.    Some information that
 8      summarizes Toyota operations in North
 9      America.
10            Q.    Anything else?
11            A.    Nothing other than the
12      plaintiffs' notice.
13            Q.    Did you bring with you any
14      materials to assist you in testifying
15      here today regarding the organizational
16      structure of TMS and its
17      interrelationship with some of the other
18      entities?
19            A.    Yes.
20            Q.    And are those the materials
21      that you've placed -- that have been
22      placed on the center of the table?
23            A.    Yes.
24            Q.    All right.
25                  MR. PITRE:   John, do you
```

000412

Ernest Bastien

26

1      have any extra copies of these or

2      are these the only copies?

3           MR. ARYA:  No.  I have

4      copies for us, so, you don't have

5      to make copies for us.  But to the

6      extent you want to share it with

7      everyone else in the room, we

8      should make extra copies.

9           MR. PITRE:  Okay.  Let's

10     just -- we'll mark them at this

11     point and then we'll copy them

12     later.

13          MR. ARYA:  That's the only

14     ones.

15               -   -   -

16          (Whereupon, Deposition

17     Exhibit Bastien-37, Document

18     entitled "Toyota Regions & PD's,"

19     1 page, was marked for

20     identification.)

21               -   -   -

22          MR. PITRE:  So, at this

23     point in time, let me have marked

24     as Exhibit 37 what appears to be a

25     map of the United States titled

Ernest Bastien

27

1              "Toyota Regions & PD's."

2     BY MR. PITRE:

3              Q.    Can you please tell me what

4     is Exhibit 37?

5              A.    This is a map of the United

6     States that breaks out the different

7     regions and private distributors for the

8     Toyota division.

9              Q.    Sir, you have also handed me

10    a group of documents that on the first

11    page say, "Toyota operations in the

12    United States."

13              MR. PITRE: I'm marking that

14         as Exhibit 38.

15                   -   -   -

16              (Whereupon, Deposition

17         Exhibit Bastien-38, Group of

18         documents, first page titled

19         "Toyota Operations in the United

20         States," 20 pages, was marked for

21         identification.)

22                   -   -   -

23    BY MR. PITRE:

24              Q.    Again, can you briefly tell

25    me what Exhibit 38 is?

000414

Ernest Bastien

28

1          A.    Yes.   It summarizes the

2    various Toyota entities in North America.

3          Q.    Next you've handed me a

4    group of documents that says "United

5    States operations 2009, Toyota."

6               MR. PITRE:   I'm marking that

7          as Exhibit 39.

8                    -   -   -

9               (Whereupon, Deposition

10         Exhibit Bastien-39, Group of

11         documents, first page titled

12         "United States Operations, 2009,

13         Toyota," 8 pages, was marked for

14         identification.)

15                  -   -   -

16   BY MR. PITRE:

17         Q.    And if you'd be so kind, if

18   you could tell me what Exhibit 39 is.

19         A.    This is a complementary

20   document for the other one that has

21   additional information regarding Toyota

22   operations throughout the United States

23   and Canada and Mexico.

24         Q.    You've also handed me a

25   group of documents that do not appear to

000415

Ernest Bastien

29

1   be bundled, but are on separate sheets.
2   I'll mark those separately.  The first
3   one says "Toyota Motor North America Inc.
4   as of March 31, 2010."
5            MR. PITRE:  I'm marking that
6       as Exhibit Number 40.
7                    -  -  -
8            (Whereupon, Deposition
9       Exhibit Bastien-40, Document
10      entitled "Toyota Motor North
11      America, Inc. Organization Chart
12      as of March 31, 2010," 1 page, was
13      marked for identification.)
14                   -  -  -
15  BY MR. PITRE:
16      Q.    Sir, can you please tell me
17  what Exhibit 40 is?
18      A.    This is an organization
19  chart that shows the relationship between
20  the various entities in North America.
21      Q.    You've also handed me a
22  document that bears the legend at the top
23  "US and Canada and other Toyota entities
24  as of May 2008."
25            MR. PITRE:  I'm marking that

GOLKOW TECHNOLOGIES, INC. - 1.877.370.3377

000416

Ernest Bastien

30

1          as Exhibit 41.

2                    -  -  -

3               (Whereupon, Deposition

4          Exhibit Bastien-41, Document

5          entitled "U.S. and Canada (and

6          other) Toyota Entities

7          <as of May, 2008>," 1 page, was

8          marked for identification.)

9                    -  -  -

10   BY MR. PITRE:

11          Q.    And if you would be so kind

12   to please tell me what that is.

13          A.    It is a document that has

14   additional details regarding the various

15   entities in North America, including some

16   of the subsidiaries.

17          Q.    You have also given me a

18   group of documents that are black and

19   white.  It appears to be five pages, and

20   it says, "Toyota Motor Sales" at the top.

21               MR. PITRE:  I'm marking that

22          as Exhibit Number 42.

23                    -  -  -

24               (Whereupon, Deposition

25          Exhibit Bastien-42, Group of black

000417

Ernest Bastien

31

1          and white documents, first page

2          heading Group: Everyone, Toyota

3          Motor Sales, Date/Time: 08/03/2010

4          11:01:17, 5 pages, was marked for

5          identification.)

6                    -   -   -

7     BY MR. PITRE:

8          Q.     Sir, if you would be so kind

9     to tell me what that is.

10         A.     This is the org chart for

11    Toyota Motor Sales that includes the

12    chairman and CEO and his direct reports

13    inside the organization.

14         Q.     All right.

15              You've given me a second

16    group of documents that bears at the top

17    "Toyota Motor Sales," and it looks to be

18    about a dozen pages.

19                    -   -   -

20              (Whereupon, Deposition

21         Exhibit Bastien-43, Group of

22         documents, first page titled

23         "Toyota Motor Sales," 13 pages,

24         was marked for identification.)

25                    -   -   -

GOLKOW TECHNOLOGIES, INC. - 1.877.370.3377

000418

Ernest Bastien

32

1    BY MR. PITRE:

2          Q.     I've marked that as Exhibit

3    43.  Can you tell me what that is?

4          A.     These are organization

5    charts that show the various group vice

6    presidents inside the company and their

7    direct reports.

8          Q.     Again, you've handed me

9    another colored map that says "Lexus

10   areas."

11              MR. PITRE:  I'm marking that

12         as Exhibit Number 44.

13                    -   -   -

14              (Whereupon, Deposition

15         Exhibit Bastien-44, Colored map

16         entitled "Lexus Areas," 1 page,

17         was marked for identification.)

18                    -   -   -

19   BY MR. PITRE:

20         Q.     And would you please tell me

21   what Exhibit 44 is.

22         A.     We have four area offices

23   for the Lexus division, and this map

24   breaks them out by state.

25         Q.     Last, sir, is a large

Ernest Bastien

33

1   document, it looks like about 11 and a

2   half by 17, perhaps larger, that says

3   "Toyota Motor Sales."

4                  MR. PITRE: I've marked that

5          as Exhibit 45.

6                    -   -   -

7                  (Whereupon, Deposition

8          Exhibit Bastien-45, Document

9          entitled "Toyota Motor Sales," 1

10          page, was marked for

11          identification.)

12                    -   -   -

13   BY MR. PITRE:

14          Q.    Can you tell me what that

15   is?

16          A.    This is a chart that shows

17   the organization for Toyota Motor Sales

18   that includes the chairman and CEO,

19   president Jim Lentz and his direct -- Jim

20   Lentz's direct reports.

21          Q.    Thank you, sir.

22                 Are there any other

23   materials that you have either prepared

24   or reviewed that you have not described

25   for me already in anticipation of your

Ernest Bastien

34

1    testimony today?

2          A.    I have one explanation chart

3    regarding some of the joint ventures

4    between TMS and some of the ocean

5    carriers.

6                MR. PITRE: If you'd be so

7          kind, I'm going to mark that

8          document as Exhibit 46.

9                    -   -   -

10               (Whereupon, Deposition

11         Exhibit Bastien-46, Document

12         entitled "Limited Liability

13         Companies, As of September 30,

14         2008," 1 page, was marked for

15         identification.)

16                   -   -   -

17   BY MR. PITRE:

18         Q.    And at the top it says

19   "Limited Liability Companies."

20               Any other materials, sir,

21   that you have reviewed and/or prepared to

22   assist you in testifying here today?

23         A.    No.

24               MR. PITRE:  Can we go off

25         the record one second.

Ernest Bastien

35

1            THE VIDEOTAPE TECHNICIAN:

2        We're off the record.  The time is

3        9:33.

4                    -   -   -

5            (Whereupon, a recess was

6        taken from 9:33 a.m. until

7        9:35 a.m.)

8                    -   -   -

9            THE VIDEOTAPE TECHNICIAN:

10       We're on the record.  The time is

11       9:35.

12   BY MR. PITRE:

13       Q.   Sir, just for the record,

14   are you here prepared to testify in any

15   regard concerning the relationship

16   between Toyota Motor Sales and Toyota

17   Motor Corporation?

18       A.   As it pertains to activities

19   inside TMS.

20       Q.   And to the best of your

21   knowledge, sir, what is Toyota Motor

22   Corporation?

23       A.   Toyota Motor Corporation is

24   headquartered in Japan.

25       Q.   What business does it

Ernest Bastien

36

1    involve itself in?

2            A.    It is primarily in the

3    automotive transportation business.  It

4    also builds homes, portable homes, some

5    other business activities.

6            Q.    And what is the distinction

7    between Toyota Motor Corporation and

8    Toyota Motor Sales, to your knowledge?

9            A.    Toyota Motor Sales is the

10   sales and marketing arm for Toyota

11   products in the United States, excluding

12   Hawaii.

13           Q.    Is it involved in any other

14   activities in the United States besides

15   sales and marketing?

16               MR. ARYA:  Objection, vague,

17           ambiguous.

18               You can answer if you think

19           you know the answer.

20               THE WITNESS:  It has

21           relationships with two private

22           distributors.

23   BY MR. PITRE:

24           Q.    Anything else, sir?

25           A.    It -- I'm sorry, you have my

000423

Ernest Bastien

37

```
 1    charts.
 2         Q.    Okay.
 3               If you need to use the
 4    charts, we'll come back.
 5         A.    Okay.
 6               I need the charts to make
 7    certain.
 8               MR. ARYA:  I have charts
 9          here if it would help you.
10               MR. PITRE:  We'll come back
11          to it.
12               THE WITNESS:  I'm looking
13          for the chart that has AirFlite.
14          And some of the --
15    BY MR. PITRE:
16         Q.    We'll come back to it.
17         A.    Okay.
18         Q.    Is there a segment or a
19    division of Toyota Motor Sales that is
20    involved with financial services?
21         A.    There's a Toyota Financial
22    Services Company, but it is not owned by
23    TMS.
24         Q.    Who, to your knowledge, owns
25    Toyota Financial Services?
```

Ernest Bastien

38

1          A.      Toyota Motor Corporation.

2          Q.      Does Toyota Financial

3    Services have offices in the United

4    States?

5          A.      Yes.

6          Q.      Where?

7          A.      Torrance, and it has

8    multiple offices throughout the United

9    States, including some customer service

10   centers.  And some other companies that

11   might be located other places but have

12   offices in Torrance as well.

13         Q.      Is there a headquarters for

14   Toyota Financial Services in the United

15   States?

16         A.      Yes, in Torrance.

17         Q.      What business do you

18   understand is conducted at the Torrance

19   office for Toyota Financial Services?

20         A.      They are involved in the

21   financing and leasing of automotive

22   products.  They also offer extended

23   service contracts and insurance.

24         Q.      Is there a particular

25   division that handles leasing for Toyota

Ernest Bastien

39

1    vehicles within Toyota Financial

2    Services?

3            A.     There's a company

4    responsible for the financing of leasing.

5    The activity of leasing and financing is

6    conducted by the Toyota Financial

7    Services offices throughout the country.

8            Q.     And how many different

9    offices are there throughout the country?

10   If you need your chart, just let me know.

11           A.     I think I might have.

12                  (Witness reviewing

13   document.)

14                  They have -- I'm sorry.

15   They also offer financing for material

16   handling, which is industrial equipment,

17   and they have 30 dealer sales and service

18   offices and three regional offices

19   throughout the country.

20           Q.     But their main office is

21   here in Torrance, as I understand it?

22           A.     Yes.

23           Q.     Do they share office space

24   with Toyota Motor Sales?

25           A.     I'm not aware of any shared

Ernest Bastien

40

1    office spaces.

2              Q.    What is the address that

3    Toyota Financial Services does business

4    in Torrance?

5              A.    It's 19001 South Western

6    Avenue, Torrance.

7              Q.    That appears to be the same

8    address as Toyota Motor Sales USA, Inc.

9    on your card; is that correct?

10             A.    Yes.

11             Q.    So, is it your understanding

12   that Toyota Financial Services has

13   offices at the same building as --

14             A.    It's not the same building.

15             Q.    Okay.

16                   Different building, same

17   address?

18             A.    I know where the building

19   is.  I'm not sure of the exact address

20   for mailing.  I'm working off the

21   document that I brought.

22             Q.    Okay.

23                   I was a little confused.  I

24   think the address you gave me, 19001

25   South Western Avenue, Torrance --

Ernest Bastien

41

1          A.     Yes.

2          Q.     -- is that the same address

3     as the address that appears on your card

4     for Toyota Motor Sales?

5          A.     Yes.

6          Q.     Have you ever been involved

7     in leasing vehicles in your experience

8     with Toyota Motor Sales?

9          A.     I'm not sure what you mean

10    by "involvement."

11         Q.     Have you ever had to sell a

12    vehicle where there was a lease involved?

13         A.     I've not been involved in

14    direct leasing to consumers.

15         Q.     Okay.

16                How about leasing in fleet

17    sales?

18         A.     Not directly.

19         Q.     Indirectly?

20         A.     I've been involved in

21    incentive support, and we've had special

22    leases that were offered through our

23    regional offices through Toyota Financial

24    Services.

25         Q.     Okay.

Ernest Bastien

42

1          Are you familiar with the

2    concept called residual leases?

3          A.    I'm familiar with the

4    concept residual.

5          Q.    Have you ever been involved

6    in that, directly or indirectly?

7          A.    To a limited degree.

8          Q.    Okay.

9          Does Toyota, as part of

10   Toyota Financial Services, enter into

11   arrangements where they guarantee the

12   residual value of a lease?

13             MR. ARYA:   Objection, vague,

14        ambiguous.

15             You can answer if you

16        understand the question.

17             THE WITNESS:   The only case

18        I'm aware of where that's been

19        done was with the Prius when it

20        was first launched.

21   BY MR. PITRE:

22          Q.    Do you know whether Toyota

23   Financial Services, as part of its

24   business, insures the residual value of

25   its leases?

Ernest Bastien

43

1              MS. DAWSON:  Object to the
2         form of the question.  I also
3         think, Frank, you're getting a
4         little bit beyond the scope of
5         this deposition.
6              MR. PITRE:  Okay.
7    BY MR. PITRE:
8         Q.   If you had to speak to
9    somebody about Toyota's leasing
10   activities, who, to the best of your
11   knowledge, would you go to?
12             MR. ARYA:  Objection, vague
13        and ambiguous as to Toyota's
14        leasing activities.
15             You can answer if you
16        understand the question.
17             THE WITNESS:  Someone in
18        Toyota Financial Services.
19   BY MR. PITRE:
20        Q.   Does Toyota Motor Sales
21   involve itself in leasing activities?
22        A.   I don't understand the
23   question.
24        Q.   Sure.
25             Does Toyota assist dealers

Ernest Bastien

44

1    with leasing of its vehicles?  And by

2    that I mean Toyota Motor Sales.

3           A.    Toyota Motor Sales will

4    partner with Toyota Financial Services

5    and offer lease support usually in the

6    form of rate support.

7           Q.    And what division or

8    department of Toyota Motor Sales is

9    involved with that activity?

10          A.    The incentives group.

11          Q.    What?

12          A.    The incentives group.

13          Q.    Incentives group.

14                And where is that incentives

15   group located?

16          A.    Second floor of Toyota Motor

17   Sales.

18          Q.    In Torrance?

19          A.    Yes.

20          Q.    Who is the head of that

21   group?

22          A.    It is part of the marketing

23   department.  The individual that does a

24   lot of the calculations is Blake

25   Sturrock.

Ernest Bastien

45

```
 1              Q.     How do you spell the last
 2       name?
 3              A.     S-T-U-R-R-O-C-K.
 4              Q.     So, if I had a chart in
 5       front of me, on top I would put the
 6       marketing group, and then right
 7       underneath it I'd have an incentives
 8       group?
 9              A.     Yes.
10              Q.     Now, you said that they
11       partnered with Toyota Financial Services.
12       Do you know who at Toyota Financial
13       Services is involved in that partnering
14       arrangement for leases?
15              A.     I don't know.
16              Q.     But to the best of your
17       knowledge, it would be somebody within
18       TFS that's located here in Torrance?
19              A.     Yes.
20              Q.     Let's go back.
21              Is there a particular
22       department or division within Toyota
23       Motor Sales that is involved with sales
24       activity different from marketing?
25              A.     I don't understand the
```

Ernest Bastien

46

1    question.

2         Q.    What does Toyota Motor Sales

3    do?

4         A.    Toyota Motor Sales is

5    involved in the sales and distribution

6    and marketing of Toyota and Lexus and

7    Scion products.

8         Q.    Okay.

9               You used three terms.  You

10   used sales, distribution and marketing,

11   correct?

12        A.    Yes.

13        Q.    Is there a sales division

14   within Toyota Motor Sales?

15        A.    There's a division for

16   Toyota.

17        Q.    So, there's a Toyota sales

18   division?

19        A.    Yes.

20        Q.    What vehicles does that

21   entail?

22        A.    The general manager for the

23   Toyota division oversees Scion.  I

24   believe we have a chart here.  He has a

25   vice president of sales reporting to him,

Ernest Bastien

47

1    the vice president of Scion, a vice

2    president for customer retention.  He has

3    a vice president from one of our regional

4    offices that reports directly to him, and

5    he has a group vice president of

6    marketing.

7            Q.    So, at least in terms of the

8    Toyota sales division, do I understand

9    correctly that the marketing department

10   falls under sales?

11           A.    Yes.

12           Q.    All right.

13           A.    Well, he's the group vice

14   president and general manager for the

15   division.  So, all the people that I just

16   reviewed report directly to him, and

17   those are functions within the Toyota

18   division.

19           Q.    Okay.

20                 And you will have a chart

21   that lays out who these individuals are?

22           A.    Yes, yes.

23           Q.    Perfect.

24           A.    That's being copied for you

25   right now.

000434

Ernest Bastien

48

1           Q.      Thank you.

2                   Now, is there a separate,

3       what I want to call marketing division

4       within Toyota, separate from what you

5       have just described as part of a Toyota

6       sales division?

7           A.      There's -- the Lexus

8       division has a vice president of

9       marketing as well.

10          Q.      Now, is that under the Lexus

11      sales division?

12          A.      Yes.

13          Q.      So, if I'm looking at my

14      organizational chart, I have Toyota sales

15      division, which includes all the Toyota

16      vehicles plus Scion?

17          A.      Yes.

18          Q.      And then I have various vice

19      presidents of sales, vice president of

20      Scion, vice president customer retention,

21      vice president for the regional office,

22      and a group VP for marketing.  That was

23      all under the Toyota sales division,

24      correct?

25          A.      Correct.

Ernest Bastien

49

1          Q.    And then if I move over to

2     Lexus, there's a Lexus sales division,

3     correct?

4          A.    Correct.

5          Q.    And under Lexis sales

6     division, there's also a vice president

7     of marketing.  Have I got that right so

8     far?

9          A.    Yes.

10         Q.    Any other, what I want to

11    call groups or committees or divisions

12    under Lexus sales?

13         A.    There's the vice president

14    of sales and dealer development.

15         Q.    Anything else?

16         A.    Vice president of Lexus

17    customer services.

18         Q.    Anything else?

19         A.    There's a national manager

20    for Lexus global integration.

21         Q.    Okay.

22               Anything else?

23         A.    No, not directly.

24         Q.    Okay.

25               So, now within Toyota Motor

Ernest Bastien

50

1    Sales you have defined for me a Toyota

2    sales division and a Lexus sales

3    division.  Are there any other divisions

4    within Toyota Motor Sales?

5                    MS. DAWSON:  Object to the

6           form, vague and ambiguous.

7                    THE WITNESS:  There are

8           other operating groups.

9    BY MR. PITRE:

10           Q.    Okay.

11                 And if I understand

12   correctly, the president of Toyota Motor

13   Sales is a James Lentz; is that correct?

14           A.    Yes.

15           Q.    And the vice president is a

16   Bob Daly, D-A-L-Y; is that correct?

17           A.    Bob's title is senior vice

18   president.

19           Q.    How do you spell the last

20   name, sir?

21           A.    Daly, D-A-L-Y.

22           Q.    Okay.

23                 And he's senior VP?

24           A.    Correct.

25           Q.    Now, is there a division

GOLKOW TECHNOLOGIES, INC. - 1.877.370.3377

000437

Ernest Bastien

51

1    within Toyota Motor Sales with the

2    acronym CAD?

3          A.    Yes, the customer services

4    division.

5          Q.    Do you know what this CAD

6    stands for?

7          A.    I'm sorry, I don't recall at

8    this particular time.  It may come to me.

9          Q.    What are the duties and

10   responsibilities, as you understand it,

11   of the customer service division?

12         A.    I'm going to refer to my

13   chart.  There's dealer operations.

14   There's product quality and service

15   support.  There's corporate accessories.

16   There's customer relations.  And there's

17   what we refer to as NAPO, which is the

18   parts operations and parts supply

19   business.

20         Q.    Any other subsections under

21   customer service division?

22         A.    No.

23         Q.    All right.

24               We have our charts, so now

25   we should be able to get through this

Ernest Bastien

52

1    much quicker, so I appreciate it.

2              Do you have a chart amongst

3    all of the charts, and I'm going to put

4    them all back in front of you, the

5    originals at least, that would help

6    explain the Toyota Motor Sales

7    organization and structure?  Is there one

8    or more of these -- those there?  Here

9    are the originals, so you can use those.

10         A.    I would suggest using this

11   one.

12              (Handing over document.)

13        Q.    Okay.

14              And just for the record,

15   that appears to be Exhibit Number 45?

16        A.    45.

17        Q.    Let's see if we can put

18   this, meaning Exhibit 45, on the Elmo so

19   everybody can see it.

20              MR. PITRE:  Evan, once you

21         set up, if you can blow that up a

22         little bit so we can -- great.

23   BY MR. PITRE:

24        Q.    Okay.

25              Exhibit Number 45 has at the

Ernest Bastien

53

1    top the chairman and CEO.  And what is

2    his name, sir, for the record?

3         A.    Yoshimi Inaba.

4         Q.    And underneath, it says,

5    "TMA Management Group."  What is the TMA

6    Management Group, sir?

7         A.    Toyota Motor of America.

8         Q.    And is that a group that's

9    distinct and different from Toyota Motor

10   Sales?

11        A.    Yes.

12        Q.    What does TMA do?

13        A.    It is --

14        Q.    Is there another chart that

15   describes that?

16        A.    Yes.  Exhibit Number 35.

17        Q.    Does that tell us what that

18   group does?

19        A.    Yes.  It's the parent for --

20        Q.    Let's see if we can get 35

21   up on the screen for everybody.

22        A.    It owns Toyota Motor Sales

23   and TEMA.

24        Q.    Okay.

25              Now, you used and introduced

Ernest Bastien

54

1    a new term, TEMA, T-E-M-A.  What is TEMA?

2        A.    Toyota Engineering and

3    Manufacturing.

4        Q.    And what does Toyota

5    Engineering and Manufacturing do?

6        A.    They're involved in the

7    North American manufacturing activities,

8    and there's an organization, Toyota

9    Technical Center, that includes some

10   engineering functions.

11       Q.    Okay.

12            Let's just stop with the

13   three different entities that we've

14   described so far.  TMA, Toyota Motor

15   America.  You've indicated to me that its

16   purpose, as you understand it, is that it

17   owns Toyota Motor Sales and TEMA; is that

18   correct?

19       A.    Yes.

20       Q.    Does it engage in any other

21   activities?

22       A.    It is involved in some

23   public relations and philanthropic

24   activities.

25       Q.    What public relations

Ernest Bastien

55

1     activities?

2              A.     It's handled out of the New

3     York office.  It's the holding company

4     for Toyota US sales and manufacturing

5     units, which we described.  It has

6     offices in Washington, D.C. and New York

7     City.  The functions include government

8     and regulatory affairs, energy,

9     environment, economic research,

10    philanthropy and corporate

11    communications, which is detailed in

12    Exhibit 39.

13             Q.     And just so we have that,

14    let's just put this up on the screen.

15    This is Exhibit Number 39.

16                    At the top it says "United

17    States Operations 2009."  Is that

18    referring to TMA?

19                    MS. DAWSON:  Object to the

20             form of the question, vague and

21             ambiguous.

22                    THE WITNESS:  It refers to

23             the contents of the document.

24    BY MR. PITRE:

25             Q.     Okay.

Ernest Bastien

56

1           A.     Which is Toyota across the
2     United States.
3           Q.     Okay.
4                  Next page says "Toyota
5     Across the United States."
6                  What does that page refer
7     to?
8           A.     There's a key underneath
9     that that details the Toyota sales
10    offices, Lexus and service offices, the
11    financial services offices,
12    manufacturing.  There's also a
13    designation for states where there are
14    suppliers, there are holding companies, a
15    research and development center, a design
16    center and Hino operation or
17    manufacturing facility.
18          Q.     Okay.
19                 Now, when this document says
20    "Toyota Across the United States," is it
21    referring to Toyota Motor Sales, Toyota
22    North America, Toyota Motor America,
23    what?
24                 MR. ARYA:  Objection, vague,
25          ambiguous, no foundation.

000443

Ernest Bastien

57

```
 1            Go ahead and answer if you
 2        can.
 3            THE WITNESS:  In this case,
 4        it refers to multiple entities,
 5        including Toyota Motor Sales and
 6        including TEMA.  And since it also
 7        includes the New York office,
 8        Toyota Motor Corporation owns TMA.
 9   BY MR. PITRE:
10        Q.    All right.
11            So, let's --
12            For example, let's just take
13   the State of California on Page 2 of
14   Exhibit Number 39.  If I'm looking at the
15   legend correctly, it says, "Toyota Sale
16   or Services Office," and I look at
17   California and I see one, two, three,
18   approximately four Toyota Sales and
19   Services offices located in California;
20   is that correct?
21            MR. ARYA:  I'm going to
22        object.  The document speaks for
23        itself.  I think there's five,
24        actually.
25            THE WITNESS:  There's also a
```

000444

Ernest Bastien

58

1          Lexus office.
2     BY MR. PITRE:
3          Q.    So, if I include Lexus, is
4     it your understanding, now having looked
5     at what's in front of you as Page 2 of 39
6     refreshing your recollection, is it your
7     testimony, sir, that there are four
8     Toyota Sales and Service offices in
9     California and one Lexus?
10              MR. ARYA:   The document
11         speaks for itself.   No foundation.
12              Go ahead and answer if you
13         know.
14              THE WITNESS:   There's five
15         Toyota and one Lexus.
16     BY MR. PITRE:
17         Q.    All right.
18              In California, correct?
19         A.    Yes.
20         Q.    Then if I look at the legend
21     with the dollar sign, that's a financial
22     service office, correct?
23         A.    Yes.
24         Q.    And it looks like there is
25     one financial service office in

000445

Ernest Bastien

59

1    California; is that correct?

2           A.    Umm.

3           Q.    Or two, I should say.  One

4    down, it looks like in southern

5    California and one in northern

6    California; is that correct?

7           A.    I see two.

8           Q.    Is that correct?

9           A.    Yes.

10          Q.    And that's your

11   understanding based on your review of

12   this document?

13          A.    Yes.

14          Q.    One is in Torrance.  Where

15   is the other one?

16          A.    I'm not 100 percent sure.

17   It used to be Walnut Creek.

18          Q.    And just based on what

19   you've told me before, Toyota Sales and

20   Service, that falls within the umbrella

21   of Toyota Motor Sales; is that correct?

22          A.    Toyota Sales and Service

23   does fall under Toyota Motor Sales.

24          Q.    All right.

25                And Toyota Financial

Ernest Bastien

60

1   Services you've previously described.

2           Then you have as the next

3   legend, I'm going over to the second

4   column at the top, manufacturing

5   facilities.  It appears, looking at this

6   document, that there are two

7   manufacturing facilities identified in

8   the state of California.  Does that

9   comport with your memory and

10  understanding?

11          A.    There's an update to this.

12  The northern California represents NUMMI,

13  which has subsequently closed down since

14  this report was published.

15          Q.    And is there a new joint

16  venture that Toyota is involved with

17  involving Tesla?

18          A.    I understand there is.

19          Q.    And to your knowledge, has

20  that plant opened yet under that new

21  arrangement?

22          A.    I don't know.

23          Q.    Okay.

24          Is it your understanding

25  there is an arrangement, though, to have

Ernest Bastien

61

```
 1      that manufacturing plant reopened as a

 2      joint venture between Toyota and Tesla?

 3      Is that correct?

 4                  MR. ARYA:   Objection, no

 5            foundation.

 6                  You can answer if you know.

 7                  THE WITNESS:   I only know

 8            what I've seen published in the

 9            media.

10      BY MR. PITRE:

11            Q.    Okay.

12                  When was it closed?

13            A.    I don't recall specifically.

14      I believe it was April, but I'm not

15      positive.

16            Q.    April of this year, correct?

17            A.    Yes.

18            Q.    Prior to that time, it had

19      operated as a Toyota joint venture with

20      General Motors, correct?

21            A.    It was a joint venture

22      between Toyota Motor Corporation and

23      General Motors.

24            Q.    Okay.

25                  And that was operating in
```

Ernest Bastien

62

1    California for some time, correct?

2         A.    Yes.

3         Q.    There's another

4    manufacturing facility also located in

5    California in southern California,

6    correct?

7         A.    Yes.

8         Q.    And is that still in

9    existence?

10        A.    Yes.  That refers to Toyota

11   Auto Body and is detailed, I believe, in

12   one of these documents.  It's detailed in

13   this document, and there's probably a

14   reference in the one we're working off

15   now, but 38, I'm sorry, there aren't

16   pages, but TABC, Inc. is located in Long

17   Beach, California.  That was the first

18   North American manufacturing plant.

19        Q.    And it is referred to as

20   TABC, Inc.?

21        A.    Yes.

22        Q.    And what business or what

23   vehicles are manufactured at TABC, Inc.?

24        A.    TABC, Inc. is a subsidiary

25   of TEMA.  It produces sheet metal

Ernest Bastien

63

1    components, steering columns, catalytic

2    converters, coated catalytic substrates,

3    weld sub-assemblies for Toyota's North

4    American manufacturing facilities and for

5    export to Japan.

6         Q.    Can you please tell me, is

7    that part of Exhibit 39 that you are

8    referring to?

9         A.    Actually, 38 in this case is

10   what I'm working from.

11        Q.    Exhibit 38?

12        A.    Yes.

13        Q.    And how many pages in are

14   you when you just referred to that?

15        A.    It is towards the back.  It

16   is about two-thirds in.  There's not a

17   page number.

18        Q.    Going back to Exhibit Number

19   39, Page 2, if you'd be so kind.  You

20   were talking about manufacturing

21   facilities in California, and we've

22   talked about two.

23             Going down my little legend

24   here, there also appears to be a research

25   and development center in California; is

000450

Ernest Bastien

64

1    that correct, sir?

2          A.    There's an office there

3    that's part of TEMA.

4          Q.    That's an office, and where

5    is that office located, to the best of

6    your knowledge?

7          A.    I'm sorry, I'm going to

8    correct myself.  I believe that refers to

9    Calty Design.

10          Q.    Calty Design?

11          A.    Yeah.

12          Q.    And what business is carried

13    on at Calty Design?

14          A.    It is a styling studio.

15          Q.    And where is that particular

16    design center located or office?

17          A.    Newport Beach.

18                I'm sorry.  I see that

19    referred to separately here as the light

20    bulb.  So, the design center is Newport,

21    Calty.

22          Q.    Okay.

23          A.    And I was correct the first

24    time when I said that it was an office

25    for TEMA, the research and design center.

Ernest Bastien

65

1      I apologize.

2              Q.     That's okay.

3                     So, just to clarify this,

4      the light bulb refers to the design

5      Calty?

6              A.     That's Calty.

7              Q.     All right.

8                     And that's located in

9      California at Newport Beach, correct?

10             A.     Newport Beach.

11             Q.     Then you have another legend

12     for research and the development center,

13     which you said was an office.  That is

14     also located in southern California,

15     correct?

16             A.     Yes.

17             Q.     What business or activity

18     goes on there at the research and design

19     office -- excuse me, research and

20     development office?

21             A.     I'm not exactly sure of the

22     full activities there.

23             Q.     Do you know whether any

24     research on brake override systems is

25     conducted there?

Ernest Bastien

66

1           A.      I don't.

2           Q.      Do you know whether any

3    research on electronic throttle control

4    systems is done there?

5           A.      I don't.

6           Q.      Do you know who is in charge

7    of that particular office?

8           A.      I know that it is part of

9    the TEMA office and it reports to the

10   Kentucky office, maybe through the Ann

11   Arbor office.

12          Q.      There is another, looking at

13   this legend again, focusing in on

14   California, there is a Hino operation or

15   manufacturing facility that looks like it

16   is also located in southern California;

17   is that correct?

18          A.      Yes.

19          Q.      And what is the relationship

20   between the Hino operation and

21   manufacturing facility and Toyota?

22              MS. DAWSON:   Object to form.

23   BY MR. PITRE:

24          Q.      And here I'm using it

25   broadly.

Ernest Bastien

67

1              MS. DAWSON:  Object to the

2         form of the question.  It is

3         beyond the scope of the notice as

4         stated.  The witness is not

5         designated to testify regarding

6         supplier relationships.

7              MR. PITRE:  I understand.

8    BY MR. PITRE:

9         Q.    Help me out, sir.  You

10   brought this document with you, and I

11   guess you spent some time.  But when it

12   says "Toyota Across the United States"

13   and it says "Hino Operation or

14   Manufacturing Facility," do you know what

15   relationship Hino has with Toyota?

16        A.    I'll refer to the document

17   that you have further back.

18        Q.    Okay.

19              Same document, 39?

20        A.    Same document.  I'm sorry.

21   I don't have a page number.

22        Q.    Let's just see if we can

23   count how many pages back.

24        A.    On the fourth one back.

25        Q.    Can you hold it up for us so

000454

Ernest Bastien

68

1     I can take a look at it?

2          A.     Sure.

3                 (Witness complies.)

4          Q.     Okay.

5                 What does it say at the top?

6          A.     The "Manufacturing and

7     Engineering," and the first one at the

8     top is "Toyota Motor Engineering &

9     Manufacturing North America."

10         Q.     Okay.

11                So, we are still within

12    Exhibit 39, and we are at the document at

13    the top that says "Manufacturing and

14    Engineering," correct?

15         A.     Yes.

16         Q.     And then how far down are

17    you on that same document?

18         A.     Four up from the bottom.

19         Q.     Okay.

20                "Hino Motors Manufacturing

21    USA," and it says, at least over on the

22    right-hand corner, "A consolidated

23    subsidiary of Toyota."

24                Is that your understanding,

25    sir?

Ernest Bastien

69

1          A.     My understanding is that

2     would be Toyota Motor Corporation.

3          Q.     Okay.

4                 And apparently it's

5     described as being involved in

6     manufacturing activities involving

7     assemblies of trucks; is that correct?

8          A.     Yes.

9          Q.     All right.

10         A.     Those would be medium duty

11    trucks.

12         Q.     So, in terms of California,

13    have we now covered all the activities

14    that are at least identified on Page 2,

15    Exhibit 39, where Toyota Motor Sales,

16    TEMA, TMA, and in the last instance,

17    Toyota Motor Corporation, are involved?

18              MS. DAWSON:  Object to the

19         form of the question.  It's vague

20         and ambiguous.

21              THE WITNESS:  I believe so,

22         according to the chart.

23    BY MR. PITRE:

24         Q.     Okay.

25                Again, going back,

Ernest Bastien

70

1    organizationally.  We got sidetracked

2    with TMA.  And you talked about TMA, and

3    you indicated that it's a holding

4    company, that it owns Toyota Motor Sales.

5    It also owns TEMA.  And then you

6    mentioned the fact that it is involved in

7    public relations out of the New York

8    office; is that correct?

9            A.    Yes.

10           Q.    Now, in terms of public

11   relations, when you used that term, what

12   did you mean "public relations," as it

13   referred to TMA?

14           A.    There's philanthropy.

15           Q.    Anything other than

16   philanthropy?

17           A.    Well, government and

18   regulatory affairs.

19           Q.    Okay.  Now, let's stop

20   there.

21               When you say "government

22   regulatory affairs," what do you mean by

23   that term?

24           A.    The New York office and

25   Washington, D.C. office work with the

Ernest Bastien

71

```
 1    various government agencies that are
 2    involved in the automobile business.
 3         Q.    Does that include lobbying
 4    efforts, to the best of your knowledge?
 5         A.    I don't know.
 6         Q.    To your knowledge, was TEMA
 7    involved most recently with investigating
 8    sudden acceleration events on behalf of
 9    Toyota?
10              MR. ARYA:  Objection, vague
11         and ambiguous as to the use of
12         TEMA, in this instance.
13              MR. PITRE:  I apologize, I
14         misspoke.  That's my fault.
15    BY MR. PITRE:
16         Q.    Based on your knowledge, was
17    TMA involved in discussing with NHTSA
18    incidents of sudden acceleration?
19              MS. DAWSON:  Object to the
20         form of the question.  It's
21         outside the scope of this witness'
22         designations as a 30(b)(6).
23              THE WITNESS:  I don't have
24         personal knowledge of that.
25    BY MR. PITRE:
```

000458

Ernest Bastien

72

1              Q.    Okay.

2                    Who then is the head of TMA,

3      as you understand it?

4              A.    Mr. Inaba.

5              Q.    And can you spell that for

6      me, kindly?

7              A.    I-N-A-B-A.

8              Q.    What is Mr. Inaba's title or

9      position with TMA?  And if you have a

10     chart that would list the hierarchy of

11     TMA, that would be much appreciated.

12             A.    I don't, other than Mr.

13     Inaba, and he's on Exhibit 45.

14             Q.    Okay.

15                   And let's just put that up.

16     Can we just have Exhibit 45?

17                   Now, Mr. Inaba, this is kind

18     of where we started on Exhibit 45.

19     Toyota Motor Sales with Mr. Inaba's name

20     as chairman and CEO of Toyota Motor

21     Sales, and also being part of the TMA

22     Management Group, correct?

23             A.    Yes, sir.

24             Q.    Who else besides Mr. Inaba

25     do you understand is part of the TMA

000459

Ernest Bastien

73

1    Management Group?

2         A.    Dian Ogilvie.

3         Q.    And Dian, and spell Ms.

4    Ogilvie's name, if you'd be so kind.

5         A.    Okay.  I'm not 100 percent

6    sure, so it is D-I-A-N, O-G-I --

7    O-G-L-I-V-Y.

8         Q.    And to the best of your

9    knowledge, does Ms. Ogilvie also work for

10   other Toyota entities, Toyota Motor

11   Sales, TEMA, Toyota Motor Corporation?

12              MR. ARYA:  Objection, vague,

13         as to what you mean by "work for,"

14         but you can go ahead and answer

15         it.

16              THE WITNESS:  Not that I'm

17         aware of.

18   BY MR. PITRE:

19         Q.    Okay.

20              So, now, where is Mr. Inaba

21   located, to the best of your knowledge?

22         A.    He works out of the Torrance

23   office and the New York office.

24         Q.    And where is the New York

25   office, sir?

Ernest Bastien

74

1             A.    It is in Manhattan.  I don't
2    have the exact address.
3             Q.    All right.
4                   And where does Ms. Ogilvie
5    work, what office?
6             A.    Manhattan.
7             Q.    Is there a main office for
8    TMA Management Group?
9             A.    I'm sorry, TMA, the New York
10   office.
11            Q.    And is that, to the best of
12   your knowledge, where all documents
13   concerning the activities of TMA are
14   maintained?
15            A.    I don't know.
16            Q.    To your knowledge, does the
17   TMA Management Group conduct regular
18   meetings?
19            A.    I'm not involved.  I don't
20   know.
21            Q.    To your knowledge, is there
22   an organizational chart that would
23   describe who is part of the TMA
24   Management Group?
25            A.    I think there is, but I

Ernest Bastien

75

1    don't have it.

2          Q.    Do you know who the person

3    who is the custodian of all records for

4    the TMA Management Group is?

5          A.    I don't know.

6          Q.    If you would be so kind,

7    there may be a document that may be able

8    to assist us in understanding TMA a

9    little better.

10         A.    Okay.

11         Q.    And if you would be kind

12   enough to go to Exhibit 40.

13              MR. PITRE:  If you would put

14         Exhibit 40 up, please.

15              Can you focus that?

16   BY MR. PITRE:

17         Q.    This is a chart, Exhibit 40

18   that at the top says "Toyota Motor North

19   America Inc."

20              Is that different from TMA?

21         A.    I'm sorry.  I don't know the

22   explanation for that.

23         Q.    Do you know what Toyota

24   North America is?

25         A.    We used to refer to the New

Ernest Bastien

76

1    York office as Toyota Motor North

2    America.  So, I don't know what that's

3    referring to on this chart.

4         Q.    Based on your experience in

5    having worked for Toyota Motor Sales for

6    some 28 years, what was your

7    understanding of what Toyota North

8    America was?

9         A.    Prior to the --

10             MS. DAWSON:  Object to the

11        form of the question.  I just want

12        to make sure I'm clear.  You are

13        saying Toyota North America versus

14        Toyota Motor North America?

15             MR. PITRE:  Well, okay.

16        Here's what I'm trying to do.

17             MS. DAWSON:  Okay.

18   BY MR. PITRE:

19        Q.    We have seen a designation

20   on materials called TMA; is that correct,

21   sir?

22        A.    Yes.

23        Q.    And we've seen at least

24   something that's called, you said a TMA

25   group.  Now we're looking at Exhibit 40,

000463

Ernest Bastien

77

1   and at the top it says "Toyota Motor
2   North America, Inc."
3            My first foundational
4   question to you was, sir, do you know
5   whether Toyota Motor North America, Inc.
6   is the same as TMA?  And I believe your
7   answer was you don't know.
8            Have you seen anything to
9   refresh your memory since the last set of
10  questions?
11       A.    Again, Toyota Motor North
12  America is referenced in this document,
13  which was -- we were working off of.
14       Q.    Exhibit 39?
15       A.    Can I see the front, please?
16       Q.    (Indicating.)
17       A.    Yes.
18       Q.    Okay.
19            So, I'm on Exhibit 39, and
20  now we're going over to what page or
21  pages, sir?
22       A.    Fifth one.
23       Q.    Let's see if we can't help
24  you out.  Look at Exhibit 41, sir.
25       A.    Okay.

000464

Ernest Bastien

78

```
 1            Q.     Sir, I've placed before you
 2     Exhibit 41.   Now, what is Exhibit 41 for
 3     us?
 4            A.     It's another chart that I
 5     already previously described as a
 6     complementary chart to the organization
 7     for North America.
 8            Q.     All right.
 9                   Now, at least on this chart
10     that you brought with you, there on the
11     left-hand column are the initials TMA?
12            A.     Yes.
13            Q.     Correct?
14            A.     Yes.
15            Q.     And then right next to it it
16     says "Toyota Motor North America, Inc.,"
17     correct?
18            A.     Right.
19            Q.     Now, does this help refresh
20     your memory that TMA and Toyota Motor
21     North America, Inc. are one and the same?
22            A.     Based on these documents and
23     the fact that I had already mentioned
24     that we referred to the New York office
25     as Toyota Motor North America, I would
```

Ernest Bastien

79

1      say yes.

2                  Q.    All right.

3                  MS. DAWSON:  Frank, you've

4            been going for about an hour.

5                  MR. PITRE:  Sure.  Take a

6            break, yeah.  What I'm going to

7            try to do is, in the break, I'm

8            going to see if I can't get some

9            of these things numbered so we

10           have pages, and that might help us

11           in referring to things.  Okay?

12           So, give me about ten minutes.

13                  THE VIDEOTAPE TECHNICIAN:

14           We're off the record.  The time is

15           10:21.

16                        -   -   -

17                  (Whereupon, a recess was

18           taken from 10:21 a.m. until

19           10:44 a.m.)

20                        -   -   -

21                  THE VIDEOTAPE TECHNICIAN:

22           We're on the record.  The time is

23           10:44.

24     BY MR. PITRE:

25                  Q.    Sir, we're just back from a

Ernest Bastien

80

1    break, and I've placed before you Exhibit

2    35.  Do you have that in front of you,

3    sir?

4            A.    I do.

5            Q.    Now, you've previously

6    described this as a chart that you had

7    reviewed and made some handwritten notes

8    on; is that correct, sir?

9            A.    I did.

10           Q.    And is the handwriting

11   reflected on Exhibit 35 all your

12   handwriting?

13           A.    Yes.

14           Q.    And you had an opportunity

15   to review this chart before you came here

16   to testify; is that true?

17           A.    Yes.

18           Q.    Now, at the very top it says

19   "Toyota Motor North America, Inc.

20   Organization Chart As of March 31, 2010."

21                Did I read that accurately?

22           A.    Yes.

23           Q.    Now, over on the left-hand

24   side, there is a legend.  Do you see

25   that, sir?

Ernest Bastien

81

1          A.    Yes.

2          Q.    It says, "Entities included

3    in TMA combined financials."

4                Do you see that?

5          A.    I do.

6          Q.    And it appears to have some

7    dark lines around that, correct?

8          A.    Yes.

9          Q.    Now, below that there appear

10   to be some boxes with dark lines, and the

11   first one I see, left-hand side, is an

12   entity that has the acronym CAPTIN.   Do

13   you see that, sir?

14         A.    Yes.

15         Q.    What is CAPTIN?

16         A.    It is a manufacturing

17   facility in Canada that builds wheels.

18         Q.    Do you know what CAPTIN

19   stands for?

20         A.    It is Canadian Auto Parts

21   Toyota, Inc.

22         Q.    And is it your understanding

23   from this chart that Toyota Motor North

24   America owns 100 percent of that Canadian

25   group?

Ernest Bastien

82

1          A.     I don't know for sure.

2          Q.     Do you know what the number

3    100 percent under CAPTIN means?

4          A.     I don't, because the line

5    intersects above TMA and appears to refer

6    to TMC, but I do see the note that they

7    are "Combined TMA financials."  So, I

8    don't know.

9          Q.     So, at least from looking at

10   this document, you are confused as to

11   whether CAPTIN is part of TMA or TMC?

12         A.     I'm not 100 percent sure.

13         Q.     All right.

14                But you would agree with me

15   that at least the bold line on this

16   document refers to an entity that is

17   included in a TMA combined financial?

18         A.     Excuse me.  Yes.

19         Q.     All right.

20                And, again, TMA stands for

21   Toyota Motor North America Inc., correct?

22         A.     Yes.

23         Q.     All right.

24                Then I go over to the next

25   box, and there is an acronym TMMC.  Do

Ernest Bastien

83

1     you see that, sir?

2            A.    I do.

3            Q.    What does TMMC stand for?

4            A.    Toyota Motor Manufacturing

5     Canada Inc.

6            Q.    What business or activity

7     does TMMC perform?

8            A.    There are two manufacturing

9     facilities, one in Cambridge and one in

10    Woodstock, Ontario.

11           Q.    Did you say Ontario, sir?

12           A.    Ontario, Canada.

13           Q.    And you understand them to

14    be manufacturing facilities?

15           A.    Yes.

16           Q.    And are you coming to that

17    from reviewing another document that you

18    have?

19           A.    I am.

20           Q.    And what exhibit number

21    would that be, sir?

22           A.    It's -- sorry.  It's 39.

23           Q.    Exhibit 39.

24                 And can you just hold up the

25    page so we can see what you are referring

Ernest Bastien

84

1    to?

2            A.    Toyota in Canada.

3    (Indicating.)

4            Q.    Where it refers to "Toyota

5    in Canada" on Exhibit 39; is that

6    correct, sir?

7            A.    Yes.

8            Q.    Thank you.  All right.

9                  Now, going over across, we

10   see a line that says, again, in the same

11   bold box "TMA."  Again, that's Toyota

12   Motor North America, correct?

13           A.    Yes.

14           Q.    And then going across, there

15   is another bold box with the acronym

16   TDPR.  What does that refer to, sir?

17           A.    That's Toyota Puerto Rico.

18           Q.    And what activities does

19   Toyota Puerto Rico conduct?

20           A.    The sale and distribution of

21   Toyota vehicles and Lexus vehicles.

22           Q.    And to your knowledge, is

23   that a subsidiary of Toyota Motor North

24   America?

25           A.    It's complicated, and I'm

000471

Ernest Bastien

85

1     not sure I can describe the exact nature.

2     At one time, TMC managed Toyota Puerto

3     Rico directly as a distributor.  And at

4     some point in the not too distant past,

5     TMS became responsible to manage it.  And

6     so you see there's the 100 percent

7     preferred stock for Puerto Rico, and,

8     again, I'm not sure how to interpret the

9     line which goes to TMC, but also TMS has

10    some ownership with common stock, if

11    you'd look down below where it --

12               MR. ARYA:  I'm sorry, you

13          said what?  Say that again.

14               THE WITNESS:  TMS has some

15          ownership of common stock.

16    BY MR. PITRE:

17          Q.    In Toyota Puerto Rico?

18          A.    Right.  And the distribution

19    or the values, I don't know.

20          Q.    Is TMS still involved in

21    managing Toyota Puerto Rico?

22          A.    Yes.

23          Q.    What management activities

24    does TMS perform for Toyota Puerto Rico?

25          A.    We provide support activity

000472

Ernest Bastien

86

1   for distribution and planning.  We

2   provide consulting in terms of brand

3   image.  There's an office down there

4   that's primarily responsible for the

5   relationships with the dealers and the

6   day-to-day activities.

7          Q.     Any other services performed

8   by TMS that you can recall?

9          A.     Not that I'm aware of.

10         Q.     Going back to CAPTIN for a

11   second.  Does Toyota Motor Sales perform

12   any services for what I'll call CAPTIN?

13         A.     Not that I'm aware of.

14         Q.     Does Toyota Motor Sales

15   perform any services for TMMC?

16         A.     Toyota Motor Sales

17   distributes vehicles built at TMMC.

18         Q.     What kind of relationship?

19   When you say they distribute vehicles,

20   what do they do?

21         A.     We schedule production with

22   them, purchase the vehicles and

23   redistribute them to Toyota dealers in

24   the United States.

25         Q.     Does TMS do that directly

Ernest Bastien

87

1    with TMMC or does it deal with TMMC

2    through an intermediary or distributor?

3            A.    I don't know that detail.

4            Q.    Who within TMS would know

5    that detail?

6                  MR. ARYA:  No foundation.

7            Calls for speculation.

8                  You can answer if you know

9            the answer.

10                  THE WITNESS:  Given that

11           it's financial in nature, perhaps

12           somebody in finance.

13   BY MR. PITRE:

14           Q.    When you say "in finance,"

15   is that somebody in a finance division or

16   department of TMS?

17           A.    Yes.

18           Q.    So, there is a finance

19   department within TMS which is different

20   from finance or financial services

21   performed by TFS, Toyota Financial

22   Services; is that true?

23           A.    Correct.

24           Q.    Now, I'm going down the

25   organizational structure, and just before

Ernest Bastien

88

1    I go down to the next line, there is a

2    square that is not in a bold box, NUMMI.

3    You have talked about NUMMI before,

4    correct?

5            A.    Yes.

6            Q.    Does TMS provide any

7    services, to the best of your knowledge,

8    for NUMMI while NUMMI was in existence?

9            A.    Toyota Logistic Services had

10   a yard there.  So, once the vehicles

11   exited the yard, they would be staged for

12   distribution there.

13           Q.    What is Toyota Logistic

14   Services?

15           A.    It is a logistics company.

16   It is on the left-hand side of that

17   chart, the far left-hand side, below TMS

18   under "US Subsidiaries," second box down.

19           Q.    TLS?

20           A.    TLS.

21

Ernest Bastien

89



000476

Ernest Bastien

90



Ernest Bastien

91



GOLKOW TECHNOLOGIES, INC. - 1.877.370.3377

000478

Ernest Bastien

92



Ernest Bastien

93



000480

Ernest Bastien

94



000481

Ernest Bastien

95

6        Q.      What document?

7        A.      39.

8        Q.      And you're referring to

9    Exhibit 39, and you're referring to Page

10   3; is that right?

11       A.      Page 5.

12       Q.      Page 5.

13               That falls under the

14   number -- falls under the category

15   "Toyota Motor North America."  Is that

16   the one you're referring to?

17       A.      Yes.  So it shows both

18   offices with an employment of 100 on the

19   far right.

20       Q.      I see.

21               Offices in New York City and

22   Washington, D.C.?

23       A.      Correct.

24       Q.      Now, right next to it on

25   that same page, it looks like Toyota

000482

Ernest Bastien

96

1    Motor North America was first established

2    in 1996; is that correct?

3        A.    I'm sorry.  I can't say for

4    sure.  The New York office existed prior

5    to that time.

6        Q.    So, based on at least this

7    chart, it is your understanding that

8    Toyota Motor Sales had been in existence

9    since about, what, 1957?

10       A.    Over 50 years ago, yes.

11       Q.    1957.

12             And in 1957, the only

13   organization that existed in the U.S., to

14   your knowledge, based on your experience,

15   was Toyota Motor Sales, correct?

16       A.    In 19 --

17             MS. DAWSON:  Object to the

18             form of the question, lack of

19             foundation.

20             MR. ARYA:  Objection.  And

21             that it misstates prior testimony.

22             BY MR. PITRE:  Let me

23             rephrase.  I agree.  Bad question.

24   BY MR. PITRE:

25       Q.    In 1957, in terms of sales,

Ernest Bastien

97

1    marketing, distribution, are you aware of

2    any other Toyota entities that were

3    involved in those activities in the

4    United States or in North America?

5             MS. DAWSON:  Object to the

6         form of the question.

7             THE WITNESS:  I have no

8         understanding of what the

9         organization looked like in 1957.

10   BY MR. PITRE:

11        Q.   When you first joined, it

12   would have been, what, about 1980?

13        A.   '82.

14        Q.   All right.

15             In 1982, there was a Toyota

16   Motor Sales clearly.  You were employed

17   by them, right?

18        A.   Yes.

19        Q.   Was there a Toyota North

20   America?

21        A.   At some time during the

22   first four years I was employed by the

23   company, I had an occasion to visit the

24   New York office, which, at that time, we

25   referred to as Toyota North America.  So,

GOLKOW TECHNOLOGIES, INC. - 1.877.370.3377

000484

Ernest Bastien

98



1   what the role of that office was or what

2   it did, I don't know.

3         Q.    Other than Mr. Inaba, who

4   else would know about Toyota Motor North

5   America Inc.?

6         A.    Dian.

7

Ernest Bastien

99



GOLKOW TECHNOLOGIES, INC. - 1.877.370.3377

000486

Ernest Bastien

100

12          So now I'm going down back

13     on Exhibit 35.  Do you have that in front

14     of you, sir?

15          A.     Okay.   Yes.

16          Q.     Right under TMA, there is a

17     little line in a bold box called TMPS.

18     What does TMPS stand for?

19          A.     Toyota Motor Personnel

20     Services.

21          Q.     What do they do?

22          A.     It is an office in Fremont,

23     California that supported the immigration

24     activities for TMC associates that came

25     to work at the production facilities.

Ernest Bastien

101

1        Q.    When you say it "supported

2    the immigration activities," what does

3    that mean in layman's terms?

4        A.    They provided support to

5    make sure these people had the

6    appropriate documents to come work in the

7    United States.

8        Q.    So, these would be foreign

9    laborers who would come and work in the

10   Fremont plant?

11       A.    No, I believe it is more

12   broad than just the Fremont plant.  They

13   happen to be headquartered there, but the

14   TMC provides a strong contingent of

15   manufacturing assistance people.

16       Q.    So, if I understand this

17   correctly, the headquarters for TMPS was

18   in Fremont, California?

19       A.    That's my understanding.

20       Q.    And the services included

21   making sure that people from Mexico who

22   desired to work in Toyota manufacturing

23   plants would have the correct legal

24   documentation to do so?

25       A.    No.  I'm sorry if that

000488

Ernest Bastien

102

1    wasn't clear.  We're talking about

2    Japanese --

3          Q.     Japanese.

4                 So let me --

5          A.     -- who trained managers and

6    experts to come work at the manufacturing

7    facilities.



000489

Ernest Bastien

103



23        Q.    Okay.

24              So now let's go down over to

25        the left-hand side, and there's a box

Ernest Bastien

104

```
 1    that says "TMS."

 2               Do you see that, sir?

 3          A.    Yes.

 4          Q.    That refers to Toyota Motor

 5    Sales, correct?

 6          A.    Yes, it does.

 7          Q.    Now there's an asterisk by

 8    that.  Do you know what the asterisk

 9    designates?

10          A.    I don't.

11          Q.    If I look down at the box at

12    the bottom, there's a little box that

13    says "Entities which have an IFEM

14    submission."

15               Do you see that, sir?

16          A.    I do.

17          Q.    What is an IFEM submission?

18          A.    I'm sorry.  I wasn't able to

19    determine that.

20          Q.    Do you know who prepared

21    this chart?

22          A.    I don't.

23          Q.    Do you know what department

24    it came from?

25          A.    I don't.
```

000491

Ernest Bastien

105

1          Q.     In the corner, it says "TMS

2     Confidential."

3                 Is that your understanding,

4     that this document or chart was at least

5     prepared by somebody from TMS?

6          A.     Yes.

7          Q.     And is there somebody at TMS

8     that is responsible for organizational

9     charts, diagrams, records?

10         A.     There are organizational

11    charts maintained.  They are updated

12    through the human resources department

13    and the individual departments.  I don't

14    know that that would be the case for this

15    particular chart, because it extends

16    beyond TMS.

17         Q.     Do you know whether --

18    strike that.

19                Is there somebody who is

20    responsible at TMS for coordinating their

21    activities with Toyota Motor North

22    America?

23                MS. DAWSON:  Objection to

24         the form of the question.

25                MR. ARYA:  Objection.

Ernest Bastien

106

1           MS. DAWSON:  It's vague and

2      ambiguous.

3           THE WITNESS:  I don't

4      understand the question.

5  BY MR. PITRE:

6           Q.   Okay.

7                I'm just trying to figure

8  out, when it says "TMS Confidential."

9  Does that stamp come out of a particular

10  office at TMS?

11          A.   I don't know.

12          Q.   So would you know --

13               Based on your years at

14  working at TMS, who would you go to if

15  you wanted to find out what these terms

16  "IFEM" mean as referenced on this chart?

17          A.   I made inquiries at TTC and

18  TEMA, and based on the two individuals

19  that I talked to, I was unable to

20  determine what that reference regards.

21          Q.   Who did you talk to at TTC?

22          A.   At TTC, Bruce Brownlee asked

23  me to talk to Dan Fuchs, F-U-C-H-S.  And

24  Dan referred me to Courtney Roman at

25  TEMA.

Ernest Bastien

1          Q.    Now, Bruce Brownlee, where
2     is he located?
3          A.    He's in Ann Arbor.
4          Q.    And Dan Fuchs?
5          A.    He's in Ann Arbor as well.
6          Q.    And then the individual --
7          A.    Courtney Roman.
8          Q.    Pardon?
9          A.    Courtney Roman is Erlanger,
10    Kentucky.
11         Q.    And none of those
12    individuals could help you?
13         A.    They weren't familiar with
14    it.
15         Q.    There's a number of little
16    entities that are within that gray box,
17    and I guess some of these we'll come to,
18    but we'll come back to that.
19               I'm still under the TMS box
20    on Exhibit 35.  Okay?  Over on the
21    left-hand corner, it says "US
22    Subsidiaries."
23               Can you just go through,
24    what are the U.S. subsidiaries that are
25    listed there?

Ernest Bastien

108

1        A.     Okay.  I'm going to also use

2   Exhibit Number 36 to assist me in that.

3        Q.     Number 36?  Very good.  Go

4   ahead.

5        A.     So, TMSMI is Toyota Mexico

6   Investment Inc.

7        Q.     There's a little checkmark

8   by that and it says "Investments."  Why

9   did you put that checkmark there?

10       A.     Because when I was going

11  through the chart, I wasn't familiar with

12  the company, so, it was a reminder for me

13  to call.

14       Q.     And then you wrote the word

15  "Investments."  Can you please tell me

16  what was your purpose in writing down

17  "Investments" next to TMSMI?

18       A.     Once I had determined that

19  it was TMS Mexico Investments, I had

20  concluded that it was an investment

21  holding company.

22       Q.     Investment holding company

23  for which entity, TMS?

24       A.     I think it's -- well, again,

25  I'm not 100 percent sure, but it is a US

109

1    subsidiary of TMS that was formed to

2    assist in the development of the Mexican

3    market.  What it holds, how those

4    investments are held, I don't know.

5            Q.    Now, obviously there are

6    percentages here, 100 percent, 20

7    percent, 6.7 percent.  Is there a

8    department at TMS that is responsible for

9    maintaining files regarding the ownership

10   interests of TMS in the various entities

11   that are listed?

12           A.    I don't know.

13           Q.    In terms of your

14   preparation, did you try to determine who

15   at TMS was most knowledgeable about the

16   investment activities of TMS in the

17   organizations and subsidiaries that are

18   listed?

19           A.    I did not.

20           Q.    All right.

21                 Again, using Exhibit 36 and

22   35, what is TLS?

23           A.    Toyota Logistic Services.

24           Q.    And you've described those

25   before.  Where is TLS headquartered?

000496

Ernest Bastien

110

1            A.     I believe Torrance.

2            Q.     Okay.

3                   And you've previously

4     described what activities they are

5     involved in, right?

6            A.     Yes.

7            Q.     And just for the record, the

8     logistics activities are, what, to

9     coordinate scheduling of production?

10           A.     No.  It is actually the

11    delivery of vehicles to the dealerships.

12           Q.     How does that work

13    physically as you understand it or

14    mechanically?

15           A.     It depends on if it's North

16    American production or import vehicles.

17    If they are import vehicles, they come

18    into a port, the vehicles are off-loaded.

19    TLS takes over as the vehicles are

20    off-loaded and coordinates with Toyota

21    Motor Sales distribution and the regional

22    field office distribution offices in

23    terms of making delivery of those

24    vehicles to the appropriate dealer.

25           Q.     Is TLS in any way involved

Ernest Bastien

111

1      with inspections for quality?

2                  MS. DAWSON:  Object to the

3           form of the question, vague and

4           ambiguous.

5                  THE WITNESS:  TLS is

6           involved in adding accessories

7           from time to time.  They will also

8           complete predelivery services for

9           fleet cars.  So, there are some

10          activities in terms of prepping

11          the vehicles that they conduct.

12     BY MR. PITRE:

13          Q.    The next entity down is an

14     entity called TRD.  What is TRD?

15          A.    Toyota Racing Division.

16          Q.    Does it do exactly what I

17     think it does, which is involve itself in

18     racing and motor sports?

19          A.    Again, referring to 39, they

20     are headquartered in Costa Mesa.  They

21     build racing engines for NASCAR and they

22     do some related marketing activities.

23     They design, develop and assemble engines

24     for the racing programs.  In addition,

25     support Toyota-sponsored racing teams

Ernest Bastien

112

1    with chassis development and technology.

2           Q.    And you are basically just

3    reading off Exhibit 39 under the section

4    that says "Toyota United States

5    Operations"?

6           A.    Yes.  It's under the

7    "Manufacturing and Engineering."

8           Q.    Thank you.

9                 Next entity I see there --

10   who is head of that division, by any

11   chance, do you know?

12          A.    We have a corporate manager

13   that is involved in the marketing.  He is

14   not a TRD employee.  He's a TMS employee.

15   In terms of who the president is or who

16   is responsible for TRD, I don't recall.

17   I don't know right now.

18          Q.    And the head of TLS, do you

19   know who that is?

20          A.    We have a vice president,

21   Nancy Davies.

22          Q.    And is Nancy Davies part of

23   TMS or is she part of TLS?

24          A.    She works for TLS.  She

25   reports to Randy Pflughaupt, the group

Ernest Bastien

113

1      vice president for sales administration.

2              Q.      Of TMS?

3              A.      Of TMS.

4              Q.      Thank you.

5                      TMSMI, who is the head of

6      that particular group or division or

7      subsidiary?

8              A.      I don't know.

9              Q.      Do you know who that person

10     reports to at TMS?

11             A.      I don't know for sure.

12             Q.      Go down to AirFlite.  Does

13     that deal with air services?

14             A.      I will elaborate on my last

15     question.

16             Q.      Please.

17             A.      Randy Pflughaupt, the group

18     vice president for sales administration,

19     coordinates the TMS activities with

20     regard to Mexico.  I don't know if that

21     would include the investments.

22             Q.      What services does he

23     monitor or perform?

24             A.      The sales performance, the

25     sales and distribution of product.

Ernest Bastien

114

1          Q.    Going down the list, there's
2    AirFlite.  What is AirFlite?
3          A.    Again, specifically AirFlite
4    is headquartered in Long Beach.  It is a
5    "fixed-base operation providing a full
6    range of services for corporate and
7    general aviation at the Long Beach
8    Airport."
9          Q.    Again, it looks like you are
10   just reading from Exhibit 39?
11         A.    That's correct.
12         Q.    And what section?
13         A.    "Sales and Service" under
14   TMS.
15         Q.    TAIL, T-A-I-L, what does
16   that stand for?
17         A.    That's aviation leasing
18   company.
19         Q.    And, again, where is that
20   particular business headquartered?
21         A.    It's, I believe, in Long
22   Beach.
23         Q.    Where is AirFlite
24   headquartered?
25         A.    Long Beach.

115

1          Q.     Does TAIL also perform

2     services for TMC in terms of flying their

3     corporate executives around?

4          A.     I'm not sure.

5          Q.     Now, you have in the column

6     to the right of TMSI, Calty.  You've

7     described them before.  They are a design

8     center; is that correct?

9          A.     Yes.

10         Q.     Located in southern

11    California, correct?

12         A.     Yes.

13         Q.     And they perform various

14    services, you said, for wheel and body?

15         A.     No.  The wheels were for

16    CAPTIN.  There's a description of Calty.

17         Q.     Are you on Exhibit 39 again?

18         A.     I am.  It might be more

19    appropriate to look at 38.

20         Q.     38 says "Toyota Operations

21    in the United States."

22         A.     I think there's a better

23    description for Calty.  So, towards the

24    back, four pages in.

25         Q.     Okay.

Ernest Bastien

116

1          A.     Second paragraph, "Design

2     solutions for Toyota, Lexus and Scion

3     product development...supports...American

4     production design," styling, "including

5     color and trim."

6          Q.     The first sentence says

7     "Calty provides design solutions for

8     Toyota, Lexus and Scion product

9     development."

10               What do you understand that

11     means?

12          A.     TMC has design studios in

13     Asia, Europe and North America, and they

14     are styling studios that compete with

15     product design.   So, they also produce

16     concept vehicles for auto shows and motor

17     shows that the public attends, so, they

18     are conceptual sometimes.

19          Q.     It also mentions that their

20     activities include "Research, advanced

21     design, competitive design, production

22     design."

23               Do they do design or product

24     development outside of body styling?

25          A.     Perhaps some interior

000503

Ernest Bastien

117

1    styling.  It is a styling studio.  They

2    do not do vehicle engineering there.

3           Q.    Next box again says "TI."

4           What is TI?

5           A.    Again, referring to 36, I

6    hope I can find it on here.  I'm sorry.

7    I may not have concluded that entity.

8           Q.    Do you know what that entity

9    is?

10          A.    I don't.  I don't recall

11   finding the --

12          Q.    Is it a part of or

13   associated with TLS, to the best of your

14   knowledge?

15          A.    It's showed as a minority

16   interest in terms of holding, and I'm

17   sorry, I didn't successfully find the

18   explanation for that.

19          Q.    When you say "a minority

20   interest," are you talking about a

21   minority interest of TMS or a minority

22   interest of TLS?

23          A.    TLS.

24          Q.    Going under TMS, big box,

25   "Toyota Dealer Investment Group."

000504

Ernest Bastien

118

```
 1              What is the Toyota dealer
 2    investment group?
 3         A.    That's a subdepartment
 4    within the retail marketing development
 5    group, and they are involved in finding
 6    automotive qualified operators that may
 7    not have the financial wherewithal to
 8    invest in dealerships.  And we provide an
 9    investment buyout mechanism for them to
10    acquire dealerships.  We will also
11    occasionally get involved in real estate
12    transactions for dealerships.
13         Q.    You mean finding a space
14    where they can operate as a Toyota
15    dealership?
16         A.    We may invest in real estate
17    to open a dealership and hold it for a
18    given period of time.  That could be
19    extended, depending on the circumstances.
20         Q.    And when you use the term
21    "we" in reference to that sentence, were
22    you referring to Toyota Motor Sales?
23         A.    I'm referring to Toyota
24    Motor Sales and my department.  This is
25    actually part of my department.
```

Ernest Bastien

119

1          Q.     Your department, again,

2     being?

3          A.     Retail market and

4     development.

5          Q.     As part of your retail

6     market development, are there

7     independently owned Toyota dealers as

8     well as Toyota owned dealers?

9          A.     Well, virtually all of them

10    are independently owned, and even these

11    dealerships are managed independently.

12    We just provide -- we're a preferred

13    stock shareholder, and they buy us out

14    over time.

15         Q.     But do I understand, then,

16    correctly that at least at some point in

17    time, Toyota has a direct investment and

18    owns the dealership and then enters into

19    arrangements where those dealers over

20    time can buy out Toyota's interest?

21         A.     Depending on the

22    circumstances, we'll own roughly 80

23    percent of the preferred stock.   The

24    operator will own 20 percent or 15

25    percent, depending on his wealth, and

000506

Ernest Bastien

120

1    he'll own common stock, which will be

2    converted in terms of buying out the

3    preferred stock over time.

4         Q.    How many dealerships are

5    there in the nation selling Toyota

6    vehicles?

7         A.    1,233 in TMS.  Sometimes

8    you'll see a higher number for the U.S.,

9    which will include Hawaii sometimes, and

10   they have six dealerships.  But we do not

11   supervise them.  They are independently

12   owned.  Just for numerics in the U.S.,

13   comparisons sometimes include their

14   stores.

15        Q.    When you say "independently

16   owned," there are some where Toyota

17   maintains a pretty significant ownership

18   interest, 80 percent?

19        A.    Okay.  Are we talking about

20   dealerships now?

21        Q.    Well, that's what I want to

22   find out.  Dealerships.

23        A.    Okay.  We are participating

24   financially with only one store right

25   now.

Ernest Bastien

121

1          Q.     What does that mean when you
2     say "participate financially"?
3          A.     This TDIG arrangement, where
4     I referred to the preferred stock
5     ownership by TMS or by Trinity.
6          Q.     And as to the other 1,200 or
7     so, what arrangements, if any, are there
8     between TMS and the dealership?
9          A.     Well, even with the
10    dealership that we are an investor in, we
11    have a dealer agreement.
12         Q.     Okay.
13                So, for the rest, there are
14    dealer agreements between TMS and the
15    dealer, the 1,200 or so?
16         A.     Yes.
17         Q.     And any of those agreements
18    also require some kind of a financial
19    assistance to the dealer from Toyota
20    Motor Sales?
21              MS. DAWSON:  Object to the
22         form of the question, vague and
23         ambiguous.
24              THE WITNESS:  No.  The
25         dealerships are independently

000508

Ernest Bastien

122

1           capitalized, except for the case

2           where we are a financial

3           participant with the dealer

4           investment group.

5    BY MR. PITRE:

6           Q.    Of that 1,200, are there

7    arrangements where Toyota Motor Sales

8    owns the real estate on which the

9    dealership sells cars?

10          A.    I don't recall the exact

11   number, but there's maybe three or four

12   places where we own.

13          Q.    And of that 1,200, what

14   percentage are California dealerships for

15   Toyota?

16          A.    Referring to Number 37.

17          Q.    Okay.

18          A.    There are 58 Toyota dealers

19   in San Francisco and 76 in Los Angeles,

20   and that would be roughly 10 percent.

21          MR. PITRE:  Okay.  I think

22          we have to change tapes real

23          quick.

24          THE WITNESS:  Oh, sure.

25          THE VIDEOTAPE TECHNICIAN:

Ernest Bastien

123

1    We're off the record.  The time is

2    11:32.  This is the end of Tape 1.

3         -   -   -

4         (Whereupon, a recess was

5    taken from 11:32 a.m. until

6    11:36 a.m.)

7         -   -   -

8         THE VIDEOTAPE TECHNICIAN:

9    We're on the record.  The time is

10   11:36 a.m.  This is the beginning

11   of Tape 2 in the deposition of

12   Ernest Bastien.

13        Please proceed.

14        MR. PITRE:  Thank you, sir.

15   BY MR. PITRE:

16        Q.   Sir, you were kind enough to

17   refer me to Exhibit 37, and if you could,

18   if you could put that in front of you one

19   moment.

20        A.   (Witness complies.)

21        Q.   What is Exhibit 37?

22        A.   This is a map of the United

23   States, which includes the Toyota regions

24   and private distributors.  In the

25   pre-emphases, it shows the number of

Ernest Bastien

124

1    dealers.

2         Q.    Now, as you understand this

3    chart, there are certain areas that

4    appear very dark, at least on my black

5    and white copy, and it looks like it

6    includes portions of California, Oregon,

7    Washington.  What region is that?

8         A.    Yeah.  I'm sorry.  There's

9    actually -- well, I can probably do most

10   of it from memory.

11        Q.    Let's just do it this way,

12   if you don't mind.

13        A.    Yeah, please.

14             MR. PITRE:  Can we put that

15        up, the color coded one?  This way

16        we can get all the regions down.

17        We're going to put it right up on

18        the screen.

19   BY MR. PITRE:

20        Q.    All right.

21             We're on Exhibit 37, and for

22   the record, we've placed this up on the

23   screen for everybody to see, because it

24   is color coded.  There's an area shaded

25   dark and black.  Can you please tell me

000511

Ernest Bastien

125

1    what that exemplifies?

2          A.    That's our San Francisco

3    region.  California has two.

4          Q.    And then there's one shaded

5    blue.  What is that?

6          A.    The light blue is the Los

7    Angeles region.

8          Q.    Okay.

9                How many regions are there

10   all together, sir?

11         A.    There's ten company owned

12   and two private.

13         Q.    Okay.

14               The two that we just

15   referred to so far, San Francisco and Los

16   Angeles, are those private or company

17   owned?

18         A.    No, those are company owned.

19         Q.    And when you say "company

20   owned," what do you mean by that?

21         A.    Toyota Motor Sales owns

22   them.

23         Q.    When you say they own them,

24   you are referring to all the dealerships?

25         A.    No --

Ernest Bastien

126

1          MR. ARYA:  Objection.  It is

2     vague and ambiguous, but you can

3     clarify.

4          THE WITNESS:  When I first

5     joined the company 28 years ago,

6     the regions were held as

7     independent distributors.  At the

8     time, there were nine owned by

9     Toyota Motor Sales.

10          In the late '80s, the

11     Central Atlantic Toyota was

12     previously known as mid-Atlantic

13     Toyota, and it was private, it was

14     bought out by TMS.  There's still

15     two private distributors,

16     Southeast Toyota, which includes

17     Florida, Alabama, Georgia, North

18     and South Carolina.

19   BY MR. PITRE:

20          Q.    That's the yellow section,

21     just so we have that?

22          A.    Yes.

23          Q.    Okay.

24          So, that's one of the

25     privately owned.

Ernest Bastien

127

1           A.     The other privately owned is

2     Gulf States Toyota, which is in green,

3     and it includes Texas, Oklahoma,

4     Louisiana, Mississippi and Arkansas.

5           Q.     All right.

6                  Now, let's take the last

7     one, green.  What is the name of the

8     distribution -- I guess a distributor,

9     correct?

10          A.     They are privately owned

11    distributors.

12          Q.     What is the name of that

13    distributor?

14          A.     It is Gulf States Toyota.

15          Q.     Got it.

16                 And then the one in yellow,

17    Southeast, you said that was a privately

18    owned distributorship, correct?

19          A.     Yes.

20          Q.     What is the name of that

21    distributor?

22          A.     Southeast Toyota

23    Distributors.

24          Q.     And the dealerships that are

25    part of that distribution network are

000514

Ernest Bastien

128

1    reflected on this chart, Exhibit 37,

2    correct?

3         A.    Yes.   And the dealerships,

4    to make clear, are independently owned.

5         Q.    Got it.

6               And now, if you could, let's

7    take the one in the Gulf states.  Does

8    the distributor have an agreement with

9    Toyota Motor Sales to distribute those

10   automobiles, as you understand it?

11        A.    The distributor does.

12        Q.    What is that called?

13        A.    The distributor agreement.

14        Q.    Where are those documents

15   maintained?

16        A.    I'm not 100 percent sure,

17   but TMS.

18        Q.    Is there a particular

19   department or division within Toyota

20   Motor Sales that is responsible for

21   handling private distributorships?

22        A.    We have an associate

23   assigned to maintain communication and

24   provide input to headquarters with regard

25   to distributor needs and activities.

000515

Ernest Bastien

129

```
 1      That individual is part of the sales

 2      department.  He does not manage the

 3      distributor agreement.  I believe that's

 4      handled by the legal department.

 5              Q.    What is the name of the

 6      associate?

 7              A.    Michael Bevan.

 8              Q.    Spell the last name, please.

 9              A.    B-E-V-A-N.

10              Q.    And he's located out of

11      Torrance?

12              A.    Correct.

13              Q.    And would he be the same

14      individual that would at least, if not

15      manage, because you said he doesn't

16      manage, but he would have certain

17      knowledge of the distributorship

18      agreements for the Southeast, correct?

19              A.    Again, he is not involved in

20      administering the agreement.  He's a

21      conduit of communication between the

22      private distributors and Toyota Motor

23      Sales.

24              Q.    So, what kinds of things

25      would that person become involved in?
```

000516

Ernest Bastien

130

1          A.      If there are dealer meetings

2     in the private distributor areas where

3     they want TMS executive attendance, he

4     would make arrangements.  He would also

5     have discussions with regard to vehicle

6     allocations.  Occasionally, he may get

7     involved in discussions regarding dealer

8     representation.  If there are questions

9     regarding incentive programs or national

10    sales events, he provides the information

11    two ways between them, to them and from

12    them.

13         Q.      Now, if there were questions

14    raised by those distributors as to

15    quality problems, production problems,

16    recalls on certain vehicles, are they

17    handled through that associate or are

18    they handled in another department or

19    division of Toyota Motor Sales?

20              MS. DAWSON:  Object to the

21         form of the question.  It's also

22         beyond the scope of this

23         deposition notice.

24              MR. PITRE:  I think it just

25         deals with the relationship

Ernest Bastien

131

1           between distributors and Toyota

2           Motor Sales and just identifying

3           what departments or divisions.  If

4           you know, let me know.  If you

5           don't know and it is somebody

6           else, you can let me know, too.

7                   MS. DAWSON:  Your questions

8           were asking about specifically

9           recalls and quality issues.

10                  MR. PITRE:  Oh, okay.  Which

11          is somebody else?

12                  MS. DAWSON:  Yes.

13                  MR. PITRE:  Okay.

14     BY MR. PITRE:

15          Q.    We'll move on.

16                Let's go to the other areas

17     other than the privately owned

18     distributorships that you've described.

19                What is the relationship,

20     then, between Toyota Motor Sales and the

21     dealerships that are reflected in the

22     regions on Exhibit 37?

23          A.    We have regional offices

24     in those -- that are responsible for

25     those areas.  We have general managers

Ernest Bastien

132

1     that manage those regional offices.  They

2     have a staff and they have field

3     travelers that provide support to the

4     dealers.

5         Q.    Did you call them field

6     travelers?

7         A.    Field travelers.

8         Q.    Thank you.

9         How many different regional

10    offices does Toyota Motor Sales have?

11        A.    We have ten.

12        Q.    To comport with each of the

13    regions that you have depicted here?

14        A.    Yes.  And then, again, the

15    two private distributors make 12.

16        Q.    Okay.

17        And then you said there were

18    also general managers within those

19    regions?

20        A.    Yes.

21        Q.    Are there 10 for those who

22    are Toyota distributorships?

23        A.    Yes.

24        Q.    And you said there were

25    field travelers.  How many of those are

Ernest Bastien

133

1    there within those that are --

2          A.    It depends --

3          Q.    -- Toyota distributorships?

4          A.    It depends on the size of

5    the region.  Some may have seven.  Some

6    may have 12.  It depends on how many

7    dealers and the geography.

8          Q.    And in terms of those

9    regional offices, do they all have direct

10   reporting responsibilities to Toyota

11   Motor Sales?

12         A.    Yes.

13         Q.    And what department or

14   division within Toyota Motor Sales would

15   that be?

16         A.    The general managers for the

17   regional offices report directly to the

18   vice president of sales.

19         Q.    Who is who currently?

20         A.    Jeff Bracken, B-R-A-C-K-E-N,

21   I believe.

22         Q.    Out of your Torrance office?

23         A.    Yes.

24         Q.    Thank you, sir.

25               That takes care of Exhibit

Ernest Bastien

134

1   37.   I thank you.

2              Going back, if you would be

3   so kind, to Exhibit 35.   On Exhibit 35,

4   we were still under the umbrella TMS, and

5   I'd like to ask you, what is Trinity

6   Automotive?

7        A.    It's the company that we've

8   set up to hold the preferred stock for

9   the investments that we make in

10  independent -- well, in TDIG dealerships.

11       Q.    It is called the T dash DIG?

12       A.    Toyota Dealer Investment

13  Group.  We use the acronym TDIG.

14       Q.    And this TDIG group, is that

15  a group within Toyota Motor Sales?

16       A.    Yes, it is part of my

17  department.

18       Q.    Okay.

19              And are you then the head of

20  this TDIG group?

21       A.    Yes.

22       Q.    So, you would be the person

23  most knowledgeable regarding which

24  dealerships that Toyota has invested in

25  and what amounts, correct?

000521

Ernest Bastien

135

```
 1              MS. DAWSON:  Object to the
 2         form of the question, vague and
 3         ambiguous.
 4              MR. ARYA:  To the extent you
 5         are using person most
 6         knowledgeable.
 7              MR. PITRE:  Yeah, let me
 8         rephrase it.
 9    BY MR. PITRE:
10         Q.    Who would have the most
11    amount of information about what
12    independent dealers are owned by TMS?
13         A.    I communicated earlier
14    there's one.
15         Q.    That's your associate?  Was
16    that the associate you described or is
17    that somebody else?
18              MR. ARYA:  The one
19         dealership.
20              THE WITNESS:  There's one
21         that we have an investment in
22         right now.
23    BY MR. PITRE:
24         Q.    Got it.  Okay.
25              And then the person who had
```

000522

Ernest Bastien

136

1    most of that information is you or

2    somebody else?

3         A.    We have an individual that

4    maintains regular contact with that

5    dealer, and I would suggest that he

6    probably would have the most information.

7         Q.    Okay.  Who is that person's

8    name, please?

9         A.    Richard Green.

10        Q.    Richard Green?

11        A.    Green.

12        Q.    Is there an E on the end of

13   that or just G-R-E-E-N?

14        A.    Sorry, I don't know.  I

15   think it is G-R-E-E-N.

16        Q.    He's, again, out of your

17   Torrance office?

18        A.    Yes.

19        Q.    He reports to you?

20        A.    He doesn't report directly

21   to me.  He reports to a national manager.

22        Q.    National manager of sales?

23        A.    The TDIG group.

24        Q.    TDIG group.

25              And the TDIG group, again,

Ernest Bastien

137

1    is still within the Torrance office,

2    right?

3          A.    Yes.



Ernest Bastien

138



Ernest Bastien

139

13          Q.    Okay.

14                And when you had to ask for

15    help, who did you go to?

16          A.    I contacted Martin Smith in

17    our legal department.

18          Q.    Martin Smith?

19          A.    Yes.

20          Q.    He's at the legal department

21    in Torrance?

22          A.    Yes.

23          Q.    And that would be the same

24    for all of the entities listed here, Gulf

25    Terminal, Transpac; is that correct?

Ernest Bastien

140

1          A.     Correct.

2          Q.     All right.

3                 Now, we are going over to

4     the next column on Exhibit Number 35, if

5     you'd be so kind, where it says, "Joint

6     Venture Limited Liability" -- excuse

7     me -- "Puerto Rican and Mexican Subs."

8          A.     Yes.

9          Q.     What does that refer to?

10         A.     We had discussed previously

11    about Puerto Rico, that TMS provides some

12    supervisory service for Puerto Rico.

13         Q.     Yes, sir.

14         A.     There's a similar sales

15    organization being developed in Mexico,

16    and that's Toyota Motor Sales de Mexico,

17    excuse me.  And TMS MS is a personnel

18    entity that hires employees in Mexico.

19         Q.     For what purpose?

20         A.     We have a sales office down

21    there that provides support services to

22    the dealers similar to the type of

23    service and support we would provide in

24    our regional offices to U.S. dealers.

25         Q.     Does each of these three

000527

Ernest Bastien

141

```
 1      entities listed in this column all have
 2      direct reporting responsibility to TMS?
 3                  MS. DAWSON:   Objection to
 4           the form of the question, vague
 5           and ambiguous.
 6      BY MR. PITRE:
 7           Q.    Go ahead, sir.
 8           A.    Yes.
 9           Q.    What department or division?
10           A.    The sales administration
11      department.
12           Q.    That's out of your Torrance
13      office?
14           A.    Yes.
15           Q.    Who is the head of that
16      department?
17           A.    Randy Pflughaupt.
18           Q.    You've spelled his name
19      before?
20           A.    Yes.  And I'll try and do it
21      again.  It is P-F-L-U-G-H-A-U-P-T.
22           Q.    Thank you, sir.
23           A.    You're welcome.
24           Q.    Let's go over to the other
25      side of things under TEMA.  Do you see
```

Ernest Bastien

142

1    that, sir?

2          A.    Yes.

3          Q.    Just, again, this was the

4    group that was formed, to your knowledge,

5    after 1996.  That's your little

6    handwriting there?

7          A.    Yes.

8          Q.    And that's Toyota Motor

9    North America, correct?

10         A.    Toyota Engineering and

11   Manufacturing America.

12         Q.    Oh, I apologize.  Let's

13   stick on that.  Toyota Engineering and

14   Manufacturing.

15               They're out of Kentucky,

16   right?

17         A.    Headquartered in --

18               MR. ARYA:  Well --

19               MR. PITRE:  Pardon me?

20               MR. ARYA:  Sorry.  Vague and

21          ambiguous.

22               Go ahead and you can

23          clarify.

24   BY MR. PITRE:

25         Q.    Where is TEMA headquartered?

Ernest Bastien

143

1          A.      Headquartered in Erlanger,

2    Kentucky.

3          Q.      Is there some document that

4    would succinctly describe their business

5    or operations?

6          A.      Yes.  Again, referring to

7    39.

8          Q.      Exhibit 39, okay.  I have

9    that, sir.  How many pages in are we

10   going to go?

11         A.      Three from the back.

12         Q.      There's a whole bunch of --

13         A.      Up at the top.

14         Q.      Got it.

15                 "Toyota Motor Engineering

16   Manufacturing North America, Inc." at the

17   top.  I see that.

18         A.      Yes.  And my note is

19   inaccurate.  It was actually consolidated

20   in 2006.

21         Q.      Okay.  Go ahead.

22         A.      You had asked about the

23   responsibilities which are engineering

24   design and development, research and

25   development and manufacturing activities

000530

Ernest Bastien

144

1     in the U.S., Mexico and Canada.

2              Q.     Got it.

3                     Now, over adjacent to the

4     description of its activities that you

5     just read, it says "Headquartered in

6     Erlanger, Kentucky"; is that correct?

7              A.     Yes.

8              Q.     "Major operations in

9     Arizona, California and Michigan."

10                    Do I understand; is that

11    correct?

12             A.     That's what it says.

13             Q.     All right.

14                    Now, when it says --

15                    So, based at least on this

16    document, that's where you got your

17    source of knowledge?

18                    MR. ARYA:  Objection.  That

19             misstates testimony.

20                    You can answer.

21    BY MR. PITRE:

22             Q.     Let's back up.  I apologize.

23    Let's start over.

24                    When you were referring to

25    TEMA, you read the description that

Ernest Bastien

145

1    appears on Exhibit 39 under

2    "Manufacturing and Engineering;" is that

3    correct?

4         A.    I read the description for

5    the responsibilities.

6         Q.    Correct.

7              Now, do you have any

8    knowledge of what their responsibilities

9    are either in addition to or different

10   from what is stated on this document?

11        A.    I would say that's a

12   reasonable summary.  I think it would

13   also be important to note that while they

14   provide support, engineering support and

15   research development for activities here,

16   they do work through TMC with regard to

17   that.

18        Q.    Okay.

19              Do they at all have

20   discussions with anybody at TMS to

21   provide information regarding customer

22   complaints or problems that arise in the

23   field?

24        A.    I'm sorry.  I'm not sure.

25        Q.    When you say you are not

Ernest Bastien

146

1    sure, it would be somebody else within

2    TMS who might be able to answer that?

3         A.    Yes.

4         Q.    Who would you go to if you

5    wanted to find out whether there's any

6    interaction between TMS and TEMA?

7         A.    I'm not sure you would know

8    for sure, but I would maybe start with

9    Bob Waltz.

10        Q.    And Mr. Waltz, he's located

11   in Torrance?

12        A.    Yes.

13        Q.    What department or division,

14   please?

15        A.    He's the vice president for

16   PQSS.

17        Q.    PQSS?

18        A.    Product quality service

19   support.

20        Q.    All right.

21              Now, right to the left of

22   the description of their business

23   activities, it says, "Headquartered in

24   Erlanger, Kentucky."

25              Is there anything about that

Ernest Bastien

147

1    statement that you would either add to,

2    subtract to or contradict?

3              A.    The whole statement?

4              Q.    Just "Headquartered in

5    Erlanger."

6              A.    No.

7              Q.    All right.

8                    Then it says "Major

9    operations in Arizona."  Are there any

10   operations in Arizona, to the best of

11   your knowledge?

12             A.    Well, there is.  I'm not

13   sure I would characterize it as major.

14   It is probably major in investment, but

15   there's a proving ground there.  There's

16   probably not very many people.

17             Q.    And what is the name of that

18   proving ground?

19             A.    Toyota Arizona Proving

20   Ground, TAPG.

21             Q.    By the way, do you know who

22   prepared this document, Exhibit 39?

23             A.    I believe it's prepared from

24   TMA or Toyota Motor North America.

25             Q.    Toyota Motor North America?

Ernest Bastien

148

1          A.    Yes.

2          Q.    And is there a particular

3     department or division that prepares

4     documents like this one?

5          A.    I don't know.

6          Q.    Did you speak to anybody

7     there about Exhibit 39?

8          A.    No.  This -- I did not.

9          Q.    How is it that Exhibit 39

10    came into your possession?

11         A.    The legal team provided it

12    to me.

13         Q.    And by "the legal team," you

14    are referring to the individuals who are

15    here with you today and who you spoke

16    with in preparation, correct?

17         A.    Yes.

18         Q.    So at least you attribute

19    some trustworthiness to the document

20    because it did come from the legal team;

21    is that correct?

22              MR. ARYA:  Objection, vague,

23         ambiguous.

24              You can answer.

25              THE WITNESS:  I'm familiar

Ernest Bastien

149

```
 1              with its existence before they
 2              gave it to me.
 3    BY MR. PITRE:
 4              Q.    Got it.
 5              A.    I just didn't have it in my
 6    possession.
 7              Q.    TMA is a trustworthy source
 8    of information regarding the activities
 9    of TEMA?
10                    MR. ARYA:  Objection,
11              overbroad.
12                    You can answer.
13                    THE WITNESS:  I view them as
14              trustworthy.
15    BY MR. PITRE:
16              Q.    Okay.
17                    So it then says "major
18    operations in Arizona."  You've said
19    there's a proving ground.  Are there
20    operations in California?
21              A.    We've talked about --
22                    MS. DAWSON:  Objection.  I
23              think it mischaracterizes the
24              witness' prior testimony where he
25              said he did not consider it to be
```

000536

Ernest Bastien

150

1          major operations.

2     BY MR. PITRE:

3          Q.    My question is, are there

4     operations in California?

5          A.    There is an office that has

6     staff.  I don't consider it to be major,

7     relative to TMA's.

8               MR. PITRE:  Move to strike

9          as nonresponsive.

10    BY MR. PITRE:

11         Q.    My question simply was, are

12    there operations?  That was either yes,

13    no or explain.

14              MS. DAWSON:  He did testify

15         that there was an office, so...

16    BY MR. PITRE:

17         Q.    Okay.

18               And what goes on there, to

19    the best of your knowledge?

20         A.    I don't know.

21         Q.    Is it part of your

22    responsibility to interact with

23    individuals from TEMA at that office?

24         A.    No.

25         Q.    So, would it be fair to say

Ernest Bastien

151

1    you really don't have any independent

2    knowledge of what activities the TEMA

3    California operation does, other than

4    what you've read so far.  Is that a fair

5    statement?

6              MR. ARYA:  Objection,

7         mischaracterizes testimony.

8              THE WITNESS:  I don't have

9         current interaction, so I wouldn't

10        know the most recent activity

11        there.

12   BY MR. PITRE:

13        Q.    All right.

14              And when you say you don't

15   know, you don't speak to any individuals

16   there as part of your current

17   responsibilities at Toyota Motor Sales;

18   is that true?

19        A.    That's correct.

20        Q.    You don't review any

21   documents that come from that particular

22   office as part of your day-to-day

23   operations; is that true?

24              MR. ARYA:  Vague as to time.

25              Go ahead.

Ernest Bastien

152

```
 1            THE WITNESS:  In my current
 2        responsibilities, no.
 3   BY MR. PITRE:
 4        Q.   And when we use the term
 5   "current," within the last two years,
 6   that's what I meant by "current."  Is
 7   that what you understood?
 8        A.    That's correct.
 9        Q.    So, for the last two years,
10   you have had no contact with anybody
11   there, correct?
12        A.    No.
13        Q.    And you've reviewed no
14   documents from that entity, correct?
15        A.    No.
16        Q.    So, suffice it to say, you
17   really don't have personal knowledge of
18   whether those operations, based on your
19   activities, are major or something less;
20   is that fair?
21            MS. DAWSON:  Object to the
22        form of the question.
23   BY MR. PITRE:
24        Q.    Go ahead.
25        A.    I know that most of the
```

Ernest Bastien

153

```
1     engineers were reassigned to Ann Arbor --
2           Q.    Now, when you say --
3           A.    -- several years ago.
4           Q.    Okay.
5                 When you say "most," let's
6     go back.  How is it that you acquired
7     that information?
8           A.    Because I worked with some
9     of the people that were assigned there as
10    part of my previous assignment.
11          Q.    When was it, sir, that you
12    believed these engineers were reassigned.
13          A.    Very late '90s.
14          Q.    Late '90s.  Okay.
15                And would I be correct in
16    understanding that, at least in the last
17    two years, you don't know whether TEMA
18    had reassigned any engineers there of
19    your own personal knowledge?
20          A.    I acknowledged that already.
21          Q.    Okay.
22                So, your last knowledge of
23    having reassignment occurred in the late
24    '90s; is that true?
25          A.    Yes.
```

000540

Ernest Bastien

154

1               MR. ARYA:   Objection,

2          misstates testimony.

3     BY MR. PITRE:

4          Q.    And was that because you had

5     responsibility directly with dealing with

6     engineers at TEMA who were located in the

7     California office?

8          A.    At the time it was TTC, but

9     yes.

10         Q.    Okay.

11               And when did TTC change to

12    TEMA, to your knowledge?

13         A.    I believe the consolidation

14    occurred in 2006, which is what's

15    reflected here in this document.

16         Q.    All right.

17               And since 2006, would I be

18    correct in understanding that you have

19    had no contact with TEMA?

20         A.    That's correct.

21         Q.    All right.

22               When was this document

23    published, to the best of your knowledge?

24    Because it says "Operations 2009."

25         A.    Down at the bottom, there's

Ernest Bastien

155

```
 1       an asterisk and at least for the page
 2       that we're talking about, the date is as
 3       of December 2008.
 4              Q.    All right.
 5                    So, now let's go back to
 6       TEMA.  There are a number of different
 7       entities listed under TEMA, and the first
 8       one is TMM-K.  What is TMM-K?
 9              A.    That's Toyota Motor
10       Manufacturing Kentucky.
11              Q.    And are you looking at a
12       particular document to assist you in
13       knowing --
14              A.    No, but I will refer to
15       documents for some of these.
16                   MS. DAWSON:  Exhibit 38.
17                   MR. PITRE:  Exhibit 38.
18                   MS. DAWSON:  Would be
19              useful.
20                   MR. PITRE:  Thank you, I
21              appreciate it.
22       BY MR. PITRE:
23              Q.    Can you just hold that up
24       for me, so I'll know exactly which one
25       you've got?
```

000542

Ernest Bastien

156

1           A.      (Witness complies.)

2                   This one right here.

3                   MS. DAWSON:   Third page in

4           begins the TEMA section and the

5           various manufacturing entities

6           under TEMA.

7                   MR. PITRE:   We're going to

8           put that right up on the screen so

9           everybody can see.

10   BY MR. PITRE:

11          Q.      What is the business of

12   TMM-K, sir?

13          A.      Toyota Motor Manufacturing

14   in Kentucky builds Camrys and Venzas,

15   V-E-N-Z-A.

16          Q.      Is it your understanding

17   TMM-K is a subsidiary of TEMA?

18          A.      Yes.

19          Q.      And other than reading from

20   this document, Exhibit Number 38, do you

21   have any independent knowledge of how it

22   is that TMM-K became a subsidiary of

23   TEMA?  Did you review any documents to

24   assist you in remembering that TMM-K was

25   a TEMA subsidiary?

Ernest Bastien

157

1          A.     Other than knowing when the

2    consolidation occurred that TEMA took

3    responsibility for the assembly plants.

4          Q.     And how is it that you

5    became aware of the consolidation?

6          A.     It was news that was made

7    available to us in the company.

8          Q.     So, word of mouth, so to

9    speak?

10          A.     There was a publication that

11    was distributed.

12          Q.     Did TMS distribute that

13    publication?

14          A.     I believe it came through

15    the public relations department.

16          Q.     Okay.

17          And then right underneath

18    that, there's TMM-WV.  Is that West

19    Virginia?

20          A.     Correct.

21          Q.     And, again, is that

22    reflected on Exhibit Number 38?

23          A.     Yes, it is.

24          Q.     Is this the correct page

25    that I'm holding up in my hand?

Ernest Bastien

158

1          A.     Yes.

2          Q.     It indicates that TMM-WV

3    manufactures four cylinder and V6 engines

4    for operations in Indiana and Canada,

5    also automatic transmissions and gears

6    for plants in Kentucky, Indiana and

7    Canada; is that correct?

8          A.     Yes.

9          Q.     And then their address, is

10   that their main headquarters that's

11   located there, address?

12         A.     To the best of my knowledge.

13         Q.     Just so I don't waste any

14   more time, could I literally use Exhibit

15   Number 38 to give me the business

16   description for all of the rest of the

17   entities that are listed under TEMA?

18         A.     Yes.

19         Q.     And would you have any

20   independent knowledge of what business

21   activities that they perform other than

22   what's described in Exhibit 38?

23             MR. ARYA:   Objection,

24         overbroad.

25             THE WITNESS:   Actually, I

000545

Ernest Bastien

159

1          would like to go back to the last

2          question.

3    BY MR. PITRE:

4          Q.    Sure.

5          A.    It may not have explanations

6    for all of these.

7          Q.    Which ones do you think --

8          A.    I don't think --

9          Q.    -- I would not find?

10         A.    I don't think TSSCI is in

11   there, but --

12         Q.    Could I find everybody?

13         A.    TSSCI is a supplier.

14         Q.    Supplier of --

15         A.    It's a supplier support

16   company that's not referenced in 38.

17         Q.    And what type of services

18   does TSSCI perform?

19         A.    They provide consulting and

20   evaluations of potential suppliers for

21   the manufacturing group for TEMA.

22         Q.    So, they are more of a

23   consulting organization?

24         A.    They also do evaluations in

25   terms of capability.

Ernest Bastien

160

1          Q.     Do they do any consulting

2    when it comes to software or any of the

3    component parts for electronic throttle

4    control systems?

5          A.     I don't know.

6          Q.     How about brake override

7    systems?

8          A.     I don't know.

9          Q.     Where are they located?

10         A.     I'm not sure.

11         Q.     What is the relationship

12   between TSSCI and TMS, if any exists?

13         A.     I'm not aware of any

14   connection.

15         Q.     There's an asterisk by them,

16   again, which apparently has an IFEM

17   submission.  Do you know what that might

18   refer to?

19         A.     No, I don't.

20         Q.     Do you know whether Toyota

21   Motor Sales has any ownership interest in

22   TSSCI?

23         A.     I don't believe so.

24         Q.     Do you know whether Toyota

25   Motor Corporation has an ownership

Ernest Bastien

161

1    interest in TSSCI?

2              MR. ARYA:   Objection, no

3         foundation.

4              THE WITNESS:   I don't.

5    BY MR. PITRE:

6         Q.   Do you know whether TEMA has

7    an ownership interest?   Because on this

8    document, it looks like 100 percent under

9    TEMA, it looks 100 percent under TSSCI.

10   Do you know?

11        A.   I believe it is owned by

12   TEMA.

13        Q.   Okay.

14             Any others that appear under

15   this, what I want to call tree, for TEMA

16   where I could not look at Exhibit 38 and

17   determine what the business operation was

18   for that particular entity depicted?

19        A.   Yes.   TMM-CA.

20        Q.   Okay.

21             What is TMM-CA?

22        A.   It is a subsidiary of TABC.

23   Its function was to facilitate the

24   buy-off of Tacoma from NUMMI.   So, it is

25   no longer an active company.

000548

Ernest Bastien

162

1          Q.    You mean TMM-CA is no longer
2    active?  Is that your understanding?
3          A.    That's correct.  I think it
4    still exists, but it is not active.
5          Q.    Okay.
6                Under TABC with the star,
7    you have some handwriting.  "Steering
8    column."
9          A.    Right.  We had discussed
10   that earlier before as part of the TABC
11   manufacturing capability.
12         Q.    Okay.
13               And you also have under
14   TMM-CA Courtney Roman with a telephone
15   number.
16         A.    Right.
17         Q.    What's the purpose of having
18   that telephone number there under that?
19         A.    Courtney explained to me
20   what TMM-CA was.
21         Q.    Right at the bottom you have
22   some handwriting that says "1 Person
23   Miami."
24               What does that refer to?
25         A.    There's an office in Miami,

Ernest Bastien

163

1    and, I'm sorry, I'd have to do some

2    fishing or hunting to tell you exactly

3    what it is, but I was able to determine

4    that there's -- it's a one-person office.

5    It's actually part of TMA, or Toyota

6    Motor North America.  It's a one-person

7    office that's involved in Latin American

8    research.

9           Q.    And then you have the name

10   "K. Fujita - TMC."

11          A.    That's the one person that's

12   there.

13          Q.    And you understand that that

14   person is involved with research?

15          A.    Latin America research.

16          Q.    In Latin America.

17                And what kind of research is

18   performed there?

19          A.    I don't know.

20   ■    ▬▬▬

▬   ▬▬▬▬▬▬▬

▬   ▬▬▬▬▬▬▬▬▬

▬   ▬▬▬▬▬▬▬

▬   ▬▬

▬   ▬▬▬▬▬▬

GOLKOW TECHNOLOGIES, INC. - 1.877.370.3377

000550

Ernest Bastien

164

Ernest Bastien

165



Ernest Bastien

166



000553

Ernest Bastien

167



Ernest Bastien

168



11          MR. PITRE:  Okay.  Why don't

12     we take a lunch break.

13          THE VIDEOTAPE TECHNICIAN:

14     We're off the record.  The time is

15     12:15.

16               -   -   -

17          (Whereupon, a luncheon

18     recess was taken from 12:15 p.m.

19     until 1:31 p.m.)

20               -   -   -

21          (Whereupon, the following

22     testimony related to Exhibit 47

23     was held under separate

24     confidential cover at pages

25     169-193.)

000555

Ernest Bastien

194

1                    -   -   -

2          Q.    I want to just go back over

3     a couple of other things in sequence.

4                    Exhibit Number 37, sir, we

5     talked about this particular exhibit, and

6     you referred to this exhibit as

7     indicating the number of Toyota

8     dealerships, and was it Toyota and Scion

9     dealerships?

10         A.    Not every Toyota dealer is a

11    Scion dealer.  You must be a Toyota

12    dealer to be a Scion dealer.

13         Q.    Would the total number of

14    dealerships reflect the total of both

15    Toyota and Scion dealerships?

16              MR. PITRE:  For the record,

17         we are now out of the confidential

18         section.  Thank you, Madam Court

19         Reporter.  We're back to the

20         transcript, and I've just referred

21         to Exhibit Number 37.

22              THE WITNESS:  The numbers on

23         here refer to the Toyota dealers.

24         The Scion dealers would be a

25         subset of this.  I'm not exactly

000556

Ernest Bastien

195

1          sure how many dealers carry the

2          Scion mark now.  I would say it's

3          roughly 900.

4     BY MR. PITRE:

5          Q.    You had indicated that there

6     were about 1,200 Toyota dealerships in

7     reference to my question on Exhibit 37.

8     Do you recall that, sir?

9          A.    Yes.

10          Q.    Does that 1,200 number

11     include the subset of 900 Scion

12     dealerships?

13          A.    Yes.

14          Q.    So, you don't add them.

15     They are all part of the 1,200.

16          A.    Yes.  We consider it a mark,

17     not a division or a brand.

18          Q.    Now, does Exhibit 37 also

19     reflect Lexus dealerships?

20          A.    No.

21          Q.    So, I would have to add to

22     the 1,200 dealerships if I wanted to get

23     the Lexus dealerships, correct?

24          A.    Correct.

25          Q.    And I would do that by

Ernest Bastien

196

```
1     looking at another exhibit; is that true?
2            A.    That's true.
3            Q.    What number is that, sir?
4            A.    44.
5            Q.    Exhibit 44 is the breakdown
6     of the number of Lexus dealerships.  Do I
7     understand that correctly?
8            A.    Yes.
9            Q.    There are also regions.  How
10    many different regions are there for
11    Lexus dealerships?
12           A.    We refer to them as areas,
13    and there's four.
14           Q.    What are they?
15           A.    We have the Western
16    region -- or excuse me.  I see the
17    confusion.  Western area, Central area,
18    Southern area and Eastern area.
19           Q.    And the numbers say 62 for
20    the Western region.  That's 62 different
21    Lexus dealerships?
22           A.    Yes.
23           Q.    Now, are those 62
24    dealerships distributed directly by
25    Toyota or do they have private
```

Ernest Bastien

197

1    distributorships?

2              A.    Lexus does not include

3    private distributors.

4              Q.    Okay.

5                    So, in terms of the Lexus

6    distribution system, they're all

7    distribution systems that Toyota -- is it

8    Toyota Motor Corporation or Toyota Motor

9    Sales is involved?

10             A.    Toyota Motor Sales.

11             Q.    And what is the relationship

12   or the distribution relationship for

13   Lexus dealerships?

14             A.    Lexus is a separate

15   division.  It administers its

16   relationship with the dealers through

17   four area offices.  One is in New Jersey,

18   one is in Atlanta, one is in Chicago, and

19   one is in Orange County, California.

20             Q.    Is there a main office for

21   the Lexus distribution system?

22             A.    The Lexus division is

23   headquartered in Torrance.

24             Q.    At the same office as Toyota

25   Motor Sales, sir?

Ernest Bastien

198

1          A.     They are in a separate
2     building.
3          Q.     Who is the head of the Lexus
4     division?
5          A.     Mark Templin, T-E-M-P-L-I-N.
6          Q.     And just to complete Exhibit
7     44, it looks like there's 47 dealerships
8     in the Central area?
9          A.     Yes.
10         Q.     And then there are 62
11    dealerships in the Southern area?
12         A.     Yes.
13         Q.     From the copy I have, I
14    can't tell the number for what I want to
15    call the northeastern area.
16         A.     58, 5-8.
17         Q.     Now, when we were talking
18    about Exhibit 37, I want to make sure
19    that I properly understood you.
20              Did I understand you to say
21    that all of the franchised Toyota and
22    Scion dealerships are independently owned
23    except one?
24         A.     Yes.  And I think it's
25    important to note that even the one that

Ernest Bastien

199

1    we own stock in is independently run.

2              Q.    Thank you.

3                    Now, on the Lexus side,

4    Lexus dealerships, are all of those

5    franchised dealerships independently

6    owned?

7              A.    Yes.  And I think it's

8    important to also note that there are

9    Lexus dealerships that are owned by the

10   owners of the Toyota private distributor.

11             Q.    And just going back to make

12   sure that the record is clear, do I

13   understand correctly that TMS, referring

14   to Exhibit 37, is the entity that enters

15   into the franchise agreements with these

16   independent owners?

17             A.    Yes.

18             Q.    And do I understand

19   correctly with respect to Exhibit 44 that

20   TMS is the entity that enters into the

21   franchise agreements with the Lexus

22   dealerships?

23             A.    Yes.

24             Q.    Thank you.

25             A.    Just to clarify, though.  In

000561

Ernest Bastien

200

1    the case of the private distributors,

2    they are participants in that

3    relationship, that franchise agreement,

4    with the dealers in their area.

5          Q.    And those private

6    distributors would be referring to those

7    you've mentioned in reference to Exhibit

8    37, correct?

9          A.    That's correct.

10         Q.    Because there are no what I

11   want to call private distributors for

12   Lexus vehicles, true?

13         A.    That's true.

14         Q.    Thank you.  I got that

15   clarified and I appreciate it.

16              Help me clarify something,

17   if you don't mind.

18              With respect to Exhibit 37

19   and with respect to those private

20   distributorships that exist in the

21   regions of the Gulf states and the

22   Southeast --

23         A.    Yes.

24         Q.    -- is there a franchise

25   agreement between the distributor and

Ernest Bastien

201

1    those dealerships for the privately owned

2    distributorships, or is the franchise

3    agreement between TMS and the dealership?

4            MS. DAWSON:   Object to the

5            form of the question as compound.

6    BY MR. PITRE:

7            Q.    Thank you, sir.  You may

8    please explain.

9            A.    The distributor also has a

10   role in administering the dealer

11   agreement.

12           Q.    Now --

13           A.    So, they select dealers, we

14   approve them.

15           Q.    Do they do anything more

16   beyond merely bringing the dealership to

17   the attention of TMS and TMS approving

18   that dealership as a franchise?

19           A.    Yes.  They have their own

20   financial relationship.  They distribute

21   cars.  The distributor invoices the

22   dealer themselves for vehicles and parts.

23   So, they maintain the business

24   relationship.  They determine -- the

25   distributors determine their pricing, and

000563

Ernest Bastien

202

1    the dealers pay the distributor pricing.

2    And while we are party to the dealer

3    agreement, the distributor is responsible

4    for maintaining and managing their dealer

5    body.

6         Q.    What about warranty-type

7    information or warranty work.  Is that

8    something that is done by TMS, the

9    distributor?

10        A.    The distributor has service

11   personnel that work with their dealers,

12   and they process to TMS.

13        Q.    Have you told me everything

14   that at least you understand about the

15   relationship between the distributors and

16   the dealers and TMS in those areas where

17   there's a private distributorship

18   agreement in place?

19        A.    I don't understand the

20   question.

21        Q.    Sure.

22             Does Toyota Motor Sales

23   become involved in any other way with the

24   distributor and the dealer, other than as

25   you've indicated, for those

000564

Ernest Bastien

203

1    distributorships?

2            A.    We work through the

3    distributor in terms of issues with

4    regard to their dealers.

5            Q.    When you say "working

6    through," would that also include issues

7    regarding the performance of the vehicle,

8    if there was a safety problem or if there

9    was a problem regarding warranty work.

10                MS. DAWSON:  Object to the

11                form of the question, vague and

12                ambiguous.

13                THE WITNESS:  The customer

14                satisfaction surveys are similar.

15                The 800 number is the same at TMS.

16                But in terms of working through

17                once an 800 number or a customer

18                calls in on the 800 number, we

19                work back through the distributor

20                to the dealer.

21   BY MR. PITRE:

22           Q.    And is there an individual

23   at TMS who would have the most

24   information about the nature of the

25   relationships between private

000565

Ernest Bastien

204

1    distributors and TMS in these regions?

2              A.    I don't understand the

3    question.

4              Q.    Sure.

5                    Can you identify who within

6    TMS would have the best information about

7    the nature of the relationship, what TMS

8    does with respect to these

9    distributorships?

10             A.    So, if the question is who

11   would have the best knowledge regarding

12   the distributor agreement?

13             Q.    Yes, sir.

14             A.    I would say the legal

15   department at TMS.

16             Q.    And is there an individual

17   within that legal department that you

18   deal with?

19             A.    There is, but I don't know

20   if she'd be the best person to ask.

21             Q.    Who would be the best

22   person, in your mind?

23             A.    I don't know whether she'd

24   know everything, but Deborah Goldman

25   would be where I would start.

Ernest Bastien

205

1          Q.     Did you say Bowman?

2          A.     Goldman.

3          Q.     Goldman.

4                 Again, in the Torrance

5     office?

6          A.     Yes.

7          Q.     Thank you, sir.  I

8     appreciate that.

9                 If you could, just pull

10    Exhibit 36.

11                Sir, how did you come into

12    possession of Exhibit 36?  And just so

13    you can just see which one I'm referring

14    to, it is up on the screen.

15         A.     Yes.

16         Q.     How did you come into

17    possession of this exhibit?

18         A.     The legal team provided it

19    to me.

20         Q.     The legal team, referring to

21    the people who are sitting to your left?

22         A.     Yes.

23         Q.     And do you know the source

24    of this information?

25         A.     I don't.

Ernest Bastien

206

1          Q.    Did you speak to anybody

2     about this information?  Because I see

3     you have various little marks that you've

4     made on the document.

5          A.    Yeah.  Not because I spoke

6     to somebody specifically with regard to

7     the entities, although I did ask about

8     the investment company that we had talked

9     about before, only to try and understand

10    what they did, not in connection with the

11    case.

12         Q.    With whom did you speak?

13         A.    I made a casual call to an

14    individual by the name of Joe Barba.

15         Q.    And please tell me, what is

16    Mr. Barba's title or position?

17         A.    I don't know his exact

18    title.  But he works with -- he actually

19    worked in the Mexico office at one time.

20         Q.    Of what entity or

21    organization?

22         A.    I believe he was always a

23    TMS employee, even while he was assigned

24    down there.

25         Q.    And where does he work

Ernest Bastien

207

1    today, as you understand it?

2        A.    In Torrance.

3        Q.    For TMS?

4        A.    Yes.

5        Q.    In what department or

6    division?

7        A.    He works in the distribution

8    department and supports Mexico for their

9    vehicle allocations.

10       Q.    Did you speak to anybody

11    else about any of the information that

12    appears on this exhibit?

13       A.    The TMPS company we spoke to

14    TMA about.

15       Q.    That's Toyota Motor America

16    or Toyota North America?

17       A.    Toyota North America.

18       Q.    And who did you speak to

19    there about that information?

20       A.    That was the discussion with

21    Dian.

22       Q.    Okay.

23             Anyone else that you spoke

24    to about the source of the information on

25    Exhibit 36?

Ernest Bastien

208

```
 1          A.     I mentioned Bruce Brownlee's
 2     name earlier when I was tracking
 3     information regarding TTC.  He's the one
 4     that told me about -- he confirmed the
 5     TSS supplier.
 6          Q.     Anyone else?
 7          A.     I spoke with Roman whatever
 8     his last name is at TMMNA with regard to
 9     the TMM-CA entity.
10          Q.     Did you say TMMNA?
11          A.     No, TM -- yes.  Excuse me.
12     Sorry.  That was the previous company.  I
13     spoke to someone at TEMA.  His name was
14     Roman.  If I could find my original
15     document, I could tell you his last name.
16               (Witness reviewing
17     document.)
18               To Courtney Roman, and he
19     gave me the explanation for TMM-CA, which
20     was the company that managed the Tacoma
21     purchase or administrative activities
22     associated with Tacoma when it was built
23     at NUMMI.
24          Q.     Did you speak to anyone
25     else, sir?
```

000570

Ernest Bastien

209

1          A.     I mentioned that I talked

2     with Dan Fuchs.

3          Q.     Yes, sir.

4          A.     And he referred me to

5     Courtney Roman.

6          Q.     Anyone else, sir?

7          A.     Again, I had talked to

8     Martin Smith about the subsidiaries for

9     TLS.  They're not on here, but...

10          Q.     And what entity or

11     organization was Mr. Smith with?

12          A.     He's TMS legal.

13          Q.     Okay.

14          A.     And that's as it pertained

15     to the joint venture limited liability

16     companies.

17          Q.     Okay.

18                 Anyone else that you spoke

19     to about the information on Exhibit 36?

20          A.     Not that I can recall.

21          Q.     Based on the manner in which

22     you obtained this document and the

23     individuals that you spoke with, and

24     having reviewed this document, do you

25     believe that the document is a

Ernest Bastien

210

1    trustworthy document with respect to the

2    information depicted?

3              A.    With the exception being the

4    updates and changes.   So, for instance,

5    NUMMI is no longer an entity.

6              Q.    Anything else?

7              A.    Not that I'm aware of.

8              Q.    The document is as of May,

9    2008.   Are you aware of any more current

10   information about the various entities

11   reflected here or the acronyms that are

12   used?

13             A.    I'm not aware of any.

14             Q.    Okay.

15                   So, is it, to your

16   knowledge, the best information that

17   exists regarding the various Toyota and,

18   excuse me, the various U.S. and Canada

19   Toyota entities?

20             A.    As far as I know.

21             Q.    Now, the hierarchy or the

22   organizational chart that is here, it's

23   under the umbrella TMC.   Do you see that,

24   sir?

25             A.    I do.

Ernest Bastien

211

1          Q.    Did you obtain any

2    verification from any source that TMC is,

3    indeed, the parent company of all of the

4    various entities listed below TMC?

5                MR. ARYA:   Objection, legal

6          conclusion.

7                MS. DAWSON:   Objection,

8          form.

9                MR. ARYA:   You can answer.

10               THE WITNESS:   I don't know

11         if there are any other holding

12         companies or companies that might

13         be there.  This would reflect my

14         understanding.

15   BY MR. PITRE:

16         Q.    And just so I can understand

17   it, this organizational chart, what do

18   you understand that it portrays?

19         A.    I believe it reflects the

20   ownership of the various entities beneath

21   it.  I would add that in the case of TCI

22   over on the far right-hand side also

23   shows a 50 percent interest of Matsui &

24   Company.

25         Q.    So, when you say "ownership

Ernest Bastien

212

1      interest," is it your understanding that

2      TMC is the -- what I call at the top, is

3      the owner in various interests of all of

4      the entities listed below that line?

5                    MS. DAWSON:  Object to the

6             form of that question.

7      BY MR. PITRE:

8             Q.    Go ahead.

9             A.    As far as I know.

10                   MS. DAWSON:  Let me just

11            clarify.  When you say "below the

12            line," are you suggesting every

13            single thing below the line?  I

14            mean, because the lines

15            themselves, I think, don't suggest

16            that.

17     BY MR. PITRE:

18            Q.    Well, I'm just asking for

19     your understanding of this document as

20     the person who used this to prepare.

21                   TMC appears at the top,

22     right?  Is that correct?

23            A.    Yes.

24            Q.    And then let's look at the

25     first line.  There's a whole bunch of

Ernest Bastien

213

1   entities that are all defined up above,

2   correct?

3       A.    Yes.

4       Q.    And then next to some of

5   them, there are percentages like NUMMI,

6   50 percent, correct?

7       A.    Right.  Which we discussed

8   earlier.

9       Q.    Correct.

10       So, what is your

11   understanding, then, that this chart

12   portrays in terms of the ownership that

13   TMC has for the various entities listed

14   below it?

15           MR. ARYA:  Objection.  Are

16       you -- just for clarification, are

17       you talking about those eight

18       entities in the first line or

19       everything on the page?

20   BY MR. PITRE:

21       Q.    Well, let's take the first

22   line.  What is your understanding of the

23   ownership interest that TMC has with

24   respect to those on the first line?

25       A.    With the exception of what's

Ernest Bastien

214

1    in the pre-emphases, which I believe

2    reflects ownership by other companies,

3    TMC owns the difference.

4            Q.    Okay.

5                  So, now if I go to TMA,

6    there are three different entities below

7    TMA.  Is it your understanding that TMS,

8    in terms of this hierarchy, reports to

9    TMA?

10               MS. DAWSON:  Object to the

11          form of the question, vague and

12          ambiguous.

13   BY MR. PITRE:

14           Q.    Let me rephrase.

15                 Is it your understanding

16   that TMS is a wholly owned subsidiary of

17   TMA?

18           A.    I believe that to be the

19   case.

20           Q.    And is it your then

21   understanding that TMA is a wholly owned

22   subsidiary of TMS -- excuse me -- TMC?

23           A.    With the exception of the

24   one-tenth of a percent that reflects TMS

25   owning a piece of TMA.

Ernest Bastien

215

1          Q.      And then is it your

2     understanding that TMA owns TMPS?

3          A.      That's my understanding.

4          Q.      And TEMA?

5          A.      That is also my

6     understanding.

7                  MS. DAWSON:  Wait.  I'm

8              sorry.  And TEMA.  Let's clarify

9              that question.

10    BY MR. PITRE:

11         Q.      Is it your understanding

12    that TMA owns 100 percent of TEMA based

13    on this chart?

14         A.      I think as a holding

15    company, it has the investment.

16         Q.      All right.

17                 And then if I went down the

18    line, TEMA would then be -- have the

19    ownership interest in all of those

20    companies that are below that line; is

21    that correct?

22         A.      There are some exceptions

23    called out in the pre-emphases.

24         Q.      Got it.

25                 And that's TMM-CA, CCP, TABC

000577

Ernest Bastien

216

1    and TMMBC; is that correct?

2            A.    Yes.

3            Q.    All right.

4                  And then going over to the

5    left-hand side under TMS, all of the

6    entities that are listed there are

7    entities that are either owned wholly or

8    in part by TMS; am I correct?

9            A.    Yes.

10           Q.    All right.

11           A.    I would point out, though,

12   that Toyota de Puerto Rico on the other

13   chart shows a breakout of preferred stock

14   and common stock with TMS only for common

15   stock.

16           Q.    Very well.  Thank you, sir.

17                 If you'd go over to Exhibit

18   38.  Can you please describe for me how

19   it is you came into possession of Exhibit

20   38?

21           A.    The legal team provided it.

22           Q.    Did you speak to anybody

23   about the information that was contained

24   in Exhibit 38, other than the legal team?

25           A.    No, I don't recall speaking

Ernest Bastien

217

1    to anyone regarding this.

2          Q.    And I take it that you also

3    reviewed some of the information in

4    Exhibit 38 preparing to testify, correct?

5          A.    Yes.

6          Q.    Did you find any information

7    that was contained in Exhibit 38 that was

8    inconsistent or contradictory to the

9    knowledge you had about any of these

10   entities?

11         A.    I found a description for

12   research and development under TTC to be

13   worded in such a way that it seemed to me

14   perhaps exaggerated some of its

15   activities.

16         Q.    Now, if you could, you say

17   under TC.  What's the title on that page?

18         A.    TTC, it's the second page.

19         Q.    Okay.

20               Now, do you know who wrote

21   this?

22         A.    I don't.

23         Q.    Do you know what sources of

24   information were used to prepare this?

25         A.    I don't.

Ernest Bastien

218

1     Q.    Do you deal with TTC on a

2    daily basis currently based on your title

3    or position?

4     A.    No, not currently.

5     Q.    When is the last time that

6    you've had any dealings with anyone at

7    TTC?

8     A.    Other than the calls and

9    notes that I exchanged with Bruce

10   Brownlee, it's been a while.  A couple of

11   years.

12    Q.    Okay.

13           Is it part of your

14   responsibility in your current title and

15   position to review any documents that are

16   generated by TTC?

17    A.    No.

18    Q.    And did you independently

19   seek to speak to anybody about the

20   information in TTC after you received the

21   assignment to testify here today about

22   the various -- excuse me -- about Toyota

23   Motor Sales and the organizational

24   structure?

25    A.    About?

Ernest Bastien

219

```
 1            Q.    About the information
 2   depicted on the research and development
 3   section of this document.
 4            A.    No.
 5            Q.    Okay.
 6                  Anything else, sir, that you
 7   picked up that you thought was different
 8   from at least information that you had
 9   developed in your 28 years with Toyota,
10   and by that I mean Toyota Motor Sales.
11                  MR. ARYA:  You just want to
12            know if anything struck him as
13            being inconsistent?
14                  MR. PITRE:  Correct.
15                  MR. ARYA:  Did anything
16            strike you as being inconsistent?
17                  THE WITNESS:  I'm just
18            double checking to make sure when
19            I read through it.
20                  MS. DAWSON:  Take your time.
21                  (Witness reviewing
22            document.)
23                  THE WITNESS: No.
24   BY MR. PITRE:
25            Q.    And based on the manner in
```

Ernest Bastien

220

1    which you obtained this document and your

2    experience, is it your belief that the

3    information that's reflected here on

4    Exhibit 38 is trustworthy?

5         A.    Yes.

6         Q.    Let's go to Exhibit 39, sir.

7    We've talked about Exhibit 39 quite a

8    bit.  Again, my first question to you is,

9    please tell us how it is that you

10   obtained Exhibit 39.

11        A.    Again, from the legal team.

12        Q.    Did you speak to anybody

13   independently about the contents of any

14   of the information in Exhibit 39?

15        A.    Not beyond what we've

16   already discussed.

17        Q.    Okay.

18             And based on the source on

19   which you obtained this information and

20   based on anybody you spoke to, do you

21   believe that the information reflected on

22   Exhibit 39 is trustworthy?

23        A.    Again, with the updates to

24   address situations like the demise of

25   NUMMI.  NUMMI is no longer an entity.

Ernest Bastien

221

1           Q.    Okay.

2                 Now, if you could, if you

3     would be so kind.  Look at where it says

4     "Toyota's United States Operations."  And

5     if you would, on the page that begins

6     with "Toyota Motor North America, Inc."

7           A.    Yes.

8           Q.    Do you have that?

9           A.    Yes.

10          Q.    The information that's

11    listed under "Toyota Motor Sales,

12    U.S.A.," the fact that it is

13    headquartered in Torrance and the rest of

14    that information, is that accurate?

15                MS. DAWSON:  Object to the

16          form of the question, vague and

17          ambiguous.

18    BY MR. PITRE:

19          Q.    Okay.

20                Let me rephrase.

21                The information, "Toyota

22    Motor Sales, U.S.A. headquartered in

23    Torrance," is that accurate?

24          A.    Yes.

25          Q.    Under "Lexus,"

000583

Ernest Bastien

222

1      "Headquartered in Torrance,"is that

2      accurate?

3              A.      Yes.

4              Q.      Under "Toyota Logistics

5      Services," "Headquartered in Torrance,"

6      is that accurate?

7              A.      Yes.

8              Q.      Under "North American Parts

9      Operations," "Headquartered in Torrance,

10     California," is that accurate?

11             A.      This company NAPO, yes.

12             Q.      Referring to North American

13     Parts Operations?

14             A.      Yes.

15             Q.      The information under

16     "AirFlite, Inc.," "Headquartered in Long

17     Beach, California," is that accurate?

18             A.      Yes.

19             Q.      "Aviation Business

20     Development Office," "Headquartered in

21     Torrance, California," is that

22     information accurate?

23             A.      Yes.

24             Q.      "Toyota Financial Services,"

25     "Headquartered in Torrance, California,"

000584

Ernest Bastien

223

1      is that accurate?

2              A.      Yes:

3              Q.      "Calty Design Research

4      Inc.," "Headquartered in Newport Beach,"

5      is that accurate, sir?

6              A.      Yes.

7              Q.      Going over to the next page,

8      "Manufacturing and Engineering."

9                      "TRD, U.S.A., Inc.,"

10     "Headquartered in Costa Mesa,

11     California," is that accurate?

12             A.      Yes.

13             Q.      "Toyota Info Technology

14     Center," "Headquartered in Mountain View,

15     California," is that accurate?

16             A.      I'm not familiar with that

17     office, but I believe it to be accurate.

18             Q.      What is the Toyota Info

19     Technology Center?

20             A.      It's an office that's set up

21     to evaluate and develop new technologies

22     for next generation cars and service

23     applications and improve communications,

24     safety and performance.

25             Q.      Thank you, sir.

000585

Ernest Bastien

224

1            Let's go over to the next

2    document.  Exhibit 41, if you would be so

3    kind, sir.  This just looks like a clean

4    copy of what we previously discussed that

5    had your handwritten notes on it; is that

6    correct?

7            A.    Yes.

8            Q.    And just for the record,

9    that's Exhibit 36, sir?  I'll hold it up

10   for you to make it easy.

11           A.    It looks right and

12   confirmed.

13           Q.    Thank you.

14                 And then we have Exhibit 40,

15   which appears to be the same, except for

16   the handwritten notes, as what you

17   previously had as Exhibit Number 35.

18   I'll hold those up for you, sir.

19   (Indicating.)

20           A.    Yes.

21           Q.    Is that correct?

22           A.    (Witness nods.)

23           Q.    Now, we come to one that I

24   will refer to as the Italian method where

25   I actually pasted together all the pages

Ernest Bastien

225

1    of Exhibit 42 so we can lay them out on

2    the table and get an idea of the

3    organizational structure.

4              A.    Okay.

5              Q.    Now, what I'm going to do,

6    if you don't mind --

7                    MR. PITRE:  Am I going to be

8              in trouble if I walk around here

9              so I can see this?  Or maybe can

10             you come over on my --

11                   THE VIDEOTAPE TECHNICIAN:

12             You can.

13                   MR. PITRE:  I can?

14                   THE VIDEOTAPE TECHNICIAN:

15             Yeah.

16                   MR. PITRE:  Evan, would you

17             put up the third page of Exhibit

18             42.

19   BY MR. PITRE:

20             Q.    Just for the record, what

21   I've done is I've taken Exhibit 42 and

22   laid them out so you can get a clear

23   depiction of the hierarchy.

24                   And my first question to

25   you, sir, is, does Exhibit 42 accurately

000587

Ernest Bastien

226

1    depict what you understand the

2    organizational structure of Toyota Motor

3    Sales is?

4            A.     Is it all right if --

5                   MR. PITRE:  Can you blow up

6            the top box?

7                   THE WITNESS:  Yes, at the

8            senior executive level.

9    BY MR. PITRE:

10           Q.    Okay.

11                  And is this current, meaning

12   as of the year 2010, as you best

13   understand it?

14           A.    Yes.

15           Q.    Now, at the very top, if I

16   understand it, is the chairman and CEO,

17   Yoshimi Inaba; is that correct?

18           A.    Yes.

19           Q.    And he holds the position as

20   well, it looks like, "TMA Management

21   Group"; is that correct?

22           A.    Yes.

23           Q.    Now, do you know what the

24   position number under that refers to?

25           A.    I do not.

Ernest Bastien

227

```
 1            Q.    And up above where it says
 2     "HQ34."
 3                  Do you know what that means?
 4            A.    It's the mail drop, I
 5     believe.
 6            Q.    Now, TMA as used here, is
 7     that Toyota Motor North America?  This is
 8     how we started.
 9            A.    I believe it does.
10            Q.    All right.
11                  So, as we saw, there was an
12     Exhibit 47?
13            A.    Yes.
14            Q.    And at the top of Exhibit
15     47, there was another gentleman who was
16     at the very top.  Do you recall that,
17     sir?
18            A.    Yes.
19            Q.    And his name again, refresh
20     me?
21            A.    Uranishi.
22            Q.    Uranishi.
23                  And you were correct,
24     because you said, Mr. Pitre, that was --
25     actually, you were kinder than that,
```

Ernest Bastien

228

1    somebody said, I think it was John, Mr.

2    Pitre, that was as of April 2008?

3         A.    Yes.

4         Q.    And now we're in 2010, and

5    it looks like we have a new chairman --

6    excuse me -- we have a new person as part

7    of the TMA, or Toyota Motor North

8    America, by the name of Inaba.  Do you

9    know if Inaba replaced the gentleman

10   depicted on Exhibit 47?

11        A.    I don't know if that's the

12   exact way to characterize it.  I would

13   say that Mr. Inaba's the senior executive

14   assigned to TMA, or Toyota Motor North

15   America, and has that similar role at

16   Toyota Motor Sales.

17        Q.    So, using Exhibit 47 to

18   depict the hierarchy, on Exhibit 47,

19   there was somebody who was a chairman and

20   CEO, correct?

21        A.    Yes.

22        Q.    On Exhibit Number 42, we

23   have Mr. Inaba, and it says "TMA

24   Management Group."

25             What position do you

Ernest Bastien

229

1    understand that he is in today with

2    reference to Exhibit 47?

3                 MS. DAWSON:  Object to the

4                 form of the question.  I think

5                 there's a way to make this a

6                 little bit more clear.  Instead of

7                 referring to the exhibits, if you

8                 are asking about position held at

9                 Toyota Motor North America versus

10                position held at Toyota Motor

11                Sales, I think it would be cleaner

12                on the record.

13                MR. PITRE:  I appreciate

14                that, but let's see if we can do

15                it the Italian way, and then we'll

16                try your way, Cari.  It might be

17                better.

18   BY MR. PITRE:

19        Q.   I'm just trying to figure

20   out, here we have a clear structure.

21   That's Exhibit 47, correct?

22                MR. ROBINSON:  Maybe Cari's

23                giving you the answer.

24                MR. PITRE:  Right.

25   BY MR. PITRE:

Ernest Bastien

230

1          Q.    So, if you could, is there a
2    position on Exhibit 47 that would help
3    you recognize where it is Mr. Inaba is on
4    Exhibit 47?
5          A.    I think his role is the
6    same.  I'm just not sure whether Mr.
7    Uranishi was in New York or not.
8          Q.    Okay.
9                Now, when you say "his role
10   is the same," Uranishi was the gentleman
11   who formerly was --
12         A.    The chairman.
13         Q.    -- the chairman and CEO of
14   Toyota North America, correct?
15         A.    Yes.
16               MS. DAWSON:  Object to the
17         form of the question.
18   BY MR. PITRE:
19         Q.    That's on Exhibit 47; is
20   that correct?
21         A.    Yes.
22         Q.    And that's your
23   understanding, correct?
24         A.    Yes.
25         Q.    Now we're on Exhibit 42.

000592

Ernest Bastien

231

1      Did Mr. Inaba take the same position that

2      Mr. Uranishi held on Exhibit 47?

3                  MR. ARYA:   Objection.   I

4            think it's been asked and

5            answered.

6                  Go ahead.

7                  THE WITNESS:   He has that

8            title.

9      BY MR. PITRE:

10           Q.    And the title is?

11           A.    Chairman and CEO.

12           Q.    All right.

13                 So, just so it's clear, as

14     you understand it today, Mr. Inaba is

15     chairman and CEO of Toyota Motor Sales,

16     and he is also chairman and CEO of Toyota

17     North America; is that correct?

18           A.    Yes.

19           Q.    Thank you.

20                 Now, if we go down the

21     chain, we're on now Exhibit Number 42.

22     The next person under there is a Rachel

23     Rivera, executive assistant to the

24     chairman.   Now, Ms. Rivera, is she the

25     executive assistant to the Chairman

Ernest Bastien

232

1    Inaba, as chairman and CEO of Toyota

2    Motor Sales?

3           A.    Yes.

4           Q.    Is she also the executive

5    assistant to the chairman, meaning Mr.

6    Inaba, for Toyota Motor North America?

7           A.    I don't know.

8                 MR. ARYA:  Objection, vague,

9           ambiguous.

10   BY MR. PITRE:

11          Q.    If we go back to our chart

12   and we go to the next line down, I'm

13   going all the way now to your left, it

14   says, "Senior VP and treasurer."

15                Can you read who's the name

16   that's reflected there?

17          A.    Mr. Kusakawa.

18          Q.    By the way, before I leave

19   Mr. Inaba, do you know whether Mr. Inaba

20   holds any title or position as a director

21   of Toyota Motor Corporation?

22          A.    He is a director of Toyota

23   Motor Corporation.

24          Q.    All right.

25                And just so we're all clear,

000594

Ernest Bastien

233

1        as we kind of sit here today, he holds

2        three titles, to your knowledge.  He

3        holds the title of Toyota Motor

4        Corporation director; is that correct?

5                A.    Yes.

6                Q.    Chairman and CEO of Toyota

7        Motor Sales, correct?

8                A.    Yes.

9                Q.    Chairman and CEO of Toyota

10       North America, Inc., correct?

11               A.    Yes.

12               Q.    All right.

13                     So, now we're going down

14       again to senior VP and treasurer,

15       Kusakawa.  I apologize.  I'm looking at

16       it upside down, so square me away if I

17       mispronounced it.

18                     MR. PITRE:  Could we just

19              move that over a little bit, Evan,

20              so I can get the name?

21       BY MR. PITRE:

22               Q.    Now, it says here

23       "Officers - Treasurer."

24                     Now, does that indicate to

25       you that Ms. Kusakawa is also the

Ernest Bastien

234

1    treasurer of Toyota Motor North America?

2         A.    No.

3         Q.    Because at the top it says

4    "Senior VP and treasurer."  At the bottom

5    it says "Officers - Treasurer."

6              Do you understand why those

7    two different titles are listed there?

8         A.    I believe he's an officer of

9    TMS.

10        Q.    An officer of TMS.

11              And that officer position is

12   what?

13        A.    He's the treasurer.

14        Q.    And does Mr. Kusakawa also

15   hold the position of senior vice

16   president?

17        A.    Yes.

18        Q.    So, is it your understanding

19   that both those titles, treasurer and

20   senior VP, refer to positions within

21   Toyota Motor Sales?

22        A.    Yes.

23        Q.    Do you know whether Mr.

24   Kusakawa has any titles or positions

25   within Toyota North America?

Ernest Bastien

235

1          A.    I don't know.

2          Q.    Do you know whether he has

3    any title or position within Toyota Motor

4    Corporation?

5          A.    I'm not sure.

6          Q.    Okay.

7                MR. PITRE:  Just slide over,

8          please, to the next box, same

9          line.

10   BY MR. PITRE:

11         Q.    And, again, the way I'm

12   looking at it, it's under "Senior Vice

13   President - Chief Coordinating Officer."

14               Do you have that box there?

15   Okay.  Sir, do you see that?

16         A.    Yes.

17         Q.    Is that a position within

18   Toyota Motor Sales?

19         A.    Yes.

20         Q.    Now, underneath that it says

21   "Japan Staff Officers."

22               What does that mean or refer

23   to?

24         A.    I'm not sure.

25         Q.    Do you know whether or not

Ernest Bastien

236

1      Mr. Yamanami has any position in Japan

2      for a different Toyota organization than

3      Toyota Motor Sales?

4             A.    I'm only familiar that he

5      has a responsibility at Toyota Motor

6      Sales.

7             Q.    Have you ever heard the term

8      "Japan Staff Officers"?

9             A.    Not specifically.

10            Q.    If not specifically,

11     generally?

12            A.    Japan staff has a management

13     group.  I'm not exactly sure how they

14     refer to themselves.

15            Q.    What does Japan staff refer

16     to when you've heard that term used?

17            A.    TMS has numerous Japanese

18     coordinators and executive managers that

19     typically come from Japan or TMC, perhaps

20     some other international assignment, and

21     they fulfill senior roles at TMS.

22            Q.    What roles do you understand

23     that they fulfill at TMS here in the

24     United States?

25            A.    Well, at the executive

Ernest Bastien

237

1    level, they oversee, for instance, the

2    finance.  In Max's case, he coordinates

3    with Don Esmond, who is the senior vice

4    president for automotive operations.  So,

5    he's engaged in the evaluation and

6    support of both Lexus, Toyota and Scion.

7    And he has executives beneath him that

8    also work inside the working groups and

9    provide support at that level, and they

10   communicate directly with TMC to

11   facilitate good communication.

12         Q.   Now, in sliding across, bear

13   with me, on Exhibit 42, Jim Lentz,

14   president and --

15         A.   Yes.

16         Q.   Pardon?

17         A.   Yes.

18         Q.   President and COO.  Do you

19   see that?

20         A.   Yes.

21         Q.   All right.

22              Now, how long has he been

23   president, to your knowledge?

24         A.   I'm not exactly sure when he

25   was given the title or assumed that

Ernest Bastien

238

1    position, but I would say roughly five

2    years.

3            Q.    Now, at least on this

4    organizational chart and the way it's

5    structured, he looks like he's on the

6    same line as Mr. Kusakawa, Yamanami, Mr.

7    Fournier, Mr. Yamaguchi, Ms. or Mr.

8    Sugaware and Mr. Takayanagi.  Did I get

9    that right?

10           A.    Good guess for me.

11           Q.    I'm not giving it the

12   Italian pronunciation there?

13           A.    Takayanagi.

14           Q.    All right.

15                 What is your understanding

16   of having these individuals all on the

17   same line?  Do you have any?

18           A.    Well, I can say for

19   certainty that it's not intended to

20   reflect the level of the organization.

21   Tom Fournier is the equivalent of a

22   national manager and a TMS associate.  He

23   happens to be assigned to Mr. Inaba and

24   directly reports to Mr. Inaba.  So, I

25   think this reflects the reporting

000600

Ernest Bastien

239

```
1    structure, not necessarily the level of

2    responsibility.

3             Q.    Got it.

4                   So, everybody at least below

5    Mr. Inaba reports to Mr. Inaba; is that

6    true?

7                   MR. ARYA:  At what level

8             below him?

9    BY MR. PITRE:

10            Q.    We talked about this first

11   line referring to the individuals that I

12   just articulated for the record starting

13   with the title Senior VP Treasurer, going

14   over senior VP, chair, coordination

15   officer, going over to the president, and

16   everybody else on this line.  Do they all

17   report directly to Mr. Inaba based on

18   your understanding of the organizational

19   hierarchy of TMS?

20            A.    The organizational chart,

21   yes.

22            Q.    Okay.

23                  Now, do you know who

24   prepared Exhibit 42?

25            A.    I do not.
```

000601

Ernest Bastien

240

1          Q.     Did you request that it be

2     prepared?

3          A.     It's a document that exists

4     on -- in the company, and so I did not

5     request this to be created, but it is

6     useful.

7          Q.     Do you know who in TMS is

8     responsible for maintaining the chart

9     from which this came?

10         A.     I do not.

11         Q.     You reviewed the chart

12    before you came here today, correct?

13         A.     Yes.

14         Q.     And based on your review,

15    did it appear accurate based on your

16    understanding of the knowledge of TMS as

17    an organization for 28 years?

18              MS. DAWSON:  Object to the

19              form of the question.

20              MR. PITRE:  Strike that.

21    BY MR. PITRE:

22         Q.     Based on your review of TMS

23    and based on your knowledge of its

24    present organizational structure, did it

25    appear accurate to you?

Ernest Bastien

241

```
 1              A.    I believe it reflects the
 2      current status of the organization.
 3              Q.    Okay.
 4                    Did you speak to anybody
 5      about its content?
 6              A.    No.
 7              Q.    Do you believe that Exhibit
 8      42, then, is an accurate and trustworthy
 9      document that depicts the hierarchy
10      within TMS currently?
11                    MS. DAWSON:  Object to the
12              form of the question.  Testimony
13              regarding reporting structure.
14                    THE WITNESS:  Yeah.  I
15              explained that I don't think it
16              properly reflects the hierarchy
17              noting that Tom Fournier as
18              national manager is not the same
19              level as Jim Lentz as president.
20      BY MR. PITRE:
21              Q.    Okay.
22                    What does it accurately
23      depict?
24              A.    It reflects the individuals
25      that report directly to Mr. Inaba.
```

Ernest Bastien

242

1        Q.    Now, using Exhibit 42, how

2    would you describe the organization of

3    the Toyota Motor Sales entity?

4             MS. DAWSON:  Object to the

5         form of the question.

6             THE WITNESS:  I don't

7         understand the question.

8    BY MR. PITRE:

9        Q.    Sure.

10            You have various segments

11   that are divided out here, correct?

12       A.    Yes.

13       Q.    So, you've got a group vice

14   president, you've got somebody who is a

15   treasurer.  Is that kind of finance

16   related?

17       A.    Yes.

18       Q.    Then you have a section over

19   here that says "Chief Coordinating

20   Officer."

21            What does a coordinating

22   officer do?

23       A.    He is actually the second in

24   command to Mr. Inaba.  So, he's

25   coordinating officer that the rest of the

Ernest Bastien

243

1    Japan staff reports to.  I'm not 100

2    percent sure if Mr. Kusakawa reports to

3    him, but he facilitates the communication

4    amongst the Japan staff.

5              Q.    So, this coordination

6    position, is that one of coordination

7    between the Japan staff, meaning Toyota

8    Motor Corporation, and Toyota Motor

9    Sales?  What?

10             A.    It would be internal Japan

11   staff coordination at TMS and

12   coordination with Toyota Motor

13   Corporation.

14             Q.    All right.

15                  So, when we see chief

16   coordination officer, it refers to

17   coordination between Japan, whether the

18   staff is TMS staff or TMC staff; is that

19   true?

20                  MR. ARYA:  Objection, vague

21           and ambiguous.

22                  Go ahead.  Do you understand

23           what he means?

24                  THE WITNESS:  Could you

25           clarify the question, please?

000605

Ernest Bastien

244

1    BY MR. PITRE:

2          Q.    Absolutely.

3                When it says "Coordination

4    Officer," is it your understanding that

5    "coordination" refers to coordinating

6    between affiliates at TMC in Japan as

7    well as affiliates of TMS in Japan?

8                MR. ARYA:  Same objection.

9                THE WITNESS:  My

10          understanding of his role is that

11          he communicates at an executive

12          level with TMC regarding Toyota

13          Motor Sales operations.  The

14          various executives that he

15          coordinates at TMS would not only

16          coordinate information with him,

17          but they would also communicate

18          with their facing departments in

19          Japan at Toyota Motor Corporation.

20   BY MR. PITRE:

21          Q.    Now, as part of that

22   position, you said it includes sales,

23   correct?

24          A.    Sales directly engages with

25   him, yes.

Ernest Bastien

245

1              Q.     Okay.

2                     Does it include marketing,

3       distinct from sales?

4                     MS. DAWSON:  Object to the

5              form of the question.  It is

6              beyond the scope this witness has

7              been designated to testify about.

8       BY MR. PITRE:

9              Q.     Go ahead.

10             A.     The org charts that we

11      looked at earlier that had marketing

12      reporting through the divisions would

13      reflect the nature of marketing as it

14      pertains to the divisions and as to how

15      information regarding marketing would

16      also be transferred to Max.

17             Q.     Does it also relate to

18      engineering or technical concerns for

19      Toyota vehicles?

20                    MR. ARYA:  Objection, vague,

21             ambiguous.

22                    THE WITNESS:  I don't know.

23      BY MR. PITRE:

24             Q.     Now, if we just kind of go

25      down below, there's a line and there's an

Ernest Bastien

246

1   executive assistant that Mr. Yamanami

2   has, correct?

3          A.    Yes.

4          Q.    That's a Ms. or Mr. Asano?

5          A.    Ms.

6          Q.    Ms. Asano, all right.

7                And then we have vice

8   presidents.  It looks like you have got

9   1, 2, 3, 4 vice president positions,

10  correct?

11         A.    Right.

12         Q.    And they are all part of the

13  coordination office?

14         A.    Yes.

15         Q.    Is it called the

16  coordination office or is there a

17  different name given to that group?

18         A.    I don't hear it referred to

19  that way.  I think the function is such

20  that he's a senior executive, and our

21  division automotive executives, the

22  general managers of the divisions and the

23  senior vice president of automotive

24  operations, worked through him,

25  communicate to him what's going on, and

Ernest Bastien

247

1   also communicate with him with regard to

2   any support they need from TMC.

3          Q.    Okay.

4                Now, you used the word

5   "Operations."  When you use the term

6   "operations" or "automotive operations,"

7   please describe what you mean.

8          A.    I'm talking about what's

9   going on with the divisions, which is

10  Toyota division and Lexus division, as it

11  pertains to sales and our production,

12  vehicle availability and activities in

13  the North American market.

14         Q.    All right.

15               So, within Mr. Yamanami's,

16  what I want to call group, there's a

17  responsibility for coordination, as

18  you've described it for both operations,

19  products and sales; is that correct?

20         A.    If you're referring to my

21  comment, I said production, but --

22         Q.    Production.  I apologize.

23         A.    That's okay.

24               Mr. Ogawa, I'm familiar with

25  him, and he is the coordinator for the

Ernest Bastien

248

1    advanced product strategy and product

2    planning area.

3            Q.    Okay.

4                  Now, is that part of Mr.

5    Yamanami's group or does that now blend

6    over into Jim Lentz's group?

7            A.    Well, it blends over to Jim

8    Lentz's groups, but the coordinators

9    aren't necessarily assigned to the

10   groups, they are assigned to the

11   individuals, and the individuals are

12   assigned to the groups.

13           Q.    All right.

14                 So, focusing only on Mr.

15   Yamanami now, have you now given me your

16   understanding of the reporting

17   responsibilities and the types of

18   activities conducted by those who report

19   to him being operations, production and

20   sales?

21           A.    Yes.  But, again, I pointed

22   out that Mr. Ogawa --

23           Q.    Yes.

24           A.    -- is group vice president

25   and coordinating officer, and he

Ernest Bastien

249

```
 1    coordinates with the product planning
 2    department.
 3              Q.    All right.  All right.
 4                    So, now, let's go over to
 5    Jim Lentz's group.  Jim Lentz is at the
 6    top, and it looks like he has at least
 7    three different people with direct
 8    reporting responsibility to him based on
 9    this chart.  Am I interpreting the chart
10    accurately?
11              A.    Plus his assistant.
12              Q.    Plus his assistant.
13              A.    Yes.
14              Q.    Okay.
15                    If I set aside the assistant
16    for one moment, there's three different
17    groups that report to him.  It looks like
18    advanced product --
19              A.    Strategy.
20              Q.    -- strategy and production?
21              A.    Product development --
22    product planning, excuse me.
23              Q.    And that's handled by a
24    gentleman named Hostetter?
25              A.    Hostetter.
```

000611

Ernest Bastien

250

1          Q.     Okay.

2                 And please tell me, what is

3     done in that particular group or

4     division, what operations?

5          A.     That group includes product

6     planning, advanced product development

7     and strategic planning.

8          Q.     Now, does that group have

9     any responsibility for investigating

10    sudden acceleration events?

11         A.     Not that I'm aware of.

12         Q.     Does it have any involvement

13    in design or development of brake

14    override systems?

15         A.     I don't know.

16         Q.     Does it have any

17    responsibility for the design or the

18    development of electronic throttle

19    control systems?

20         A.     I would say no, but they are

21    involved in planning product.  Normally

22    that includes the configuration of the

23    vehicle, the styling of the vehicle and

24    the content.  They don't do engineering.

25         Q.     Can you point on Exhibit 42

Ernest Bastien

251

1    to any group that, to your knowledge, is

2    involved with design or development of

3    electronic throttle control systems?

4         A.    TMS doesn't normally engage

5    in that.  While I'm sure there are people

6    there that want to understand it, they

7    are not involved in engineering.

8         Q.    Is there any group on this

9    chart that depicts, or at least

10    represents, what division has

11    responsibility for handling customer

12    complaints of sudden acceleration?

13              MR. ARYA:  Objection, vague,

14         ambiguous as to handling customer

15         complaints.

16              Go ahead.

17              THE WITNESS:  It would be

18         easier to use an American staff

19         chart, since I'm not that familiar

20         with the Japanese coordinators at

21         the senior level.

22    BY MR. PITRE:

23         Q.    So, are you saying that

24    Exhibit 42 is not an American chart?

25         A.    As you can see here, most of

Ernest Bastien

252

1    the individuals have Japanese names.

2    It's a Toyota Motor Sales chart, but at

3    the executive coordinator level, which is

4    where most of the individuals are that

5    report directly to Mr. Inaba, they are

6    Japanese and TMC associates.

7            Q.    Is there another chart that

8    would be the American chart?

9                 MS. DAWSON:  Let me pull out

10          Exhibit 45.

11                MR. PITRE:  There we go.

12   BY MR. PITRE:

13          Q.    Is that Exhibit 45?

14                MS. DAWSON:  45 is the

15          oversized --

16                MS. HANNA:  45 is the big

17          one.

18                THE WITNESS:  Yeah.  This

19          one.  This one's probably easier

20          to work from.

21   BY MR. PITRE:

22          Q.    Can you tell me, what is the

23   difference between Exhibit 42 and 45?

24          A.    The difference is that Mr.

25   Inaba is on here and then Jim Lentz is

Ernest Bastien

253

1     the president.  And then the direct

2     reports to Jim Lentz.

3              Q.    Okay.

4                    How about the individuals

5     below the line?  Are there differences as

6     well?

7              A.    Below?

8              Q.    Below Mr. Lentz?

9              A.    Well, for instance, we have

10    Don Esmond on here, Chris Hostetter --

11             Q.    That's referring to Exhibit

12    Number 42?

13             A.    Yes.  And Bob Daly.  And

14    then beneath that, you have a series of

15    group vice presidents and the various

16    operating departments in TMS.

17                   These executive coordinators

18    would be assigned to these different

19    group vice presidents.

20             Q.    I don't want to confuse you.

21    I want you to pull out Exhibit Number 43.

22                   Do you have that in front of

23    you, sir?

24             A.    Yes.

25             Q.    Where does Exhibit Number 43

Ernest Bastien

254

1      fit with respect to Exhibit Number 42?

2                    MR. ROBINSON:   45; is that

3            right?

4                    THE WITNESS:   45 is the

5            document that I'm looking at right

6            now.

7      BY MR. PITRE:

8            Q.    45.   Okay.

9            A.    So, the cover sheet I have,

10     or the top sheet for 43 right now, shows

11     Chris Hostetter.

12           Q.    That's correct.   And that's

13     where we left off.

14           A.    And Chris Hostetter, on the

15     far left-hand side, reports to Jim Lentz.

16     So, this drop down includes all the vice

17     presidents and corporate managers that

18     are reporting to Chris Hostetter.

19           Q.    And when you say "this," you

20     are referring to Exhibit Number 43; is

21     that correct?

22           A.    Right.

23           Q.    So, is it easier for you to

24     explain the hierarchy at Toyota Motor

25     Sales to make reference to Exhibit Number

000616

Ernest Bastien

255

```
1     45 and 43?
2             A.     I think it would be helpful.
3             Q.     All right.
4                    Well, let's start with,
5     then, Exhibit 45.  Exhibit 45, you were
6     saying the only difference there is
7     you've got Jim Lentz, who is a direct
8     subordinate to Mr. Inaba; is that
9     correct?
10            A.     He reports to Mr. Inaba,
11    yes.
12            Q.     Right.
13                   And then right under the
14    decision tree on Exhibit Number 45, under
15    Lentz, you have Hostetter, Esmond and
16    Daly; is that correct?
17            A.     Yes.
18            Q.     And let's take them one at a
19    time.  What do you understand is the "Adv
20    Prod Strat/Prod."
21                   What does that refer to?
22            A.     Group vice president,
23    advanced product strategy, product
24    planning.
25            Q.     Is there anybody on Exhibit
```

000617

Ernest Bastien

256

```
 1      45 that has responsibilities for sudden
 2      acceleration events?
 3                 MS. DAWSON:  Object to the
 4            form of the question.  It's vague
 5            and ambiguous.
 6                 THE WITNESS:  I don't
 7            understand the question.
 8      BY MR. PITRE:
 9            Q.    Sure.
10                 You have heard that there
11      are something called sudden unintended
12      acceleration events that have been
13      alleged to have occurred regarding Toyota
14      vehicles, correct?
15            A.    Yes.
16            Q.    And is there somebody within
17      Toyota Motor Sales that's depicted here
18      on Exhibit 45 that has any responsibility
19      for handling customer complaints about
20      that?
21                 MS. DAWSON:  Object to the
22            form of the question, vague and
23            ambiguous.  And also, as you've
24            framed this question, it's beyond
25            the scope of this deposition
```

000618

Ernest Bastien

257

1           notice.

2   BY MR. PITRE:

3           Q.    Go ahead.

4           A.    So, if we're trying to

5   determine who has responsibility for

6   evaluating vehicle operations and

7   warranty and parts and service

8   activities, it would be under Fletcher

9   Davidson.

10          Q.    Fletcher Davidson?

11          A.    Yes.  And that's off chart

12  45.

13          Q.    Got it.

14                What is his title or

15  position?

16          A.    He's newly assigned, within

17  the past 90 days, but as group vice

18  president and customer services division

19  CSD, which you had asked about earlier.

20          Q.    Thank you.

21                Was there a customer service

22  division before Mr. Davidson filled that

23  position?

24          A.    Yes.

25          Q.    And how many group vice

Ernest Bastien

258

1    presidents were there for that division

2    before he was just assigned that

3    position?

4          A.    He replaced one individual.

5          Q.    And what was his or her

6    name?

7          A.    Her name was Jane Beseda.

8          Q.    How do you spell?

9          A.    Jane Beseda, B-E-S-E-D-A.

10          Q.    And where is Ms. Beseda now?

11          A.    Retired.

12          Q.    Where does she live, as best

13    you last recall?

14          A.    Somewhere in southern

15    California.

16          Q.    How long had she been with

17    Toyota Motor Sales before she retired?

18          A.    I'm going to guess 18 years.

19    It was in that neighborhood.

20          Q.    Okay.

21                Now, just in terms of a

22    description of what activities are

23    conducted by the customer service

24    division, can you describe them for me?

25          A.    Yes.  Actually, there's a

000620

Ernest Bastien

259

1      drop down chart in the Exhibit Number 43.

2              Q.      Okay.  Go ahead.

3              A.      And there's a page for

4      Fletcher.  It's roughly in the middle.

5              Q.      Because it looks like

6      there's some pages.  There's numbers.

7              A.      Well, they are the same --

8      unfortunately, they are the same numbers

9      on the front.  It says Fletcher Davidson,

10     Renee Espino is his administrative

11     assistant.

12             Q.      What do you understand Mr.

13     Davidson does in his newly created

14     position?

15                     MR. ARYA:  Objection.

16                     MS. DAWSON:  Objection to

17             the form of the question.

18             Mischaracterizes --

19                     MR. ARYA:  Misstates

20             testimony.  Sorry.

21     BY MR. PITRE:

22             Q.      He just assumed this

23     position within the last 90 days,

24     correct?

25             A.      Yes.

000621

Ernest Bastien

260

1           Q.     All right.

2                  What do you understand he

3    does?

4           A.     He supervises the

5    departments beneath him.

6           Q.     And what do those -- it says

7    here "Dealer Operations," "Product

8    Quality," "Corporate Accessories,"

9    "Customer Relations."

10                 Which of these departments

11   or divisions do you understand handles

12   complaints that come in from consumers or

13   dealers dealing with sudden acceleration?

14          A.     Well, there's two

15   departments where that vehicle operation

16   issue meet, develop.  One is through the

17   vice president of customer relations,

18   which includes supervision of the 800

19   line.  The other is --

20                 MR. BAILEY:  I couldn't hear

21          that.

22                 THE WITNESS:  Supervision of

23          the 800 line.

24   BY MR. PITRE:

25          Q.     Vice president of customer

Ernest Bastien

261

1    relations, is that Nancy L. Fein?

2            A.    Yes.

3            Q.    And then what is the other

4    one?

5            A.    The other one would be vice

6    president of product quality and service

7    support, Bob Waltz.

8                    MR. PITRE:  Okay.  Let's

9            stop right there, because he has

10           to change tape.  I apologize.

11                   MS. DAWSON:  We've been

12           going, do you want to take a

13           break?

14                   THE VIDEOTAPE TECHNICIAN:

15           We're off the record.  The time is

16           2:39.  This is the end of Tape 2.

17                        -   -   -

18                   (Whereupon, a recess was

19           taken from 2:39 p.m. until

20           2:56 p.m.)

21                        -   -   -

22                   THE VIDEOTAPE TECHNICIAN:

23           We're on the record.  The time is

24           2:56 p.m.

25                   This is the beginning of

Ernest Bastien

262

```
 1              Tape 3.  Please proceed.
 2     BY MR. PITRE:
 3              Q.    Thank you, sir.
 4                    We were back on Exhibit
 5     Number 43.  Do you recall that, sir?
 6              A.    Yes.
 7              Q.    We were on the page
 8     referring to Robert Waltz and Nancy Fein.
 9     Do you recall that, sir?
10              A.    Yes.
11              Q.    Let's go back to the top
12     here, Fletcher Davidson?
13              A.    Yes.
14              Q.    It says here, "Toyota
15     Customer Services."  Is that part of the
16     customer relations department or is that
17     a different department?
18              A.    Customer relations is
19     beneath that.
20              Q.    When you say "Beneath that"?
21              A.    Nancy Fein is the vice
22     president for customer relations.
23              Q.    Thank you.
24                    What is your understanding
25     of the difference between customer
```

000624

Ernest Bastien

263

1    services and customer relations?

2         A.    The customer services

3    division is more broadly applied to the

4    different areas.

5         Q.    And what does that entail?

6         A.    The various departments

7    beneath him.  So, you have vice

8    president, dealer operations, which is

9    Dave Camden's area; you have Bob's area,

10   product quality and service report; you

11   have accessories, Elaine Matsuda; you

12   have customer relations and then NAPO,

13   which is the parts distribution network.

14        Q.    What is your understanding

15   of the department titled "Dealer

16   Operations"?  What does that do?

17        A.    The dealer operations group

18   is engaged in the parts and service

19   merchandising area.  They also administer

20   warranty so that they are the department

21   responsible for handling the parts and

22   service activities of the dealership.

23        Q.    Under the warranty, would

24   that include both dealers who are under

25   private distributors, as well as those

Ernest Bastien

264

1    where there are Toyota franchises?

2          A.    Yeah.  I'm not exactly sure

3    exactly how they engage with the private

4    distributors in managing that, but the

5    private distributor dealers are also

6    responsible to use the parts and service

7    warranty manual and comply with its

8    requirements.

9          Q.    Mr. Camden, is he located in

10   the Torrance office?

11         A.    He is.

12         Q.    The next box over is "VP

13   Product Quality and Service."  Do I have

14   that correct?

15         A.    "Service Support."

16         Q.    And what kind of activities

17   take place within that particular

18   division or department?

19         A.    They monitor vehicle quality

20   and vehicle operation issues, the field

21   technical support activities handled out

22   of that office in terms of diagnosing

23   problems that are unusual in nature, the

24   dealerships need assistance in diagnostic

25   or repair activities.

000626

Ernest Bastien

265

1      Q.     And is the field tech

2   support department, is that under Mr.

3   Waltz?

4      A.     I'm not sure that's the

5   exact way they refer to the department,

6   but, yes.

7      Q.     Individuals who go out in

8   the field then and inspect vehicles or

9   deal with issues regarding complaints, is

10  that what you meant in terms of field

11  tech support?  I'm just trying to

12  understand what you mean.

13     A.     Well, the regional offices

14  also have field tech specialists.

15     Q.     Regional offices of Toyota

16  Motor Sales?

17     A.     Right.

18     Q.     Okay.

19     A.     And the private

20  distributors.  So, the dealers call into

21  the regional offices first to get

22  assistance since they're very familiar

23  with the way things operate and they're

24  trained to help with diagnostic and

25  repair activities.

000627

Ernest Bastien

266

1          Q.    And these regional offices

2    are the 12 or so that you've described or

3    are they more --

4          A.    The ten.

5          Q.    The ten?

6          A.    The ten company-owned and

7    two private distributors for Toyota and

8    the four Lexus Western area or, excuse

9    me, Lexus areas.

10         Q.    Got it.

11              So these kind of field

12   support offices are regional offices that

13   coincide with the regions that you've

14   described previously?

15         A.    Yes.

16         Q.    And then when the

17   information comes from those regional

18   offices back to Torrance, is that then

19   Mr. Waltz and his group that handles

20   that, right?

21         A.    The --

22              MS. DAWSON:  Objection to

23         the form of the question.

24   BY MR. PITRE:

25         Q.    Go ahead.

Ernest Bastien

267

1          A.     That information channels

2     back to Bob, but it's possible that if

3     the field technical specialists in the

4     regional offices need assistance, they

5     would call Bob's department.

6               MS. DAWSON:  Frank, this

7          also is, per our discussion this

8          morning, an area that's going to

9          be addressed by another witness.

10              MR. ARYA:  Tomorrow.

11              MR. PITRE:  Great.  Then

12         we'll deal with it.  This is

13         somebody who will testify tomorrow

14         apparently.

15    BY MR. PITRE:

16         Q.     But you've given me a

17    general background?

18         A.     We're approaching the limits

19    of my knowledge.

20         Q.     Fair enough.  Fair enough.

21              Let's move over to customer

22    relations, Nancy Fein.  Just give me a

23    general description of what that

24    department or division does?

25         A.     They manage the 800 line,

000629

Ernest Bastien

268

1    which is the number in all our product

2    service manuals and at the dealerships.

3    And if customers have complaints, whether

4    they are sales or service oriented, they

5    come in to her area.  That doesn't

6    necessarily need to be limited to

7    telephone.  They also respond to letters.

8    And they work on resolving customer

9    concerns or complaints.

10            Q.    Now, I've heard the term

11   "customer assistance center."  Is that

12   what you're referring to on the 800

13   number?

14            A.    Yes.

15            Q.    To your knowledge, is

16   Torrance kind of the office that

17   maintains the database for all of these

18   customer requests either through the 800

19   line or through letters?

20                MR. ARYA:  Objection, vague,

21          ambiguous.

22                Go ahead.

23                THE WITNESS:  We have a call

24          center in Torrance, and Nancy

25          oversees it.

Ernest Bastien

269

1    BY MR. PITRE:

2          Q.    So, Nancy, I take it, would

3    be the one who would know what documents

4    or what electronic data is stored or

5    maintained; is that right?  That's who

6    you'd go to?

7          A.    I'd start with her.  She may

8    need to defer to someone else.

9          Q.    Just going back to product

10   quality service and support, is that the

11   group that you understand dealers also go

12   to for questions?

13         A.    There may be an access line

14   for them, but typically they would work

15   through the regional office, especially

16   given the different time zones throughout

17   the country.

18         Q.    Is there a different

19   department or division to handle

20   questions or concerns or complaints from

21   customers for Lexus vehicles as opposed

22   to Toyota and Scion vehicles?

23         A.    I don't know the answer to

24   that.

25         Q.    Just so I understand

Ernest Bastien

270

1    generally, the difference between what I

2    want to call what Mr. Waltz's department

3    does and what Ms. Fein's department is,

4    Ms. Fein deals with customers, meaning

5    individuals who are out there, and Mr.

6    Waltz deals more with dealerships or

7    distributors?  Is that a fair

8    characterization based on your knowledge

9    or not?

10                 MR. ARYA:  Objection, beyond

11         the scope of this witness'

12         designation.

13                 If you know, you can answer.

14   BY MR. PITRE:

15         Q.    If you know.

16         A.    In simple terms, I would say

17   yes.

18         Q.    Okay.  Thank you.  We'll get

19   into more detail tomorrow, and I

20   appreciate your help.

21                 Again, I'm just trying to

22   cut through a lot of time here.

23                 Based on Exhibit Number 43,

24   is there anywhere depicted here

25   individuals who are responsible for

000632

Ernest Bastien

271

1    product quality different from customer

2    complaints, investigating quality issues

3    or things of that nature?

4                    MR. ARYA:  Objection, beyond

5              the scope of this witness'

6              designation.  Go ahead and answer

7              if you know.

8                    THE WITNESS:  I think I

9              already identified product quality

10             and service support under Bob

11             Waltz as an area that --

12   BY MR. PITRE:

13        Q.    That's Bob Waltz again?

14        A.    Yes.

15        Q.    Got it.  All right.

16             Now, I want to talk about

17   what I want to call issues regarding

18   product design or vehicle design.  To

19   your knowledge, within Toyota Motor

20   Sales, are there any departments or

21   division that deal with issues that come

22   up regarding product design problems?

23        A.    Specifically if we're

24   talking about product engineering --

25        Q.    Yes, sir?

000633

Ernest Bastien

272

1          A.     -- design, I would say that
2     while they might be a conduit for
3     information, the ultimate responsibility
4     for that is TMC.
5          Q.    All right.  As you mention
6     in a conduit role, meaning, as I
7     understand, they take information and
8     pass it along to TMC.  Is that what you
9     meant by "conduit"?
10         A.     That's correct.
11         Q.     What departments or
12     divisions serve in that conduit function
13     as you've just described it?
14         A.     I would say information is
15     primarily sourced through the product
16     quality area.
17         Q.     And where is that?
18         A.     That's Bob Waltz again.
19         Q.     Again Mr. Waltz.  Okay.
20         A.     There could be some overlap
21     in integration with Nancy's area.
22         Q.     All right.
23              Again, those two departments
24     or divisions, generally speaking, as you
25     understand it?

000634