# EXHIBIT D – Hijame Kitamura Deposition Transcript and Exhibits

# EXHIBIT O.1

**In Re:**

*Toyota Motor Corp (Unintended Acceleration)*

---

*Hajime Kitamura*

*November 4, 2010*

---

*GOLKOW TECHNOLOGIES, INC.*

*Excellence In Court Reporting For Over 20 Years*

*877.370.3377*

*deps@golkow.com*

Original File Kitamura,Hajime 110410.txt

Min-U-Script®

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE: TOYOTA MOTOR CORP. UNINTENDED ACCELERATION, MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | : | CASE NO. 8:10ML2151 JVS (FMOx) |

\- - -

NOVEMBER 4, 2010

\- - -

Videotaped deposition of HAJIME KITAMURA, VOLUME I, held in the offices of JAMS, 500 N. State College Boulevard, 14th Floor, Orange, California, commencing at 9:08 A.M., on the above date before Pamela Cotten, CSR, RDR, Certified Realtime Reporter, Certificate No. 4497.

\- - -

GOLKOW TECHNOLOGIES, INC.
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

A P P E A R A N C E S:

ROBINSON, CALCAGNIE & ROBINSON, INC.
BY: MARK P. ROBINSON, JR., ESQ.
7th Floor
620 Newport Center Drive
Newport Beach, California 92660
mrobinson@rcrlaw.net
(949) 720-1288
Counsel for the Plaintiffs

HABUSH HABUSH & ROTTIER, SC
BY: DONALD H. SLAVIK, ESQ.
Suite 2300
777 East Wisconsin Avenue
Milwaukee, Wisconsin 53202-5381
slavik@habush.com
(414) 271-0900
Counsel for the Plaintiffs

HAGENS BERMAN SOBOL SHAPIRO LLP
BY: LISA M. HASSELMAN, ESQ.
Suite 300
1918 Eighth Avenue
Seattle, Washington 98101
lisah@hbsslaw.com
(206) 623-7292
Counsel for the Plaintiffs

RINGLER KEARNEY ALVAREZ LLP
BY: PAUL G. SZUMIAK, ESQ.
28th Floor
633 W. Fifth Street
Los Angeles, California 90071
pszumiak@rkallp.com
(213) 473-1900
Counsel for the Deluxe Plaintiffs

A P P E A R A N C E S: (CONTINUED)

BOWMAN AND BROOKE LLP
BY: JOEL H. SMITH, ESQ.
Suite 1000
1441 Main Street
Columbia, South Carolina 29201
joel.smith@bowmanandbrooke.com
(803) 726-0020
Counsel for the Toyota Defendants

ALSTON & BIRD LLP
BY: JOHN D. ARYA, ESQ.
16th Floor
333 South Hope Street
Los Angeles, California 90071
john.arya@alston.com
(213) 576-1000
Counsel for the Toyota Defendants

WILLIS DEPASQUALE LLP
BY: SHANE M. BIORNSTAD, ESQ.
Suite 550
725 W. Town and Country Road
Orange, California 92868
sbiornstad@wdlegal.net
(714) 544-6000
Counsel for Bob Baker Lexus in the Saylor Case

A P P E A R A N C E S: (CONTINUED)

ALSO PRESENT:

TAKAKO TAKADA, Japanese Interpreter

YOSHI REITZ, Japanese Check Interpreter

J. DOUGLAS BISHOP, ESQ.
Managing Counsel
Toyota Motor Sales, U.S.A., Inc.

MR. KEIDAI RO
Toyota Motor Corporation

MR. DAISUKE NISHIDA
Toyota Motor Sales, U.S.A., Inc.

MS. DIANA FOLIA, Paralegal
Robinson, Calcagnie & Robinson

CASEY HOWELL, Videographer

COREY SMITH
Precision Trial Solutions

I N D E X

Witness: HAJIME KITAMURA, VOLUME I

| Examination: | Page |
|---|---|
| BY MR. ROBINSON ---------------------- | 8 |

E X H I B I T S

| Number | Description | Page |
|---|---|---|
| Exhibit 200 | Document Titled "Background of Mr. Hajime Kitamura," English and Japanese Versions, Two Pages | 17 |
| Exhibit 201 | (Marked Under Separate Confidential Cover) | 33 |
| Exhibit 202 | (Marked Under Separate Confidential Cover) | 39 |
| Exhibit 203 | (Marked in Volume II of Hajime Kitamura's Deposition) | |
| Exhibit 204 | (Marked Under Separate Confidential Cover) | 82 |
| Exhibit 205 | 12/8/05 E-mail, with Attachment, from George Morino to Yasuhiro Morozumi, et al., Subject: Confidential - IS 250 AWD Drafte Owner Letter and Q & A Bates Nos. TOY-MDLID00002900 - 2903 | 106 |

E X H I B I T S
(Continued)

| Number | Description | Page |
| --- | --- | --- |
| Exhibit 206 | 12/8/05 E-mail Chain, with Attachment, Subject: Confidential - IS 250 ADW Drafte Owner Letter and Q & A Bates Nos. TOY-MDLID00010344 10349 | 111 |
| Exhibit 207 | Document Titled "Prepared Testimony of Akio Toyoda, President, Toyota Motor Corporation, Committee On Oversight and Government Reform, February 24, 2010," Three Pages | 94 |
| Exhibit 208 | 12/14/05 Memo, Subject: Special Service Campaign (SSC) 5LC - 2006 IS 250 AWD Accelerator Pedal Bates Nos. TOY-MDLID00002820 - 2825 | 116 |

ORANGE, CALIFORNIA - THURSDAY, NOVEMBER 4, 2010

9:08 A.M.

VIDEO OPERATOR HOWELL: Good morning. We are on the record. My name is Casey Howell, videographer for Golkow Technologies, Incorporated. Today's date is November 4th, 2010. The time, 9:08 A.M. This video deposition is being held in Orange, California, in the matter of Toyota Motor Corporation Unintended Acceleration, Marketing, Sales Practices, and Product Liability Litigation in the United States District Court, Central District of California.

The deponent is Hajime Kitamura.

Would counsel please identify themselves for the record.

MR. ROBINSON: Mark Robinson for plaintiffs.

MR. SLAVIK: Don Slavik for the plaintiffs.

MS. HASSELMAN: Lisa Hasselman of Hagens Berman for the plaintiff class.

MR. RAMIREZ: Paul Szumiak for plaintiffs.

MR. SMITH: Joel Smith representing Toyota defendants.

MR. ARYA: John Arya for the Toyota defendants.

MR. BISHOP: Doug Bishop, Managing Counsel for Toyota Motor Sales.

MR. BIORNSTAD: Shane Biornstad for Bob Baker Lexus.

MR. ROBINSON: We missed somebody at the end here.

MR. RO: Keidai Ro.

MR. SMITH: His name is Keidai Ro.

VIDEO OPERATOR HOWELL: Thank you. The court reporter is Pamela Cotten. She will now administer the oath to the interpreter and then the witness.

TAKAKO TAKADA,

having been first duly sworn by the Certified Shorthand Reporter, served as Japanese interpreter in the proceedings as follows:

HAJIME KITAMURA,

called as a witness, and having been first duly sworn by the Certified Shorthand Reporter through the interpreter, was examined and testified through the interpreter as follows:

VIDEO OPERATOR HOWELL: Thank you. Please proceed.

EXAMINATION

BY MR. ROBINSON:

Q Good morning, Mr. Kitamura.

A Good morning.

Q You understand that you have been produced as a witness to explain -- to explain various categories of information that we are trying to seek for this Toyota unintended acceleration litigation?

MR. SMITH: Objection. Not to be picky, but he has been provided to answer your questions within those categories. Were you going to ask me something?

MR. ROBINSON: Off the record.

MR. SMITH: Yes.

(Off-the-record discussion.)

BY MR. ROBINSON:

Q So you are going to speak about quality control documents at Toyota; correct?

A I will be speaking based on my knowledge.

Q And you will be also giving us the identity of persons involved in quality control issues at Toyota; correct?

A I am going to explain based on as much as I know.

Q You are also going to speak about the identity, the nature, location, and retention of documents related to information Toyota Motor Corp. has received about speed control, surge, and SUA events in Toyota and Lexus vehicles including specifically warranty records, customer complaints, claims, and

lawsuits including field performance documents; correct?

A I think I am here to explain where the information kept, the information that TMC receives. However, regarding speed control, the definition is not clear what would you be including in the definition of speed control, whether it includes a sudden acceleration or not. Because there might be differences in the definition, it is going to become difficult to do the discussion. So I hope that the definition is clarified among the attorneys, and once clarified, then I believe I would be able to make some identifications.

MR. SMITH: Mark, just for -- just for our clarification, Bob Waltz has testified on this same topic about the TMS -- the U.S. side of this data gathering and analysis. What we have tried to do is provide you with somebody from the U.S. side but also someone from TMC. So, as he was just explaining, he is going to be talking about the information from TMC's perspective, and --

MR. ROBINSON: Okay.

MR. SMITH: So there may be some things that happen in the U.S. that he is not intimately familiar with but we have already provided that witness.

BY MR. ROBINSON:

Q You are also going to testify about the identities of the persons and departments involved in the intake and evaluation of field performance departments?

MR. SMITH: That actually, I think, is a typo. It should say field performance documents.

MR. ROBINSON: Let me reask it, then.

MR. SMITH: See if that's right. We don't intake field performance departments, so.

MR. ROBINSON: The document is wrong.

MR. SMITH: Right.

BY MR. ROBINSON:

Q Basically the identities of persons and departments involved in the intake and evaluation of field performance documents. That is what you are going to talk about; correct?

A Yes. I would like to talk to you based on what I know.

Q Thank you.

Also, you are going to talk about the identity, nature, location, and retention of documents related to electronic data recorders, electronic data readers, stored electronic data collectively called EDRS.

MR. ARYA: No, that's not it.

MR. ROBINSON: It is on the notice.

MR. SMITH: We have already provided that witness. That was --

MR. ARYA: Which notice are you looking at?

MR. ROBINSON: Don't worry.

MR. SMITH: That was Shibata-san.

MR. ROBINSON: Okay. Okay. Fine. I just want to make sure.

MR. ARYA: Okay.

BY MR. ROBINSON:

Q You are also going to speak about the procedures employed for investigation and responding to complaints of unintended acceleration by owners and operations of any Toyota vehicles?

A Yes. I would like to talk as much as I know.

Q And then you are going to talk to us and tell us about the identity, nature, location, and retention of any and all reports or studies regarding SUA events in any Toyota vehicles including but not limited to summaries describing which Toyota vehicles, models, and years have been the subject of any reported SUA events and any and all studies or analyses relating to any suspected causes of SUA events in any Toyota vehicles; correct?

A If my department is -- has an understanding where the documents are, meaning then I can explain to you where they are kept. However, if things are going on where I do not know where those things are going on, then I would not be able to identify. So for this question I will respond as much as I know, based on my knowledge.

Q And then --

MR. SMITH: You are on 16?

MR. ROBINSON: Yeah.

MR. SMITH: Before you go any further on that, let me just point out that we provided a witness from TMA to cover communication with the government. We -- now, that witness specifically said that there were people at CQE involved in that. He is going to cover the TMC side of that but not the TMA side of that, because there has already been a witness on that, and there's also been a witness that testified last week, Steve Curtis, about communications with the public. So he won't be covering that portion of that, but the remainder of that he will. Okay? You can go ahead. I just wanted to make that clarification.

BY MR. ROBINSON:

Q Okay. So you are going to give us a general description of the internal decision-making process by

Toyota Motor Corp. about what and when to inform Toyota customers, governmental agencies, and the public about SUA events and the identities of the persons and departments involved in that decision-making process at Toyota Motor Corp. and the identity of the persons and departments at Toyota Motor Corp. involved in that process; correct?

A I would like to explain to you in terms of the general process based on my knowledge. However, if it becomes specific individual cases, I might not have knowledge who in particular was involved, so I hope you do understand that there are instances where I do not have knowledge.

Q Do you speak English?

A I have studied in school, so I can read some English, but my vocabulary is very limited, and so I don't think we could hold a conversation in English.

Q Do you read English documents as part of your work at Toyota?

A I would not say that there is no occasion for me to read; however, when reading I do need to use the dictionary.

Q So there are times when you do read English documents and you use the dictionary?

MR. SMITH: Objection. Asked and answered.

MR. ROBINSON: Okay.

BY MR. ROBINSON:

Q Go ahead.

MR. SMITH: You may answer.

THE WITNESS: There are some cases in which I use the dictionary to read, but that is very rare.

BY MR. ROBINSON:

Q Have you ever lived in the United States, Canada, or any European countries for more than a month?

A I have not.

Q Have you ever read e-mails from employees at TMS that were in English?

A I don't think there has been any e-mails sent to me, addressed to me directly, from TMS. It would have been cc'd to me. So I would not say that a cc'd e-mail to me has been zero, but receiving directly from TMS is extremely rare. So if your question is have I ever received, I do not recall, so I would say I do not know.

Q If you receive -- strike that.

If a document comes from Toyota Motor Sales in the U.S. and it is in English, such as an e-mail, is there some process at Toyota Motor Corp. to translate that document into Japanese to make it easier for you

to read the document?

A There is no such specific process. If it is directly addressed to me, then I could ask my subordinate to do the translation. However, in the past I have not directly received something from TMS. However, from TMA certain mails were cc'd to me, so I had asked my subordinate to confirm with me what the content was, not a full translation but just the content.

Q Who is your subordinate?

A At the time Kato.

Q Is that Michiteru Kato?

A I do not accurately recall the full name of that person. It was Michi something Kato.

Q Is he still your subordinate?

A No. Not currently.

Q Does he speak English?

A I think he can a little, at least he can speak more than I do.

Q Who is your immediate superior?

A Currently my immediate superior is Mr. Sunakawa, the General Manager.

Q I don't know if we got it right here. Why don't we spell Mr. --

MR. SMITH: Sunakawa.

BY MR. ROBINSON:

Q -- Sunakawa's name, please.

A It's S-u-n-a-k-a-w-a.

Q What does Mr. Kato, the one you identified as your subordinate, what does he do now?

A I do not believe his job has changed today. He is doing the work as the liaison with NHTSA on the Japan side to give instructions to do investigations and so forth.

Q Do you know a Mitsuhisa Kato?

A The name Kato as a family name, there are many Katos in Japan. So unless you tell me which department he belongs to, it is difficult for me. I do not know.

Q We will come back to him.

(The document referred to below was marked Number Exhibit 200 for identification.)

BY MR. ROBINSON:

Q Okay. So you have Exhibit 200 before you.

A Yes, I have it.

Q Now, have you ever had your deposition taken before?

A Once in the past.

Q Was that in the United States, or was that in Japan or someplace else?

A In the United States.
Q When was that deposition taken?
A My recollection is that it was two years ago.
Q And was that a case involving alleged sudden acceleration?
A No, it was not.
Q What did that case involve?
A As I recall, that was related to the airbag.
Q And was your deposition taken in Torrance, California?
A Sorry to say, but I do not know where the location was in California. However, we drove from TMS, so it must have been either in Torrance or in Los Angeles.
Q When you say "we," was it -- was it someone from the law firm of Bowman and Brooke, maybe a lawyer from Bowman and Brooke?
A Excuse me, but this was two years ago. I do not recall from which law firm that person was.
Q What was the allegation regarding airbags in the case?
A I am going to explain based on my recollection, so my recollection is a little vague, and I might not be extremely accurate, but let me explain based on what I can recall. TMC had implemented a

recall for the airbag, and this airbag covered -- was used in vehicles such as the Prius as well as some other models. The plaintiff's vehicle was not covered by this recall, so I was testifying why that particular vehicle was not covered by the recall.

Q What type of vehicle was involved in that case?

A As I recall, the case involved a Prius.

Q Are you saying that the recall involved a different group of Priuses than the Prius in that case?

A As I recall, the Prius that the plaintiff was driving was not included among the models that were recalled. I think that was the issue. I do not recall the specific model years.

Q Who was the plaintiff's attorney in that case?

A Sorry, I do not remember.

Q Where was the case filed? What -- what court, in what state?

A I may be wrong. If I am, I am going to apologize, but based on my recollection, I believe it was in Texas.

Q Is the case still pending or has it been resolved?

A I have been told that it has been resolved.

Q Was it settled?

A Sorry, but I do not know the details. I think it was settled.

Q So you understand you are under oath as if you were testifying in court before a judge and jury as you sit here in a deposition?

A I do understand.

Q And if I ask a question that you do not understand, will you tell me that you don't understand my question and I'll attempt to rephrase it? Fair enough?

A Yes. That is fine.

Q And -- but if you answer my question, I'm going to have to assume you at least thought you understood my question. Fair enough?

A Yes.

Q Now, you have worked with Toyota since 1981; correct?

A Yes.

Q And Exhibit 200 shows the various departments that you worked at at Toyota either Motor Sales or Toyota Motor Corp.; is that correct?

A Yes.

MR. SMITH: Mark, it is probably worth a clarification that that Toyota Motor Sales Company, Limited, is not Toyota Motor Sales in the U.S. Just

for your --

MR. ROBINSON: I was going to go into that.

MR. SMITH: All right.

BY MR. ROBINSON:

Q Today are you an employee of Toyota Motor Corporation?

A That is correct.

Q On Exhibit 200 it says in 1981 you joined Toyota Motor Sales Company, Limited. Will you explain the difference between Toyota Motor Sales Company, Limited, and Toyota Motor Corp.?

A In 1981 at the time the current Toyota Motor Corporation was divided into two companies. Toyota Motor Company, Limited, and Toyota Motor Sales -- Toyota Motor Sales Company, Limited. Into those two companies.

Q At some time did those two companies become one company?

A Correct.

Q When was that?

A That was in 1982. I do not recall precisely, but my recollection is that it was in July.

Q And so from 1982 to the present, you have worked in the quality division of Toyota Motor Corporation; is that right?

A It is correct that I have been an employee of Toyota Motor Corporation since 1982, but it is not correct to say that I have been working on qualities throughout the years.

Q Okay.

A For the past ten some odd years recently, I have been working with quality matters.

Q What about the -- from 1981 to 1990, were you working in various departments such as technical research, and service department, customer relations departments?

A That is correct.

Q Now, from 1981 -- strike that.

What is the technical research section for the service department?

A At the time I just had joined the company. It has been just six months since I joined the company, so I was still trying to learn about vehicles as for the job I was doing at the time, for example I was preparing repair manuals. Also, there were some difficult -- difficult repairs that had to be performed at the Japanese dealers. For example, in Japan there were expressways, and vehicles were being operated at high speed of 100 kilometers or so. When there was the vibration problem that needed to be repaired at the

dealers, these were difficult repair works. So I was doing research on how to do the difficult repair work.

Q You are a mechanical engineer. Is that right?

A At the university I majored in mechanical engineering.

Q You did not major in electrical engineering; correct?

A That's correct.

Q You did not major in electronic engineering; correct?

A I did not major in that.

Q You said that you testified regarding airbag recalls about two years ago. Do you have specific knowledge regarding various recalls on Toyota vehicles for the last, say, ten years?

A If you ask me to explain all of them, then I do not have recollection of all of them, but I was involved in several of the recalls, so I would be able to respond based on what I know.

Q When did you first become involved in any recall on any Toyota, Lexus, or Scion vehicles at Toyota Motor Corp.?

A That is a very difficult question. If I search my memory, I think it was maybe in 2001 or 2002.

Q And will you explain how it was that you got

involved in recalls at Toyota Motor Corp.?

A I don't quite understand your question, so I do not know how to respond to your question. Would you be more specific, please.

Q Why don't you explain what your involvement has been since 2001 to 2010 with recalls on Toyota Motor Corp. vehicles. Give us a summary.

MR. SMITH: Mark, I'm going to object. If you are asking him to catalog all of the recalls he has been involved in, I think that's beyond the scope of what we are talking about here. If what you are asking him is to generally describe what his responsibilities have been in relationship to North American recalls or, for that matter, any recalls, then I don't have any objection to that.

BY MR. ROBINSON:

Q Okay. From 2001 to the present, why don't you generally describe what your responsibilities have been for any recalls, whether they be in Japan or North America or Europe or any other location.

A At the time from 2001, I was at the time with the Quality Assurance Department, the current Customer Quality Engineering Department. In 2001 I was the head of a small -- small group, about ten people in the group. If information comes from the field or if

information comes internally that there might be a problem that might cause a problem to customers, then I would propose a recall review meeting to the General Manager. At the time it would have been the General Manager of the Quality Assurance Department at the time of 2001. Currently it would be the Customer Quality Engineering. So my -- one of my jobs was to make this proposal to hold the recall review meeting.

Once an agreement is reached that it is necessary to do a recall, and if that agreement is reached in the review meeting, then that would be reported to the Managing Officer, and if the Managing Officer makes the decision to conduct the recall, then I will be preparing to submit the notice to the authorities either in Japan or in the United States. If it is in the United States, it would be NHTSA.

As for preparing for notifying the authority, I was mainly involved in the preparation to submit a notice to the Ministry of Land, Infrastructure, Transport, and Tourism of Japan.

Q What about NHTSA? Were you involved in helping to report to NHTSA?

A Dealing with -- or notifying NHTSA, at the time of 2001, a separate group was involved with that. From 2005 the small group that was involved in

preparing to notify NHTSA, I became in a position to manage that small group as well. But starting from July of this year, this group that was involved in preparing to notify NHTSA moved to a different department.

Q Okay. So starting in 2001, say, through 2005, who was the General Manager, GM, that you would propose the recall review meeting to?

A From 2001 to 2002 I am going to talk based on my recollection, so the details might not be too correct so I hope you understand, but based on my recollection from 2001 to 2002 the General Manager to whom I made the proposal at the time was Mr. Fukumoto. Then from 2003 to 2007 or to mid 2008, I reported to Mr. Yokoyama. Then this year up until the end of June I reported to Mr. Miyamoto, or the General Manager. Then from July it would have been Sunakawa, the General Manager.

Q How do you spell that?

MR. SMITH: It was the earlier.

MR. ROBINSON: Sunakawa?

MR. SMITH: Sunakawa.

MR. ROBINSON: Okay.

THE WITNESS: Can we have a break, please?

MR. SMITH: Yes. Been an hour.

MR. ROBINSON: Are you running this? Okay.

MR. SMITH: You said he could have a break at any time he wanted.

VIDEO OPERATOR HOWELL: We are off the record. The time is 10:11.

(Recess taken.)

VIDEO OPERATOR HOWELL: We are on the record. The time is 10:33.

(The following testimony related to Exhibit 201 and 202 was held under separate confidential cover.)

\- - -

- - -

BY MR. ROBINSON:

Q Remember I asked you questions about getting all of the complaints from the call center, from the customers, remember the questions?

A Yes, I recall.

Q Isn't it true that this year the president of Toyota, Akio Toyoda, said that Toyota would make the following changes to the recall decision-making process? Number one -- go ahead.

He said up to now any decisions on conducting recalls have been made by the Customer Quality Engineering Division at Toyota Motor Corporation in Japan; correct?

A Yes.

Q And he said what Toyota lacked was customers' perspective; correct?

A I -- since I do not know what went before that and after that, even if you ask me if this is correct or not, I cannot respond to that question.

Q Well, if he said that, do you agree with him?

A Which portion are you asking me?

Q Do you agree that up until, say, March of 2010 Toyota's decision to conduct recalls lacked customers' perspective?

MR. SMITH: Mark -- Mark, I think if you are going to ask him about a statement, which you are asking him about a statement, he can tie it to the whole --

MR. ROBINSON: Fine. I'll make it the next -- what are we at? I skipped something, but I'll do 207. Here you go. Take a look at it.

MR. SMITH: Last one was 204.

MR. ROBINSON: Yeah, but I have some others that I already pre- -- here you go.

(The document referred to above was marked Number Exhibit 207 for identification.)

MR. ROBINSON: I'm just talking right here where he says that.

MR. SMITH: Could you point that out to the interpreter.

MR. ROBINSON: Yeah. Let's go here, on the second page -- first of all, just be fair to the witness, this is a statement that the president, Akio Toyoda, made to the Congress here in the United States, the Committee on Oversight and Government Reform, on February 24th, 2010.

MR. SMITH: If you are going to ask him questions about this statement, he is entitled to read whatever portion he wants to or have it interpreted.

MR. ROBINSON: Yeah. He can read whatever he wants, but let me tell you where I'm going to focus on.

MR. SMITH: All right.

MR. ROBINSON: Where he says, "At Toyota we believe the key to making quality products is to develop quality people."

THE WITNESS: May I put some marks on this exhibit? Is it okay?

MR. ROBINSON: Yeah. Just -- yeah. You want a yellow marker here?

THE WITNESS: Oh, any color is fine.

MR. ROBINSON: Yeah. Yeah. Go ahead.

THE WITNESS: May I scribble on it? Is that okay?

BY MR. ROBINSON:

Q Well, let me -- okay. Let me -- so you don't do too much work here, let me go to where I wanted to go and then you can put Japanese marks on it.

What I wanted to do was this, where he said --

INTERPRETER TAKADA: Is that the second page?

MR. ROBINSON: Yes, the second page.

BY MR. ROBINSON:

Q Where he says, right here, you -- "what we lacked was customers' perspective." It is on the fourth paragraph at the bottom. Then you should tell him -- I'll read you the next part. You can read it to

him.

It says, "To make improvements on this, we will make the following changes to the recall decision-making process. When recall decisions are made, a step will be added in the process to ensure that management will make a responsible decision from the perspective of 'customer safety first.' To do so, we will devise a system in which customers' voices around the world will reach our management in a timely manner and also a system in which each region will be able to make decisions as necessary."

Why don't you read that part to him. Ms. Interpreter, also will you read this right up there at the top, he says:

"We pursued growth over speed -- over the speed at which we were able to develop our people and our organization, and we should sincerely be mindful of that. I regret that this has resulted in the safety issues described in the recalls we face today, and I am deeply sorry for any accidents that Toyota

drivers have experienced."

So what I'm asking, Mr. Kitamura, what changes, if any, after February 24th, 2010, regarding quality control did Toyota Motor Corp. make that are not found on Exhibit 202?

MR. SMITH: And I would inform the witness that to the extent there's anything that he wants read or translated --

MR. ROBINSON: Yeah.

MR. SMITH: -- from the document before he answers, he is welcome to have that done.

MR. ROBINSON: He can do that.

THE WITNESS: In order to remember, may I take some time --

MR. ROBINSON: Yes.

THE WITNESS: -- to read this document?

MR. ROBINSON: Yes.

THE WITNESS: For now I had this document translated for me up to the second to last paragraph on page 2. I have been able to confirm the content, and my recollection is becoming clearer.

Depending on your question, I might have to read the remainder of this document. There's only a little bit left, so may I continue to read it?

MR. ROBINSON: That's fine. That's fine. That's

fine. Go ahead.

THE WITNESS: Thank you.

MR. ROBINSON: You are welcome.

BY MR. ROBINSON:

Q The date of the document is February 24th, 2010.

A Yes.

Q And you told me that this flowchart has been part of Toyota's system since at least 2005; correct?

A Except this portion of the bubble that says participation of regional representative, excluding this, this flow has been in place since 2005.

Q And what is -- when did that participation of regional representatives get placed onto this flowchart?

A This has been added from April of 2010, this year.

Q And what does that mean, "participation of regional representatives"?

A As been explained previously, whether to conduct a recall or not the consideration was based on whether there was compliance with the regulation or not. Based on that, the judgment was made, but as Mr. Toyoda, the president, had indicated, there were customers who felt uneasy, and because of that we lost

the confidence of our customers. We wanted to hear what the customers felt, not just simply considering whether there was compliance with the regulation or not. So in order to eliminate or remove the uneasy feeling that the customers were having, we wanted to have representatives from other regions, and we wanted them to be represented so that we can understand what the feelings were of the customers.

Q And was one of the reasons for doing this or making this change was that Toyota over the last few years, before 2010, had been expanding its business too rapidly and that priorities at Toyota became confused as Mr. Toyoda said?

MR. SMITH: I object to that as being outside the scope and beyond his designation. However, to the extent he has personal knowledge from his own perspective that he can answer that question, he can answer that question, but we have not designated him to comment on the chairman's comments.

You may answer.

BY MR. ROBINSON:

Q Go ahead.

A What Mr. Toyoda, the president, has said, I am going to express what I think. He was referring to the business growing rapidly and we were not able to catch

up, I think he was referring to the customer expectations, expectations of customers towards Toyota vehicles. The expectations of the customers changed, but we were not able to receive information regarding the change of expectations by customers. That is what he is referring to, I think.

Q And you --

A May I continue?

Q Yes.

A It used to be in the past when I joined the company, customers were expecting the vehicle not to break down. Vehicles that do not break were considered to have good quality. That was what customers were expecting in the past. However, currently customers' expectations have changed. Not only do they expect quality, but they expect comfort as well as they would like to have confidence in the vehicles that they drive. So the expectation of customers changed over the years, but it seems that we were slightly late in realizing that there was this change in the expectation of our customers. So that is why we need to have good communication and smooth communication which did not exist between the Japan side and TMS, the distributor, in the United States, as well as companies located in the United States who are closer to the voices of the

U.S. customers. For all the United States, when we decide on whether to do a recall on that, we will have the recall review meeting, and we are now having participation of a quality representative from the United States who would be familiar with what U.S. customers would like to have and what they expect. So by having the participation of the regional representative, and the regional representatives participate in the decision-making, they can represent the expectations of the customers as well as what uneasiness the customers have, and they can represent the voices of the customers. So that is why and now we do have regional representatives participating in the process when determination is made whether recall should be conducted or not.

MR. SMITH: We are about an hour and 15 minutes. Our interpreter needs a break. She just asked for a break. Is that all right with you?

VIDEO OPERATOR HOWELL: This is the end of Tape 3, and we are off the record at 4:06.

(Recess taken.)

VIDEO OPERATOR HOWELL: We are on the record. The time is 4:24 P.M. This is the beginning of Tape 4.

BY MR. ROBINSON:

Q So you say the customers' expectations have

changed; correct?

A That's what we think, that the expectations have changed.

Q Okay. Do you see where Mr. Toyoda said that the pace at which we have grown may have been too quick? Do you see that?

A Yes. This was translated to me earlier, and there was something to that effect.

Q And do you agree with him?

MR. SMITH: Again, --

MR. ROBINSON: Personally, yeah.

MR. SMITH: -- from his personal perspective.

MR. ROBINSON: Right.

THE WITNESS: The voice of the customers, the expectations of the customers change, that change of expectations when it came to us, compared to that the pace was faster.

BY MR. ROBINSON:

Q Let me ask you this. Do you see where he says "These priorities became confused"?

A Yes.

Q Do you see that?

A Yes, I can see that.

Q And then he says, "We were not able to stop, think, and make improvements as much as we were able to

before." Do you agree with that?

A I think this is referring to the fact that we were not able to properly grasp the changes in the customers' voice, and we were not able to produce vehicles that corresponded to the expectations of our customers.

Q Okay. Do you see where he said, "This has resulted in the safety issues described in the recalls we face today"?

A I can see that.

Q Do you believe that the customers wanted more safety today than they did, say, before?

MR. SMITH: Again, I object --

MR. ROBINSON: Same objection.

MR. SMITH: -- as being outside the scope. This is just his personal view --

MR. ROBINSON: Go ahead.

MR. SMITH: -- you are asking for.

THE WITNESS: What I think is that what Mr. Toyoda, the president, is referring to, when he says safety, I think he is including in that word the feeling of confidence or the feeling of secure by the customers.

BY MR. ROBINSON:

Q Customers do not want to be hurt or harmed in an accident; correct? You agree with that?

A I don't understand your question, what you are trying to ask of me. Can you change or rephrase the question for me, please.

Q Let me ask it this way. He says up to now any decisions on conducting recalls have been made by the Customer Quality Engineering Division at Toyota Motor Corporation in Japan. That's your division; right? Your division?

A That is correct.

Q So he said that we are going to make five different changes to that process; right?

MR. SMITH: Which paragraph are you talking about now?

MR. ROBINSON: He says --

MR. SMITH: Intake and evaluation, okay.

MR. ROBINSON: -- we are going to make these changes and boom, boom, boom.

THE WITNESS: Which portion are you referring to?

MR. ROBINSON: "We will make the following changes to the recall decision-making," and then he goes on for two paragraphs.

THE WITNESS: Yes.

BY MR. ROBINSON:

Q So he took the decision away from the liaison group and the Managing Officer solely; correct?

A Well, in the past as well, whether to conduct a recall or not, whether it is necessary or not, the liaison group was not involved in the past as well. Whether a review meeting is going to be held or not to consider whether recall is necessary or not, that proposal is going to be made by the head of the group in the vehicle -- within the different vehicle departments. Based on FTR or information received, the group head of the various vehicle departments, or if it is in United States the head of the group in CQE L.A., will propose to hold a review meeting, and I am going to continue with my explanation.

So if the review meeting is going to be held, the participants are going to be the people from the design group relevant to the issue as well as the quality control department from the plant as well as if it is an issue related to the United States. It is going to be the overseas service department head that is going to participate. So these are going to be the participants in the review meeting, and if I may continue.

As for the voices from the different regions, the customer voices were being reflected by the Customer Quality Engineering Division or Overseas Service Department. However, just by representing such

voices from the Japanese side, that was not quite sufficient. So in order to have a better reflection of the situation from other different regions, we have now included the regional representatives in the meeting.

May I continue?

Q Okay.

A In addition, when the review meetings were held, we were making -- placing our judgment based on compliance with regulation or not. We were not able to fully reflect the voices of our customers, the feeling of uneasiness that the customers had. Before having the regional representatives in the meeting, it does not mean that we did not consider safety at all. That was not the case.

(The document referred to below was marked Number Exhibit 205 for identification.)

BY MR. ROBINSON:

Q Okay. Let me ask you, would you take a look at the next exhibit, I think it is 205. Can you show it, maybe, to the interpreter so she can assist you.

This is an e-mail to -- to Yasuhiro Morozumi from George Morino with copies going to you and others including Mitch Kato; correct?

MR. SMITH: Kato.

THE WITNESS: Yes.

BY MR. ROBINSON:

Q And at this time in December of 2005, what department was Mr. Morozumi in?

A He was a head of a certain group within the Vehicle Department number 1, and I was the General Manager of that department within the Customer Quality Engineering Division.

(Mr. Szumiak is no longer present.)

BY MR. ROBINSON:

Q And Mr. Kato was your subordinate?

A It is Michiteru Kato, yes, he was.

Q Okay. Do you see --

A And Kato belonged to the liaison group within the Vehicle Department Number 1.

Q Was Mr. Kato the subordinate who would help you with English e-mails?

A Yes, I would say so.

Q Okay. So this e-mail is from Mr. Morino at TMS; right?

A Looking at the address, it says that this was from George Morino from TMS.

Q Okay. Going to the paragraph, the third paragraph down, he says, "On behalf of TMC, TMS has drafted the owner letter and Q and A for this potential

issue"; correct?

A Yes.

Q And then he says, "We understand this is TMC's responsibility, but to expedite this issue we have written the two documents. Please forgive our forwardness." Okay. Is that right?

And then page 2, which is the draft?

A Yes.

Q This would be a draft -- proposed draft letter to the Lexus IS 250 owner; correct?

MR. SMITH: Of course, if you are going to ask him questions about it, he has got the right to read anything he wants.

MR. ROBINSON: Yeah.

THE WITNESS: Then I would like to read this draft.

MR. ROBINSON: Okay. What I'm going to do is just ask you the next paragraph. That's the only thing I was really going to -- maybe the next two paragraphs.

THE WITNESS: I understand. So for now I would like to go through from the beginning up to the end of the third paragraph.

MR. ROBINSON: That's fine. Let me do this. Let me read it in, and then you can interpret so then I don't have to read it again. Okay? Then you can translate to him.

Okay. It says, second sentence: "Lexus has decided that a defect which relates to motor vehicle safety exists in certain early 2006 model year IS 250 all-wheel drive, AWD, vehicles. What is this condition? In certain early 2006 model year Lexus IS 250 AWD vehicles there is a possibility that the accelerator pedal may temporarily become stuck in the partially depressed position due to inadequate clearance between the accelerator pedal linkage and a plastic pad embedded into the vehicle's carpet. This condition may interfere with the accelerator pedal returning to the idle position thereby causing temporary loss of vehicle speed control. In the worst case, this may increase the possibility of a crash."

And then, "What will Lexus do? Any Lexus dealer will replace the accelerator pedal assembly with an improved one at no cost to you."

Okay. Go ahead. You can read that.

THE WITNESS: Yes.

BY MR. ROBINSON:

Q Okay. So you were -- you were copied on this document -- right? -- on this e-mail?

A That is what it says.

Q And so as of 12/8/2005, were you the General Manager of the Vehicle Department Number 1 in the Customer Quality Engineering Division?

A That is correct.

Q And were you -- were you above Mr. Tanikawa, Mr. Kato, and the others on this e-mail, Mr. Kobayashi, Yoshizuru?

A I was in a position to be above Mr. Yoshizuru mentioned here.

Q Okay.

A Tanikawa, there was no Tanikawa as my subordinate.

Q Okay.

MR. SMITH: Mark, I just want to raise that we are here about general descriptions of process, and to the extent you are going to ask specific questions about specific investigations, we object to that as being substantive and not within the -- within the scope of the deposition.

MR. ROBINSON: Well, I really just asked if he got it and whatever at this point.

MR. SMITH: I haven't --

MR. ROBINSON: Okay.

MR. SMITH: I agree up to now they have not been.

THE WITNESS: If I may, may I say something?

MR. ROBINSON: Yes. Go ahead.

THE WITNESS: Because we are talking about five years ago, my recollection was not clear, but it might be that Tanikawa was working under Mr. Morozumi, but my recollection is unclear.

MR. ROBINSON: Okay. Thank you.

BY MR. ROBINSON:

Q Are they still working in Vehicle Department Number 1 right now?

A Tanikawa is not working with me right now. Yoshizuru is not with us either. Michiteru Kato is not with me either.

Morozumi is with my department.

(The document referred to below was marked Number Exhibit 206 for identification.)

BY MR. ROBINSON:

Q Okay. Here is -- I think it is the same date, maybe I'm wrong. Here is Exhibit 206.

You see it was dated 12/8/2005?

A Yes.

Q And you see down here you were copied on the second e-mail from Mr. Yoshizuru?

A Yes.

Q And Mr. Yoshizuru e-mailed back to Mr. Morino -- do you see? -- he says, "I reviewed the owner letter and the Q and A with Ito-san again with considering your opinion. As a result, we would like to ask you to amend the document as attached."

A Yes.

Q From time to time -- excuse me.

From time to time it would be part of your department's duties to send letters to customers, owner letters I mean, to customers?

MR. SMITH: Objection. Misstates the prior testimony.

You may answer.

THE WITNESS: My understanding is that basically owner letters are prepared by TMS. The liaison group receives the letter just to confirm the content.

BY MR. ROBINSON:

Q And you were part of the liaison group?

A My position was to manage the liaison group.

Q So then if you would turn to the draft, I think it is about the fourth page in, 347, Bates number 347.

A Yes.

MR. SMITH: And, again, Mark, I object that this is going into an area of specifics about a certain recall and is beyond the scope of the foundational deposition you noticed, but you may ask these questions, and to the extent he has a memory of them he can give you a response.

MR. ROBINSON: I think -- I won't comment, but I think it pertains. It has got his name on it.

MR. SMITH: Mark, don't misunderstand me, just because his name is on it doesn't make it within the scope. My objection is that it is not foundational, it is not part of the notice. I'm not objecting to you asking him the question.

MR. ROBINSON: Okay. I hear you.

MR. SMITH: I'm just saying he is not designated to talk about specific recalls, and to the extent he does not have a memory of these things --

MR. ROBINSON: That's fine.

MR. SMITH: -- it's --

MR. ROBINSON: That's fine.

MR. SMITH: He can give his personal knowledge as he remembers right now.

MR. ROBINSON: Okay. If we could put the other draft up up there, right below it. Maybe put them both

together so we can take a look at the two drafts.

BY MR. ROBINSON:

Q What is the condition from Exhibit 208?

What was the exhibit I marked before? What number does that say on it?

MR. SMITH: 205.

MR. ROBINSON: On the first one. 205, I'm sorry. 205.

BY MR. ROBINSON:

Q Okay. If we could do this, maybe you could translate. It appears that the actual letter that went out was changed by the liaison group; correct?

MR. SMITH: Object. That's a misstatement of fact. They both have the word "Draft" on them.

MR. ROBINSON: Well, he can say.

MR. SMITH: Well, you are representing that this is the actual letter that went out.

MR. ROBINSON: Okay. Yeah. I'll withdraw the question. Good point.

BY MR. ROBINSON:

Q Would you agree that the draft from the liaison group under "What is the condition" is different than the draft that Mr. Morino sent to the liaison group for consideration? Let me tell you specifically what I'm referring to.

MR. SMITH: Let him -- he has got an answer.

THE WITNESS: Excuse me. First of all, I would like to compare the two.

MR. ROBINSON: Yes.

MR. SMITH: Does the word "Draft" appear on the record on both of those?

MR. ROBINSON: I'll stipulate it says it on both.

THE WITNESS: I did confirm that there was a change.

BY MR. ROBINSON:

Q Okay. So in the draft from Mr. Morino, it says, "The condition may interfere with the accelerator pedal returning to the idle position, thereby causing temporary loss of vehicle speed control. In the worst case, this may increase the possibility of a crash." Correct?

A Yes.

Q And in the draft from the committee, the liaison committee, it says, "In the worst case, the engine revolution speed may be kept in high condition temporarily causing driver distraction and/or increase risk to cause an accident"; correct?

A That is what the document says.

Q And, in fact, on Exhibit 206 Mr. Morino tells Mr. Yoshizuru, Mr. Kobayashi, et al., he says, "Are you

kidding?" Right?

A That's what the document says.

Q Now, I would like to show you the actual document that's not a draft, which is Exhibit 208.

MR. SMITH: Do I get a copy?

MR. ROBINSON: You didn't get one? Here. It is okay. Here. You take one.

MS. HASSELMAN: We have it.

MR. ROBINSON: Okay. Good.

(The document referred to below was marked Number Exhibit 208 for identification.)

BY MR. ROBINSON:

Q The actual document that went out to the owner?

A Yes.

Q The language, "In the worst case the engine revolution speed may be kept at high condition temporarily causing driver distraction" was taken out; right?

A Yes.

Q And going back to 205, I think the first one -- get the light out of there.

MR. SLAVIK: It is the shade.

MR. ROBINSON: It is the shade. Push it up a

little bit. Yeah.

BY MR. ROBINSON:

Q So the language in the first draft that came from Mr. Morino that said "this condition may interfere with accelerator pedal returning to idle position, thereby causing temporary loss of vehicle control" was taken out as well in the final draft; right?

A Yes.

MR. SMITH: Mark, I would object. That was a misstatement of what is in the document, and you are reading language, you are misstating what's in there.

MR. ROBINSON: Well, let me rephrase the question. Let me --

MR. SMITH: He is not an English speaker so --

MR. ROBINSON: I agree. If that's -- I don't know what you are objecting to.

MR. SMITH: You overread what was excluded.

MR. ROBINSON: Well, let me -- let me read what was excluded.

BY MR. ROBINSON:

Q "Thereby causing temporary loss of vehicle speed control" was excluded; correct?

A Yes.

Q Was that -- was that taken out because Toyota Motor Corp. did not believe that there was a speed

control problem?

MR. SMITH: And --

BY MR. ROBINSON:

Q If you remember.

MR. SMITH: And, Mark, I'm going to object. You now have crossed into asking specific questions about specific documents as opposed to the general question.

MR. ROBINSON: Let me go back.

MR. SMITH: He can -- I'm not -- I'm just pointing out where you are crossing the line.

BY MR. ROBINSON:

Q Is that true?

A I did confirm that there was change made in the content.

Q Earlier in the deposition I used the word "vehicle speed control," and you had -- you said you had a question about what I meant about vehicle speed control, and I said I would come back to that. What -- do you understand what is meant by vehicle speed control?

A Are you asking me what personal knowledge I have? If I may continue. Earlier when I talked about speed control, I was referring that what is contained in speed control differs from people to people. For example, people might think that the speed cannot be

controlled when they talk about speed control or they cannot drive as they expected to drive. That can be included as well. So I was saying that speed control involves different areas by different people.

Q Okay. What is -- what does it mean to you as a person at Toyota in the liaison group but also in -- you know, as the manager of Vehicle Group Number 1, what does it mean to you?

A I think it means whether it is possible or not to control the speed.

Q So if, for example, you are looking at an FTR that a dealer or an owner made a statement about the vehicle going at a higher speed than the owner wanted or the representative of the dealer wanted, do you understand that to be at least a claim of loss of speed control?

A I need to look at the content carefully to make that determination, but in certain cases it could be considered as a speed control issue.

Q And have you in your job as the manager in the Group 1 department seen incidents either in FTRs or other reports to you, dealer reports, customer reports, where there was a claim that the vehicle was going faster than the driver wanted the vehicle to go and also where the driver was not able to brake

sufficiently to slow the vehicle down?

A Based on my recollection, I recall seeing such a report.

Q And have you seen reports where there was not a claim of a floor mat impinging on the accelerator pedal, but nevertheless there was unwanted acceleration?

A I do recall that in the information that we received from the dealer, there was such information.

Q Now, in the letter you -- we read -- strike that.

In the testimony of Mr. Toyoda that we read previously, he -- he said that members of the management team should actually drive the cars and check -- check for themselves where the problem lies as well as the severity.

Do you remember that?

A Yes. I think Mr. Toyoda is saying that we should not simply say there is no problem because there is compliance with regulation. He is saying that we should be viewing from the customer perspective. Customers are describing what kind of conditions they experienced, so we in turn should confirm ourselves what kind of uneasy feeling the customers had. That is what he is saying here.

Q And then he says, "One cannot rely on reports or data in a meeting room." Do you remember that?

A I remember.

Q So if in fact a dealer confirmed a sudden acceleration event, would you consider that?

A Obviously, that would be considered.

Q And the dealer would be doing what Mr. Toyoda is saying, is test driving the vehicle himself; correct?

A Yes, I would say so.

Q And you realize that these electronic, electrical, electromagnetic problems can be intermittent problems; correct?

MR. SMITH: I'm going to object.

MR. ROBINSON: Let him talk. He is talking.

MR. SMITH: I'm going to interpose the objection if you don't mind.

MR. ROBINSON: Okay. Go ahead. Go ahead.

MR. SMITH: My objection is you are asking him about electronics issues, and he is not that witness. He was here two weeks ago. Again, you are beyond the scope.

MR. ROBINSON: Okay. Well, I --

MR. SMITH: To the extent he has information about electronics, he can --

BY MR. ROBINSON:

Q Go ahead.

MR. SMITH: I have not prevented him from answering questions. You are just not within the scope.

MR. ROBINSON: Okay.

THE WITNESS: I was about to --

MR. SMITH: My Supreme Court just said what you said has been rejected by the scientific community.

MR. ROBINSON: I like your chief justice. I met him.

MR. SMITH: Her.

MR. ROBINSON: Her? Maybe I didn't meet him. Was he at the ABOTA deal? Was that a justice? Maybe he wasn't a chief justice.

THE WITNESS: I was about to say I do not understand your question.

MR. ROBINSON: Good. I'll ask it a different way. We will just have the same objection.

BY MR. ROBINSON:

Q When these reports are coming to you and to your Customer Quality Engineering Division to review, you understand that --

(Record read as follows:

"Question: And you realize that these electronic, electrical,

electromagnetic problems can be intermittent problems; correct?")

MR. ROBINSON: Same objection. I understand.

MR. SMITH: Thank you.

THE WITNESS: I do not know.

BY MR. ROBINSON:

Q Well, do you realize that, for example, there are times where electromagnetic interference might be stronger in a particular area than it is in most areas?

MR. SMITH: Object. Objection. Wrong witness. Bad science.

BY MR. ROBINSON:

Q Go ahead. You can answer. They are intermittent.

A I do not have specific technical knowledge even to say whether it is intermittent or not. However, I can say that electromagnetic effect is one of the factors to be considered.

Q Certainly when you are reviewing reports of alleged sudden acceleration, are you considering potential for electromagnetic interference?

A For such issue, we will get the cooperation of the relevant department to do the investigation.

Q Okay. So I think we agree.

MR. ROBINSON: Want to take about a five-minute

break here?

MR. SMITH: That would be fine.

MR. ROBINSON: I'm almost done, 15 minutes left. Okay.

MR. ARYA: Okay.

MR. ROBINSON: About 20 minutes left after that.

VIDEO OPERATOR HOWELL: We are off the record. The time is 5:34.

(Recess taken.)

VIDEO OPERATOR HOWELL: We are on the record. The time is 5:42.

THE WITNESS: Yes.

(The following testimony related to Exhibit 201 was held under separate confidential cover.)

\- - -

- - -

BY MR. ROBINSON:

Q Were -- are -- have you ever been involved in a recall review meeting for any vehicles sold in the United States?

A I have.

Q Please explain -- please explain in a long narrative as to -- as to what -- what that means. Okay. Go ahead. Too late.

MR. SMITH: You want him to explain yes?

MR. ROBINSON: Don't do it to me.

MR. SMITH: In a long narrative?

MR. ROBINSON: No. Come on.

BY MR. ROBINSON:

Q Go ahead. Explain your involvement with recall review meetings on vehicles in the U.S. over the last ten years.

MR. SMITH: It is two minutes after 6:00.

MR. ROBINSON: I know. Maybe I'll go ten more minutes, you know.

THE WITNESS: If you ask me to explain all of what went on for the United States market for the past ten years and my involvement, I am not able to recall everything. So if I may explain to you what has occurred recently, so let me give you the items that I

can recall from recent years.

Last month, in October of this year, there was the recall of the brake master cylinder.

BY MR. ROBINSON:

Q What vehicle?

A Throughout the world I think the number of vehicle units involved was about 1.5 million units, and many models were involved. The ones that I can recall were RX and Highlander. In the United States I think the number of vehicle units that were recalled were 700,000 or 800,000. This problem originated in Japan, so Vehicle Department Number 1 was involved and promoted the solution for this problem.

And then the next one I can recall was what was implemented in July of this year. This was a recall of the valve spring in the -- inside the engine. This was for the model LS and GS as I recall.

Then the next one is May of this year. This is going to continue for a long time. What would you like to do?

Q Go ahead. I got nothing else to do.

A Thank you very much.

Q She does. I don't. I don't smoke. Joke.

A Then in May of this year there was a recall of the VGRS steering system on the LS.

In February of this year, this was not organized by my department, but at the time in February of this year there was a lot of confusion going on. So in order to support another department, actually the Vehicle Department Number 2, we were involved with the recall of the brakes in the Prius.

Other than the ones that I have mentioned, I cannot recall very precisely. However, there was the e-mail that we looked at earlier. In the document there was reference to IS AWD, the floor mat interfering with the accelerator pedal. Because this was found before the vehicle went to customers, my department was involved with the recall.

These are the ones that I can remember as I sit here today.

Q Were you involved in any surge or speed control or throttle play or ECM, electronic control module, recalls?

A What I can remember to the involvement, earlier there was the mention of the IS, the interference of the accelerator pedal and the floor mat. Because I am also overlooking or looking at the liaison group, I can recall September 2007 the all-weather floor mat recall that was implemented on the ES and Camry model. Actually, this recall was

mainly conducted by the Vehicle Department Number 4, but from the standpoint of the liaison group there was involvement.

Also, last year, in November, there was the problem of the all-weather floor mat and the accelerator pedal. The recall was promoted by Vehicle Department Number 4, but from the standpoint of the liaison group, there was involvement.

Q Were you involved in the Camry recall involving 2002 to 2004 Camrys surging?

MR. SMITH: There was no recall.

BY MR. ROBINSON:

Q I'm sorry. Were you involved in the Technical Service Bulletins regarding the Camry from 2002 to 2004 relating to surge?

MR. SMITH: Mark --

BY MR. ROBINSON:

Q Go ahead.

A From 2001 to 2003 I was the head of a small group that was in charge of the Camry. You mentioned the surge of the Camry. Let me explain to you to be more accurate.

When there is the shift -- automatic transmission shift from three to four, when the connection of the transmission to the engine from a

hydraulic connection is changed to a mechanical connection between the transmission and the engine, that occurs with the lockup clutch. When that change occurs from hydraulic to mechanical connection, there was the problem of vibration. So this problem of vibration was solved.

Q How was it solved?

A As I have explained to you about the lockup clutch, the timing of the engagement of the lockup clutch was changed --

MR. SMITH: Mark, we have been going --

THE WITNESS: -- was tuned.

MR. SMITH: We have been going over seven hours.

MR. ROBINSON: We will go over that tomorrow.

MR. SMITH: Okay.

MR. ROBINSON: Okay. Thank you very much. You have a good night. I'm sure these fine lawyers will take over tomorrow. Ms. Hasselman. Very good. Thank you very much.

VIDEO OPERATOR HOWELL: This is the end of Tape 4 of 4 and concludes today's deposition. The time is 6:20 P.M. We are off the record.

--ooOoo--

CERTIFICATE

OF

CERTIFIED SHORTHAND REPORTER

The undersigned Certified Shorthand Reporter of the State of California does hereby certify:

That the foregoing proceeding was taken before me at the time and place therein set forth, at which time the witness was duly sworn by me;

That the testimony of the witness and all objections made at the time of the examination were recorded stenographically by me and were thereafter transcribed, said transcript being a true and correct copy of my shorthand notes thereof;

That the dismantling of the original transcript will void the reporter's certificate.

In witness thereof, I have subscribed my name this date:________________________.

PAMELA COTTEN, CSR, RDR
Certificate No. 4497
Certified Realtime Reporter

(The foregoing certification of this transcript does not apply to any reproduction of the same by any means, unless under the direct control and/or supervision of the certifying reporter.)

INSTRUCTIONS TO WITNESS

Please read your deposition over carefully and make any necessary corrections. You should state the reason in the appropriate space on the errata sheet for any corrections that are made.

After doing so, please sign the errata sheet and date it.

You are signing same subject to the changes you have noted on the errata sheet, which will be attached to your deposition.

It is imperative that you return the original errata sheet to the deposing attorney within forty-five (45) days of receipt of the deposition transcript by you. If you fail to do so, the deposition transcript may be deemed to be accurate and may be used in court.

\- - - - - -

E R R A T A

\- - - - - -

PAGE LINE CHANGE

_____ _____ _______________________________________

REASON: _______________________________________

_____ _____ _______________________________________

REASON: _______________________________________

_____ _____ _______________________________________

REASON: _______________________________________

_____ _____ _______________________________________

REASON: _______________________________________

_____ _____ _______________________________________

REASON: _______________________________________

_____ _____ _______________________________________

REASON: _______________________________________

_____ _____ _______________________________________

REASON: _______________________________________

_____ _____ _______________________________________

REASON: _______________________________________

_____ _____ _______________________________________

REASON: _______________________________________

ACKNOWLEDGMENT OF DEPONENT

I, ____________________________, do hereby certify that I have read the foregoing pages, and that the same is a correct transcription of the answers given by me to the questions therein propounded, except for the corrections or changes in form or substance, if any, noted in the attached Errata Sheet.

_____________________________________________________

HAJIME KITAMURA, VOLUME I DATE

Subscribed and sworn to before me this

______day of________________,20___.

My commission expires:________________

_______________________________________

Notary Public

# DEPOSITION OF HAJIME KITAMURA

# HIGHLY CONFIDENTIAL SECTION

# [Pages 001939 - 002014 Filed Under Seal]

Background of Mr. Hajime Kitamura

| | | |
|---|---|---|
| March, | 1981 | Graduated from Department of Mechanical Engineering, Faculty of Science and Technology at Sophia University |
| April, | 1981 | Joined Toyota Motor Sales, Co., Ltd. |
| September, | 1981 | Technical Research Sect., Service Dept. |
| July, | 1982 | Service Technique Research Staff, Service Dept. |
| November, | 1982 | Quality Administration Staff, Service Dept. |
| February, | 1983 | Technical Administration Staff, Service Dept. |
| February, | 1986 | Planning Staff, Service Dept. |
| February, | 1987 | Dealer Operations Staff, Customer Relations Dept. |
| August, | 1989 | Customer Service Dept., Customer Relations Div. |
| January, | 1992 | Assistant Manager, Customer Service Dept., Customer Relations Div. |
| January, | 1996 | Assistant Manager, Vehicle Quality Dept. No. 3, Quality Div. |
| January, | 1998 | Assistant Manager, Vehicle Dept. No. 3, Quality Div. |
| January, | 1999 | Assistant Manager, Vehicle Dept. No. 2, Quality Div. |
| January, | 2000 | Project Manager, Vehicle Dept. No. 2, Quality Div. |
| January, | 2001 | Project Manager, Vehicle Dept. No. 1, Quality Div. |
| January, | 2002 | Group Manager, Vehicle Dept. No. 1, Quality Div. |
| January, | 2004 | General Manager, Vehicle Dept. No. 1, Quality Div. |
| January, | 2005 | General Manager, Vehicle Dept. No. 1, Customer Quality Engineering Div. |



北村 肇 学歴・社内経歴

| | | | |
|---|---|---|---|
| 1981(昭和56)年 | 3月 | 上智大学 理工学部 機械工学科卒業 | |
| 1981(昭和56)年 | 4月 | トヨタ自動車販売(株)入社 | |
| 1981(昭和56)年 | 9月 | サービス部 技術研究課 | |
| 1982(昭和57)年 | 7月 | サービス部 サービス研究課 | |
| 1982(昭和57)年 | 11月 | サービス部 技術室 | |
| 1983(昭和58)年 | 2月 | サービス部 技術課 | |
| 1986(昭和61)年 | 2月 | サービス部 企画課 | |
| 1987(昭和62)年 | 2月 | お客様関連部 販売店課 | |
| 1989(平成1)年 | 8月 | お客様関連部 販売店室 | |
| 1992(平成4)年 | 1月 | お客様関連部 販売店室 | 担当員 |
| 1996(平成8)年 | 1月 | 品質保証部 第3車両保証室 | 担当員 |
| 1998(平成10)年 | 1月 | 品質保証部 第3車両室 | 担当員 |
| 1999(平成11)年 | 1月 | 品質保証部 第2車両室 | 担当員 |
| 2000(平成12)年 | 1月 | 品質保証部 第2車両室 | 主担当員 |
| 2001(平成13)年 | 1月 | 品質保証部 第1車両室 | 主担当員 |
| 2002(平成14)年 | 1月 | 品質保証部 第1車両室 | グループ長 |
| 2004(平成16)年 | 1月 | 品質保証部 第1車両室 | 室長 |
| 2005(平成17)年 | 1月 | お客様品質部 第1車両室 | 室長 |

# DEPOSITION OF HAJIME KITAMURA

# EXHIBITS 201 through 204

# [Pages 002017 - 002065 Filed Under Seal]

EXHIBIT 205 Kitamura Vol I 11/4/10 PPK

From: George Morino/=TMS/Toyota. Sent: 12/6/2005 3:49 PM

To: [ - ] Yasuhiro Morozumi/=HINPO/TMC0@TMC0.

Cc: [ - ] Michihito Tanikawa/=HINPO/TMC0@TMC0;Stefan_Brand@toyota.com;Mark_kubota@toyota.com;kirk_torshi@toyota.com;junichi_kobayashi@toyota.com;Montomi Yoshizuru/=HINPO/TMC0@TMC0@TMCE;Michiteru Kato/=HINPO/TMC0@@TMC0@TMCE;Hajime Kitamura/=HINPO/TMC0@TMC0.

Bcc: [ - ].

Subject: CONFIDENTIAL - IS 250 AWD Drafte Owner Letter and Q&A.

URGENT! IMMEDIATE RESPONSE REQUIRED!

Hello Morozumi-san:

We greatly appreciate all of your outstanding support in pushing this issue forward.

On behalf of TMC, TMS has drafted the Owner Letter and Q&A for this potential issue. We understand this is TMC's responsibility, but to expedite this issue, we have written the two documents. Please forgive our forwardness.
We need your help in approving these documents today. Based upon these documents the DRAFT Area and Dealer Notification Letters will be written.

We are also awaiting the following from TMC:
Technical Instructions
Sample Parts to validate the Technical Instructions
Warranty Operation Codes
VIN list
Dimensions of the parts and packaging
Parts shipping schedule

Please send a response to these six items listed above tonight. We really need them to begin set-up in the Warranty System, Data System, plan for packaging and manpower requirements for shipping the parts to dealers, etc.

Thank you for your assistance in this matter.

George Morino
Quality Compliance Manager
Toyota Motor Sales, U.S.A., Inc.
Tel. 310-468-3392
Fax 310-468-3399

NOTICE: This email message and all attachments transmitted with it are intended solely for the use of the addressee and may contain legally privileged and confidential information. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited.

If you have received this message in error, please notify the sender immediately by email reply and please delete this message from your computer. Thank you.

**Early 2006 Model Year IS 250 AWD - Accelerator Pedal Assembly Safety Recall Notice**

DRAFT

Dear IS 250 Owner:

Lexus is dedicated to the "Passionate Pursuit of Perfection."

This notice is being sent to you in accordance with the requirements of the National Traffic and Motor Vehicle Safety Act. Lexus has decided that a defect, which relates to motor vehicle safety, exists in certain early 2006 model year IS 250 All Wheel Drive (AWD) vehicles.

**What is the condition?**

In certain early 2006 Model Year Lexus IS 250 AWD vehicles there is a possibility that the accelerator pedal may temporarily become stuck in the partially depressed position due to inadequate clearance between the accelerator pedal linkage and a plastic pad embedded into the vehicle's carpet. This condition may interfere with the accelerator pedal returning to the idle position, thereby causing temporary loss of vehicle speed control. In the worst case, this may increase the possibility of a crash.

**What will Lexus do?**

Any Lexus dealer will replace the accelerator pedal assembly with an improved one at **NO COST** to you.

**What should you do?**

Please contact any authorized Lexus dealer to schedule an appointment to have the accelerator pedal assembly replaced.

The labor time for this repair will take approximately __ hour. However, depending upon the dealer's work schedule, it may be necessary to make your vehicle available for a longer period of time.

**Please present this notice to the dealer when you bring the vehicle in for your service appointment.**

If you no longer own the vehicle, please indicate so on the enclosed postage-paid form, providing us with the name and address of the new owner if possible.

**What if you have other questions?**

Please contact any Lexus dealer or call the Lexus Customer Assistance Center at 1-800-255-3987.

If you believe that the dealer or Lexus has failed or is unable to remedy the defect within a reasonable time, you may submit a complaint to the Administrator, National Highway Traffic Safety Administration, 400 Seventh Street S.W., Washington, D.C. 20590, or call the toll free Auto Safety Hot Line at 1-888-327-4236 (TTY: 1-800-424-9153), or go to http://www.safercar.gov.

If you are a vehicle lessor, Federal law requires that any vehicle lessor receiving this recall notice must forward a copy of this notice to the lessee within ten days.

We have sent this notice in the interest of your continued satisfaction with our products, and we sincerely regret any inconveniences this condition may have caused you.

Thank you for driving a Lexus.

Sincerely,

LEXUS DIVISION
TOYOTA MOTOR SALES, U.S.A., INC.

TOY-MDLID00002902

002068



**Special Service Campaign (SSC) Q&A**
**Early 2006 Model Year IS 250 AWD Accelerator Pedal**

***Q1: What is the condition?***
A1: In certain early 2006 Model Year Lexus IS 250 All Wheel Drive (AWD) vehicles there is a possibility that the accelerator pedal may temporarily become stuck in the partially depressed position due to inadequate clearance between the accelerator pedal linkage and a plastic pad embedded into the vehicle's carpet. This condition may interfere with the accelerator pedal returning to the idle position, thereby causing temporary loss of vehicle speed control. In the worst case, this may increase the possibility of a crash.

***Q2: What is the cause of this condition?***
A2: This condition is caused by tolerance variations between the accelerator pedal linkage and a plastic pad embedded into the vehicle's carpet.

***Q3: Are there any warnings that this condition exists?***
A3: No, there are no warnings that this condition will occur.

***Q4: Which and how many vehicles are involved?***
A4: Certain early 2006 Model Year IS 250 AWD vehicles are involved. There are approximately 3,500 IS 250 AWD vehicles involved in the U.S.

***Q5: What is the production period of the affected vehicles?***
A5: The affected Lexus IS 250 AWD vehicles were produced from August, 2005 to mid-December, 2005.

***Q6: Are there any other Toyota or Lexus vehicles involved?***
A6: No, this condition only affects certain early 2006 Model Year Lexus IS 250 AWD vehicles only. Rear wheel drive IS 250 vehicles are ***not*** involved.

***Q7: How many incidents of this condition have been reported?***
A7: There have been two cases reported for this condition in the affected vehicles.

***Q8: Have there been any accidents reported?***
A8: There have been no reported cases of accidents related to this condition.

***Q9: What is Toyota going to do?***
A9: Owners of the involved vehicles will receive a Special Service Campaign notification by first class mail beginning in late-December, 2005. Lexus dealers will replace the accelerator pedal assembly at **NO COST** to the vehicle owners.

***Q10: How long will the repair take?***
A10: The repair will take approximately ___ hours. However, depending upon the dealer's work schedule, it may be necessary to make the vehicle available for a longer period of time.

***Q11: What should an owner do if they experience the condition?***
A11: Owners are requested to contact their local Lexus dealer for diagnosis and repair.

EXHIBIT 206 Kitamura Vol. I PGC 11/4/10

From: George Morino/-TMS/Toyota Sent: 12/8/2005 8:52 PM
To: [ - ] Moritomi Yoshizuru/-HINPO/TMC0@TMC0@TMCE
Cc: [ - ] junichi_kobayashi@toyota.com;kirk_forsht@toyota.com;Mark_kubota@toyota.com
Bcc: [ - ]
Subject: Re: [AMEND] Re: CONFIDENTIAL - IS 250 AWD Drafte Owner Letter and Q&A

Are you kidding?

George Morino
Quality Compliance Manager
Toyota Motor Sales, U.S.A., Inc.
Tel. 310-468-3392
Fax 310-468-3399

NOTICE: This email message and all attachments transmitted with it are intended solely for the use of the addressee and may contain legally privileged and confidential information. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited.

If you have received this message in error, please notify the sender immediately by email reply and please delete this message from your computer. Thank you.

Moritomi Yoshizuru/HINPO/TMC0@TMC0
12/08/2005 08:42 PM
To George Morino/TMS/Toyota@TOYOTA@TMCE
cc Michihito Tanikawa/HINPO/TMC0@TMC0, Stefan_Brand@toyota.com, Mark_kubota@toyota.com, kirk_forsht@toyota.com, junichi_kobayashi@toyota.com, Michiteru Kato/HINPO/TMC0@TMC0@TMCE, Hajime Kitamura/HINPO/TMC0@TMC0
Subject [AMEND] Re: CONFIDENTIAL - IS 250 AWD Drafte Owner Letter and Q&A

Morino-san,

I reviewed the owner letter and the Q&A with Ito-san again with considering your opinion.
As a result, we would like to ask you to amend the document as attached:

Thank you,

M. Yoshizuru
CQE-QL, TMC

宛先: George Morino/TMS/Toyota@TOYOTA@TMCE
cc: Michihito Tanikawa/HINPO/TMC0@TMC0, Stefan_Brand@toyota.com, Mark_kubota@toyota.com, kirk_forsht@toyota.com, junichi_kobayashi@toyota.com, Michiteru Kato/HINPO/TMC0@TMC0@TMCE, Hajime

Kitamura/HINPO/TMC0@TMC0
件名: Re: CONFIDENTIAL - IS 250 AWD Drafte Owner Letter and Q&A

Morino-san,

Thank you for your kind cooperation and preparation.

We confirmed the owner letter and the Q&A, and would like to ask you some amendment as attached:

Regards,

M. Yoshizuru

宛先: Yasuhiro Morozumi/HINPO/TMC0@TMC0
cc: Michihito Tanikawa/HINPO/TMC0@TMC0, Stefan_Brand@toyota.com, Mark_kubota@toyota.com, kirk_forsht@toyota.com, junichi_kobayashi@toyota.com, Moritomi Yoshizuru/HINPO/TMC0@TMC0@TMCE, Michiteru Kato/HINPO/TMC0@@TMC0@TMCE, Hajime Kitamura/HINPO/TMC0@TMC0
件名: CONFIDENTIAL - IS 250 AWD Drafte Owner Letter and Q&A

URGENT! IMMEDIATE RESPONSE REQUIRED!

Hello Morozumi-san:

We greatly appreciate all of your outstanding support in pushing this issue forward.

On behalf of TMC, TMS has drafted the Owner Letter and Q&A for this potential issue. We understand this is TMC's responsibility, but to expedite this issue, we have written the two documents. Please forgive our forwardness. We need your help in approving these documents today. Based upon these documents the DRAFT Area and Dealer Notification Letters will be written.

We are also awaiting the following from TMC:
Technical Instructions
Sample Parts to validate the Technical Instructions
Warranty Operation Codes
VIN list
Dimensions of the parts and packaging
Parts shipping schedule

Please send a response to these six items listed above tonight. We really need them to begin set-up in the Warranty System, Data System, plan for packaging and manpower requirements for shipping the parts to dealers, etc.

Thank you for your assistance in this matter.

George Morino
Quality Compliance Manager
Toyota Motor Sales, U.S.A., Inc.
Tel. 310-468-3392

Fax 310-468-3399

NOTICE: This email message and all attachments transmitted with it are intended solely for the use of the addressee and may contain legally privileged and confidential information. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited.

If you have received this message in error, please notify the sender immediately by email reply and please delete this message from your computer. Thank you.

**Early 2006 Model Year IS 250 AWD - Accelerator Pedal Assembly**
**Safety Recall Notice**

**DRAFT**

Dear IS 250 Owner:

Lexus is dedicated to the "Passionate Pursuit of Perfection."

This notice is being sent to you in accordance with the requirements of the National Traffic and Motor Vehicle Safety Act. Lexus has decided that a defect, which relates to motor vehicle safety, exists in certain early 2006 model year IS 250 All Wheel Drive (AWD) vehicles.

**What is the condition?**

In certain early 2006 Model Year Lexus IS 250 AWD vehicles there is a possibility that the accelerator pedal may temporarily become stuck in the partially depressed position due to inadequate clearance between the accelerator pedal linkage and a plastic pad embedded into the vehicle's carpet. This condition may interfere with the accelerator pedal returning to the idle position. In the worst case, the engine revolution speed may be kept in high condition temporally causing driver distraction and/or increase risk to cause an accident.

**What will Lexus do?**

Any Lexus dealer will replace the accelerator pedal assembly with an improved one at **NO COST** to you. (How about the carpet replacement?)

**What should you do?**

Please contact any authorized Lexus dealer to schedule an appointment to have the accelerator pedal assembly replaced.

The labor time for this repair will take approximately __ hour. However, depending upon the dealer's work schedule, it may be necessary to make your vehicle available for a longer period of time.

**Please present this notice to the dealer when you bring the vehicle in for your service appointment.**

If you no longer own the vehicle, please indicate so on the enclosed postage-paid form, providing us with the name and address of the new owner if possible.

**What if you have other questions?**

Please contact any Lexus dealer or call the Lexus Customer Assistance Center at 1-800-255-3987.

If you believe that the dealer or Lexus has failed or is unable to remedy the defect within a reasonable time, you may submit a complaint to the Administrator, National Highway Traffic Safety Administration, 400 Seventh Street S.W., Washington, D.C. 20590, or call the toll free Auto Safety Hot Line at 1-888-327-4236 (TTY: 1-800-424-9153), or go to http://www.safercar.gov.

If you are a vehicle lessor, Federal law requires that any vehicle lessor receiving this recall notice must forward a copy of this notice to the lessee within ten days.

We have sent this notice in the interest of your continued satisfaction with our products, and we sincerely regret any inconveniences this condition may have caused you.

Thank you for driving a Lexus.

Sincerely,

LEXUS DIVISION
TOYOTA MOTOR SALES, U.S.A., INC.

TOY-MDLID00010348

002074



**Special Service Campaign (SSC) Q&A**
**Early 2006 Model Year IS 250 AWD Accelerator Pedal**

***Q1: What is the condition?***
A1: In certain early 2006 Model Year Lexus IS 250 All Wheel Drive (AWD) vehicles there is a possibility that the accelerator pedal may temporarily become stuck in the partially depressed position due to inadequate clearance between the accelerator pedal linkage and a plastic pad embedded into the vehicle's carpet. This condition may interfere with the accelerator pedal returning to the idle position. In the worst case, the engine revolution speed may be kept in high condition temporally causing driver distraction and/or increase risk to cause an accident.

***Q2: What is the cause of this condition?***
A2: This condition is caused by tolerance variations between the accelerator pedal linkage and a plastic pad embedded into the vehicle's carpet.

***Q3: Are there any warnings that this condition exists?***
A3: No, there are no warnings that this condition will occur.

***Q4: Which and how many vehicles are involved?***
A4: Certain early 2006 Model Year IS 250 AWD vehicles are involved. There are approximately 3,500 IS 250 AWD vehicles involved in the U.S.

***Q5: What is the production period of the affected vehicles?***
A5: The affected Lexus IS 250 AWD vehicles were produced from August, 2005 to mid-December, 2005.

***Q6: Are there any other Toyota or Lexus vehicles involved?***
A6: No, this condition only affects certain early 2006 Model Year Lexus IS 250 AWD vehicles only. Rear wheel drive IS 250 vehicles are ***not*** involved.

***Q7: How many incidents of this condition have been reported?***
A7: There have been two cases reported for this condition in the affected vehicles.

***Q8: Have there been any accidents reported?***
A8: There have been no reported cases of accidents related to this condition.

***Q9: What is Toyota going to do?***
A9: Owners of the involved vehicles will receive a Special Service Campaign notification by first class mail beginning in late-December, 2005. Lexus dealers will replace the accelerator pedal assembly at NO COST to the vehicle owners. (How about the carpet replacement?)

***Q10: How long will the repair take?***
A10: The repair will take approximately ___ hours. However, depending upon the dealer's work schedule, it may be necessary to make the vehicle available for a longer period of time.

***Q11: What should an owner do if they experience the condition?***
A11: Owners are requested to contact their local Lexus dealer for diagnosis and repair.

EXHIBIT 207 Kitamura 11/4/10

**PREPARED TESTIMONY OF**

**AKIO TOYODA**

**PRESIDENT, TOYOTA MOTOR CORPORATION**

**COMMITTEE ON OVERSIGHT AND GOVERNMENT REFORM**

**FEBRUARY 24, 2010**

Thank you Chairman Towns.

I am Akio Toyoda of Toyota Motor Corporation. I would first like to state that I love cars as much as anyone, and I love Toyota as much as anyone. I take the utmost pleasure in offering vehicles that our customers love, and I know that Toyota's 200,000 team members, dealers, and suppliers across America feel the same way. However, in the past few months, our customers have started to feel uncertain about the safety of Toyota's vehicles, and I take full responsibility for that. Today, I would like to explain to the American people, as well as our customers in the U.S. and around the world, how seriously Toyota takes the quality and safety of its vehicles. I would like to express my appreciation to Chairman Towns and Ranking Member Issa, as well as the members of the House Oversight and Government Reform Committee, for giving me this opportunity to express my thoughts today.

I would like to focus my comments on three topics – Toyota's basic philosophy regarding quality control, the cause of the recalls, and how we will manage quality control going forward.

First, I want to discuss the philosophy of Toyota's quality control. I myself, as well as Toyota, am not perfect. At times, we do find defects. But in such situations, we always stop, strive to understand the problem, and make changes to improve further. In the name of the company, its long-standing tradition and pride, we never run away from our problems or pretend we don't notice them. By making continuous improvements, we aim to continue offering even better products for society. That is the core value we have kept closest to our hearts since the founding days of the company.

At Toyota, we believe the key to making quality products is to develop quality people. Each employee thinks about what he or she should do, continuously making improvements, and by doing so, makes even better cars. We have been actively engaged in developing people who share and can execute on this core value. It has been over 50 years since we began selling in this great country, and over 25 years since we started production here. And in the process, we have been able to share this core value with the 200,000 people at Toyota operations, dealers, and suppliers in this country. That is what I am most proud of.

Second, I would like to discuss what caused the recall issues we are facing now. Toyota has, for the past few years, been expanding its business rapidly. Quite frankly, I fear the pace at which we have grown may have been too quick. I would like to point out here that Toyota's priority has traditionally been the following: First; Safety, Second; Quality, and Third; Volume. These

priorities became confused, and we were not able to stop, think, and make improvements as much as we were able to before, and our basic stance to listen to customers' voices to make better products has weakened somewhat. We pursued growth over the speed at which we were able to develop our people and our organization, and we should sincerely be mindful of that. I regret that this has resulted in the safety issues described in the recalls we face today, and I am deeply sorry for any accidents that Toyota drivers have experienced.

Especially, I would like to extend my condolences to the members of the Saylor family, for the accident in San Diego. I would like to send my prayers again, and I will do everything in my power to ensure that such a tragedy never happens again.

Since last June, when I first took office, I have personally placed the highest priority on improving quality over quantity, and I have shared that direction with our stakeholders. As you well know, I am the grandson of the founder, and all the Toyota vehicles bear my name. For me, when the cars are damaged, it is as though I am as well. I, more than anyone, wish for Toyota's cars to be safe, and for our customers to feel safe when they use our vehicles. Under my leadership, I would like to reaffirm our values of placing safety and quality the highest on our list of priorities, which we have held to firmly from the time we were founded. I will also strive to devise a system in which we can surely execute what we value.

Third, I would like to discuss how we plan to manage quality control as we go forward. Up to now, any decisions on conducting recalls have been made by the Customer Quality Engineering Division at Toyota Motor Corporation in Japan. This division confirms whether there are technical problems and makes a decision on the necessity of a recall. However, reflecting on the issues today, what we lacked was the customers' perspective.

To make improvements on this, we will make the following changes to the recall decision-making process. When recall decisions are made, a step will be added in the process to ensure that management will make a responsible decision from the perspective of "customer safety first." To do that, we will devise a system in which customers' voices around the world will reach our management in a timely manner, and also a system in which each region will be able to make decisions as necessary. Further, we will form a quality advisory group composed of respected outside experts from North America and around the world to ensure that we do not make a misguided decision. Finally, we will invest heavily in quality in the U.S., through the establishment of an Automotive Center of Quality Excellence, the introduction of a new position – Product Safety Executive, and the sharing of more information and responsibility within the company for product quality decisions, including defects and recalls.

Even more importantly, I will ensure that members of the management team actually drive the cars, and that they check for themselves where the problem lies as well as its severity. I myself am a trained test driver. As a professional, I am able to check on problems in a car, and can understand how severe the safety concern is in a car. I drove the vehicles in the accelerator pedal recall as well as the Prius, comparing the vehicles before and after the remedy in various environmental settings. I believe that only by examining the problems on-site, can one make decisions from the customer perspective. One cannot rely on reports or data in a meeting room.

Through the measures I have just discussed, and with whatever results we obtain from the investigations we are conducting in cooperation with NHTSA, I intend to further improve on the quality of Toyota vehicles and fulfill our principle of putting the customer first.

My name is on every car. You have my personal commitment that Toyota will work vigorously and unceasingly to restore the trust of our customers.

Thank you.





Via Overnight Mail
December 14, 2005

**Subject: Special Service Campaign (SSC) 5LC - 2006 IS 250 AWD Accelerator Pedal**

Dear Dealer Principal:

Lexus has initiated a Special Service Campaign (SSC) on certain 2006 model year IS 250 AWD vehicles. Campaign details and the degree of your dealer's involvement are explained below.

**Condition**

In certain early 2006 model year IS 250 AWD vehicles there is a possibility that the accelerator pedal may temporarily become stuck in the partially depressed position due to inadequate clearance between the accelerator pedal linkage and a plastic pad embedded into the vehicle's carpet. This condition may interfere with the accelerator pedal returning to the idle position.

For further information refer to the attached Lexus Q&A and customer notification letter.

**Owner Notification Date**

Owner notification letters will be mailed via First Class Mail beginning in late December 2005.

**Identification of Involved Vehicles**

| Model Year | Model | VDS | Serial Range | Production Period |
|---|---|---|---|---|
| 2006 | IS 250 AWD | CK262 | TBD | August 2005 to mid-December 2005 |

**Note: Dealers should always consult Dealer Daily or TIS to confirm VIN eligibility and to assure that the SSC is applicable. This will verify the vehicle is involved and has not already been completed by another dealer. TMS warranty will not reimburse dealers for repairs conducted on vehicles that are not affected.**

**As required by Federal regulation, dealers are not to deliver any vehicle acquired in their inventory, which is involved in a safety recall, until the necessary repairs have been performed.**

**Implementation at Dealerships**

The SSC package contains the repair instructions, warranty claim procedures, and parts for all affected vehicles sold by your dealership. All associates who have a part in the completion of

EXHIBIT
208

this campaign should be familiar with its contents.

**Replacement Parts**

Each dealer has been sent a quantity of parts equal to the number of affected IS 250 AWD vehicles sold by the dealership. Dealers must ensure that these parts are only used for affected vehicles since no additional parts inventory is available. *Lexus will require that the selling dealer send the required parts to another dealer should a customer choose to have the campaign performed at a dealership other than where the vehicle was purchased.* Please make sure that your dealership understands this and cooperates so that our customers are not inconvenienced.

**Tools and Equipment**

- TBD

**Customer Care**

Lexus' usual customer care amenities (car wash, fuel fill-up and loaner vehicles) apply to this SSC. Specific details may be found in TIS in the General Procedures for Limited and Special Service Campaigns.

**Reimbursement Procedures**

Dealers are required to submit SSC claims following the procedures described below.

| Repair | Claim Type | Opcode | Labor Hours* | Sublet |
|---|---|---|---|---|
| TBD | SC | TBD | X.X | GA (fuel), TW (tow), RT (loaner vehicle), DE (pick-up/delivery or remote repair), or CW (car wash) as required and substantiated by invoices. |

*Includes 0.1 labor hours for administrative time.

**NOTE: Lexus warranty will only accept one claim per vehicle under the terms of the SSC. Please ensure that your dealership checks the National History File or TIS to see if the vehicle has been repaired under this SSC <u>prior</u> to servicing a vehicle.**

[APG]

**Dealer System Communications**

- The VIN number information download will be performed on December xx, 2005 and the dealer system flag on affected vehicles will be activated at that time.
- The operation code will be downloaded and available for dealerships to use on December xx, 2005. DMS dealer files are automatically updated and no further action should be required.

Thank you for your understanding. Your special care of these owners, many of whom are new members of the Lexus family, during this campaign protects our customers and their image of Lexus.

Sincerely,

Jerry Marcotti
Service and Parts Operations Manager

Attachments

CC: Customer Satisfaction Manager
General Manager
Parts Manager
Sales Manager
Service Manager



**Special Service Campaign (SSC) Q&A**
**Early 2006 Model Year IS 250 AWD Accelerator Pedal**

***Q1: What is the condition?***
A1: In certain early 2006 Model Year Lexus IS 250 AWD vehicles there is a possibility that the accelerator pedal may temporarily become stuck in the partially depressed position due to inadequate clearance between the accelerator pedal linkage and a plastic pad embedded into the vehicle's carpet. This condition may interfere with the accelerator pedal returning to the idle position. In the worst case, this may increase the possibility of a crash.

***Q2: What is the cause of this condition?***
A2: This condition is caused by tolerance variations between the accelerator pedal linkage and a plastic pad embedded into the vehicle's carpet.

***Q3: Are there any warnings that this condition exists?***
A3: No, there are no warnings that this condition will occur.

***Q4: Which and how many vehicles are involved?***
A4: Certain early 2006 Model Year IS 250 AWD vehicles are involved. There are approximately 3,500 IS 250 AWD vehicles involved in the U.S.

***Q5: What is the production period of the affected vehicles?***
A5: The affected Lexus IS 250 AWD vehicles were produced from August, 2005 to mid-December, 2005.

***Q6: Are there any other Toyota or Lexus vehicles involved?***
A6: No, this condition only affects certain early 2006 Model Year Lexus IS 250 AWD vehicles only. Rear wheel drive IS 250 and IS 350 vehicles are *not* involved.

***Q7: How many incidents of this condition have been reported?***
A7: There have been two cases reported for this condition in the affected vehicles.

***Q8: Have there been any accidents reported?***
A8: There have been no reported cases of accidents related to this condition.

*Q9: What is Toyota going to do?*
A9: Owners of the involved vehicles will receive a Special Service Campaign notification by first class mail beginning in late-December, 2005. Lexus dealers will replace the accelerator pedal assembly and modify the vehicle's carpet at **NO CHARGE** to the vehicle owners.

*Q10: How long will the repair take?*
A10: The repair will take approximately ___ hours. However, depending upon the dealer's work schedule, it may be necessary to make the vehicle available for a longer period of time.

*Q11: What should an owner do if they experience the condition?*
A11: Owners are requested to contact their local Lexus dealer for diagnosis and repair.

**Early 2006 Model Year IS 250 AWD - Accelerator Pedal Assembly Safety Recall Notice**

DRAFT

Dear IS 250 Owner:

Lexus is dedicated to the "Passionate Pursuit of Perfection."

This notice is being sent to you in accordance with the requirements of the National Traffic and Motor Vehicle Safety Act. Lexus has decided that a defect, which relates to motor vehicle safety, exists in certain early 2006 model year IS 250 All Wheel Drive (AWD) vehicles.

**What is the condition?**

In certain early 2006 Model Year Lexus IS 250 AWD vehicles there is a possibility that the accelerator pedal may temporarily become stuck in the partially depressed position due to inadequate clearance between the accelerator pedal linkage and a plastic pad embedded into the vehicle's carpet. This condition may interfere with the accelerator pedal returning to the idle position. In the worst case, this may increase the possibility of a crash.

**What will Lexus do?**

Any Lexus dealer will replace the accelerator pedal assembly with an improved one and modify the vehicle carpet at **NO CHARGE** to you.

**What should you do?**

Please contact any authorized Lexus dealer to schedule an appointment to have this service performed on your vehicle.

The labor time for this repair will take approximately __ hours. However, depending upon the dealer's work schedule, it may be necessary to make your vehicle available for a longer period of time.

**Please present this notice to the dealer when you bring the vehicle in for your service appointment.**

If you no longer own the vehicle, please indicate so on the enclosed postage-paid form, providing us with the name and address of the new owner if possible.

**What if you have other questions?**

Please contact any Lexus dealer or call the Lexus Customer Assistance Center at 1-800-255-3987.

If you believe that the dealer or Lexus has failed or is unable to remedy the defect within a reasonable time, you may submit a complaint to the Administrator, National Highway Traffic Safety Administration, 400 Seventh Street S.W., Washington, D.C. 20590, or call the toll free Auto Safety Hot Line at 1-888-327-4236 (TTY: 1-800-424-9153), or go to http://www.safercar.gov.

If you are a vehicle lessor, Federal law requires that any vehicle lessor receiving this recall notice must forward a copy of this notice to the lessee within ten days.

We have sent this notice in the interest of your continued satisfaction with our products, and we sincerely regret any inconveniences this condition may have caused you.

Thank you for driving a Lexus.

Sincerely,

LEXUS DIVISION
TOYOTA MOTOR SALES, U.S.A., INC.

[APG]

# EXHIBIT O.2

# DEPOSITION OF HAJIME KITAMURA

# HIGHLY CONFIDENTIAL SECTION

# [Pages 002085 - 002218 Filed Under Seal]