# EXHIBIT E – Robert Landis Deposition Transcript and Exhibits

# EXHIBIT P

Robert Landis

Page 1

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA


IN RE: TOYOTA MOTOR : CASE NO.
CORP. UNINTENDED    : 8:10ML2151 JVS
ACCELERATION,       : (FMOx)
MARKETING, SALES    :
PRACTICES, AND      :
PRODUCTS LIABILITY  :
LITIGATION          :


-   -   -

August 30, 2010

-   -   -

Videotape deposition of ROBERT
LANDIS, held in the offices of Bowman and
Brooke, Suite 700, 879 West 190th Street,
Gardena, California 90248, commencing at
9:04 a.m., on the above date, before
Linda L. Golkow, a Federally-Approved
Registered Diplomat Reporter, Certified
Shorthand Reporter and Certified Realtime
Reporter.

-   -   -


GOLKOW TECHNOLOGIES, INC.
877.370.3377 ph |917.591.5672 fax
deps@golkow.com

Robert Landis

Page 2

```
 1    A P P E A R A N C E S :
 2
 3         ROBINSON, CALCAGNIE & ROBINSON,
           INC.
 4         BY:  MARK P. ROBINSON, JR., ESQ.
                     and
 5             SCOT D. WILSON, ESQUIRE
           7th Floor
 6         620 Newport Center Drive
           Newport Beach, CA 92660
 7         Mrobinson@rcrlaw.net
           swilson@rcrlaw.net
 8         (949) 720-1288
           Counsel for the Plaintiffs
 9
10
           PANISH SHEA & BOYLE, LLP
11         BY:  BRIAN J. PANISH, ESQUIRE
           Suite 700
12         11111 Santa Monica Boulevard
           Los Angeles, CA 90025
13         panish@psblaw.com
           (310) 477-1700
14         Counsel for the Plaintiffs
15
16         COTCHETT, PITRE & MCCARTHY
           BY:  FRANK M. PITRE, ESQUIRE
17         Suite 200
           840 Malcolm Road
18         Burlingame, CA 94010
           Fpitre@cpmlegal.com
19         (650) 697-6000
           Counsel for the Plaintiffs
20
21                   -  -  -
22
23
24
25
```

002220

Page 3

```
 1   A P P E A R A N C E S:   (CONTINUED)
 2
 3          HABUSH HABUSH & ROTTIER, SC
            BY:  DONALD H. SLAVIK, ESQUIRE
 4          Suite 2300
            777 East Wisconsin Avenue
 5          Milwaukee, WI 53202-5381
            slavik@habush.com
 6          (414) 271-0900
            Counsel for the Plaintiffs
 7
 8
            BOWMAN AND BROOKE LLP
 9          BY:  VINCENT GALVIN, JR., ESQUIRE
            Suite 200 - 1741 Technology Drive
10          San Jose, CA 95110
            vincent.galvin@bowmanandbrooke.com
11          (408) 279-5393
            Counsel for the Toyota
12          Defendants
13
14          ALSTON & BIRD LLP
            BY:  LISA M. GILFORD, ESQUIRE
15          Sixteenth Floor
            333 South Hope Street
16          Los Angeles, CA 90071
            lisa.gilford@alston.com
17          (213) 576-1000
            Counsel for the Toyota
18          Defendants
19
20          WILLIS DEPASQUALE LLP
            BY:  LARRY N. WILLIS, ESQUIRE
21          Suite 550
            750 W. Town and Country Road
22          Orange, CA 92868
            lwillis@wdlegal.net
23          (714) 544-6000
            Counsel for Bob Baker Lexus in the
24          Saylor case      -   -   -
25
```

Robert Landis

Page 4

```
 1    ALSO PRESENT:

 2

           ROBINSON CALCAGNIE & ROBINSON
 3         DIANA FOLIA
           ADAM MODRAS

 4
                        -   -   -

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Golkow Technologies, Inc. - 1.877.370.DEPS

Robert Landis

Page 5

```
 1                    -  -  -
 2                  I N D E X
 3   WITNESS                        PAGE NO.
 4   ROBERT LANDIS
 5          By Mr. Robinson          11, 429
 6          By Mr. Slavik               282
 7          By Mr. Panish               374
 8              E X H I B I T S
 9   NO.            DESCRIPTION         PAGE NO.
10    Landis-1       Draft, U.S.           10
                     Vehicles with
11                   ETCS-i
12
     Landis-2        Basic Schematic of    10
13                   Electronic Throttle
                     Control System
14
15    Landis-3       Accelerator pedal    106
16
      Landis-4       Cable                107
17
18    Landis-5       Corolla throttle     108
19
      Landis-6       2001 Lexus ES 300    112
20                   throttle
21
      Landis-7       Actuator             115
22
23    Landis-8       Throttle assembly    117
24
25
```

Golkow Technologies, Inc. - 1.877.370.DEPS

002223

Robert Landis

Page 6

| | | | |
|---|---|---|---|
| 1 | Landis-9 | Accelerator pedal with Hall effect sensors | 123 |
| 2 | | | |
| 3 | | | |
| | Landis-10 | 2002 to 2003, linkless style throttle | 126 |
| 4 | | | |
| 5 | | | |
| 6 | Landis-11 | 2004 to current, linkless style throttle | 127 |
| 7 | | | |
| 8 | | | |
| | Landis-12 | Linkless pedal with resistive sensor marked Aisin | 138 |
| 9 | | | |
| 10 | | | |
| 11 | Landis-13 | Electronic control module, manufactured by Denso | 159 |
| 12 | | | |
| 13 | | | |
| 14 | Landis-14 | LS 400 electronic control module, link style | 163 |
| 15 | | | |
| 16 | | | |
| | Landis-15 | Marked under separate confidential cover | |
| 17 | | | |
| 18 | | | |
| 19 | Landis-16 | E-mail from Koji Sakakibara to Yoshioka, et al., with attachment, 9-1-09, TOY-MDLID00041130T-0001 - TOY-MDLID00041130T-0003 | 199 |
| 20 | | | |
| 21 | | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |

002224

Robert Landis

Page 7

| | | | |
|---|---|---|---|
| 1 | Landis-17 | E-mail from George Marino to Gary E. Smith, 9-23-09, TOY-MDLID00075713 | 199 |
| 4 | Landis-18 | Marked under separate confidential cover | |
| 6 | Landis-19 | Electronic Throttle Control System (Linkless Single-valve Type), 13 pages | 257 |
| 10 | Landis-20 | Toyota ETCS how it works - Google Search, 21 pages | 260 |
| 13 | Landis-21 | EWR 2003 3rd quarter di-200331641.txt, EWR Data - Death & Injury Records, 49 pages | 327 |
| 17 | Landis-22 | EWR 2000 1st quarter pd.201011641.txt EWR Data - Property Damage Reports, 34 pages | 327 |
| 21 | Landis-23 | Toyota Technical Service Bulletin, August 30, 2002, 3 pages | 346 |

002225

Robert Landis

Page 8

| 1 | Landis-24 | Toyota Technical Service Bulletin, May 16, 2003, 3 pages | 358 |
| 4 | Landis-25 | Toyota Technical Service Bulletin, September 20, 2007, 3 pages | 363 |
| 7 | Landis-26 | Full Case Detail – PDF, TOY-MDLID00031374 – TOY-MDLID00031385 | 434 |
| 10 | Landis-27 | Field Technical Report, Toyota Motor Czech, TOY-MDLID00087951 – TOY-MDLID00087954 | 439 |
| 13 | Landis-28 | Field Technical Report, Toyota/Lexus, TOY-MDLID00075534 – TOY-MDLID00075535 | 443 |
| 17 | Landis-29 | Field Technical Report, Toyota/Lexus, TOY-MDLID00065474 – TOY-MDLID00065476 | 449 |
| 20 | Landis-30 | Field Technical Report, Toyota/Lexus, TOY-MDLID00065779 – TOY-MDLID00065781 | 451 |

002226

Robert Landis

Page 9

| 1  | Landis-31 | Field Technical | 455 |
|    |           | Report,         |     |
| 2  |           | Toyota/Lexus,   |     |
|    |           | TOY-MDLID00009099 – |  |
| 3  |           | TOY-MDLID00009101 |   |
| 4  |           |                 |     |
|    | Landis-32 | Field Technical | 458 |
| 5  |           | Report,         |     |
|    |           | Toyota/Lexus,   |     |
| 6  |           | TOY-MDLID00056283 – |  |
|    |           | TOY-MDLID00056284 |   |
| 7  |           |                 |     |
| 8  |           |                 |     |
| 9  |           |                 |     |
| 10 |           |                 |     |
| 11 |           |                 |     |
| 12 |           |                 |     |
| 13 |           |                 |     |
| 14 |           |                 |     |
| 15 |           |                 |     |
| 16 |           |                 |     |
| 17 |           |                 |     |
| 18 |           |                 |     |
| 19 |           |                 |     |
| 20 |           |                 |     |
| 21 |           |                 |     |
| 22 |           |                 |     |
| 23 |           |                 |     |
| 24 |           |                 |     |
| 25 |           |                 |     |

002227

Robert Landis

Page 10

1                   -  -  -

2                   (Whereupon, Deposition

3           Exhibit Landis-1, Draft, U.S.

4           Vehicles with ETCS-i, was marked

5           for identification.)

6                   -  -  -

7                   (Whereupon, Deposition

8           Exhibit Landis-2, Basic Schematic

9           of Electronic Throttle Control

10          System, was marked for

11          identification.)

12                  -  -  -

13                  THE VIDEOTAPE TECHNICIAN:

14          We are now on the record.  My name

15          is Corey Smith.  I'm a

16          videographer for Golkow

17          Technologies.

18                  Today's date is August 30,

19          2010, and the time is now 9:04

20          a.m.

21                  This video deposition is

22          being held in Gardena, California

23          In Re:  Toyota Motor Corporation

24          Unintended Acceleration Marketing,

25          Sales Practices, and Products

002228

Robert Landis

Page 11

```
 1        Liability Litigation.
 2              The deponent is Robert
 3        Landis, and counsel will be noted
 4        on the stenographic record.
 5              The court reporter is Linda
 6        Golkow, and she will now swear in
 7        the witness.
 8                    -  -  -
 9              ROBERT LANDIS, after having
10        been duly sworn, was examined and
11        testified as follows:
12                    -  -  -
13                  EXAMINATION
14                    -  -  -
15   BY MR. ROBINSON:
16        Q.    Mr. Landis, are you an
17   employee of Toyota?
18        A.    I'm an employee of Toyota
19   Motor Sales, USA, Inc.
20        Q.    What is your address or your
21   place of business?
22        A.    19001 Southwestern Avenue,
23   Torrance, California 90501.
24        Q.    Have you had your deposition
25   taken before?
```

Robert Landis

Page 12

1        A.      Yes, I have.

2        Q.      Approximately how many

3  times?

4        A.      Somewhere between 15 and 20

5  times.

6        Q.      Do you understand that even

7  though we are not in court, but, rather,

8  in your attorney's office, that you have

9  just taken the same oath that you would

10  take as if you were testifying before a

11  judge and jury?

12       A.      Yes, I understand that.

13       Q.      And you understand that I'm

14  going to ask you questions, and you are

15  to give answers, right?

16       A.      Yes, that's correct.

17       Q.      Now, if you do not

18  understand my question, will you tell me

19  that you don't understand it?

20       A.      Yes, I will.

21       Q.      If you answer my question,

22  is it fair for me to assume that you

23  understood my question?

24       A.      Yes.

25       Q.      Now, how long have you

Robert Landis

Page 13

1    worked at Toyota?

2         A.    Since 1998.

3         Q.    Is it true that you work in

4    the legal department at Toyota as a

5    technical analysis manager?

6         A.    Yes, that's correct.  I'm a

7    technical analysis manager, and that

8    department resides within the legal

9    department of Toyota Motor Sales.

10        Q.    Who is Web Burns?

11        A.    Web Burns is either

12   assistant general counsel or general

13   counsel of Toyota Motor Sales.

14        Q.    Is he in your department?

15        A.    He is the head of the

16   department, yes.

17        Q.    Who is his boss?

18        A.    Christopher Reynolds.

19        Q.    Is Web Burns an attorney?

20        A.    Yes, he is.

21        Q.    Is Christopher Reynolds an

22   attorney?

23        A.    Yes, he is.

24        Q.    Who is his boss, Chris

25   Reynolds' boss?

002231

Robert Landis

Page 14

```
 1          A.    Bob Daly.

 2          Q.    Is he an attorney?

 3          A.    No, he's not.

 4          Q.    Have you done anything to

 5   prepare for today's deposition?

 6          A.    Yes, I have.

 7          Q.    What have you done?

 8          A.    I met with our outside

 9   counsel, and I reviewed some of my notes.

10          Q.    Which outside counsel did

11   you meet with?

12          A.    I met with Vincent Galvin,

13   Jr. and Lisa Gilford.

14          Q.    When did you meet with Mr.

15   Galvin and Ms. Gilford?

16          A.    Various times last week.

17          Q.    Approximately how many hours

18   have you met with Mr. Galvin and/or Ms.

19   Gilford to prepare for this deposition?

20          A.    With respect to preparing

21   for this deposition, I would estimate

22   somewhere between six and eight hours

23   total.

24          Q.    What else did you do to

25   prepare for this deposition besides
```

002232

Robert Landis

Page 15

1   meeting with Mr. Galvin and Ms. Gilford?

2         A.    I had reviewed some of the

3   information that I have with respect to

4   how electronic throttle control systems

5   work, reviewed some parts that I have,

6   made sure I had what I'd like to have to

7   present today.

8         Q.    What information did you

9   review that you have in your possession

10  concerning electronic throttle control

11  systems?

12        A.    There's a matrix that points

13  out the different sensor systems and when

14  we implemented electronic throttle

15  control that I reviewed.

16        Q.    Now, you understand that you

17  have been designated to testify as a Rule

18  30(b)(6) "person most knowledgeable

19  regarding a description of the testing

20  done to confirm the performance of the

21  electronic throttle control system,

22  including the evolution of the electronic

23  throttle control design, development and

24  testing"?

25        A.    Yes, I understand that.

Robert Landis

Page 16

1         Q.    Are you aware that you've

2    also been designated to testify as a

3    30(b)(6) person most knowledgeable

4    regarding "the identity, nature, location

5    and retention of documents related to

6    information Toyota has received about

7    speed control, surge, sudden acceleration

8    events in Toyota and Lexus vehicles,

9    including specifically warranty records,

10   customer complaints, claims and lawsuits

11   including ('Field performance

12   documents')"?

13        A.    I understand I'm one of the

14   people that will be providing that

15   information.

16        Q.    Is your answer the same to

17   the electronic throttle control system

18   testimony, that you're one of the people

19   that's going to be produced?

20        A.    Yes, I believe that to be

21   the case.

22             MR. ROBINSON:  Do you want

23        to make a statement?

24             MR. GALVIN:  Yes.  Just for

25        clarification on category 12,

Robert Landis

Page 17

1          which is the ETCS category that

2          you read first, Mr. Landis'

3          testimony is going to be focused

4          on the evolution of the system

5          link to linkless and a general

6          overview of the system.  That was

7          an issue during discussions we had

8          had previously globally that that

9          was an area that plaintiffs were

10         interested in getting some

11         background information.

12              In terms of detail, testing

13         and detail design issues, that

14         would be TMC witness.  But to the

15         extent you have questions that

16         Robert could answer, feel free to

17         ask them.

18              MR. ROBINSON:  I think

19         plaintiffs' counsel's concern is

20         time on the subject matter of PMK

21         Number 12.  As I understand it, at

22         least on a phone call we had last

23         week, counsel has agreed that this

24         deposition is a, quote, freebie,

25         end quote, because we're going to

002235

Robert Landis

Page 18

```
 1        get someone from Japan who is

 2        going to know a lot of details of

 3        questions probably that I'm going

 4        to ask Mr. Landis that he's not

 5        going to know about.  Is that fair

 6        enough?

 7            MR. GALVIN:  That's what I

 8        said on the phone, and that's what

 9        I said to you before the

10        deposition.

11            MR. ROBINSON:  Thank you

12        very much.

13            MR. GALVIN:  So, yes, that's

14        what I said.

15            MR. ROBINSON:  Okay.  I will

16        try and identify areas that I'd

17        like to --

18            MR. GALVIN:  Let me clarify

19        that "freebie" so that if anyone

20        reads or watches this later on,

21        they don't think it's just some

22        flip comment.

23            The approach that we are

24        trying to take here is to provide

25        information, and this system is a
```

002236

Robert Landis

Page 19

1          complex system.  We've had many

2          meetings over the past few months

3          where we've been explaining

4          different aspects of the systems.

5          Plaintiffs have raised questions

6          that they had with us, and so we

7          found it made sense to start out

8          with someone who could give you a

9          general description without the

10         necessity of interpreters and the

11         like, and that's what we're doing.

12         And it sounds like it's all right

13         with you if we do it that way.

14              MR. ROBINSON:  Well, put it

15         this way.  Would I like to know

16         chapter and verse about what

17         happened at Toyota Motor Corp.

18         from 1990 to the present regarding

19         electronic throttle control

20         systems?  Yes.  Would I like to

21         know where all the documents are

22         in Toyota Motor Corp.?  Yes.  But

23         I'm willing to accept what you

24         brought forth today.

25              MR. GALVIN:  Okay.

Robert Landis

Page 20

1           MR. ROBINSON:  Fair enough?

2           MR. GALVIN:  Great.

3           MR. ROBINSON:  Okay.

4    BY MR. ROBINSON:

5           Q.    Now, how long have you

6    worked in the legal department at Toyota?

7           A.    I've worked in the technical

8    analysis group since January 2003.

9           Q.    What have been your duties

10   in that technical analysis group within

11   the legal department of Toyota?

12          A.    The duties have been to use

13   my engineering education and experience

14   to analyze the field performance of

15   Toyota, Lexus and Scion vehicles.

16          Q.    So, would it be fair to say

17   that you're not an electrical engineer,

18   right?

19          A.    No.  My degree is in

20   engineering.  My emphasis was mechanical

21   engineering.

22          Q.    So, you have sort of a

23   general engineering degree?

24          A.    My Bachelor's Degree is in

25   engineering.  My subject emphasis was

002238

Robert Landis

Page 21

1    mechanical engineering.  I also took a

2    lot of electrical engineering courses.

3          Q.    But you're not an electrical

4    engineer, correct?

5          A.    That's correct.

6          Q.    You're not an electronics

7    engineer?

8          A.    No, but I have an education

9    that relates to electrical and

10   electronics.

11         Q.    And you got that education

12   at Cal State, Northridge?

13         A.    That's correct.

14         Q.    You graduated in 1987?

15         A.    That's correct.

16         Q.    You took, as I understand

17   it, the first half of the professional

18   engineering exam, right?

19         A.    That's correct.

20         Q.    That's called the EIT?

21         A.    It was called the EIT when I

22   took it.  I don't believe it's still

23   called that.

24         Q.    What is the EIT?

25         A.    Engineering training.

002239

Robert Landis

Page 22

1          Q.    Now, you do not have a

2     professional engineering license, though,

3     right?

4          A.    That's correct.

5          Q.    Why is that?

6          A.    Because I've never chosen to

7     get a professional engineering license.

8     It hasn't been something that's necessary

9     for my career.

10         Q.    And just to quickly go

11    through your background, is it true that

12    from 1989 to 1998, you worked for Nissan?

13         A.    Yes.  I worked for Nissan.

14         Q.    Okay.

15               And you started at Nissan

16    working the 800 hotline to support

17    technicians in repairing vehicles, right?

18         A.    Yes, that's correct.

19         Q.    And then a few years later,

20    you joined the engineering groups and

21    worked on quality issues with engines and

22    other vehicle issues?

23         A.    Yes, that's correct.

24         Q.    In fact, you gave one

25    deposition in a Nissan civil case?

002240

Robert Landis

Page 23

1          A.     Yes, similar to a Lemon Law

2     case.

3          Q.     Okay.  So it was a Lemon Law

4     case?

5          A.     Yes.

6          Q.     Now, how many depositions

7     have you given for Toyota?

8          A.     As I mentioned before, I

9     haven't tracked that.  Somewhere between

10    15 and 20, counting the Nissan case.  But

11    less than 20.

12         Q.     Have you given testimony in

13    a case where Denso was the defendant?

14         A.     Yes, I have.

15         Q.     Who is Denso?

16         A.     Denso is a component

17    manufacturer.  They manufacture a variety

18    of electrical components used on Toyota,

19    Lexus and Scion vehicles.

20         Q.     Do they manufacture

21    components that have to do with

22    electronic throttle control systems?

23         A.     Yes, they do.

24         Q.     Which components do they

25    manufacture?

Robert Landis

Page 24

1          A.     Denso manufactured -- Denso

2     is one of the suppliers of accelerator

3     pedals, one of the suppliers of ECUs and

4     supplies a portion of the electronic

5     throttle.

6          Q.     What portion?

7          A.     They supply -- the

8     electronic throttle is manufactured by

9     Aisin Corporation.

10          Q.     That's A-I-S-I-N?

11          A.     That's correct.

12          Q.     Is it Aisin Seiki?

13          A.     It might very well be.  I

14     just --

15          Q.     S-E-I-K-I is it or maybe

16     you -- I forget how to spell it.

17          A.     I'm not sure.

18          Q.     Go ahead.

19          A.     Aisin, who manufactures the

20     throttle for vehicles that have

21     electronic throttle control.  A portion

22     of the assembly, which I could show you

23     on a part, is manufactured by Denso.

24     That incorporates the accelerator pedal

25     position sensors --

Robert Landis

Page 25

1          Q.    Okay.

2          A.    Or, excuse me, the throttle

3     position sensors.

4          Q.    We'll come back to questions

5     about that.  I want to get a little more

6     of your background before we go into the

7     PMK categories, person most knowledgeable

8     categories.  Fair enough?

9          A.    Absolutely.

10         Q.    Okay.

11              You went with Toyota in

12    1998?

13         A.    Yes.

14         Q.    You started as an engineer

15    in the Lexus technical coordination

16    department, right?

17         A.    Yes.

18         Q.    And then in 2000, you became

19    an engineer with the Lexus chassis group?

20         A.    Approximately that time,

21    yes.

22         Q.    And then in 2003 to the

23    present, you've worked in the legal

24    department of Toyota as a technical

25    analysis manager, right?

Robert Landis

Page 26

1          A.    I've worked within the

2    technical analysis group as a technical

3    analysis manager.  Actually, my title is

4    design and technical analysis manager.

5          Q.    Fair enough.

6              You brought some exhibits

7    with you to the deposition.  Can you give

8    us a list of what you brought with you?

9          A.    Yes.  Essentially what I

10   brought is a mechanical throttle and

11   mechanical accelerator pedal, as well as

12   a throttle cable.

13              I've brought with me a

14   link-style throttle assembly and a

15   linkless-style throttle assembly with a

16   resistive sensor, a linkless-style

17   throttle assembly with a Hall effect

18   sensor, accelerator pedals with resistive

19   sensors and Hall effect sensors and

20   cruise control actuator, and there could

21   be one or two things that are not coming

22   to my mind at the moment.

23          Q.    You also brought with you

24   Exhibit Number 1 and Exhibit Number 2,

25   right.

Robert Landis

Page 27

1                    (Handing over documents.)

2          A.     Yes, that's correct.



002245

Robert Landis

Page 28

10          Q.     Let me ask you this.  The

11   group that you work for, who is it that

12   you report to?

13          A.     Barry Hare.

14          Q.     Who is Barry Hare?

15          A.     Barry Hare is the design and

16   technical analysis national manager.

17   He's an engineer like myself.

18          Q.     Do you know why this

19   technical analysis group was formed?

20          A.     No, I do not.

21          Q.     Do you know what the

22   function of the technical analysis group

23   is?

24          A.     Yes.

25          Q.     What is it?

002246

Robert Landis

Page 29

1        A.      Technical analysis group is

2   involved in, as I mentioned before,

3   analyzing the in-use performance of

4   Toyota, Lexus and Scion vehicles

5   typically in the context of a claim or a

6   lawsuit.  In addition, the group also

7   reviews technical services bulletins,

8   provides training on such things as air

9   bag function and use to other parts of

10  the company.

11              We also serve as a liaison

12  to the community to provide information

13  and support when there's some issue or

14  potential issue with a Toyota vehicle

15  such as the fire department or the police

16  department.

17              There's various other

18  activities that we get involved in.

19      Q.      Are people chosen to work in

20  that group or is there an open

21  application process?

22      A.      Open application process.

23      Q.      Did you apply to be in that

24  group?

25      A.      Yes, I did.

Robert Landis

Page 30

1          Q.     What training was provided
2     to you so that you could work in that
3     group?
4          A.     There was a variety of
5     training that was provided to me both
6     from my fellow engineers that had been in
7     the position as on-the-job training, also
8     working with some outside experts in
9     certain areas to increase my
10    understanding of some areas that I hadn't
11    been exposed to before.  Then a lot of
12    what I do relates to my prior experience
13    throughout automotive engineering.
14         Q.     So, did you work in a
15    similar group at Nissan?
16         A.     I did not work in a similar
17    group at Nissan.  I worked in quality, as
18    you mentioned.  However, during my time
19    working in quality at Nissan, I got
20    involved in inspecting stationary fires,
21    and Nissan provided quite a bit of
22    training with respect to stationary
23    fires.
24               When I joined the technical
25    analysis group at Toyota, I've been able

002248

Robert Landis

Page 31

1    to build upon that experience, and I also

2    inspect fires.

3         Q.    I notice from your prior

4    depositions that you're on the occupant

5    or passenger restraint committee at

6    Toyota?

7         A.    Actually, that committee is

8    an SAE committee, Society of Automotive

9    Engineers committee.

10        Q.    And you're on the SAE

11   committee for passenger restraints?

12        A.    That's correct.

13        Q.    Are you on the SAE committee

14   for automotive fires?

15        A.    No.  Well, I'm sorry, yes, I

16   am.  I am.

17        Q.    Are you on the SAE committee

18   for either sudden unintended acceleration

19   or any other electronic aspect of motor

20   vehicles?

21        A.    I'm not aware of them having

22   a committee regarding throttle control

23   systems, but, no, I'm not on a committee

24   related to electronic systems.

25        Q.    I notice that you have

002249

Robert Landis

Page 32

1    been -- strike that -- that in 2004 and

2    maybe 2005, you went to Japan on the fire

3    cases; is that right?

4          A.    Yes.   That's correct.

5    Amongst other things.

6          Q.    What fire cases?

7          A.    I was there as -- one of the

8    meetings was to discuss fires, the types

9    of fires that take place in Toyota, Lexus

10   and Scion vehicles.

11         Q.    Since 2005, have you been

12   back to Japan?

13         A.    Yes, I have.

14         Q.    When was the last time you

15   went to Japan?

16         A.    Couple of months ago.

17         Q.    Can you tell me what month?

18         A.    I think in July, but I'm not

19   certain.  It might have actually been

20   earlier this month, of August.

21         Q.    So, were you back there at

22   the same time Mr. Galvin and other

23   outside lawyers for Toyota were present?

24         A.    Mr. Galvin was on that trip,

25   yes.

Robert Landis

Page 33

1      Q.     Was Ms. Gilford?

2      A.     Yes, she was.

3      Q.     Was Ms. Dawson?

4      A.     Yes, she was.

5      Q.     Were there any other outside

6   lawyers from Toyota besides those three

7   present?

8      A.     Yes, there was.

9      Q.     Who else was present?

10      A.     Randy Bibb and Joel Dewey.

11      Q.     Any others?

12      A.     Not that I can recall.  I'm

13   sorry.  Yes.  There was one other

14   additional gentleman.

15      Q.     Who was that?

16      A.     I cannot recall his name.

17      Q.     Do you know if he worked for

18   either Bowman & Broke or Alston & Bird?

19      A.     He worked for Bowman &

20   Broke.

21      Q.     Is he a lawyer?

22      A.     Yes.

23      Q.     Were there any nonlawyers

24   from either Alston & Bird or Bowman &

25   Broke?

Robert Landis

Page 34

1          A.     Not that I recall.

2          Q.     Was Joel Smith there?

3          A.     I apologize.  Joel Smith was

4    there as well.

5          Q.     He's with Bowman & Broke,

6    right?

7          A.     Yes, that's correct.

8          Q.     What were you there, about

9    ten days?

10         A.     No.

11         Q.     How many days?

12         A.     Five days.

13         Q.     Five days in Japan?

14         A.     Arriving on a Sunday night,

15   departing on the following Saturday.

16         Q.     Okay.

17                Now, I take it that you were

18   there with these lawyers to learn about

19   some aspects of the alleged sudden

20   acceleration cases, right?

21         A.     I was there to learn about

22   electronic throttle control systems,

23   brake override systems, EDR systems.

24         Q.     This is important because

25   this is going to help us someday to maybe

Robert Landis

Page 35

1   take depositions of people and maybe

2   figure out where documents are.  That's

3   our goal here.  And I guess I'm going to

4   jump in here a little bit.

5              Who was it, and I mean

6   plural, that helped teach you some things

7   about the electronic throttle control

8   systems, the EDR systems and the brake

9   override systems?

10       A.    Engineers from TMC.

11       Q.    Can you give me --

12             I mean, this will really be

13  helpful to us because this is what we

14  need to know for future discovery.  Can

15  you give me the names of these TMC

16  engineers that helped train you?

17       A.    I can't recall the names of

18  all of the engineers, but with respect to

19  electronic throttle control, the

20  engineer, his name is Mr. Miyazaki.

21       Q.    How do you spell that?

22       A.    M-I-Y-A-Z-A-K-I, I believe.

23       Q.    Do you know his first name?

24       A.    No, I do not.

25       Q.    Who taught you about brake

002253

Robert Landis

Page 36

1    override?

2         A.    That gentleman, I cannot

3    recall his name.  I'm sorry.

4              MR. ROBINSON:  Can we get a

5         freebie on that, Vince?  Who might

6         have been the person, so we can

7         take depos later?

8              MR. GALVIN:  Yes.  We're

9         trying to identify, you know, the

10        witness responsive to the BOS

11        category.

12             MR. ROBINSON:  No, but

13        I'm -- okay.  But I'd like to know

14        --

15             MR. GALVIN:  It's not --

16        there's not a name that we can

17        give you right now.

18   BY MR. ROBINSON:

19        Q.    Let me ask you, who taught

20   you about the EDR system?

21        A.    My main understanding comes

22   from Mr. Shibata.

23        Q.    How do you spell Shibata?

24        A.    S-H-I-B-A-T-A.

25        Q.    For the record, what is an

Robert Landis

Page 37

1    EDR?

2         A.     Event data recorder.

3         Q.     What is the function of the

4    event data recorder?

5         A.     The event data recorder's

6    function was during the design and

7    development of the air bag control

8    system, it could store information

9    regarding a crash to help and assist in

10   the development of the air bag control

11   system.

12        Q.     Is any of the information

13   regarding either speed or braking or any

14   other information or data that can be

15   retrieved in the EDR system received from

16   the electronic control module on the

17   Toyota/Lexus vehicles?

18        A.     Yes, the degree of which

19   varies by model.

20        Q.     But what type of information

21   comes from the electronic control module

22   to the event data recorder on various

23   makes and models?

24        A.     There would be information

25   regarding seat belt usage, seat belt

002255

Robert Landis

Page 38

1    status usage.  On some vehicles, there

2    would be information regarding the stop

3    lamp, the stop lamp plunger being pushed

4    in, as well as the throttle position, the

5    vehicle speed, and what position the

6    transmission is in.  And what position

7    the transmission is in is defined as a

8    drive gear or neutral.

9           Q.    What about the pedal

10   position?

11          A.    The accelerator pedal

12   position?

13          Q.    Yes.

14          A.    Yes.

15          Q.    Would that information be

16   conveyed from the electronic control

17   module to the EDR?

18          A.    On some vehicles, it would

19   be shared, yes.

20          Q.    Which vehicles?

21          A.    I'm not prepared right now

22   to go through which vehicles have EDR

23   that has that type of information and

24   what doesn't.  My understanding is there

25   will be other witnesses to discuss EDR,

Robert Landis

Page 39

1    and they'll be prepared to discuss it

2    then.

3           Q.    But you are here to talk

4    about the electronic throttle control

5    system, right?

6           A.    That's correct.

7           Q.    And part of the electronic

8    control system is the ECM, right?

9           A.    That's correct.

10          Q.    Big part of the electronic

11   throttle control system is the ECM,

12   right?

13          A.    Yes.  The processors that

14   are in the ECM.

15          Q.    What is the ECM?  What's

16   that called?

17          A.    Electronic control module.

18   Some people call it ECU, electronic

19   control unit.  Some people call it -- ECM

20   is engine control module.

21          Q.    Okay.

22                But let me just see if I can

23   understand something here.  Electronic

24   control unit, ECU, there are different

25   electronic control units for various

002257

Robert Landis

Page 40

1    aspects of the vehicle, right?

2         A.    That's correct.

3         Q.    For example, there's one

4    that relates to steering that's called

5    the EPS, right?

6         A.    EPS stands for electronic

7    power steering.  And when you have

8    electronic power steering, there's an

9    electronic control module associated with

10   the electric power steering.

11        Q.    Right.

12        A.    In this case, we're

13   referring to the ECU that handles,

14   amongst other things, power train

15   commands.  And with respect to electronic

16   throttle control, that ECM actually has

17   two separate microprocessors that

18   independently are analyzing that throttle

19   system.

20        Q.    We'll come back to that.

21   But I guess my point is, there's more

22   than one ECU in the -- under the hood of

23   the Toyota/Lexus vehicles, right?

24        A.    There are more than one

25   electronic control unit typically in a

Robert Landis

Page 41

1    Toyota vehicle, and I would not assume

2    that it's underneath the hood.

3            Q.    Well, in the vehicle?

4            A.    Within the vehicle, yes.

5            Q.    Let's go back to your trip

6    in early August to Japan.  So, you spent

7    five days there, right, approximately?

8            A.    Approximately, yes.

9            Q.    Were you in a classroom

10   setting?  What type of setting was it?

11           A.    Conference room setting.

12           Q.    Were you allowed to ask

13   questions?

14           A.    Yes.

15           Q.    Did people show you

16   documents up on a screen?

17           A.    I don't recall seeing any

18   documents on the screen, no.

19           Q.    Did you see any documents

20   anywhere?

21           A.    I take that back.  I did see

22   some documents on the screen.

23           Q.    What documents did you see

24   on the screen?

25           A.    Some of the test standards

Robert Landis

Page 42

1    that are utilized for testing of the

2    electronic throttle control system.

3         Q.    Would you just describe

4    generally what you saw when you -- that

5    you describe as test standards?

6         A.    When a test is performed at

7    Toyota, there's a group of standards,

8    what the temperature should be, how the

9    equipment should be set up.  And these

10   test standards all involved EMI testing.

11   They were testing --

12        Q.    What is EMI for the record

13   here?

14        A.    Electromagnetic

15   interference.

16        Q.    Okay.  Go ahead.

17        A.    Or electromagnetic

18   compatibility, EMC.

19        Q.    Okay.

20        A.    The test standards involved

21   the emission of EMI from the vehicle as

22   well as the compatibility of the vehicle

23   with EMI.  And I saw a number of the

24   different test standards, things I had

25   seen before.

Robert Landis

Page 43

1          Q.     Were you given actual hard

2     copies of documents or binders of

3     information to review?

4          A.     No, I was not.

5          Q.     Were you given documents to

6     review?

7          A.     I don't recall reviewing any

8     documents as an actual document.

9          Q.     Were you given

10    electronically stored information to look

11    at?

12         A.     No, I was not.

13         Q.     Nothing was given to you by

14    way of computer?

15         A.     No.

16         Q.     So, this was all --

17                These were all verbal

18    explanations and -- for education by the

19    various Toyota employees that taught you

20    about these subjects?

21         A.     Yes.

22         Q.     Were these Toyota

23    engineers --

24                Were these all from Toyota,

25    the engineers?

Robert Landis

1          A.    I believe they were all

2    Toyota engineers.

3          Q.    Were they all speaking in

4    English or were they speaking in

5    Japanese?

6          A.    Speaking in Japanese.

7          Q.    Were there interpreters

8    there?

9          A.    Yes, there was.

10         Q.    Did any of these people that

11   you were taught by, were any of them

12   speaking in English?

13         A.    No.   They all required

14   translators.

15         Q.    Were there any engineers

16   there from Denso?

17         A.    I don't -- I'm sorry.

18         Q.    Go ahead.

19         A.    I don't believe so.

20         Q.    Did any of the -- strike

21   that.

22               Were these all Toyota

23   engineers?

24         A.    I believe so.

25         Q.    Were they all Toyota Motor

Robert Landis

Page 45

1    Corp. engineers?

2           A.     That were providing the

3    discussion?

4           Q.     Yes.

5           A.     Yes.

6           Q.     So what was the general

7    topic or topics covered under the heading

8    "Electronic throttle control systems" by

9    these Toyota engineers during the

10   five-day period you were in Japan?

11          A.     We discussed the history of

12   the system, the design of the system, the

13   componentry of the system, the fail-safes

14   of the system, testing of the system.

15          Q.     Anything else?

16          A.     Not that I recall.

17          Q.     If you had to explain to

18   someone your understanding of the history

19   of the system from what you learned

20   during those five days, how would you

21   describe it?

22          A.     Well, the history of

23   electronic throttle control?

24          Q.     At Toyota.

25          A.     At Toyota?

002263

Robert Landis

Page 46

1          Q.    Yes.

2          A.    So, in the early '90s,

3    Toyota began considering implementing

4    electronic throttle control.

5          Q.    Approximately what year?

6          A.    I don't know.  Early '90s.

7          Q.    Like 1991?

8          A.    Approximately around that

9    time frame.  I don't remember the exact

10   year.

11         Q.    Okay.  Go ahead.

12         A.    So, Toyota began considering

13   implementing electronic throttle control,

14   purpose being to improve drivability

15   and improve safety.  Around 1996 or in

16   1996, the first electronic throttle

17   control system was implemented on a

18   Toyota vehicle.  That was the Toyota

19   Corona Premio sold in the Japan market.

20   The system later was brought in 1998 to

21   the United States.

22         Q.    Is that the Supra?

23         A.    It was implemented on the

24   Supra.  It was implemented on a number of

25   vehicles at that point.

002264

Robert Landis

Page 47

1        Q.      What other vehicles?

2        A.      In 1998 it was implemented

3    on all Lexus vehicles with the exception

4    of the ES.   It was implemented on the

5    Supra, it was implemented on the Land

6    Cruiser.   It was only implemented on the

7    normally aspirated Supra, not on the

8    turbo Supra.

9        Q.      What else did you learn

10   about the history of the development of

11   the electronic throttle control system

12   between, say, 1991 and 1997 that you

13   haven't shared with us yet?

14       A.      Well, the specific details,

15   I didn't prepare myself to talk about

16   today.   But in general, Toyota worked

17   with its supplier, Denso, at that time,

18   to develop a system.

19       Q.      Is that Nippon Denso, do you

20   know?

21       A.      I think once upon a time it

22   was referred to as Nippon Denso.

23       Q.      Back in those days, in the

24   '90s?

25       A.      I don't know when they

002265

Robert Landis

Page 48

1    changed their name.  But we referred to

2    it as Denso, Denso Corporation.

3              So, as I was mentioning,

4    Toyota Motor Corporation engineers worked

5    in conjunction with Denso to develop an

6    electronic throttle control system.

7    During that time frame, electronic

8    throttle control had already been

9    implemented, companies like BMW already

10   had such a system, and such systems were

11   benchmarked.

12             Q.    For the record, what does

13   "benchmarking" mean?

14             A.    It means to take a look at a

15   system and analyze its functionality and

16   compare it to what your design parameters

17   are, make sure that you've got your bases

18   covered.

19             Q.    As I understand it, at that

20   time, Audi and Volkswagen and Mercedes

21   also had electronic control systems,

22   correct?

23             A.    I don't know that for a

24   fact.  I believe they were all using

25   Bosch as their control systems.

002266

Robert Landis

Page 49

1          Q.     For the record, what is

2    Bosch?

3          A.     The Robert Bosch

4    Corporation.  It's a German company,

5    originally a German company that supplies

6    electronics, just as Denso supplies

7    electronics.

8          Q.     Okay.

9                 Just because I'm trying to

10   get records someday here with our

11   discovery, I'd like to know, if I wanted

12   to describe -- strike that.

13                If you wanted to ask Toyota

14   Motor Corp. to send you all benchmarking

15   related documents, i.e., analysis,

16   reverse engineering, et cetera, of other

17   electronic control systems on BMW,

18   Volkswagen, Audi, Mercedes or any other

19   vehicle, or even benchmarking the Bosch

20   systems from the '90s, how would you

21   request those documents from Toyota Motor

22   Corp.?

23         A.     Well, I'd start really by

24   assuming that documents such as that were

25   used in the development of the vehicle

Robert Landis

Page 50

1    would no longer be present, but if they

2    were to exist, I would just describe it

3    as any benchmarking documents related to

4    the development of the ETCS-i system.

5         Q.    But my point is that you

6    learned when you were in Japan that they

7    did benchmark BMW and maybe some other

8    systems, right?

9              MR. GALVIN:   I think that

10             misstates his testimony.

11   BY MR. ROBINSON:

12        Q.    Go ahead.

13        A.    What I heard is that they

14   had -- that BMW already had a system in

15   place and that they had studied that

16   system.  Whether they benchmarked against

17   it, I don't know.  And anything beyond

18   just studying it, I don't know.

19        Q.    Okay.

20             Now, in terms of the

21   development of the Toyota electronic

22   control system between 1991 and 1997, was

23   there one person that was in charge of

24   that project?

25        A.    I don't know.  I don't know

Robert Landis

Page 51

1    whether there was one person or multiple

2    groups responsible.

3           Q.    Was Mr. Miyazaki part of

4    that process?

5           A.    No, I don't believe so, not

6    in the initial stages.

7           Q.    When do you believe he got

8    involved?

9           A.    I'm not certain.

10          Q.    Well, do you have any names

11   from anybody who was involved in the

12   process in the '90s at Toyota Motor

13   Corp.?

14          A.    Not that I recall.

15          Q.    What about the event data

16   recorder development?  Was Mr. Shibata

17   involved with the development of the data

18   recorder at Toyota?

19          A.    I'm not certain.

20          Q.    What about test standards?

21   Was either Mr. Miyazaki or Mr. Shibata

22   involved with Toyota test standard

23   development?

24          A.    I'm not certain.

25          Q.    Do you know who developed

Robert Landis

Page 52

1    the 1990s -- strike that -- electronic

2    throttle control system utilized in the

3    1996 Corona Premio that was first

4    marketed and sold in Japan?

5           A.    I'm sorry, the question was

6    who was responsible for the test

7    standards for that vehicle?

8           Q.    Uh-huh.

9           A.    No.  I don't know.

10          Q.    Do you know who was involved

11   in the design of the electronic throttle

12   control system on that vehicle?

13          A.    No, I do not know.

14          Q.    Do you know -- strike that.

15                Have you looked at test

16   documents that related to that vehicle?

17          A.    I don't believe I've ever

18   seen test documents related to that

19   vehicle.  However, I would fully expect

20   that the EMI standards and some of the

21   other test standards that I've seen are

22   the same standards that apply to those

23   prior vehicles.

24          Q.    So, the documents that you

25   said you saw back in Japan that were EMI

002270

Robert Landis

Page 53

1    standards you think would have applied to

2    those vehicles -- to that vehicle?

3          A.    I believe so.  There might

4    have been some future or some iterations

5    that took place in that document as

6    testing has changed and test requirements

7    have changed.  But the general basis of

8    those documents I would expect to be very

9    similar.

10         Q.    For the record, how would

11   you describe what the EMI standards were

12   for electronic throttle control systems

13   in the '90s?

14         A.    Again, the electronic

15   throttle control system standards or test

16   standards that I looked at were the

17   current ones.  What I'm stating is the

18   ones that I looked at would be similar

19   for the Corolla, Premio, as you asked,

20   and those standards involved what type of

21   electromagnetic interference the vehicle

22   and the component parts are tested to, as

23   well as what kind of radiation might

24   occur from componentry on the vehicle

25   outward.

Robert Landis

Page 54

1          Q.     Is there --

2                 Are these SAE standards?

3          A.     These standards are

4    Toyota-specific standards that might

5    reflect different SAE European standards,

6    other international standards.

7          Q.     Do any of those standards

8    incorporate, you know, aviation

9    standards, do you know?

10         A.     I do not know.  My

11   understanding is that there will be

12   people provided during this deposition

13   process that know more about these

14   standards.

15         Q.     So, you say also, in

16   addition to the history, you were taught

17   about the design of the electronic

18   throttle control system, right?

19         A.     The background and the

20   design, yes.

21         Q.     Did anybody describe to you

22   the patent process for any of the

23   components on the Toyota electronic

24   throttle control systems?

25         A.     No.

Robert Landis

Page 55

1          Q.     Have you ever looked at any

2    of the patents that Toyota holds or

3    Toyota employees hold for the electronic

4    throttle control system?

5          A.     I might in one matter I was

6    involved in that seems to ring a bell

7    that when I looked at document

8    production, there might have been

9    something related to a patent.

10         Q.     What was that related to?

11         A.     I don't recall.  I just

12   remember the matter name.

13         Q.     What was the matter name?

14         A.     Greenie.

15         Q.     That's a case in Texas?

16         A.     That's correct.

17         Q.     Did you give a deposition in

18   that case?

19         A.     Yes, I did.

20         Q.     Was that an unintended

21   acceleration case?

22         A.     The claim was unintended

23   acceleration.

24         Q.     Going back to -- what else

25   --

002273

Robert Landis

Page 56

1            What were you taught during

2    the five-day period about the design of

3    the electronic throttle control?

4            A.    Well, much of it was a

5    review.  Just with respect to how we

6    began with the linkless or link style and

7    how we progressed to the linkless style,

8    how we progressed through the different

9    sensor systems.  A discussion of the

10   fail-safe systems.  Those items each

11   entail quite a bit, and that's what the

12   discussion was about.

13           Q.    Now, on March 19 of this

14   year, you gave a deposition in a case

15   called Alberto; is that right?

16           A.    I'll take your word for the

17   date of it, but, yes, Alberto.

18           Q.    Would you say that this week

19   training that you got in August of 2010

20   has increased your knowledge about the

21   design of the Toyota electronic throttle

22   control system with intelligence?

23           A.    I would imagine there's

24   something that I learned that I didn't

25   know earlier this year.

Robert Landis

Page 57

1          Q.     Would you say that you
2    learned a lot about the history of the
3    system that you didn't know at the time
4    you gave the deposition in Alberto?
5          A.     I've increased my historical
6    knowledge, yes.
7          Q.     I've read your deposition in
8    Alberto.  Would you describe what it is
9    that you've learned from that week in
10   Japan that increased -- that was part of
11   the increase in knowledge that you
12   received in that training?
13         A.     Well, Alberto was a
14   deposition that involved a specific
15   Camry, I believe it was a 2005 Camry.
16   And so historically, the things that I
17   learned don't impact the questions that
18   took place with regards to a 2005 Camry.
19   So, I'm not quite sure --
20         Q.     Well, what are the new
21   things you learned about the history of
22   the electronic throttle control system?
23         A.     I think the significant
24   point to myself is why -- what changed,
25   why we chose to change from having a link

Robert Landis

Page 58

1    style to a linkless style.

2         Q.    Why did you?

3         A.    The reason TMC chose to go

4    from a link style to a linkless style is

5    the customer feedback regarding one of

6    the limp-home modes, such that customers

7    were not happy how it was -- as happy as

8    they could be with how it was implemented

9    in the link style.  So, we went to the

10   linkless style.  That was the significant

11   reason.

12        Q.    You say that you also have

13   training on the brake override system.

14   What new things did you learn about the

15   brake override system in August of this

16   year while you were at Toyota Motor

17   Corp.?

18        A.    Actually, I don't recall

19   learning anything new because during the

20   discussion of the brake override system

21   that was going on, I chose to go and

22   listen more to the electronic throttle

23   control system.

24        Q.    Let me ask you this.  Tell

25   me what you do know then about the brake

Robert Landis

Page 59

1    override system especially as it relates

2    to the electronic control module.

3         A.    Well, I know the basics.

4    I'm prepared to answer the basics with

5    regard to the brake override system.  The

6    brake override system utilized -- in

7    order to implement the brake override

8    system, which is the application of both

9    the throttle and the brake pedal such

10   that the accelerator sensor output is

11   ignored by the ECU, requires a certain

12   amount of acceleration, a certain amount

13   of speed, and a certain timing with

14   respect to the application of the brakes

15   and the throttle.

16        Q.    As I understand it, maybe

17   earlier this year, the electronic control

18   modules on some vehicles, some Toyota

19   vehicles were reflashed with this brake

20   override system?

21        A.    Yes.  As part of a special

22   service campaign that's going on, certain

23   vehicles have been reflashed to

24   incorporate this brake override system

25   software.

002277

Robert Landis

Page 60

1          Q.     What does "reflash" mean?

2          A.     Reflashed means that some

3    program in the computer is reprogrammed

4    to a different set of instructions.

5          Q.     So, obviously in the

6    computer -- strike that.

7                 When you say "computer,"

8    we're talking about the electronic

9    control module, right?

10         A.     We're talking about various

11   computers that reside within the

12   electronic control module.

13         Q.     Well, we know -- you

14   mentioned the two CPUs, right?

15         A.     There's two CPUs dedicated

16   to the throttle system.  There's multiple

17   CPUs in the computer.

18         Q.     Do you know if the

19   reflashing that occurred earlier this

20   year as part of this recall on floor mats

21   and/or the pedals were reflashing that

22   took place in either of the CPUs?

23         A.     I don't know where that

24   reflashing resides with respect to those

25   two CPUs.

002278

Robert Landis

Page 61

1          Q.    Are you aware that, for

2   example, they were able to reflash on the

3   2007 through 2010 Camry, but apparently

4   there wasn't enough room for the code in

5   the 2002 to 2006 Camrys?

6          A.    I'm not aware of that.

7          Q.    Do you know that on some

8   vehicles, there was not enough room so

9   that the reflash could be used on certain

10  vehicles?

11         A.    I'm not aware of that being

12  the case, but I don't know the details of

13  that.

14              MR. GALVIN:  Let me just

15         interject.  Stated differently,

16         he's not a BOS witness, so,

17         whether there was or was not, he's

18         not here --

19              MR. ROBINSON:  These kind of

20         questions, you are going to

21         have somebody else --

22              MR. GALVIN:  Yes, the BOS

23         witness will deal with these.  So,

24         when you said I don't know, I

25         assume you meant you don't know

Robert Landis

Page 62

1           one way or the other as opposed

2           to --

3               THE WITNESS:  I hope that

4           was clear.

5               MR. ROBINSON:  I understand

6           what he's saying.

7   BY MR. ROBINSON:

8           Q.    Then you said that a lot of

9   what you learned was aspects of the

10  fail-safe system when you were in Japan?

11          A.    Yes.  Actually, it just

12  reinforced my understanding.

13          Q.    But did they teach you a

14  little bit more about the fail-safe

15  system that you didn't know at the time

16  of Alberto?

17          A.    I don't believe so, no.

18          Q.    For example, in Alberto, you

19  talked about four fail-safe systems,

20  right?

21          A.    There are --

22          Q.    Four fail-safe strategies?

23          A.    Yes, there's four fail-safe

24  strategies.

25          Q.    Without going into any

Robert Landis

Page 63

1    detail, we can probably have you explain,

2    you know, when we go through these

3    exhibits you brought, but did you learn

4    anything more about those four fail-safe

5    strategies that you do not know now or

6    that you know now?

7           A.    No.  I believe my

8    understanding at the time at Alberto

9    wasn't enhanced during that trip.

10          Q.    What did you learn about the

11   design of the electronic throttle control

12   system in Japan in August that you didn't

13   know before you went there?

14          A.    Again, I think it related to

15   the evolution from the link style to the

16   linkless style and a bit about the

17   history.  But outside of that, it was

18   just a reinforcement of what I actually

19   already knew.

20          Q.    You stated in the Alberto

21   deposition that Mike Kimura was the

22   Japanese coordinator you would ask

23   questions about the ETCS-i system.  Is

24   that still the case?

25          A.    Mike Kimura is a Japanese

002281

Robert Landis

Page 64

1    coordinator assigned to the technical

2    analysis group.  So, he would be the

3    person that I would go to to get a

4    question to TMC.

5            Q.    I understand that he's

6    spending three years there at Toyota

7    Motor Sales?

8            A.    That's my understanding.

9            Q.    Now, are you still using Mr.

10   Kimura for information?

11           A.    Yes.  At times, yes.

12           Q.    Have you used --

13                 Have you asked him

14   information concerning the electronic

15   throttle control system since you came

16   back from Japan?

17           A.    No, no.  And I don't believe

18   I have ever asked him a question

19   regarding the electronic throttle control

20   system.

21           Q.    Let me ask you this.

22                 If I wanted to take a

23   deposition at Toyota Motor Corp. --

24   strike that.

25                 You went back and you were

Robert Landis

Page 65

1    educated by various Japanese engineers,

2    Toyota employees at Toyota Motor Corp.,

3    right?

4         A.    Yes, that's correct.

5         Q.    How many of those Toyota

6    engineers were you trained by in any way?

7         A.    Probably a half dozen or so.

8         Q.    Six, approximately six?

9         A.    Approximately six, yes.

10        Q.    One of them was Mr.

11   Miyazaki?

12        A.    That's correct.

13        Q.    The other one was Mr.

14   Shibata?

15        A.    Yes.

16        Q.    Can you give me any other

17   names, last names of people from Toyota

18   Motor Corp. that you were educated by?

19        A.    Yes.   The gentleman that

20   educated me with regards to EMI testing.

21        Q.    Who was that?

22        A.    His name is Nakanishi-san.

23        Q.    N-A?

24        A.    N-A-K-A-N-I-S-H-I.   I don't

25   know if that's correct.

002283

Robert Landis

Page 66

1              MR. GALVIN:   That's correct.

2    BY MR. ROBINSON:

3         Q.    And then san is S-A-N,

4    right?

5         A.    San is not part of his name.

6    That's just like Mr.

7         Q.    You said that you were also

8    trained in August of this year at Toyota

9    Motor Corp. in Japan about testing

10   concerning electronic throttle control

11   systems, correct?

12        A.    I don't know that training

13   is the correct word, but we had

14   discussions regarding the testing.

15        Q.    Who gave you information

16   about testing from Toyota Motor Corp.?

17   Who from Toyota Motor Corp. gave you

18   information about testing?

19        A.    The person I remember is

20   Nakanishi-san.

21        Q.    What did he tell you about

22   testing?

23        A.    He's the gentleman that put

24   the different test standards with regards

25   to electromagnetic compatibility up on

Robert Landis

Page 67

1    the projector.  We discussed the

2    different standards.

3          Q.    Well, besides

4    electromagnetic compatibility and

5    electromagnetic interference test

6    standards, did you discuss any other

7    types of test standards when you were

8    back in Japan in August of 2010?

9          A.    I don't recall discussing

10   any other test standards.

11         Q.    So, the only test standards

12   that you remember discussing were those

13   related to EMI or EMC?

14         A.    That's correct.

15         Q.    To your knowledge, did

16   Toyota have any other test standards that

17   it utilized in the development or design

18   of the electronic throttle control

19   system, say, from 1998 through the

20   present?

21         A.    Yes.  There's --

22         Q.    How would you describe those

23   test standards?

24         A.    I would describe those test

25   standards as test standards that are for

Robert Landis

Page 68

1    component level and vehicle level.  Those

2    test standards cover functional testing.

3    They also cover reliability testing.

4    Those test standards include everything

5    from software development and error

6    checking through to salt spray, humidity,

7    dust intrusion of component parts.  In

8    addition to those tests, there's -- of

9    course there's suitability testing that

10   takes place.  That's the sort of testing

11   where hundreds of thousands of miles are

12   accumulated on the vehicles.

13        Q.    Let me go through what you

14   said here.  You talked about software

15   development test standards.  How would

16   you describe those test standards?

17        A.    To the best of my ability,

18   they involve error checking.

19        Q.    E-R-R-O-R?

20        A.    Right, error checking.

21        Q.    What type of error checking?

22        A.    Error checking would involve

23   making sure that the software operates

24   correctly.  There's programs that you run

25   to make sure that every variable is used

Robert Landis

Page 69

1    the way it should be used, that every

2    algorithm operates as it should.

3         Q.    You talked about salt spray

4    testing?

5         A.    Salt spray testing is one of

6    the sort of tests that you'd expect with

7    respect to component part testing.

8         Q.    Hundreds of thousands of

9    mile testing, what does that relate to?

10        A.    That would be part of

11   suitability testing.

12        Q.    What does suitability

13   testing refer to?

14        A.    Suitability testing verifies

15   that the vehicle will operate as TMC

16   intends it in the markets where it's

17   going to be sold.

18        Q.    Now, when you --

19        A.    And that suitability testing

20   in that case is also involving the

21   durability testing.

22        Q.    So, if I wanted to receive

23   documents from Toyota regarding all of

24   these aspects of testing, including EMI

25   testing, software development testing,

Robert Landis

Page 70

1     error checking testing, salt spray for

2     humidity testing, dust intrusion testing,

3     suitability testing, 100,000 miles

4     testing, et cetera, where would those

5     test documents be kept?

6          A.     If the test documents have

7     been kept, TMC would have kept them with

8     the pertinent engineering departments.

9          Q.     Do you know if Toyota Motor

10    Sales also has these test results in

11    their offices here in the U.S.?

12         A.     I don't know whether Toyota

13    Motor Sales would have those documents.

14    They aren't part of the normal documents

15    that TMS handles.  That said, I recognize

16    that Toyota Motor Sales gets involved in

17    legal matters, and some of these

18    documents might have been produced in the

19    past and are involved in some sort of

20    case file.

21         Q.     But in those cases, those

22    legal cases, those documents come to

23    Toyota Motor Sales and the legal

24    department from Toyota Motor Corp.,

25    right?

002288

Robert Landis

Page 71

1          A.     That's correct.

2          Q.     So, the testing, as you

3     understand it, is done at Toyota Motor

4     Corp.?

5          A.     The majority of the testing

6     is done at Toyota Motor Corporation.

7     Some of the testing at the component

8     level might be done at the supplier.  And

9     some of the suitability testing -- some

10    of the suitability testing would be done

11    by Toyota Motor Corporation, but done in

12    the United States.

13         Q.     What is suitability testing

14    again?

15         A.     Well, it's to make sure that

16    the vehicle is appropriate for the

17    marketplace.  So, if they produce a

18    vehicle, say, that has some brake noise,

19    the American market is completely

20    unforgiving of brake noise.  But if you

21    have brake noise in your Scion car in

22    Europe, Europeans don't have any

23    sensitivity to brake noise.  So, it's to

24    make sure that the vehicle performs

25    specific to the market conditions.

002289

Robert Landis

Page 72

1          Q.     You talked about software

2     testing to make sure the software runs

3     correctly.  What do you mean by that?

4          A.     Software testing would take

5     place as both static and dynamic.  Static

6     testing would be to make sure that

7     there's no errors in the software, and to

8     do that, you'd run different programs

9     that test the software.

10          Q.     For the record, because I

11     don't know the jury is understanding what

12     you are saying when you say software, why

13     don't you describe what software is

14     involved in the, for example, the

15     electronic control module?

16          A.     Well, the electronic control

17     module have numerous software.  There

18     will be software that runs the air

19     conditioning, software that potentially

20     runs the power windows or the

21     transmission.  With respect to the

22     electronic throttle control system that

23     we're talking about, there would be

24     software that's utilized, which is the

25     code, which is what the computer

Robert Landis

Page 73

1    programmer puts in, I believe, in C plus

2    language, that says when the accelerator

3    pedal is pushed down, the throttle will

4    open a certain amount.  This is the code

5    that is really specific to specific

6    vehicles such that the code that you

7    might find for a Camry is different than

8    the code that you might find for a

9    Corolla because the vehicle power train

10   is different and other parameters are

11   different.

12         Q.    So, the electronic control

13   module code that is part of the software

14   that relates to the electronic throttle

15   control system is different when you go

16   from one vehicle to the next?

17         A.    Yes, it is.  It's specific

18   to specific vehicles.

19         Q.    Are there any coding aspects

20   that are common throughout all the

21   Toyota, Lexus and Scion vehicles for the

22   electronic throttle control system?

23         A.    I'm not familiar enough with

24   the coding of the electronic throttle

25   control system to answer that.

Robert Landis

Page 74

1          Q.    If I wanted to find out --
2    strike that.
3                From your knowledge now,
4    you've met six engineers at Toyota Motor
5    Corp., you've talked to Mr. Kimura, and
6    anybody else you've talked to, if you
7    wanted to ask somebody that you've met in
8    your life that knows the most about the
9    coding and the software used in the
10   electronic control module that relates to
11   the electronic throttle control system,
12   who would you talk to?
13               MR. GALVIN:   You, of course,
14        are excluding the lawyers, right?
15               MR. ROBINSON:   Yes.
16               THE WITNESS:   I would start
17        with Vince Galvin.
18               MR. ROBINSON:   Let's hope
19        you're wrong.
20   BY MR. ROBINSON:
21          Q.    Who else would you go to?
22          A.    I would probably start with
23   or I would start with Mr. Miyazaki.
24          Q.    He seemed to be pretty
25   bright?

002292

Robert Landis

Page 75

1           A.      He's exceptionally bright
2    and exceptionally knowledgeable.
3           Q.      Do you know what his title
4    is?
5           A.      No, I don't.
6           Q.      Do you know his first name?
7           A.      No, I don't.  I believe his
8    first initial -- actually, I'm not sure.
9    I wanted to say I think his first initial
10   is M as well, but I'm not sure.
11          Q.      Mr. M.?
12          A.      Well, in the Japanese
13   culture, the first name is not utilized
14   typically, san.
15          Q.      Miyazaki-san?
16          A.      Miyazaki-san or Mr.
17   Miyazaki.
18          Q.      For the EDR, or as you guys
19   call it, the silver box; is that right?
20          A.      I believe I might have
21   referred to it as the silver box when
22   somebody tried to tell me it was the
23   black box.  But it could be -- the color
24   is unimportant.  What we're referring to
25   is the EDR.

Robert Landis

Page 76

1          Q.     So, maybe it is not the

2    silver box?

3          A.     The EDR is the EDR.

4          Q.     Who would be the person that

5    you would go to from all the people that

6    you've met in your life that would know

7    more about the Toyota vehicle EDR if you

8    wanted to get information about that?

9          A.     Present company excepted

10   once again?

11         Q.     Mr. Galvin excepted.

12         A.     Mr. Shibata.

13         Q.     Once again, we don't know

14   his first name?

15         A.     His first name does begin

16   with an M, and I know him as Mr. Shibata.

17         Q.     Now, same question for the

18   brake override?

19         A.     The brake override gentleman

20   I do not recall.

21         Q.     But there was such a

22   gentleman that taught you something about

23   the brake override?

24         A.     Yes, there was such a

25   gentleman.

Robert Landis

Page 77

1          Q.     You don't remember his name?

2          A.     No, I don't.

3          Q.     Maybe Mr. Galvin can

4    remember his name?

5          A.     I can't answer for Mr.

6    Galvin.

7          Q.     You know, we --

8                 MR. GALVIN:  Not to leave a

9          dangling thing there, I can't

10         recall who would be that person,

11         but we are trying to identify the

12         person that will explain that

13         system.

14                MR. ROBINSON:  Maybe we can

15         also request that you give us Mr.

16         Miyazaki and Mr. Shibata on their

17         subject matters just as

18         possibilities.

19   BY MR. ROBINSON:

20         Q.     Were you impressed with your

21   meeting with Mr. Miyazaki and Mr.

22   Shibata?

23         A.     I was impressed, but I'm not

24   saying they are the most knowledgeable

25   people in their areas.

002295

Robert Landis

Page 78

1          Q.    So, you've learned some of

2     the legalese working --

3          A.    Well, I can see how this is

4     getting manipulated, but basically these

5     are the people that I have talked to, and

6     I found them to be knowledgeable.  There

7     might be more knowledgeable people or

8     people that can cover this set of topics

9     better.

10               MR. GALVIN:  Thank you for

11               identifying.  See, our obligation

12               is to provide someone that is

13               knowledgeable and can provide the

14               information you want.  Just

15               because he happens to have spoken

16               with a few people doesn't mean

17               they meet the criteria that we're

18               obligated to provide you.

19               MR. ROBINSON:  You're trying

20               to get off of having to produce

21               Mr. Miyazaki-san and Mr.

22               Shibata-san, but I'm going to

23               still work on you.

24               THE WITNESS:  Well, maybe

25               Mr. Galvin wants to produce the

Robert Landis

Page 79

```
 1              person that fits the bill better.
 2                    MR. ROBINSON:  Maybe he can
 3              find the person who designed the
 4              original Toyota electronic
 5              throttle control system.
 6                    THE WITNESS:  And that
 7              person might not be the best
 8              person to answer all the other
 9              questions about the throttle
10              system.
11   BY MR. ROBINSON:
12         Q.    I looked at some of the
13   records.  Before I get into your
14   documents that you've brought with us and
15   you've explained to us what you've
16   brought here, I want to make sure I
17   understand all the cases that you've
18   testified in.  You told us that you
19   testified in the Greenie case, right?
20         A.    That's correct.
21         Q.    What I'm talking about are
22   cases that have some aspect of unintended
23   acceleration about them, right?
24         A.    If that's what you'd like,
25   yes.
```

Robert Landis

Page 80

1        Q.    What about the Sitafalwalla
2    case?

3        A.    Yes.

4        Q.    Where was that case?  Where
5    did that accident happen?

6        A.    That accident took place, I
7    want to say in Pennsylvania, somewhere on
8    the East Coast.  I'm not positive.

9        Q.    What about the Ramoli case?

10       A.    The Ramoli case, which is a
11   floor mat case, also took place on the
12   East Coast.  I want to say with respect
13   to that, New York.

14       Q.    And Sitafalwalla was a
15   defect in the electronic control module?

16       A.    Sitafalwalla was a pedal
17   misapplication case with a Scion 2C.

18       Q.    That's your opinion, right?

19       A.    That's my opinion.

20       Q.    Somebody else may be
21   claiming it was a problem with the
22   software?

23       A.    I don't know exactly what
24   they are claiming.

25       Q.    What about the Levitin case?

002298

Robert Landis

Page 81

1        A.    Levitin case is --

2        Q.    How do you spell Levitin?

3   Is it L-E-V-I-T-O-N?

4        A.    I think it is Levitin,

5   T-I-N, I believe.

6        Q.    T-I-N, okay.  Good.  Where

7   was that case?

8        A.    That's also in the New York

9   area.

10       Q.    Where was the Ramoli case?

11       A.    Also in the New York area.

12       Q.    What about the Alberto case.

13   That was in Michigan?

14       A.    The Alberto case was in

15   Michigan.

16       Q.    What other -- strike that.

17            You did actually do some

18   investigation in the Saylor case, right?

19       A.    Yes.  I did.

20       Q.    But you didn't give a

21   deposition in that case?

22       A.    No, I did not.

23       Q.    Any other cases that you

24   have given a deposition on besides

25   Alberto, Levitin, Ramoli, Greenie and

002299

Robert Landis

Page 82

1   Sitafalwalla?

2          A.      With respect to electronic

3   throttle control systems?

4          Q.      Yes.

5          A.      Or floor mat issues?  What

6   comes to mind is those.  I might be

7   missing something, but I don't believe I

8   am.

9          Q.      You have also given

10  testimony in Toyota/Lexus fire cases,

11  right?

12         A.      Yes, I have.

13         Q.      The ball joint case, right,

14  Toyota Sequoia?

15         A.      Yes, that's accurate.

16         Q.      Now, since the Saylor

17  dealer's lawyer just walked in the room,

18  I'll ask you some questions about your

19  investigation in the Saylor case.  What

20  did you do in the Saylor case?

21         A.      I basically inspected the

22  vehicle.

23         Q.      Approximately when?

24         A.      Earlier this year.  I

25  couldn't tell you exactly when.  I

Robert Landis

Page 83

1    believe I've seen that vehicle twice.

2        Q.    Approximately what dates?

3        A.    Again, sometime first

4    quarter of this year.

5        Q.    During the first inspection,

6    what did you do?

7        A.    I inspected the vehicle.

8        Q.    What did you --

9              What parts of the vehicle?

10       A.    I don't remember the

11   specific details of my inspection, but I

12   would have done my best to inspect every

13   part of the vehicle.

14       Q.    Well, did you inspect the

15   floor mat and the driver's seat area?

16       A.    I don't remember if that was

17   in my first inspection or second

18   inspection to be honest.  I seem to

19   remember that there were two inspections.

20   There might have even just been one

21   inspection.

22       Q.    But --

23       A.    But I have inspected the

24   floor mat and the accelerator pedal.

25       Q.    What did you see?

Robert Landis

Page 84

1          A.     That the floor mat is

2    basically bonded to the accelerator

3    pedal.  In addition, I also saw that the

4    floor mat belongs in an RX 400 or RX 350.

5          Q.     What else did you observe?

6          A.     With regard to the pedal and

7    the floor mat?

8          Q.     Yes.

9          A.     Those are the key things

10   that come to mind right now.

11         Q.     Did you do any electrical or

12   electronic testing on this Toyota

13   vehicle?

14         A.     I did not, no.

15         Q.     Were you present when

16   someone tried to?

17         A.     I might have been.  I don't

18   recall.

19         Q.     Do you remember anybody

20   doing any type of -- strike that.

21                Did anybody have any tools

22   that they put on any aspect of the Saylor

23   vehicle that attempted to get electrical

24   information from any component or any

25   aspect of the Saylor vehicle?

Robert Landis

Page 85

1        A.      No, that I recall with

2    respect to the vehicle.  Now, I myself

3    was involved with the event data recorder

4    and whether or not information could be

5    pulled from the event data recorder.

6    That was separate from the vehicle.

7        Q.      What did you do in that

8    regard?

9        A.      I was provided with the

10   event data recorder by the San Diego

11   Police Department, and the event data

12   recorder was severely damaged in the

13   Saylor accident, and I was not able to

14   read out the box using our tools.

15       Q.      What kind of tool did you

16   use?

17       A.      The event data recorder

18   readout tool.

19       Q.      Are you capable of using

20   that tool?

21       A.      Yes, I am.

22       Q.      When did you first learn how

23   to use that tool?

24       A.      Well, that tool has been

25   through a couple of iterations.  So, I

002303

Robert Landis

Page 86

1    don't know when I first became aware and

2    started utilizing that tool.  But several

3    years ago.

4          Q.    When you say that tool has

5    been through several iterations, can you

6    generally give me the different

7    iterations, please.

8          A.    Well, it's just -- it

9    resided -- you know, I can't remember all

10   the details.  It resided on a different

11   laptop at one point.  It's had different

12   software as the event data recorders in

13   the vehicles have changed.  As I

14   mentioned before, some have some forms of

15   data, some don't have that same data.

16   So, the software in the event data

17   recorder tool has changed, and the

18   readout that it provides has changed as a

19   result of that.

20         Q.    For example, as I understand

21   it, you know, if we were using the

22   current tool today in 2010, would the

23   readout be different than maybe the

24   readout tool that was used, say, in 2009?

25         A.    It could possibly be.

Robert Landis

Page 87

1          Q.     Same for 2008?

2          A.     It could possibly be.

3          Q.     Same for 2007?

4          A.     Yes.  I haven't prepared

5    myself today to talk about EDR.

6          Q.     I understand.

7          A.     I understand there will be a

8    witness to go into detail about EDR.

9          Q.     I just want to ask one

10   thing.

11                Would it also be true that

12   the EDRs in the make, model year vehicles

13   have changed in terms of what data can be

14   extracted, you know, say, from 2005 or

15   2006 to, say, a 2010 vehicle?

16         A.     I'm not sure I understand

17   your question.  If I could rephrase it?

18         Q.     Go ahead.

19         A.     With regards to vehicles

20   from 2005 to 2010, the information that's

21   stored in the event data recording

22   systems has changed on some of those

23   vehicles.  There are different

24   capabilities of EDR in different

25   vehicles.

Robert Landis

Page 88

1       Q.    For example, as I understand

2   it, back maybe three years ago, certain

3   EDRs on certain Toyota vehicles could not

4   give you a readout on braking, correct?

5       A.    The way the EDR is

6   structured is some EDR provides precrash

7   information and post crash information.

8   Post crash information involves the

9   actual accident, and it includes things

10   such as the status of the seat belt

11   switches.  If a vehicle only has post

12   crash information, it doesn't include

13   information prior to the crash such as

14   brake usage.  You need to have a vehicle

15   with precrash information to have what we

16   discussed before, the brake switch, brake

17   light switch status, the accelerator

18   pedal position, the vehicle speed, and

19   things of that nature.

20       Q.    Now, if I wanted to get a

21   chart of which vehicles could give you

22   precrash information such as braking,

23   which vehicles can't give you that, and

24   we took all the Lexus cars -- strike

25   that -- the Toyota and Lexus cars and/or

Robert Landis

Page 89

1    trucks, how would I get such a chart?

2         A.    You'd make a request for

3    such a chart.  However, one area that

4    needs to be clear is the implementation

5    from precrash or from crash data to

6    precrash, and crash data doesn't cut

7    along model year lines like the chart

8    that we discussed with respect to

9    electronic throttle control.  So, some

10   vehicles might start production without

11   precrash and segue into having precrash.

12              MR. GALVIN:  Just for

13         clarification, the best way to get

14         that would be for us to wait for

15         the witness for categories 9 and

16         10.

17              MR. ROBINSON:  Okay.  I just

18         want it so I can know what --

19         well, I'm trying to learn what

20         documents, too, and I'm almost

21         done with this.

22              MR. GALVIN:  I haven't told

23         him no.  I'm just telling you --

24         you said what's the best way, and

25         the best way would be for the guy

Robert Landis

Page 90

1          that's actually --

2                    MR. ROBINSON:  I agree.  I'm

3          just getting a precursor here.

4                    MR. GALVIN:  A teaser.

5                    MR. ROBINSON:  A teaser,

6          right, a freebie.

7     BY MR. ROBINSON:

8          Q.    So, there are, for example,

9     I don't know, I'm just going to use

10    hypothetical vehicles.

11         A.    Yes.

12         Q.    For example, maybe in 2008,

13    Toyota vehicles and Lexus vehicles, there

14    are some vehicles that you could get

15    precrash readout and other Toyota

16    manufactured vehicles that you can't get

17    precrash readout, correct?

18         A.    Your hypothetical is

19    correct, yes.

20                    MR. ROBINSON:  So, we're

21          going to have to wait for this

22          person that's going to give us the

23          specific information, right, Mr.

24          Galvin?

25                    MR. GALVIN:  Yes.  The

002308

Robert Landis

Page 91

1           witness that can testify to the

2           categories in 9 and 10.

3    BY MR. ROBINSON:

4           Q.    By the way, is the first

5    name of Mr. Miyazaki, Hiroharu,

6    H-I-R-O-H-A-R-U?

7           A.    That doesn't sound right to

8    me.

9           Q.    Good.   That came from Mr.

10   Slavik.  Or Panish.   That came from

11   Panish.

12              MR. ROBINSON:   This would be

13          a good time to change the tape.

14              THE VIDEOTAPE TECHNICIAN:

15          The time is now 10:25 a.m., and

16          we're off the record.

17                   -  -  -

18              (Whereupon, a recess was

19          taken from 10:25 p.m. until

20          10:44 a.m.)

21                   -  -  -

22              THE VIDEOTAPE TECHNICIAN:

23          The time is now 10:44 a.m., and

24          we're back on the record.   This is

25          the beginning of Tape Number 2.

002309

Robert Landis

Page 92

1    BY MR. ROBINSON:

2          Q.     You said that in preparation

3    for this deposition, you met with Ms.

4    Gilford and Mr. Galvin for about six to

5    eight hours, right?

6          A.     Approximately.

7          Q.     And you reviewed some notes,

8    right?

9          A.     Yes.

10         Q.     Where are those?  Are those

11   in your car, those notes?

12         A.     No.  This is what I'm

13   referring to, these documents here.

14   (Indicating.)

15         Q.     Those don't look like notes.

16         A.     Well, I'm sorry, this is

17   what I'm referring to.

18         Q.     Are you telling me that

19   these charts that are --

20                MR. PANISH:  Exhibits.

21   BY MR. ROBINSON:

22         Q.       -- Exhibits 1 and 2 are

23   notes?

24         A.     Well, in addition to these,

25   the attorneys also presented to me

002310

Robert Landis

Page 93

1    samples of field technical reports and

2    possibly a customer relations report.

3    Those things are also items I reviewed.

4         Q.    I think the record will

5    speak for itself, but you said, I

6    reviewed my notes.  What notes did you

7    review?

8         A.    In addition, when we had

9    this, I brought with me some training

10   documents that are for ETCS-i from the

11   European market, and I have those

12   documents as well.

13        Q.    But what notes did you

14   review, of your own notes?

15        A.    Those are not my own notes.

16   Those are just notes that I reviewed.

17        Q.    I'm sorry.  You said --

18             I think the record will

19   speak for itself.  You said, I reviewed

20   my notes.

21        A.    Yeah.  Then maybe I

22   mischaracterized the documents -- or the

23   document that I brought that I used to

24   review from.

25        Q.    Well, you certainly have

Robert Landis

Page 94

1    notes from your five-day seminar in

2    Japan, right?

3         A.    That's correct.

4         Q.    Where are those notes?

5         A.    I didn't take notes.  When I

6    was there, I just listened.  And it's not

7    a seminar, as I mentioned before, it's

8    just a discussion.

9         Q.    Five-day discussion?

10        A.    Yes.

11        Q.    And you took notes?

12        A.    I did not take notes.

13        Q.    You took no notes?

14        A.    I took no notes.

15        Q.    Well, what notes did you

16   review in preparation for this

17   deposition?  You said you read -- you

18   "looked at my notes."  What notes were

19   they?

20        A.    And then I guess I

21   mischaracterized the use of notes.  I

22   reviewed the training documents for

23   ETCS-i, because my understanding is I'm

24   going to be explaining ETCS-i.

25        Q.    Well, ETCS-i training

Robert Landis

Page 95

1    documents are documents prepared by

2    Toyota, right?

3          A.    That's correct.

4          Q.    These are training documents

5    prepared by Toyota?

6          A.    That's right.

7          Q.    Those aren't your notes?

8          A.    Well, that's what I refer to

9    as my notes.  That's what I relied upon,

10   is the training documents, as well as

11   this document right here, which is marked

12   Exhibit 1.

13         Q.    Well, maybe after the break,

14   if you remember what you meant by notes,

15   and if they're still in your car, would

16   you get them.  That's all I'm asking.

17              MR. GALVIN:  I'm going to

18         object as argumentative.  He's

19         told you what he said.  So, when

20         you say, "maybe...if you remember

21         what you meant," I think he's

22         answered your questions.

23              THE WITNESS:  And I'm sorry.

24         My notes to me are something

25         that's already been produced.

Robert Landis

Page 96

1           It's not my handwritten notes.

2           They're just the notes that I

3           studied.

4    BY MR. ROBINSON:

5           Q.    But you did review these

6    training documents?

7           A.    Yes.

8           Q.    Where are those documents?

9           A.    At my office.

10          MR. ROBINSON:  Well, I

11   believe since he refreshed his

12   memory with them, we're entitled

13   to them.

14          MR. GALVIN:  Okay.

15          MR. ROBINSON:  Can you give

16   us copies of those?

17          MR. GALVIN:  Uh-huh.

18          MR. ROBINSON:  Maybe after

19   lunch, we can get a copy.

20          THE WITNESS:  What that is,

21   so you know, it's training

22   documents that were used in Europe

23   that cover the ETCS-i.

24   BY MR. ROBINSON:

25          Q.    Now, you told us the lawyers

002314

Robert Landis

Page 97

1    that were with you on this five-day

2    training session at Toyota Motor Corp. in

3    Japan.  Who else was there from Toyota

4    Motor Sales?  Was Mr. Hare there?

5          A.    Mr. Hare was not there.

6          Q.    Who else was there from your

7    -- from Toyota Motor Sales for this

8    presentation in Japan?

9          A.    A colleague of mine, Mark

10   Jakstis.

11         Q.    How do you spell his name?

12         A.    M-A-R-K, J-A-K-S-T-I-S, as

13   well as Doug Bishop, both of TMS.

14         Q.    Doug Bishop is a lawyer with

15   TMS, right?

16         A.    Doug Bishop is an in-house

17   counsel.  That's correct.

18         Q.    Does he work in that same

19   department you work in?

20         A.    Doug Bishop works in the

21   business legal department.

22         Q.    How far is his office from

23   your office?

24         A.    I don't know, 100 yards.

25         Q.    How far is Mr. Burns' office

002315

Robert Landis

Page 98

1    from your office?

2            A.      Probably 100 yards.

3            Q.      Now, earlier in the

4    deposition when I asked you questions

5    about documents from the 1990s concerning

6    the research and development for the

7    electronic throttle control system, you

8    said, if the documents were kept by

9    Toyota Motor Corp.  Can you tell us if

10   some of the documents relating to

11   electronic throttle control were, in

12   fact, kept by Toyota Motor Corp.?

13           A.      I don't have any knowledge

14   one way or another.

15           Q.      Do you know what the

16   document retention policy is for Toyota

17   Motor Corp.?

18           A.      No, I do not.

19           Q.      Is there a document

20   retention policy for Toyota Motor Sales?

21           A.      Yes, there is.

22           Q.      What is that?

23           A.      It varies by department and

24   varies by document.

25           Q.      Well, why don't you -- let's

Robert Landis

Page 99

1    talk about -- well, tell me how it

2    varies.

3         A.    Well, I'm not prepared to

4    talk about the details of the document

5    retention policy.  My understanding is

6    rather basic.  With respect to documents

7    where there's some claim of injury or

8    something that's Tread reportable, it's

9    kept for at least five years.  That's the

10   extent.

11        Q.    That's Tread reportable,

12   T-R-E-A-D, right?

13        A.    That's right.

14        Q.    That's a law that requires

15   Toyota to keep certain documents, right?

16        A.    To the best of my

17   understanding, yes.

18        Q.    What else do you understand

19   to be the document retention policy of

20   Toyota Motor Sales?

21        A.    That's about the extent of

22   it off the top of my head.

23        Q.    Well, what if there's design

24   drawings for, for example, an electronic

25   throttle control system, is there a

002317

Robert Landis

Page 100

1    policy to keep those documents forever?

2         A.    You are referring to TMS?

3         Q.    Yes.

4         A.    TMS wouldn't have documents

5    relating to the electronic throttle

6    control system design.

7         Q.    Are there any documents that

8    TMS keeps forever?

9         A.    I don't know one way or

10   another.

11        Q.    Have you seen documents of

12   TMS that go back to 1990?

13        A.    Yes, I've seen such things

14   as repair manuals that go back to 1990.

15        Q.    Anything else?

16        A.    Not that I recall.  There

17   could be some documents that were created

18   that go back that far.  I'm not sure.  I

19   haven't looked and tried to judge that

20   before.

21        Q.    Have you at any time

22   attempted to go through the 37,900

23   alleged sudden acceleration event claims?

24        A.    Well, my understanding of

25   those alleged claims is that they're

Robert Landis

Page 101

1    customer relations contacts or customer

2    complaints that, as you point out, aren't

3    specifically UA complaints and come from

4    a very broad search, and I myself have

5    not gone through them.

6         Q.    Have you gone through any of

7    them?

8         A.    No, I have not.

9         Q.    Who --

10             If I wanted to find out who

11   would have those documents in his or her

12   possession, would that be something that

13   Carole Hargrave would have in her

14   possession?

15        A.    No, it's not something that

16   I believe she would have in her

17   possession.

18        Q.    Where would I get that at

19   Toyota Motor Sales?

20        A.    Well, those documents,

21   again, were customer relations reports.

22   So, it would be somebody from our

23   customer relations department.

24        Q.    Who is the head of that

25   department?

002319

Robert Landis

Page 102

```
 1          A.    I'm not positive who the
 2     head of that department is.
 3          Q.    Do you know anybody in that
 4     department by name?
 5          A.    I'm not certain.
 6          Q.    You don't know anybody in
 7     that department?
 8          A.    Actually, it's not a
 9     department I deal with normally.
10          Q.    Have you ever called that
11     department up to try and find documents
12     that related to sudden acceleration
13     claims?
14          A.    No.  If I was interested in
15     such documents, I would talk to a
16     paralegal and ask them to do such a
17     search.
18          Q.    Who would the paralegal talk
19     to?
20          A.    Somebody in the customer
21     relations department with respect to
22     customer relations records.
23          Q.    Have you ever met with
24     Carole Hargrave?
25          A.    I have.
```

002320

Robert Landis

Page 103

1          Q.     How many times?

2          A.     What's the definition of

3     "met with" her?

4          Q.     Talked to her on the phone,

5     met with her in person.

6          A.     Well, most days I see her

7     come into the office, so, say hello to

8     her.  I work with her when she has

9     claims.  So, as an as-needed basis when

10    she has some questions.  So, several

11    times a week I might talk to her.

12         Q.     Where is her office in

13    reference to your office?

14         A.     Oh, probably 30 feet away.

15         Q.     What is her job duties?

16         A.     She's responsible for claims

17    management.

18         Q.     What do you mean by "claims

19    management"?

20         A.     I mean when somebody makes a

21    legal claim against Toyota, she's

22    responsible for responding to them,

23    making sure that we have an understanding

24    of what their issue is.

25         Q.     Okay.

002321

Robert Landis

Page 104

1                You brought with you certain

2    exhibits.  First of all, we've marked

3    Exhibit 1 and 2.  You brought those,

4    right?

5          A.    Yes, I did.

6          Q.    And then we have a blowup of

7    Exhibit 2 behind you.  Do you see that?

8          A.    Yes.

9          Q.    And then you also brought

10   some components with you, right?

11         A.    Yes, I did.

12         Q.    Would you maybe just be so

13   kind to just explain to us all here what

14   these exhibits pertain to and how you

15   intend to use them to explain electronic

16   throttle control systems on the Toyota

17   vehicles and various aspects of the

18   linked system and the linkless system?

19         A.    Okay.  So, what I'd like to

20   do is to explain starting with mechanical

21   throttle.

22         Q.    I'm just going to let you go

23   on.

24         A.    Okay.  So, everybody, what

25   I'd like to do is discuss and share how

Robert Landis

Page 105

1    the electronic throttle control system

2    works, but where it originated, the

3    iterations of the electronic throttle

4    control system, which would be from the

5    link style to the linkless style, as well

6    as the different sensing systems that we

7    utilize.  Also after explaining how the

8    systems operate, I would like the

9    opportunity to talk about how the

10   different fail-safe systems work.

11              So, with that --

12        Q.    I guess what we can do is

13   this.  Do we want to mark these?

14              MR. GALVIN:  I wasn't going

15         to mark them.  I just thought I'd

16         use them.  But if you want to mark

17         them, we'll just maintain custody

18         of them, and you can put a picture

19         of them on to the deposition.

20              MR. ROBINSON:  Why don't we

21         give -- Vince, maybe we'll put

22         exhibit numbers on them.  We'll

23         start with number 3, and then that

24         way you can maintain them.

25                   -  -  -

Robert Landis

Page 106

1              (Whereupon, Deposition

2         Exhibit Landis-3, Accelerator

3         pedal, was marked for

4         identification.)

5                   -   -   -

6              MR. PANISH:  Put it all

7         together and you have a car.

8              MR. ROBINSON:  This is

9         called Show and Tell.

10             THE WITNESS:  So, if it's

11        all right to begin Show and Tell.

12   BY MR. ROBINSON:

13        Q.    Go right ahead.

14        A.    So, it's important, of

15   course, to first recognize that the

16   accelerator pedal, which --

17             MR. GALVIN:  Is Exhibit

18        Number 3.

19             THE WITNESS:  -- is Exhibit

20        Number 3.  And this is an

21        accelerator pedal for our

22        mechanical system in the --

23   BY MR. ROBINSON:

24        Q.    What's a mechanical system

25   for the jury?

Robert Landis

Page 107

1          A.    Well, a mechanical system

2     could be one of several things.  For some

3     of us in here when we learned to drive,

4     when you stepped on the gas pedal or the

5     accelerator pedal, there was mechanical

6     linkage that went over to the carburetor

7     and mechanically opened it.  Through

8     time, that changed to a situation where

9     you use coating cable, which is a cable

10    that has an outer sheath.

11              MR. ROBINSON:   We'll call

12         that exhibit number 4.

13                 -   -   -

14         (Whereupon, Deposition

15         Exhibit Landis-4, cable, was

16         marked for identification.)

17                 -   -   -

18              THE WITNESS:  This cable,

19         which was Exhibit Number 4, is

20         connected to the throttle

21         mechanically.  And to put the

22         pieces together, you have the

23         pedal, which is going to move like

24         this (indicating).  The pedal, in

25         turn, will pull on this cable.

002325

Robert Landis

Page 108

1                  The cable, in turn, is attached to

2          the throttle.

3                          -   -   -

4                  (Whereupon, Deposition

5          Exhibit Landis-5, Corolla

6          throttle, was marked for

7          identification.)

8                          -   -   -

9    BY MR. ROBINSON:

10                 Q.     To Exhibit Number 5, which

11   is the throttle, right?

12                 A.     That's correct.  And in this

13   case, this is a Corolla throttle.  And so

14   physical movement of the accelerator

15   pedal results in the throttle opening.

16                 Q.     Why don't you point to that

17   black piece of the throttle.  What is

18   that called?

19                 A.     I would typically call it

20   the throttle drum or the throttle cam.

21   And this drum on this vehicle has a place

22   for two cables.  In this case, one cable

23   is coming to the throttle.  The other

24   cable on this vehicle I believe would go

25   to the automatic transmission to provide

002326

Robert Landis

Page 109

1    information about the throttle position.

2              Q.    Is there a throttle plate?

3              A.    Yes.  This is the throttle

4    plate, which is this brass colored plate.

5              Q.    It's inside, we can see it

6    inside, right?

7              A.    Right.

8              Q.    And then that opens up and

9    closes down, right?

10             A.    Yes.  It opens up and closes

11   down to control the amount of air

12   entering into the engine.  It does not

13   directly control fuel.  It controls the

14   amount of air that enters the engine.

15             Q.    So, how does the fuel enter

16   the engine?

17             A.    The fuel enters the engine

18   through the fuel injectors.

19                   So, on this Corolla

20   throttle, which is a very simple

21   throttle, in addition to the normal

22   throttle plate, there's other items that

23   were part of it.  The main other item

24   that you can see is this piece that's on

25   the top.

002327

Robert Landis

Page 110

1          Q.     What is that?

2          A.     This is the idle air control

3    valve.

4          Q.     What's the purpose of that

5    valve?

6          A.     The purpose of this valve is

7    -- the load on an engine varies in

8    proportion to certain items.  You put the

9    air conditioning on, the engine is under

10   more load.  You turn the power steering

11   all the way to full lock, it's under more

12   load.  You put all the electrical

13   accessories on, it's under full load or

14   more load.  To compensate for that, since

15   the throttle is controlled mechanically,

16   so it would be closed at idle, the engine

17   might stall, for example, if you turn the

18   air conditioning on.  So, as we know,

19   when air conditioning gets turned on, the

20   idle speed typically will come up.  And

21   it comes up by virtue of bypassing air

22   around the actual throttle plate.  Since

23   the vehicle cannot control what the

24   driver is doing with the throttle plate,

25   there's a passageway that goes around the

002328

Robert Landis

Page 111

1   throttle plate.  There's an opening in

2   front of the throttle plate and an

3   opening behind the throttle plate.  And

4   if I could equate this to like the top of

5   a Parmesan cheese shaker that has various

6   size openings, it will open and close to

7   vary the amount of air that is bypassed

8   around the throttle.

9              Also on the throttle we have

10  a throttle position sensor.  This is

11  utilized by the computer for numerous

12  things.  It's involved in the computation

13  of how much fuel.  It's involved in

14  letting the computer know that the

15  vehicle is at idle.  And that's in

16  generalities.

17        Q.   So, these components, 3, 4

18  and 5, were used on the Toyota vehicles

19  in the '90s, right?

20        A.   That's correct.  And just to

21  give an idea of the variation in

22  components, again, Exhibit Number 5 being

23  a Corolla, if you were to look at a 2001

24  ES 300, for example, this is the same

25  component, the throttle.  You can see

Robert Landis

Page 112

1    some additional componentry --

2                          - - -

3                    (Whereupon, Deposition

4          Exhibit Landis-6, 2001 Lexus ES

5          300 throttle, was marked for

6          identification.)

7                          - - -

8    BY MR. ROBINSON:

9          Q.    That's going to be Exhibit

10   Number 6.

11         A.    Exhibit Number 6.  Thank

12   you, Mr. Galvin.

13               So, it includes some other

14   parts that you would typically see such

15   as this dashpot.  Dashpot is a device

16   that when the car returns to idle, it

17   controls how suddenly the throttle

18   closes.

19         Q.    That's from a Lexus vehicle?

20         A.    This is from a Lexus

21   vehicle.

22         Q.    And does that have

23   electronic throttle or is that still --

24         A.    No.  This is still

25   mechanical throttle.

Robert Landis

Page 113

1          Q.    -- mechanical throttle?

2          A.    Yeah.  I wanted to

3    demonstrate the variety, kind of the

4    basic Corolla to the ES, which still has

5    similar functionality.  It's got an idle

6    speed control valve as well, but it

7    actually utilized two separate throttles

8    as controlled by the throttle drum.  In

9    addition, it has an additional throttle

10   between the two separate throttles to

11   help with a system that manages the

12   torque the engine can produce.

13         Q.    By the way, the throttle

14   position sensor on that older Corolla,

15   was it a resistive contact sensor?

16         A.    Yes, it is a resistive.

17         Q.    Why don't you explain to the

18   jury what a resistive contact sensor is?

19         A.    Well, a resistive contact

20   sensor basically is a sensor that changes

21   resistance values, which equates to

22   changes in voltage values, as it's

23   rotated, and that change occurs through

24   physical contact between two elements.

25   And we are all familiar with such a

Robert Landis

Page 114

1    sensor, typically a light adjustment

2    dimmer or a radio volume control valve

3    operates in that fashion, the resistive

4    style.

5          Q.    Were there dual sensors on

6    that vehicle?

7          A.    Yes, there's dual sensors --

8    I'm sorry.  With regards to a mechanical?

9          Q.    Yes.

10         A.    No.  There's a single

11   sensing.

12         Q.    Would that same be true for

13   that Lexus ES system?

14         A.    Yes, that would be the same.

15   Yes.

16         Q.    Can we now go to the -- or

17   do you want to now go to the link system

18   or do you want to do something else?

19         A.    Before I go to the link

20   system, I wanted to point out that when

21   you had a mechanical system and you want

22   to implement cruise control, for example,

23   you have some sort of actuator such as

24   this actuator here.

25                MR. ROBINSON:  Let's mark

Robert Landis

Page 115

1           that as Exhibit Number 7, the

2           actuator.

3                   -   -   -

4               (Whereupon, Deposition

5           Exhibit Landis-7, Actuator, was

6           marked for identification.)

7                   -   -   -

8    BY MR. ROBINSON:

9           Q.    Why don't you define what an

10   actuator is for the record, please.

11          A.    In this instance, an

12   actuator is an electrical or mechanical

13   device that can control something else.

14   So, if you were to turn on cruise

15   control, rather than the system that's

16   normally controlling the throttle

17   controlling cruise control, there's an

18   extra piece, in this case, this actuator,

19   which uses an electric motor, I

20   believe -- some actuators also use vacuum

21   for cruise control -- that will pull a

22   different cable, different cable than

23   what we discussed before, that is acting

24   upon the throttle drum.

25          Q.    So, when you have the cruise

002333

Robert Landis

Page 116

1    control system in use, you're not --

2    you're bypassing the pedal, right?

3         A.    In this type of system, yes.

4    So, somebody might even sense that the

5    pedal is dropping down or something is

6    going on because something else --

7    something separate mechanically is taking

8    and holding the throttle.

9              With that, I would like to

10   move to the link-style throttle system.

11        Q.    For the record, the

12   electronic throttle control systems that

13   are -- have been developed and designed

14   and manufactured by Toyota are both

15   linked, and then more recently, linkless,

16   right?

17        A.    That's correct.

18        Q.    Why don't you show us what

19   you've brought with you for the linked

20   system.  By the way, do any of the

21   vehicles that are being made by Toyota in

22   2010 still have the link system on them?

23        A.    I'm sorry.  Not that are

24   sold in the United States.

25        Q.    Where are they sold?

Robert Landis

Page 117

1         A.    I don't -- I can't speak for

2     the rest of the world.

3         Q.    Go right ahead.

4              MR. ROBINSON:  I think that

5         would be 8, is that right, Vince?

6              MR. GALVIN:  Yes.

7                 -  -  -

8              (Whereupon, Deposition

9         Exhibit Landis-8, throttle

10        assembly, was marked for

11        identification.)

12                -  -  -

13    BY MR. ROBINSON:

14        Q.    So, you are going to show us

15    Exhibit Number 8.

16        A.    Number 8.

17        Q.    What is Number 8?

18        A.    8 is a throttle assembly.  I

19    believe this came from an LS 400.  I

20    could be mistaken.

21        Q.    Do you know what year it

22    came from?

23        A.    I believe this came from

24    1998.  Or, no, I take that back.  2000

25    possibly.

Robert Landis

Page 118

1          Q.     Okay.

2          A.     But I can't be certain.

3                 This is a link-style

4     throttle.  Again, this is the equivalent

5     with respect to metering air through a

6     throttle plate, as you see -- as you saw

7     before.  However, the system that opens

8     and closes this throttle -- well, what

9     closes it is still a spring, as it was

10    here, but what opens the throttle is

11    actually a motor.  And the way this motor

12    knows how much to open the throttle plate

13    is from two sensors that are positioned

14    over on the other side of the throttle,

15    other side from the motor.

16         Q.     Those are called throttle

17    position sensors?

18         A.     No.  These are called

19    accelerator pedal position sensors.

20         Q.     I'm sorry.  You're talking

21    about the accelerator pedal position

22    sensors.

23         A.     It's a little bit confusing

24    because in the link style, you maintain

25    having a pedal, a mechanical pedal much

Robert Landis

Page 119

1    like you did before, and you maintain

2    having a cable much like you did before,

3    but this is not controlling the opening

4    and closing of the throttle, rather, the

5    two accelerator pedal position sensors

6    that are located over here as this moves.

7    So, as this would be moving, the motor

8    would be driving it to some open

9    position.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

002337

Robert Landis

Page 120



002338

Robert Landis

Page 121



002339

Robert Landis

Page 122



002340

Robert Landis

Page 123

```
1
2
3
4
5
6
```

7                    MR. ROBINSON:  Can we mark

8          that.  I don't know what number it

9          is.  Is it number 9?

10                   MR. GALVIN:  9.

11                   THE WITNESS:  9, yes.

12                   -   -   -

13                   (Whereupon, Deposition

14         Exhibit Landis-9, Accelerator

15         pedal with Hall effect sensors,

16         was marked for identification.)

17                   -   -   -

18   BY MR. ROBINSON:

19         Q.    That is called --

20               What is that called?

21         A.    That is an accelerator pedal

22   that utilizes Hall effect sensors in it.

23         Q.    As I understand it, there

24   are two sensors?

25         A.    There's two sensors inside

002341

Robert Landis

Page 124

1    of it.

2         Q.     And in terms of those

3    sensors, they actually give voltage

4    signals back to the electronic control

5    module, right?

6         A.     They're doing the same thing

7    that the two sensors on the side of this

8    link style are doing.

9         Q.     And just so I understand,

10   and for the jury, the link style is

11   called link because there is a mechanical

12   link to the pedal that the driver puts

13   his foot on for the accelerator, right?

14        A.     The accelerator pedal

15   position sensors are linked to the pedal

16   as opposed to being integrated into the

17   pedal.

18        Q.     They're mechanically linked,

19   right, with a wire, right?

20        A.     That's right.

21        Q.     With a physical wire as

22   opposed to an electronic connection,

23   right?

24        A.     Right.  That's my

25   understanding.  I have never asked

002342

Robert Landis

Page 125

1    somebody specifically, nor have I ever

2    read what the definition of how they

3    chose the terms link and linkless.  It

4    just seems to make sense.

5            Q.    I haven't read it either,

6    but it makes sense.

7            A.    It makes sense, yes.

8            Q.    Now, in terms of the

9    linkless system, do you have a different

10   throttle body for the linkless system?

11           A.    Yes, I do.

12           Q.    Can we look at that?

13           A.    Certainly.

14           Q.    Go ahead.  You brought a lot

15   here.

16           A.    Actually, I don't need this.

17   If you wanted to see yet an additional

18   mechanical one, but we'll keep it in the

19   box.

20           Q.    Maybe Larry would like to

21   see it.

22                 THE WITNESS:  So, yeah,

23           actually, mark that one first.

24                       -  -  -

25                 (Whereupon, Deposition

002343

Robert Landis

Page 126

1           Exhibit Landis-10, 2002 to 2003,

2           linkless style throttle, was

3           marked for identification.)

4                      -  -  -

5    BY MR. ROBINSON:

6           Q.    So, what are we marking?

7           A.    What we're marking is a

8    linkless style throttle.

9           Q.    From what vehicle would that

10   be?

11          A.    I believe this is a Camry

12   throttle.

13          Q.    Would this be the 2007

14   through 2010?

15          A.    No, it would not.

16          Q.    This is the 2002 to 2006

17   Camry throttle, right?

18          A.    Actually, within the 2002 to

19   2006, there was, I think -- no, there

20   might be two different iterations of

21   sensor.  Yes.

22                2002 and 2003, this would be

23   representative.

24          Q.    Okay.

25          A.    Beyond that, it would change

Robert Landis

Page 127

1    from this to something that looks like

2    this, which would have been present from

3    2004 to current. (Indicating.)

4              MR. GALVIN:  Exhibit 11.

5              THE WITNESS:  Exhibit 11.

6                   -  -  -

7              (Whereupon, Deposition

8         Exhibit Landis-11, 2004 to

9         current, linkless style throttle,

10        was marked for identification.)

11                  -  -  -

12   BY MR. ROBINSON:

13        Q.    What's the difference

14   between the Camry throttle body for 2002

15   to 2003 versus the 2004 onward?

16        A.    On this style, you could see

17   the motor on one side with a two pin

18   connection for the motor.  We haven't

19   spoken about the motor much.

20        Q.    No.

21        A.    But that's the power feed

22   for the motor.

23              Over on this side --

24        Q.    What was the purpose of the

25   motor?

Robert Landis

Page 128

1          A.    The motor's purpose is to

2    open the throttle.  It can also close the

3    throttle as well.

4          Q.    This is a linked --

5          A.    Linkless.

6          Q.    This is linkless.  So, it's

7    like a servo, this motor?

8          A.    It's a motor.  It's

9    controlled by a duty cycle, and there's a

10   gearbox in here that, in turn, opens the

11   throttle.  What makes this different,

12   getting back to your question, and this

13   is what's shown on the chart here for

14   2002 and 2003, is that the sensor

15   mechanism looks much like the sensor

16   mechanism we had before, although this is

17   a single sensor, this is a double sensor,

18   it's a resistive sensor on the throttle

19   shaft.

20               MR. PITRE:  I apologize.

21        You are referring to "this" a lot.

22        Can you just for the record

23        indicate what exhibit you're

24        referring to.

25               THE WITNESS:  I apologize.

Robert Landis

Page 129

1          This is Exhibit Number 10.

2     BY MR. ROBINSON:

3          Q.     Once again, what is Exhibit

4     number 10?  Is that the 2002 to 2003

5     Camry throttle body?

6          A.     I believe it to be.  I'm not

7     positive.  To me it appears to be the V6

8     Camry.

9          Q.     Number 11 is the 2004 onward

10    throttle body, right?

11         A.     I'm not positive.

12              MR. GALVIN:  Just for

13         clarification, I don't think he

14         said onward, suggesting it's the

15         same as all those others, so...

16              THE WITNESS:  I'm just

17         saying the sensor type changed

18         after 2003 to become a Hall effect

19         sensor.

20    BY MR. ROBINSON:

21         Q.     When you say "sensor," are

22    we talking about the throttle position

23    sensor?

24         A.     Throttle position sensor.

25         Q.     We're not talking about the

002347

Robert Landis

Page 130

1  pedal position sensors, right?

2         A.    They're going through

3  changes that may be timely with this or

4  they may be in a different sequence.

5         Q.    So, let me just sort of, for

6  the record --

7         A.    Yes.

8         Q.    -- clarify something.

9               So, at some point, the

10  throttle control sensors on various

11  Toyota and Lexus vehicles went through a

12  change from the resistive-type sensors to

13  the Hall effect sensors, right?

14         A.    That's correct.

15         Q.    And the resistive sensors,

16  you've said, are contact sensors, where

17  the Hall effect sensors are non contact

18  sensors, right?

19         A.    That's correct.

20         Q.    And so what you're saying is

21  that Exhibit Number 11 would have a Hall

22  effect sensor, a throttle control sensor

23  on it?

24         A.    Yes.

25         Q.    What you're also saying is

002348

Robert Landis

Page 131

1    that the pedal sensors did not

2    necessarily change to Hall effect at the

3    same time that the throttle sensors

4    changed to Hall effect, right, depending

5    on the vehicle?

6          A.     Depending on the vehicle, it

7    could be the same time or it could be at

8    a different time.

9          Q.     We have Exhibit Number 1,

10   which we'll come back to, but maybe we

11   can try and identify that.  And then I

12   have this Canadian chart that might even

13   help even more.

14                But for now, let me ask

15   this.  Did you bring any other components

16   with you?

17         A.     Yes.  I've got this

18   computer, and I have an additional

19   computer.  And when I refer to

20   "computer," I'm referring to ECU.

21         Q.     Let me go back a second, and

22   I don't know the numbers anymore, but do

23   you know who -- which companies made, for

24   example, the last Camry throttle body

25   that we saw, which I think was Exhibit

002349

Robert Landis

Page 132

1    Number 11?  Who made Exhibit Number 11,

2    which is the --

3         A.    Now, 11, I don't know that

4    it's a Camry.  As I look at it, I don't

5    believe it's a Camry.  It's just a

6    representative linkless throttle body

7    that uses Hall effect sensors.

8         Q.    So, if you don't know which

9    vehicle it was on, would it be fair to

10   say you don't know who made -- which

11   vendor made it?

12        A.    No.  That's not accurate

13   because I know who made it.

14        Q.    Who made it?

15        A.    This is made -- well, it's

16   going to be made by Aisin.  The overall

17   throttle body is made by Aisin.  The

18   black portion that you see is made by

19   Denso and incorporated by Aisin.

20        Q.    Okay, now, is it made by

21   Aisin in Japan?

22        A.    In Japan, yes.

23        Q.    And is it made by Denso in

24   Japan, the other black part that's on

25   there?

002350

Robert Landis

Page 133

1          A.     Yes.

2          Q.     Do me a favor.  Let's just

3     go back to --

4                 So, that's Exhibit Number

5     11?

6          A.     This is Exhibit Number 11,

7     yes.

8          Q.     Let's go to Exhibit Number

9     10.  Pick that one --

10         A.     This is 8.

11                MR. GALVIN:  10 is that one.

12    BY MR. ROBINSON:

13         Q.     Let's go to number 10.  Who

14    made what portions of Exhibit Number 10?

15         A.     With this, I just see

16    Aisin's name on it.

17         Q.     You see Aisin on the

18    throttle box, right?

19         A.     I see Aisin also on the

20    black plastic portions.

21         Q.     What is the black plastic

22    portion again?

23         A.     Well, this is the cover for

24    the motor on this side, and then this is

25    the throttle position sensor, and it also

002351

Robert Landis

Page 134

1    is labeled Aisin.

2            Q.    Do you know why, for

3    example, on this throttle body it was

4    totally made by Aisin, and on Exhibit

5    Number 11, part of that throttle body, at

6    least the sensor part, was made by Denso?

7            A.    No, I don't.  And I don't

8    know, even though this says Aisin

9    everywhere, that there isn't some part

10   made by Denso on it.

11              MR. GALVIN:  Just for

12              clarification, I think the record

13              will show that in answering the

14              question, he identified where

15              Aisin was printed on the part.  I

16              don't think he was representing

17              that one was made by one or the

18              other.

19              MR. ROBINSON:  I'm not going

20              to hold him.  I'm trying to learn

21              here.

22   BY MR. ROBINSON:

23           Q.    But basically is it true

24   that some of these throttle bodies and

25   sensors may have been made in the U.S. as

Golkow Technologies, Inc. - 1.877.370.DEPS

Robert Landis

Page 135

1   well?

2          A.    It's possible.

3          Q.    Is there Denso plants --

4                Is there a Denso plant or

5   more than one Denso plant in the U.S., to

6   your knowledge?

7          A.    I --

8                MR. GALVIN:  If you don't

9          know, just say you don't know.

10               THE WITNESS:  I don't know.

11   BY MR. ROBINSON:

12          Q.    Well, you worked on a Denso

13   case, right?

14          A.    I worked on a Denso case

15   that involved -- the patent case?

16          Q.    Yes.

17          A.    Yeah, that involved a

18   navigation system.

19          Q.    Did you go to some Denso

20   location to go meet or look at any

21   evidence in that case?

22          A.    No.

23          Q.    Well, did you learn where

24   Denso was located?

25          A.    Not with respect to any

Robert Landis

Page 136

1    offices here in the United States.  It

2    involved a navigation system that was

3    installed and manufactured in Japan.

4         Q.    Let's go through each of the

5    exhibits.  I'd like to see who made which

6    parts.  If there's a name on these parts,

7    it'd would be nice to know.

8         A.    I'd be happy to help you.

9         Q.    If you could go through

10   them.  So, you went through, I think, 11

11   and 10.  Now maybe go back down.

12        A.    Okay.  Well, of the key

13   componentry, this is a resistive style

14   pedal.

15        Q.    That's the older pedal?

16        A.    Older style pedal.

17        Q.    When you say "resistive

18   style pedal," would that be -- I can't

19   remember if that's from the linked or the

20   linkless.

21        A.    No.  This would be of the

22   linkless because the link style would

23   have this sensor incorporated into the

24   throttle drum.

25        Q.    So, that's a resistive --

002354

Robert Landis

Page 137

1   so, that has resistive sensors, which

2   means that it did not have a Hall effect

3   sensor, right?

4        A.    Yes.  So, on this, it points

5   out that the accelerator pedal position

6   sensor piece says Aisin on it, which

7   would lead me to believe that Aisin

8   produces the sensor.  There is nothing on

9   the pedal itself that I could see that

10  points to who manufactures the mechanical

11  portion of it.

12       Q.    Let me ask you this.

13       A.    Watch the grease on it.

14       Q.    Okay.  Good.  What exhibit

15  is this?

16       A.    Where the springs are.

17       Q.    What exhibit is this?  Is

18  there a number on it?

19            MR. GALVIN:  Look on the

20       pedal.

21            THE WITNESS:  No.  That one

22       doesn't seem to be marked yet.

23            MR. ROBINSON:  Why don't we

24       mark this one.

25            THE WITNESS:  Yeah, why

Robert Landis

Page 138

```
1           don't we.

2                   MR. GALVIN:  So, this will

3           be 12.

4                       -  -  -

5                   (Whereupon, Deposition

6           Exhibit Landis-12, Linkless pedal

7           with resistive sensor marked

8           Aisin, was marked for

9           identification.)

10                      -  -  -

11   BY MR. ROBINSON:

12           Q.   For the record, since I

13   didn't have it marked, why don't you

14   describe this linkless pedal again, and I

15   think you've said it's a resistive type

16   pedal?

17           A.    This particular linkless

18   pedal, accelerator pedal is -- has a

19   resistive sensor.

20                   MR. GALVIN:  And it's

21           Exhibit 12.

22                   THE WITNESS:  And it's

23           Exhibit 12, and it contains a

24           resistive sensor on it that is

25           marked with Aisin's name.  And the
```

Robert Landis

Page 139

1           mechanical portion of this may or

2           may not be made in conjunction

3           with this.

4     BY MR. ROBINSON:

5           Q.    Do you know where that was

6     made?

7           A.    I don't.

8           Q.    Is there a company called

9     Franklin Products that makes throttle

10    bodies in the U.S. for Toyota?

11          A.    I've never heard that name

12    used.

13          Q.    Go ahead.  Let's just go

14    quickly through these, and we'll try to

15    --

16          A.    Pedal number 9 --

17          Q.    Yes.

18          A.    -- the pedal that uses Hall

19    effect sensors, this happens to be a CTS

20    pedal.

21          Q.    CTS is a company where, in

22    Ohio?

23          A.    Somewhere here in the United

24    States.

25          Q.    Do you know where it is?

Robert Landis

Page 140

1        A.    I don't.

2        Q.    So, this appears to be a

3   pedal made in the U.S.?

4        A.    That's correct.

5        Q.    And do you know what vehicle

6   that came from?

7        A.    I don't.  I don't.  But

8   obviously it's one of the vehicles that's

9   built in North America that utilizes a

10  CTS pedal.

11       Q.    Well, let me ask it this

12  way.  So, does that have Hall effect

13  sensors on it?

14       A.    It does.

15       Q.    So that that would be

16  probably from one of the more recently

17  made vehicles, right?

18       A.    That's correct.

19       Q.    Because the --

20             We'll go through the chart

21  later, but from Exhibit Number 2, it

22  appears that the Hall effect non contact

23  sensors were made more recently than the

24  original resistive sensors, right?

25       A.    That's correct.

Robert Landis

Page 141

1        Q.    Okay.  Let's keep going.

2   We'll go quickly through the next one.

3        A.    Can I help you just a little

4   bit here.

5        Q.    Yes.

6        A.    The CTS pedal, while it's a

7   Hall effect, is only used on

8   vehicles that are -- some of the vehicles

9   that are produced in North America.  So,

10  if you have a Japanese-produced vehicle

11  that's only produced in Japan, like a

12  4Runner, CTS is not utilized.

13       Q.    By the way, was there a

14  recall on CTS pedals?

15       A.    There was a recall that

16  involved some CTS pedals.

17       Q.    Did that have to do with --

18             What did that have to do

19  with?

20       A.    That had to do with, in some

21  rare conditions, the pedal might stick or

22  be slow to return.

23       Q.    Did they put a shim on those

24  pedals?

25       A.    They did a number of things.

Robert Landis

Page 142

1    We, depending on the vehicle, trimmed the

2    pedal to provide -- excuse me.  I'm

3    sorry.  I apologize.

4              With regards to the

5    sticking, there was a metal reinforcement

6    bar that was added to the pedal.

7         Q.    Is that called a shim, same

8    thing?

9         A.    Well, we refer to it as a

10   metal reinforcement bar.

11        Q.    Okay.

12             MR. GALVIN:  Precision cut.

13             THE WITNESS:  It's precision

14        cut, precision sized.  It's a

15        select fit piece of metal that is

16        inserted into the pedal in a

17        particular spot to prevent the

18        sticking from occurring.

19   BY MR. ROBINSON:

20        Q.    Now, I read some document

21   from Europe that said that, at least

22   reported in Europe, that the sticking

23   pedal could lead to unintended

24   acceleration?

25        A.    As far as I know, in the

002360

Robert Landis

Page 143

1   United States, we have not seen a case of

2   unintended acceleration with a sticky

3   pedal.

4          Q.     Go ahead.

5          A.     And so on vehicles that

6   don't have a CTS pedal that is Hall

7   effect style, I know that they're

8   manufactured by Denso.  Denso is the

9   other pedal supplier.

10          Q.     Are they made by Denso in

11   Japan?

12          A.     Whether they're made by

13   Denso in Japan or Denso somewhere else, I

14   don't know.

15          Q.     What is the difference

16   between the Denso pedals and the CTS

17   pedals?

18          A.     Physically, they're

19   different.  Operationally, they're the

20   same.  But the way the friction mechanism

21   and the way the Hall effect sensor is

22   configured inside is different between

23   the Denso pedal and the CTS pedal.

24          Q.     What were the physical

25   differences?

002361

Robert Landis

Page 144

1          A.     The way the magnets and the

2     sensor, as well as the friction portion,

3     is just designed differently.  I don't

4     have the documents with me to show you.

5          Q.     Which vehicles had the Denso

6     Hall effect sensor pedals, and which

7     vehicles had the CTS Hall effect sensor

8     pedals?

9          A.     Off the top of my head, I

10    can't be certain, but I can give you a

11    general idea.

12         Q.     Sure.

13         A.     So, again, any vehicle that

14    was produced in Japan is going to have a

15    Denso Hall effect pedal if it's a Hall

16    effect style vehicle.  In the United

17    States, some vehicles produced here used

18    a Denso pedal.  Those vehicles included

19    -- the Tacoma had a Denso pedal, even

20    though it was produced here.  Some Camrys

21    have a Denso pedal, even though they were

22    produced here.  However, other Camrys and

23    the Avalon, and I want to say the Tundra

24    and the Sienna -- actually, I would want

25    to verify.  But essentially many of the

002362

Robert Landis

Page 145

1   vehicles produced in North America used a

2   CTS pedal.

3           Q.    Now, the Denso pedal is a

4   Hall effect pedal, right?

5           A.    As well in this time frame,

6   yes.

7           Q.    But the one you're holding

8   is a CTS pedal?

9           A.    That's correct.

10          Q.    Okay.

11                How many chips are on that

12  pedal, the CTS pedal?

13          A.    I don't know the details.

14          Q.    Are there more than one

15  chips?

16          A.    I don't know how the sensor

17  configuration is in terms of chip-wise.

18          Q.    Well, for example, there are

19  two sensor signals, right?

20          A.    That's right.

21          Q.    Do you know whether there's

22  one -- they go to one chip or whether

23  there's two chips?

24          A.    I don't know if there's one

25  chip, two chips, six chips and how

002363

Robert Landis

1    they're configured.

2         Q.    Do you know if there are,

3    for example, on the Denso pedal, if there

4    are -- strike that -- on the Denso Hall

5    effect pedal if there are more than one

6    chips that are tied to the sensors?

7         A.    Chip can be a very broad

8    word where you have one component part

9    that inside is divided up or whether or

10   not it's a separate physical pieces, and

11   I don't know.

12        Q.    Who at Toyota would know the

13   answer to these questions regarding the

14   chips?

15        A.    I don't know.

16        Q.    Would Mr. Miyazaki?

17        A.    Quite possibly.

18        Q.    Who at Denso might know?

19        A.    I don't know the name of any

20   of the engineers.

21        Q.    Who at CTS might know?

22        A.    Also I don't know the names

23   of any of the folks at CTS.

24        Q.    Let me ask you this.  On the

25   -- no.  I have the same kind of questions

Robert Landis

Page 147

1    for the sensors -- strike that.

2                    There are Hall effect

3    sensors utilized today on Toyota and

4    Lexus vehicles for the throttle control,

5    right?

6            A.    That's correct.

7            Q.    Okay.

8                    Do you know if there's one

9    chip on those sensors or multiple chip on

10   those sensors?

11           A.    No.  I don't know how the

12   sensing -- the different sensors are

13   configured.  I do know that they're

14   separate sensors.

15           Q.    But if you wanted to know

16   whether it's one chip that's actually

17   servicing both sensors or you have

18   multiple chips, who would be the person

19   at Toyota we'd want to go to and talk to

20   about that?

21           A.    I don't know for certain.

22           Q.    Would Mr. Kimura know that?

23           A.    Mr. Kimura is a person that

24   I talk to who can provide information to

25   Japan, and then they will track down the

002365

Robert Landis

Page 148

1    pertinent engineer.

2         Q.    He's sort of a conduit?

3         A.    He's a conduit, that's

4    right.

5         Q.    So, he might not know these

6    things, but he has contacts in Japan that

7    can get information?

8         A.    Typically that's the case.

9         Q.    He might help us with

10   drafting our interrogs, right?

11              MR. GALVIN:  I don't think

12        so.

13              THE WITNESS:  I'm trying to

14        be nice.

15              MR. GALVIN:  You guys are

16        smart.  You can draft your own.

17              MR. ROBINSON:  We only want

18        him for two days.

19              THE WITNESS:  Mr. Miyazaki

20        would be the person I would ask.

21   BY MR. ROBINSON:

22        Q.    Let me ask you this.

23              Do you know who makes the

24   chips?

25        A.    No, I do not.

Robert Landis

Page 149

1          Q.     Who would know that?

2          A.     Again, somebody at TMC, who

3    is involved in the --

4          Q.     Does Toyota make their own

5    chips?

6          A.     I don't know.

7          Q.     Do you know if they use a

8    company called Fujitsu?

9          A.     Fujitsu Ten is utilized --

10   manufactures some of the ECUs that we

11   use.

12         Q.     Do you know if they --

13   Fujitsu makes some of the ECMs that

14   control the electronic throttle control

15   system?

16         A.     Fujitsu Ten makes some of

17   the ECUs that contain the software that

18   controls the electronic throttle control

19   systems.  That's correct.  I'm not sure

20   whether Fujitsu Ten manufactures any

21   ECUs, though, that are used in the United

22   States for that purpose.

23         Q.     Who makes the ECUs that are

24   used in the United States to control the

25   throttle control system?

Robert Landis

Page 150

1          A.     The two that I'm aware of

2     are Delphi and Denso.

3          Q.     Is that Denso in Japan that

4     makes them?

5          A.     Again, I'm not certain

6     whether they have manufacturing

7     facilities here in the United States.

8          Q.     And Delphi is in Michigan?

9          A.     Delphi is somewhere in the

10    United States.

11         Q.     Who would be the person --

12    strike that.

13                Do you know any of the names

14    of the people at Delphi that would be so

15    involved?

16         A.     No, I do not.

17         Q.     Same question for Denso?

18         A.     Same answer.

19         Q.     And you don't know really if

20    these components are made by Denso in the

21    U.S. versus Denso in Japan, right?

22         A.     That's correct.  I'm not

23    certain what manufacturing capability

24    those companies have in the United

25    States.

002368

Robert Landis

```
                                                    Page 151
 1                    MR. ROBINSON:  I don't think
 2            he's going to know this, but I'll
 3            ask.
 4    BY MR. ROBINSON:
 5            Q.    What vehicles get the
 6    Fujitsu 10 and the Denso and the Delphi
 7    ECUs?
 8            A.    Well, again, my
 9    understanding, and I could be wrong, is
10    that in the United States, Fujitsu Ten is
11    not one of its suppliers, but they are a
12    supplier for other markets.
13                    With regards to Delphi, the
14    only vehicle I'm familiar with that uses
15    a Delphi ECU is the Corolla, but others
16    may as well.
17            Q.    In fact, the Corolla ECU was
18    just recalled; right?
19            A.    That's correct.
20            Q.    What about the Matrix,
21    wasn't the Matrix also recalled?
22            A.    Yes.  To Toyota, the Matrix
23    is actually called the Corolla Matrix.
24            Q.    And, frankly, that recall
25    was about a 1.1 million vehicles, and it
```

Robert Landis

Page 152

1    was just announced a couple of days ago,

2    right?

3         A.    That's correct.

4         Q.    So, Delphi made those ECUs,

5    right?

6         A.    Yes, they did.

7         Q.    And as I understand it,

8    there were some possible solder cracks or

9    breaks in those Delphi made ECUs?

10        A.    What the results of the

11   recall is is something I don't know about

12   at the moment.

13        Q.    Well, let me ask you this.

14   Do you know if when the new -- strike

15   that.

16              The recall was to replace

17   the electronic control module, right?

18        A.    That's correct.

19        Q.    On the Corolla's and

20   Matrixes, right?

21        A.    That's correct.

22        Q.    Do you know if when they

23   replaced these electronic control modules

24   they're going to replace the electronic

25   control modules with software that

Robert Landis

Page 153

1    includes the brake override?

2           A.    I don't know the details.

3           Q.    Well, you know that they're

4    adding brake override to the 2011 ECUs,

5    right?

6           A.    Yes, they are.

7           Q.    And they added brake

8    override to various vehicles that have

9    the linkless Hall effect sensors?

10          A.    That's correct.

11          Q.    And they've been doing that

12   since about January or February of 2010,

13   right?

14          A.    That's correct.

15          Q.    As part of the floor mat and

16   pedal recalls, right?

17          A.    That's correct.

18          Q.    Now, do you know that --

19   strike that.

20                Would you expect that from

21   everything you've learned that Toyota

22   would be adding brake override into the

23   new ECMs that are being put into the

24   Corolla or Matrix?

25                MR. GALVIN:  Hold on a

Robert Landis

Page 154

 1          second.  What he expects, I have a

 2          problem with because he's not the

 3          BOS guy.

 4   BY MR. ROBINSON:

 5          Q.    What do you know about that?

 6          A.    I don't know anything about

 7   that.

 8          Q.    So, would you agree that

 9   Toyota is sort of slowly -- strike that.

10   If --

11               MR. GALVIN:  No, he's not

12          going to agree to that.

13               MR. ROBINSON:  How do you

14          know?

15               MR. GALVIN:  That's beyond

16          any of the questions, and it's

17          argumentative.

18               MR. ROBINSON:  I know.

19          Let's just do it in a nice way

20          with a smile.

21   BY MR. ROBINSON:

22          Q.    If I'm correct that the 1.1

23   million vehicles that just got recalled

24   with the brake override -- strike that.

25               If the 1.1 million vehicles

002372

Robert Landis

Page 155

1    that just got recalled, the Corollas and

2    the Matrixes have a new ECM that has the

3    brake override system, and if the Hall

4    effect sensor linkless vehicles that are

5    part of the pedal and floor mat recall

6    are being reflashed with new software

7    that includes the brake override system,

8    wouldn't you agree that Toyota is slowly

9    recalling as many vehicles as they can

10   with brake override, correct?

11             MR. GALVIN:  Objection.  I'm

12        going to object to that on the

13        grounds that it's an incomplete

14        hypothetical, and it assumes facts

15        not in evidence.  This witness has

16        already explained what he knows

17        and doesn't know about BOS -- hold

18        on a second -- and he's here to

19        talk about categories 11 and 12.

20        And that Corolla recall that just

21        happened falls way outside of

22        that.  I agree to let him talk

23        about subject matters, but I think

24        that subject matter is really

25        beyond what he's here to talk

002373

Robert Landis

Page 156

1          about, and I think it's also sort

2          of argumentative.

3                MR. ROBINSON:  Well, I'm

4          going to ask it a different way.

5    BY MR. ROBINSON:

6          Q.    You're here to talk about

7    the electronic throttle control system,

8    right?

9                MR. GALVIN:  A general

10         description.

11               MR. ROBINSON:  That's okay.

12   BY MR. ROBINSON:

13         Q.    Right?

14         A.    Yes, a general description.

15         Q.    Part of the electronic

16   throttle control system is the engine

17   control module, right?

18         A.    A portion of the software

19   that's in the engine control module is

20   used for the throttle control system.

21         Q.    And the recall that involved

22   floor mats and pedals included a reflash

23   of the software that relates to the

24   electronic throttle control that's in

25   that ECU, correct?

Robert Landis

Page 157

1        A.    Yes, that's correct.

2        Q.    So, if, in fact, in this

3   Corolla and Matrix recall Toyota added a

4   brake override system that relates to the

5   electronic control system, that would be

6   something that you would be here to talk

7   about, right?

8             MR. GALVIN:  No.

9             THE WITNESS:  I don't even

10        understand.  But I'm here to

11        discuss how the electronic

12        throttle control system works.

13  BY MR. ROBINSON:

14        Q.    Well, but part of the

15   electronic throttle control system

16   includes the ECM, right?

17        A.    It includes a portion of the

18   ECM.

19             MR. GALVIN:  Mark, I don't

20        want to interrupt, but there are

21        multiple witnesses that --

22             MR. ROBINSON:  You have

23        other witnesses can give us these

24        answers?

25             MR. GALVIN:  There are going

Robert Landis

Page 158

1           to be witnesses on the BOS,

2           foundational information on the

3           BOS, as I've talked about.  There

4           will be additional witnesses on

5           category 12 that he's here to talk

6           about.  He can't address what

7           you're asking.  First of all,

8           you're asking a substantive

9           question, and it goes well beyond

10          the foundational stuff.

11               MR. ROBINSON:  That's okay.

12          I'll come back.  I'll come back.

13          I'm allowed to inquire into his

14          knowledge about it.

15   BY MR. ROBINSON:

16          Q.    But is it fair to say that

17   you don't know whether or not the brake

18   override software was included in the new

19   ECMs that are part of the Corolla Matrix

20   recall?

21          A.    That's correct.  I was busy

22   last week.

23          Q.    What were you doing last

24   week?

25          A.    These two. (Indicating Mr.

Robert Landis

Page 159

1    Galvin and Ms. Gilford).

2           Q.    That's true.  They didn't

3    tell you about this?

4               So, what else do you have

5    with us back there?

6           A.    Well, I think the one

7    component --

8           Q.    We haven't talked about the

9    ECM.  So, let's talk about the computer.

10          A.    Okay.

11               MR. ROBINSON:  What number

12          are we on, Vince?

13               MR. GALVIN:  13, I think.

14                    -  -  -

15               (Whereupon, Deposition

16          Exhibit Landis-13, Electronic

17          control module, manufactured by

18          Denso, was marked for

19          identification.)

20                    -  -  -

21    BY MR. ROBINSON:

22          Q.    Let's go to Exhibit 13.

23          A.    13 is an ECU, electronic

24    control module, that's manufactured by

25    Denso.  This particular style is the

002377

Robert Landis

Page 160

1    style that we utilize when the engine

2    control module is located in the engine

3    compartment.   It's one of the styles.

4           Q.    Now, is that from a U.S.

5    vehicle?

6           A.    I'm not certain what vehicle

7    this came out of.

8           Q.    But to your knowledge, did

9    Denso make the ECUs or ECMs that control

10   electronic throttle in vehicles that were

11   sold in the U.S.?

12          A.    If your question is about

13   being sold here as opposed to

14   manufactured here, yes, Denso supplied

15   ECUs for vehicles that were sold in this

16   country.

17          Q.    And the only other company

18   that you're aware of that sold ECUs in

19   this country was Delphi?

20          A.    The only other company I'm

21   aware of that manufactured ECUs for

22   vehicles that were sold in this country

23   is Delphi.  I could be wrong, and there

24   could be some F Ten ones or Fujitsu Ten,

25   but I've just never seen them.

Robert Landis

Page 161

1          Q.     Well, why don't you tell us

2     what you were going to teach us about

3     this exhibit, number 13.

4          A.     So, number 13 is just the

5     electronic control unit that would be

6     mounted in the engine compartment in this

7     case.  This engine control module or,

8     excuse me, electronic control module

9     would have software in it that is

10    utilized for throttle systems, for

11    transmission, for fuel management, and

12    quite possibly many other activities --

13         Q.     Steering?

14         A.     Steering.  If you have

15    electric power steering, that's a

16    separate ECU, as you pointed out.  There

17    should be -- there could be some

18    functionality related to steering such as

19    when you turn the steering all the way to

20    full lock, there's a pressure switch that

21    might give it some information so that it

22    could -- the idle speed.

23         Q.     Is there a date of

24    manufacture of that exhibit on the

25    exhibit?

Robert Landis

Page 162

1        A.     Yes, there is.

2        Q.     What's that date?

3        A.     I'm not sure how to read it,

4    but somewhere on here is a date code.

5        Q.     Do you know what --

6    approximately what year vehicle that

7    comes from?

8        A.     No, I don't.

9        Q.     Let me ask you this.  You

10   said in terms of controlling the electric

11   throttle control system, there are two

12   CPUs?

13       A.     That's correct.

14       Q.     And is this Exhibit 13 from

15   a linkless --

16       A.     Yes, it is.

17       Q.     -- throttle?  Why don't you

18   do this.  Why don't you use Exhibit

19   Number 2, the blowup, to explain in your

20   own words how the linkless system works

21   and how this CPU controls the pedal

22   sensor information and receives the pedal

23   sensor information and receives the

24   throttle sensor information, and maybe

25   you can also summarize the four

Robert Landis

Page 163

1   fail-safes so that we can move through

2   that, if you can.

3        A.    Yes, I can, and just before

4   I do, I'd like to mark this ECU, which is

5   another ECU.

6              -  -  -

7              (Whereupon, Deposition

8         Exhibit Landis-14, LS 400

9         electronic control module, link

10        style, was marked for

11        identification.)

12             -  -  -

13  BY MR. ROBINSON:

14       Q.    Is that an older one or

15  newer one?

16       A.    This is an older one.

17       Q.    What's that from?

18       A.    This is from an LS 400.

19       Q.    Approximately what year?

20       A.    Around 2000.

21       Q.    So, that would be a linked?

22       A.    This would be a link style,

23  yes.

24       Q.    A link style.

25             Quickly maybe you can tell

002381

Robert Landis

Page 164

1    us the difference between the ECU on the

2    link style from the 2000 LS version

3    versus the linkless ECM.  By the way,

4    we're using terms ECU, ECM.  We've been

5    using them pretty interchangeably,

6    haven't we?

7          A.    We have.

8          Q.    But really what you're

9    saying is that the electronic control

10   unit or electronic control module that

11   you're talking about controls more than

12   the electronic throttle control system?

13         A.    Yes.

14         Q.    As you've said.  But --

15   okay, why don't you tell us the

16   difference between the two.

17         A.    Well, you can see a number

18   of physical differences both in the

19   construction and the connector style, and

20   that's what I wanted to point out.

21   However, this one, I can open up to talk

22   about the different CPUs.  That's why I

23   wanted to introduce it.

24         Q.    Go right ahead.

25         A.    So, the central processing

002382

Robert Landis

Page 165

1    units in the case of this one, you can

2    see three.

3           Q.    This is the 2000 --

4           A.    LS.

5           Q.    -- linked version?

6           A.    That's correct.  That's what

7    I believe it to be.  I could be wrong.

8    These black squares are the CPUs.

9    They're basically separate computers.

10          Q.    Do you know who made the

11   CPUs on the 2000 LS?

12          A.    It has a maker's mark on it.

13   I don't recognize it.

14          Q.    Do you know who makes --

15          A.    It's got a big D.  It might

16   be Denso.  I'm not sure.

17          Q.    Okay.

18                Do you know who --

19                Without looking at that

20   exhibit, do you know who typically makes

21   these CPUs?

22          A.    Yes, Denso.  Or the CPU

23   itself?

24          Q.    Yes.

25          A.    No, I'm not certain.

Robert Landis

Page 166

1          Q.    Could it be -- well, who

2     else could it be?

3          A.    Oh, I don't know.

4          Q.    You have no idea?

5          A.    No, I don't.

6          Q.    If I wanted to find that

7     out, how would I get that information?

8          A.    Talk to the folks that

9     you'll be deposing shortly.

10         Q.    Go right ahead.

11         A.    So, my point was just going

12    to be to give you an idea of what these

13    individual processors look like which

14    serve as individual computers.  In this

15    case, there's three of them.  I'm not

16    sure which two are dedicated to the

17    throttle system, but two of them have the

18    software that controls the throttle

19    system.  The way they function or the way

20    you asked me to describe over here is

21    that essentially one serves as the main

22    CPU or the control CPU, and one serves as

23    a sub CPU or a monitor CPU.  Both of

24    these CPUs receive the signals from the

25    accelerator pedal position sensor.  Both

Robert Landis

Page 167

1    of these CPUs receive the signals back

2    from the throttle position sensor.

3              They also share information

4    amongst themselves.  There's a connection

5    that's called a watchdog, watchdog pulse

6    that goes between the two CPUs to make

7    sure that the CPUs are functioning

8    together, but it's also making sure that

9    each computation is the same amongst each

10   individual CPU which is running its own

11   software for the throttle control system.

12              So, for example, from the

13   accelerator pedal -- actually, the

14   accelerator pedal or the throttle control

15   system is operating off the main sensor

16   in the accelerator pedal.  There are two

17   sensors, but one is being utilized to run

18   the vehicle.  That information is being

19   compared by both CPUs to the signal

20   that's coming from the second sensor from

21   the accelerator pedal position sensor.

22   These CPUs make sure that the primary

23   signal is in agreement with the secondary

24   signal.  So, what we would call VPA1, the

25   voltage from the pedal assembly one --

Robert Landis

Page 168

1        Q.    So, is one signal considered
2   higher than -- above the other?  In other
3   words, VPA1 is above VPA2?
4        A.    I believe the voltage curve
5   for VPA2 is higher than VPA1.  I don't
6   recall.  They have different voltage
7   curves.
8        Q.    As I understand it, the
9   voltage, and we're talking pedal sensors
10  now, the voltage on one of those, VPA1 or
11  2, has got a maximum voltage of 4.5
12  volts?
13       A.    It could be.  It would
14  probably be based on a particular
15  vehicle.
16       Q.    And the maximum voltage on
17  VPA2 would be 3.7 volts?
18       A.    The offset of the voltages
19  is 8/10th of a volt.  So, in that
20  particular instance, that would be
21  correct.
22       Q.    So, the idle voltage would
23  be .8 volts versus 1.6 volts, right?
24       A.    Potentially, that that would
25  be consistent, but it would depend on the

Robert Landis

Page 169

1    vehicle.

2              Q.     It might change a little bit

3    by vehicle?

4              A.     That's correct.

5              Q.     But the voltage, the

6    reference voltage that's coming from the

7    ECM to these pedals is 5 volts, right?

8              A.     That's correct.   There's two

9    separate 5 volt signals, one going to --

10   one in the accelerator pedal position

11   sensors and one going to the other

12   accelerator pedal position sensor.

13             Q.     Do you know if they're --

14   for example, if the margin between the

15   VPA1 and VPA2 changed from .8 volts, such

16   as we just talked about, down to, say, .4

17   volts, if those CPUs can always read the

18   difference?  Can it?

19             A.     Well, of course, it can read

20   the difference.  It is reading the

21   voltage of the different sensors all the

22   time.  So, it would be reading VPA1 and

23   VPA2, and it will be noting the

24   difference between those two sensors at

25   all times.  So, if it changed from .8

002387

Robert Landis

Page 170

1    volts to .4 volts, it would know that.

2         Q.    Let me ask you this.  Are

3    the CPUs, those two CPUs -- and I take it

4    there's two CPUs in this exhibit as well.

5    What number is this one here?

6         A.    13.

7         Q.    So on 13, there's two CPUs

8    as well, right?

9         A.    That's correct.

10   Architecture of the board might be quite

11   different though.

12        Q.    But the principles are the

13   same, right?

14        A.    The basic principles are the

15   same.  However, as I mentioned before,

16   the software is going to be different for

17   different vehicles.

18        Q.    Do you know what the

19   differences in software are between

20   Exhibit 13, and I guess it would be

21   exhibit -- what number is that, 14?

22        A.    This was 14.  No, I don't

23   know all the differences.  However, I

24   recognize that the tuning for each

25   vehicle is dependent upon the engine and

Robert Landis

Page 171

1    the vehicle weight and the transmission

2    choice and the fuel, things of that

3    nature.  So, because of that, the

4    software is going to be different.

5           Q.    Let's look at this exhibit,

6    which I think is, what, 13, right here?

7           A.    Yes, 13.

8           Q.    So, there's two CPUs inside

9    that ECM, right?

10                MR. GALVIN:  Now, wait a

11          minute, there's three, but are you

12          talking about just the two that

13          control --

14   BY MR. ROBINSON:

15          Q.    That control the electronic

16   throttle control system?

17          A.    Yes.  There will be two CPUs

18   irrespective of any of the ECUs that have

19   functionality for the electronic throttle

20   control system.

21          Q.    Okay.

22                Do you know if the software

23   is the same that's running both those

24   CPUs?

25          A.    The same on both CPUs?

002389

Robert Landis

Page 172

1          Q.      Yes.

2          A.      No, I don't know the

3    details.

4          Q.      So, there could be different

5    software going to each one of those?

6          A.      My understanding is they're

7    the same.  But whether there's some small

8    difference because there's some

9    functional difference between those CPUs,

10   I don't know.

11         Q.      Do you know if there's one

12   chip that is communicating to these two

13   CPUs?

14         A.      I'm not aware of that.

15         Q.      On that Exhibit 18 -- I'm

16   sorry -- Exhibit 13, is it an 8 bit, 16

17   bit or 32 bit, if you know?

18         A.      I don't know.

19

20

21

22

23

24

25

Robert Landis

Page 173

```
 1  [REDACTED]
 2
 3
 4
 5
 6          Q.      Right.
 7          A.      And as part of the throttle
 8  control system, the mass airflow meter is
 9  utilized in one of the fail-safes or is
10  utilized as part of the fail-safe,
11  whereby the mass airflow meter measures
12  the air that's entering into the
13  throttle.  The logic that's utilized to
14  determine whether the throttle is stuck
15  so that the throttle is not responding to
16  the accelerator pedal input, the control
17  processors will look at what the mass
18  airflow sensor is saying.  So, for
19  example, the computers that -- the
20  processors are saying that the throttle
21  should be closed, but air is entering the
22  engine, it will say that's a problem, the
23  throttle is stuck.
24                  In addition, it will look at
25  the throttle position sensors, and for
```

002391

Robert Landis

Page 174

1    this particular fail-safe, it would shut

2    the fuel off to the engine, which is one

3    of the places where the fuel injectors

4    come in and why they're part of the

5    system.  If the throttle control system

6    has a stuck throttle, the engine will be

7    shut down basically by starving it of

8    fuel.

9         Q.    What might stick a throttle

10   like that, carbon deposits or moisture or

11   a crack in the throttle plate, things

12   like that?

13        A.    The things that I'm most

14   used to is some sort of debris, somebody

15   replaces the air filter element and some

16   twig or something that was on top of the

17   air filter element drops down into the

18   intake system and can get stuck.  But you

19   do point out valid reasons such as carbon

20   building up on the throttle shaft.

21        Q.    Called Coking?

22        A.    Coking could take place, or

23   you could have a situation where there's

24   some moisture that freezes or subsequent

25   to an accident, there's some damage to

Robert Landis

Page 175

1    the intake track that gets in there.  And

2    in any of those cases, what will happen

3    is, the system will detect it, and since

4    it cannot close the throttle in this

5    particular instance, it will shut the

6    engine down.  And again, the mass airflow

7    sensor and the fuel injectors are part of

8    that fail-safe.

9          Q.    And in that hypothetical,

10   would the throttle be in a different

11   position than the pedal?

12         A.    Different position than the

13   pedal, that's right.  That's part of it.

14               The throttle being a

15   different position than the pedal, if it

16   feels -- if the system detects that the

17   throttle is not properly responding to

18   the pedal, but when it takes power away

19   from the throttle and the throttle closes

20   and is in a closed position, then that's

21   going to implement a different style of

22   fail-safe, because then there's no reason

23   to kill the engine essentially, to stall

24   the engine.

25         Q.    But anyway, this first one

002393

Robert Landis

Page 176

1    you just mentioned, the fuel gets cut off

2    or cut to the engine, right?

3           A.    That's correct.

4           Q.    And then basically the

5    engine is going to stall, right?

6           A.    That's correct.

7           Q.    Let's go to the next.

8    What's the next fail-safe?

9           A.    Well, I think I'd like to

10   go --

11          Q.    Go ahead.  Do what you want

12   to do.

13          A.    Get back to your questions

14   from before.

15          Q.    But that is the first

16   fail-safe, really one of the first fail

17   safes?

18          A.    It's one of the --

19          Q.    Strategies?

20          A.    It's one of the strategies.

21   Fail safes and strategies are somewhat

22   different.  The actual implemented

23   fail-safe, there's four of them, and

24   they're very easy to talk about.

25          Q.    You had four strategies,

002394

Robert Landis

Page 177

1  right?  Now, why aren't there eight

2  strategies?

3       A.     Because four strategies --

4  well, first of all, I'm not the designer

5  of the system.  So --

6       Q.     Who is the designer of the

7  system?

8       A.     That would be TMC.

9       Q.     Who at TMC designed the

10 system?

11      A.     I don't know who

12 individually designed the system, but I

13 would point you towards one of the

14 engineers who works on it.

15      Q.     Who was the one that seems

16 to know the most about this?

17      A.     The one that I'm familiar

18 with is Mr. Miyazaki.  I'm not sure if

19 he's the most familiar with it.  But a

20 question such as that, I would probably

21 pose to him.

22      Q.     Okay.  Go ahead then.  You

23 were explaining.

24      A.     So, what we also have here

25 is the ignition coil and fuel injector.

Golkow Technologies, Inc. - 1.877.370.DEPS

002395

Robert Landis

Page 178

1    And where that comes into play is one of

2    the implementations of a fail-safe would

3    be that on the throttle, as we discussed

4    before, it has two separate sensors much

5    like the accelerator pedal.  If one or

6    both of those sensors is providing

7    erroneous information such as the sensor

8    is open circuit, short-circuit, the

9    difference between the sensors goes

10   beyond some specified amount, the system

11   will judge that the sensing system of the

12   throttle cannot be relied upon.  So, in

13   that scenario, the throttle plate will be

14   closed, and it will be closed by spring

15   pressure.  If it doesn't close by spring

16   pressure and remains stuck open, we just

17   discussed what will happen.

18          Q.    Will that also stop fuel to

19   the engine then?

20          A.    No.

21          Q.    Okay.  What happens?

22          A.    So, in this instance where

23   one or both of the throttle sensors is

24   judged to be malfunctioning, it will

25   close the throttle.  However, even with

002396

Robert Landis

Page 179

1    the throttle closed, there's still some
2    air that gets by it for normal idle.
3                    By virtue of in this example
4    where we have no issue with the
5    accelerator pedal position sensors, let's
6    assume they're functioning properly, the
7    accelerator pedal is communicating
8    information to the two separate CPUs that
9    somebody wants to accelerate, the driver
10   wants to accelerate, there's pedal
11   depression.  Even with the throttle plate
12   closed, we can effect some form of
13   acceleration or some form of speed change
14   to assist the driver, say, in getting off
15   the highway.  And the way we do that is
16   through the fuel injectors and ignition
17   coils.  Because this is a
18   distributor-less ignition system, we can
19   effect some increase in speed by
20   advancing the ignition timing, which is
21   controlled through the ignition coils,
22   which are firing the spark plugs.
23                    In addition, we can effect
24   some engine speed increase by increasing
25   the amount of fuel injected.  It's not

002397

Robert Landis

Page 180

1    significant, but it allows the driver the

2    opportunity to get off the highway.

3           Q.    Is this called limp-home

4    mode?

5           A.    This is a form of limp-home

6    mode.

7           Q.    So what it --

8                 Does it get about 25 percent

9    of the full throttle output?

10          A.    No.   That's incorrect.

11   That's yet a different limp-home mode.

12          Q.    That's a different one.

13                So, how would you define

14   this limp-home mode?

15          A.    I would define this

16   limp-home mode as I'm glad they decided

17   not to stall the engine and stop me right

18   here.  I'm glad that the design of it is

19   such that it recognizes there's a problem

20   with the throttle and has closed the

21   throttle, but is utilizing other systems

22   on the car to give me some ability to get

23   off the highway.

24          Q.    But that first one you

25   talked about, the physical sticking of

Robert Landis

Page 181

1    the throttle, that shuts everything down,

2    doesn't it?

3            A.    Yes.  Because if you can't

4    control the amount of air you're

5    metering, it could be a problem.  I mean,

6    my personal reference, and this is a

7    fail-safe that's in all of our electronic

8    throttle controls, when I was a kid, my

9    parents had a car with a carburetor, and

10   one of the motor mounts broke on it, and

11   the engine tilted over, which caused the

12   carburetor to go to full throttle.  In

13   this case, if it had electronic throttle

14   control, it would have noticed that the

15   throttle was open but my dad was not

16   pushing on the gas pedal and shut the

17   engine down.  And in that case, the

18   engine just raced.  So, that's the

19   difference.

20           Q.    What other strategies -- or

21   you said there were four strategies?

22           A.    There's four strategies.

23           Q.    That's two now.

24           A.    That's two strategies.  The

25   other strategy, to get back to the one

002399

Robert Landis

Page 182

1    that you're thinking about, is if one of

2    the accelerator pedal position sensors is

3    judged to be malfunctioning, again, it's

4    being judged against the other

5    accelerator pedal position sensor, plus

6    open circuits, short circuits and some

7    other criteria, if one of the sensors is

8    deemed to be unreliable, the vehicle will

9    operate off the other sensor.

10            And I should have pointed it

11   out with the other fail safes.  I'll

12   point it out now.  Any time any of these

13   are implemented, the check engine light

14   is coming on, there's diagnostic trouble

15   codes that are being stored.  If one of

16   the sensors is still operating correctly,

17   then as you push the pedal down, the

18   amount of opening of the actual throttle

19   is attenuated to be just 25 percent.

20        Q.    This is the 25 percent of

21   the wide open throttle?

22        A.    Wide open throttle -- it's

23   25 percent of any aspect of the throttle.

24   So, throughout the entire range of the

25   pedal, whatever it used to be before, so,

002400

Robert Landis

Page 183

1   half throttle would be 25 percent of what

2   half throttle is.

3           Q.    So, if you push it all the

4   way down, the most you can get is 25

5   percent?

6           A.    Roughly 25 percent.

7           Q.    But if you push it maybe

8   halfway down, you're going to get 25

9   percent of what you would have normally

10  gotten --

11          A.    That's correct.

12          Q.    -- when you pushed it

13  halfway down?

14          A.    That's right.

15          Q.    Okay.  That's three.

16          A.    That's the third one.

17                But also incorporated into

18  that fail-safe which provides the most

19  limp home, because you have this 25

20  percent throttle capability, during that

21  fail-safe, if you touch the brake pedal,

22  the vehicle will return back to idle.

23  So, there's input from the brake pedal

24  that just any application that results in

25  the brake light coming on will return the

002401

Robert Landis

Page 184

1    engine speed back to idle.  That's part

2    of this as well.

3        Q.    So, this isn't really a

4    brake override system, this is just

5    another aspect of the fail-safe?

6        A.    That's right.

7        Q.    Okay.

8              And I know there was some

9    information given to the government --

10             MR. ROBINSON:  How are we

11        doing on time.

12             THE VIDEOTAPE TECHNICIAN:

13        One minute.

14             MR. ROBINSON:  He's going to

15        change the tape.  I have a

16        question for you.  I want to keep

17        this topic going.

18             THE WITNESS:  But we'll

19        break for him for a second.

20             THE VIDEOTAPE TECHNICIAN:

21        The time is now 12:09 p.m., and

22        we're off the record.  This marks

23        the end of Tape Number 2.

24                  -  -  -

25             (Whereupon, a recess was

002402

Robert Landis

Page 185

```
 1          taken from 12:09 p.m. until
 2          12:12 p.m.)
 3                    -  -  -
 4              THE VIDEOTAPE TECHNICIAN:
 5          The time is now 12:12 p.m.  We're
 6          back on the record.  This marks
 7          the beginning of tape number 3.
 8  BY MR. ROBINSON:
 9          Q.    Okay.  So, what you're
10  saying is that in this last example you
11  gave that a diagnostic trouble code is
12  set, and then what happens?
13          A.    There's probably multiple
14  diagnostic trouble codes that would be
15  set.  The check engine light would come
16  on to inform the customer.  The customer
17  would immediately realize that they have
18  significantly less power than they did
19  before, since, as we discussed, maximum
20  throttle is just 25 percent.  And during
21  that time, if they were to hit the brake
22  pedal, the engine speed would return back
23  to idle.
24          Q.    Then that would really shut
25  the vehicle down, right, it would coast?
```

Robert Landis

Page 186

```
1        A.     Except that if they bring

2    the throttle back up to the top and

3    reapply throttle, they will get the same

4    zero to 25 percent.

5        Q.     So, they could coast to a

6    stop if they wanted to?

7        A.     They could more than coast

8    to a stop.  They could drive to a stop.

9    They would drive to a stop.

10       Q.     If they didn't put their

11   foot back on the accelerator, they would

12   coast to a stop?

13       A.     If they didn't put their

14   foot back on the accelerator, based on

15   whatever speed that they were going, they

16   could potentially coast to a stop.

17       Q.     Would the brake work?

18       A.     The brake would work, sure.

19       Q.     Now, let me ask you this.

20              You don't consider this a

21   brake override?

22       A.     No.

23       Q.     Why?

24       A.     Because a number of reasons.

25   One is that this is part of the fail-safe
```

Robert Landis

Page 187

1    logic while it's already in fail-safe.  A

2    customer would not expect the brake

3    override system to operate such that if

4    they're stepping on the gas or stepping

5    on the brake, it automatically returned

6    to idle.  That would present, you know,

7    issues of its own right.  So, the brake

8    override system itself has logic built

9    into it such that it doesn't introduce

10   additional drivability problems, which is

11   what you would get if, oh, I'm, you know,

12   stepping on the gas and all of a sudden

13   my left foot touched the brake pedal, the

14   car returns to idle, that could present

15   issues in and of itself.

16          Q.    How would the brake override

17   system work?

18          A.    There will be a witness to

19   go further with respect to --

20          Q.    From your knowledge?

21          A.    So, the brake override

22   system is looking for the order of

23   pedals, brake and throttle.  And so if

24   you were to apply the brake first and

25   then apply throttle, you do not have

002405

Robert Landis

Page 188

1    brake override such that you can hold

2    your car on a hill or take off from a

3    start so that you don't roll back,

4    something that the other system would not

5    allow you to do because the minute you

6    touch the brake, you keep returning to

7    idle.  In addition, it's looking for

8    certain vehicle speed before it begins,

9    and it's looking for a certain amount of

10   deceleration, not just the brake light

11   switch being activated, but, rather, a

12   certain higher braking force than just,

13   oh, they touched the brake pedal.

14   There's other aspects to the logic as

15   well.

16        Q.    But I mean, have you really

17   sat behind the wheel of a vehicle with

18   the brake override system and put your

19   foot on the brake pedal and put your foot

20   on the accelerator and checked and

21   examined how it worked?

22        A.    Yes, I have.

23        Q.    Tell me --

24              Tell us how it worked.

25        A.    Well, the way the brake

002406

Robert Landis

Page 189

1    override system would work is --

2              Q.     This is the one that just

3    was put in the Toyota vehicles, right?

4              A.     Yes, that's correct.

5              Q.     Go ahead.

6              A.     I evaluated it to get a

7    sense for it.  And so if you were to hold

8    the throttle in a particular position,

9    once you've achieved a particular speed

10   and apply the brake pedal forcefully, the

11   throttle system will return back to idle.

12   And if in that same circumstance you

13   applied the throttle system from where

14   your foot is and apply more throttle, it

15   will resume the throttle that you had.

16   So, you don't necessarily have to come

17   back to idle and start all over again,

18   which is part of the limp-home fail-safe

19   system that I described when you have a

20   single point failure with the accelerator

21   pedal position sensor.

22             Q.     Have you driven another car,

23   I don't know if it would be a BMW or some

24   other car, that has a Bosch type of brake

25   override system?

Robert Landis

Page 190

1          A.     I may have driven one.   I
2    haven't evaluated one.
3          Q.     Do you know how the Bosch
4    system works?
5          A.     No, I don't.
6          Q.     So, you've given us, what,
7    three different fail-safe strategies so
8    far?
9          A.     Yes, I have.
10         Q.     What's the fourth one?
11         A.     You want a shot at it first?
12         Q.     Well, I can give you what I
13    think.  I've wrote down some notes here.
14         A.     No, that's all right.
15         Q.     Basically -- well, go ahead.
16    I'm not going to --
17              MR. GALVIN:  It was a test.
18              THE WITNESS:  It seems that
19         sometimes when I start talking
20         about it, you begin talking about
21         it.
22              So, the final one would be
23         if there was something wrong with
24         both, and in the extremely
25         unlikely likelihood that both

Robert Landis

Page 191

```
 1          accelerator pedal position sensors
 2          were reading erroneously, then the
 3          system would look at that as not
 4          being able to judge how much the
 5          driver wants to accelerate or not
 6          accelerate, because at that point,
 7          you don't have any input from the
 8          driver.  So, the fail-safe that is
 9          implemented for that is to return
10          the engine to idle.  And at idle,
11          you can actually get off the side
12          of the road as well.  So, that's
13          the fourth.
14  BY MR. ROBINSON:
15          Q.    Is that a limp-home mode or
16  not?
17          A.    To me it's a limp-home mode.
18  I don't know what the engineers that
19  designed it specifically say.  Limp-home
20  is used --
21          Q.    Who was --
22                Which engineers were
23  involved in designing these four
24  different strategies for the Toyota
25  vehicles?
```

002409

Robert Landis

Page 192

1      A.      That would be the same

2  engineers that we've discussed before to

3  which if I wanted to understand something

4  better, I might ask Mr. Miyazaki, but he

5  might not be the definitively right

6  person.

7      Q.      What is the purpose of the

8  fail-safe system in the electronic

9  throttle control system?

10     A.      The fail-safe system,

11  there's two parts to this.  There's one

12  part, to identify any problem within the

13  electronic throttle control system that

14  might result in unwanted acceleration or

15  deacceleration.  Then the second part is

16  to implement some strategy to provide the

17  customer with as much drivability of

18  their vehicle as you can based on the

19  issue that is occurring.

20     Q.      Let's suppose hypothetically

21  that you had a floor mat that was wedged

22  under the accelerator pedal or wedged on

23  to the accelerator pedal and was actually

24  activating the pedal more than the driver

25  wanted.  Could the driver step on the

002410

Robert Landis

Page 193

1    brake and stop the vehicle nevertheless?

2        A.    It's been my experience in

3    our vehicles that, yes, you could stop

4    the vehicle.

5        Q.    We used the word fail-safe.

6    How do you define the word "fail" or how

7    did Toyota define the word "fail"?

8        A.    Again, that would be

9    something for the actual engineers --

10        Q.    For example --

11        A.     -- who were responsible.

12        Q.    Excuse me.

13            Do you know whether the

14    engineers hypothesized potential

15    failures, you know, analyzed the problems

16    that might occur to determine the risk

17    and then try and develop these fail-safe

18    strategies?

19        A.    Yes, absolutely.  There

20    would be some sort of failure mode

21    effects analysis done on the system.

22        Q.    Have you seen any documents

23    that relate to such failure mode effects

24    analysis for this system?

25        A.    Yes, I have.

002411

Robert Landis

Page 194

1          Q.     Where did you see that?

2          A.     I saw some fault tree

3     analysis which is based on failure mode

4     and effects analysis in a presentation

5     that was given to NHTSA a number of years

6     ago.

7          Q.     Do you have those documents?

8          A.     I don't have those documents

9     currently.  I would have them back at my

10    office.

11         Q.     If I wanted to have Toyota

12    produce those documents to me, how would

13    I describe those?

14         A.     A presentation that was

15    provided to NHTSA that I believe is on

16    NHTSA's website.

17         Q.     What is a fault tree

18    analysis?  It's what I just talked about?

19         A.     Yes, basically.

20         Q.     Same thing as a failure mode

21    and effect analysis?

22         A.     I think they're considered

23    to work in opposite directions, but

24    they're designed to identify what can

25    happen and how to implement some strategy

002412

Robert Landis

Page 195

1    to prevent it from happening.

2            Q.     Does Toyota use any unique

3    language for their version of fault tree

4    analysis or FMEA or do they use those

5    terms?

6            A.     They use those terms.  They

7    might use additional terms as well.

8            Q.     What other additional terms?

9            A.     There's another term that's

10   escaping me right now related to design

11   review of fault tree analysis.

12           Q.     Is that called DCP and R?

13           A.     No.  That doesn't sound

14   right.  I wouldn't rely on him.  I

15   shouldn't say that.  I am not familiar

16   with that term.  There could be other

17   terminology.  I'm used to the more

18   standard FMEA and things of that nature.

19           Q.     So, if I wanted to see the

20   documents that show the different

21   hypotheses that were tested out by

22   Toyota, either TMC or TMS over the last

23   20 years for the electronic throttle

24   control system, how would I describe the

25   documents I'm seeking or the -- go ahead.

002413

Robert Landis

Page 196

1          A.     Documents --

2          Q.     Go ahead.

3          A.     Documents related to the

4    failure mode analysis.  I would point

5    out, my general experience is documents

6    created during the development phase of

7    the vehicle may not be kept, and this

8    would be during the development of the

9    system.  There could be documents that

10   relate to changes that occurred in the

11   system.

12         Q.     You know, you talked about

13   those two pedal sensors that communicate

14   with the electronic control module?

15         A.     Yes.

16         Q.     And, you know, one was at

17   the base of .8 volts, and then the other

18   was 1.6 volts?

19         A.     Typically something like

20   that, yes.

21         Q.     Do they go to one processor

22   or do they go to both processors?

23         A.     Both processors.

24         Q.     Do both processors run the

25   same set of code?

Robert Landis

Page 197

1        A.     I think you asked that

2   question before, and I said my belief is

3   yes, but there could be some small

4   difference in how it's configured.

5        Q.     And do both processors

6   operate on the same chip and --

7        A.     No.  They're separate chips.

8        Q.     Let's see here.

9        A.     I would encourage you to ask

10  that of any additional witnesses as well.

11  My understanding is they're two separate

12  chips.

13       Q.     Do you know what was

14  involved in terms of the software change

15  when Toyota reflashed the ECMs on the

16  recalled floor mat pedal vehicles?

17       A.     They added additional

18  software that incorporates the brake

19  override system that you described

20  before.

21       Q.     Do you know how much code

22  was involved in that?

23       A.     No, I don't.  There will be

24  an additional witness that will cover

25  brake override system.

Robert Landis

Page 198

1          Q.    Do you know whether the

2    software went to both CPUs?

3          A.    For the brake override

4    system?

5          Q.    Yes.

6          A.    No, I don't know how it's

7    incorporated.

8                MR. ROBINSON:  How are we

9          doing timewise here?  Is this the

10         time to take --

11               MR. PANISH:  What time is it

12         now, Vince?

13               MS. GILFORD:  12:25.

14               MR. ROBINSON:  Do you want

15         to take a short lunch break?

16               MR. GALVIN:  That's fine.

17               MR. ROBINSON:  Okay, good.

18         We'll do that and --

19               MR. GALVIN:  Let's go off

20         the record.

21               THE VIDEOTAPE TECHNICIAN:

22         The time is now 12:25 p.m.  We're

23         off the record.

24                    -  -  -

25               (Whereupon, a luncheon

Robert Landis

Page 199

```
 1        recess was taken from 12:25 p.m.

 2        until 1:16 p.m.)

 3              -  -  -

 4            THE VIDEOTAPE TECHNICIAN:

 5        The time is now 1:17 p.m., and

 6        we're back on the record.

 7              -  -  -

 8            (Whereupon, Deposition

 9        Exhibit Landis-15, Marked under

10        separate confidential cover, was

11        marked for identification.)

12              -  -  -

13            (Whereupon, Deposition

14        Exhibit Landis-16, E-mail from

15        Koji Sakakibara to Yoshioka, et

16        al., with attachment, 9-1-09,

17        TOY-MDLID0004113OT-0001 -

18        TOY-MDLID00041130T-0003, was

19        marked for identification.)

20              -  -  -

21            (Whereupon, Deposition

22        Exhibit Landis-17, E-mail from

23        George Marino to Gary E. Smith,

24        9-23-09, TOY-MDLID00075713, was

25        marked for identification.)
```

002417

Robert Landis

Page 200

```
 1                   -  -  -
 2              (Whereupon, Deposition
 3         Exhibit Landis-18, Marked under
 4         separate confidential cover, was
 5         marked for identification.)
 6                   -  -  -
 7    BY MR. ROBINSON:
 8         Q.    I'm going to mark -- these
 9    are all marked.  So, this is Exhibit 15,
10    16, 17 and 18.  I'm going to give you
11    these.  These are documents that I think
12    we got from Toyota by way of production,
13    I believe.  Yes.
14              MR. GALVIN:  Hold on one
15         second.  For 135646 and --
16              MR. ROBINSON:  Tell me the
17         number, what exhibit number?
18              MR. GALVIN:  It doesn't say.
19              MR. ROBINSON:  He has the
20         numbers right there.
21              THE WITNESS:  I have the
22         exhibits.
23              MR. ROBINSON:  Why don't you
24         use the --
25              MR. GALVIN:  So, for Exhibit
```

002418

Robert Landis

Page 201

1    15 and Exhibit 18, I haven't read

2    it yet, but I just notice it's

3    designated highly confidential.

4    So, if we're going to use this, it

5    should be a separate sealed part

6    of the transcript.

7            MR. ROBINSON:  I agree.

8            Is that the second document?

9            MR. GALVIN:  It's 15 and 18.

10           MR. PANISH:  I don't have

11   the exhibits.

12           -  -  -

13           (Whereupon, an

14   off-the-record discussion was

15   held.)

16           -  -  -

17           MR. GALVIN:  So, whoever

18   hasn't signed the protective

19   order, I don't know if Larry

20   signed on to it.

21           MR. ROBINSON:  Will you

22   stipulate -- Larry, you signed the

23   protective order?

24           MR. WILLIS:  I've signed it.

25           MR. ROBINSON:  Brian, you

Robert Landis

Page 202

1          have signed it?

2                    MR. PANISH:  Yes.

3                    MR. ROBINSON:  And my whole

4          staff has.

5                    MR. GALVIN:  Okay.

6                    MS. GILFORD:  Mark, can you

7          get us the names of everybody who

8          has signed, if you haven't done

9          that already?

10                   MR. ROBINSON:  I will.

11         Diana, will you remind me to get

12         names of people that --  my whole

13         committee signed.

14                        -   -   -

15                   (Whereupon, an

16         off-the-record discussion was

17         held.)

18                        -   -   -

19                   MR. PANISH:  Which one is

20         73, the last two numbers?

21                   MR. GALVIN:  15.  That's 15.

22                        -   -   -

23                   (Whereupon, the following

24         testimony related to Exhibit 15

25         was held under separate

Robert Landis

```
 1          confidential cover.)

 2                   -   -   -

 3

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Robert Landis

Page 222

1    BY MR. ROBINSON:

2         Q.    Let's go to the next

3    exhibit, which I think is Exhibit 16, and

4    this is a memo from Koji.

5              MR. GALVIN:  Can you make it

6         bigger.

7              MR. ROBINSON:  Can you blow

8         it up?  Good.  Even bigger, if you

9         can.  Even a little wider.

10             MR. GALVIN:  Some of us were

11        born after you guys -- before you

12        guys.

13             MR. ROBINSON:  Make it big.

14        There you go.

15             MR. GALVIN:  That's better.

16   BY MR. ROBINSON:

17        Q.    Okay.

18             So, I want to know if you

19   know any of these names on this memo

20   here.  But look at the one in front of

21   you.  The first one, it says "Koji

22   Sakakibara."

23             MR. GALVIN:  If you want to

24        get up so you can read it --

25             THE WITNESS:  I can read

002422

Robert Landis

Page 223

```
1            that easier than I can read this.
2    BY MR. ROBINSON:
3            Q.    Do you know Koji Sakakibara?
4            A.    No, I do not.
5            Q.    Then do you know Yoshioka --
6    do you know a Mr. Yoshioka?
7            A.    No, I do not know that name
8    either.
9            Q.    Okay.
10           Do you know a Shunsuke
11   Noguchi?
12           A.    I do not.
13           Q.    Did you meet any of these
14   people I mentioned, Koji or Yoshioka or
15   Shunsuke Noguchi, when you were back at
16   Toyota in August?
17           A.    No, none of these names look
18   familiar or sound familiar.
19           Q.    Okay.
20           What about the next one, N.
21   Kitsura, do you remember him?
22           A.    No, no.
23           Q.    Did you meet him?
24           A.    I did not meet him.  And I'm
25   trying to make sure I understand what his
```

Robert Landis

Page 224

1    name actually is.

2            Q.     Okay.

3            A.     But it doesn't sound or look

4    anything like any of the names that I had

5    heard.

6            Q.     Okay.

7                   What about a Mr. Kako,

8    K-A-K-O, do you remember meeting him?

9            A.     No, I don't recall.

10           Q.     Okay.

11                  What about a Mr. Kato,

12   K-A-T-O?

13           A.     That also does not ring a

14   bell.

15           Q.     Okay.

16                  What about Mr. Hirokazu

17   Sakamoto?

18           A.     No.

19           Q.     What about Koji Takara?

20           A.     No.

21           Q.     What about Keiichi

22   Fukushima?

23           A.     Also, the name doesn't ring

24   a bell at all.

25           Q.     What about a Mr. Washino?

002424

Robert Landis

Page 225

1          A.     Also do not know the person.

2          Q.     What about Mr. Yamaguchi?

3          A.     Yamaguchi is a pretty common

4     name.  I don't recall meeting anybody

5     with that name on my trip in August or no

6     one that I could relate to.

7          Q.     Before you sat here today,

8     have you read any of the names I've

9     mentioned in any documents of Toyota up

10    to this date?

11         A.     No.

12         Q.     Okay, good.

13                And then what about, I guess

14    it's Mr. Kawamu, R-Kawamu?

15         A.     It doesn't ring a bell.

16         Q.     What about Mr. Yamai?

17         A.     Also doesn't ring a bell.

18         Q.     What about Mr. Kanamori?

19         A.     I don't recognize that name.

20         Q.     What about Mr. S. Sakamat?

21         A.     I don't recognize it.

22         Q.     What about a guy with the

23    first name, I guess the name is Yoji,

24    Y-O-J-I?

25         A.     None of these names sound

002425

Robert Landis

Page 226

1    familiar at all to me.

2          Q.    This memo went to all

3    concerned staff, right?

4          A.    That's what it says, yes.

5          Q.    It says, "Thank you for your

6    continued business.  I am Sakakibara from

7    TEC-2Gr."

8                What is TEC?

9          A.    I'm not sure.

10         Q.    Okay.

11               Was that a Toyota division,

12   or something like that?

13         A.    I don't know.

14         Q.    It says, "The following

15   information has been received from

16   TMS-PQSS Public Affairs Group regarding

17   the above (America ES350

18   article...addition #2)."

19               Would the article -- strike

20   that.

21               The date of this e-mail is

22   what, September 1st, 2009?

23         A.    That's what it appears to

24   be, Tuesday, the 1st of September.

25         Q.    Wasn't that right after the

002426

Robert Landis

Page 227

1    Saylor accident?

2         A.    Yes.

3         Q.    You investigated the Saylor

4    accident, right?

5         A.    Yes, I did.

6         Q.    And was there any crush

7    damage to the interior of the driver feet

8    or leg compartment?

9         A.    Yes, there was some damage.

10        Q.    What did you see?

11        A.    I'd have to review my

12   photographs.  I don't recall.

13        Q.    So, you took photos?

14        A.    I did.

15        Q.    Did you take measurements?

16        A.    I might have taken some

17   measurements.  I don't recall.

18        Q.    Okay.

19              So, you have those, right,

20   somewhere?

21        A.    Yes.

22        Q.    You kept notes --

23              MR. GALVIN:  And just so --

24        this deposition of him is not on

25        Saylor, so --

002427

Robert Landis

Page 228

1              MR. ROBINSON:  I'm getting

2         off it.  I just --

3              MR. GALVIN:  Okay.  Because

4         I'm not going to allow him to

5         answer any more questions on

6         Saylor.

7              MR. ROBINSON:  Okay.  Go

8         ahead.

9    BY MR. ROBINSON:

10        Q.    Now, "During the floor mat

11   sticking issue of 2007, TMS suggested

12   that there would be a 'fail safe option

13   similar to that used by other companies

14   to prevent unintended acceleration.'"

15             Did I read that right?

16        A.    Yes.

17        Q.    And by "TMS," that's where

18   you work, right, TMS, Toyota Motor Sales,

19   right?

20        A.    That's correct.

21        Q.    So, do you remember someone

22   at TMS back in 2007 suggesting that there

23   should be a fail-safe option similar to

24   that used by other companies to prevent

25   unintended acceleration?

Robert Landis

Page 229

1    A.    No, I was not part of any of
2    this.
3    Q.    "I remember being told by
4    the accelerator pedal section Project...
5    Manager at the time (Mr. M) that 'This
6    kind of system will be investigated by
7    Toyota, not by Body Engineering
8    Division.'"
9         Is that the same Mr. M that
10   you have been talking to us about?
11   A.    I have no idea.  I don't
12   know who this Mr. M refers to.
13   Q.    What is the name of the Mr.
14   M that you met with back in Japan?
15   A.    Mr. Miyazaki.
16   Q.    And you said his first
17   initial might be M?
18   A.    It might be, but I'm sure
19   there's lots of other people with the
20   initial M, including yourself.
21
22   MR. PANISH:  Objection.  Move to
23   strike as nonresponsive.
24   MR. ROBINSON:  Move to
25   strike.

002429

Robert Landis

Page 230

1    BY MR. ROBINSON:

2           Q.    I go with the flow.

3           A.    I really don't know who this

4    Mr. M is.

5           Q.    "Also, that information

6    concerning the sequential inclusion of a

7    fail safe system would be given by Toyota

8    to NHTSA when Toyota was invited in

9    2008."

10          Do you know if Toyota,

11   either Toyota Motor Sales, where you are

12   from, or Toyota Motor Corp., met with

13   NHTSA sometime in 2008?

14          A.    I don't know.

15          Q.    Didn't you say earlier that

16   you had a meeting with NHTSA in 2008?

17          A.    No.  What I mentioned was, I

18   have a presentation from a meeting that

19   took place with NHTSA, but I think it

20   took place prior to that, and it was on

21   the electronic throttle control system

22   and its fail-safes.

23          Q.    But you went to that

24   meeting, right?

25          A.    No, I did not.

Robert Landis

Page 231

1          Q.    Oh, you just looked at a

2   presentation?

3          A.    That's correct.

4          Q.    Okay.

5                Are you sure it wasn't this

6   one here, the one they are talking about?

7          A.    I'm not certain of it.  It

8   just seemed to me that the time frame of

9   that presentation was back before 2008.

10         Q.    Then it says, "Furthermore,

11  taking into account" -- wait a minute.  I

12  want to go back up.

13               It says, "In light of the

14  information that '2 minutes before the

15  crash an occupant made a call to 911

16  stating that the accelerator pedal was

17  stuck and the vehicle would not stop,' I

18  think that Body Engineering Division

19  should act proactively first (investigate

20  issues such as whether the accelerator

21  assembly structure is the cause, how to

22  secure the floor mats, the timing for

23  introducing shape improvements)."

24               Did you know that this

25  statement was being made at that time?

Robert Landis

Page 232

1          A.    No, I didn't.

2          Q.    Then it says, "Furthermore,

3    taking into account the circumstances

4    that 'in this event a police officer and

5    his entire family including his child

6    died,' TMS-PQSS Public Affairs Group

7    thinks that 'the NHTSA and the USA public

8    already hold very harsh opinions in

9    regards to Toyota.' (As I think you

10   know, in some cases in the USA 'killing a

11   police officer means the death

12   penalty')."

13          You never knew that

14   statement was being made before today?

15          A.    Yes, that's correct, I did

16   not.

17          Q.    "In light of the above, it

18   would not be an exaggeration to say that

19   even more than the nuance of the

20   information passed from Customer Quality

21   Engineering Division External Relations

22   Department to Body Engineering Division,

23   'the NHTSA is furious over Toyota's

24   handling of things, including the

25   previous Tacoma and ES issues.'"

002432

Robert Landis

Page 233

1              What are the previous Tacoma

2     and ES issues?

3          A.    I don't know what they are

4     referring to.  The ES was involved in a

5     recall regarding the all weather floor

6     mats.  That could be what the issue --

7          Q.    In 2007?

8          A.    In 2007, November of 2007.

9              I want to restate something.

10    I had seen that quote before, "killing a

11    police officer means the death penalty."

12    I had seen some segment of that.  I have

13    never seen it in the context of this.

14         Q.    Where did you see it?

15         A.    And that I don't know.  I

16    don't know if --

17         Q.    Was that in a memo?

18         A.    I don't recall where it was.

19         Q.    I mean a memo in your job

20    working for TMS?

21         A.    I don't know if it was a

22    memo or somebody had picked it up and put

23    it in the newspaper or whatever it was.

24    But it does look familiar to me.

25         Q.    I mean, you certainly were

Robert Landis

Page 234

1    reading it, you know, with an eye as your

2    responsibility working for TMS, right?

3           A.    I don't quite understand

4    that.

5           Q.    Well, what did you do when

6    you read that?

7           A.    I don't know what I did when

8    I read that.  I just remember reading

9    that.

10          Q.    Did you talk to anybody at

11   the company?

12          A.    I don't recall if I had

13   spoken to somebody or not.

14          Q.    Is it the kind of thing you

15   might have spoken to somebody about at

16   the company?

17          A.    I might have, unless there

18   was something that went along with it

19   that had some explanation related to it.

20   I just don't remember.  But seeing that

21   reminds me I have seen it before.

22          Q.    Okay.

23                Then it says, "Considering

24   the importance of this matter, any

25   correspondence regarding" the "issue

Robert Landis

Page 235

1    including the reply from Body

2    Engineering, no matter how small, must be

3    sent to the Customer Quality Engineering

4    Division General Manager and the Customer

5    Quality Engineering Division External

6    Relations Department General Manager.

7    (If possible, please exchange information

8    with the Customer Quality Engineering

9    Division rather than replying to me.)"

10             Do you know, are these

11   customer quality engineering divisions

12   that they are referring to, is that in

13   Toyota Motor Sales or is that at Toyota

14   Motor Corp.?

15        A.     There are people from that

16   group that are stationed at Toyota Motor

17   Sales.  There are people from that group

18   that are stationed in Japan at TMC.

19        Q.     Right after that accident

20   happened, did you participate in

21   meetings --

22        A.    Me, personally?  No.

23        Q.    -- at Toyota Motor Sales?

24        A.    I have never participated in

25   a meeting regarding anything that I can

Robert Landis

Page 236

1    think of related to this.

2        Q.    How about once the accident

3    happened, did some superior call a

4    meeting at Toyota Motor Sales and say,

5    you know, Mr. Landis, I want you to

6    attend, we've got to do something here,

7    and then start discussing what they are

8    doing?

9        A.    There very well could have

10   been meetings like that.  I did not

11   attend such a meeting.

12       Q.    By the way, going back to

13   your choosing what meetings to go to when

14   you were back in Japan earlier this

15   month, you said that when they started

16   talking about the brake override system,

17   that you left that meeting and went off

18   into electronic throttle control meeting?

19       A.    That's correct.

20       Q.    I mean, were there various

21   meetings going on in various rooms?

22       A.    These are discussions, not

23   formal meetings, and, yes, there was

24   basically some different engineers from

25   TMC talking to both us engineers, as well

Robert Landis

Page 237

1    as the attorneys, about these different

2    systems.

3          Q.    Why did you walk away from

4    the brake override meeting?

5          A.    Because my interest is in

6    the electronic throttle control system.

7          Q.    Well, as you understood it,

8    at least the reflashing of the electronic

9    control unit for the electronic control

10   system is part of that system, right?

11         A.    That's correct.

12         Q.    So, why wouldn't you want to

13   know that?

14              MR. GALVIN:  Well, I'm going

15         to object as argumentative.

16   BY MR. ROBINSON:

17         Q.    Will you explain why you

18   left?

19              MR. GALVIN:  Well, he's

20         explained it three times now.

21              MR. ROBINSON:  I haven't

22         heard really why.

23              THE WITNESS:  Well --

24   BY MR. ROBINSON:

25         Q.    Go ahead.

002437

Robert Landis

Page 238

1          A.     Just my choice was to listen

2     more about the actual electronic throttle

3     control system.

4          Q.     Why?

5          A.     Because I have an interest

6     in the electronic throttle control

7     system, and I wanted to learn more about

8     it.

9          Q.     Did you consider the brake

10    override change to be a safety item?

11         A.     Did I consider it to be a

12    safety item?  No.  I considered it to be

13    a customer confidence item.

14         Q.     Is that sort of the language

15    that you've been given by Toyota to use

16    for the brake override?

17         A.     Toyota hasn't given me any

18    language with respect to that.

19         Q.     Where did you come up with

20    that word "confidence"?

21         A.     Because that's what it is

22    about.  It is about giving a customer

23    extra confidence.

24         Q.     Did you read a document that

25    said that, a Toyota document?

002438

Robert Landis

Page 239

1           A.      I imagine I've read Toyota

2     documents that state that.

3           Q.      Is that where you got the

4     idea to use that word "confidence"?

5           A.      I don't know if that's where

6     I got the idea to use it or whether it's

7     my own interpretation of it.

8           Q.      So, in the hypothetical I

9     gave you earlier where, for whatever

10    reason, it could be a floor mat, it could

11    be a pedal, it could be anything, a

12    vehicle is accelerating and you have a

13    brake override, you know, reflash that

14    you can actually hit the brakes and stop

15    the vehicle, wouldn't you agree that

16    would also be a safety item in addition

17    to confidence?

18          A.      Well --

19          Q.      Go ahead.

20          MR. GALVIN:  Go ahead.

21          THE WITNESS:  I would just

22          step on the brake pedal.

23    BY MR. ROBINSON:

24          Q.      And if you hit the brake

25    pedal, you could bring the car to a stop,

002439

Robert Landis

Page 240

1    right?

2            A.      That's correct.

3            Q.      And if you couldn't bring

4    the car to a stop because you didn't have

5    the brake override feature, then you

6    could maybe crash the vehicle, right?

7                    MR. GALVIN:  Mark, I'm not

8            going to -- he's not here to

9            answer hypotheticals.

10                   MR. ROBINSON:  I'm just

11           asking one question.

12                   MR. GALVIN:  Well, no.

13                   MR. ROBINSON:  I'll withdraw

14           the question.

15                   MR. GALVIN:  It is not

16           within the scope of the categories

17           that he's talking about.  You are

18           asking hypothetical questions,

19           asking for substantive

20           opinion-type questions.  I've let

21           it go on for some period of time.

22           I'm not going to let it persist

23           forever.  It is not part of the

24           scope of these depos.

25                   MR. ROBINSON:  Well, I

002440

Robert Landis

Page 241

1          disagree.  I think that the

2          electronic control module is part

3          of the -- strike that.

4     BY MR. ROBINSON:

5          Q.    Wouldn't you agree, sir,

6     that the electronic control module, the

7     components that control the electronic

8     throttle control system, are part of that

9     system?

10         A.    Part of?

11         Q.    The electronic control --

12         A.    The software --

13         Q.    -- the throttle control

14    system.

15         A.    The throttle control system

16    software resides in certain CPUs in the

17    ECU.

18              MR. GALVIN:  Then let me

19         just state for the record, the

20         category, then, that relates to

21         that is, "A general description of

22         the testing done to confirm the

23         performance of the ETCS system,

24         including the evolution of the

25         ETCS design and development and

Golkow Technologies, Inc. - 1.877.370.DEPS

002441

Robert Landis

Page 242

1        testing."  It doesn't include

2        hypotheticals of crash situations.

3        So, I'm not telling him he can't

4        testify about what he's here to

5        testify about.  He's not going to

6        testify about hypothetical crash

7        situations or his investigation of

8        a crash.

9            MR. ROBINSON:  But my last

10        question didn't really ask that.

11   BY MR. ROBINSON:

12        Q.    I'm just asking you, isn't

13   the brake override reflash part of the

14   electronic throttle control system?

15        A.    It ties into the electronic

16   throttle control system.  I don't know

17   how the software resides relative to the

18   electronic throttle control system.

19        Q.    So it ties in there, right?

20        A.    That's my belief.

21        Q.    Let's go to the next

22   exhibit, which is Number 16, or it

23   actually is Number 17.

24            MR. GALVIN:  17.

25            MR. ROBINSON:  Yeah.

002442

Robert Landis

Page 243

1    BY MR. ROBINSON:

2           Q.    Okay.  Are you ready?

3                 This is dated September

4    23rd, 2009.  That's about three weeks

5    after the last document, right?

6           A.    Yes.

7           Q.    That's, yeah, about 22 days

8    after September 1st, right?

9           A.    That's correct.

10          Q.    2009, right?

11          A.    That's correct.

12          Q.    So, who is George Morino?

13          A.    George Morino is the

14   national manager over the compliance

15   group at TMS.

16          Q.    And what is the compliance

17   group at TMS?  What do they do?

18          A.    They are involved in working

19   with implementing recalls and special

20   service campaigns.

21          Q.    Who is Bob Waltz?

22          A.    Bob Waltz is George Morino's

23   vice president.

24          Q.    Who is -- Mr. Daly works in

25   your office, right?

Robert Landis

Page 244

1          A.     Mr. Daly works for Toyota

2     Motor Sales, yes.

3          Q.     And that last sentence in

4     the first paragraph where it says, "This

5     blindsided TMS and resulted in

6     discussions with Mr. Daly and Yokoyama to

7     change the policy regarding press

8     releases on campaigns."

9                 Mr. Daly works in the legal

10    department, right?

11         A.     Mr. Daly does not work in

12    the legal department.  Mr. Daly is a

13    senior vice president of Toyota Motor

14    Sales.

15         Q.     And what about Mr. Yokoyama?

16         A.     Yeah.  Mr. Yokoyama, I don't

17    know who that is.

18         Q.     Okay.

19                Have you ever seen this

20    document before?

21         A.     I don't believe so.  None of

22    it looks familiar to me.

23         Q.     Where it says, next

24    sentence, second paragraph, first

25    sentence, it says, "TMC on the other hand

Robert Landis

Page 245

1    will most likely not...budge from their

2    position that there is no vehicle

3    defect."

4              Did I read that right?

5         A.    Yes.

6         Q.    Have you ever seen this

7    document before?

8         A.    As I mentioned before, I

9    don't believe so.  I don't recognize any

10   of this.

11        Q.    Who is Bob Waltz?

12        A.    Bob Waltz.

13             MR. GALVIN:  You just asked

14        him that.

15   BY MR. ROBINSON:

16        Q.    Go ahead.

17        A.    He is the vice president to

18   which George Morino reports to.

19        Q.    Who is Gary Smith?

20        A.    Gary Smith is our corporate

21   manager who Bob Waltz presides over.

22        Q.    Do you see, going down to

23   the last paragraph, it says, "However, it

24   may be too late to formulate any

25   vehicle-side 'remedy' (i.e. ECM logic,

002445

Robert Landis

Page 246

1    hinged pedal, etc.) In time for the NHTSA

2    meeting."

3                    Did I read that right?

4          A.    That's what it says.

5          Q.    So, if you were, as an

6    engineer, you are looking at a

7    "vehicle-side 'remedy' (...ECM logic),"

8    what does ECM logic refer to?

9          A.    ECM logic refers to the

10   software in the ECM.

11         Q.    So, like a brake override

12   software?

13         A.    Brake override software

14   would fall into that category.

15         Q.    What does hinged pedal mean?

16         A.    I don't know what hinged

17   pedal means directly.  It could be a

18   pedal that's hinged in a different way

19   such as a pedal that's hinged off the

20   floor.

21         Q.    Okay.

22                Let's go to the next

23   exhibit, which is Number 18.  And I

24   understand this is subject to the same

25   highly confidential protection that the

Robert Landis

Page 247

1    previous -- I think it was Exhibit 15 is

2    under.

3                         -  -  -

4                (Whereupon, the following

5           testimony related to Exhibit 18

6           was held under separate

7           confidential cover.)

8                         -  -  -

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

002447

Robert Landis

Page 257

1                    -   -   -

2              MR. ROBINSON:  Can we go to

3       Exhibit Number 21?

4              MR. GALVIN:  While you are

5       getting organized, he brought the

6       notes that he was referring to, if

7       you want to mark those.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

002448

Robert Landis

Page 258



002449

Robert Landis

Page 259

1 ████████████████████████████████

2 ████████████████████████████████

3 ████████████████████████████████

4 ████████████████████████████████

5          Q.     Is there any handwriting on

6    this Exhibit Number 21 that's your

7    handwriting?

8          A.     I don't believe so.

9          Q.     Are there any notes you made

10   on that document?

11         A.     No, not on it.

12         Q.     Okay.

13                You are not claiming that

14   these are the notes that you referred to

15   earlier in the deposition, are you?

16         A.     Yes, these are the notes I

17   brought with me to my deposition.

18         Q.     Okay.  Thank you.

19         A.     Maybe I should clarify.  I

20   mean, to me, notes means even something

21   that I used such as something like a.  To

22   me, this is my go-to document for the

23   throttle control system.

24         Q.     Okay.  Thank you.

25                MR. ROBINSON:  Why don't we

Robert Landis

Page 260

1          go to the next exhibit, 21.  Did

2          you give them a copy?  I'm sorry,

3          20.  I meant it's Exhibit 20.

4                    -  -  -

5               (Whereupon, Deposition

6          Exhibit Landis-20, Toyota ETCS how

7          it works - Search, 21 pages, was

8          marked for identification.)

9                    -  -  -

10   BY MR. GALVIN:

11          Q.    You might want to also look

12   at Exhibit Number 1 also.  Is this 1?

13          A.    Yes, it is.

14          Q.    If we can sort of compare

15   Exhibit 1 with the third to last page in

16   that PowerPoint.

17               For the record, this Exhibit

18   Number 20 we got off the Toyota Canada

19   website.  Do you see that at the front of

20   the document there?

21          A.    Where am I looking to see?

22          Q.    Well, we have a -- the first

23   page.

24          A.    Oh.  This one that's "Toyota

25   Canada Inc. presentation to Standing

Robert Landis

Page 261

1    Committee on Transport"?  Is that what

2    you are saying?

3            Q.    The first one.

4            A.    The first one.

5            Q.    Let me look.  I can't look.

6    Let me see.  It is tab 9.  Do you see

7    that?

8            A.    Oh, tab 9.  Okay.

9            Q.    Yeah.

10           A.    Okay.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

002452

Robert Landis

Page 262

1      ████████████████████████████

2           Q.    Okay.

3                So, now, earlier today, you

4      showed us  -- you told us about the

5      difference of a drive by cable and then

6      the ETCS with contact type accelerator

7      and then the ETCS with the drive by cable

8      with the contact type accelerator pedal

9      position sensor and throttle position

10     sensor, and then the ETCS contact type

11     accelerator pedal and non contact type

12     throttle position sensor.  I think you

13     even had one of those earlier, right, to

14     show us.  And then the last one is ETCS-i

15     non contact type accelerator pedal and

16     throttle position sensor.  Do you see

17     they are all on the legend on the left

18     side of Exhibit Number 20?

19          A.    I see them now.

20     ████████████████████████████

21     ████████████████████████████

22     ████████████████████████████

23     ████████████████████████████

24     ████████████████████████████

25     ████████████████████████████

002453

Robert Landis

Page 263



002454

Robert Landis

Page 264



002455

Robert Landis

Page 265

17          And, in fact, Harold Clyde

18   has been at some inspections with you,

19   right?

20        A.    Harold Clyde has been at

21   some inspections with me, yes.

22        Q.    Was he with you at the

23   Alberto inspection?

24        A.    I have never inspected the

25   Alberto vehicle.

Robert Landis

Page 266

1          Q.     Did he inspect the Alberto

2     car?

3          A.     Yes, he did.

4          Q.     So, if we go to Exhibit 20,

5     there was a pedal and floor mat group of

6     recalls earlier this year on some of

7     these vehicles, right?

8          A.     Yes, that's correct.

9          Q.     And would you agree that

10    those vehicles included the Corolla, 2009

11    Corolla, actually 2009/2010 Corolla, the

12    2008 to 2010 Highlanders, the 2009 and

13    '10 Matrix, 2004 through 2009 Priuses,

14    the 2008 to 2010 Sequoias -- actually,

15    the 2010 Prius as well, the 2005 to 2010

16    Tacomas, 2007 to 2010 Tundras, 2009 to

17    2010 Venza, the 2007 to 2010 Camrys?

18         A.     That is supposed to be which

19    recall are you referring to?

20         Q.     Combination either floor mat

21    and/or pedal.

22         A.     Okay.  As a combination of

23    those both recalls, that sounds correct.

24         Q.     And at least those recalls

25    did get the brake override reflash,

002457

Robert Landis

Page 267

1    right?

2         A.    I'm not certain that all

3    those vehicles got the brake override

4    reflash.

5         Q.    Then if you look at Exhibit

6    Number -- let's look at Exhibit Number

7    20.  Recently, or actually two days ago,

8    the 2005 through 2008 Corollas were

9    recalled, right?

10        A.    Yes, that's correct.

11        Q.    And then also the 2005 and

12   2000 -- actually, the 2008 Matrixes were

13   recalled, right?

14        A.    Yes, that's correct.  That's

15   my belief.  I haven't studied any

16   documents related to the Corolla and

17   Corolla Matrix recall.

18        Q.    Now, would it be true, even

19   looking at your Exhibit Number 1, that

20   the Toyota Corolla vehicles that were

21   recalled and the Matrix vehicles that

22   were recalled just last week, neither of

23   them had a combination of non contact

24   Hall effect sensors at the TPS and the

25   APPS, right?

Robert Landis

Page 268

1          A.     Well, the Corolla and the

2     Corolla Matrix, particularly the Corolla

3     Matrix, has two different engines.  One

4     of those engines utilizes a mechanical

5     throttle system.  The other engine

6     utilized Hall effect sensor at the

7     throttle and a resistive sensor at the

8     accelerator.  That's what you had said.

9          Q.    So I was right?

10         A.    Yes.

11         Q.    So, in other words, the

12    Corolla and Matrix that had both the Hall

13    effect sensors at the TPS and the APPS

14    were not part of the recall?

15         A.     That's a different

16    generation Corolla and different

17    generation Matrix.

18         Q.    And those vehicles were part

19    of the prior recall that received the

20    brake override already, right?

21         A.     I don't recall whether they

22    were part of the recall that received the

23    brake override or not.  It's possible.

24         Q.    Well, do you know whether

25    the actual vehicles that were just

002459

Robert Landis

Page 269

1    recalled were not part of the original

2    recall for the floor mats and/or the

3    pedals with the reflash?

4         A.    I don't know what recalls,

5    if any, that the vehicles that are now

6    part of this recall for the Delphi

7    control unit, whether they were part of

8    any of those recalls.

9         Q.    Have you attempted to

10   analyze to see which vehicles were

11   recalled by Toyota to include a change in

12   the -- to add the brake override system?

13            MR. GALVIN:  Hold on.

14        That's way beyond what he's here

15        to talk about.  I told you he's

16        not here to talk about BOS.

17        Asking him whether he's tried to

18        analyze it is way beyond --

19            MR. ROBINSON:  I'll wait for

20        your next guy.  That's fine.  I'll

21        withdraw the question.

22   BY MR. ROBINSON:

23        Q.    Okay.

24            Now, let's go to, I want to

25   ask you some questions generally here.

002460

Robert Landis

Page 270

1              You understand pretty much

2     where parts -- strike that.

3              For example, let's suppose

4     you wanted to get a part number at Toyota

5     Motor Sales to analyze to see if there

6     has been any other -- let's take a

7     hypothetical.

8              Let's suppose you have a

9     part that's damaged, let's say a throttle

10    plate with some damage on it, and so you

11    have a part number.  At Toyota Motor

12    Sales, if you wanted to go back and check

13    to see, you know, how many of those parts

14    were made and if there were other parts

15    damaged with the same part number, how

16    would you do that?

17         A.    How would that be done at

18    Toyota?

19         Q.    Yes, Motor Sales.

20         A.    Because that's not part of

21    my job function.

22              MR. GALVIN:  Just so you

23         know, he's not here to talk about

24         that.  That's a warranty function,

25         and that's a different witness.

Robert Landis

Page 271

1    BY MR. ROBINSON:

2            Q.    Okay.

3                  But just if you know, tell

4    me what you would do if you wanted to

5    know that.

6            A.    Yeah.  You would query the

7    warranty system by that part number, and

8    that would return what parts have been

9    replaced under warranty with that

10   particular part number.

11                 MR. ROBINSON:  So, Vince,

12           you are telling me that somebody

13           else is going to be produced on

14           warranty?

15                 MR. GALVIN:  Yes.  You have

16           a category that talks about

17           warranty.

18                 MR. ROBINSON:  That will be

19           probably September 10th?

20                 MR. GALVIN:  No.  I don't

21           think it will be September 10th.

22                 MR. ROBINSON:  Okay.

23   BY MR. ROBINSON:

24           Q.    In other words, there's a

25   way for at least you working at Toyota

002462

Robert Landis

Page 272

1    Motor Sales, or somebody that really

2    understands the warranty system, to see

3    what a part number is and determine how

4    many of those parts had been damaged to

5    see if there's more than one isolated

6    problem, correct?

7         A.    Well, there's a couple of

8    parts to your question.  One is, there's

9    the ability to look up a part number

10   based on the vehicle model, model year.

11   There's a system to do that, a parts view

12   system.  The second is, you can look

13   using warranty to see how many of those

14   parts were replaced under warranty.

15        Q.    Would you also be able to

16   tell from some documentation at Toyota

17   Motor Sales who the manufacturer of that

18   part was?

19        A.    It's possible that somebody

20   in our parts department has the ability

21   to know who the manufacturer was.  In the

22   general warranty system that I'm familiar

23   with, it doesn't point out the

24   manufacturer.

25        Q.    But, I mean, isn't there

002463

Robert Landis

Page 273

1   like an assembly number that maybe the

2   assembly number might identify who the

3   manufacturer of the part was?

4          A.     In our parts system, the

5   portions that I've seen, there is a code

6   that could be assigned to a manufacturer.

7   It always isn't assigned, and it just is

8   associated with parts that are made in

9   North America.  So, if there's a part

10  that comes from Japan, that coding, it

11  just says it comes from TMC.

12              MR. ROBINSON:  Is he going

13         to discuss --

14              MR. GALVIN:  Under category

15         7, it talks about warranty

16         records.  He's a customer

17         complaint person.  He can talk

18         about claims and lawsuits, the

19         documents, the process.  Warranty

20         is specialized.  He's not the

21         warranty person.

22              MR. ROBINSON:  Okay.  So,

23         he's going to cover that.

24         (Indicating Mr. Slavik.)

25              How much time?

002464

Robert Landis

Page 274

1        Let's go off the record
2        then.  I have 12 minutes.  Maybe
3        Brian will give me some time
4        later.  But I think at this point,
5        I'm going to turn it over to you
6        to go through number 7.
7            MR. PANISH:  Let's take a
8        five-minute break.
9            MR. ROBINSON:  Let's take a
10       break.  Do you mind?
11           MR. GALVIN:  That's fine.
12           THE VIDEOTAPE TECHNICIAN:
13       The time is now 2:17 p.m., and
14       we're off the record.  This marks
15       the end of Tape Number 3.
16               -  -  -
17           (Whereupon, a recess was
18       taken from 2:17 p.m. until
19       2:29 p.m.)
20               -  -  -
21           THE VIDEOTAPE TECHNICIAN:
22       The time is now 2:29 p.m., and
23       we're back on the record.  This
24       marks the beginning of Tape
25       Number 4.

002465

Robert Landis

Page 275

1    BY MR. ROBINSON:



002466