CARI K. DAWSON (GA SBN 213490)
Email: cari.dawson@alston.com
**ALSTON + BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: (404) 881-7766
Facsimile: (404) 253-8567

LISA GILFORD (CA SBN 171641)
Email: lisa.gilford@alston.com
**ALSTON + BIRD LLP**
333 South Hope Street, 16th Floor
Los Angeles, CA 90071
Telephone: (213) 576-1000
Facsimile: (213) 576-1100

***Lead Defense Counsel for Economic Loss Cases***

VINCENT GALVIN, JR. (CA SBN 104448)
Email: vincent.galvinjr@bowmanandbrooke.com
**BOWMAN AND BROOKE**
1741 Technology Drive, Suite 200
San Jose, CA 95110
Telephone: (408) 279-5393
Facsimile: (408) 279-5845

JOEL SMITH (SC SBN 5266)
Email: joel.smith@bowmanandbrooke.com
**BOWMAN AND BROOKE**
1441 Main Street, Suite 1200
Columbia, SC 29201
Telephone: (803) 726-7420
Facsimile: (803) 726-7421

***Lead Defense Counsel for Personal Injury/Wrongful Death Cases***

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

IN RE: TOYOTA MOTOR CORP. UNINTENDED ACCELERATION MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION

This document relates to:

**ALL ECONOMIC LOSS CASES**

Case No.: 8:10ML2151 JVS (FMOx)

**NOTICE OF FILING REDACTED VERSIONS OF DOCUMENTS SUBJECT TO TOYOTA'S APPLICATION TO FILE AND MAINTAIN UNDER SEAL DOCUMENTS IN SUPPORT OF (1) TOYOTA'S RESPONSE TO CERTAIN ECONOMIC LOSS PLAINTIFFS' MOTION FOR THE APPLICATION OF CALIFORNIA LAW AND (2) TOYOTA'S CROSS-MOTION FOR CHOICE-OF-LAW DETERMINATION AS TO ALL ECONOMIC LOSS CASES AND PLAINTIFFS BEFORE THIS COURT**

**PART 10 OF 10 [EXHIBITS FF-II]**

Date: May 16, 2011
Time: 3:00 pm
Location: Court Room 10C
Judicial Officer: Hon. James V. Selna

1

NOTICE OF FILING REDACTED VERSIONS OF DOCUMENTS SUBJECT TO TOYOTA'S APP. TO FILE AND MAINTAIN UNDER SEAL DOCUMENTS IN SUPPORT OF TOYOTA'S RESP.TO CERTAIN ECON. LOSS PLAINTIFFS' MOTION FOR THE APP. OF CA LAW
LEGAL02/32560545v10

Pursuant to Section 19 of the First Amended Protective Order entered by the Court on January 19, 2011 (Doc. 627) ("Protective Order"), Toyota hereby files redacted versions of the following documents which were submitted to the Court under seal on April 1, 2011 in support of (1) Toyota's Response to Certain Economic Loss Plaintiffs' Motion for the Application of California Law and (2) Cross-Motion for Choice of Law Determination as to All Economic Loss Cases and Plaintiffs Before this Court:

1. The following exhibits to the Declaration of Cari K. Dawson in Support of (1) Toyota's Response to Certain Economic Loss Plaintiffs' Motion for the Application of California Law and (2) Toyota's Cross-Motion for Choice-Of-Law Determination as to All Economic Loss Cases and Plaintiffs Before this Court:[1]

- **Exhibit K** (Ernest Bastien deposition transcript and exhibits), which is attached hereto as Exhibit A;
- **Exhibit M** (Steve Curtis deposition transcript and exhibits), which is attached hereto as Exhibit B;
- **Exhibits N.1 and N.2** (Masanori Hirose deposition transcripts and exhibits), which is attached hereto as Exhibit C;
- **Exhibits O.1 and O.2** (Hijame Kitamura deposition transcripts and exhibits), which are attached hereto as Exhibit D;
- **Exhibit P** (Robert Landis deposition transcript and exhibits), which is attached hereto as Exhibit E;
- **Exhibit Q** (John Lang deposition transcript and exhibits), which is attached hereto as Exhibit F;

[1] Because of the extensive amount of "Confidential" and/or "Highly Confidential" information contained therein (to include personally identifiable information), the following exhibits to the Declaration of Cari K. Dawson cannot be redacted in any meaningful way and thus remain subject to being sealed in their entirety pending the approval of the Court: Exhibit K.K.2; Exhibit K.K.4; Exhibit K.K.5; Exhibit K.K.7; Exhibit K.K.8; and Exhibits OO.1 through OO.5. For that reason, theses exhibits are not being reattached to this Notice.

- **Exhibits R.1 and R.2** (Tsutomo Miyazaki deposition transcripts and exhibits), which are attached hereto as Exhibit G;
- **Exhibits S.1 and S.2** (Takashi Nakanishi deposition transcripts and exhibits), which are attached hereto as Exhibit H;
- **Exhibit T** (Kevin Ro deposition transcript and exhibits), which is attached hereto as Exhibit I;
- **Exhibit U** (Kojiro Tanaka deposition transcript and exhibits), which is attached hereto as Exhibit J;
- **Exhibit V** (Robert Waltz deposition transcript and exhibits), which is attached hereto as Exhibit K;
- **Exhibit W** (Robert Young deposition transcript and exhibits), which is attached hereto as Exhibit L;
- **Exhibit X** (Lucy Barker deposition transcript and exhibits), which is attached hereto as Exhibit M;
- **Exhibit Y** (Wanda Bosse deposition transcript and exhibits), which is attached hereto as Exhibit N;
- **Exhibits Z.1 and Z.2** (Alexander Farrugia deposition transcripts and exhibits), which are attached hereto as Exhibit O;
- **Exhibit AA** (Carole Fisher deposition transcript and exhibits), which is attached hereto as Exhibit P;
- **Exhibit BB** (Connie Kamphaus deposition transcript and exhibits), which is attached hereto as Exhibit Q;
- **Exhibit CC** (Patrick Mann deposition transcript and exhibits), which is attached hereto as Exhibit R;
- **Exhibit DD** (Alison Oliver deposition transcript and exhibits), which is attached hereto as Exhibit S ;

- **Exhibit EE** (Karen Pedigo deposition transcript and exhibits), which is attached hereto as Exhibit T;
- **Exhibit FF** (Georgeann Whelan deposition transcript and exhibits), which is attached hereto as Exhibit U;
- **Exhibit GG** (Carole Young deposition transcript and exhibits), which is attached hereto as Exhibit V;
- **Exhibit HH** (Dionne Colvin deposition transcript and exhibits), which is attached hereto as Exhibit W;
- **Exhibits II.1 and II.2** (Barry Hare deposition transcripts and exhibits), which are attached hereto as Exhibit X;
- **Exhibit JJ** (Doug Stevens deposition transcript and exhibits), which is attached hereto as Exhibit Y;
- **Exhibits LL.1 through LL.76** (Stipulations by Plaintiffs), which are attached hereto as Exhibit Z;
- **Exhibits MM.1 through MM.3** (Stipulations by Toyota), which are attached hereto as Exhibit AA;
- **Exhibits NN.1 through NN.46** (Plaintiffs' financing, purchase and lease agreements), which are attached hereto as Exhibit BB.

2. The Declaration of Steve Appelbaum and exhibits thereto, which are attached hereto as Exhibit CC.

3. The Declaration of Dionne Colvin and exhibits thereto, which are attached hereto as Exhibit DD.

4. The Declaration of Masanori Hirose and exhibits thereto, which are attached hereto as Exhibit EE.

5. The Declaration of Hajime Kitamura and exhibits thereto, which are attached hereto as Exhibit FF.

6. The Declaration of Tsutomo Miyazaki and exhibits thereto, which are attached hereto as Exhibit GG.

7. The Declaration of Takashi Nakanishi and exhibits thereto, which are attached hereto as Exhibit HH.

8. Redacted Memorandum of Points and Authorities in Support of (1) Toyota's Response to Certain Economic Loss Plaintiffs' Motion for the Application of California Law and (2) Toyota's Cross-Motion for Choice of Law Determination as to All Economic Loss Cases and Plaintiffs Before this Court, which is attached hereto as Exhibit II.

The above-listed documents have been redacted to protect against the disclosure of information and materials that have been designated as "Confidential" or "Highly Confidential" by the parties for purposes of the Protective Order, including, without limitation, to protect against the disclosure of personally identifiable information.

///

///

///

///

///

///

///

///

///

///

///

///

///

///

Dated: April 8, 2011

Respectfully submitted,

By: /s/
Lisa Gilford

CARI K. DAWSON (GA SBN 213490)
Email: cari.dawson@alston.com
**ALSTON + BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: (404) 881-7766
Facsimile: (404) 253-8567

LISA GILFORD (CA SBN 171641)
Email: lisa.gilford@alston.com
**ALSTON + BIRD LLP**
333 South Hope Street, 16th Floor
Los Angeles, CA 90071
Telephone: (213) 576-1000
Facsimile: (213) 576-1100

***Co-Lead Defense Counsel for Economic Loss Cases***

VINCENT GALVIN, JR. (CA SBN 104448)
E-mail: vincent.galvinjr@bowmanandbrooke.com
**BOWMAN AND BROOKE**
1741 Technology Drive, Suite 200
San Jose, CA 95110
Telephone: (408) 279-5393
Facsimile: (408) 279-5845

JOEL SMITH (SC SBN 5266)
E-mail: joel.smith@bowmanandbrooke.com
**BOWMAN AND BROOKE**
1441 Main Street, Suite 1200
Columbia, SC 29201
Telephone: (803) 726-7420
Facsimile: (803) 726-7421

***Lead Defense Counsel for Personal Injury/Wrongful Death Cases***