1  Steve W. Berman (*pro hac vice*)
   *steve@hbsslaw.com*
2  HAGENS BERMAN SOBOL
    SHAPIRO LLP
3  1918 Eighth Avenue, Suite 3300
4  Seattle, WA 98101
   Telephone: (206) 268-9320
5  Facsimile: (206) 623-0594

6  Marc M. Seltzer, Bar No. 054534
   *mseltzer@susmangodfrey.com*
7  SUSMAN GODFREY L.L.P.
8  1901 Avenue of the Stars, Suite 950
   Los Angeles, CA 90067-6029
9  Telephone: (310) 789-3102
   Facsimile: (310) 789-3006

10 Frank M. Pitre, Bar No. 100077
   *fpitre@cpmlegal.com*
11 COTCHETT, PITRE & MCCARTHY, LLP
12 840 Malcolm Road, Suite 200
   Burlingame, CA 94010
13 Telephone: (650) 697-6000
   Facsimile: (650) 697-0577
14
15 *Interim Lead Counsel for the Economic Loss Plaintiffs*

16
17                    UNITED STATES DISTRICT COURT
18                    CENTRAL DISTRICT OF CALIFORNIA
                            SOUTHERN DIVISION
19
20 | IN RE: TOYOTA MOTOR CORP. UNINTENDED ACCELERATION MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No. 8:10ML2151 JVS (FMOx) |
   |---|---|
   |  | RESPONSE REGARDING TOYOTA'S FILING OF REDACTED / SEALED DOCUMENTS ON CHOICE OF LAW |
   | This Document Relates To: ALL CASES |  |

Toyota attempts to deflect its improper confidentiality designations by accusing Plaintiffs of failing to follow the protective order procedures (*see* Dkt. No. 1288 p. 2 lines 21-23) and accuses Plaintiffs of "attempting to circumvent" the Protective Order.

No such circumvention was intended, or took place. As Toyota notes in its response "the Court invited Plaintiffs to submit their views" and we did so. The Court asked Plaintiffs for their views and Plaintiffs properly expressed such views. The facts stated are undisputed – Toyota has littered its filing with improper confidentiality designations that are readily apparent – satellite litigation is unnecessary.

Contrary to Toyota's assertions, Plaintiffs, in tabular form, explained why each of the documents was not entitled to confidential treatment – Toyota's response is basically silent on that issue.

Toyota now requests a briefing schedule (*Id*. at p. 4 notes 1 and 2), but Plaintiffs suggest the Court has the documents and can determine without briefing if a document is worthy of protection.

Dated: April 14, 2011

Respectfully submitted,

By:   /s/ Steve W. Berman
          Steve W. Berman (WA SBN 12536)
**HAGENS BERMAN SOBOL
  SHAPIRO LLP**
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 268-9320
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com

- 1 -

010172.25 441293 V1

1
2
3
4
5

By:   /s/ Marc M. Seltzer
      Marc M. Seltzer (CA SBN 054534)
**SUSMAN GODFREY L.L.P.**
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067
Telephone: (310) 789-3102
Facsimile: (310) 789-3006
Email: mseltzer@susmangodfrey.com

6
7
8
9
10
11
12

By:   /s/ Frank M. Pitre
      Frank M. Pitre (CA SBN 100077)
**COTCHETT, PITRE & MCCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
Email: fpitre@cpmlegal.com

*Co-Lead Counsel for*
*Economic Loss Plaintiffs*

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 2 -

010172.25  441293 V1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## PROOF OF SERVICE

    I hereby certify that a true copy of the above document was served upon the attorney of record for each other party through the Court's electronic filing service on April 14, 2011.

                          /s/ Steve W. Berman
                          Steve W. Berman

- 3 -

010172.25  441293 V1