| | |
|---|---|
| CARI K. DAWSON (GA SBN 213490)<br>Email: cari.dawson@alston.com<br>**ALSTON + BIRD LLP**<br>1201 West Peachtree Street<br>Atlanta, GA 30309<br>Telephone: (404) 881-7766<br>Facsimile: (404) 253-8567 | VINCENT GALVIN, JR. (CA SBN 104448)<br>Email: vincent.galvinjr@bowmanandbrooke.com<br>**BOWMAN AND BROOKE**<br>1741 Technology Drive, Suite 200<br>San Jose, CA 95110<br>Telephone: (408) 279-5393<br>Facsimile: (408) 279-5845 |
| LISA GILFORD (CA SBN 171641)<br>Email: lisa.gilford@alston.com<br>**ALSTON + BIRD LLP**<br>333 South Hope Street, 16th Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 576-1000<br>Facsimile: (213) 576-1100 | JOEL SMITH (SC SBN 5266)<br>Email: joel.smith@bowmanandbrooke.com<br>**BOWMAN AND BROOKE**<br>1441 Main Street, Suite 1200<br>Columbia, SC 29201<br>Telephone: (803) 726-7420<br>Facsimile: (803) 726-7421 |
| *Co-Lead Defense Counsel for Economic Loss Cases* | *Lead Defense Counsel for Personal Injury/Wrongful Death Cases* |

LARRY KRAMER (NY SBN 4109963)
Email: lkramer@stanford.edu
Stanford Law School
Crown Quadrangle
559 Nathan Abbott Way
Stanford, CA 94305-8610
Telephone: (650) 723-4455
Facsimile: (650) 723-4669

*Counsel for the Toyota Defendants*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORIA

| | |
|---|---|
| IN RE: TOYOTA MOTOR CORP. UNINTENDED ACCELERATION MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>ECONOMIC LOSS CASES | Case No.: 8:10ML2151 JVS (FMOx)<br><br>NOTICE OF ASSOCIATION OF COUNSEL |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

2  PLEASE TAKE NOTICE that pursuant to this Court's April 14, 2010 Order No. 1, Section 5.1, the Toyota Defendants hereby associate Larry Kramer, Stanford Law School, Crown Quadrangle, 559 Nathan Abbott Way, Stanford, CA 94305-8610, telephone (650) 723-4455, fax (650) 723-4669, as defense counsel in the Economic Loss Cases. Please add the newly associated firm to your service list and to all correspondence.

8  ///
9  ///
10 ///
11 ///
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

| | | |
|---|---|---|
| 1 | Dated: April 19, 2011 | Respectfully submitted, |

By: _____/s/_____
　　　　　　Lisa Gilford

CARI K. DAWSON (GA SBN 213490)
Email: cari.dawson@alston.com
**ALSTON + BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: (404) 881-7766
Facsimile: (404) 253-8567

LISA GILFORD (CA SBN 171641)
Email: lisa.gilford@alston.com
**ALSTON + BIRD LLP**
333 South Hope Street, 16th Floor
Los Angeles, CA 90071
Telephone: (213) 576-1000
Facsimile: (213) 576-1100

*Co-Lead Defense Counsel for Economic Loss Cases*


By: _____/s/_____
　　　　　　Larry Kramer

LARRY KRAMER (NY SBN 4109963)
Email: lkramer@stanford.edu
Stanford Law School
Crown Quadrangle
559 Nathan Abbott Way
Stanford, CA 94305-8610
Telephone: (650) 723-4455
Facsimile: (650) 723-4669

*Counsel for the Toyota Defendants*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

By: _____/s/_____
Vincent Galvin, Jr.

VINCENT GALVIN, JR. (CA SBN 104448)
E-mail: vincent.galvinjr@bowmanandbrooke.com
**BOWMAN AND BROOKE**
1741 Technology Drive, Suite 200
San Jose, CA 95110
Telephone: (408) 279-5393
Facsimile: (408) 279-5845

JOEL SMITH (SC SBN 5266)
E-mail: joel.smith@bowmanandbrooke.com
**BOWMAN AND BROOKE**
1441 Main Street, Suite 1200
Columbia, SC 29201
Telephone: (803) 726-7420
Facsimile: (803) 726-7421

*Lead Defense Counsel for Personal Injury/Wrongful Death Cases*