UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 8:10ML2151 JVS (FMOx) | Date | April 21, 2011 |
| Title | IN RE: TOYOTA MOTOR CORP. UNINTENDED ACCELERATION MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | | |

Present: The Honorable     James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Presetn | Not Present |

**Proceedings:**   (IN CHAMBERS)   Order Striking Notice of Association of Counsel (Docket No. 1324)

The Toyota Defendants have filed a Notice of Association of Counsel ("Notice") purporting to associate Attorney Larry Kramer.  (Docket No. 1324.)

Attorney Kramer is not a member of the bar of the State of California, and is thus not eligible for admission to the bar of this Court.[1]  (Local Rule 83-2.1.)

Attorney Kramer is not eligible for admission *pro hac vice*.  The Local Rules exclude from admission *pro hac vice* an attorney who:

( a ) Resides in California; or

( b ) Is regularly employed in California; or

( c ) Is regularly engaged in business, professional, or other similar activities in California.

(Local Rule 83-2.3.2.)  From the Notice, it would appear that Attorney Kramer is

---

[1] The Notice indicates that he is a member of the bar of the State of New York.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 8:10ML2151 JVS (FMOx) | Date | April 21, 2011 |
| Title | IN RE: TOYOTA MOTOR CORP. UNINTENDED ACCELERATION MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | | |

regularly employed in California and regularly engages in a profession in California.

      Because there is no basis to admit Attorney Kramer to the bar of this Court, the Notice is ordered stricken.  Attorney Kramer's name shall be removed from the docket.

                                                                                                                                                                  00    :    00

Initials of Preparer    kjt