1  Elizabeth J. Cabraser, Bar No. 083151
   *ecabraser@lchb.com*
2  LIEFF CABRASER HEIMANN &
     BERNSTEIN, LLP
3  275 Battery Street, 29th Floor
4  San Francisco, CA  94111-3339
   Telephone:  (415) 956-1000
5  Facsimile:   (415) 956-1008

6  Mark P. Robinson, Jr., Bar No. 054426
   *mrobinson@rcrlaw.net*
7  ROBINSON, CALCAGNIE &
8    ROBINSON
   620 Newport Center Drive, 7th Floor
9  Newport Beach, CA 92660
   Telephone:  (949) 720-1288
10 Facsimile:  (949) 720-1292

11
   Steve W. Berman (*pro hac vice*)
12 *steve@hbsslaw.com*
   HAGENS BERMAN SOBOL
13   SHAPIRO LLP
14 1918 Eighth Avenue, Suite 3300
   Seattle, WA 98101
15 Telephone:  (206) 268-9320
   Facsimile:  (206) 623-0594
16

17 Marc M. Seltzer, Bar No. 054534
   *mseltzer@susmangodfrey.com*
18 SUSMAN GODFREY L.L.P.
   1901 Avenue of the Stars, Suite 950
19 Los Angeles, CA  90067-6029
   Telephone:  (310) 789-3102
20 Facsimile:   (310) 789-3006

21
   Frank M. Pitre, Bar No. 100077
22 *fpitre@cpmlegal.com*
   COTCHETT, PITRE &
23    MCCARTHY, LLP
24 840 Malcolm Road, Suite 200
   Burlingame, CA 94010
25 Telephone: (650) 697-6000
   Facsimile: (650) 697-0577
26
   *Interim Lead Counsel for the Economic
27 Loss Plaintiffs*

28

CARI K. DAWSON (GA SBN 213490)
*cari.dawson@alston.com*
ALSTON & BIRD LLP
1201 W. Peachtree Street
Atlanta, GA  30309
Telephone:  (404) 881-7766
Facsimile:   (404) 253-8567

LISA GILFORD (CA SBN 171641)
*lisa.gilford@alston.com*
ALSTON & BIRD LLP
333 South Hope Street, 16th Floor
Los Angeles, CA 90071
Telephone:  (213) 576-1000
Facsimile:   (213) 576-1100

*Lead Defense Counsel for Economic Loss Cases*

VINCENT GALVIN, JR. (CA SBN 104448)
Email:  vgalvin@bowmanandbrooke.com
BOWMAN AND BROOKE
1741 Technology Drive, Suite 200
San Jose, CA 95110
Telephone:  (408) 279-5393
Facsimile:   (408) 279-5845

JOEL H. SMITH (SC SBN 5266)
Email: joel.smith@bowmanandbrooke.com
BOWMAN AND BROOKE
1441 Main Street, Suite 1200
Columbia, SC 29201
Telephone:  (803) 726-7420
Facsimile:   (803) 726-7421

*Lead Defense Counsel for Personal Injury/Wrongful Death Cases*

[*PROPOSED*] ORDER RE: BRIEFING SCHEDULE FOR PHASE III DISCOVERY PLAN AND BELLWETHER TRIAL SUBMISSIONS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| IN RE: TOYOTA MOTOR CORP. UNINTENDED ACCELERATION MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No. 8:10ML2151 JVS (FMOx)<br><br>ORDER RE: BRIEFING AND HEARING SCHEDULE FOR PHASE III DISCOVERY PLAN AND BELLWETHER TRIAL SUBMISSIONS |
| This Document Relates To:<br><br>ALL CASES | |

[*PROPOSED*] ORDER RE: BRIEFING SCHEDULE FOR PHASE III DISCOVERY PLAN AND BELLWETHER TRIAL SUBMISSIONS

1   WHEREAS, through no fault of any Party, it took longer than anticipated for the Parties to work through the challenging issues of Phase II discovery, including ESI and source code issues, thus delaying the production of documents; the Parties have jointly concluded that it would be premature to develop a Phase III Discovery Plan at this time and have stipulated that:

   1. The submissions regarding a Phase III Discovery Plan due April 21, 2011 shall be filed on July 21, 2011, and a hearing will be held on July 29, 2011;

   2. The submissions regarding Bellwether trials shall be filed June 13, 2011, and a hearing will be held on June 16, 2011.

   While the Court believes that some relief is appropriate, the Court finds that the relief requested by the parties is inconsistent with trials in the first and second quarters of 2013. Those dates are not aspirational. Accordingly,

   IT IS HEREBY ORDERED that the submissions regarding a Phase III Discovery plan shall be filed on June 1, 2011 and the hearing on the matter will be continued to June 10, 2011 at 9:00 a.m. The submissions regarding Bellwether trials shall be filed June 1, 2011, and a hearing will be held on June 10, 2011 at 9:00 a.m.

Dated: April 22, 2011

_____
Hon. James V. Selna
United States District Court Judge

[*PROPOSED*] ORDER RE: BRIEFING SCHEDULE FOR PHASE III DISCOVERY PLAN AND BELLWETHER TRIAL SUBMISSIONS

- 1 -