MARK P. ROBINSON, JR.
(CA. SBN 54426)
Email:  beachlawyer51@hotmail.com
**ROBINSON, CALCAGNIE**
   **& ROBINSON INC.**
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
Telephone:  (949) 720-1288
Facsimile:   (949) 720-1292

ELIZABETH J. CABRASER
(CA SBN 083151)
Email:  ecabraser@lchb.com
**LIEFF CABRASER HEIMANN**
   **& BERNSTEIN, LLP**
275 Battery Street, Suite 3000
San Francisco, CA 94111
Telephone:  (415) 956-1000
Facsimile:   (415) 956-1008

*Co-Lead Plaintiffs' Counsel for*
*Personal Injury/Wrongful Death Cases*

STEVE W. BERMAN
(WA SBN 12536)
Email:  steve@hbsslaw.com
**HAGENS BERMAN SOBOL**
   **SHAPIRO LLP**
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone:  (206) 268-9320
Facsimile:   (206) 623-0594

MARC M. SELTZER
(CA. SBN 054534)
Email:  mseltzer@susmangodfrey.com
**SUSMAN GODFREY L.L.P.**
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067
Telephone:  (310) 789-3102
Facsimile:   (310) 789-3006

FRANK M. PITRE (CA SBN 100077)
Email:  fpitre@cpmlegal.com
**COTCHETT, PITRE**
   **& McCARTHY**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone:  (650) 697-6000
Facsimile:   (650) 697-0577

*Co-Lead Plaintiffs' Counsel for*
*Economic Loss Cases*

JOEL SMITH (SC SBN 5266)
Email:  joel.smith@bowmanandbrooke.com
**BOWMAN AND BROOKE**
1441 Main Street, Suite 1200
Columbia, SC 29201
Telephone:  (803) 726-7420
Facsimile:   (803) 726-7421

VINCENT GALVIN, JR. (CA SBN 104448)
Email:
   vincent.galvinjr@bowmanandbrooke.com
**BOWMAN AND BROOKE**
1741 Technology Drive, Suite 200
San Jose, CA 95110
Telephone:  (408) 279-5393
Facsimile:   (408) 279-5845

*Lead Defense Counsel for Personal*
*Injury/Wrongful Death Cases*

CARI K. DAWSON (GA SBN 213490)
Email:  cari.dawson@alston.com
**ALSTON + BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309
Telephone:  (404) 881-7766
Facsimile:   (404) 253-8567

LISA GILFORD (CA SBN 171641)
Email:  lisa.gilford@alston.com
**ALSTON + BIRD LLP**
333 South Hope Street, 16th Floor
Los Angeles, CA 90071
Telephone:  (213) 576-1000
Facsimile:   (213) 576-1100

*Lead Defense Counsel for Economic Loss*
*Cases*

1

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TOYOTA MOTOR CORP. UNINTENDED ACCELERATION MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>ALL CASES | Case No.:  8:10ML2151 JVS (FMOx)<br><br>**REDACTED STIPULATED PROTECTIVE ORDER GOVERNING THE EXCHANGE AND HANDLING OF SOURCE CODE AND SOURCE CODE RELATED MATERIAL** |

WHEREAS, to facilitate the production and receipt of information during discovery in the above-captioned litigation ("the Litigation"), the Court entered a Stipulated Protective Order on July 16, 2010 (the "July 16th Stipulated Protective Order") and subsequently entered the First Amended Protective Order on January 19, 2011 (the "January 19th Protective Order") for the protection of Confidential and Highly Confidential Materials (as defined therein) that may be produced or otherwise disclosed during the course of this Litigation by any party or non-party; and

WHEREAS, Paragraph 5 of the January 19th Protective Order stated that source code and related materials to be exchanged in the Litigation would be subject to additional forms of protection pursuant to further Order of the Court.  To the extent the Parties require special protection for other highly sensitive materials, the Parties reserve the right to seek such protection from the Court prior to production as set forth in Paragraph 5 of the January 19th Protective Order.

WHEREAS, on February 25, 2011, March 15, 2011, and March 22, 2011, the Court held hearings on the issues of source code protection and provided the Parties with further guidance on the protection of source code and source code related material and the protocol for review.

[PROPOSED] REDACTED STIPULATED PROTECTIVE ORDER GOVERNING THE EXCHANGE AND HANDLING OF SOURCE CODE AND SOURCE CODE RELATED MATERIAL
LEGAL02/32564320v3

1    Accordingly, IT IS HEREBY ORDERED that the terms and conditions of this

2    Stipulated Protective Order shall govern the exchange and handling of source code

3    and source code related materials in the Litigation:

4    1.    **Definitions**:  For purposes of this Order, "source code" means human-

5    readable text files used as input to computer programs that generate machine-readable

6    files, including, but not limited to, files containing program text in "C", "C++",

7    assembler, VHDL, Verilog, and digital signal processor (DSP) programming

8    languages.  Source code further includes "make" files, link files, and other human-

9    readable text files used in the generation or building of software directly executed on a

10   microprocessor, microcontroller, or DSP.   Source code further includes binary

11   executable files and object code files.  Further, as used herein, "Producing Party" shall

12   refer to the parties to this Litigation that make available for review or produce source

13   code and source code related material, and "Receiving Party" shall refer to the parties

14   to this Litigation that are granted access to, review, or receive such information.  For

15   purposes of this Order, "source code related material" means any material that

16   contains, depicts, or reflects "source code" as defined above, including but not limited

17   to, certain software specifications or any other material that the Producing Party may

18   make available in connection with Receiving Party's review of source code.  "Source

19   code related material" also means all software, analytical tools, programming,

20   instruction or other material or assistance provided by the Producing Party to the

21   Receiving Party to assist in analysis of the source code.  The specific materials that the

22   Producing Party will provide will be set forth in a Response to a Request for

23   Production from the Receiving Party.  Notwithstanding these definitions, neither party

24   waives any rights to object to requests for production of specific source code or source

25   code related material or responses thereto.  For purposes of this Order, a "line of

26   code" means single discrete line of source code as shown in the original source code

27   in native format.

28

[PROPOSED] REDACTED STIPULATED PROTECTIVE ORDER GOVERNING THE EXCHANGE AND HANDLING OF SOURCE CODE AND SOURCE CODE RELATED MATERIAL
LEGAL02/32564320v3

2.   **"Highly Confidential – Source Code" Designation**:  Any Producing Party, at its sole discretion, may designate source code and source code related material as "Highly Confidential – Source Code" if the Producing Party reasonably believes that the disclosure of the information would create a substantial risk of competitive, business, or other material injury to the Producing Party.

3.   **Security and Means of Inspection of "Highly Confidential - Source Code" Information**:  Unless otherwise agreed to in writing between the Producing Party and the Receiving Party, if information designated as "Highly Confidential - Source Code" is to be made available for review or inspection, it shall only be provided for review, upon written request and after reasonable notice, in the manner set forth as follows:

Information designated as "Highly Confidential – Source Code" shall be placed  at a secure location agreed to by the Parties (the "Secure Facility").

*a.*   ***Security Personnel and Access to Secure Room***

The Secure Facility and Secure Room will be



and will only allow authorized individuals, as set forth in Paragraph 4 herein, to enter.

By signing onto the "Agreement Concerning Source Code Information Covered by Protective Order" attached hereto as Exhibit A to this Order, the Receiving Party

[PROPOSED] REDACTED STIPULATED PROTECTIVE ORDER GOVERNING THE EXCHANGE AND HANDLING OF SOURCE CODE AND SOURCE CODE RELATED MATERIAL
LEGAL02/32564320v3

and their representatives, experts, and consultants consent to such monitoring and any other monitoring set forth in this order.



[PROPOSED] REDACTED STIPULATED PROTECTIVE ORDER GOVERNING THE EXCHANGE AND HANDLING OF SOURCE CODE AND SOURCE CODE RELATED MATERIAL
LEGAL02/32564320v3



7



**d.    Safe**

The Secure Room will contain a secured (the "Safe").  The Safe will be

The Safe will be used only in the manner expressly set forth herein; namely,

8

[REDACTED]

### e.      *Additional Duties and Replacement of Neutral System Administrator*

The Neutral System Administrator and security personnel will be from separate companies.    In addition to the duties set forth above, the Neutral System Administrator's responsibilities will include [REDACTED] performing routine system maintenance and patching, rebooting, restoration and recovery, maintenance and repair of the hardware (e.g., monitors, computer, printer), logging all system administration actions and activities, and working with both the Producing Party's and Receiving Party's I.T. professionals to correct technical problems and implement any modifications to the system agreed to by both the Producing Party and the Receiving Party.  In light of the possible length of the Receiving Party's review of the source code, at either Party's request, the Parties will agree to confer and select replacement or additional Neutral System Administrators as reasonably needed.

[REDACTED]

### g.      *No Copies of Code*

The Receiving Party cannot make electronic copies of any Highly Confidential - Source Code information except for purposes of electronically moving the Highly Confidential - Source Code material from the [REDACTED] for purposes of review and analysis as set forth in Paragraph 4 herein during active review and analysis.  Upon the Receiving Party's

9

completion of review and analysis of the code, such code will be erased from the ███████ by the Receiving Party unless required for inclusion in the final work product as set forth in Paragraph 9 below.  The Receiving Party cannot make any hard copies of such source code information other than as expressly set forth herein in Paragraphs 6 and 7.

███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████

### i.    Hours of Operation

The Secure Room shall be made available to the Receiving Party in two shifts ████ ██████████████████████████████████, Monday through Friday (excluding U.S. holidays and when TMC is closed), and in one shift ████ ████████████████ on Sunday (excluding U.S. holidays and when TMC is closed), until the close of discovery in the Litigation.  The door to the Secure Room will remain locked when not in use for review as set forth in this Order.

### j.    Inspection and Set Up

The Parties shall have the mutual right to inspect and examine all components of the security and analytical systems ████████████████████████████████████████
███████████████████████████████████████ The Receiving Party shall have the right to visually inspect ███████████████████████████
███████████████████████████████████████████████████████

10

█████████████████████   The Parties will select and mutually agree on a

neutral party (distinct from the Neutral System Administrator) to test the █████

█████████████████████████████████████████████

█████████████████████████████████████████████

█████████████████████████████████████████████

█████████████████████████████████████████████

█████████████████████████████████████████████

█████████████████████   The neutral party will not disclose to the Receiving Party,

or any other party, any information ████████████████████████

████████████████████████████.

4.    **Access to "Highly Confidential – Source Code" Information**: Subject to the limitations set forth in this Paragraph, the Receiving Party may designate certain experts or consultants in the aggregate during the Litigation to have access to the Secure Facility for inspection of information designated as "Highly Confidential – Source Code."   Any such experts or consultants must sign the "Agreement Concerning Source Code Information Covered by Protective Order" attached hereto as Exhibit A and must otherwise meet the requirements of Paragraph 11(c) and 12 of the January 19th Protective Order**.**  In addition, the Receiving Party may designate certain outside counsel of record in this Litigation in aggregate as defined and limited in Paragraph 11(b) of the January 19th Protective Order who may have access to the Secure Facility for inspection of information designated as "Highly Confidential – Source Code."   Notwithstanding the above, no more than a total of ███████ consultants meeting the criteria of Paragraphs 11(b), 11(c), and 12 of the January 19th Protective Order identified by the Receiving Party and the five (5) Co-Lead Counsel for Plaintiffs as a group shall have access to the Secure Facility for inspection of information designated as "Highly Confidential – Source Code" in aggregate during the Litigation pursuant to this Paragraph.   Other than the individuals designated

11

herein, no other individual or entity shall be granted access to information designated as Highly Confidential – Source Code, including without limitation sharing attorneys pursuant to Paragraph 13 of the First Amended Protective Order, except as expressly authorized by the Producing Party.

At least ten (10) days prior to the date on which access is sought to the Secure Facility, the Receiving Party's counsel shall provide to counsel for the Producing Party the names of any individual, including attorneys, seeking such access for the first time, and the Producing Party shall have the right to object to such access before granting access to the Secure Facility.  During the pendency of this ten (10) day notice period, no listed individual shall have access to the Secure Facility.  If an objection to any specific individual is made, that individual shall not have access to the Secure Facility until resolution of such objection.  Individuals who have been previously granted access to the Secure Facility according to this Paragraph 4 may access it, without further approval, although the Producing Party ████████████████████ ████████████████████████████████  If the Receiving Party wishes to substitute the name of a previously disclosed individual seeking access to the Secure Facility for another individual pursuant to this Paragraph, the Receiving Party shall provide notice to the Producing Party five (5) days prior to the date on which access is sought to the Secure Facility.  The Producing Party shall have the right to object to such access before granting access to the Secure Facility. Consent, however, will not be unreasonably withheld.  During the pendency of this five (5) day notice period, the substituted individual shall not have access to the Secure Facility.  If an objection to any specific individual is made, that individual shall not have access to the Secure Facility until resolution of such objection by the Court.  During the Litigation, the Receiving Party shall in no event grant access to the Secure Room to more than ████████████ specifically named individuals in the aggregate.

[PROPOSED] REDACTED STIPULATED PROTECTIVE ORDER GOVERNING THE EXCHANGE AND HANDLING OF SOURCE CODE
AND SOURCE CODE RELATED MATERIAL
LEGAL02/32564320v3

Individuals granted access to Highly Confidential - Source Code information shall not
have the right to, and agree ███████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████████
█████████████ except as specifically set forth herein.

The Neutral System Administrator will monitor the Secure Room as set forth above in
Paragraph 3, ████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████████
█████████████████████████████████████████████ Both the Producing Party and the Receiving
Party will have access to the ███████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████████
The Parties will ███████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████. The Producing Party will not have access to the
Receiving Party's work product.  After meeting and conferring with the Producing
Party, the Receiving Party may ████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████████
████████████████████████████████

5.    **Searching of "Highly Confidential – Source Code" Information by
Receiving Party**:  The Receiving Party (including the experts or consultants who may

inspect information designated as "Highly Confidential - Source Code" pursuant to the provisions of this Order) may, to the extent necessary, request that the Neutral System Administrator load searching or analytical tools for inspection of the source code ████████████ in the presence of the Producing Party and Receiving Party with the advice and assistance of either Party as needed, so long as the searching or other analytical tools for inspection of the source code are identified and disclosed and, with respect to tools that are not commercially available, a CD or DVD containing such software tools is provided by the Receiving Party to the Producing Party, at least five (5) business days in advance of the date upon which the Receiving Party wishes to have the additional software tools available for use.  During the pendency of this five (5) business day notice period, the disclosed searching or analytical tools will not ███████████████. If an objection to any specific tool is made, that tool may not ████████████████ until resolution of such objection by the Parties or the Court if the Parties are unable to resolve the dispute themselves.  If there is no objection after the expiration of the five (5) business day period, the Neutral System Administrator ███████████████ in the presence of the Producing Party and Receiving Party, and the Receiving Party may use the tools to assist in its review and searching of Highly Confidential – Source Code information provided that such software tools are reasonably necessary for the Receiving Party to perform its review of the Highly Confidential – Source Code information consistent with all of the protections herein.  All searching or analytical tools used pursuant to this Paragraph must be consistent with the security purposes of this Protective Order and, for example, ██████████████████

14



[PROPOSED] REDACTED STIPULATED PROTECTIVE ORDER GOVERNING THE EXCHANGE AND HANDLING OF SOURCE CODE
AND SOURCE CODE RELATED MATERIAL

LEGAL02/32564320v3



6.    **Notes by Receiving Party**:  If the Receiving Party (including the experts or consultants who may inspect information designated as "Highly Confidential – Source Code" pursuant to the provisions of this Order) desires to take notes while inspecting the source code or source code related material, all such notes will be taken in standard bound engineering notebooks with consecutively numbered pages

as set forth Paragraph 7.

Any notes prepared or based on an examination of Highly Confidential – Source Code information shall be accorded the same protected status and confidentiality as the underlying Highly Confidential – Source Code information from which they are made,

[PROPOSED] REDACTED STIPULATED PROTECTIVE ORDER GOVERNING THE EXCHANGE AND HANDLING OF SOURCE CODE AND SOURCE CODE RELATED MATERIAL
LEGAL02/32564320v3

must be labeled as such by the Receiving Party, must be maintained ███████ ████████████████████████████████████████████████, and shall be subject to all of the terms of this Protective Order.  The Producing Party shall not be responsible for any items left outside the Safe in the room following each inspection session.

Other than as expressly provided in Paragraph 7 herein, the Receiving Party will not copy, remove, or otherwise transfer any Highly Confidential - Source Code material from ████████████████████████████████████████████████████████████████ The Receiving Party will not transmit any Highly Confidential - Source Code information in any way from the Secure Room in any manner except as expressly provided herein.  To the extent that the Producing Party reasonably believes that the Receiving Party (including the experts or consultants who may inspect information designated as "Highly Confidential – Source Code" pursuant to the provisions of this Order) is violating any provision of this Paragraph, the Producing Party will have the right to seek immediate relief from the Court, including, but not limited to, revoking or limiting the Receiving Party's access to the Highly Confidential – Source Code information and compensation for the economic harm resulting from the Receiving Party's violation of this Protective Order.

The Parties acknowledge that under the attorney work product doctrine, either Party may apply to the Court for relief for any voluntary and deliberate disclosures to the public by the other Party, or that Party's agents or representatives, of that Party's attorney work product covered by this Order.  If such a disclosure occurs, either Party shall have the right to seek immediate relief, including but not limited to, disclosure of all or part of the other Party's related attorney work product, as well as, loss of any

17

applicable privilege protecting such work product from discovery.  Nothing in this provision is intended to affect the right of either party to oppose any such relief.  It is the Producing Party's position that if such a disclosure relates to opinions of the Receiving Party's experts or lawyers regarding analysis of the Producing Party's Highly Confidential – Source Code information, the Producing Party may ask the Court for cessation of the source code analysis, quarantine of the Secure Facility, and any other relief as deemed appropriate by the Court.  It is Receiving Party's position that under this same principle, Receiving Party may seek similar orders from the Court if Producing Party (including a Producing Party lawyer, employee, or expert), publically discloses attorney work product opinions about source code analysis by either Party.  Producing Party reserves the right to oppose any such relief.  Nothing in this Order shall affect, limit or modify the rights to the Parties under F. R. Civ. P. 26 and F. R. Evid. 502 to maintain the confidentiality of attorney work product and communications and materials relating to their respective experts.

7.     **Source Code** ███████ **Protocol**:  The Producing Party shall



The only data permitted to leave the ███████████████████████████████ ██████████████████████████████ marked as HIGHLY CONFIDENTIAL – SOURCE CODE.  The Producing Party's ███████████████████████



The Receining Party ████████████████████████████████ as are reasonably necessary to serve the aforementioned purposes.  The Receiving Party may ██████████████████ in the Secure Room.  At the close of each review day, ██████████ Upon the Receiving Party's ███████████████████████ The Receiving Party shall keep Highly Confidential - Source Code in the Secure Room only for the minimum amount of time ████████████ required for analysis.  The Receiving Party shall ████ Highly Confidential - Source Code immediately after ███ needed for analysis.  During the time that ███ needed for analysis, ████████████████████ The Producing Party shall have the right to notify the Court and to seek remedies if the Producing Party has reason to believe that the Receiving Party is ██████████ longer than customarily necessary for review and analysis.

At the close of each review day, the Receiving Party ███████████ Neutral System Administrator ████████████

19

1

2                                                                    The Producing Party and

3    Receiving Party shall be entitled to                        request to the Neutral

4    System Administrator.

5

6

7                                        the Neutral System Administrator as set forth herein.  The

8

9

10                                                      To the extent the Producing Party has a

11   good faith basis to believe that the

12                          is inconsistent with the provisions set forth herein, the Producing Party

13   may seek immediate relief from the Court, including, but not limited to, revoking or

14   limiting the Receiving Party's access to Highly Confidential – Source Code, and

15   compensation for the economic harm resulting from the Receiving Party's violation of

16   the Protective Order.

17   Except as provided herein, absent express written permission from the Producing

18   Party, the Receiving Party

19

20                                    pursuant to the terms of this Order for use in any manner

21   (including by way of example only, the Receiving Party may not

22

23                                                                    shall not be

24   included in correspondence between the Parties (references to production numbers

25   shall be used instead), and shall be omitted from pleadings and other papers whenever

26   possible, except as expressly set forth in Paragraph 10 herein.

27        8.        **Use of Highly Confidential – Source Code Information**

28                                            20

Highly Confidential – Source Code information shall be used solely for purposes of the Litigation as set forth herein.  No person shall review or analyze Highly Confidential – Source Code information for purposes unrelated to this Litigation, nor may any person use any knowledge gained as a result of reviewing Highly Confidential – Source Code information in any other pending or future dispute, proceeding, patent prosecution, or litigation.

9.    **Expert Reports**

The Receiving Party ██████████████████████████ its final expert report pursuant to the █████████ protocol set forth in Paragraph 7 herein, however, ████████████████████.  Before the final expert report is ████████ by the Receiving Party, ████████████████████████ of no more than ten (10) business days. ████████████████████████████████████████ or otherwise designated under the January 19th Protective Order, and the Receiving Party ████████████████████████████████████████████████████████████████████████████ the Producing Party may apply to the Court to seek relief, including, but not limited, to relief set forth in Paragraph 7.  No ████████████████████ until agreement has been reached on ███████████████████ or until any dispute that has been raised with the Court is resolved by the Court.  After any issues raised during the ten (10) day review are resolved by the Court and/or agreement, the parties will meet and confer ████████████████████████████████████

21

1

2    pursuant to this and/or the

3 January 19th Protective Order.  Notwithstanding the requirement to meet and confer

4    the security measures will

5 include, but will not be limited to, the following measures in this Paragraph.  Any

6 final report that leaves the Secure Facility

7

8    and pursuant to the

9 January 19th Protective Order.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

22

1

2

3      **10.   Court Filings and Depositions**:

4          If a Party reasonably believes that it needs to submit a portion of Highly

5    Confidential - Source Code material as part of a filing with the Court, the Parties shall

6    meet and confer as to how to make such a filing while protecting the confidentiality of

7    the Highly Confidential - Source Code and such filing will not be made absent

8    agreement from the Producing Party that the confidentiality protections will be

9    adequate.  If the Producing Party agrees to produce an electronic copy of all or any

10   portion of its Highly Confidential - Source Code material or provide written

11   permission to the Receiving Party that an electronic or any other copy needs to be

12   made for a court filing, the Receiving Party's communication and/or disclosure of

13   electronic files or other materials containing any portion of Highly Confidential -

14   Source Code (paper or electronic) shall at all times be limited solely to individuals

15   who are expressly authorized to view Highly Confidential - Source Code under the

16   provisions of this Order, with, for purposes of a court filings, the addition of

17   individuals listed in Paragraph 11(a) of the January 19th Protective Order.

18   For depositions, the Receiving Party

19                                                          Rather, at least five (5) business days

20   before the date of the deposition, the Receiving Party shall notify the Producing Party

21   about the specific portions of Highly Confidential - Source Code material it wishes to

22   use at the deposition, and the Producing Party shall bring                those

23   portions to the deposition for use by the Receiving Party.

24                                                   marked as deposition exhibits shall not

25   be provided to the court reporter or attached to deposition transcripts; rather, the

26   deposition record will identify the exhibit by its production numbers.

27                                                                 deposition shall

28

[PROPOSED] REDACTED STIPULATED PROTECTIVE ORDER GOVERNING THE EXCHANGE AND HANDLING OF SOURCE CODE AND SOURCE CODE RELATED MATERIAL
LEGAL02/32564320v3

be returned to the Producing Party and securely destroyed in a timely manner following the deposition.

11.    **Other Protections**:  Information designated as "Highly Confidential – Source Code" pursuant to the terms of this Order is also entitled to the protections of the January 19th Protective Order for material designated as "Highly Confidential" and all other applicable provisions thereof.  This Order is intended to provide additional specific protections related to the handling, review of, and access to highly confidential source code and source code related material designated as "Highly Confidential – Source Code," and it shall govern all issues unique to the handling, review of, and access to such materials.

12.    **Violations of Protective Order**:  In the event that any person or party should violate the terms of this Protective Order, the aggrieved Producing Party should apply to the Court to obtain relief against any such person or party violating or threatening to violate any of the terms of the Protective Order.  Further, if the monitoring mechanisms set forth herein identify any actual or potential violation of this Order by the Receiving Party, the Producing Party may apply for, inter alia, immediate injunctive relief from the Court.  In the event that the aggrieved Producing Party seeks injunctive relief, it must petition the District Judge for such relief, which may be granted at the sole discretion of the District Judge.  The Parties and any other person subject to the terms of this Protective Order agree that this Court shall retain jurisdiction over it and them for the purpose of enforcing this Protective Order.

13**.    Source Code and Source Code Material Produced as Part of the NHTSA/NASA Report:**   The National Highway Traffic Safety Administration ("NHTSA")/National Aeronautics and Space Administration ("NASA") Report released February 8, 2011 includes Highly Confidential - Source Code Materials.  Portions of the report were redacted from the publically available report by NASA/NHTSA pursuant to statutory confidentiality provisions.   Any information

24

related to source code or source code material prepared in connection with the NASA/NHTSA report may be designated as HIGHLY CONFIDENTIAL – SOURCE CODE and will be entitled to the protections and protocol set forth in this Order.  The Producing Party is producing in this Litigation all specific previously redacted portions of the report unredacted but designated as HIGHLY CONFIDENTIAL – SOURCE CODE and, as such, that information shall be entitled to the protections in this Order.

when not in use.  Only the up to ███████ consultants and the ███████ disclosed and approved pursuant to Paragraph 4 herein for access to the HIGHLY CONFIDENTIAL – SOURCE CODE material shall have access to the report ███████. The report, or the ███████ thereof, cannot be shared or otherwise disclosed to any individual other than the individuals specified in this Paragraph.  Prior to the development of the Secure Room, a ███████ will be made available ███████ of the HIGHLY CONFIDENTIAL –SOURCE CODE NHTSA/NASA report to ███████, cannot be shared or otherwise disclosed to any individual other than the up to ███████ consultants who have received approval for access to HIGHLY CONFIDENTIAL – SOURCE CODE material pursuant to Paragraph 4 herein as set forth above

1

2 ████████████████ The Producing Party will provide ████████████

3 ████████████ The reports should be ████████████

4 █████████████████████████ and should never be available or

5 accessible to the general public or any others who are not authorized to view the

6 contents in unredacted form.  No copy should ever █████████████████

7 ████████████████

8 The Producing Party will provide ██████████████ of the HIGHLY

9 CONFIDENTIAL –SOURCE CODE NHTSA/NASA report ████

10

11 ███████████████████████████████

12 ████ cannot be shared or otherwise disclosed to any individual other than the up to

13 ██████ reviewing consultants who have received approval for access to HIGHLY

14 CONFIDENTIAL – SOURCE CODE material pursuant to Paragraph 4 herein as set

15 forth above and the ████████████████████.

16 ██████ shall retain ██████████ in a ████

17 and provide █████ the Producing Party prior to receiving ████

18 ████ The Producing Party ████████

19

20 ███████████████████████

21 ████████████████ and should never be

22 available or accessible to the general public or any others who are not authorized to

23 view its contents in unredacted form. ██████████████

24 ████████

25 Both the ████████████ prepared by the Producing

26 Party shall be ████

27 ███████████████████████

28

[PROPOSED] REDACTED STIPULATED PROTECTIVE ORDER GOVERNING THE EXCHANGE AND HANDLING OF SOURCE CODE AND SOURCE CODE RELATED MATERIAL
LEGAL02/32564320v3

1        ████████████████████████.

2        14.    **Technical Modifications:**   If technical considerations require

3    modification of the system architecture or security protocol set forth herein, the

4    Parties may by mutual agreement agree to make technical modifications in keeping

5    with the security objectives of this Protective Order.

6        15.    **Conclusion of Litigation:**  Within thirty (30) days after receiving notice

7    of the entry of an order, judgment or decree finally disposing of this Litigation, all

8    persons having received or maintained Highly Confidential – Source Code material,

9    including any notes designated as such pursuant to Paragraph 6 herein, shall return

10   such material and all copies thereof to counsel for the Producing Party and certify that

11   fact to counsel for the Producing Party in writing by sworn statement.   Counsel of

12   record shall make arrangements for the return of Highly Confidential – Source Code

13   material that counsel of record provided or made available to any persons in

14   Paragraphs 11(a), (b), or (c) of the January 19th Protective Order, except the Court,

15   court personnel and court reporters.   All Highly Confidential – Source Code material

16   returned to the parties or their counsel by the Court shall likewise be returned to each

17   Producing Party in accordance with this Paragraph.

18        Dated:  March 30, 2011

19

20                                                    _____

21                                                    James V. Selna
                                                      United States District Judge

22

23

24

25

26

27

28

1

2 Dated:  April 11, 2011                 Respectfully stipulated to and submitted by,

3

4                                        By: _____/s/_____
                                                    Mark R. Robinson, Jr.

5                                        MARK P. ROBINSON, JR. (CA SBN 54426)
                                         Email:  beachlawyer51@hotmail.com
6                                        **ROBINSON, CALCAGNIE & ROBINSON INC.**
                                         620 Newport Center Drive, 7th Floor
7                                        Newport Beach, CA 92660
                                         Telephone:  (949) 720-1288
8                                        Facsimile:  (949) 720-1292

9                                        ELIZABETH J. CABRASER (CA SBN 083151)
                                         Email:  ecabraser@lchb.com
10                                       **LIEFF CABRASER HEIMANN**
                                         **    & BERNSTEIN, LLP**
11                                       275 Battery Street, Suite 3000
                                         San Francisco, CA 94111
12                                       Telephone:  (415) 956-1000
                                         Facsimile:  (415) 956-1008

13

14                                       *Co-Lead Plaintiffs' Counsel for Personal*
                                         *Injury/Wrongful Death Cases*

15                                       STEVE W. BERMAN (WA SBN 12536)
                                         Email:  steve@hbsslaw.com
16                                       **HAGENS BERMAN SOBOL SHAPIRO LLP**
                                         1918 Eighth Avenue, Suite 3300
17                                       Seattle, WA 98101
                                         Telephone:  (206) 268-9320
18                                       Facsimile:  (206) 623-0594

19                                       MARC M. SELTZER (CA SBN 054534)
                                         Email:  mseltzer@susmangodfrey.com
20                                       **SUSMAN GODFREY L.L.P.**
                                         1901 Avenue of the Stars, Suite 950
21                                       Los Angeles, CA 90067
                                         Telephone:  (310) 789-3102
22                                       Facsimile:  (310) 789-3006

23                                       FRANK M. PITRE (CA SBN 100077)
                                         Email:  fpitre@cpmlegal.com
24                                       **COTCHETT, PITRE & MCCARTHY**
                                         840 Malcolm Road, Suite 200
25                                       Burlingame, CA 94010
                                         Telephone:  (650) 697-6000
26                                       Facsimile:  (650) 697-0577

27                                       *Co-Lead Plaintiffs' Counsel for Economic*
                                         *Loss Cases*
28                                                          28

Dated:  April 11, 2011                  Respectfully stipulated to and submitted by,


                                        By: _____/s/_____
                                                     Joel Smith

                                        JOEL SMITH (SC SBN 5266)
                                        E-mail:  joel.smith@bowmanandbrooke.com
                                        **BOWMAN AND BROOKE**
                                        1441 Main Street, Suite 1200
                                        Columbia, SC 29201
                                        Telephone:  (803) 726-7420
                                        Facsimile:  (803) 726-7421

                                        VINCENT GALVIN, JR. (CA SBN 104448)
                                        E-mail:  vincent.galvinjr@bowmanandbrooke.com
                                        **BOWMAN AND BROOKE**
                                        1741 Technology Drive, Suite 200
                                        San Jose, CA 95110
                                        Telephone:  (408) 279-5393
                                        Facsimile:  (408) 279-5845

                                        *Lead Defense Counsel for Personal Injury/Wrongful Death Cases*

                                        CARI K. DAWSON (GA SBN 213490)
                                        Email:  cari.dawson@alston.com
                                        **ALSTON + BIRD LLP**
                                        1201 West Peachtree Street
                                        Atlanta, GA 30309
                                        Telephone:  (404) 881-7766
                                        Facsimile:  (404) 253-8567

                                        LISA GILFORD (CA SBN 171641)
                                        Email:  lisa.gilford@alston.com
                                        **ALSTON + BIRD LLP**
                                        333 South Hope Street, 16th Floor
                                        Los Angeles, CA 90071
                                        Telephone:  (213) 576-1000
                                        Facsimile:  (213) 576-1100

                                        *Co-Lead Defense Counsel for Economic Loss Cases*

[PROPOSED] REDACTED STIPULATED PROTECTIVE ORDER GOVERNING THE EXCHANGE AND HANDLING OF SOURCE CODE AND SOURCE CODE RELATED MATERIAL
LEGAL02/32564320v3

## EXHIBIT A

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

In Re: Toyota Motor Corp.    )
Unintended Acceleration     )
Marketing, Sales Practices, and )
Products Liability Litigation   )

This document relates to:    )

ALL CASES            )

_____)

CASE NO.: 8:10ML2151 JVS (FMOx)

AGREEMENT CONCERNING SOURCE CODE AND SOURCE CODE RELATED MATERIAL COVERED BY STIPULATED PROTECTIVE ORDER

     I, _____, hereby acknowledge that I have received a copy of the Stipulated Protective Order Governing the Exchange and Handling of Source Code and a copy the January 19th, 2011 Protective Order entered in this action (Case No. 8:10ML2151 JVS (FMOx) by the United States District Court for the Central District of California, Southern Division (collectively, hereinafter, "the Source Code Protective Order").

     I have either read the Source Code Protective Order or have had the terms of the Protective Order explained to me by my attorney.

     I understand the terms of the Source Code Protective Order and agree to comply with and to be bound by such terms.

     If I review or receive documents or information designated as "Highly Confidential – Source Code," I understand that such information is provided to me pursuant to the terms and restrictions of the Source Code Protective Order.

1    I agree to hold in confidence and not further disclose or use for any

2  purpose (other than is permitted by the Source Code Protective Order) any

3  information disclosed to me pursuant to the terms of the Source Code

4  Protective Order.

5    I hereby submit myself to the jurisdiction of the United States District

6  Court for the Central District of California for resolution of any matters

7  pertaining to the Source Code Protective Order.

8    My address is _____

9

10    My present employer is _____

11

12  Dated: _____

13

14  Signed: _____