1  Steve W. Berman
   steve@hbsslaw.com
2  HAGENS BERMAN SOBOL SHAPIRO LLP
3  1918 Eighth Avenue, Suite 3300
   Seattle, WA 98101
4  Telephone: (206) 268-9320
   Facsimile: (206) 623-0594
5
6  Marc M. Seltzer, Bar No. 054534
   mseltzer@susmangodfrey.com
7  SUSMAN GODFREY L.L.P.
   1901 Avenue of the Stars, Suite 950
8  Los Angeles, CA 90067-6029
   Telephone: (310) 789-3102
9  Facsimile: (310) 789-3006
10
   Co-Lead Counsel for Consumer Economic Loss Plaintiffs
11
   Frank M. Pitre, Bar No. 100077
12 fpitre@cpmlegal.com
   COTCHETT, PITRE & MCCARTHY
13 840 Malcolm Road, Suite 200
   Burlingame, CA 94010
14 Telephone: (650) 697-6000
15 Facsimile: (650) 697-0577
16
17 Lead Counsel for Non-Consumer Economic Loss Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| IN RE: TOYOTA MOTOR CORP. UNINTENDED ACCELERATION MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No. 8:10ML2151 JVS (FMOx)<br><br>[PROPOSED] ORDER RE PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL |
| This Document Relates To:<br><br>ECONOMIC LOSS ACTIONS | |

1542729V1/011847

Plaintiffs have filed an administrative motion pursuant to Civil Local Rule 79-5.1 and the First Amended Protective Order dated January 19, 2011 (Doc. 627) ("Protective Order") to have Exhibit U (Corrected) to Certain Economic Loss Plaintiffs' Motion for the Application Of California Law filed under seal because it appears that Toyota considers certain information contained in the document to be "Confidential Material" or "Highly Confidential Material" within the meaning of the Protective Order. A redacted version of Exhibit U (Corrected) has been filed in the public record as Document 1364-1.

Good cause appearing therefor, this Court HEREBY ORDERS that the document be filed under seal.

DATED: 5-4-11.

HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT COURT JUDGE