HON. STEVEN J. STONE (RET.)
(CA SBN 32343)
dscott@jamsadr.com
HON. JOHN K. TROTTER (RET.)
(CA SBN 33051)
dscott@jamsadr.com
JAMS
500 N. State College Blvd.
Suite 1400
Orange, CA 92868
Telephone: (714) 937-8211
Fax: (714) 939-0867

SPECIAL MASTERS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TOYOTA MOTOR CORP. UNINTENDED ACCELERATION MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>ALL CASES | Case No: 8:10 ML 02151 JVS(FMOx)<br><br>**DISCOVERY MATTER**<br><br>**NOTICE OF CONTINUED HEARING RE DEFENDANTS' APPLICATION TO FILE AND MAINTAIN CERTAIN DOCUMENTS UNDER SEAL**<br><br>Hearing Date: June 10, 2011<br>Time: 1.00 PM<br>Location: JAMS, 500 N. State College Blvd., 14th Floor, Orange, CA 92868 |

Pursuant to the Court's Further Order re Defendants' Application to File and Maintain Certain Documents Under Seal (Docket No. 1332), the parties filed briefs on May 9, 2011 (see Docket Nos. 1391 and 1392). A telephonic hearing was scheduled for

1

**NOTICE OF HEARING**

May 11, 2011, at which time the Special Masters determined that the hearing should be continued to permit further briefing by the parties and further consideration by the Special Masters.

Oral argument will be heard on June 10, 2011, at 1.00 p.m. at JAMS, 500 N. State College Blvd., 14th Floor, Orange, CA 92868.  This hearing is closed to the public because of the asserted confidentiality of the documents at issue.

Additional briefing is to be filed simultaneously by 12.00 p.m. on May 23, 2011. The Special Masters specifically request that the parties address the following authorities cited in their respective opening briefs:

(1) *In re Hydroxycut Mktg. & Sales Practices Litig.*, 2011 U.S. Dist. LEXIS 34058 (S.D. Cal. Mar. 29, 2011);

(2) *Contratto v. Ethicon, Inc.*, 227 F.R.D. 304 (N.D. Cal. 2005);

(3) *In re Adobe Systems, Inc. Securities Litigation*, 141 F.R.D. 155 (N.D. Cal. 1992);

(4) *Stone v. Advance Am.*, 2011 WL 662972 (S.D. Cal. 2011);

(5) *Bradburn Parent/Teacher Store, Inc. v. 3M*, 2004 WL 1146665 (E.D. Pa. May 19, 2004).

Dated:  May 13, 2011

_____
Hon. Steven J. Stone (ret.)
Special Master

Dated:  May 13, 2011

_____
Hon. John K. Trotter (ret.)
Special Master

2

NOTICE OF HEARING