CARI K. DAWSON (GA SBN 213490)
Email: cari.dawson@alston.com
**ALSTON + BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: (404) 881-7766
Facsimile: (404) 253-8567

VINCENT GALVIN, JR. (CA SBN 104448)
Email:
    vincent.galvinjr@bowmanandbrooke.com
**BOWMAN AND BROOKE**
1741 Technology Drive, Suite 200
San Jose, CA 95110
Telephone: (408) 279-5393
Facsimile: (408) 279-5845

LISA GILFORD (CA SBN 171641)
Email: lisa.gilford@alston.com
**ALSTON + BIRD LLP**
333 South Hope Street, 16th Floor
Los Angeles, CA 90071
Telephone: (213) 576-1000
Facsimile: (213) 576-1100

JOEL SMITH (SC SBN 5266)
Email: joel.smith@bowmanandbrooke.com
**BOWMAN AND BROOKE**
1441 Main Street, Suite 1200
Columbia, SC 29201
Telephone: (803) 726-7420
Facsimile: (803) 726-7421

*Lead Defense Counsel for Economic Loss Cases*

*Lead Defense Counsel for Personal Injury/Wrongful Death Cases*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

IN RE: TOYOTA MOTOR CORP.
UNINTENDED ACCELERATION
MARKETING, SALES PRACTICES, AND
PRODUCTS LIABILITY LITIGATION

This document relates to:

ALL ECONOMIC LOSS CASES

Case No.: 8:10ML2151 JVS (FMOx)

**TOYOTA'S RESPONSE TO "CERTAIN ECONOMIC LOSS PLAINITFFS' ADMINSITRATIVE MOTION TO STRIKE TOYOTA'S UNAUTHORIZED SUPPLEMENTAL BRIEF RE CHOICE OF LAW"**

TOYOTA'S RESPONSE TO "CERTAIN ECONOMIC LOSS PLAINTIFFS' ADMINSITRATIVE MOTION TO STRIKE TOYOTA'S UNAUTHORIZED SUPPLEMENTAL BRIEF RE CHOICE OF LAW"
LEGAL02/32640471v2

1         Toyota did not file an unauthorized brief.  The binder contains authorities for

2    the Court and an index in outline form that includes authorities with explanatory

3    parentheticals.  It was Toyota's intent to point the Court to those authorities and

4    materials that Toyota believed to be the most relevant to the Court's determination of

5    this motion.  The index and parentheticals were intended to organize the authorities

6    that were included.  The binder is not a supplemental brief, was not filed with the

7    Court, and Toyota respectfully leaves it to the Court's discretion as to whether to

8    utilize it in rendering its decision on the motion.

9    ///

10   ///

11   ///

12   ///

13   ///

14   ///

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28

2

TOYOTA'S RESPONSE TO "CERTAIN ECONOMIC LOSS PLAINITFFS' ADMINSITRATIVE MOTION TO STRIKE TOYOTA'S UNAUTHORIZED SUPPLEMENTAL BRIEF RE CHOICE OF LAW"

LEGAL02/32640471v2

1

2  Dated:  May 18, 2011

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,


By:  _____/s/_____
                    Lisa Gilford

CARI K. DAWSON (GA SBN 213490)
Email:  cari.dawson@alston.com
**ALSTON + BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309
Telephone:  (404) 881-7766
Facsimile:   (404) 253-8567

LISA GILFORD (CA SBN 171641)
Email:  lisa.gilford@alston.com
**ALSTON + BIRD LLP**
333 South Hope Street, 16th Floor
Los Angeles, CA 90071
Telephone:  (213) 576-1000
Facsimile:   (213) 576-1100

***Co-Lead Defense Counsel for Economic Loss Cases***


VINCENT GALVIN, JR. (CA SBN 104448)
E-mail:  vincent.galvinjr@bowmanandbrooke.com
**BOWMAN AND BROOKE**
1741 Technology Drive, Suite 200
San Jose, CA 95110
Telephone:  (408) 279-5393
Facsimile:   (408) 279-5845

JOEL SMITH (SC SBN 5266)
E-mail:  joel.smith@bowmanandbrooke.com
**BOWMAN AND BROOKE**
1441 Main Street, Suite 1200
Columbia, SC 29201
Telephone:  (803) 726-7420
Facsimile:   (803) 726-7421

***Lead Defense Counsel for Personal Injury/Wrongful Death Cases***

TOYOTA'S RESPONSE TO "CERTAIN ECONOMIC LOSS PLAINTIFFS' ADMINSITRATIVE MOTION TO STRIKE TOYOTA'S UNAUTHORIZED SUPPLEMENTAL BRIEF RE CHOICE OF LAW"
LEGAL02/32640471v2