UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: Toyota Motor Corp. Unintended Acceleration Marketing, Sales Practices, and Products Liability Litigation<br><br>This document relates to:<br><br>ALL CASES | CASE NO: ML 10-2151 JVS (FMOx)<br><br>ORDER NO. 14: SCHEDULE FOR PHASE III DISCOVERY AND BELLWETHER TRIALS |

Having considered the parties' extensive briefing, the Court now enters the following scheduling order:

I.     Timetable Leading to Bellwether Trials.

Without presently deciding whether one of the first two bellwether cases should be some form of economic loss class action, the Court adopts the following schedule:

1

| Event | First Bellwether Trial | Second Bellwether Trial |
|---|---|---|
| **Trial** | February 19, 2013 | May 21, 2013 |
| Pretrial Conference, hearing Motions *in Limine*[1] | January 14, 2013 | April 22, 2013 |
| Pretrial conference filings per Local Rules | January 7, 2013 | April 15, 2013 |
| **Motions *in Limine*[2]** | | |
| Last for hand serving Motions *in Limine* replies | January 3, 2013 | April 8, 2013 |
| Last for hand serving Motions *in Limine* oppositions | December 21, 2014 | April 1, 2013 |
| Last for hand serving Motions *in Limine* | December 7, 2012 | March 18, 2013 |
| **Motion for Summary Judgment**[3] | | |
| Last for hearing MSJ's, dispositive motions | November 5, 2012 | Same |
| Last to hand serve MSJ replies | October 22, 2012 | Same |
| Last to hand serve MSJ oppositions | October 8, 2012 | Same |

---

[1]The Court will issue a separate order regarding the submission of jury instructions and verdict forms.

[2]The Court will issue a separate Order regarding its standard procedures for motions *in limine*.

[3]Depending on the subject matter of the second trial, separate dates may be appropriate.

| | | |
|---|---|---|
| Last to hand serve MSJs | September 17, 2012 | Same |
| ***Daubert* Motions**[4] | | |
| *Daubert* hearing | October 22, 2012 | Same |
| Last to hand serve *Daubert* replies | October 8, 2012 | Same |
| Last to hand serve *Daubert* oppositions | October 1, 2012 | Same |
| Last to file *Daubert* motions | September 10, 2012 | Same |
| **Expert Discovery**[5] | | Same |
| Expert discovery cut-off | August 20, 2012 | Same |
| Rebuttal/supplemental disclosures | July 16, 2012 | Same |
| Initial disclosures | June 18, 2012 | Same |
| **Tutorial** | | |
| Technical Tutorial | December 10, 2011 | Same |
| **Phase III Discovery** | | |
| Completion on non-expert discovery | September 7, 2012 | Same |
| **Phase II Discovery** | | |
| Completion of Phase II document production[6] | September 21, 201 | Same |
| | | |

[4] Depending on the subject matter of the second trial, separate dates may be appropriate.

[5] Depending on the subject matter of the second trial, separate dates may be appropriate. To the extent that revisions or supplements to expert reports are appropriate in light of fact discovery taken after the filing of expert reports, the Court will consider applications for such relief.

[6] At the July 18, 2011 hearing, the Court will consider narrowing the scope of production in light of the parties' discussions following the June 10, 2011 hearing.

The Court believes that further elaboration of the discovery schedule is needed with specific benchmarks, including:

- Specific dates for completing outstanding discovery.

- Specific dates for serving and responding to new requests for production, interrogatories, requests for admissions.

- Specific dates for identifying deponents, scheduling depositions, and windows for taking specific depositions or categories of depositions.

Particular attention needs to be given to the discovery needs of the first bellwether trials, and those requirements should be given priority.

In addition, the parties shall consider means to streamline discovery in light of the models identified by the parties in their bellwether designations.

The Court will conduct a further scheduling conference on July 18, 2011 at 3:00 p.m. to take up these matters. The parties' joint or separate proposals shall be submitted no later than July 13, 2011.

II. <u>Bellwether Selections</u>.

The conduct of a trial in the first quarter of 2013 will markedly advance these proceedings. The Court believes that selection of a personal injury/wrongful death case in most the likely type of case to meet that goal. The Court designates Plaintiff's selection, <u>Van Alfen v. Toyota Motor Sales, U.S.A., Inc.</u> Case No. 2:11-cv-04143 JVS (FMOx) (C.D. Cal.), as the first trial.

4

Selection of a second case will be taken up in September when the Court conducts a further scheduling conference on class actions issues. See infra. If the second case is a personal injury/wrongful death action, the Court is convinced following the hearing that the case should be Toyota's first choice, St. John v. Toyota Motor Corporation, Case No. 4:10-cv-00075-CDL (M.D. Ga.).

III. Class Action Timetable

The Court defers adopting a timetable for completion of discovery relevant to class determination, and briefing and hearing motion(s) for class certification. The Court believes that the parties ought to have an opportunity to assess the Court's choice-of-law ruling and its impact on the prosecution of class claims. (See Docket No. 1474.) The Court sets a further scheduling conference on

class action issues for September 12, 2011 at 3:00 p.m.  The parties shall submit joint or separate proposals seven days in advance.

      IT IS SO ORDERED.

Dated: June 10, 2011

                                       _____
                                       James V. Selna
                                       United States District Judge