# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 10-00706 JVS (FMOx)<br>SACV 10-00576-JVS(FMOx) and<br>SACV 10-00577-JVS(FMOx)<br>member cases of **8:10ML02151 JVS(FMOx)\*\*\*** | Date | July 12, 2011 |
| Title | Adilia Aviles  v.  Toyota Motor Corporation et al.<br>Timothy P. Farrelly, et al. v. Toyota Motor Sales North America Inc., et al.<br>Jennifer Wendy Burke v. Toyota Motor Sales North America Inc., et al.<br>**IN RE: TOYOTA MOTOR CORP. UNINTENDEDACCELERATION MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION\*\*\*** | | |

Present: The Honorable    James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS)   Order Denying Bruce W. Steckler, Scott Summy, Denyse Clancy, J. Burton LeBlanc IV, Renee M. Melancon and Jennifer K. Berg's Motion to Withdraw as Attorney of Record (Dkt #1585 in 10-2151)

The Court denies without prejudice the Motion to Withdraw as Counsel of Record (10-2151 Docket No. 1585) and vacates the July 18, 2011 hearing.

Counsel are instructed to use form G-01 (available on the Court's web site) to request approval for substitution of counsel.  Specifically, counsel must certify that the notice required by pursuant to Local Rule 83-2.9 has been made.  This request, in accordance with this District's efiling procedures, the completed form must be efiled and must also be emailed to the chambers email address.  See General Order 10-07.

Additionally, counsel are instructed that, in accordance with Order No. 3, § V.B.1, the form must be efiled under both the master case number (10-2151) and each of the three individual case numbers noted on the caption of the Motion to Withdraw as Counsel.  (See id. ("When an order, pleading or other document is filed and docketed in the master docket, it shall be filed and docketed in each individual case to the extent applicable . . . .").)

**IT IS SO ORDERED.**

Initials of Preparer    kjt