**CORRECTED JULY 22, 2011 as to Ruling Plaintiffs' request for certification for interlocutory appeal and Defendants' motion to strike the plaintiffs' request only.**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 8:10ML2151 JVS (FMOx) | Date | July 18, 2011 |
| Title | IN RE: TOYOTA MOTOR CORP. UNINTENDED ACCELERATION MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | | |

Present: The Honorable   James V. Selna

| Karla J. Tunis | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Steven Berman   Mark Robinson, Jr.<br>Elizabeth Cabraser   Marc Seltzer<br>Donald Slavik   Frank Pitre<br>Thomas Wahlburg | Cari Dawson   Lisa Gilford<br>Vince Galvin   Joel Smith<br>Douglas Young   Theodore Boutrous |

**Proceedings:   CORRECTED JULY 22, 2011 as to Ruling Plaintiffs' request for certification for interlocutory appeal and Defendants' motion to strike the plaintiffs' request only.**

## STATUS CONFERENCE

Cause called and counsel make their appearances.   Counsel make their arguments regarding the issue for interlocutory appeal.   The Court will sign the order certifying the issues for direct interlocutory appeal.   The Court directs defendants to file any opposition to the plaintiff's request for certification for interlocutory appeal (Docket #1596) not later than July 28, 2011 and any reply shall be filed not later than August 2, 2011 the matter will stand submitted at that time.   The defendants' motion to strike the plaintiffs' request (Docket #1606) is vacated.

The Court and counsel confer regarding Phase II and III discovery issues.   The Court directs counsel to confer and submit, prior to August 1, 2011, their proposed plan and order regarding completion of Phase II Discovery.

The Court sets a further status conference regarding the discussed discovery issues for Monday, August 1, 2011 at 3:00 p.m.

| | 1 | : | 30 |
|---|---|---|---|
| Initials of Preparer | kjt | | |