1  David L. Ayers (MSB No. 1670)
   dayers@watkinseager.com
2  Todd J. Hartley (MSB No. 103534)
   thartley@watkinseager.com
3  WATKINS & EAGER PLLC
   400 East Capitol Street (39201)
4  P. O. Box 650
   Jackson, MS  39205
5  Telephone:  (601) 965-1900
   Facsimile: (601) 965-1901
6
   Attorneys for Defendant
7  Toyota Motor North America, Inc.

8  Vincent Galvin (#104448)
   Vincent.Galvin@bowmanandbrooke.com
9  BOWMAN AND BROOKE LLP
   1741 Technology Drive, Suite 200
10 San Jose, California  95110-1355
   Telephone: (408) 279-5393
11 Facsimile:   (408) 279-5845

12 Joel Smith (SC SBN 5266)
   jsmith@bowman-brooke.com mailto:vgalvin@bowman-brooke.com
13 BOWMAN AND BROOKE LLP
   1441 Main Street, Suite 1000
14 Columbia, SC 29201
   Telephone:  (803) 726-0020
15 Facsimile:  (803) 726-0021

16 Lead Defense Counsel for Personal Injury/Wrongful Death Cases

17

18              UNITED STATES DISTRICT COURT

19              CENTRAL DISTRICT OF CALIFORNIA

20            (SOUTHERN DIVISION – SANTA ANA)

21 In Re: Toyota Motor Corp. Unintended        )  Case No.  8:10ML02151 JVS (FMOx)
   Acceleration Marketing, Sales Practices,    )
22 and Products Liability Litigation           )  Assigned to:  Hon. James V. Selna
                                               )  Discovery:  Mag. Fernando M. Olguin
23 This document relates to:                   )
                                               )  NOTICE OF ERRATA
24 CV 10- 01917 JVS (FMOx)                      )
                                               )  Date:  August 22, 2011
25 _____     )  Time:  1:30 p.m.
                                               )  Dept.: 10C
26

27        PLEASE TAKE NOTICE that counsel for defendant Toyota Motor North America, Inc.

28 erroneously omitted Exhibit 1 and Exhibit 2 from its Reply to Plaintiffs' Memorandum in

1441564-WE 1                              1

1  Opposition to Defendant Toyota Motor North America, Inc.'s Motion to Dismiss for Insufficient

2  Service of Process electronically filed on August 8, 2011 (document 1666).  Attached hereto

3  are Exhibits 1 and 2.

4

5

6  Dated:  August 9, 2011.                    Respectfully submitted,

7                                             TOYOTA MOTOR NORTH AMERICA, INC.

8

9                                             By_____/s/ Todd J. Hartley_____
10                                                    Todd J. Hartley

11

12 **OF COUNSEL:**
   David L. Ayers (MSB No. 1670)
13 Todd J. Hartley (MSB No. 103534)
   WATKINS & EAGER PLLC
14 400 East Capitol Street (39201)
   P. O. Box 650
15 Jackson, MS  39205
   Phone:  (601) 965-1900
16 Fax: (601) 965-1901
   Email: dayers@watkinseager.com
17 Email: thartley@watkinseager.com

18

19                 **CERTIFICATE OF SERVICE**

20         I hereby certify that on August 9, 2011, I electronically filed the foregoing
   with the Clerk of the Court using the ECF system which sent notification of such filing to
21 all counsel of record.

22                                             s/Todd J. Hartley_____
                                               Todd J. Hartley
23

24

25

26

27

28

1441564-WE 1                        2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

BYRON HAWES, ON BEHALF OF HIS MINOR CHILD
KIERSTEN HAWES, AND MALCOLM HAWES                        PLAINTIFFS

V.                                          CIVIL ACTION NO. 2:10CV150-B-A

TOYOTA MOTOR NORTH AMERICA, INC.;
TOYOTA MOTOR ENGINEERING &
MANUFACTURING NORTH AMERICA, INC.;
AND TOYOTA MOTOR SALES, U.S.A., INC.                      DEFENDANTS

## ORDER

WHEREAS the Parties have submitted a Consent Motion to Stay Pending Transfer of Case to

MDL No. 2151 by the Judicial Panel on Multidistrict Litigation (the "Motion");

WHEREAS, the Court has reviewed the Motion and the Exhibits attached thereto;

WHEREAS, the Court finds good cause for granting the Motion;

It is therefore ORDERED that this action, including without limitation (1) all scheduling

deadlines pursuant to the Federal Rules of Civil Procedure, Local Rules of the United States District

Court for the Northern District of Mississippi and this Honorable Court, (2) discovery, and (3) the

deadline to answer or otherwise respond to Plaintiffs' Complaint, is stayed pending a ruling by the

Judicial Panel on Multidistrict Litigation ("JPML") concerning the transfer of this action for

coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. In the event that the

stay of this case is lifted, the Toyota Defendant shall have twenty-one (21) days from the Court's Order

lifting the stay to answer, move, or otherwise plead in response to Plaintiffs' Complaint.

IT IS SO ORDERED.

This 7th day of October, 2010.

EXHIBIT

tabbies

**1**

_/s/ Neal Biggers_
**NEAL B. BIGGERS, JR.**
**SENIOR U.S. DISTRICT JUDGE**

## Todd Hartley

| | |
|---|---|
| **From:** | Nick Rockforte [nrockforte@pbclawfirm.com] |
| **Sent:** | Friday, May 13, 2011 9:52 AM |
| **To:** | Todd Hartley |
| **Subject:** | Hawes v. Toyota |

Todd:

I'm following up on our conversation yesterday concerning the prescription issue you raised.  Our position is that the filing of a federal complaint alone tolls the statute of limitations and service is irrelevant.  I think that you will find that the case law heavily supports this conclusion.

Although, we fully discussed the service issue yesterday, I'm open to further discussion.  In order to ameliorate this concern, we would hope that you would entertain a waiver of service for the Toyota defendant at issue.

Considering the favorable case law, we would have no choice but to oppose your motion to dismiss.  Please contact me on Monday when you return if you would like to discuss.

Thanks,

Nick

Nicholas R. Rockforte
Pendley, Baudin & Coffin, L.L.P.
P.O. Drawer 71
24110 Eden Street
Plaquemine, Louisiana 70765
TEL --(225)687-6396
FAX --(225)687-6398
CONFIDENTIALITY NOTICE:  This message is being sent by or on behalf of a lawyer.
It is intended exclusively for the individual or entity to which it is
addressed.  This communication may contain information that is proprietary,
privileged or confidential or otherwise legally exempt from disclosure.  If you
are not the named addressee, you are not authorized to read, print, retain, copy
or disseminate this message or any part of it.  If you have received this message
in error, please notify the sender immediately by e-mail and delete all copies of
this message.



EXHIBIT

2

8/2/2011