1 | Jerome L. Ringler (SBN 59918)
2 | Thomas A. Kearney (SBN 90045)
   | Paul Alvarez (SBN 115350)
   | **RINGLER KEARNEY ALVAREZ, LLP**
3 | 633 West Fifth Street, 28th Floor
   | Los Angeles, CA 90071
4 | Tel: (213) 473-1900; Fax: (213) 473-1919
   | jringler@rkallp.com; tkearney@rkallp.com;
5 | palvarez@rkallp.com;

6 | Attorneys for Plaintiffs, DELUXE HOLDINGS, INC.,
   | Individually and on Behalf of All Others Similarly Situated
7 |

8 | **UNITED STATES DISTRICT COURT**

9 | **CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION**

10 |

11 | IN RE: TOYOTA MOTOR CORP.        ) Case No. 8:10ML02151 JVS (FMOx)
12 | UNINTENDED ACCELERATION          )
   | MARKING, SALES PRACTICES,        ) **NOTICE OF JEROME L.**
13 | AND PRODUCTS LIABILITY           ) **RINGLER'S INTENT TO BE**
   | LITIGATION                       ) **REMOVED AS A MEMBER OF**
14 |                                   ) **PLAINTIFFS' LEAD COUNSEL**
   |                                   ) **COMMITTEE FOR ECONOMIC**
15 | This Document Relates To:        ) **LOSS CLASS ACTIONS (NON-**
   |                                   ) **CONSUMER)**
16 | ALL CASES                         )
   |                                   )
17 | _____      )

18 |

19 |

20 | TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

21 |

22 | **PLEASE TAKE NOTICE THAT:** The Court at the outset of this MDL

23 | Litigation having appointed me to the position of a Member of Plaintiffs' Lead

24 | Counsel Committee for Economic Loss Class Actions (non-consumer) and

25 | reappointing me to the same position in May 4, 2011, it is my intention to resign

26 | this appointment effective August 20, 2011. I have informed Plaintiffs' Co-Lead

27 | Counsel for the consumer and non-consumer Committee for Economic Loss Class

28 | Actions in this litigation of my intent to withdraw effective August 20, 2011. I

-1-

1  have timely complied with all filing requirements for costs and fees incurred by

2  my office.  My last filing in this regard was accomplished August 15, 2011.

3

4

5  Dated:   August 12, 2011          **RINGLER KEARNEY ALVAREZ, LLP**

6

7                                    By_____

8                                         Jerome L. Ringler
                                    Attorneys for Plaintiff, Individually and on Behalf
9                                   of All Others Similarly Situated

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Notice re Jerome L. Ringler's Intention to be Removed as a Member of Plaintiffs' Lead Counsel
Committee for Economic Loss Class Actions