Steve W. Berman (*pro hac vice*)
*steve@hbsslaw.com*
HAGENS BERMAN SOBOL
  SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone:  (206) 268-9320
Facsimile:   (206) 623-0594

Marc M. Seltzer, Bar No. 054534
*mseltzer@susmangodfrey.com*
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA  90067-6029
Telephone:  (310) 789-3102
Facsimile:   (310) 789-3006

Frank M. Pitre, Bar No. 100077
*fpitre@cpmlegal.com*
COTCHETT, PITRE & MCCARTHY, LLP
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone:  (650) 697-6000
Facsimile:  (650) 697-0577

*Interim Lead Counsel for the Economic Loss
Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| IN RE: TOYOTA MOTOR CORP. UNINTENDED ACCELERATION MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No. 8:10ML2151 JVS (FMOx) **ECONOMIC LOSS PLAINTIFFS' BELLWETHER CLASS AND CLASS REPRESENTATIVE IDENTIFICATION** |
| This Document Relates To: ALL CASES | Date:  October 11, 2011 Time:  9:00 a.m. Ctrm: 10C Judge:  Hon. James V. Selna |

1

# TABLE OF CONTENTS

I.   THE PROPOSED CLASSES ................................................................................ 1

   A.   The Proposed Bellwether Consumer Class and Subclasses ..................... 1

      1.   The Sticky Pedal TREAD Act Subclass ......................................... 3

      2.   The Pedal Entrapment TREAD Act Subclass ................................ 3

   B.   The Proposed Alternative Bellwether Consumer Classes ........................ 4

      1.   The Proposed Bellwether California Consumer Class .................... 4

      2.   The Proposed Bellwether Florida Consumer Class ........................ 6

      3.   The Proposed Bellwether New York Consumer Class .................. 8

   C.   The Proposed Bellwether Commercial Economic Loss Class ................. 9

II.  THE PROPOSED BELLWETHER CLASS REPRESENTATIVES ................ 11

   A.   The Proposed Class Representatives for the Proposed Bellwether Consumer Class and Subclasses ............................................................. 12

   B.   The Proposed Class Representatives for the Proposed Alternative Bellwether Consumer Classes .................................................................. 13

      1.   The Proposed Bellwether California Class Representatives ......... 13

      2.   The Proposed Bellwether Florida Class Representatives .............. 14

      3.   The Proposed Bellwether New York Class Representatives ......... 15

   C.   The Proposed Bellwether Commercial Economic Loss Class Representatives ......................................................................................... 15

- i -

010172-25 474237 V1

# I.     THE PROPOSED CLASSES

For purposes of the Economic Loss Bellwether trial and initial class motions, the Economic Loss Plaintiffs identify the proposed Classes set forth below.  Discovery is ongoing and may reveal the need to alter the Class definitions.  Therefore, Plaintiffs reserve the right to amend the definitions at the time of moving for class certification to conform to facts adduced during the course of discovery.

## A.     The Proposed Bellwether Consumer Class and Subclasses

The Economic Loss Plaintiffs identify the following proposed Bellwether Consumer Class:

> All persons or entities who both resided in, and purchased or leased in, the states of California, Florida or New York a Toyota vehicle manufactured, designed or sold with ETCS.[1]

Excluded from the Proposed Bellwether Consumer Class are Defendants, their employees, co-conspirators, officers, directors, legal representatives, heirs, successors and wholly or partly owned subsidiaries or affiliated companies; class counsel and their employees; and the judicial officers and their immediate family members and associated court staff assigned to this case, and all persons within the third degree of relationship to any such persons.  Also excluded are any individuals claiming damages from personal injuries or wrongful death arising from an SUA incident.

---

[1] The Toyota vehicles at issue are identified in Appendix A hereto.

- 1 -

ECONOMIC LOSS PLAINTIFFS' BELLWETHER CLASS
AND CLASS REPRESENTATIVE IDENTIFICATION

The applicable legal claims for the Proposed Bellwether Consumer Class are as follows:

- Violation of the Consumer Legal Remedies Act ("CLRA"), CAL. CIV. CODE § 1750, *et seq.*

- Violation of the California Unfair Competition Law, CAL. BUS. & PROF. CODE § 17200, *et seq.*

- Violation of the California False Advertising Law, CAL. BUS. & PROF. CODE § 17500, *et seq.*

- Breach of Express Warranty in violation of CAL. COM. CODE § 2313.

- Breach of Implied Warranty of Merchantability in violation of CAL. COM. CODE § 2314.

- Breach of Contract/Common Law Warranty.

- Fraud by Concealment.

- Violation of the Song-Beverly Consumer Warranty Act for Breach of Express Warranties (CAL. CIV. CODE §§ 1793.2(D) & 1791.2) (only for class members who resided and purchased/leased in California).

- Violation of the Song-Beverly Consumer Warranty Act for Breach of Implied Warranty of Merchantability (CAL. CIV. CODE §§ 1792 & 1791.1) (only for class members who resided and purchased/leased in California).

- Violation of Magnuson-Moss Warranty Act (15 U.S.C. § 2301, *et seq.*).

- 2 -

ECONOMIC LOSS PLAINTIFFS' BELLWETHER CLASS
AND CLASS REPRESENTATIVE IDENTIFICATION

010172-25  474237 V1

The Economic Loss Plaintiffs also identify the following proposed Bellwether Consumer Subclasses (the applicable legal claim for each Subclass is violation of the California Unfair Competition Law , CAL. BUS. & PROF. CODE § 17200, *et seq.*):

**1.     The Sticky Pedal TREAD Act Subclass**

All persons or entities who, from January 17, 2008 to January 27, 2010, resided in and purchased or leased in the states of California, Florida or New York the following models and model years:  2007-10MY Tundra; 2008-10MY Sequoia; 2005-10MY Avalon; 2007-10MY Camry; 2009MY Camry HV; 2009-10MY Corolla; 2009-10MY Matrix; 2009-10MY RAV4; and 2010MY Highlander.

**2.     The Pedal Entrapment TREAD Act Subclass**

All persons or entities who, from December 15, 2005 to October 5, 2009, resided in and purchased or leased in the states of California, Florida or New York the following models and model years:  2007-11MY Camry; 2005-10MY Avalon; 2004-09MY Prius; 2005-10MY Tacoma; 2007-10MY Tundra; 2007-10MY Lexus ES350; 2006-10MY Lexus IS250/350; 2008-10MY Highlander; 2009-10MY Corolla; 2009-10MY Venza; and 2009-10MY Corolla Matrix.

- 3 -

ECONOMIC LOSS PLAINTIFFS' BELLWETHER CLASS
AND CLASS REPRESENTATIVE IDENTIFICATION

010172-25  474237 V1

**B.      The Proposed Alternative Bellwether Consumer Classes**

In the event that the Court chooses not to certify a single Class of California, Florida and New York residents and purchasers/lessees alleging the application of California law, the Economic Loss Plaintiffs identify the following three Proposed Bellwether Consumer Classes and associated Subclasses in the alternative:

**1.      The Proposed Bellwether California Consumer Class**

> All persons or entities who both resided in, and purchased or leased in, the State of California a Toyota vehicle manufactured, designed or sold with ETCS.[2]

Excluded from the Proposed Bellwether California Consumer Class are Defendants, their employees, co-conspirators, officers, directors, legal representatives, heirs, successors and wholly or partly owned subsidiaries or affiliated companies; class counsel and their employees; and the judicial officers and their immediate family members and associated court staff assigned to this case, and all persons within the third degree of relationship to any such persons.  Also excluded are any individuals claiming damages from personal injuries or wrongful death arising from an SUA incident.

The applicable legal claims for the Proposed Bellwether California Consumer Class are as follows:

- Violation of the Consumer Legal Remedies Act ("CLRA"), CAL. CIV. CODE § 1750, *et seq.*

---

[2] The Toyota vehicles at issue are identified in Appendix A hereto.

ECONOMIC LOSS PLAINTIFFS' BELLWETHER CLASS
AND CLASS REPRESENTATIVE IDENTIFICATION

010172-25  474237 V1

- Violation of the California Unfair Competition Law, CAL. BUS. & PROF. CODE § 17200, *et seq.*

- Violation of the California False Advertising Law, CAL. BUS. & PROF. CODE § 17500, *et seq.*

- Breach of Express Warranty in violation of CAL. COM. CODE § 2313.

- Breach of Implied Warranty of Merchantability in violation of CAL. COM. CODE § 2314.

- Breach of Contract/Common Law Warranty.

- Fraud by Concealment.

- Violation of the Song-Beverly Consumer Warranty Act for Breach of Express Warranties (CAL. CIV. CODE §§ 1793.2(D) & 1791.2).

- Violation of the Song-Beverly Consumer Warranty Act for Breach of Implied Warranty of Merchantability (CAL. CIV. CODE §§ 1792 & 1791.1).

- Violation of Magnuson-Moss Warranty Act (15 U.S.C. § 2301, *et seq.*).

The Economic Loss Plaintiffs also identify the following proposed Bellwether California Consumer Subclasses (the applicable legal claim for each Subclass is violation of the California Unfair Competition Law , CAL. BUS. & PROF. CODE § 17200, *et seq.*):

### a.     The Sticky Pedal TREAD Act Subclass

All persons or entities who, from January 17, 2008 to January 27, 2010, resided in and purchased or leased in the State of California the following models and model years:

- 5 -

2007-10MY Tundra; 2008-10MY Sequoia; 2005-10MY

Avalon; 2007-10MY Camry; 2009MY Camry HV; 2009-

10MY Corolla; 2009-10MY Matrix; 2009-10MY RAV4;

and 2010MY Highlander.

**b.     The Pedal Entrapment TREAD Act Subclass**

All persons or entities who, from December 15, 2005 to

October 5, 2009, resided in and purchased or leased in the

State of California the following models and model years:

2007-11MY Camry; 2005-10MY Avalon; 2004-09MY

Prius; 2005-10MY Tacoma; 2007-10MY Tundra; 2007-

10MY Lexus ES350; 2006-10MY Lexus IS250/350; 2008-

10MY Highlander; 2009-10MY Corolla; 2009-10MY

Venza; and 2009-10MY Corolla Matrix.

**2.     The Proposed Bellwether Florida Consumer Class**

All persons or entities who both resided in, and purchased

or leased in, the State of Florida a Toyota vehicle

manufactured, designed or sold with ETCS.[3]

Excluded from the Proposed Bellwether Florida Consumer Class are

Defendants, their employees, co-conspirators, officers, directors, legal

representatives, heirs, successors and wholly or partly owned subsidiaries or

affiliated companies; class counsel and their employees; and the judicial officers and

---

[3] The Toyota vehicles at issue are identified in Appendix A hereto.

ECONOMIC LOSS PLAINTIFFS' BELLWETHER CLASS
AND CLASS REPRESENTATIVE IDENTIFICATION

their immediate family members and associated court staff assigned to this case, and all persons within the third degree of relationship to any such persons.  Also excluded are any individuals claiming damages from personal injuries or wrongful death arising from an SUA incident.

The applicable legal claims for the Proposed Bellwether Florida Consumer Class are as follows:

- Violation of the Florida Deceptive and Unfair Trade Practices Act, FLA. STAT. § 501.201, *et seq.*
- Breach of Express Warranty in violation of FLA. STAT. § 672.313.
- Breach of the Implied Warranty of Merchantability in violation of FLA. STAT. § 672.314.
- Breach of Contract/Common Law Warranty.
- Fraud by Concealment.
- Violation of Magnuson-Moss Warranty Act (15 U.S.C. § 2301, *et seq.*).

The Economic Loss Plaintiffs also identify the following proposed Bellwether Florida Consumer Subclasses (the applicable legal claim for each Subclass is violation of the Florida Deceptive and Unfair Trade Practices Act, FLA. STAT. § 501.201, *et seq.*):

**a.      The Sticky Pedal TREAD Act Subclass**

All persons or entities who, from January 17, 2008 to January 27, 2010, resided in and purchased or leased in the State of Florida the following models and model years:

2007-10MY Tundra; 2008-10MY Sequoia; 2005-10MY

- 7 -

Avalon; 2007-10MY Camry; 2009MY Camry HV; 2009-10MY Corolla; 2009-10MY Matrix; 2009-10MY RAV4; and 2010MY Highlander.

**b.      The Pedal Entrapment TREAD Act Subclass**

All persons or entities who, from December 15, 2005 to October 5, 2009, resided in and purchased or leased in the State of Florida the following models and model years: 2007-11MY Camry; 2005-10MY Avalon; 2004-09MY Prius; 2005-10MY Tacoma; 2007-10MY Tundra; 2007-10MY Lexus ES350; 2006-10MY Lexus IS250/350; 2008-10MY Highlander; 2009-10MY Corolla; 2009-10MY Venza; and 2009-10MY Corolla Matrix.

**3.      The Proposed Bellwether New York Consumer Class**

All persons or entities who both resided in, and purchased or leased in, the State of New York a Toyota vehicle manufactured, designed or sold with ETCS.[4]

Excluded from the Proposed Bellwether New York Consumer Class are Defendants, their employees, co-conspirators, officers, directors, legal representatives, heirs, successors and wholly or partly owned subsidiaries or affiliated companies; class counsel and their employees; and the judicial officers and their immediate family members and associated court staff assigned to this case, and

---

[4] The Toyota vehicles at issue are identified in Appendix A hereto.

- 8 -

ECONOMIC LOSS PLAINTIFFS' BELLWETHER CLASS
AND CLASS REPRESENTATIVE IDENTIFICATION

all persons within the third degree of relationship to any such persons.  Also excluded are any individuals claiming damages from personal injuries or wrongful death arising from an SUA incident.

The applicable legal claims for the Proposed Bellwether New York Consumer Class are as follows:

- Deceptive Acts or Practices in violation of N.Y. GEN. BUS. LAW § 349.
- False Advertising in violation of N.Y. GEN. BUS. LAW § 350.
- Breach of Express Warranty in violation of N.Y. U.C.C. § 2-313.
- Breach of the Implied Warranty of Merchantability in violation of N.Y. U.C.C. § 2-314.
- Breach of Contract/Common Law Warranty.
- Violation of Magnuson-Moss Warranty Act (15 U.S.C. § 2301, *et seq.*).

## C.    The Proposed Bellwether Commercial Economic Loss Class

The Economic Loss Plaintiffs identify the following proposed Bellwether Commercial Economic Loss Class:

> All individuals or entities that both resided in, and purchased or leased in, the State of California a Toyota vehicle with ETCS and were engaged in the business of vehicle sales or rentals for those vehicles.[5]

Excluded from the Proposed Bellwether Commercial Economic Loss Class are Defendants, their employees, co-conspirators, officers, directors, legal

---

[5] The Toyota vehicles at issue are identified in Appendix A hereto.

- 9 -

ECONOMIC LOSS PLAINTIFFS' BELLWETHER CLASS
AND CLASS REPRESENTATIVE IDENTIFICATION

representatives, heirs, successors and wholly or partly owned subsidiaries or affiliated companies; class counsel and their employees; and the judicial officers and their immediate family members and associated court staff assigned to this case, and all persons within the third degree of relationship to any such persons.

The applicable legal claims for the Proposed Bellwether Commercial Economic Loss Class are as follows:

- Violation of the California Unfair Competition Law, CAL. BUS. & PROF. CODE § 17200, *et seq.*

- Violation of the California False Advertising Law, CAL. BUS. & PROF. CODE § 17500, *et seq.*

- Breach of Express Warranty in violation of CAL. COM. CODE § 2313.

- Breach of Implied Warranty of Merchantability in violation of CAL. COM. CODE § 2314.

- Breach of Contract/Common Law Warranty.

- Fraud by Concealment.

The Economic Loss Plaintiffs also identify the following proposed Bellwether Commercial Economic Loss Subclasses (the applicable legal claim for each Subclass is violation of the California Unfair Competition Law , CAL. BUS. & PROF. CODE § 17200, *et seq.*):

### a.     The Sticky Pedal TREAD Act Subclass

All persons or entities who, from January 17, 2008 to January 27, 2010, purchased or leased in the State of California the following models and model years:  2007-

- 10 -

ECONOMIC LOSS PLAINTIFFS' BELLWETHER CLASS
AND CLASS REPRESENTATIVE IDENTIFICATION

10MY Tundra; 2008-10MY Sequoia; 2005-10MY Avalon;

2007-10MY Camry; 2009MY Camry HV; 2009-10MY

Corolla; 2009-10MY Matrix; 2009-10MY RAV4; and

2010MY Highlander.

### b.   The Pedal Entrapment TREAD Act Subclass

All persons or entities who, from December 15, 2005 to

October 5, 2009, purchased or leased in the State of

California the following models and model years:  2007-

11MY Camry; 2005-10MY Avalon; 2004-09MY Prius;

2005-10MY Tacoma; 2007-10MY Tundra; 2007-10MY

Lexus ES350; 2006-10MY Lexus IS250/350; 2008-10MY

Highlander; 2009-10MY Corolla; 2009-10MY Venza; and

2009-10MY Corolla Matrix.

## II.   THE PROPOSED BELLWETHER CLASS REPRESENTATIVES

The Economic Loss Plaintiffs identify the following proposed Class

Representatives for each of the Proposed Bellwether Classes.  Each proposed

Representative filed his or her suit in the United States District Court for the Central

District of California (with one exception), and each is identified in the Second

Amended Economic Loss Master Consolidated Complaint ("SAMCC") or in

associated Complaints.[6]

---

[6] Appendix B identifies, for each Proposed Class Representative, the date of his or her complaint, the court in which it was filed, and the cause number of the original action.  All cases were filed directly in the United States District Court for the Central District of California, with the exception of the suit filed by Deluxe

- 11 -

ECONOMIC LOSS PLAINTIFFS' BELLWETHER CLASS
AND CLASS REPRESENTATIVE IDENTIFICATION

010172-25  474237 V1

Discovery is ongoing and may reveal the need to amend the Bellwether Class Representative designations, and Plaintiffs reserve the right to alter the mix of proposed Class representation at the time of moving for class certification to conform to facts adduced during the course of discovery.

**A.     The Proposed Class Representatives for the Proposed Bellwether Consumer Class and Subclasses**

Kathleen Atwater (¶[7] 34)

Dale Baldisserri (¶ 35)

Karina Brazdys (¶ 39)

Joseph Hauter (¶ 52)

Dr. Aly & Lucinda Mahmoud (¶ 109)

John Moscicki (¶ 113)

Peggie Perkin (¶ 59)

Thomas F. & Catherine A. Roe (¶ 62)

Janette & Tully Seymour (¶ 64)

Linda Tang (¶ 125)

Carol Danziger

Vuin Edward Epps

Ziva Goldstein

---

Holdings, Inc., which was originally filed in Los Angeles Superior Court and removed to the Central District.  Because all of the Plaintiffs named herein filed suit here in the Central District of California (or, in the case of Deluxe Holdings, Inc., in State court in this District), there are no *Lexecon* concerns, and the trial of these claims may proceed in this Court.

[7] "¶" references paragraphs in the SAMCC.

ECONOMIC LOSS PLAINTIFFS' BELLWETHER CLASS
AND CLASS REPRESENTATIVE IDENTIFICATION

010172-25  474237 V1

Tom Gudmundson

Linda Savoy

Elizabeth Van Zyl (¶ 66)

Rocco & Bridie Doino (¶ 44)

John & Mary Laidlaw (¶ 56)

Ada Morales

Judy Veitz

The Proposed Class Representatives for the Proposed Bellwether Consumer Subclasses are:

*1.  The Sticky Pedal TREAD Act Subclass*:  Kathleen Atwater, Dale Baldisseri, Joseph Hauter, Carol Danziger, Vuin Edward Epps, Linda Savoy and Ada Morales.

*2.  The Pedal Entrapment TREAD Act Subclass*:  Dale Baldisseri, Karina Brazdys, Joseph Hauter, Linda Tang, John Moscicki, Vuin Edward Epps, Linda Savoy, Elizabeth Van Zyl and Ada Morales.

**B.  The Proposed Class Representatives for the Proposed Alternative Bellwether Consumer Classes**

**1.  The Proposed Bellwether California Class Representatives**

Kathleen Atwater (¶34)

Dale Baldisserri (¶ 35)

Karina Brazdys (¶ 39)

Joseph Hauter (¶ 52)

Dr. Aly & Lucinda Mahmoud (¶ 109)

- 13 -

ECONOMIC LOSS PLAINTIFFS' BELLWETHER CLASS
AND CLASS REPRESENTATIVE IDENTIFICATION

John Moscicki (¶ 113)

Peggie Perkin (¶ 59)

Thomas F. & Catherine A. Roe (¶ 62)

Janette & Tully Seymour (¶ 64)

Linda Tang (¶ 125)

The Proposed Class Representatives for the Proposed Bellwether California Consumer Subclasses are:

1. *The Sticky Pedal TREAD Act Subclass*:  Kathleen Atwater, Dale Baldisseri and Joseph Hauter.

2. *The Pedal Entrapment TREAD Act Subclass*:  Dale Baldisseri, Karina Brazdys, Joseph Hauter, Linda Tang and John Moscicki.

**2.     The Proposed Bellwether Florida Class Representatives**

Carol Danziger

Vuin Edward Epps

Ziva Goldstein

Tom Gudmundson

Linda Savoy

Elizabeth Van Zyl (¶ 66)

The Proposed Class Representatives for the Proposed Bellwether Florida Consumer Subclasses are:

1. *The Sticky Pedal TREAD Act Subclass*:  Carol Danziger, Vuin Edward Epps and Linda Savoy.

- 14 -

ECONOMIC LOSS PLAINTIFFS' BELLWETHER CLASS
AND CLASS REPRESENTATIVE IDENTIFICATION

*2.  The Pedal Entrapment TREAD Act Subclass*:  Vuin Edward Epps, Linda Savoy and Elizabeth Van Zyl.

**3.      The Proposed Bellwether New York Class Representatives**

Rocco & Bridie Doino (¶ 44)

John & Mary Laidlaw (¶ 56)

Ada Morales

Judy Veitz

**C.     The Proposed Bellwether Commercial Economic Loss Class Representatives**

Green Spot Motors Co. (¶ 74)

Deluxe Holdings Inc. (¶ 85)

Both of these proposed Class Representatives are also proposed to represent the Proposed Commercial Economic Loss Sticky Pedal and Pedal Entrapment Subclasses.

Dated:  September 20, 2011         Respectfully submitted,

By:   /s/ Steve W. Berman
        Steve W. Berman (WA SBN 12536)
**HAGENS BERMAN SOBOL
  SHAPIRO LLP**
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone:  (206) 268-9320
Facsimile:   (206) 623-0594
Email:  steve@hbsslaw.com

- 15 -

ECONOMIC LOSS PLAINTIFFS' BELLWETHER CLASS
AND CLASS REPRESENTATIVE IDENTIFICATION

1

By: ___/s/ Marc M. Seltzer_____

2

Marc M. Seltzer (CA SBN 054534)

**SUSMAN GODFREY L.L.P.**

3

1901 Avenue of the Stars, Suite 950

Los Angeles, CA 90067

4

Telephone:  (310) 789-3102

Facsimile:  (310) 789-3006

5

Email:  mseltzer@susmangodfrey.com

6

By: ___/s/ Frank M. Pitre_____

7

Frank M. Pitre (CA SBN 100077)

**COTCHETT, PITRE & MCCARTHY, LLP**

8

840 Malcolm Road, Suite 200

Burlingame, CA 94010

9

Telephone:  (650) 697-6000

Facsimile:  (650) 697-0577

10

Email:  fpitre@cpmlegal.com

11

*Co-Lead Counsel for*

12

*Economic Loss Plaintiffs*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 16 -

ECONOMIC LOSS PLAINTIFFS' BELLWETHER CLASS
AND CLASS REPRESENTATIVE IDENTIFICATION

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## APPENDIX A:
## IDENTIFICATION OF RELEVANT TOYOTA VEHICLES

The following Toyota vehicles and model years are included in the Proposed Classes and are identified in Paragraph 137 of the SAMCC:

### Toyota Vehicles

| | |
|---|---|
| 2001 – 2010 | 4Runner |
| 2005 – 2010 | Avalon |
| 2002 – 2010 | Camry |
| 2007 – 2010 | Camry HV |
| 2003 – 2005 | Celica (2ZZ-GE Engine) |
| 2005 – 2010 | Corolla (1ZZ-FE, 2AZ-FE, 2ZR-FE) |
| 2007 – 2010 | FJ Cruiser |
| 2004 – 2010 | Highlander |
| 2006 – 2010 | Highlander HV |
| 1998 – 2010 | Land Cruiser |
| 2005 – 2010 | Matrix (2AZ-FE, 2ZR-FE, 1ZZ-FE (Not 4WD)) |
| 2001 – 2010 | Prius |
| 2004 – 2010 | Rav4 |
| 2001 – 2010 | Sequoia |
| 2004 – 2010 | Sienna |
| 2002 – 2008 | Solara |
| 2003 – 2004 | Tacoma (5VZ-FE except Sport Model) |

- 17 -

010172-25  474237 V1

| | | |
|---|---|---|
| 1 | 2005 – 2010 | Tacoma |
| 2 | 2000 – 2010 | Tundra (not including the 2000-2002 with 5VZ-FE) |
| 3 | 2009 – 2010 | Venza |
| 4 | 2004 – 2010 | Yaris |

**Lexus Vehicles**

| | | |
|---|---|---|
| 2002 – 2003 | ES300 |
| 2004 – 2006 | ES330 |
| 2007 – 2010 | ES350 |
| 1998 – 2006 | GS300 |
| 2007 – 2010 | GS350 |
| 1998 – 2000 | GS400 |
| 2001 – 2007 | GS430 |
| 2007 – 2010 | GS450h |
| 2008 – 2010 | GS460 |
| 2003 – 2009 | GX470 |
| 2010 | HS250h |
| 2008 – 2010 | IS F |
| 2006 – 2010 | IS250 |
| 2010 | IS250c |
| 2001 – 2005 | IS300 |
| 2006 – 2010 | IS350 |
| 2010 | IS350c |
| 1999 – 2000 | IS400 |

- 18 -

ECONOMIC LOSS PLAINTIFFS' BELLWETHER CLASS
AND CLASS REPRESENTATIVE IDENTIFICATION

| | |
|---|---|
| 1998 | LS400 |
| 2001 – 2006 | LS430 |
| 2007 – 2010 | LS460 |
| 2008 – 2010 | LS600h |
| 1998 – 2007 | LX470 |
| 2008 – 2010 | LX570 |
| 2004 – 2006 | RX330 |
| 2007 – 2010 | RX350 |
| 2006 – 2008 | RX400h |
| 2010 | RX450h |
| 1998 – 2000 | SC300 |
| 1998 – 2000 | SC400 |
| 2002 – 2010 | SC430 |

**Scion Vehicles**

| | |
|---|---|
| 2005 – 2010 | Scion tC |
| 2008 – 2010 | Scion xB |
| 2008 – 2010 | Scion xD |

- 19 -

ECONOMIC LOSS PLAINTIFFS' BELLWETHER CLASS
AND CLASS REPRESENTATIVE IDENTIFICATION

010172-25  474237 V1

**APPENDIX B:**
**IDENTIFICATION OF THE INITIAL COMPLAINTS**
**FILED BY EACH PROPOSED CLASS REPRESENTATIVE**

| Proposed Representative | Date of Initial Complaint | Court in Which Initial Complaint Filed | Cause Number |
|---|---|---|---|
| Kathleen Atwater | 10/27/10 | C.D. Cal. | 10-ml-02151-JVS-FMO |
| Dale Baldisserri | 12/22/09 | C.D. Cal. | 09-cv-09386-JVS-FMO |
| Karina Brazdys | 10/27/11 | C.D. Cal. | 10-ml-02151-JVS-FMO |
| Joseph Hauter | 01/22/11 | C.D. Cal. | 10-cv-00105-JVS-FMO |
| Dr. Aly & Lucinda Mahmoud | 10/27/10 | C.D. Cal. | 10-ml-02151-JVS-FMO |
| John Moscicki | 10/27/10 | C.D. Cal. | 10-ml-02151-JVS-FMO |
| Peggie Perkin | 10/27/10 | C.D. Cal. | 10-ml-02151-JVS-FMO |
| Thomas F. & Catherine A. Roe | 10/27/10 | C.D. Cal. | 10-ml-02151-JVS-FMO |
| Janette & Tully Seymour | 10/27/10 | C.D. Cal. | 10-ml-02151-JVS-FMO |
| Linda Tang | 03/17/11 | C.D. Cal. | 10-cv-01939-JVS-FMO |
| Carol Danziger | 09/20/11 | C.D. Cal. | 11-cv-07778 VBF (PJWx) |
| Vuin Edward Epps | 09/20/11 | C.D. Cal. | 11-cv-07778 VBF (PJWx) |
| Tom Gudmundson | 03/19/10 | C.D. Cal. | 10-cv-02021-JVS-FMO |
| Ziva Goldstein | 09/20/11 | C.D. Cal. | 11-cv-07778 VBF (PJWx) |
| Linda Savoy | 09/20/11 | C.D. Cal. | 11-cv-07778 VBF (PJWx) |
| Elizabeth Van Zyl | 03/24/10 | C.D. Cal. | 10-cv-02147-JVS-FMO |
| Rocco & Bridie Doino | 10/27/10 | C.D. Cal. | 10-ml-02151-JVS-FMO |
| John & Mary Laidlaw | 10/2710 | C.D. Cal. | 10-ml-02151-JVS-FMO |
| Ada Morales | 09/20/11 | C.D. Cal. | 11-cv-07778 VBF (PJWx) |
| Judy Veitz | 09/20/11 | C.D. Cal. | 11-cv-07778 VBF (PJWx) |
| Deluxe Holdings, Inc. | 03/08/10 | Los Angeles County Superior Court | BC433537 |
| Green Spot Motors Co. | 03/12/10 | C.D. Cal. | 10-cv-00312-JVS-FMO |

- 20 -

ECONOMIC LOSS PLAINTIFFS' BELLWETHER CLASS
AND CLASS REPRESENTATIVE IDENTIFICATION

010172-25  474237 V1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **PROOF OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party through the Court's electronic filing service on September 20, 2011.

/s/ Steve W. Berman
Steve W. Berman

ECONOMIC LOSS PLAINTIFFS' BELLWETHER CLASS
AND CLASS REPRESENTATIVE IDENTIFICATION

010172-25 474237 V1