Mark P. Robinson, Jr., Bar No. 054426
mrobinson@rcrlaw.net
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
Telephone: (949) 720-1288
Facsimile: (949) 720-1292

Elizabeth J. Cabraser, Bar No. 083151
ecabraser@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

*Plaintiffs' Co-Lead Counsel for Personal Injury/Wrongful Death Cases*

Steve W. Berman (*pro hac vice*)
steve@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 268-9320
Facsimile: (206) 623-0594

Marc M. Seltzer, Bar No. 054534
mseltzer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Telephone: (310) 789-3102
Facsimile: (310) 789-3006

Frank M. Pitre, Bar No. 100077
fpitre@cpmlegal.com
COTCHETT, PITRE & MCCARTHY
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

*Plaintiffs' Co-Lead Counsel for Economic Loss Cases*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| IN RE: TOYOTA MOTOR CORP. UNINTENDED ACCELERATION MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>ALL CASES | Case No. 8:10ML2151 JVS (FMOx)<br><br>**PLAINTIFFS' BELLWETHER REQUEST AND INITIAL OSI LIST**<br><br>Date:     October 11, 2011<br>Time:    9:00 a.m.<br>Ctrm.:   10C<br>Judge:   Hon. James V. Selna |

## I. Van Alfen As The First Bellwether

Plaintiffs respectfully request the Van Alfen case remain as the first bellwether trial in this MDL. During the last four months, Plaintiffs' counsel and experts have spent hundreds of hours on the Van Alfen case. The Van Alfen case involves a 2008 Toyota Camry and the Defendants have repeatedly requested that the first trial be a Camry case.

Plaintiffs believed they had a good faith basis for including the Utah dealer with the Magnuson Moss jurisdiction claim. As soon as this Court issued its order regarding jurisdiction, Plaintiffs re-filed, and served upon the Defendants, the Van Alfen complaint alleging diversity jurisdiction, and excluding the Utah dealer as a defendant.

## II. Plaintiffs' Initial List of OSIs

Pursuant to the Court's Order No. 16, Plaintiffs identify the following initial list of other similar incidents ("OSIs"):

| Name of Driver or VIN# of Vehicle | Vehicle Model | Year |
|---|---|---|
| Walker, Deron | Camry | 2009 |
| Gomez, Guadalupe | Camry | 2007 |
| Henrico Police Department | Camry | 2007 |
| Yasharu, Peter | Camry | 2006 |
| Bookout, Jean | Camry | 2005 |
| Ezal, Bulent | Camry | 2005 |
| Manning, Mildred | Camry | 2002 |
| Saylor, Mark | Lexus ES 350 | 2009 |
| Ito, Ken | Lexus ES 350 | 2007 |
| Smith, Rhonda | Lexus ES 350 | 2007 |
| Close, Ronald | Corolla | 2009 |

| Gonzalez, Benigno | Tacoma | 2009 |
|---|---|---|
| Manchester, Timothy | Tacoma | 2005 |

Dated:  October 3, 2011

Respectfully submitted,

ROBINSON, CALCAGNIE & ROBINSON

By:  */s/ Mark P. Robinson, Jr.*
       Mark P. Robinson, Jr.

Mark P. Robinson, Jr., Bar No. 054426
*mrobinson@rcrlaw.net*
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
Telephone.:  (949) 720-1288
Facsimile:  (949) 720-1292

PLAINTIFFS' BELLWETHER REQUEST AND INITIAL OSI LIST