UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  **8:10ML2151 JVS (FMOx)**  Date  November 21, 2011

Title  **IN RE: TOYOTA MOTOR CORP. UNINTENDED ACCELERATION MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**

Present: The Honorable   James V. Selna

| Karla J. Tunis | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

Monica Kelly                                          Lisa Gilford
Michael Lorusso                                    Amber Wessels

**Proceedings:**  Toyota Defendants' Motion to Strike the Corrected Second Amended Foreign Economic Loss Mater Consolidated Complaint (fld 8-8-11 #1672)

Toyota Defendants' Motion to Dismiss the Corrected Second Amended Foreign Economic Loss Consolidated Complaint (fld 8-8-11 #1673)

    Cause called and counsel make their appearances.  The Court's tentative ruling is issued.  Counsel make their arguments.  The Court takes the above referenced motions under submission.

1 : 20

Initials of Preparer   kjt