```
HON. STEVEN J. STONE (RET.)
(CA SBN 32343)
cdoll@jamsadr.com
HON. JOHN K. TROTTER (RET.)
(CA SBN 33051)
cdoll@jamsadr.com
JAMS
500 N. State College Blvd.
Suite 1400
Orange, CA  92868
Telephone: (714) 937-8211
Fax: (714) 939-0867

SPECIAL MASTERS
```

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TOYOTA MOTOR CORP. UNINTENDED ACCELERATION MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>ALL CASES | Case No: 8:10-ML-02151 JVS(FMOx)<br><br>**DISCOVERY MATTER**<br><br>**NOTICE OF LODGING**<br><br>(February 14, 2012) |

//

1

Notice is hereby given that on February 14, 2012, the following have been electronically filed with the Court:

RULINGS RE: (1) PLAINTIFFS' MOTION TO COMPEL *IN CAMERA* REVIEW OF DOCUMENTS THAT TOYOTA IS WITHHOLDING ON THE BASIS OF ALLEGED PRIVILEGE OR WORK PRODUCT PROTECTION, AND (2) DEPOSITIONS OF TOYOTA ENTITIES AND THEIR EMPLOYEES

Dated: February 14, 2012

\_\_\_//j. trotter //_____
Hon. John K. Trotter (ret.)
Special Master

Dated: February 14, 2012

\_\_\_//j. stone //_____
Hon. Steven J. Stone (ret.)
Special Master