CARI K. DAWSON (GA SBN 213490)
LISA GILFORD (CA SBN 171641)
**ALSTON + BIRD LLP**
333 South Hope Street, 16th Floor
Los Angeles, CA 90071
Telephone: (213) 576-1000
Facsimile: (213) 576-1100
Email: cari.dawson@alston.com
Email: lisa.gilford@alston.com

DOUGLAS R. YOUNG
(CA SBN 73248)
**FARELLA BRAUN + MARTEL LLP**
235 Montgomery Street, 30th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
Email: dyoung@fbm.com

THOMAS J. NOLAN (CA SBN 66992)
STEPHEN C. ROBINSON
(NY SBN 2150647)
**SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP**
300 South Grand Avenue
Los Angeles, CA 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600
Email: thomas.nolan@skadden.com
Email: stephen.robinson@skadden.com

*Co-Lead Defense Counsel for Economic Loss Cases*

VINCENT GALVIN, JR.
(CA SBN 104448)
JOEL SMITH (SC SBN 5266)
**BOWMAN AND BROOKE**
1741 Technology Drive, Suite 200
San Jose, CA 95110
Telephone: (408) 279-5393
Facsimile: (408) 279-5845
Email:
  vincent.galvinjr@bowmanandbrooke.com
Email: joel.smith@bowmanandbrooke.com

*Lead Defense Counsel for Personal Injury/Wrongful Death Cases*

THEODORE J. BOUTROUS JR.
(CA SBN 132099)
THEANE EVANGELIS KAPUR
(CA SBN 243570)
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520
Email: Tboutrous@gibsondunn.com
Email: Tkapur@gibsondunn.com

*Defense Appellate Counsel*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

In Re: Toyota Motor Corp. Unintended Acceleration Marketing, Sales Practices, and Products Liability Litigation

This document relates to:
ALL CASES

Case No. 8:10ML02151 JVS (FMOx)

[PROPOSED] ORDER GRANTING TOYOTA DEFENDANTS' APPLICATION TO FILE UNDER SEAL

Date: March 2, 2012
Time: 10:00 a.m.
Location: JAMS
500 N. State College Blvd.
14th Floor
Orange, CA 92868

---

[PROPOSED] ORDER GRANTING TOYOTA DEFENDANTS' APPLICATION TO FILE
MOTION FOR PROTECTIVE ORDER UNDER SEAL

### [PROPOSED] ORDER

Based on the concurrently filed Application, and good cause appearing for the entry thereof, **IT IS HEREBY ORDERED** that the following documents be filed under seal pursuant to Local Rule 79-5.1:

1. The Toyota Defendants' Motion For Protective Order Regarding The Deposition Of Michiteru Kato And Memorandum Of Points And Authorities In Support Thereof; and

2. The Declaration Of Thomas J. Nolan In Support Thereof.

**IT IS SO ORDERED.**

Dated: __2.13__, 2012

APPLICANT TO FILE REDACTED PUBLIC VERSION WITHIN __7__ DAYS /JVS

_____
Hon. James V. Selna
United States District Judge