HON. STEVEN J. STONE (RET.)
(CA SBN 32343)
cdoll@jamsadr.com
HON. JOHN K. TROTTER (RET.)
(CA SBN 33051)
cdoll@jamsadr.com
JAMS
500 N. State College Blvd.
Suite 1400
Orange, CA 92868
Telephone: (714) 937-8211
Fax: (714) 939-0867

SPECIAL MASTERS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TOYOTA MOTOR CORP. UNINTENDED ACCELERATION MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>ALL CASES | Case No: 8:10 ML 02151 JVS(FMOx)<br><br>**DISCOVERY MATTER**<br><br>**NOTICE OF HEARING RE (1) PLAINTIFFS' MINI BRIEF RE TOYOTA'S OBJECTIONS AND INSTRUCTIONS NOT TO ANSWER QUESTIONS IN DEPOSITION OF MARK JAKSTIS AND (2) DEFENDANTS' MOTION FOR PROTECTIVE ORDER RE THE DEPOSITION OF MICHITERU KATO**<br><br>Hearing Date: March 2, 2012<br>Time: 10:00 AM<br>Location: JAMS, 500 N. State College Blvd., 14th Floor, Orange, CA 92868 |

**NOTICE OF HEARING**

The Special Masters are in receipt of the following:

(1) **Plaintiffs' Mini Brief Re Toyota's Objections and Instructions Not to Answer Questions In the Deposition of Mark Jakstis** dated January 30, 2012.

Defendants' response brief received by Special Masters on February 15, 2012.

Oral argument will be heard on March 2, 2012, at 10:00 a.m. at JAMS, 500 N. State College Blvd., 14th Floor, Orange, CA 92868.

(2) **Defendants' Motion for Protective Order Re the Deposition of Michiteru Kato** (Docket No. 2213-2220) dated February 10, 2012.

Opposition papers are due by 4:00 p.m. on February 21, 2012, as agreed upon by the parties.

Oral argument will be heard on March 2, 2012, at 10:00 a.m. at JAMS, 500 N. State College Blvd., 14th Floor, Orange, CA 92868.

Dated: February 14, 2012

_____
Hon. Steven J. Stone (ret.)
Special Master

Dated: February 14, 2012

_____
Hon. John K. Trotter (ret.)
Special Master