CARI K. DAWSON (GA SBN 213490)
LISA GILFORD (CA SBN 171641)
ALSTON + BIRD LLP
333 South Hope Street, 16th Floor
Los Angeles, CA 90071
Telephone:  (213) 576-1000
Facsimile:  (213) 576-1100
Email:  cari.dawson@alston.com
Email:  lisa.gilford@alston.com

DOUGLAS R. YOUNG
(CA SBN 73248)
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 30th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile:  (415) 954-4480
Email:  dyoung@fbm.com

THOMAS J. NOLAN (CA SBN 66992)
STEPHEN C. ROBINSON
(NY SBN 2150647)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, CA 90071-3144
Telephone:  (213) 687-5000
Facsimile:  (213) 687-5600
Email:  thomas.nolan@skadden.com
Email:
stephen.robinson@skadden.com

*Co-Lead Defense Counsel for
Economic Loss Cases*

VINCENT GALVIN, JR.
(CA SBN 104448)
JOEL SMITH (SC SBN 5266)
BOWMAN AND BROOKE
1741 Technology Drive, Suite 200
San Jose, CA 95110
Telephone:  (408) 279-5393
Facsimile:   (408) 279-5845
Email:
vincent.galvinjr@bowmanandbrooke.com
Email:
joel.smith@bowmanandbrooke.com

*Lead Defense Counsel for Personal
Injury/Wrongful Death Cases*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TOYOTA MOTOR CORP. UNINTENDED ACCELERATION MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>ALL CASES | Case No.:  8:10ML2151 JVS (FMOx)<br><br>DISCOVERY MATTER<br><br>NOTICE OF LODGING TOYOTA DEFENDANTS' **REDACTED** SUPPLEMENTAL RESPONSE BRIEF RE DEPOSITIONS OF TOYOTA ENTITIES AND THEIR EMPLOYEES [FRCP 30(b)(6), 30(b)(1) AND SPECIFICALLY NAMED EMPLOYEES] |

| | |
|---|---|
| Date: | February 17, 2012 |
| Location: | JAMS |
| | 500 N. State College Blvd. |
| | 14th Floor |
| | Orange, CA 92868 |
| Special Masters: | Hon. John K. Trotter |
| | Hon. Steve J. Stone |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to the Court's Order (Docket # 2227), the parties hereby lodge with the Court the following:

1.    Toyota Defendants Redacted Supplemental Response Brief Re: Depositions of Toyota Entities And Their Employees [FRCP30(b)(6); 30(b)(1) and Specifically Named Employees]

///
///
///
///
///
///
///
///
///
///
///
///
///
///

Dated:  February 17, 2012

By: _____/s/_____
                        Lisa Gilford

CARI K. DAWSON
LISA GILFORD
**ALSTON + BIRD LLP**
333 South Hope Street, 16th Floor
Los Angeles, CA 90071
Telephone:  (213) 576-1000
Facsimile:  (213) 576-1100
Email:  cari.dawson@alston.com
Email:  lisa.gilford@alston.com

DOUGLAS R. YOUNG
**FARELLA BRAUN + MARTEL LLP**
235 Montgomery Street, 30th Floor
San Francisco, CA 94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480
Email:  dyoung@fbm.com

THOMAS J. NOLAN
STEPHEN C. ROBINSON
**SKADDEN, ARPS, SLATE,**
 **MEAGHER & FLOM LLP**
300 South Grand Avenue
Los Angeles, CA 90071-3144
Telephone:  (213) 687-5000
Facsimile:  (213) 687-5600
Email:  thomas.nolan@skadden.com
Email:  stephen.robinson@skadden.com

***Co-Lead Defense Counsel for Economic Loss Cases***

VINCENT GALVIN, JR.
JOEL SMITH
**BOWMAN AND BROOKE**
1741 Technology Drive, Suite 200
San Jose, CA 95110
Telephone:  (408) 279-5393
Facsimile:  (408) 279-5845
Email:
  vincent.galvinjr@bowmanandbrooke.com
Email:  joel.smith@bowmanandbrooke.com

***Lead Defense Counsel for Personal Injury/Wrongful Death Cases***

3