Mark P. Robinson, Jr., Bar No. 054426
*mrobinson@rcrlaw.net*
ROBINSON CALCAGNIE
ROBINSON SHAPIRO DAVIS, INC.
19 Corporate Plaza
Newport Beach, CA 92660
Telephone: (949) 720-1288
Facsimile: (949) 720-1292

Elizabeth J. Cabraser, Bar No. 083151
*ecabraser@lchb.com*
LIEFF CABRASER HEIMANN &
  BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

*Plaintiffs' Co-Lead Counsel for Personal Injury/Wrongful Death Cases*

Steve W. Berman (*pro hac vice*)
*steve@hbsslaw.com*
HAGENS BERMAN SOBOL
  SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 268-9320
Facsimile: (206) 623-0594

Marc M. Seltzer, Bar No. 054534
*mseltzer@susmangodfrey.com*
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Telephone: (310) 789-3102
Facsimile: (310) 789-3006

Frank M. Pitre, Bar No. 100077
*fpitre@cpmlegal.com*
COTCHETT, PITRE &
  MCCARTHY
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

*Plaintiffs' Co-Lead Counsel for Economic Loss Cases*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION**

| | |
|---|---|
| IN RE: TOYOTA MOTOR CORP. UNINTENDED ACCELERATION MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>ALL CASES | Case No. 8:10ML2151 JVS (FMOx)<br><br>*Discovery Matter – Special Masters*<br><br>*SUPPLEMENTAL* **DECLARATION OF MARK P. ROBINSON, JR.**<br><br>Date:      March 2, 2012<br>Time:      10:00 a.m.<br>Location:  JAMS – Orange County |

---

*SUPPLEMENTAL* DECLARATION OF MARK P. ROBINSON, JR.

## *SUPPLEMENTAL* DECLARATION OF MARK P. ROBINSON, JR.

I, Mark P. Robinson Jr., declare and state as follows:

1. I am an attorney duly licensed to practice before the Courts of the State of California and this Court, and am a partner of the firm of Robinson Calcagnie Robinson Shapiro Davis, Inc. and Co-Lead Counsel for the Personal Injury/Wrongful Death Plaintiffs. The facts contained herein are within my personal knowledge, and if called upon as a witness I could and would competently testify to the following.

2. Toyota's Privilege Log identifies Mitchiteru Kato as "Toyota Management." The excerpt below a true and correct entry from Toyota's Privilege Log:

| TOY-MDLID-P-00000315 TOY-MDLID-P-00000318 | 20061027 | LEONARD ST AMAND (TOYOTA FIELD TECHNICAL SPECIALIST) | TOYOTA MOTOR SALES, USA LEGAL DEPARTMENT; KIRK FORSHT (TOYOTA MANAGEMENT) | GEORGE MORINO (TOYOTA MANAGEMENT); CHRISTOPHER SANTUCCI (TOYOTA MANAGEMENT); DAVID ZELLARS (TOYOTA MANAGEMENT); DAVID STOVALL (TOYOTA MANAGEMENT); KAORU YAMAMOTO (TOYOTA MANAGEMENT); **MITCHITERU KATO (TOYOTA MANAGEMENT)** | CONFIDENTIAL LITIGATION REPORT | CONFIDENTIAL COMMUNICATION BEARING THE LEGEND, "PRIVILEGED AND CONFIDENTIAL," PREPARED AT THE REQUEST OF COUNSEL AND IN ANTICIPATION OF LITIGATION CONTAINING INFORMATION PROVIDED TO COUNSEL TO FACILITATE THE RENDITION OF LEGAL ADVICE REGARDING CUSTOMER CLAIM #2006-12-41406 CONCERNING ALLEGED UNINTENDED ACCELERATION OF 2007 LEXUS ES350. | AC; WP |

3. Attached hereto as Exhibit 53 is a true and correct copy of a document produced by Toyota in discovery which is bates labeled TOY-MDLID01336090. This is a document from Chris Tinto and Chris Santucci to Mr. Kato and others referring to NHTSA's limiting the scope of their unintended acceleration investigation by eliminating "classic sudden acceleration" or "runaway vehicles that cannot be controlled by brakes, even though NHTSA was "investigating the Camry electronic throttle control." *Id.*

I declare under penalty of perjury in accordance with the laws of the United States of America and State of California that the foregoing is true and correct and that this declaration was executed on February 21, 2012, at Newport Beach, California.

/s/Mark P. Robinson, Jr.
Mark P. Robinson Jr.