Steve W. Berman (admitted *pro hac vice*)
*steve@hbsslaw.com*
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 268-9320
Facsimile: (206) 623-0594

Marc M. Seltzer (CA SBN 054534)
*mseltzer@susmangodfrey.com*
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Telephone: (310) 789-3102
Facsimile: (310) 789-3006

*Co-Lead Counsel for Consumer Economic Loss Plaintiffs*

Frank M. Pitre (CA SBN 100077)
*fpitre@cpmlegal.com*
COTCHETT, PITRE & MCCARTHY
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

*Lead Counsel for Non-Consumer Economic Loss Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| IN RE: TOYOTA MOTOR CORP. UNINTENDED ACCELERATION MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No. 8:10ML2151 JVS (FMOx) **PLAINTIFFS' OBJECTION TO TOYOTA'S RESPONSE TO PLAINTIFFS' RESPONSE TO TOYOTA'S NEW AUTHORITY AND DEMONSTRATIVES RE MOTION TO COMPEL ARBITRATION** |
| This Document Relates To: ALL ECONOMIC LOSS CASES | |

PLAINTIFFS' OBJECTION TO TOYOTA'S RESPONSE TO PLAINTIFFS' RESPONSE TO TOYOTA'S NEW AUTHORITY AND DEMONSTRATIVES RE MOTION TO COMPEL ARBITRATION

1  Plaintiffs hereby object to Toyota's repeated unauthorized submissions.  On February 21, 2012, Plaintiffs appropriately filed a one-page notice of recent authority.  *See* Dkt. No. 2251.  In response, on February 22, 2012, Toyota filed an eight-page brief without leave from the Court.  *See* Dkt. No. 2258.

Then on February 27, 2012, right before the start of the hearing on Toyota's motion to compel arbitration, Toyota submitted a spiral bound pleading, which included a previously uncited case and demonstratives used to make new arguments. This submission was without prior notice to Plaintiffs or leave of Court, without good cause provided, and to the prejudice of Plaintiffs.  In fairness, Plaintiffs filed a response to Toyota's new authority on February 28, 2012 ("Response").  *See* Dkt. No. 2280.

Now Toyota files yet another brief rehashing its arguments.  *See* Dkt. No. 2282.  Though it purports to respond to Plaintiffs' Response – and although at five pages it is twice as long as Plaintiffs' Response at two and a half pages – *it does not even address the newly cited authority that was the basis for Plaintiffs' Response.* Plaintiffs respectfully suggest that the Court disregard and/or strike Toyota's latest filing.

Dated:  February 29, 2012                Respectfully submitted.

By:  /s/ Steve W. Berman
       Steve W. Berman (WA SBN 12536)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone:  (206) 268-9320
Facsimile:   (206) 623-0594
Email:  steve@hbsslaw.com

- 1 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

By:   /s/ Marc M. Seltzer
       Marc M. Seltzer (CA SBN 054534)
**SUSMAN GODFREY L.L.P.**
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067
Telephone: (310) 789-3102
Facsimile: (310) 789-3006
Email: mseltzer@susmangodfrey.com

By:   /s/ Frank M. Pitre
       Frank M. Pitre (CA SBN 100077)
**COTCHETT, PITRE & MCCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
Email: fpitre@cpmlegal.com

*Co-Lead Counsel for*
*Economic Loss Plaintiffs*

## PROOF OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party through the Court's electronic filing service on February 29, 2012.

                                                  /s/ Steve W. Berman
                                                  Steve W. Berman