W. B. Markovits
billmarkovits@wsbclaw.com
Ohio Bar # 0018514
WAITE, SCHNEIDER, BAYLESS & CHESLEY CO., L.P.A.
1513 Fourth & Vine Tower
1 West Fourth Street
Cincinnati, OH 45202
Telephone: (513) 621-0267
Facsimile: (513) 621-0262

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: Toyota Motor Corp. Unintended Acceleration Marketing, Sales Practices, and Products Liability Litigation<br><br>This document related to:<br><br>ALL CASES | Case No.: 8:10ML2151 JVS (FMOx)<br><br>**APPLICATION FOR REAPPOINTMENT OF W. B. MARKOVITS ON THE LEAD COUNSEL COMMITTEE FOR ECONOMIC LOSS CLAIMS** |

Pursuant to the Court's Second Amended Order No. 9: Reappointment Procedures (Docket No. 491) ("Order"), I hereby respectfully submit this application for reappointment to the Economic Loss Class Actions ("Economic Loss Committee"). Over the past year, I have continued to stay apprised of the events in this litigation. Furthermore, my firm has continued to participate as a member of the Economic Loss Committee and perform work as directed by other members of the Committee. The Order asks the applicant to address four points; I will address each in turn:

///
///

1  • ***Expression of Interest.***  I remain interested in continuing as an appointed member of the Economic Loss Committee.  Throughout this litigation, I have continued to oversee my firm's efforts, including legal and factual research, participating on Committee conference calls, providing updates to our clients on the latest occurrences in this litigation, and completing assigned document review.

• ***Contributions.***  My firm continues to represent ten (10) of the named plaintiffs on the Second Amended Economic Loss Master Consolidated Class Action Complaint (filed on Jan. 10, 2011) (Docket No. 580) ("Complaint"). My firm has continued to keep our potential class representatives and class members apprised of the proceedings in this matter and have consulted with lead counsel throughout this litigation. Furthermore, my firm has continued to engage in document review, which is an ongoing process, and has helped complete document review for lead counsel in preparation of several depositions.

• ***Hours Devoted to MDL.***  Over the past year, my firm has logged approximately 750 hours in prosecution of the Economic Loss Class Action.

• ***Other Information.***  I have participated in scheduled conference calls with the Economic Loss Committee and remain willing to serve as a member of the Committee.  Also, my firm continues to work diligently in responding to lead counsel requests and looks forward to working with the rest of the Economic Loss Committee members to zealously represent the interests of the Economic Loss Plaintiffs.

///
///
///
///
///

Dated: April 13, 2012

Respectfully submitted,

WAITE, SCHNEIDER, BAYLESS & CHESLEY CO., L.P.A.

By: *W.B. Markovits —TRC*
W.B. Markovits
1513 Fourth & Vine Tower
1 West Fourth Street
Cincinnati, OH 45202
Telephone: (513) 621-0267
Facsimile: (513) 621-0262
Email: billmarkovits@wsbclaw.com

## PROOF OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party through the Court's electronic filing service on April 13, 2012.

/s/ Steve W. Berman
Steve W. Berman

## PROOF OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party through the Court's electronic filing service on April 13, 2012.

/s/ Steve W. Berman
Steve W. Berman

010172-25 514023 V1