ROBERT A. KRAUSE (*Pro Hac Vice*)
ELIZABETH A. RICHARDS (*Pro Hac Vice*)
THE SPENCE LAW FIRM
15 South Jackson Street
Jackson, Wyoming 83001
Tel.: (307) 733-7290; Fax: (307) 733-5248
krause@spencelawyers.com
richards@spencelawyers.com

MARK P. ROBINSON, JR. (State Bar No. 054426)
KEVIN F. CALCAGNIE (State Bar No. 108994)
SCOT D. WILSON (State Bar No. 223367)
ROBINSON CALCAGNIE ROBINSON
       SHAPIRO DAVIS, INC.
19 Corporate Plaza Drive
Newport Beach, California   92660
Tel.: (949) 720-1288;Fax:  (949) 720-1292
mrobinson@rcrlaw.net
kcalcagnie@rcrlaw.net
swilson@rcrlaw.net

Attorneys for Plaintiffs

**FILED**

MAY 31, 2012

CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY ____Kaela Tunis____
Deputy Clerk, U.S. District Court

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TOYOTA MOTOR CORP. UNINTENDED ACCELERATION MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | 8:10ML2151 JVS (FMOx)<br><br>MDL 2151<br><br>Honorable James V. Selna |
| ************************************ | ************************************ |
| This document relates to:<br><br>SHIRLENE VAN ALFEN, et al.<br><br>        Plaintiffs,<br>   vs.<br><br>TOYOTA MOTOR SALES, U.S.A., INC., a California corporation, et al.<br><br>        Defendants. | Case No.  11-cv-08120 JVS (FMOx)<br><br>**APPLICATION TO FILE AND MAINTAIN UNDER SEAL MOTION BY PLAINTIFFS' TO COMPEL TOYOTA'S PRODUCTION OF: (1) EDR SOURCE CODE; (2) 2012 BRADE OVERRIDE SOFTWARE CODE; (3) POWER ASIC, MOTOR DRIVE ASIC, AND ESP-B2 CODE AND EXHIBITS 9-13, 20-21, 23-30, 32-33, 35, 40-41, and 43-45 TO DECLARATION OF MARK P. ROBINSON, JR.**<br><br>Date:             May 23, 2012<br>Time:             10:00 a.m.<br>Location:       JAMS – Orange County |

Pursuant to C.D. Cal. Local Rule 79-5.1 and the Protective Order, Plaintiffs submit the following application for an order to file and maintain under seal the documents filed by Plaintiffs in connection with Motion By Plaintiffs' To Compel Toyota's Production Of: (1) EDR Source Code; (2) 2012 Brake Override Software Code; (3) Power ASIC, Motor Drive ASIC, And ESP-B2 Code And Exhibits To Declaration Of Mark P. Robinson, Jr.. Plaintiffs have manually filed the following documents that reference or are designated as confidential and/or proprietary information:

- Motion By Plaintiffs' To Compel Toyota's Production Of: (1) EDR Source Code; (2) 2012 Brake Override Software Code; (3) Power ASIC, Motor Drive ASIC, And ESP-B2 Code;

- Exhibits 9-13, 20-21, 23-30, 32-33, 35, 40-41, and 43-45 To Declaration Of Mark P. Robinson, Jr.

The above-referenced documents contain information that has been designated as "confidential".

Plaintiffs respectfully request that these documents be maintained under seal.

Dated: May 21, 2012         By:   */s/ Mark P. Robinson, Jr.*
                                  MARK P. ROBINSON, JR.
                                  *Attorneys for Plaintiffs*