Steven R. Kramer
Eckert Seamans Cherin & Mellott, LLC
10 Bank Street, Suite 700
White Plains, NY 10606
914.949.2909
skramer@eckertseamans.com

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| In Re: Toyota Motor Corp. Unintended Acceleration Marketing, Sales Practices, and Products Liability Litigation | Case No. 8:10-ML-02151 JVS (FMOx) <br><br> Assigned to: Hon. James V. Selna <br> Discovery: Mag. Fernando M. Olguin <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |
|---|---|
| This document relates to: <br><br> 8:12-CV-00956 JVS (FMOx) <br> Mikhail Beyn, et al. v. Toyota Motor Credit Corporation, et al. | **[FILED CONCURRENTLY WITH [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE]** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is dismissed with prejudice, without costs to either party as against the other.

This stipulation may be filed without further notice with the Clerk of the Court.

Dated: White Plains, New York
July 26, 2012

Steven R. Kramer, Esq. (SRK 2097)
ECKERT SEAMANS CHERIN & MELLOTT, LLC
*Attorneys for Defendants*
TOYOTA MOTOR CREDIT CORPORATION d/b/a
TOYOTA FINANCIAL SERVICES, TOYOTA
MOTOR SALES CORPORATION, U.S.A., INC.,
and SUBARU OF INDIANA AUTOMOTIVE, INC.
10 Bank Street, Suite 700
White Plains, NY 10606
(914) 949-2909

Andrew P. Laftt, Esq.
DAVID P. KOWNACKI, PC
*Attorneys for Plaintiff*
420 Lexington Avenue
Suite 2031
New York, New York 10170
(212) 557-4190

No appearance by defendant Extreme Leasing, Inc.

EXTREME LEASING, INC.
2529 McDonald Avenue
Brooklyn, New York 11223

STIPULATION OF DISMISSAL WITH PREJUDICE

{V0076443.1}