Brian Egge
65 Topstone Rd, Ridgefield CT 06877
T +1 (203) 554-9042 F +1 (203) 954-0888
brianegge@gmail.com

CASE NO. 8:10ML2151 JVS (FMOX)  
IN RE: TOYOTA MOTOR CORP. ) CLERK OF COURT  
UNINTENDED ACCELERATION ) UNITED STATES DISTRICT COURT  
MARKETING, SALES ) CENTRAL DISTRICT OF CALIFORNIA  
PRACTICES, AND PRODUCTS )  
LIABILITY LITIGATION ) MARCH 1, 2013

FILED
CLERK, U.S. DISTRICT COURT
MAR - 6 2013
CENTRAL DISTRICT OF CALIFORNIA
BY        DEPUTY

## OBJECTION TO PROPOSED SETTLEMENT

I, Brian Egge, an eligible Class Member show the Court the following:

1. I am the current owner of a 2008 Toyota Prius, VIN JTDKB20U283321100. Proof of ownership is shown in Exhibit A, Bill of Sale.

2. My accelerator has not malfunctioned nor have sustained any economic loss from the ownership of my Toyota Prius.

3. During my ownership Toyota has twice offered to repair or remediate defects with the vehicle. The action taken by Toyota has kept my vehicle safe to drive and ensured if and when I choose to sell the vehicle, I am not suffering an economic loss from a defect discovered during the period of my ownership.

4. In the future I hope to replace my current Toyota vehicle with a new Toyota vehicle.

5. The proposed settlement will eventually be paid by future purchasers of Toyota vehicles. The fees for a small number of attorneys will be paid for by millions of Toyota customers. The proposed settlement disadvantages me as a current and future consumer of Toyota's products.

6. I will not be present at the Fairness Hearing on June 14, 2013.

WHEREFORE, I request that this Court reject the proposed settlement.

Respectfully submitted,
CLASS MEMBER
BRIAN A. EGGE

*[signature]*

# Exhibit A

| | |
|---|---|
| Date | 03/05/10 |
| Stock No. | 49145 |
| Salesperson | MCCOY, WIL |

Purchaser Name: BRIAN A EGGE
Home Phone: (203) 554-9042

Address: 30 DANBURY RD APT 13
City: RIDGEFIELD  State: CT  Zip: 06877

☐ NEW ☐ USED ☑ DEMONSTRATOR
Year: 2009  Make: TOYOTA  Model: PRIUS  Body: 4DR SD  Color: GREY
Delivered On Or About: 03/05/10
Ident. No.: JTDKB20U293321100
D.O.B.: 5/23/77  S.S. No.: 075905541

THE MILEAGE AS SHOWN ON THE ODOMETER OF THE MOTOR VEHICLE TO BE PURCHASED IS 1572

| | |
|---|---|
| CASH PRICE AT SELLER'S PLACE OF BUSINESS: | 13488.00 |
| FREE OIL CHANGES FOR LIFE | N/C |
| VIN ETCH (OPTIONAL) | – 0 100 00 |
| CASH PRICE | 13488.00 |
| THE DEALER CONVEYANCE FEE IS NOT PAYABLE TO THE STATE OF CT. | |
| DEALER CONVEYANCE FEE | $ 398.00 |
| SALES TAX | |
| USED VEHICLE WARRANTY TRANSFER FEE | |
| REG. / TRANS. / TITLE / LIEN / OTHER | |
| 35   25   10 | 170.00 |
| 1. TOTAL CASH PRICE DELIVERED | 14057.00 |
| 2. CASH DOWN PAYMENT / DEPOSIT SUBMITTED | 500.00 |
| ADDITIONAL DEPOSIT — NO REFUND OF DEPOSIT | |
| NET TRADE ALLOW | |
| REBATE | |
| CASH ON DELIVERY | 4500.00 |
| TOTAL DOWN PAYMENT | 5000.00 |
| 3. UNPAID BALANCE OF CASH PRICE (1–2) | 9057.00 |
| 4. Credit Life Ins. / Accident & Health Ins. / Vendors Single Interest | |
| TOTAL OTHER CHARGES | |
| 5. UNPAID BALANCE AMT. FIN. (3+4) | 9057.00 |

Number of Payments: 60 / 1 Final
Amount of Each Payment: 169.12
Monthly Beginning: 04/19/10

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | Amount Financed | Total of Payments | Total Sale Price |
|---|---|---|---|---|
| 4.49 % | $1090.20 | $9057.00 | $10147.20 | $15147.20 (with down payment of $5000.00) |

Purchaser's Signature: Brian A Egge  Date: 03/05/10

Accepted By: ☐ STEVENS FORD, INC. dba ☑ STEVENS FORD-LINCOLN-MERCURY ☐ STEVENS LINCOLN-MERCURY, INC. dba ☐ STEVENS CHRYSLER-DODGE (Dealer)

Authorized Signature: _____  (Name and Title) Date 03/05/10

FINAL PAYMENT CASH OR CERTIFIED CHECK
RETAIL PURCHASE ORDER FOR MOTOR VEHICLE

I hereby certify that the original of this document is a true copy of the document transmitted by mail to the United States District Court of the Central District of California. I further certify that a copy of the foregoing **Objection to Proposed Settlement** has been mailed on March 1, 2013 to all counsel of record, to-wit:

<u>Class Counsel</u>

Steve W. Berman
Hagens Berman Sobol & Shapiro LLP
1918 Eighth Ave., Suite 3300
Seattle, WA 98101

<u>Toyota's Counsel</u>

John P. Hooper
Reed Smith
599 Lexington Avenue
22nd Floor
New York, NY 10022

J. Gordon Cooney, Jr.
Morgan Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921

*/s/ Brian A. Egge*

BRIAN A. EGGE

