Nantawan Howard
244 N Maple Drive
Hinesville, Ga 31313
March 18, 2013
Class Member, Case 8:10-ml-02151-JVS-FMO



Clerk's Office, United States District Court
Central District of California
411 West Fourth Street
Room 1053
Santa Ana, CA 92701-4516

Subject: Objection to Proposed Settlement, IN RE: Toyoto Motor Corporation.
Unintended Acceleration Marketing, Sales Practices, and Products Liability
Litigation

Dear Honorable Judge James V. Salna:

I wish to enter my objection, as a Class Member Option, too the proposed settlement in the matter identified above.

Your honor, attorney's fees are too generous in relationship too the monetary award being considered for class members. I paid Toyota Motor Corporation approximately $47,601.80 for my 2009 Lexis IS250C. Under the proposed settlement the Court is considering, I may receive $125.00, and a possible modification to my automobile.

Your honor, I think as it stands, the proposed settlement is unfair to the class members. The attorneys could receive millions of dollars in fees, and they are not the injured party (s). The aggravation factor alone, suffered by class members, should be taken into consideration. Many class members will be inconvenienced by having to take another road trip to the nearest dealership, spend hours waiting for vehicles, purchase extra gasoline, meals, and hope that the work being performed will correct the condition (s). I think an increased award per class member is not unreasonable. Your honor, I urge you to consider this.

In closing, I submit my objection for your consideration.

Very truly yours,

*Nantawan Howard*
Nantawan Howard

Mrs. Paul Howard
244 N. Maple Dr.
Hinesville, Ga 31313

Clerk, Office U.S. District Court
Central District of California
411 West Fourth St., Room 1053
Santa Ana, Ca 92701-4516

JVS

RECEIVED
CLERK, U.S. DISTRICT COURT
SOUTHERN DIVISION
MAR 26 2013
CENTRAL DISTRICT OF CA
BY: _____

JACKSONVILLE FL 320
23 MAR 2013 PM 2 L

9270145165B