Cindy Blake
13775 S 2200 W
Riverton, UT 84065
801) 302-7559 (cindyb@digis.net)

March 20, 2013

Toyota Economic Loss Settlement
c/o Gilardi & Co LLC
P.O. Box 8090
San Rafael, CA 94912-8090

Re: Claim #TMUA128652426
2002 Toyota 4Runner
VIN JT3HN86R820387896

To Whom This May Concern:

I filed a claim on your settlement website.

ALSO please note: I've had a few people check & replace all kinds of brake parts to try to get them to work properly. After investing a lot of time & money they remained puzzled as to what the problem is. Then, I wondered if it was a factory defect. (I don't feel safe.)

After reading about this settlement, it makes sense. I need a new brake system which I saw is part of the list of class action settlement things to occur, at no cost to me. But when will it be possible? Can I arrange to have you do this now? They're horrible.

I must say, it NEEDS to be sooner than later but if I understand right, you're not going to help people who go ahead & have them replaced beforehand.

If for some reason the settlement doesn't end up including a new brake operating system for me, at no cost to me. Chances are, I will object since I filed a claim based on that being included in the settlement.

Concerned driver,

Cindy Blake

cc: Clerk of Court
United States District Court
Central District of California
411 West Fourth Street, Room 1053
Santa Ana, CA 92701-4516

Steve W. Berman, Class Counsel
Hagens Berman Sobol & Shapiro LLP
1918 Eighth Ave., Suite 3300
Seattle, WA 98101

John P. Hooper, Toyota's Counsel
Reed Smith
599 Lexington Avenue
22nd Floor
New York, NY 10022

J. Gordon Cooney, Jr.
Morgan Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921

[Handwritten annotation: 8:10ML02151-JVS Objection to Economic Loss Settlement]

[Filed stamp: FILED - SOUTHERN DIVISION CLERK, U.S. DISTRICT COURT MAR 28 2013 CENTRAL DISTRICT OF CALIFORNIA BY DEPUTY]

