STEVE W. BERMAN (*pro hac vice*)
(WA SBN 12536)
E-mail: steve@hbsslaw.com
HAGENS BERMAN SOBOL
SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

MARC M. SELTZER
(CA SBN 054534)
E-mail: mseltzer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

FRANK M. PITRE (CA SBN 100077)
E-mail: fpitre@cpmlegal.com
COTCHETT, PITRE & MCCARTHY
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

*Co-Lead Plaintiffs' Counsel for Economic Loss Cases*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TOYOTA MOTOR CORP. UNINTENDED ACCELERATION MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No. 8:10ML2151 JVS (FMOx)<br><br>**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |
| THIS DOCUMENT RELATES TO:<br><br>ALL ECONOMIC LOSS CASES | Date: June 14, 2013<br>Time: 9:00 a.m.<br>Place: Courtroom 10C<br>Judge: Hon. James V. Selna |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Rule 23, the Economic Loss Plaintiffs ("Plaintiffs") move for an order granting final approval of the proposed Settlement.

In support of this motion, Plaintiffs file the accompanying (1) Memorandum in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement; (2) the Declaration of Steve W. Berman in Support of Plaintiffs' Motions For Final Approval of Class Action Settlement and for an Award of Attorneys' Fees, Reimbursement of Expenses, and Compensation to Named Plaintiffs; (3) the Declaration of Katherine Kinsella; (4) the Declaration of Kirk D. Kleckner Regarding Valuation of Customer Support Program; (5) the Declaration of Markham Sherwood re: Notice and Administration of Settlement; (6) the Declaration of Ernest H. Manuel, Jr., Ph.D. Re: Economic Damages Due to Unintended Acceleration; and (7) the Declaration of Michael Bonne Regarding the Retail Cost of Installing a Brake Override on Subject Vehicles.

DATED: April 23, 2013

HAGENS BERMAN SOBOL SHAPIRO LLP

By: */s/ Steve W. Berman*

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com

Marc M. Seltzer, Bar No. 054534
SUSMAN GODREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
Email: mseltzer@susmangodfrey.com

*Co-Lead Counsel for Economic Loss Plaintiffs*

Frank M. Pitre, Bar No. 100077
COTCHETT, PITRE & MCCARTHY
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
Email: fpitre@cpmlegal.com

*Lead Counsel for Non-Consumer Economic Loss Plaintiffs*

**PROOF OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party through the Court's electronic filing service on April 23, 2013.

/s/ Steve W. Berman
Steve W. Berman