# APPENDIX B

## APPENDIX B

## Examples of Cases in Which the Identified Counsel Have Filed Objections to Class Action Settlements

**A. Darrell Palmer**

1. *Berger v. Property I.D. Corp.*, No. CV05-5373 GHK (CWx) (C.D. Cal.)
2. *In re Broadcom Corp. Class Action Litig.*, No. 06-cv-5036-R (CWx) (C.D. Cal.)
3. *Browning v. Yahoo! Inc., et al.*, No. C04-01463 HRL (N.D. Cal.)
4. *In re Cellphone Termination Fee Cases*, JCCP No. 4332 (Alameda Super. Ct.)
5. *In re Chiron Shareholder Deal Litig.*, No. RG05230567 (Alameda Super. Ct.)
6. *Collins v. American Honda Motor Co.*, No. RG03099677 (Alameda Super. Ct.)
7. *In re: Countrywide Fin. Corp. Customer Data Security Breach Litig.*, No. 08-MD-01998 (W.D. Ky.)
8. *In re: Currency Conversion Fee Antitrust Litig.*, MDL No. 1409 (S.D.N.Y.)
9. *Dervaes v. California Physicians' Serv. d/b/a/ Blue Shield of Cal.*, No. RG06262733 (Alameda Super. Ct.)
10. *Elihu v. Toshiba Am. Info. Sys.*, No. BC328556 (Los Angeles Super. Ct.)
11. *In re Enron Corp. Secs. Litig.*, No. H-01-3624 (S.D. Tex.)
12. *In re: Epson Ink Cartridges*, JCCP No. 4347 (Los Angeles Super. Ct.)
13. *In re: Ford Explorer Cases*, JCCP Nos. 4266 and 4270 (Sacramento Super. Ct.)
14. *Friedman v. 24 Hour Fitness USA, Inc.*, No. CV-06-06282 (C.D. Cal.)
15. *Gemelas v. Dannon Co.*, No. 08-CV-236 (N.D. Ohio)
16. *In re General Motors Dex-Cool Gasket Cases*, JCCP No. 4495 (Alameda Super. Ct.)
17. *Hoffman v. Citibank (South Dakota), N.A.*, No. CV-06-00571 (C.D. Cal.)
18. *Koller v. International Rectifier Corp.*, No. CV-07-02544 (C.D. Cal.)
19. *In re: Lifelock, Inc. Mktg. & Sales Practices Litig.*, No. 2:08-MD-01977-MHM (D. Ariz.)

20. *In re Mecury Interactive Corp. Secs. Litig.*, No. 5:05-cv-03395-JF (N.D. Cal.)
21. *Papadakis v. Northwestern Mut. Life Ins. Co.*, No. BC322788 (Los Angeles Super. Ct.)
22. *Salcido v. Iovate Health Sciences USA Inc.*, No. BC387942 (Los Angeles Super. Ct.)
23. *Savaglio v. Wal-Mart Stores, Inc.*, No. C-835687 (Alameda Super. Ct.)
24. *In re Smokeless Tobacco Cases I, II*, JCCP Nos. 4250, 4258, 4259, 4262 (San Francisco Super. Ct.)
25. *Troyk v. Farmers Grp., Inc.*, No. GIC836844 (San Diego Super. Ct.)
26. *In re Vitamins Antitrust Litig.*, MDL No. 1285 (D.D.C.)
27. *In re Wal-Mart Stores, Inc. Wage & Hour Litig.*, No. 06-CV-02069 SBA (N.D. Cal.)
28. *Wilson v. Airborne, Inc.*, No. CV-05-00770 (C.D. Cal.)
29. *Yeagley v. Wells Fargo & Co.*, No. C-05-3403-CRB (N.D. Cal.)

**B. John Pentz**

1. *In re Charles Schwab Corp. Secs. Litig.*, No. C08-01510 WHA, 2011 WL633308 (N.D. Cal. Feb. 11, 2011)
2. *Dewey v. Volkswagen of Am.*, 728 F. Supp. 2d 546 (D.N.J. 2010)
3. *In re Initial Pub. Offering Secs. Litig.*, 721 F. Supp. 2d 210 (S.D.N.Y. 2010)
4. *Dupler v. Costco Wholesale Corp.*, 705 F. Supp. 2d 231 (E.D.N.Y. 2010)
5. *In re Air Cargo Shipping Servs. Antitrust Litig.*, No. 09-4813 (2d Cir. Apr. 6, 2010)
6. *In re Currency Conversion Fee Antitrust Litig.*, MDL No. 1409, 2010 WL1253741 (S.D.N.Y. Mar. 5, 2010)
7. *In re Metlife Demutualization Litig.*, 689 F. Supp. 2d 297 (E.D.N.Y. 2010)
8. *Simonet v. GlaxoSmithKline*, 2006 U.S. Dist. LEXIS 82508 (D.P.R. Sept. 10, 2009)
9. *Ouellette v. Wal-Mart Stores, Inc.*, No. 67-01-CA-326 (Fla. Cir. Ct., Wash. Cty. Aug. 21, 2009)
10. *Park v. Thomson Corp.*, 2008 U.S. Dist. LEXIS 84551 (S.D.N.Y. Oct. 22, 2008); Park v. Thomson Corp. 633 F. Supp. 2d 8 (S.D.N.Y. 2009)

11. *Lockwood v. Certegy Check Servs., Inc.*, No. 07-1434 (M.D. Fla. Aug. 18, 2008)
12. *In re AOL Time Warner ERISA Litig.*, 2007 WL 4225486 (S.D.N.Y. Nov. 28, 2007)
13. *Azizian v. Federated Dept. Stores,* No. C-03-3359 SBA, 2006 WL 4037549 (N.D. Cal. Sept. 29. 2006)
14. *In re Royal Ahold N.V. Secs. & ERISA Litig.*, 461 F. Supp. 2d 383 (D. Md. 2006)
15. *Barnes v. FleetBoston Fin. Corp.*, 2006 U.S. Dist. LEXIS 71072 (D. Mass. Aug. 22, 2006)
16. *Beasley v. Prudential Gen. Life Ins. Co.*, No. CV-2005-58-1 (Ark. Cir. Ct., Miller Cty. June 9, 2006)
17. *Taubenfeld v. AON Corp.*, 415 F.3d 597 (7th Cir. 2005)
18. *In re Lucent Techs. Inc. Secs. Litig.*, 327 F. Supp. 2d 426 (D.N.J. 2004)
19. *Sprak v. MBNA Corp.*, 289 F. Supp. 2d 510 (D. Del. 2003)
20. *In re Compact Disc Minimum Advertised Price Antitrust Litig.*, MDL 1361, 2003 WL 22417252 (D. Me. Oct. 7, 2003)
21. *In re Warfarin Sodium Antitrust Litig.,* 212 F.R.D. 231 (D. Del. 2002)
22. *Tenuto v. Transworld Sys.,* No. 99-4228, 2002 WL 188569 (E.D. Pa. Jan. 31, 2002)
23. *In re Disposable Contact Lens Antitrust Litig.*, MDL No. 1030 (M.D. Fla. Oct. 17, 2001)
24. *Benacquisto v. American Express*, 2001 U.S. Dist. LEXIS 23914 (D. Minn. May 15, 2001)

**C. Steve A. Miller**
1. *In re American Int'l Grp., Inc. Secs. Litig.*, No. 04-cv-08141-DAB (S.D.N.Y.)
2. *Nakash v. nVidia Corp.*, No. 08-cv-04312-JW (N.D. Cal.)
3. *Blessing v. Sirius XM Radio Inc.*, No. 09-cv-10035 (HB) (RLE) (S.D.N.Y.)
4. *White v. Cellco P'ship d/b/a/ Verizon Wireless*, No. RG04137699 (Alameda Super. Ct.)
5. *Cassese v. Washington Mut., Inc.,* No. 05-02724 (E.D.N.Y.)
6. *Fogel v. Farmers Grp., Inc.,* No. BC300142 (Los Angeles Super. Ct.)

7.  *In re New Motor Vehicles Canadian Exp. Anitrust Litig.*, MDL No. 1532 (D. Me.)
8.  *In re Lawnmower Engine Horsepower Mktg. & Sales Practices Litig.*, MDL No. 1999 (E.D. Wis.)
9.  *Credit/Debit Card Tying Cases,* JCCP No. 4335 (San Francisco Super. Ct.)
10. *In re Mattel, Inc. Toy Lead Paint Prods. Liab. Litig.*, MDL No. 1897 (C.D. Cal.)
11. *In re Yahoo! Litig.,* No. CV06-2737 CAS (FMOx) (C.D. Cal.)
12. *White v. Experian Info. Solutions,* No. SACV 05-1070 DOC (MLGx) (C.D. Cal.)
13. *In re Initial Pub. Offering Secs. Litig.*, No. 21 MC 92 SAS (S.D.N.Y.)
14. *CLRB Hanson Indus. LLC v. Google, Inc.*, No. C 05-03649 JW PVT (N.D. Cal.)
15. *Milliron v. T-Mobile USA, Inc.*, No. 08-04149 (JLL) (ES) (D.N.J.)
16. *In re Trans Union Corp. Privacy Litig.*, No. 00cv4729, 2009 WL 937158 (N.D. Ill. Apr. 6, 2009)

**D.  Jonathan E. Fortman**
1.  *In re Checking Account Overdraft Litig.*, MDL No. 2036 (S.D. Fla.)
2.  *Fogel v. Farmers Grp., Inc.,* No. BC300142 (Los Angeles Super. Ct.)
3.  *In re Lawnmower Engine Horsepower Mktg. & Sales Practices Litig.*, MDL No. 1999 (E.D. Wis.)
4.  *In re Enron Corp. Secs. Litig.*, No. H-01-3624 (S.D. Tex.)

**E.  John C. Kress**
1.  *In re Checking Account Overdraft Litig.*, MDL No. 2036 (S.D. Fla.)
2.  *In re Lawnmower Engine Horsepower Mktg. & Sales Practices Litig.*, MDL No. 1999 (E.D. Wis.)
3.  *Hale v. Wal-Mart Stores*, No. 01CV218710 (Mo. Cir. Ct. June 17, 2009)

**F.  George W. Cochran**
1.  *In re Diet Drugs Prods. Liab. Litig.,* No. 99-20593 (E.D. Pa.)
2.  *Schmidt v. AT&T,* No. CV-09-688788 (Ct. Com. Pleas. Cuyahoga Cty. Ohio)

**G. Edward Cochran**
1. *In re Warfarin Sodium Antitrust Litig.*, 391 F.3d 516 (3d Cir. 2004)
2. *In re Relafen Antitrust Litig.*, 231 F.R.D. 52 (D. Mass. 2005)
3. *Varacallo v. Mass. Mut. Life Ins.*, 226 F.R.D. 207 (D.N.J. 2005)
4. *In re Serzone Prods. Liab. Litig.*, 231 F.R.D. 221 (S.D. W. Va. 2005)
5. *Downey v. Mortgage Guar. Ins. Corp.*, 2001 U.S. Dist. LEXIS 24918 (S.D. Ga. Oct. 1, 2001), *vacated on other grounds*, 313 F.3d 1341 (11th Cir. 2002)
6. *Shaw v. Toshiba Am. Info. Sys.,* 91 F. Supp. 2d 926 (E.D. Tex. 1999)
7. *Dewey v. Volkswagen of Am.*, 728 F. Supp. 2d 546 (D.N.J. 2010)

**H. Sam Cannata**
1. *Gemelas v. The Dannon Co., Inc.,* No. 1:08-cv-00236 (N.D. Ohio)
2. *Smith v. Wrigley, Jr. Co.*, No. 09-60646 (S.D. Fla.)
3. *Marsikian v. Mercedes-Benz USA, LLC*, No. 2:08-cv-04876-AHM-FMO (C.D. Cal.)
4. *In re Lawnmower Engine Horsepower Mktg. & Sales Practices Litig.*, No. 2:08-md-01999-LA (E.D. Wis.)
5. *In re Vytorin/Zetia Mktg., Sales Practices & Prods. Liab. Litig.*, No. 2:08-cv-00285-DMC-FM (D.N.J.)
6. *Hall v. AT&T Mobility LLC*, No. 2:07-cv-05235-JLL-ES (D.N.J.)
7. *Hartless v. Clorox Co.*, No. 3:06-cv-02705-CAB (S.D. Cal.)
8. *In re Kentucky Grilled Chicken* (N.D. Ill. 2011)

**I. Jeffrey L. Weinstein**
1. *In re Initial Pub. Offering Sec. Litig.*, 2010 WL 2505677 (S.D.N.Y. June 17, 2010)
2. *Ouellette v. Wal-Mart Stores, Inc.,* No. 67-01-CA-326 (Fla Cir. Ct. Wash. Cty.)
3. *Turner v. General Elec. Co.*, No. 06 Civ 186 (M.D. Fla. Oct. 12, 2006)
4. *Lubitz v. Daimler Chysler Corp*. No. BER-L-4883-04 (N.J. Super. Ct. Law. Div. Bergen Cty.)
5. *In re the Progressive Corp. Ins. Underwriting & Rating Practices Litig.*, MDL No. 1519 (M.D. Fla.)

6.  *Fresco v. R.L. Polk & Co.,* No. 07-cv-60695-JEM (S.D. Fla.)

## J. Michael Luppi

1.  *Papadakis v. The Northwestern Mut. Life Ins. Co*., 2009 CA. Appx. Ct. Briefs 14789 (Mar. 8, 2010)