BEN BARNOW
BARNOW AND ASSOCIATES, P.C.
One North LaSalle Street, Suite 4600
Chicago, IL 60602
Telephone: (312) 621-2000
Facsimile: (312) 641-5504
Email: b.barnow@barnowlaw.com

RICHARD L. COFFMAN
THE COFFMAN LAW FIRM
The First City Building
505 Orleans St., Ste. 505
Beaumont, TX 77701
Telephone: (409) 833-7700
Facsimile: (866) 835-8250
Email: rcoffman@coffmanlawfirm.com

*Attorneys for Objectors Angela C. Boles, Wayne Harris, and Julie Rainwater*

*(additional counsel listed on signature page)*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br>TOYOTA MOTOR CORP. UNINTENDED ACCELERATION MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br>_____<br>THIS DOCUMENT RELATES TO:<br>ALL ECONOMIC LOSS CASES | Case No. 8:10-ML-2151-JVS-FMO<br><br>**OBJECTORS ANGELA C. BOLES, WAYNE HARRIS, AND JULIE RAINWATER'S NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE A SUR-REPLY IN SUPPORT OF THEIR OBJECTION TO FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND MEMORANDUM IN SUPPORT**<br><br>**Date: June 14, 2013**<br>**Time: 9:00 a.m.**<br>**Courtroom: 10C**<br>**Judge: Hon. James V. Selna** |

Case No. 8:10-ML-2151-JVS-FMO

PLEASE TAKE NOTICE that on June 14, 2013, at 9:00 a.m., in Courtroom 10C of the United States District Court for the Central District of California, Southern Division, Objectors Angela C. Boles, Wayne Harris, and Julie Rainwater (collectively, "Objectors"), by and through counsel, will, and hereby do, move for leave to file a Sur-Reply in support of their Objection to final approval of the proposed Settlement in the December 26, 2012 Settlement Agreement [Doc. #3342-1] ("Settlement"). Objectors' Motion shall be based upon this Notice of Motion and Motion, the accompanying Memorandum, the proposed Sur-Reply attached hereto as Exhibit 1, the Court's record in this matter, and such additional evidence as may be presented.

Date: June 10, 2013                                    Respectfully submitted,

                                                       By: */s/ Ben Barnow*

                                                       BEN BARNOW
                                                       BARNOW AND ASSOCIATES, P.C.
                                                       One North LaSalle Street, Suite 4600
                                                       Chicago, IL 60602
                                                       Telephone: (312) 621-2000
                                                       Facsimile: (312) 641-5504
                                                       Email: b.barnow@barnowlaw.com

                                                       *One of the Attorneys for Objectors Angela C. Boles, Wayne Harris, and Julie Rainwater*

# MEMORANDUM

Class Members and Objectors Angela C. Boles, Wayne Harris, and Julie Rainwater (collectively, "Objectors") file this Motion for Leave to file a Sur-Reply in support of their Objection to final approval of the proposed Settlement. Objectors respectfully request leave to file their brief Sur-Reply (Exhibit A) for the following reasons:

*First*, after Objectors filed their Objection (Doc. #3594), the Settling Parties, for the first time, requested that material changes be made to the proposed Settlement. *See* Co-Lead Plaintiffs' Counsel's Reply Memorandum (Doc. #3731). Objectors seek leave to file their Sur-Reply to address Settling Parties' requested changes to the proposed Settlement.

*Second*, the Settling Parties' Reply Memoranda make material representations about the propriety, development, and status of the proposed Settlement. Objectors also seek leave to file their Sur-Reply to fully apprise the Court of all of the facts relevant to the proposed Settlement, some of which are not currently in the record.

*Finally,* in their Reply Memorandum, Co-Lead Plaintiffs' Counsel incorrectly reference the conduct of one of Objectors' counsel, and cause disparagement, in what must be an effort to draw the Court's attention away from a material aspect of the proposed Settlement—to wit, it does not compensate Objectors and other similarly situated Settlement Class Members for the lost use of their driver's side floor mats and related damages. *See* Doc. #3731 at 54 n.164. Such an attempt, and falsity, should not go unanswered.

As part of a floor mat recall, Toyota directed Objectors and other similarly situated Settlement Class Members to remove the driver's side floor mats from their Toyota and await further instructions regarding replacement floor mats. They never received a follow-up communication from Toyota, nor were they

compensated for their damages—which is a material part of their Objection.

Without providing any close-to-adequate analysis or supporting evidence to the Court, the Settling Parties appear to claim that all Class Members were compensated for their lost floor mat usage and related damages under the Toyota floor mat recall. That is not so. Further, Co-Lead Plaintiffs' Counsel argue that Objectors have somehow waived this part of their Objection and disparage Objectors' counsel in the process. Besides disrupting the civility of these proceedings, Co-Lead Plaintiffs' Counsel's statements are not true and the email correspondence attached to the proposed Sur-Reply refutes their statements.

Objectors, therefore, also seek leave to file their Sur-Reply to apprise the Court of the truth of the matter and its impact on the proposed Settlement, including the significant claims and rights that are slated to be extinguished under the Settlement.

This motion is not filed for delay, but so that the Court may be apprised of the truth regarding certain issues, that Class Members may receive the maximum compensation possible for their losses, and that the record will be complete and accurate. *See Nomadix, Inc. v. Hewlett-Packard Co.*, 838 F. Supp. 2d 962, 963 n.2 (C.D. Cal. 2012) (in the interest of having a complete record, court considered a sur–reply). Counsel for Objectors have sought but not obtained counsel for the Settling Parties' consent to the filing of this motion.

WHEREFORE, Objectors respectfully request that the Court grant them leave to file the attached proposed Sur-Reply, and enter such other relief as the Court deems just and appropriate.

Dated: June 10, 2013

Respectfully submitted,

By: */s/ Ben Barnow*

BEN BARNOW
BARNOW AND ASSOCIATES, P.C.
One North LaSalle Street, Suite 4600
Chicago, IL 60602
Telephone: (312) 621-2000
Facsimile: (312) 641-5504
Email: b.barnow@barnowlaw.com

RICHARD L. COFFMAN
THE COFFMAN LAW FIRM
The First City Building
505 Orleans St., Ste. 505
Beaumont, TX 77701
Telephone: (409) 833-7700
Facsimile: (866) 835-8250
Email: rcoffman@coffmanlawfirm.com

THOMAS P. THRASH
THRASH LAW FIRM, P.A.
1101 Garland Street
Little Rock, AR 72201
Telephone: (501) 374-1058
Facsimile: (501) 374-2222
Email: tomthrash@sbcglobal.net

DEWITT M. LOVELACE
LOVELACE AND ASSOCIATES, P.A.
12870 US Hwy 98 West
Suite 200
Miramar Beach, FL  32550
Telephone: (850) 837-6020
Facsimile: (850) 837-4093
Email: dml@lovelacelaw.com

JOHN STEWARD
STEWARD LAW FIRM, LLC
1717 Park Avenue
St. Louis, MO 63104
Telephone: (314) 571-7134
Facsimile: (314) 594-5950
Email: glaw123@aol.com

CHARLES T. LESTER, JR.
CHARLES T. LESTER, JR., ATTORNEY AT LAW
P.O. Box 75069
Fort Thomas, KY 41075-0069
Telephone: (859) 838-4294, (859) 781-2406
Fax: (859) 486-6590
Email: cteljr@yahoo.com, cteljr@fuse.net

RALPH K. PHALEN
RALPH K. PHALEN LAW, P.C.
1000 Broadway, Suite 400
Kansas City, MO 64105
Telephone: (816) 589-0753
Facsimile: (816) 471-1701
Email: phalenlaw@yahoo.com

ARON D. ROBINSON
LAW OFFICE OF ARON D. ROBINSON
180 West Washington St., Suite 700
Chicago, IL 60602
Telephone: (312) 857-9050
Email: Adroblaw@aol.com

*Attorneys for Objectors Angela C. Boles, Wayne Harris, and Julie Rainwater*

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Objectors' Angela C. Boles, Wayne Harris, and Julie Rainwater's Motion for Leave to File a Sur-Reply in Support of their Objection to Final Approval of the Class Action Settlement and Memorandum in Support was served on all counsel of record, via electronic delivery by the Court's ECF System, on June 10, 2013.

>   */s/ Ben Barnow*
>       Ben Barnow
>
>   *One of the Attorneys for Objectors Angela C. Boles, Wayne Harris, and Julie Rainwater*