Vincent Galvin (CA SBN 104448)
vincent.galvin@bowmanandbrooke.com
Mark V. Berry (CA SBN 70162)
mark.berry@bowmanandbrooke.com
Neil M. Kliebenstein (CA SBN 226060)
neil.kliebenstein@bowmanandbrooke.com
Anne O. Hanna (CA SBN 120947)
anne.hanna@bowmanandbrooke.com
Ryan A. McCarthy (CA SBN 233093)
ryan.mccarthy@bowmanandbrooke.com
BOWMAN AND BROOKE LLP
1741 Technology Drive, Suite 200
San Jose, CA 95110
Telephone No.: (408) 279-5393
Fax No.: (408) 279-5845

Attorneys for Defendants
Toyota Motor Sales, U.S.A., Inc.
Toyota Motor North America, Inc.
Toyota Motor Engineering &
Manufacturing North America, Inc.
and Toyota Motor Corporation

Mark P. Robinson, Jr. (CA SBN 054426)
mrobinson@rcrlaw.net
Kevin F. Calcagnie (CA SBN 108994)
kcalcagnie@rcrlaw.net
Scot D. Wilson (CA SBN 223367)
swilson@rcrlaw.net
ROBINSON, CALCAGNIE, ROBINSON,
SHAPIRO, DAVIS, INC.
19 Corporate Plaza Drive
Newport Beach, CA 92660
Telephone: (949) 720-1288
Fax No. (949) 720-1292

Attorneys for Plaintiffs
Patricia Graybeal and Joseph R. Graybeal

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(SOUTHERN DIVISION – SANTA ANA)

| | |
|---|---|
| In Re: Toyota Motor Corp. Unintended Acceleration Marketing, Sales Practices, and Products Liability Litigation<br><br>This document relates to:<br><br>CV 2:11-cv-04596-JVS-FMO<br>Patricia Graybeal, et al. v. Toyota Motor Sales, U.S.A., Inc., et al. | Case No. 8:10ML02151 JVS (FMOx)<br><br>Assigned to: Hon. James V. Selna<br>Discovery: Mag. Fernando M. Olguin<br><br>STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a) et seq. |

///

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiffs Patricia Graybeal and Joseph R. Graybeal ("plaintiffs") and defendants Toyota Motor Sales, U.S.A., Inc., Toyota Motor North America, Inc., Toyota Motor Engineering & Manufacturing North America, Inc. and Toyota Motor Corporation ("defendants") hereby stipulate to the dismissal with prejudice of plaintiffs' claims, actions, and causes of action asserted against defendants, with each party to bear his, hers, and/or its respective costs of litigation, attorney's fees, and expenses.

Dated: 7/2/2013

ROBINSON CALCAGNIE ROBINSON, et al.

_____
Mark P. Robinson, Jr.
Attorneys for Plaintiffs
Patricia Graybeal and Joseph R. Graybeal

Dated: July 23, 2013

BOWMAN AND BROOKE LLP

_____
Vincent Galvin
Attorneys for Defendants
Toyota Motor Sales, U.S.A., Inc., Toyota Motor North America, Inc., Toyota Motor Engineering & Manufacturing North America, Inc. and Toyota Motor Corporation