Steve W. Berman
*steve@hbsslaw.com*
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 268-9320
Facsimile: (206) 623-0594

Marc M. Seltzer, Bar No. 054534
*mseltzer@susmangodfrey.com*
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Telephone: (310) 789-3102
Facsimile: (310) 789-3006

*Co-Lead Counsel for Consumer Economic Loss Plaintiffs*

Frank M. Pitre, Bar No. 100077
*fpitre@cpmlegal.com*
COTCHETT, PITRE & MCCARTHY
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

*Lead Counsel for Non-Consumer Economic Loss Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| IN RE: TOYOTA MOTOR CORP. UNINTENDED ACCELERATION MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>ALL ECONOMIC LOSS CASES | Case No. 8:10ML2151 JVS (FMOx)<br><br>DECLARATION OF STEVE W. BERMAN IN SUPPORT OF PLAINTIFFS' MOTION FOR IMPOSITION OF APPEAL BONDS UNDER FEDERAL RULE OF APPELLATE PROCEDURE 7<br><br>Date: October 21, 2013<br>Time: 1:30 p.m.<br>Place: Courtroom 10C<br>Judge: Hon. James V. Selna |

1  I, Steve Berman, declare as follows:

2  1. I am an attorney duly admitted to practice in this Court and I am the managing partner of the law firm of Hagens Berman Sobol Shapiro LLP, one of the Plaintiffs' Class Counsel firms representing the Economic Loss Plaintiffs in the above-entitled MDL litigation. I make this declaration in support of Plaintiffs' Motion for Imposition of Appeal Bonds Under Federal Rule of Appellate Procedure 7. I have personal knowledge of the matters described in this declaration and am competent to testify thereto.

2. Plaintiffs anticipate that, for *each* objection to this Settlement being appealed, they will incur costs conservatively estimated in the amount of $11,326.00 during the ensuing appeals. Initially, Plaintiffs anticipate filing various motions associated with these appeals, including moving for summary disposition of them, as well as subsequently moving to impose monetary sanctions against Objectors and/or their counsel, if and when their appeals are ultimately found to be frivolous. I estimate that each motion will not exceed 20 pages and will include exhibits of roughly 400 pages. We will need to make three (2) copies of each motion for the Court, one for the appellant and one for Toyota, as well as copies of the exhibits. At $.10 per page plus $3.00 per binding, I estimate we will incur $213.00 in costs per motion. For the appeals themselves, I anticipate that we will file briefs of at least 30 pages, and appendices of roughly 800 pages given the extensive procedural history of the Settlement. We will need to make approximately 30 copies of each brief and four (4) copies of the appendices for the Court, in addition to one copy of the brief and appendices for the appellant, and one for Toyota. At $.10 per page plus $10.00

- 1 -

for binding, I estimate we will incur $809.00 in costs per appeal. Thus, in total, I anticipate, conservatively, that Plaintiffs will incur $809.00 in costs per appeal, for a total of $11,326.00 in costs for all fourteen (14) appeals of the Settlement. The following table summarizes the statements in this paragraph.

| **Type** | **# of Pages** | **# of Copies** | **Cost** | **Binding** | **Total** |
|---|---|---|---|---|---|
| Motions | 420 | 5 | $.10 | $3.00 | $213.00 |
| Appeal Brief | 30 | 32 | $.10 | $10.00 | $106.00 |
| Appendices | 800 | 6 | $.10 | $10.00 | $490.00 |
| | | | | **Total Per Appeal** | $809.00 |
| | | | | **Total for 14 appeals** | $11,326.00 |

3.  Attached hereto as Exhibit A is a Table of Objector Claims which sets forth, for each Objector appealing the Settlement, the objections filed by that Objector and the ECF Docket Numbers for the objections filed. This table is substantially similar to the table prepared by Class Counsel and utilized by the Court in considering the objections in the first instance. *See* Table of Objectors, Appendix A to Plaintiffs' Reply Mem. in Supp. of Plaintiffs' Mot. for Final Approval of Class Action Settlement, Dkt No. 3731-1. It has been amended only to delete objections that have not been appealed and include subsequent filings by the same objectors.

4.  Attached hereto as Exhibit B is a Table of Information Relevant to Imposition of Appeal Bonds which identifies, for each Objector, information that Ninth Circuit courts consider in determining whether the imposition of an appeal bond is appropriate.

- 2 -

5. Attached hereto as Exhibit C is a true and correct copy of this Court's Tentative Order Denying Motion for Attorneys' Fees, Reimbursement of Expenses, and Objector Compensation.

6. Attached hereto as Exhibit D is a true and correct copy of Table B-4A: U.S. Courts of Appeals – Median Time Intervals in Months for Merit Terminations of Appeals Arising From the U.S. District Courts, by Circuit, During the 12-Month Period Ending September 30, 2012, which Class Counsel obtained on September 15, 2013 at: http://www.uscourts.gov/Statistics/JudicialBusiness/2012/statistical-tables-us-courts-appeals.aspx.

I declare that the foregoing is true and correct under penalty of perjury under the laws of the United States.

Executed this 19th day of September, 2013 at Seattle, Washington.

                                        /s/ Steve W. Berman
                                          Steve W. Berman

010172-25  640469 V1

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party through the Court's electronic filing service on September 19, 2013.

/s/ Steve W. Berman
Steve W. Berman

010172-25  640469 V1