UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 8:10ML2151 JVS (FMOx) | Date | January 14, 2014 |
| Title | IN RE: TOYOTA MOTOR CORP. UNINTENDED ACCELERATION MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | | |

Present: The Honorable   James V. Selna

| Karla J. Tunis | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:

Elizabeth Cabraser / Todd Walburg
Mark Robinson, Jr. / Donald Slavik
Darren Aitken / Dawn Barrios/ Gretchen Nelson
Richard McCune / W. Daniel Miles
Moses Lebovits / David Fox / John Adams
Timothy Pestotnik / Stanton Matthews
S. Scott West / Armen Akaragian / Eric Snyder
John Kristensen / Tom Palmer

Attorneys Present for Defendants:

John Hooper / Vince Galvin
Raymond Hua
Shawn Scott / Shane Biornstad

Special Master Present
Patrick Juneau

**Proceedings:**   Plaintiffs' and Toyota Defendants' Joint Ex Parte Motion for an Order Establishing Intensive Settlement Process (Fld 12/12/13)

Cause called and counsel make their appearances. The Court welcomes Superior Court Judge Lee Smalley Edmon on the Bench today. The Court and counsel confer regarding the proposed settlement processes and the handling of certain issues.

On December 12, 2013, the Court adopted procedures for an Intensive Settlement Process ("ISP") with regard to the personal injury/wrongful death actions in this docket. (Docket No. 4490.) At the same time, the Court set this hearing for January 14, 2014 to allow for comment prior to the formal initiation of the program.

The Court received no written submission with regard to the ISP, and not objections were received at the hearing today.

The Court confirms its adoption of the ISP as outlined in its December 12 Order.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **8:10ML2151 JVS (FMOx)** | Date | January 14, 2014 |
|---|---|---|---|

| Title | **IN RE: TOYOTA MOTOR CORP. UNINTENDED ACCELERATION MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** |
|---|---|

The Court ORDERS the parties to file a Joint Status Report every 30 days, with the first Joint Report to be filed by March 15, 2014.

The Court sets a Status Conference for Tuesday, April 29, 2014 at 8:00 a.m.

|  | : | 30 |
|---|---|---|
| Initials of Preparer | kjt | |