Elizabeth J. Cabraser (83151)
*ecabraser@lchb.com*
Todd A. Walburg (213063)
*twalburg@lchb.com*
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000

Mark P. Robinson, Jr. (54426)
*mrobinson@rcrlaw.net*
Donald H. Slavik
*dslavik@rcrlaw.net*
ROBINSON CALCAGNIE
ROBINSON SHAPIRO DAVIS, INC.
19 Corporate Plaza Dr.
Newport Beach, CA 92660
Telephone:  (949) 720-1288

*Plaintiffs' Co-Lead Counsel for the
Personal Injury/Wrongful Death
Cases*

W. Daniel Miles, III
*dee.miles@beasleyallen.com*
BEASLEY ALLEN CROW
METHVIN PORTIS & MILES PC
272 Commerce Street
P.O. Box 4160
Montgomery, AL 36103
Telephone: (334) 269-2343

*Member of the Plaintiffs' Liaison
Counsel Committee for the
Personal Injury/Wrongful Death
Cases*

John P. Hooper
*jhooper@reedsmith.com*
REED SMITH LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 205-6125

*Counsel for the Toyota Defendants*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

| | |
|---|---|
| In Re: TOYOTA MOTOR CORP. UNINTENDED ACCELERATION MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document applies to<br><br>All Personal Injury, Wrongful Death and Property Damage Cases | Case No. 08:10-ML-2151 JVS (FMOx)<br><br>**PLAINTIFFS' AND TOYOTA DEFENDANTS' JOINT STATUS REPORT REGARDING INTENSIVE SETTLEMENT PROCESS**<br><br>Date:     April 29, 2014<br>Time:     8:00 a.m.<br>Dept:     Courtroom 10C<br>Judge:   Honorable James V. Selna |

Pursuant to the Court's Civil Minutes dated January 14, 2014 (Dkt No. 4504) and in advance of the Court's Status Conference set for April 29, 2014 at 8:00 a.m. P.D.T., Plaintiffs' Co-Lead Counsel for the Personal Injury/Wrongful Death Cases and members of the Plaintiffs' Liaison Counsel Committee for the Personal Injury/Wrongful Death Cases (collectively "Plaintiffs' Co-Lead Counsel") and counsel for Defendants Toyota Motor Corporation and Toyota Motor Sales, U.S.A., Inc. hereby respectfully submit this Joint Status Report Regarding the Intensive Settlement Process (the "ISP"). The ISP is making good progress as the parties attempt to resolve the various personal injury, wrongful death and/or property damage cases pending before this Court and in other courts.[1]

Since the issuance and adoption of the ISP Order,[2] Toyota's counsel have had extensive and intensive negotiations with plaintiffs' firms representing a large number of plaintiffs and claimants. These efforts have included numerous face-to-face meetings with plaintiffs' counsel (including Plaintiffs' Co-Lead Counsel) around the nation, including meetings held in Washington, D.C., New York, New

---

[1] The Court's Order Establishing Intensive Settlement Process ("ISP") and Setting Hearing (Dkt No. 4490) (the "ISP Order") was confirmed and adopted at the hearing held on January 14, 2014 and memorialized in the Court's Civil Minutes – General dated January 14, 2014 (Dkt No. 4504). A similar order was issued by Judge Edmon in Toyota Motor Cases, Joint Council Coordination Proceeding, No. 4261 (Superior Court of Los Angeles County, CA) (the "JCCP Proceeding").

[2] The court overseeing the Texas state MDL proceeding in In re: Toyota Unintended Acceleration Litigation, Cause No. 2010-46354 (152nd Judicial District, District Court for Harris County, Texas) (the "Texas MDL Proceeding") has issued its own ISP order. This order, which was issued on February 18, 2014, is substantially similar to the one issued by this Court. The Texas court also appointed Patrick A. Juneau as the Settlement Special Master in that litigation to perform essentially the same tasks there as he performs in this MDL.

Orleans, Orange County and Los Angeles.  These negotiations continue.

Counsel for Toyota has been and will continue to seek the input of Plaintiffs' Co-Lead Counsel and negotiate in good faith with remaining plaintiffs' counsel in attempts to resolve cases both informally/in advance of, and at the ISP settlement conferences and/or mediations.  Pursuant to the ISP Order and with Plaintiffs' Co-Lead Counsel assistance, the ISP settlement conferences are first addressing bellwether plaintiffs, bellwether plaintiffs in the discovery pool and those plaintiffs with exigent circumstances.

## I.   ISP Conferences and ISP Mediations

After meeting and conferring with Plaintiffs' Co-Lead Counsel, the parties have so far held two official ISP settlement conferences in addition to numerous face-to-face informal meetings.  The February in-person ISP settlement conferences were held over two days in Los Angeles, California.  Counsel for Toyota negotiated face-to-face with nine different plaintiffs' firms representing plaintiffs in 22 cases.

The first March ISP settlement conference was concluded in New York on March 17, 2014.  Four plaintiffs' counsel representing plaintiffs in six cases were scheduled to attend.  Prior to this ISP settlement conference, counsel for Toyota successfully negotiated the resolution of four of the six cases scheduled, with all four cases pending in the MDL.

The parties are scheduling a second March ISP settlement conference to be held in Chicago, tentatively set for March 26.  The parties are also in the process of

scheduling an April ISP settlement conference in Houston, Texas. These settlement conferences will also include cases that are part of the Texas MDL Proceeding. Finally, the parties and Settlement Special Master Juneau are working to schedule the first ISP mediations (for those cases that did not resolve at the ISP settlement conference and, despite continuing efforts, do not resolve before the mediation date) in Los Angeles in late April. Currently, there are five cases that are being scheduled on April 29 and 30 and potentially May 1, 2014.

## II.     Settlement Results

As outlined above and through the efforts of all parties, including, but not limited to, Plaintiffs' Co-Lead Counsel, Toyota advises the Court that it has agreements in principle to resolve 131 matters. Of this number, 72 cases are pending in the MDL and 22 cases are pending in the JCCP Proceeding. A total of 37 are outside of the MDL and JCCP Proceedings.

## III.    Strong Interest in the ISP

In addition to the resolutions as noted above, Plaintiffs' Co-Lead Counsel and Toyota have been very encouraged by the strong interest and response to date from plaintiffs' counsel in providing materials for cases to participate in the ISP.

Since December 2013, the Settlement Special Master, Plaintiffs' Co-Lead Counsel and counsel for Toyota have mailed out several letters to plaintiffs' counsel representing over 300 cases. These letters have advised them of the ISP and the steps needed to begin the ISP process and, if desired, to have informal

negotiations in advance of the ISP.

In response, as of March 12, 2014, plaintiffs in 130 cases have requested to participate in the ISP and a majority of these plaintiffs have already provided records and materials necessary to move the cases forward.  In addition, the Settlement Special Master's office, Plaintiffs' Co-Lead Counsel and counsel for Toyota have received and responded to hundreds of e-mails, telephone calls, and letters regarding the ISP.  The Settlement Special Master and counsel for Toyota are in the process of meeting and conferring with Plaintiffs' Co-Lead Counsel regarding upcoming ISPs as well as collecting records in order to begin confidential good faith negotiations.

JOINT STATUS REPORT REGARDING INTENSIVE SETTLEMENT PROCESS

| | |
|---|---|
| 1 | Dated:      March 17, 2014 |

LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP

By: /s/ Elizabeth J. Cabraser

Elizabeth J. Cabraser (83151)
ecabraser@lchb.com
Todd A. Walburg (213063)
twalburg@lchb.com
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000

Mark P. Robinson, Jr. (54426)
mrobinson@rcrlaw.net
Donald H. Slavik
dslavik@rcrlaw.net
ROBINSON CALCAGNIE ROBINSON
SHAPIRO DAVIS, INC.
19 Corporate Plaza Drive
Newport Beach, CA 92660
Telephone:  (949) 720-1288
Facsimile:   (949) 720-1292

*Plaintiffs' Co-Lead Counsel for the
Personal Injury/Wrongful Death Cases*

BEASLEY ALLEN CROW METHVIN
PORTIS & MILES PC

By: /s/ W. Daniel Miles, III

W. Daniel Miles, III
dee.miles@beasleyallen.com
272 Commerce St.
Birmingham, AL 36103
Telephone: (334) 269-2343

*Member of the Liaison Counsel Committee
for the Personal Injury/Wrongful Death
Cases*

-6-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

REED SMITH LLP

By: /s/ John P. Hooper

John P. Hooper
*jhooper@reedsmith.com*
599 Lexington Avenue, 26th Floor
New York, NY 10022
Telephone: (212) 205-6125

*Attorneys for Defendants Toyota Motor Corp. and Toyota Motor Sales, U.S.A., Inc.*

JOINT STATUS REPORT REGARDING INTENSIVE SETTLEMENT PROCESS

1

## **CERTIFICATE OF SERVICE**

2

      I hereby certify that I am over the age of 18, not a party to this litigation, and

3

4

am an employee of Reed Smith LLP, which represents plaintiffs in the above-

5

referenced litigation.  I further certify that a true and correct copy of the above and

6

foregoing document was served upon the attorney of record for each other party

7

through the Court's electronic filing service on March 17, 2014.

8

9

                   /s/  Cheryl Hammill

10

                   Cheryl Hammill

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STATUS REPORT REGARDING INTENSIVE SETTLEMENT PROCESS