1  Elizabeth J. Cabraser (83151)  W. Daniel Miles, III
2  *ecabraser@lchb.com*  *dee.miles@beasleyallen.com*
   Todd A. Walburg (213063)  BEASLEY ALLEN CROW
3  *twalburg@lchb.com*  METHVIN PORTIS & MILES PC
   LIEFF CABRASER HEIMANN &  272 Commerce Street
4  BERNSTEIN, LLP  P.O. Box 4160
   275 Battery Street, 29th Floor  Montgomery, AL 36103
5  San Francisco, CA 94111-3339  Telephone: (334) 269-2343
   Telephone: (415) 956-1000
6  *Member of the Plaintiffs' Liaison*
   Mark P. Robinson, Jr. (54426)  *Counsel Committee for the*
7  *mrobinson@rcrlaw.net*  *Personal Injury/Wrongful Death*
   Donald H. Slavik  *Cases*
8  *dslavik@rcrlaw.net*
   ROBINSON CALCAGNIE  John P. Hooper
9  ROBINSON SHAPIRO DAVIS, INC.  *jhooper@reedsmith.com*
   19 Corporate Plaza Dr.  REED SMITH LLP
10 Newport Beach, CA 92660  599 Lexington Avenue
   Telephone: (949) 720-1288  New York, NY 10022
11                              Telephone: (212) 205-6125
   *Plaintiffs' Co-Lead Counsel for the*
12 *Personal Injury/Wrongful Death*  *Counsel for the Toyota Defendants*
   *Cases*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

| | |
|---|---|
| In Re: TOYOTA MOTOR CORP. UNINTENDED ACCELERATION MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document applies to<br><br>All Personal Injury, Wrongful Death and Property Damage Cases | Case No. 08:10-ML-2151 JVS (FMOx)<br><br>**PLAINTIFFS' AND TOYOTA DEFENDANTS' JOINT STATUS REPORT REGARDING THE INTENSIVE SETTLEMENT PROCESS**<br><br>Date:   October 21, 2014<br>Time:   8:00 a.m.<br>Dept:   Courtroom 10C<br>Judge:  Honorable James V. Selna |

Pursuant to the Court's Civil Minutes dated January 14, 2014 (Dkt No. 4504) and the Court's Civil Minutes dated April 29, 2014 (Dkt No. 4554) and in advance of the Court's Status Conference set for October 21, 2014 at 8:00 a.m. P.D.T., Plaintiffs' Co-Lead Counsel for the Personal Injury/Wrongful Death Cases and members of the Plaintiffs' Liaison Counsel Committee for the Personal Injury/Wrongful Death Cases (collectively "Plaintiffs' Co-Lead Counsel") and counsel for Defendants Toyota Motor Corporation and Toyota Motor Sales, U.S.A., Inc. hereby respectfully submit this Joint Status Report Regarding the Intensive Settlement Process (the "ISP"). The ISP is continuing to make good progress as the parties attempt to resolve the various personal injury, wrongful death and/or property damage cases pending before this Court and in other courts.[1]

Since the issuance and adoption of the ISP Order,[2] Toyota's counsel have had extensive and intensive negotiations with plaintiffs' firms representing a large number of plaintiffs and claimants. These efforts have included numerous face-to-face meetings with plaintiffs' counsel (including Plaintiffs' Co-Lead Counsel)

---

[1] The Court's Order Establishing Intensive Settlement Process ("ISP") and Setting Hearing (Dkt No. 4490) (the "ISP Order") was confirmed and adopted at the hearing held on January 14, 2014 and memorialized in the Court's Civil Minutes – General dated January 14, 2014 (Dkt No. 4504). A similar order was issued by Judge Edmon in Toyota Motor Cases, Joint Council Coordination Proceeding, No. 4621 (Superior Court of Los Angeles County, CA) (the "JCCP Proceeding").

[2] The court overseeing the Texas state MDL proceeding in In re: Toyota Unintended Acceleration Litigation, Cause No. 2010-46354 (152nd Judicial District, District Court for Harris County, Texas) (the "Texas MDL Proceeding") has issued its own ISP order. This order, which was issued on February 18, 2014, is substantially similar to the one issued by this Court. The Texas court also appointed Patrick A. Juneau as the Settlement Special Master in that litigation to perform essentially the same tasks there as he performs in this MDL.

around the nation, including meetings held in Washington, D.C., New York, New Orleans, Orange County and Los Angeles.  These negotiations continue.

Counsel for Toyota has been and will continue to seek the input of Plaintiffs' Co-Lead Counsel and negotiate in good faith with remaining plaintiffs' counsel in attempts to resolve cases both informally/in advance of, and at the ISP settlement conferences and/or mediations.  Pursuant to the ISP Order and with Plaintiffs' Co-Lead Counsel assistance, the ISP settlement conferences are first addressing bellwether plaintiffs, bellwether plaintiffs in the discovery pool and those plaintiffs with exigent circumstances.

## I.     ISP Settlement Conferences and ISP Mediations That Have Occurred

After meeting and conferring with Plaintiffs' Co-Lead Counsel, the parties have so far held four official ISP settlement conferences and one official ISP set of mediations in addition to numerous face-to-face informal meetings.  Three of these ISP settlement conferences occurred prior to the Court's status conference held on April 29, 2014 and one occurred afterwards.  The ISP mediations occurred immediately before and after the Court's April status conference.

- The first ISP settlement conferences were held in Los Angeles, California on February 26-27.  Counsel for Toyota negotiated face-to-face with nine different plaintiffs' firms representing plaintiffs in 22 cases.

- The second ISP settlement conferences were held in New York on March 17, 2014.  Four plaintiffs' counsel representing plaintiffs in six cases were

scheduled to attend. Prior to this ISP settlement conference, counsel for Toyota successfully negotiated the resolution of four of the six cases scheduled, with all four cases pending in the MDL.

- While the parties scheduled an ISP settlement conference for Chicago for March 26, 2014, it was adjourned due to scheduling changes which limited the number of firms that could attend the conference. Settlement Special Master Juneau was consulted and consented to the cancellation of this ISP conference, with the parties continuing to negotiate these cases either over the telephone or at subsequent ISP settlement conferences.

- The third ISP settlement conferences were held in Houston, Texas on April 23 and 24, 2014. A total of 11 plaintiffs' firms representing 23 plaintiffs were in attendance, with several of these cases pending in the Texas MDL Proceeding. We were able to resolve nearly one-half of the cases and narrowed the gap in a number of others.

- Settlement Special Master Juneau oversaw five cases for the first ISP mediations from April 28 to 30 in Orange County, California. These five cases did not resolve at the ISP settlement conference. The parties were able to resolve three of the five cases and discussions continue on one other case.

- The same week as the Court's status conference, the parties held the fourth ISP settlement conference in San Francisco, California on May 1. Plaintiffs

in a total of seven cases were scheduled to attend. Prior to this settlement conference, we resolved four cases (one case pending in the MDL and three cases pending in the JCCP) and discussed resolution with the three remaining cases for this ISP settlement conference.

## II. ISP Settlement Conferences and ISP Mediations That Are Being Scheduled

In light of the successes and pursuant to Court order, the parties continue to schedule more ISP settlement conferences and ISP mediations, subject to availability and other issues.

- The parties are currently working on a second set of ISP settlement conference for May. ISP settlement conferences and a continuation of a prior ISP mediation are being scheduled for New Orleans, Louisiana for May 27-28, 2014. Subject to availability, the parties are targeting approximately eight plaintiffs to attend the ISP settlement conferences.

- The parties are also currently scheduling ISP settlement conferences and mediations for June 2-4 in the Los Angeles area. The parties are targeting approximately nine plaintiffs to attend the ISP settlement conferences.

- The parties are also currently scheduling ISP settlement conferences and mediations in the northeast that is being targeted for the middle of July.

## III. Settlement Results

As outlined above and through the efforts of all parties, including, but not

limited to, Plaintiffs' Co-Lead Counsel, Toyota advises the Court that it has agreements in principle to resolve 161 matters. Of this number, 82 cases are pending in the MDL and 29 cases are pending in the JCCP Proceeding. A total of 50 are outside of the MDL and JCCP Proceedings. Attached, as Exhibit A is a chart that provides a greater breakdown by category for the ISP.

### IV.   Strong Interest in the ISP

In addition to the resolutions as noted above, Plaintiffs' Co-Lead Counsel and Toyota have been very encouraged by the strong interest and response to date from plaintiffs' counsel in providing materials for cases to participate in the ISP.

Since December 2013, the Settlement Special Master, Plaintiffs' Co-Lead Counsel and counsel for Toyota have mailed out a number of letters to plaintiffs' counsel. The letters have reminded plaintiffs' counsel about the ISP and the steps necessary to participate in it. In response, as of May 14, 2014, plaintiffs in 182 matters have requested to participate in the ISP and a majority of these plaintiffs have already provided records and materials necessary to move the cases forward. In addition, the Settlement Special Master's office, Plaintiffs' Co-Lead Counsel and counsel for Toyota have received and responded to hundreds of e-mails, telephone calls, and letters regarding the ISP. The Settlement Special Master and counsel for Toyota are in the process of meeting and conferring with Plaintiffs' Co-Lead Counsel regarding upcoming ISPs as well as collecting records in order to begin confidential good faith negotiations.

| | | |
|---|---|---|
| 1 | Dated: May 20, 2014 | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| 2 | | |
| 3 | | By: /s/ Elizabeth J. Cabraser |

Elizabeth J. Cabraser (83151)
*ecabraser@lchb.com*
Todd A. Walburg (213063)
*twalburg@lchb.com*
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000

Mark P. Robinson, Jr. (54426)
*mrobinson@rcrlaw.net*
Donald H. Slavik
*dslavik@rcrlaw.net*
ROBINSON CALCAGNIE ROBINSON SHAPIRO DAVIS, INC.
19 Corporate Plaza Drive
Newport Beach, CA 92660
Telephone:  (949) 720-1288
Facsimile:   (949) 720-1292

*Plaintiffs' Co-Lead Counsel for the Personal Injury/Wrongful Death Cases*

BEASLEY ALLEN CROW METHVIN PORTIS & MILES PC

By: /s/ W. Daniel Miles, III

W. Daniel Miles, III
*dee.miles@beasleyallen.com*
272 Commerce St.
Birmingham, AL 36103
Telephone: (334) 269-2343

*Member of the Liaison Counsel Committee for the Personal Injury/Wrongful Death Cases*

JOINT STATUS REPORT REGARDING INTENSIVE SETTLEMENT PROCESS

|    |                                                                 |
|----|-----------------------------------------------------------------|
| 1  |                                                                 |
| 2  | REED SMITH LLP                                                  |
| 3  | By: /s/ John P. Hooper                                          |
| 4  | John P. Hooper                                                  |
|    | *jhooper@reedsmith.com*                                         |
| 5  | 599 Lexington Avenue, 26th Floor                           |
|    | New York, NY 10022                                              |
| 6  | Telephone: (212) 205-6125                                       |
| 7  | *Attorneys for Defendants Toyota Motor*                         |
| 8  | *Corp. and Toyota Motor Sales, U.S.A., Inc.*                    |

-8-
JOINT STATUS REPORT REGARDING INTENSIVE SETTLEMENT PROCESS

## CERTIFICATE OF SERVICE

I hereby certify that I am over the age of 18, not a party to this litigation, and am an employee of Reed Smith LLP, which represents plaintiffs in the above-referenced litigation. I further certify that a true and correct copy of the above and foregoing document was served upon the attorney of record for each other party through the Court's electronic filing service on May 20, 2014.

                                                /s/ Cheryl Hammill
                                                Cheryl Hammill