UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | **8:10ML02151 JVS(FMOx)** | Date | December 3, 2014 |
| Title | IN RE: TOYOTA MOTOR CORP. UNINTENDED ACCELERATION MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | | |

Present: The Honorable    James V. Selna

| Karla J. Tunis | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Benjamin Bailey / Donald Slavik | Thomas Nolan / Lisa Guilford |
| | Kevin Minnick |
| Shashi Kewelramini for Betsy Benjaminson | |

**Proceedings:** Order to Show Cause Why Civil Sanctions Should Not Issue Against Betsy Benjaminson

    Cause called and counsel make their appearances. The Court's tentative ruling is issued. Counsel make their arguments. The Court finds Ms. Benjaminson in contempt and will issue a further detailed order regarding specific findings and remedies.

|  | 0 | : | 40 |
|---|---|---|---|
| Initials of Preparer | kjt | | |