UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 13-306 JVS (Ex) <br> Member case of **8:10ML02151 JVS(FMOx)** | Date | March 8, 2017 |

Title: Quaid McIver v KW Real Estate/Akron Co., LLC, et al
A member case IN RE: TOYOTA MOTOR CORP. UNINTENDED ACCELERATION MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION

Present: The Honorable   James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:  
Not Present

Attorneys Present for Defendants:  
Not Present

**Proceedings:** (IN CHAMBERS) Order to Show Cause re Suggestion of Remand

Upon stipulation, the Court has dismissed the claims of plaintiff-in-intervention Ohio Bureau of Workers' Compensation and the claims of plaintiff Quaid McIver against Toyota Motor Sales, U.S.A., Inc. and Toyota Motor Corporation. The Court believes that it should now transmit to the Judicial Panel on Multidistrict Litigation a suggestion that this action be remanded to the transferor court for all further proceedings.

All remaining parties are ordered to show cause in writing within fifteen days why the Court should not issue a suggestion of remand.

00 : 00

Initials of Preparer   kjt