Vincent Galvin
Vincent.Galvin@bowmanandbrooke.com
BOWMAN AND BROOKE LLP
1741 Technology Drive, Suite 200
San Jose, CA  95110
Telephone No.:  (408) 279-5393
Fax No.:  (408) 279-5845

John P. Hooper
jhooper@kslaw.com
KING & SPALDING
1185 Avenue of the Americas, 34th Floor
New York, NY 10036
Telephone No.: (212) 556-2206
Fax No.: (212) 556-2222

Attorneys for Defendants
Toyota Motor Sales, U.S.A., Inc.,
Toyota Motor Corporation,
Toyota Motor Engineering &
 Manufacturing North America, Inc.,
Toyota Motor North America, Inc., and
CTS Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(SOUTHERN DIVISION – SANTA ANA)

| | |
|---|---|
| In Re: Toyota Motor Corp. Unintended Acceleration Marketing, Sales Practices, and Products Liability Litigation<br><br>This document relates to:<br>Sang Seok Na v. Toyota Motor North America, Inc., et al.; Case No. 8:11-cv-01073-JVS-FMO | Case No.  8:10ML02151 JVS (FMOx)<br><br>Assigned to:  Hon. James V. Selna<br>Discovery:  Mag. Fernando M. Olguin<br><br>ORDER GRANTING TOYOTA'S APPLICATION TO SEAL EXHIBIT K  TO GALVIN DECLARATION IN SUPPORT OF MOTION TO DISMISS AS DISCOVERY SANCTION |

The Application to file the following under seal is GRANTED:

1. For Exhibit K to Motion and Stipulation Regarding Toyota's Motion to Dismiss Plaintiff's Complaint As Discovery Sanction.

IT IS SO ORDERED.

Dated: April 23, 2018       _____
Honorable James V. Selna