# PLUA Litigation ISP Status

| | Total PLUA Cases and Claims | Settled Cases | | | | | Voluntary Dismissals | Plaintiffs are in the Process of Providing Materials, Making Demands or Awaiting ISP Conference | Plaintiffs Expressed Interest in ISP but have yet to Send Materials | Not yet Requested ISP | ISP Process Scheduled or Still Ongoing | Mediation Requested or Continued | Completed Mediation and Did Not Resolve |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | Total | Dismissed or Awaiting Dismissal | Releases Received | Releases Sent | Settlement In Principle | | | | | | | |
| Federal MDL | 188 | 178 | 167 | 4 | 3 | 0 | 4 | $3^1$ | $2^2$ | 0 | $1^3$ | 0 | $4^4$ |
| JCCP | 111 | 92 | 83 | 0 | 2 | 1 | 6 | 1 | 4 | 1 | 5 | 7 | 1 |
| **TOTAL** | **299** | **270** | **250** | **4** | **5** | **1** | **10** | **4** | **6** | **1** | **6** | **7** | **5** |