1  Vincent Galvin, Jr. (Bar No. 104448)
   **BOWMAN AND BROOKE LLP**
2  1741 Technology Dr., Suite 200
   San Jose, CA 95110
3  Telephone: (408) 279-5393
   Vincent.Galvin@bowmanandbrooke.com
4  Attorneys for Defendants
   Toyota Motor Sales, U.S.A., Inc.
5  Toyota Motor North America, Inc.
   Toyota Motor Engineering & Manufacturing North America, Inc.
6  Toyota Motor Corporation

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### (SOUTHERN DIVISION - SANTA ANA)

| | |
|---|---|
| IN RE: TOYOTA MOTOR CORP. UNINTENDED ACCELERATION MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>8:14-cv-00353-JVS-E<br>Farhat Tariq, et al., v. Toyota Motor North America, Inc., et al. | Case No.: 8:10ML2151 JVS (FMOx)<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

Pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, plaintiffs and defendants Toyota Motor Sales, U.S.A., Inc.; Toyota Motor North America, Inc.; Toyota Motor Engineering & Manufacturing North America, Inc.; and Toyota Motor Corporation hereby stipulate that all of plaintiffs' claims in this matter shall be dismissed with prejudice with each party to bear their own costs and attorneys' fees expended in this action.

DATED this 27th day of July, 2018.

By: /s/ Farhat Tariq
    Farhat Tariq
    Pro Se

By: /s/ Syed M. Tariq-Shuaib
    Syed M. Tariq-Shuaib
    Pro Se

...
...
...

19708389v1

1
STIPULATION TO DISMISS WITH PREJUDICE

1  BOWMAN AND BROOKE LLP                    Dated: 8/17/18

2  By: /s/ Vincent Galvin, Jr.
3      Vincent Galvin, Jr.
       Attorneys for Defendants,
4      Toyota Motor Sales, U.S.A., Inc.;
       Toyota Motor North America, Inc.;
5      Toyota Motor Engineering &
       Manufacturing North America, Inc.;
6      and Toyota Motor Corporation

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28