Mark N. Bodin
Email: mbodin@mcglinchey.com
MCGLINCHEY STAFFORD
601 Poydras St., Ste 1200
New Orleans, LA 70130
Phone: 504-596-2826

David L. Ayers
Email: dayers@watkinseager.com
WATKINS & EAGER PLLC
P. O. Box 650
Jackson, MS 39205
Phone: 601-965-1981
Fax: 601-965-1901

Vincent Galvin (CA SBN 104448)
Email vincent.galvin@bowmanandbrooke.com
BOWMAN AND BROOKE LLP
1741 Technology Drive, Suite 200
San Jose, CA 95110-1355
Phone: 408-279-5393
Fax: 408-279-5845

*Attorneys for Toyota Motor North America, Inc.,
Toyota Motor Sales, U.S.A., Inc. and Toyota
Motor Engineering & Manufacturing
North America, Inc.*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TOYOTA MOTOR CORP. UNINTENDED ACCELERATION MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No. 8:10ML2151 JVS (FMOx) |
| This document relates to: *Lavergne Short et al. v. Toyota Motor Corporation, et al.,* Case No. 8:11-cv-00415-JVS-FMO | |

## AFFIDAVIT OF MARK N. BODIN

STATE OF LOUISIANA
PARISH OF ORLEANS

Personally appeared before me, the undersigned officer, duly authorized to administer oaths, Mark N. Bodin, who, after being sworn, deposes and testifies as follows:

1.

My name is Mark N. Bodin, and I am of legal age and am competent to give this sworn testimony. I represent defendants Toyota Motor North America, Inc., Toyota Motor Sales, U.S.A., Inc. and Toyota Motor Engineering & Manufacturing North America, Inc. (collectively

"Defendants") in this lawsuit. The facts stated herein are known by me to be true based on my personal knowledge, and are being provided in support of Defendants' Motion to Dismiss.

2.

None of the plaintiffs has complied with the Court's Order Granting Defendants' Motion to Compel [Doc. No. 58]. Specifically, none of the plaintiffs has (1) advised Defendants in writing within 10 days (i.e., by October 29, 2018) of three dates on which she could be deposed (said dates to be no sooner than 40 days and not later than 60 days from the date of the Order), or (2) responded in any way to Defendants' interrogatories and requests for production within 20 days (i.e., by November 6, 2018).

3.

The only communication received from any of the plaintiffs since the Court's October 17 Order was from Ms. Short. On October 31, 2018, Defendants' counsel received a copy of the May 4, 2018 letter from plaintiffs to the Court [filed into the record on May 16, 2018 – Doc. No. 51], with a handwritten note at the top stating "Again, please respect and honor our request. Thank you." See Exhibit 1 hereto.

_____
MARK N. BODIN

Sworn to and subscribed
before me, this 6th day of
November, 2018.

_____
Notary Public

_____
My Commission Expires



BRIAN LECOMPTE
Notary Public
State of Louisiana
Notary ID # 135347
Jefferson Parish

2

10/20/18

*Again, please respect and honor our requests.*

*Thank you*

May 4, 2018

Your Honor et-als,

We saw no need to put our lives at risk since Reed Smith confirmed they had everything needed from us to complete the ISP. During this time we were put in a very stressful and dangerous situations. Our pressures and heart rates became extremely elevated putting our health dangerously at risk. We cannot and will not go through this anymore. The years have passed (over 9 to be exact). Our ages have gone up and our health have diminished. Even the memory is no longer the same.

Everything requested of us have been complied with. (Reed Smith and even a voice message to a Mr. Bush earlier this year). Age, health issues and the traumatic details of that horrific accident are our enemies of life. Whatever time we have left please let it be with our families and not to expose around a bargaining table. They fear is a reality. Please leave us to have PEACE.

EXHIBIT
1

Finally, we have attached our signatures for you to complete the accepted process. Whatever you have on the table our signatures are attached.

Mrs. Bernadine H. Carter
May 17 1937
Age 81 Years old

Elizabeth Hart
3/7/48
Age 70 years old

Irene H. Short
12/20/49
69 years old