PLUA Litigation ISP Status

| | | | Settled Cases | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total PLUA Cases and Claims | Total | Dismissed or Awaiting Dismissal | Releases Received | Releases Sent | Settlement In Principle | Voluntary Dismissals | Plaintiffs are in the Process of Providing Materials, Making Demands or Awaiting ISP Conference | Plaintiffs Expressed Interest in ISP but have yet to Send Materials | Not yet Requested ISP | ISP Process Scheduled or Still Ongoing | Mediation Requested or Continued | Completed Mediation and Did Not Resolve |
| Federal MDL | 188 | 183 | 171 | 1 | 3 | 2 | 6 | 2[1] | 1[2] | 0 | 1[3] | 1[4] | 0 |
| JCCP | 113 | 104 | 90 | 1 | 2 | 4 | 7 | 3 | 2 | 0 | 4 | 0 | 0 |
| TOTAL | 301 | 287 | 261 | 2 | 5 | 6 | 13 | 5 | 3 | 0 | 5 | 1 | 0 |

[1] - Rodriguez-Marrero, Scott
[2] - Dere
[3] - Cross
[4] - LaBar

DMSLIBRARY01\30900131.v31                                                                                          US_ACTIVE-127641127 v16