## EXHIBIT B - MDL CASES

| Case Caption | Case Number | Originating Jurisdiction | Status Category Description | Case Status Description |
|---|---|---|---|---|
| Linares, Zaydee et al v. Toyota Motor North America Inc et al | 15-cv-1726 | FL SD | Settled - Toyota Awaiting Executed Settlement Documents | Toyota waiting for executed settlement documents from Plaintiffs. |
| Petersen, Delores et al v. Toyota Motor Corporation et al | 18-cv-364 | UT | Settled - Toyota Awaiting Executed Settlement Documents | Toyota waiting for executed settlement documents from Plaintiffs. |
| Ifergan, Beverly v. Toyota Motor Sales U.S.A., Inc., et al | 10-cv-1543 | NY ED | Settled - Toyota Awaiting Executed Settlement Documents | Toyota waiting for executed settlement documents from Plaintiffs. |
| Rhooms, Dwayne et al v. Toyota Motor Sales USA Inc., et al | 10-cv-2944 | CA CD | Settled - Toyota Awaiting Executed Settlement Documents | Toyota waiting for executed settlement documents from Plaintiffs. |
| Caldwell, Mary v. Toyota Motor Sales, U.S.A., Inc. et al | 13-cv-902 | MS SD | Settled - Toyota Awaiting Executed Settlement Documents | Toyota waiting for executed settlement documents from Plaintiffs. |
| Toriola, Adeniyi v. Toyota Motor North America, Inc. et al | 11-cv-1918 | NY SD | Can Be Dismissed for Failure to Respond to OSC | The Court ordered Plaintiff to show cause why case should not be dismissed on 1/27/14 [Dkt #4509]. Plaintiff never responded so case can be dismissed for failure to comply. |
| Rodriguez-Marrero, Marisol et al v. Toyota Motor Company et al | 16-cv-1377 | PR | Active - Awaiting ISP Conference or Beginning Negotiations | The parties are beginning discussions, pursuant to the ISP Order. |
| Scott, Patricia v. Toyota Motor Corporation et al | 15-cv-1088 | IL ND | Active - Awaiting ISP Conference or Beginning Negotiations | The parties are beginning discussions, pursuant to the ISP Order. |
| Dere, Gerald v. Toyota Motor Corporation et al | 18-cv-1006 | CO | Active - Awaiting ISP Materials From Plaintiffs | Waiting on remaining ISP documents from Plaintiffs' counsel, who hope to provide them soon, and discussions remain ongoing regarding a potential ISP conference in the coming months. |
| Cross, Lawrence v. Toyota Motor Corporation et al | 11-cv-642 | NY ND | Active - Seeking Order Directing Plaintiff to Mediate | Unable to schedule a mediation with Plaintiff despite numerous attempts. The parties request that the Court issue an Order directing Plaintiff to mediation with the Settlement Special Master. |

## EXHIBIT B: MDL CASES

| Case Caption | Case Number | Originating Jurisdiction | Status Category Description | Case Status Description |
|---|---|---|---|---|
| Labar, Lisa A. v. Toyota Motor Corporation et al | 10-cv-1375 | PA MD | Active - Mediation Held and Ongoing | Previously certified out of ISP, but third mediation with Settlement Special Master occurred on January 15, 2019. Discussions remain ongoing. |