**PLUA Litigation ISP Status**

| | | Settled Cases | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total PLUA Cases and Claims | Total | Dismissed or Awaiting Dismissal | Releases Received | Releases Sent | Settlement In Principle | Voluntary Dismissals | Plaintiffs are in the Process of Providing Materials, Making Demands or Awaiting ISP Conference | Plaintiffs Expressed Interest in ISP but have yet to Send Materials | Not yet Requested ISP | ISP Process Scheduled or Still Ongoing | Mediation Requested or Continued | Completed Mediation and Did Not Resolve |
| Federal MDL | 188 | 183 | 171 | 1 | 5 | 0 | 6 | 2[1] | 1[2] | 0 | 1[3] | 1[4] | 0 |
| JCCP | 113 | 104 | 90 | 1 | 3 | 3 | 7 | 3 | 2 | 0 | 4 | 0 | 0 |
| **TOTAL** | **301** | **287** | **261** | **2** | **8** | **3** | **13** | **5** | **3** | **0** | **5** | **1** | **0** |

[1] - Rodriguez-Marrero, Scott
[2] - Dere
[3] - Cross
[3] - Labar