PLUA Litigation Breakdown of Remaining MDL / JCCP Unresolved Cases

| Breakdown of Remaining MDL / JCCP Unresolved Cases | | MDL | JCCP |
|---|---|---|---|
| **Pre-ISP Conference** | | | |
| Cases Being Prepared and/or Being Negotiated | 5 | 2 | 3 |
| Awaiting Demands from Plaintiffs | 0 | 0 | 0 |
| Awaiting ISP Submissions from Plaintiffs | 4 | 1 | 3 |
| No Contact or Response from Plaintiffs | 0 | 0 | 0 |
| **Pre-Mediation** | | | |
| Formally Requested Mediation and/or Awaiting Scheduling | 0 | 0 | 0 |
| Awaiting Mediation (Not Formally Requested) | 4 | 1 | 3 |
| **Post-Mediation** | | | |
| Mediated, Unresolved and Asking/Waiting to Go Back Into System | 1 | 1 | 0 |
| Cases Back Into System | 0 | 0 | 0 |
| **TOTAL** | **14** | **5** | **9** |