STEVE W. BERMAN (*pro hac vice*)
(WA SBN 12536)
Email: steve@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

MARC M. SELTZER
(CA SBN 054534)
Email: mseltzer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

FRANK M. PITRE (CA SBN 100077)
Email: fpitre@cpmlegal.com
COTCHETT, PITRE & MCCARTHY
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

*Co-Lead Plaintiffs' Counsel for Economic Loss Cases*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TOYOTA MOTOR CORP. UNINTENDED ACCELERATION MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ECONOMIC LOSS CASES | Case No. 8:10ML2151 JVS (FMOx)<br><br>**ORDER APPROVING PAYMENT OF SUPPLEMENTAL ADMINISTRATIVE EXPENSES RELATING TO ESCHEATMENT** |

ORDER APPROVING PAYMENT OF SUPPLEMENTAL ADMINISTRATIVE
EXPENSES RELATING TO ESCHEATMENT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IT IS HEREBY ORDERED that the Court GRANTS the Plaintiffs' Motion for an Order Approving the Payment of Supplemental Administrative Expenses Relating to Escheatment processing. At this time, the Court approves a supplemental payment of $400,000.00 from existing residual settlement funds to Class Action Settlement Administrator, Gilardi & Co. Future annual supplemental payments from then-existing residual settlement funds may be invoiced and reported to the Court for approval in future administrative reports scheduled to be filed with the Court each June until the escheatment process in this settlement is completed.

IT IS SO ORDERED.

Dated: June 12, 2019

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT COURT JUDGE

10172.25 545002 V1