| | |
|---|---|
| Vincent Galvin (SBN 104448)<br>vincent.galvin@bowmanandbrooke.com<br>BOWMAN AND BROOKE LLP<br>1741 Technology Drive Suite 200<br>San Jose, California 95110<br>Telephone: (408) 279-5393<br><br>Attorneys for Toyota Motor Sales, U.S.A., Inc.;<br>Toyota Motor Corporation; Toyota Motor North America, Inc.; Toyota Motor Engineering & Manufacturing North America, Inc. | Christopher J. Cheney<br>ccheney@dkowlaw.com<br>DEWSNUP KING OLSEN WOREL HAVAS MORTENSEN<br>36 South State Street, Suite 2400<br>Salt Lake City, Utah 84111<br>Telephone: (801) 533-0400<br><br>Attorneys for Plaintiffs Dolores Petersen and Thomas Petersen |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## (SOUTHERN DIVISION – SANTA ANA)

| | |
|---|---|
| In Re: Toyota Motor Corp. Unintended Acceleration Marketing, Sales Practices, and Products Liability Litigation<br><br>This document relates to:<br><br>Dolores Petersen and Thomas Petersen v. Toyota Motor Sales, U.S.A., Inc., et al.<br>Case No. 8:18-cv-00364-JVS-E | Case No. 8:10-ml-02151 JVS (FMOx)<br><br>Assigned to: Hon. James V. Selna<br>Discovery: Mag. Fernando M. Olguin<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE (FRCP RULE 41(a)(1)(A)(ii)) |

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiffs Dolores Petersen and Thomas Petersen ("plaintiffs") and defendants Toyota Motor Sales, U.S.A., Inc.; Toyota Motor Corporation; Toyota Motor North America, Inc.; Toyota Motor Engineering & Manufacturing North America, Inc.; (collectively "defendants") hereby stipulate to the dismissal with prejudice of plaintiffs' claims, actions, and causes of action

///

///

///

1

STIPULATION OF DISMISSAL WITH PREJUDICE (FRCP RULE 41(a)(1)(A)(ii))

20693583v1

1 | asserted against defendants, and to the entire action, with each party to bear their respective
2 | costs of litigation, attorneys' fees, and expenses.

3 | Dated: 6/3/19

By: _____
Christopher J. Cheney
DEWSNUP KING OLSEN WOREL
HAVAS MORTENSEN
36 South State Street, Suite 2400
Salt Lake City, UT 84111
Attorneys for Plaintiffs Dolores Petersen
and Thomas Petersen

9 | Dated: 7/8/19

By: _____
Vincent Galvin
BOWMAN AND BROOKE LLP
1741 Technology Drive Suite 200
San Jose, CA 95110

Attorneys for Toyota Motor Sales, U.S.A., Inc.; Toyota Motor Corporation; Toyota Motor North America, Inc.; Toyota Motor Engineering & Manufacturing North America, Inc.