PLUA Litigation ISP Status

| | | Settled Cases | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total PLUA Cases and Claims | Total | Dismissed or Awaiting Dismissal | Releases Received | Releases Sent | Settlement In Principle | Voluntary Dismissals | Plaintiffs are in the Process of Providing Materials, Making Demands or Awaiting ISP Conference | Plaintiffs Expressed Interest in ISP but have yet to Send Materials | Not yet Requested ISP | ISP Process Scheduled or Still Ongoing | Mediation Requested or Continued | Completed Mediation and Did Not Resolve |
| Federal MDL | 189 | 183 | 173 | 1 | 3 | 0 | 6 | 2[1] | 2[2] | 0 | 1[3] | 1[4] | 0 |
| JCCP | 113 | 105 | 94 | 0 | 3 | 1 | 7 | 2 | 2 | 0 | 4 | 0 | 0 |
| **TOTAL** | **302** | **288** | **267** | **1** | **6** | **1** | **13** | **5** | **3** | **0** | **5** | **1** | **0** |

[1] - Rodriguez-Marrero, Scott
[2] - Dere, Jackson
[3] - Cross
[4] - Labar