John P. Hooper
jhooper@kslaw.com
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036
Telephone: (212) 556-2220

*Counsel for the Toyota Defendants*

Elizabeth J. Cabraser (83151)
ecabraser@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000

Mark P. Robinson, Jr. (54426)
mrobinson@rcrlaw.net
Donald H. Slavik
dslavik@rcrlaw.net
ROBINSON CALCAGNIE ROBINSON SHAPIRO DAVIS, INC.
19 Corporate Plaza Dr.
Newport Beach, CA 92660
Telephone: (949) 720-1288

*Plaintiffs' Co-Lead Counsel for the Personal Injury/Wrongful Death Cases*

W. Daniel Miles, III
dee.miles@beasleyallen.com
BEASLEY ALLEN CROW METHVIN PORTIS & MILES PC
272 Commerce Street
P.O. Box 4160
Montgomery, AL 36103
Telephone: (334) 269-2343

*Member of the Plaintiffs' Liaison Counsel Committee for the Personal Injury/Wrongful Death Cases*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| In Re: TOYOTA MOTOR CORP. UNINTENDED ACCELERATION MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document applies to<br><br>All Personal Injury, Wrongful Death and Property Damage Cases | Case No. 08:10-ML-2151 JVS (FMOx)<br><br>**PLAINTIFFS' AND TOYOTA DEFENDANTS' JOINT NOTICE OF FILING REGARDING THE REMAINING CASES IN THE INTENSIVE SETTLEMENT PROCESS**<br><br>Date:   October 7, 2019<br>Time:   8:00 a.m.<br>Dept:   Courtroom 10C<br>Judge:  Honorable James V. Selna |

Pursuant to the Court's Civil Minutes dated May 15, 2019 (Dkt No. 5709) and in advance of the Court's next Status Conference, which is set for October 7, 2019 at 8:00 a.m., Plaintiffs' Co-Lead Counsel for the Personal Injury/Wrongful Death Cases and members of the Plaintiffs' Liaison Counsel Committee for the Personal Injury/Wrongful Death Cases (collectively, "Plaintiffs' Co-Lead Counsel") and counsel for Defendants Toyota Motor Corporation and Toyota Motor Sales, U.S.A., Inc. respectfully submit this Joint Notice of Filing Regarding the Remaining Cases in the Intensive Settlement Process (the "ISP").

The ISP is continuing to make good progress as the parties attempt to resolve the various personal injury, wrongful death and/or property damage cases pending before this Court and in other courts. Attached, as Exhibit A, is a chart that provides the status of the remaining open cases pending in the MDL.

Dated: July 13, 2019

KING & SPALDING LLP

By: /s/ John P. Hooper
John P. Hooper
*jhooper@kslaw.com*
1185 Avenue of the Americas
New York, NY 10036
Telephone: (212) 556-2220

*Attorneys for Defendants Toyota Motor Corp. and Toyota Motor Sales, U.S.A., Inc.*

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By: /s/ Elizabeth J. Cabraser

Elizabeth J. Cabraser (83151)
*ecabraser@lchb.com*
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000

Mark P. Robinson, Jr. (54426)
mrobinson@rcrlaw.net
Donald H. Slavik
dslavik@rcrlaw.net
ROBINSON CALCAGNIE
ROBINSON SHAPIRO DAVIS, INC.
19 Corporate Plaza Drive
Newport Beach, CA 92660
Telephone: (949) 720-1288
Facsimile: (949) 720-1292

*Plaintiffs' Co-Lead Counsel for the Personal Injury/Wrongful Death Cases*

BEASLEY ALLEN CROW METHVIN PORTIS & MILES PC

By: /s/ W. Daniel Miles, III

W. Daniel Miles, III
*dee.miles@beasleyallen.com*
272 Commerce St.
Birmingham, AL 36103
Telephone: (334) 269-2343

*Member of the Liaison Counsel Committee for the Personal Injury/Wrongful Death Cases*

## CERTIFICATE OF SERVICE

I hereby certify that I am over the age of 18, not a party to this litigation, and am an employee of King & Spalding LLP, which represents the Toyota Defendants in the above-referenced litigation. I further certify that a true and correct copy of the above and foregoing document was served upon the attorney of record for each other party through the Court's electronic filing service on July 13, 2019.

                                              /s/ Jason Bush  
                                              Jason Bush