| | |
|---|---|
| John P. Hooper<br>jhooper@kslaw.com<br>KING & SPALDING LLP<br>1185 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 556-2220<br><br>*Counsel for the Toyota Defendants*<br><br>Elizabeth J. Cabraser (83151)<br>ecabraser@lchb.com<br>LIEFF CABRASER HEIMANN &<br>BERNSTEIN, LLP<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111-3339<br>Telephone: (415) 956-1000 | Mark P. Robinson, Jr. (54426)<br>mrobinson@rcrlaw.net<br>Donald H. Slavik<br>dslavik@rcrlaw.net<br>ROBINSON CALCAGNIE<br>ROBINSON SHAPIRO DAVIS, INC.<br>19 Corporate Plaza Dr.<br>Newport Beach, CA 92660<br>Telephone:  (949) 720-1288<br><br>*Plaintiffs' Co-Lead Counsel for the Personal Injury/Wrongful Death Cases*<br><br>W. Daniel Miles, III<br>dee.miles@beasleyallen.com<br>BEASLEY ALLEN CROW METHVIN<br>PORTIS & MILES PC<br>272 Commerce Street<br>P.O. Box 4160<br>Montgomery, AL 36103<br>Telephone: (334) 269-2343<br><br>*Member of the Plaintiffs' Liaison Counsel Committee for the Personal Injury/Wrongful Death Cases* |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| In Re: TOYOTA MOTOR CORP. UNINTENDED ACCELERATION MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document applies to<br><br>All Personal Injury, Wrongful Death and Property Damage Cases | Case No. 08:10-ML-2151 JVS (FMOx)<br><br>**PLAINTIFFS' AND TOYOTA DEFENDANTS' JOINT STATUS REPORT REGARDING THE INTENSIVE SETTLEMENT PROCESS**<br><br>Date:     October 7, 2019<br>Time:    8:00 a.m.<br>Dept:    Courtroom 10C<br>Judge:  Honorable James V. Selna |

Pursuant to the Court's Civil Minutes dated January 14, 2014 (Dkt No. 4504), the Court's Civil Minutes dated April 29, 2014 (Dkt No. 4554), the Court's Civil Minutes dated October 21, 2014 (Dkt No. 4740), the Court's Civil Minutes dated March 17, 2015 (Dkt No. 4933), the Court's Civil Minutes dated July 30, 2015 (Dkt No. 5030), the Court's Civil Minutes dated October 13, 2015 (Dkt No. 5073), the Court's Civil Minutes dated January 12, 2016 (Dkt No. 5112), the Court's Civil Minutes dated April 7, 2016 (Dkt No. 5150), the Court's Civil Minutes dated June 29, 2016 (Dkt No. 5199), the Court's text-only entry dated October 5, 2016 (Dkt No. 5229), the Court's Civil Minutes dated December 6, 2016 (Dkt. No. 5273), the Court's Civil Minutes dated March 7, 2017 (Dkt. No. 5338), the Court's Civil Minutes dated June 13, 2017 (Dkt. No. 5423), the Court's Civil Minutes dated October 11, 2017 (Dkt. No. 5476), the Court's Civil Minutes dated January 17, 2018 (Dkt. No. 5525), the Court's Civil Minutes dated April 25, 2018 (Dkt. No. 5589), the Court's Civil Minutes dated July 31, 2018 (Dkt No. 5621), the Court's Civil Minutes dated December 12, 2018 (Dkt No. 5685), the Court's Civil Minutes dated May 15, 2019 (Dkt. No. 5709),and in advance of the Court's next Status Conference, which is set for October 7, 2019 at 8:00 a.m., Plaintiffs' Co-Lead Counsel for the Personal Injury/Wrongful Death Cases and members of the Plaintiffs' Liaison Counsel Committee for the Personal Injury/Wrongful Death Cases (collectively "Plaintiffs' Co-Lead Counsel") and counsel for Defendants Toyota Motor Corporation and Toyota Motor Sales, U.S.A., Inc. hereby respectfully submit this Joint Status Report Regarding the Intensive Settlement Process (the "ISP"). The ISP is continuing to make good progress as the parties attempt to resolve the various personal injury, wrongful death and/or property damage cases pending before this Court and in other courts.[1]

---

[1] The Court's Order Establishing Intensive Settlement Process ("ISP") and Setting Hearing (Dkt No. 4490) (the "ISP Order") was confirmed and adopted at the hearing held on January 14, 2014 and memorialized in the Court's Civil Minutes –

## I. Current Settlement Status

Toyota is pleased to report that they have resolved, or have agreements in principle to resolve, 537 matters.[2] Of this number, Toyota notes that 183 cases (97%) are/were pending in the MDL (out of 189 total personal injury cases in the MDL) and 105 cases (93%) are/were pending in the JCCP (out of 113 total personal injury cases in the JCCP). According to Toyota, for the remaining 6 cases, or 3%, pending in the MDL, all have requested ISP. Toyota reports that, for the remaining 8 cases, or 7%, pending in the JCCP, all have requested ISP.

Significantly, there are currently only two[3] MDL cases and zero JCCP cases that have gone through the entire ISP process that have been certified by the Settlement Special Master as completing the process without resolving. Three other JCCP cases and three other MDL cases that were previously certified out returned to the ISP and subsequently resolved, and three other MDL cases have been otherwise dismissed by the Court. Attached as Exhibit A is a chart that provides a greater breakdown by category for the ISP. Attached as Exhibit B is a chart that provides additional information on the unresolved MDL and JCCP cases and their current status in the ISP. Attached as Exhibit C is a chart that provides the status of the remaining open cases pending in this MDL.

Overall and through the efforts of all parties, including, but not limited to, Plaintiffs' Co-Lead and Liaison Counsel, Toyota advises the Court that it has agreements in principle to resolve 249 matters outside of the MDL and JCCP Proceedings.[4]

---

General dated January 14, 2014 (Dkt No. 4504). A similar order was issued by Judge Edmon in Toyota Motor Cases, Joint Council Coordination Proceeding, No. 4261 (Superior Court of Los Angeles County, CA) (the "JCCP Proceeding").
[2] All resolved case numbers have now been updated to include those matters that have been voluntarily dismissed or are no longer being pursued by counsel.
[3] Alvarez-Cabrera, has since been remanded to the District of Puerto Rico.
[4] As of September 19, 2019, plaintiffs in approximately 14 unresolved matters outside of the MDL or JCCP Proceeding have requested to participate in the ISP and a majority of these plaintiffs have already provided records and materials

## II. ISP Overview

Since the issuance and adoption of the ISP Order,[5] Toyota's counsel have had extensive and intensive negotiations with plaintiffs' firms representing a large number of plaintiffs and claimants. These efforts have included numerous face-to-face meetings with plaintiffs' counsel (including Plaintiffs' Co-Lead Counsel) in cities around the nation. These negotiations continue.

Plaintiffs' Co-Lead Counsel and Federal/State Liaison Counsel are in regular contact with Counsel for Toyota and have been since the inception of the ISP. Plaintiffs' Co-Lead Counsel and Federal/State Liaison Counsel encourage plaintiffs' counsel and pro se plaintiffs in all courts to participate in the ISP and assist those counsel and pro se plaintiffs to understand and navigate it. Toyota has provided Plaintiffs' Co-Lead Counsel and Federal/State Liaison Counsel with various lists of counsel having UA cases throughout the country in order that Plaintiffs' Co-Lead Counsel and Federal/State Liaison Counsel can identify those counsel and initiate contact with them.

Plaintiffs' Co-Lead Counsel and Federal/State Liaison Counsel have sent numerous emails and memos following the materials sent by the Special Master, and have calls with counsel in UA cases to discuss their participation in the ISP. Plaintiffs' counsel in UA cases oftentimes contact Plaintiffs' Co-Lead Counsel and Federal/State Liaison Counsel for procedural guidance on their cases, which is freely given. Due to the open line of communication between the parties, Plaintiffs' Co-Lead Counsel and Federal/State Liaison Counsel are able to ascertain the status of cases in the ISP for individual counsel. Additionally, access to the electronic

---

necessary to move forward.

[5] The court overseeing the Texas state MDL proceeding in In re: Toyota Unintended Acceleration Litigation, Cause No. 2010-46354 (152nd Judicial District, District Court for Harris County, Texas) (the "Texas MDL Proceeding") has issued its own ISP order. This order, which was issued on February 18, 2014, is substantially similar to the one issued by this Court. The Texas court also appointed Patrick A. Juneau as the Settlement Special Master in that litigation to perform essentially the same tasks there as he performs in this MDL.

depository is given to those counsel with active UA cases, if requested and if the required protective order process is followed.

Plaintiffs' Federal/State Liaison Counsel maintain an extensive database of every UA case and counsel's contact information in order to have ready access to any information on the UA case when individual counsel contacts Plaintiffs' Co-Lead Counsel and Federal/State Liaison Counsel.

Counsel for Toyota has been and will continue to seek the input of Plaintiffs' Co-Lead Counsel and Federal/State Liaison Counsel and negotiate in good faith with remaining plaintiffs' counsel in attempts to resolve cases both informally/in advance of, and at the ISP settlement conferences and/or mediations.  Pursuant to the ISP Order and with Plaintiffs' Co-Lead Counsel and Federal/State Liaison Counsel's assistance, where possible, the ISP settlement conferences are first addressing bellwether plaintiffs, bellwether plaintiffs in the discovery pool and those plaintiffs with exigent circumstances.

### III. ISP Settlement Conferences and ISP Mediations That Have Occurred

After meeting and conferring with Plaintiffs' Co-Lead Counsel and since the issuance of the ISP Order, the parties have so far held forty-three official ISP settlement conferences and forty-one official ISP sets of mediations, in addition to numerous face-to-face informal meetings.

Since 2018, the following ISP settlement conferences have occurred:

- **Los Angeles, CA:** March 19-20, 2018 (8 matters).
- **Los Angeles, CA:** November 6, 2018 (1 matter).
- **New York, NY**: January 30, 2019 (1 matter).
- **Los Angeles, CA**: March 26, 2019 (4 matters).
- **Los Angeles, CA**: September 12, 2019 (3 matters).

Since 2018, the following ISP mediations have occurred:

- **Atlanta, GA**: May 15, 2018 (2 matters).

- **Los Angeles, CA:** November 5, 2018 (7 matters).
- **Baltimore, MD**: January 15, 2019 (1 matter).
- **New York, NY**: January 31, 2019 (1 matter).
- **Los Angeles, CA**: March 26-27, 2019 (5 matters).
- **New York, NY**: June 24-25, 2019 (2 matters).

### III. ISP Settlement Conferences and ISP Mediations That Are Being Scheduled

In light of the successes and pursuant to Court order, the parties continue to schedule more ISP settlement conferences and ISP mediations, subject to availability and other issues.

### IV. Continued Interest in the ISP

In addition to the resolutions as noted above, Plaintiffs' Co-Lead and Liaison Counsel and Toyota continue to be encouraged by the interest and response to date from plaintiffs' counsel in providing materials for cases to participate in the ISP. In addition, the Settlement Special Master's office, Plaintiffs' Co-Lead and Liaison Counsel and counsel for Toyota have received and responded to hundreds of e-mails, telephone calls, and letters regarding the ISP.

The Settlement Special Master and counsel for Toyota are in the process of meeting and conferring with Plaintiffs' Co-Lead and Liaison Counsel regarding upcoming ISPs as well as collecting records in order to begin confidential good faith negotiations. Plaintiffs' Federal/State Liaison Counsel continues to provide information and procedural assistance to those inquiring and interested in ISP participation, and in doing informational outreach to the declining number of those not yet engaged in the process.

Dated: September 26, 2019

KING & SPALDING LLP

By: /s/ John P. Hooper
John P. Hooper
jhooper@kslaw.com

1185 Avenue of the Americas
New York, NY 10036
Telephone: (212) 556-2220

*Attorneys for Defendants Toyota Motor Corp. and Toyota Motor Sales, U.S.A., Inc.*

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By: /s/ Elizabeth J. Cabraser

Elizabeth J. Cabraser (83151)
ecabraser@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000

Mark P. Robinson, Jr. (54426)
mrobinson@rcrlaw.net
Donald H. Slavik
dslavik@rcrlaw.net
ROBINSON CALCAGNIE ROBINSON SHAPIRO DAVIS, INC.
19 Corporate Plaza Drive
Newport Beach, CA 92660
Telephone:  (949) 720-1288
Facsimile:   (949) 720-1292

*Plaintiffs' Co-Lead Counsel for the Personal Injury/Wrongful Death Cases*

|   |   |
|---|---|
| 1 | BEASLEY ALLEN CROW METHVIN PORTIS & MILES PC |
| 2 | |
| 3 | By: /s/ W. Daniel Miles, III |
| 4 | W. Daniel Miles, III<br>*dee.miles@beasleyallen.com*<br>272 Commerce St. |
| 5 | Birmingham, AL 36103<br>Telephone: (334) 269-2343 |
| 6 | |
| 7 | *Member of the Liaison Counsel Committee for the Personal Injury/Wrongful Death Cases* |

# CERTIFICATE OF SERVICE

I hereby certify that I am over the age of 18, not a party to this litigation, and am an employee of King & Spalding LLP, which represents the Toyota Defendants in the above-referenced litigation. I further certify that a true and correct copy of the above and foregoing document was served upon the attorney of record for each other party through the Court's electronic filing service on September 26, 2019.

     /s/  Jason Bush
         Jason Bush