IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TOYOTA MOTOR CORP. UNINTENDED ACCELERATION MARKETING SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION ) ) ) ) ) ) | Case No. 8:10ML02151 JVS (FMOx) <br><br> ORDER ON STIPULATION OF DISMISSAL (FRCP Rule 41(a)(1)(A)(ii)) |
| This document relates to: ) ) | |
| Lisa A. Labar v. Toyota Motor Corporation et al., SACV 8:10-cv-01375 JVS (FMOx) ) ) ) | |

The Court, having read the Stipulation of Dismissal filed by all parties to have appeared in this action, and finding good cause,

IT IS HEREBY ORDERED that this action is dismissed in its entirety with prejudice as to all plaintiff's claims, actions and causes of action asserted against defendants. Each party is to bear its own costs and fees, including, but not limited to, attorney's fees and expert fees. The Court shall retain jurisdiction over the action for 90

days following the entry of this Order (unless extended) for the purposes of enforcing the terms of the parties' settlement agreement.

IT IS SO ORDERED.

DATED: October 09, 2020

_____
Honorable James V. Selna