UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 8-22-cv-01851-JVS-E <br> 8-10-ml-2151-JVS-E | Date | October 24, 2024 |
| Title | Xiaofen Ye v. Toyota Motor North America, Inc. et al; In re Toyota | | |

Present: The Honorable **James V. Selna, U.S. District Court Judge**

| Elsa Vargas | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** [IN CHAMBERS] Order to Show Cause

    The Settlement Special Master has advised the Court that Xiaofen Ye ("Ye") "has failed to participate in the [Intensive Settlement Process]." (MDL Docket No. 6080.) He describes his efforts to secure Ye's compliance. (Id.)

    At the suggestion from the Settlement Special Master, the Court orders Ye to show cause in writing within twenty days why the case should not be dismissed with prejudice for Ye's failure to participate in the Incentive Settlement Process.

    **A FAILURE TO RESPOND WILL LIKELY RESULT IN DISMISSAL OF THE CASE WITH PREJUDICE AND ALL YE'S RIGHTS IN THIS CASE WILL BE PERMANENTLY TERMINATED.**

CC: Settlement Special Master Patrick Juneau, Esq.
    P.O. Box 51268
    Lafayette, LA 70505-1268