UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   8:10-ml-02151-JVS(FMOx)
8:24-cv-01262-JVS(KESx)   Date: January 09, 2025

Title   In re: Toyota Motor Corp. Unintended Acceleration Marketing, Sales Practices, and Products Liability Litigation; Alan L Daugherty et al v. Toyota Motor Sales USA Inc

Present: The Honorable:   **JAMES V. SELNA, U.S. DISTRICT COURT JUDGE**

| Elsa Vargas | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings: [IN CHAMBERS] ORDER TO SHOW CAUSE**

Plaintiffs Alan Daugherty *et al.* are ordered to show cause in writing within 15 days why the Court should not dismiss the action or impose sanctions on counsel for failure to provide the data sheet information required under Intensive Settlement Process.

**It is so Ordered.**